IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GERARD MORRISON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv0005 (CMH/JFA) |
| ) | |
| COUNTY OF FAIRFAX, VA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On Friday, March 21, 2014, the parties appeared before the court to present argument on Plaintiffs' Motion for Leave to Amend Complaint (Docket no. 29) ("Motion to Amend") and Plaintiffs' Motion for a Protective Order Against Individualized Discovery and to Stay Discovery until Court Rules on Plaintiffs' Motion for Collective Action Treatment (Docket no. 35) ("Motion for Protective Order"). Upon consideration of the motions defendant's oppositions (Docket nos. 44, 41), plaintiffs' reply (Docket no. 47), the argument presented by counsel, and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' Motion to Amend is granted. Plaintiffs shall file their second amended complaint electronically. It is further

ORDERED that plaintiffs' Motion for Protective Order is granted in part. The parties shall appear before the undersigned on Friday, April 4, 2014 following the hearing before the District Judge.

Entered this 21st day of March, 2014.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia