IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

GERARD MORRISON, et. al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:14-cv-5
)
COUNTY OF FAIRFAX, VIRGINIA, )
)
Defendant. )

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss Count V of the Amended Complaint. For reasons stated from the bench, it is hereby

ORDERED that Count V of the Complaint is DISMISSED WITHOUT PREJUDICE.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
March 26, 2014