# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

GERARD MORRISON, et al.,     )

                 )

       Plaintiff,      )       Civil Action No. 1:14cv5

                 )

vs.               )       Judge Hilton

                 )       Magistrate Judge Anderson

COUNTY OF FAIRFAX, VA.,    )

                 )

       Defendants.    )

                 )

_____ )

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF DEFENDANT'S LIABILITY FOR ITS FAILURE TO PAY FAIR LABOR STANDARDS ACT OVERTIME PAY TO ITS FIRE CAPTAINS**

Molly A. Elkin (Va. Bar No. 40967)
Sara L. Faulman
Robin S. Burroughs
WOODLEY & McGILLIVARY
1101 Vermont Avenue, N.W.
Suite 1000
Washington, DC  20005
Phone:  (202) 833-8855
mae@wmlaborlaw.com
slf@wmlaborlaw.com
rsb@wmlaborlaw.com

August 8, 2014                    *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

- - - - - - - - - - - - -   x

GERARD MORRISON, et al.,       :

        Plaintiffs,       :   Civil Action No.

    v.                   :   1:14cv5

COUNTY OF FAIRFAX, VIRGINIA,:

       Defendant.       :

- - - - - - - - - - - - -   x

Deposition of MAURA M. ARDIKE

McLean, Virginia

June 13, 2014

2:30 p.m.

Job No.:  1-249896

Pages:  1 through 181

Reported by:  Sandria L. Cox

MAURA M. ARDIKE - 6/13/2014

```
 1    all have different clear times?

 2         A    Yes.

 3         Q.   You did not measure the time from

 4    the time the Captains --.

 5              This is all Captains, right, that

 6    you measured?

 7         A.   Uh-huh.

 8         Q.   -- from the time the Captains left

 9    the station until the time they were back in

10    quarters at the station; is that correct?

11         A.   I did the time that the unit was

12    dispatched to the time that they were clear.

13         Q.   So am I correct in my statement then

14    it wasn't measurement between dispatched and

15    back in quarters?  Is that correct?

16         A.   It was not a measurement of dispatch

17    and back in quarters.  It was a measurement of

18    dispatch to clearing the incident.

19         Q.   Okay.  And if they cleared an

20    incident and got called to another incident

21    before they were back in quarters, how was that

22    measured in your report?
```

MAURA M. ARDIKE - 6/13/2014

```
 1    but you can't do analysis on a time that

 2    doesn't exist.

 3            So there was only four.

 4       Q.   So four shift days were excluded

 5    from the analysis because the data was blank in

 6    the FireRMS system; is that right?

 7       A    Yes.

 8       Q.   "Note, this data is reliant on the

 9    assumption that if a person responded to an

10    incident, then he or she worked a full shift

11    day."

12            What is your understanding of a full

13    shift day for the firefighter?

14       A.   A shift day would be from 0700 to

15    0700.  Twenty-four hours.

16            There is no inferences or anything

17    made specifically about or said about the data

18    being like a certain percent of the day because

19    it's just assuming that if they went on a call,

20    a shift day is defined as 24 hours.

21       Q.   So some of this data for the 3,373

22    hours could be on days where they were just
```

MAURA M. ARDIKE - 6/13/2014

```
 1    held over for an hour or two or worked half a
 2    shift and then took leave for the rest of the
 3    day; is that right?
 4          A.   Potentially, yes.
 5          Q.   The 7 individuals above responded to
 6    10,425 incidents.  And you got that by -- on
 7    the Excel spreadsheet, adding up the incident
 8    numbers?
 9          A.   The number of incidents.  Uh, I
10    would have to look at that again to doubly
11    confirm, because sometimes when we say
12    "incidents" we mean "responses" and
13    "responses" and "incidents" are two different
14    things.
15          Q.   So this could be these guys went on
16    10,4025 calls or it could mean that --.
17               I mean, incidents -- more than one
18    engine can go on an incident; right?
19          A    Yes.  So that's a response.
20    Incidents, the terminology, we use that for a
21    unique incident.  So I would have to confirm.
22          Q.   As you sit here, you're not sure
```

MAURA M. ARDIKE - 6/13/2014

```
 1          Q.   Yes.  So if I go down to dispatch to
 2    clear time inclusion --
 3          A.   Uh-huh.
 4          Q.   -- did you exclude any calls that
 5    may have lasted more than 12 hours in your
 6    study?
 7          A.   Any singular unit response that went
 8    over the 12-hour threshold would have been
 9    excluded and it was under one percent of all --
10          Q.   All of the calls?
11          A    Yes.  It was a very small --
12          Q.   And did you determine on your own to
13    exclude calls over 12 hours, or did you get
14    that instruction from counsel?
15          A.   That was based off of prior
16    experience and my knowledge in this field doing
17    these types of analysis for Fire Departments.
18          Q.   Do you know whether that was a call
19    or --.
20               When I say "call," I'm talking about
21    what you measured, which is dispatch to clear
22    time.
```

MAURA M. ARDIKE - 6/13/2014

1       "Summary Results."  Is that all 176 Captains

2    who you were told to do the analysis on?

3           A.    Uh-huh.

4           Q.    Yes?

5           A     Yes, it is.

6           Q.    And so the total time that they

7    spent from clear to dispatch from November 10th

8    -- or however many shifts they worked from

9    November 10, 2010 up through January 1, 2014 --

10   was 67,648 hours, besides the exceptions that

11   you already talked about?

12          A.    So then it was rounded to the

13   nearest hour and it's the amount of time that

14   they were in that rank.

15          Q.    Right.  Based on Exhibit -- what was

16   it? -- 62.

17          A.    Yes.

18          Q.    And the number of dispatches during

19   that time period for the period of time they

20   were in the rank based on Exhibit 62 was

21   190,299 dispatches?

22          A.    Yes.

1

1              UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                   (Alexandria Division)

4      --------------------------x

5       GERARD MORRISON, et al.,  :

6               Plaintiffs,    :  Civ. Action No.

7          v.                  :  1:14cv5 (CMH/JFA)

8       COUNTY OF FAIRFAX, VA.,  :

9               Defendant.     :

10     --------------------------x

11

12       Videotaped Deposition of OSCAR L. BEASLEY, JR.

13                  McLean, Virginia

14                Tuesday, June 3, 2014

15                     8:51 a.m.

16

17

18

19

20     Job No.: 59004

21     Pages: 1 - 342

22     Reported By: Rebecca Stonestreet, RPR, CRR

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

30

| | |
|---|---|
| 1 | is very hands-on every single day. | 09:12:19 |
| 2 | Q   And would you say that what you do is the | 09:12:24 |
| 3 | same as what every other Captain I has done in the | 09:12:26 |
| 4 | station -- in their stations? | 09:12:30 |
| 5 | A   There may be some unique changes to my | 09:12:32 |
| 6 | position because I'm also an advanced life support | 09:12:38 |
| 7 | provider, meaning if I'm on the fire engine, I may | 09:12:41 |
| 8 | render advanced medical care that another Captain I | 09:12:47 |
| 9 | that's not a medic does not have the capability to | 09:12:52 |
| 10 | do. | 09:12:55 |
| 11 | But yes, by and large all the Captain I's | 09:12:55 |
| 12 | I know are hands-on supervisors engaged in | 09:13:00 |
| 13 | day-to-day operations every day they're at work. | 09:13:04 |
| 14 | Q   So is your understanding that the | 09:13:07 |
| 15 | difference is whether you're upper echelon or | 09:13:14 |
| 16 | whether you're hands-on? | 09:13:18 |
| 17 | MS. BURROUGHS:  Extent of the question -- | 09:13:19 |
| 18 | objection to the extent the question calls for a | 09:13:20 |
| 19 | legal conclusion. | 09:13:22 |
| 20 | Q   You can answer. | 09:13:23 |
| 21 | A   Could you say the question again? | 09:13:24 |
| 22 | Q   Is -- so is it your understanding - and | 09:13:26 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

35

| | | |
|---|---|---|
| 1 | department? | 09:18:06 |
| 2 | A   August 6th of '84, I believe, was the day | 09:18:07 |
| 3 | I was hired as a civilian in a position within the | 09:18:14 |
| 4 | fire department.  And then October 15th, '85, I | 09:18:17 |
| 5 | believe, is when I left trucking school. | 09:18:23 |
| 6 | Q   I'm sorry.  Can you say the last part | 09:18:26 |
| 7 | again? | 09:18:28 |
| 8 | A   I believe October 15th, 1985, is when I | 09:18:29 |
| 9 | left -- when I graduated from the fire academy, I | 09:18:33 |
| 10 | believe. | 09:18:35 |
| 11 | Q   Okay.  And if I remember correctly, | 09:18:35 |
| 12 | you -- when we were doing introductions last Friday | 09:18:44 |
| 13 | you said you were retired? | 09:18:47 |
| 14 | A   Yes, ma'am. | 09:18:50 |
| 15 | Q   Okay.  Can you tell me when you retired? | 09:18:51 |
| 16 | A   I believe my last day in the field was | 09:18:53 |
| 17 | May 14th, 2014, of this year.  Yeah. | 09:18:55 |
| 18 | Q   And what was your position at retirement? | 09:19:03 |
| 19 | A   I was a captain assigned to Engine 427 on | 09:19:05 |
| 20 | B-shift. | 09:19:09 |
| 21 | Q   Were you a Captain I? | 09:19:10 |
| 22 | A   Yes, ma'am. | 09:19:21 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

47

| | | |
|---|---|---|
| 1 | a list? | 09:32:19 |
| 2 | MS. BURROUGHS:  Objection.  Speculation. | 09:32:20 |
| 3 | A    Every promotional list -- at the | 09:32:22 |
| 4 | conclusion of the test, a list is generated and | 09:32:25 |
| 5 | people are placed on the list depending on how well | 09:32:33 |
| 6 | they did on the test. | 09:32:35 |
| 7 | Q    Okay.  Do you have to apply every time | 09:32:37 |
| 8 | there's a promotional test in order to be on the | 09:32:44 |
| 9 | list? | 09:32:46 |
| 10 | A    As far as I know you have to file some | 09:32:47 |
| 11 | kind of -- excuse me, résumé, with the county. | 09:32:49 |
| 12 | Which is kind of crazy that you have to apply with | 09:32:56 |
| 13 | a résumé with the agency that you currently work | 09:32:59 |
| 14 | for.  One would think they would already know. | 09:33:01 |
| 15 | But anyhow, it's the system, it's the | 09:33:03 |
| 16 | bureaucracy that we work with.  So yes, I had to | 09:33:06 |
| 17 | fill one out to take the Captain II's test, so I | 09:33:09 |
| 18 | did it. | 09:33:13 |
| 19 | Q    Do you have a copy of the résumé that you | 09:33:13 |
| 20 | prepared for that? | 09:33:16 |
| 21 | A    No, but I'm sure the county has it on | 09:33:17 |
| 22 | file.  It has to be done electronically.  So I'm | 09:33:17 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

120

| | | |
|---|---|---|
| 1 | Q    And does -- I'm sorry.  Say that part | 11:21:58 |
| 2 | again. | 11:22:02 |
| 3 | A    When I'm on the engine as the medic, if | 11:22:02 |
| 4 | I'm the only ALS provider there, then I need to | 11:22:05 |
| 5 | render care. | 11:22:09 |
| 6 | Q    If the medic truck isn't there? | 11:22:10 |
| 7 | A    Well, even if they are there.  If the | 11:22:12 |
| 8 | call is bad enough -- it's just like a fire.  I | 11:22:15 |
| 9 | mean, we live in real world with real dynamic | 11:22:18 |
| 10 | scenes, and I haven't met a patient yet that cared | 11:22:22 |
| 11 | what your badge said or what rank you held.  They | 11:22:25 |
| 12 | want to get help.  And I can't say to my guys, "You | 11:22:29 |
| 13 | know what?  She's an older lady throwing up and I | 11:22:32 |
| 14 | got 10 years on the job; I'm not going to do that." | 11:22:35 |
| 15 | It doesn't work that way.  So... | 11:22:37 |
| 16 | Q    I meant only that you said you were the | 11:22:39 |
| 17 | only ALS person there.  That would be only if the | 11:22:41 |
| 18 | engine was the only apparatus.  But if there was an | 11:22:45 |
| 19 | engine and a medic, you would not be the only | 11:22:48 |
| 20 | ALS-certified person there.  Correct? | 11:22:52 |
| 21 | A    Correct.  I would not be the only | 11:22:53 |
| 22 | ALS-certified person. | 11:22:55 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

121

| | | |
|---|---|---|
| 1 | But the other -- I guess what I'm trying | 11:22:56 |
| 2 | to say is the only other person being there doesn't | 11:22:58 |
| 3 | mean I'm not going to render care.  It doesn't mean | 11:23:00 |
| 4 | that I'm not going to be involved in hands-on care. | 11:23:03 |
| 5 | Q    And is an incident report still filled | 11:23:05 |
| 6 | out for such a call even though it's not an | 11:23:08 |
| 7 | incident? | 11:23:11 |
| 8 | A    Sure.  Sure.  A report is certainly | 11:23:12 |
| 9 | filled out for every call.  Every piece of | 11:23:14 |
| 10 | equipment fills out a report for every call. | 11:23:16 |
| 11 | Q    Okay.  And so for this type of call where | 11:23:18 |
| 12 | it's just an engine and a medic. | 11:23:22 |
| 13 | A    Uh-huh. | 11:23:24 |
| 14 | Q    There's no incident commander.  Right? | 11:23:24 |
| 15 | A    There's not really an incident commander, | 11:23:28 |
| 16 | but there's -- the officer in charge of each | 11:23:32 |
| 17 | individual unit is the officer in charge of that | 11:23:34 |
| 18 | unit. | 11:23:40 |
| 19 | Q    So when it was your team at Fire | 11:23:41 |
| 20 | Station 31 and your team at Fire Station 27, there | 11:23:46 |
| 21 | was no lieutenant.  Right? | 11:23:48 |
| 22 | A    Yes, ma'am.  That's correct. | 11:23:49 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

145

| | | |
|---|---|---|
| 1 | second-arriving engine, that's what you're supposed | 11:50:21 |
| 2 | to do.  But in the same -- but in the same sense, | 11:50:23 |
| 3 | if there's a lieutenant riding on that engine, he's | 11:50:32 |
| 4 | going to assume command too. | 11:50:35 |
| 5 |     Q    Okay. | 11:50:36 |
| 6 |     A    And I can't say to him, "Well, you're a | 11:50:37 |
| 7 | lieutenant; I'm a captain; you can't tell me what | 11:50:40 |
| 8 | to do."  You better believe if that lieutenant who | 11:50:42 |
| 9 | has command says, "We need to go here and break out | 11:50:45 |
| 10 | that window," then that's what I'm doing. | 11:50:48 |
| 11 |     I wouldn't walk up to him and go, "Hey, | 11:50:50 |
| 12 | I'm here now.  I got it."  It doesn't work that | 11:50:53 |
| 13 | way. | 11:50:56 |
| 14 |     Q    How many lieutenants are assigned to ride | 11:50:56 |
| 15 | engines regularly? | 11:51:00 |
| 16 |     A    I don't know of any lieutenants that are | 11:51:02 |
| 17 | assigned to ride engines.  They're assigned | 11:51:04 |
| 18 | primarily to trucks and heavy-duty rescue squads. | 11:51:07 |
| 19 | But they ride on engines every single day in the | 11:51:14 |
| 20 | county. | 11:51:17 |
| 21 |     Q    When they're riding up as a captain. | 11:51:17 |
| 22 | Right? | 11:51:21 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

146

| | | |
|---|---|---|
| 1 | A    When they're filling in as a captain's | 11:51:21 |
| 2 | position.  Because there's almost no difference | 11:51:23 |
| 3 | operationally.  There's practically zero difference | 11:51:27 |
| 4 | operationally between an engine lieutenant and, for | 11:51:31 |
| 5 | that matter, a Captain II when they're operating on | 11:51:34 |
| 6 | that engine. | 11:51:37 |
| 7 | Q    Right.  But when the lieutenant is riding | 11:51:39 |
| 8 | that engine -- | 11:51:39 |
| 9 | A    Yes, ma'am. | 11:51:39 |
| 10 | Q    They're riding as a captain.  They're not | 11:51:39 |
| 11 | riding a lieutenant.  Right?  They're filling in | 11:51:41 |
| 12 | for a captain? | 11:51:44 |
| 13 | A    They're holding a supervisory role.  So | 11:51:45 |
| 14 | they could be filling in -- they're filling in as a | 11:51:48 |
| 15 | supervisor.  So yes, when the lieutenant -- it's | 11:51:51 |
| 16 | not so much that it's a captain as much as it is | 11:51:53 |
| 17 | that's where the supervisor rides.  That's the role | 11:51:57 |
| 18 | that you have. | 11:52:01 |
| 19 | So as a lieutenant -- for example, a | 11:52:02 |
| 20 | lieutenant might be required to work overtime where | 11:52:07 |
| 21 | a station Captain II is not -- for example, if the | 11:52:13 |
| 22 | station commander captain at 27 calls in sick, they | 11:52:17 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

147

| | | |
|---|---|---|
| 1 | may have a lieutenant come work overtime and fill | 11:52:21 |
| 2 | his position, and he will do exactly the same thing | 11:52:23 |
| 3 | the Captain II would do because that's his role for | 11:52:26 |
| 4 | that day. | 11:52:29 |
| 5 | But yeah, lieutenants ride engines every | 11:52:30 |
| 6 | single day in the county. | 11:52:33 |
| 7 | Q    Right.  When they're -- and just so I | 11:52:35 |
| 8 | understand your answer, when they're doing that, | 11:52:36 |
| 9 | they're filling in for a captain.  Correct? | 11:52:39 |
| 10 | A    They're riding as a supervisor.  And in | 11:52:41 |
| 11 | our department, captains ride engines.  But that's | 11:52:45 |
| 12 | not exactly normative.  In other departments | 11:52:49 |
| 13 | captains ride trucks.  They don't ride engines. | 11:52:51 |
| 14 | So it's a matter of how our department | 11:52:54 |
| 15 | has decided where the captains are going to be. | 11:52:57 |
| 16 | Q    So when you say "our department," the | 11:52:59 |
| 17 | Fairfax County fire department? | 11:53:02 |
| 18 | A    Yes, I'm sorry.  Yes, ma'am.  The | 11:53:03 |
| 19 | Fairfax County fire department. | 11:53:04 |
| 20 | Q    Okay. | 11:53:04 |
| 21 | A    Captain I's are assigned to engines. | 11:53:06 |
| 22 | Q    And Captain II's are assigned to engines | 11:53:08 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

148

| | | |
|---|---|---|
| 1 | as well.  Right? | 11:53:10 |
| 2 | A    Yes, ma'am. | 11:53:11 |
| 3 | Q    Okay.  And when a lieutenant fills in for | 11:53:11 |
| 4 | a captain, they go through some training before | 11:53:14 |
| 5 | they do that.  Right? | 11:53:17 |
| 6 | A    Not really.  I mean, because what they're | 11:53:17 |
| 7 | doing is operational.  They're not -- at a fire | 11:53:23 |
| 8 | they're going to do pretty much the same exact | 11:53:28 |
| 9 | thing.  They're going to pull hose, they're going | 11:53:31 |
| 10 | to search, they're going to hook ceiling, they're | 11:53:34 |
| 11 | going to do whatever type of suppression activities | 11:53:36 |
| 12 | that any suppression piece would do.  He's filling | 11:53:40 |
| 13 | a role on that -- on that engine. | 11:53:44 |
| 14 | Q    You're not -- you're not saying that a | 11:53:47 |
| 15 | lieutenant would be assigned to fill in for a | 11:53:49 |
| 16 | captain without having any experience riding in | 11:53:53 |
| 17 | that engine as a captain before. | 11:53:56 |
| 18 | A    No.  I mean, they -- it's conceivable | 11:54:00 |
| 19 | that -- for example, when you get promoted from -- | 11:54:05 |
| 20 | this is all theory:  An engine driver gets promoted | 11:54:10 |
| 21 | to lieutenant.  That lieutenant has opted to work | 11:54:14 |
| 22 | overtime on a particular day.  There is nothing | 11:54:19 |

169

| | | |
|---|---|---|
| 1 | time. | 13:10:08 |
| 2 | Q    And is this referring to -- if you turn | 13:10:09 |
| 3 | to the page 6 of the evaluation form that's | 13:10:13 |
| 4 | attached. | 13:10:19 |
| 5 | MS. BURROUGHS:  Are we looking at | 13:10:25 |
| 6 | Bates 3295? | 13:10:29 |
| 7 | MS. REWARI:  Yes. | 13:10:31 |
| 8 | A    Yes, ma'am. | 13:10:31 |
| 9 | Q    Okay.  You see there's a Section D: | 13:10:32 |
| 10 | "Overall assessment of employee's performance"? | 13:10:34 |
| 11 | A    Uh-huh. | 13:10:36 |
| 12 | Q    Okay.  And the rating that is fourth | 13:10:36 |
| 13 | down:  "Performance exceeds agency minimum | 13:10:38 |
| 14 | standards for all critical job elements.  Employee | 13:10:43 |
| 15 | qualifies for a merit pay increment."  Right? | 13:10:46 |
| 16 | A    Uh-huh. | 13:10:48 |
| 17 | Q    And so by -- if this box or higher is | 13:10:49 |
| 18 | checked, then that's a recommendation for the merit | 13:10:57 |
| 19 | pay increment.  Correct? | 13:10:59 |
| 20 | MS. BURROUGHS:  Objection.  Speculation. | 13:11:00 |
| 21 | A    Well, you're given, obviously, a criteria | 13:11:02 |
| 22 | to check, and you check whichever one you think | 13:11:07 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

170

| | | |
|---|---|---|
| 1 | best suits the person. | 13:11:11 |
| 2 | The problem here is, these are kind of | 13:11:13 |
| 3 | like automatic.  I mean, it's not as though I'm | 13:11:16 |
| 4 | approving their raise, because if I was able to | 13:11:20 |
| 5 | stop it, I would have to have a host of | 13:11:24 |
| 6 | documentation, plus they would have to have a | 13:11:27 |
| 7 | 10-week letter of improvement beforehand. | 13:11:29 |
| 8 | So this is kind of -- kind of a routine | 13:11:32 |
| 9 | thing.  It's the exception, not the rule. | 13:11:35 |
| 10 | Q    Okay.  But the -- you see the entry | 13:11:37 |
| 11 | that's before "EMS" that says "MMS"? | 13:11:40 |
| 12 | A    Yes, ma'am. | 13:11:42 |
| 13 | Q    "Performance meets but does not exceed | 13:11:43 |
| 14 | agency standards.  Employee does not qualify for a | 13:11:46 |
| 15 | merit increment on basis of current performance"? | 13:11:49 |
| 16 | A    Uh-huh.  Right. | 13:11:52 |
| 17 | Q    So an evaluator can check that box? | 13:11:52 |
| 18 | A    Right.  Well, in my role, somebody has to | 13:11:58 |
| 19 | fill this out.  It happens to be me.  But I can | 13:12:01 |
| 20 | assure you that I cannot, on my own, check that | 13:12:04 |
| 21 | they can't meet the standard.  There would have to | 13:12:10 |
| 22 | be overlaying supervision.  My battalion chief | 13:12:12 |

242

1    subordinate came to me and said, "Did you know this          14:37:14

2    occurred?"                                                    14:37:16

3            So then as an officer, I'm duty bound --              14:37:17

4    like they're duty bound to report it to me, I'm              14:37:21

5    duty bound to report it to my superior.  And then I          14:37:24

6    just follow the departmental protocol.                       14:37:31

7            But like I said, I can't -- I can't                   14:37:33

8    change his -- I can't make anybody's discipline             14:37:35

9    greater or less.  All I do is fill out the                   14:37:38

10   paperwork that's required.                                   14:37:41

11       Q    Do you make a recommendation, though, as            14:37:44

12   far as, "Hey, this should be" -- you know, "this             14:37:47

13   should be an oral or this should be a written" to            14:37:50

14   Chief Graling and discuss with him what it should            14:37:53

15   be?                                                           14:37:56

16       A    You can.  You can give your opinion.  It            14:37:56

17   has no weight whatsoever, I don't think.  Because,           14:38:01

18   you know, somebody with a lot more bugles than I am          14:38:10

19   is making the decision about what kind of                    14:38:14

20   discipline this type of employee gets.                       14:38:17

21           This is not your run of the mill, "Hey,              14:38:18

22   you're late."  You see one or two other people's            14:38:20

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

243

| | | |
|---|---|---|
| 1 | name come up one time in a year or two years.  This | 14:38:24 |
| 2 | person is flavor of the quarter.  So... | 14:38:27 |
| 3 | So I'm not -- I'm not given any latitude | 14:38:33 |
| 4 | on discipline at all.  I go to the department's | 14:38:37 |
| 5 | protocol, I fill out what the SOP says I have to | 14:38:40 |
| 6 | fill out, I write where I'm required to write | 14:38:43 |
| 7 | something.  I call the battalion chief back, | 14:38:50 |
| 8 | consult with him.  He says "yes" or "no" or "change | 14:38:52 |
| 9 | this" or "change that" or "wait."  I've been told | 14:38:55 |
| 10 | before, "Wait.  I'll get back to you."  And he | 14:38:57 |
| 11 | can't even tell me what to do until the deputy | 14:39:00 |
| 12 | chief tells him.  So... | 14:39:03 |
| 13 | But I'm not privy to those conversations, | 14:39:04 |
| 14 | but I'll -- you know, sometimes the battalion chief | 14:39:06 |
| 15 | will say, "Well, I'm waiting for some input from | 14:39:08 |
| 16 | the deputy chief before that occurs." | 14:39:11 |
| 17 | Q    Did this person do -- did this person | 14:39:14 |
| 18 | have other infractions or rule violations that you | 14:39:21 |
| 19 | didn't give an oral reprimand for? | 14:39:27 |
| 20 | A    I don't know.  I mean, it's possible, but | 14:39:30 |
| 21 | I -- you know, can't recall. | 14:39:34 |
| 22 | Q    Well, do you have employees sometimes | 14:39:35 |

244

| | | |
|---|---|---|
| 1 | that you say, "Well, you know, this person made a | 14:39:37 |
| 2 | mistake but it's their first time; I'm going to | 14:39:40 |
| 3 | take them aside and talk to them instead of taking | 14:39:43 |
| 4 | it up the chain"? | 14:39:46 |
| 5 | A    It depends -- well, it depends. | 14:39:48 |
| 6 | MS. BURROUGHS:  Objection.  Asked and | 14:39:50 |
| 7 | answered. | 14:39:51 |
| 8 | A    If you're driving the engine and you hit | 14:39:54 |
| 9 | something, there's nothing I can do about it. | 14:40:00 |
| 10 | Q    Right.  Right. | 14:40:03 |
| 11 | A    But if you make some offhand comment that | 14:40:04 |
| 12 | could be construed as racist or sexist, I can't | 14:40:08 |
| 13 | unfire that gun.  So... | 14:40:11 |
| 14 | Q    But if it's made to you, you have the | 14:40:16 |
| 15 | choice whether you report it or not.  Right? | 14:40:18 |
| 16 | MS. BURROUGHS:  Objection.  Asked and | 14:40:21 |
| 17 | answered. | 14:40:21 |
| 18 | A    I'm not -- I'm not following you. | 14:40:22 |
| 19 | Q    Well, if a complaint is made to you or | 14:40:25 |
| 20 | some conduct happens in front of you -- let me give | 14:40:31 |
| 21 | you a more specific example. | 14:40:38 |
| 22 | If someone doesn't do their time and | 14:40:40 |

245

| | | |
|---|---|---|
| 1 | attendance reporting and that's the only mistake | 14:40:44 |
| 2 | they're making, do you give them an oral reprimand | 14:40:47 |
| 3 | every time? | 14:40:50 |
| 4 | MS. BURROUGHS:  Objection to the | 14:40:50 |
| 5 | hypothetical. | 14:40:51 |
| 6 | A    No.  At first blush I would say no, but I | 14:40:53 |
| 7 | don't know.  They're all -- it's all, you know, a | 14:40:55 |
| 8 | unique set of circumstances. | 14:41:00 |
| 9 | Q    Right.  It depends on the circumstances. | 14:41:01 |
| 10 | Right? | 14:41:03 |
| 11 | A    Right.  But if they break the county's | 14:41:03 |
| 12 | protocol in a certain area, there's not really a | 14:41:07 |
| 13 | whole lot of latitude. | 14:41:09 |
| 14 | Q    Okay.  Let's look at Exhibit 277. | 14:41:10 |
| 15 | Do you recognize this as a calendar | 14:41:32 |
| 16 | entry? | 14:41:34 |
| 17 | A    Not specifically. | 14:41:34 |
| 18 | Q    Okay.  Do you recall meeting with this | 14:41:37 |
| 19 | person on or about April 29, 2014? | 14:41:39 |
| 20 | A    There's a problem with this.  This is | 14:41:44 |
| 21 | April of this year.  I don't think this employee | 14:41:52 |
| 22 | was working for me then, so I don't know how I | 14:41:56 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

258

| | | |
|---|---|---|
| 1 | A     Well, because they're the same rank. | 14:56:41 |
| 2 | Q     Right.  So -- | 14:56:44 |
| 3 | A     So in that case, yeah, that one would | 14:56:47 |
| 4 | have to come from me.  So... | 14:56:50 |
| 5 | Q     And even though the lieutenant in this | 14:56:52 |
| 6 | instance was filling in as a captain, he had to be | 14:56:54 |
| 7 | disciplined by the captain.  Right?  Or he could be | 14:56:59 |
| 8 | disciplined by the captain.  Right? | 14:57:06 |
| 9 | A     Yes.  Yes.  His role and responsibilities | 14:57:07 |
| 10 | that day consisted of making sure staffing was done | 14:57:09 |
| 11 | so it did not inadvertently affect the operations | 14:57:13 |
| 12 | of the fire department.  Which it did, because it | 14:57:17 |
| 13 | resulted in somebody being late and another | 14:57:19 |
| 14 | employee having to be held over and thus paid | 14:57:21 |
| 15 | overtime for being held.  Because we can't just | 14:57:24 |
| 16 | leave when we feel like it. | 14:57:29 |
| 17 | Q     So even though he was filling in for you | 14:57:30 |
| 18 | that day, because he didn't follow the rules and | 14:57:32 |
| 19 | regulations that you've cited here correctly, you | 14:57:40 |
| 20 | could discipline him? | 14:57:43 |
| 21 | MS. BURROUGHS:  Objection.  Asked and | 14:57:44 |
| 22 | answered. | 14:57:45 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

259

| | | |
|---|---|---|
| 1 | Q    You as a Captain I could still discipline | 14:57:45 |
| 2 | him? | 14:57:49 |
| 3 | A    No, I can't discipline anybody. | 14:57:50 |
| 4 | Q    You as a Captain I could sign this | 14:57:52 |
| 5 | discipline on 279.  Right? | 14:57:54 |
| 6 | A    I have to sign it.  If they get it, it | 14:57:56 |
| 7 | has to be reviewed by a supervisor.  But I cannot | 14:57:58 |
| 8 | initiate any discipline at all on my own.  I am | 14:58:02 |
| 9 | following departmental recommendations and | 14:58:05 |
| 10 | directives from those that are higher rank than I | 14:58:07 |
| 11 | am.  And whether I want to do it or not is | 14:58:12 |
| 12 | irrelevant, because if I don't, then I get one of | 14:58:14 |
| 13 | these. | 14:58:17 |
| 14 | Q    Did you want to do it in this instance? | 14:58:18 |
| 15 | A    I don't recall.  But I suspect it was | 14:58:20 |
| 16 | irritating. | 14:58:24 |
| 17 | Q    Right. | 14:58:25 |
| 18 | A    But again, my personal feelings are | 14:58:26 |
| 19 | immaterial.  There's a protocol that we have to go | 14:58:30 |
| 20 | by, and that's what we go by. | 14:58:34 |
| 21 | Q    Well, in all the discipline we've looked | 14:58:35 |
| 22 | at so far, can you identify any instance in which | 14:58:40 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

260

| | | |
|---|---|---|
| 1 | you didn't want to deliver the discipline that was | 14:58:43 |
| 2 | issued? | 14:58:46 |
| 3 | A    In the oral reprimand that we mentioned | 14:58:46 |
| 4 | where I had to counsel the person with the door | 14:58:59 |
| 5 | open, given in my notes that it said, "You tried to | 14:59:03 |
| 6 | call.  You told me ahead of time.  Normally you're | 14:59:08 |
| 7 | here early," I would have loved to have seen that | 14:59:13 |
| 8 | person not get it.  But that's not up to me. | 14:59:17 |
| 9 | Q    Okay. | 14:59:17 |
| 10 | A    I'm not asked if I like the order; I'm | 14:59:20 |
| 11 | asked to follow it. | 14:59:22 |
| 12 | Q    Is that -- again, from all the discipline | 14:59:23 |
| 13 | now that we've been looking at, are there any other | 14:59:25 |
| 14 | instances you can identify in which you did not | 14:59:29 |
| 15 | want to issue the discipline that was given? | 14:59:33 |
| 16 | MS. BURROUGHS:  Objection to the compound | 14:59:34 |
| 17 | question. | 14:59:36 |
| 18 | Q    Other than the one you just spoke about. | 14:59:38 |
| 19 | A    So you're asking me is there any | 14:59:41 |
| 20 | discipline that I wish hadn't been given that was? | 14:59:48 |
| 21 | Q    That you disagreed with that the | 14:59:52 |
| 22 | conduct -- | 14:59:55 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

261

| | | |
|---|---|---|
| 1 | A    Yeah.  I would have liked to have seen | 14:59:56 |
| 2 | more discipline to the person who continually -- | 14:59:58 |
| 3 | you know:  "We're not here.  We don't do that.  We | 15:00:00 |
| 4 | run over the radio.  We call in."  Yeah.  But my | 15:00:04 |
| 5 | recommendation for, why don't we do more, or why | 15:00:07 |
| 6 | don't we give this person a McDonald's uniform | 15:00:10 |
| 7 | instead of a fire department uniform, those are | 15:00:16 |
| 8 | completely irrelevant. | 15:00:19 |
| 9 | My suggestions and recommendations on | 15:00:19 |
| 10 | that really don't carry any weight at all. | 15:00:22 |
| 11 | Q    So with respect to that person, you would | 15:00:25 |
| 12 | have wanted more severe discipline? | 15:00:26 |
| 13 | A    I don't know.  I mean, it's been four or | 15:00:28 |
| 14 | five years ago. | 15:00:32 |
| 15 | Q    I'm just asking what you meant by what | 15:00:33 |
| 16 | you just said, that -- | 15:00:35 |
| 17 | A    You're asking me did they give -- did the | 15:00:36 |
| 18 | administration give discipline that I would have | 15:00:40 |
| 19 | liked to have seen been harsher?  I suppose. | 15:00:41 |
| 20 | Q    Right.  And did -- | 15:00:47 |
| 21 | A    Just because I would have liked to have | 15:00:48 |
| 22 | seen a change in behavior. | 15:00:50 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

262

| | | |
|---|---|---|
| 1 | Q    And did you issue discipline under your | 15:00:51 |
| 2 | signature that you would -- other than the | 15:00:53 |
| 3 | tardiness one that you just spoke about, is there | 15:00:57 |
| 4 | discipline that you issued that you disagreed with | 15:01:03 |
| 5 | as far as that this is not conduct that warrants | 15:01:07 |
| 6 | discipline? | 15:01:11 |
| 7 | MS. BURROUGHS:  Objection to the | 15:01:12 |
| 8 | mischaracterization and being asked and answered. | 15:01:18 |
| 9 | A    Not that I'm aware of.  But again, some | 15:01:20 |
| 10 | of these are quite old.  So... | 15:01:23 |
| 11 | Q    Okay. | 15:01:27 |
| 12 | A    And there -- I'm sure that there's other | 15:01:27 |
| 13 | discipline that I have issued that maybe you | 15:01:29 |
| 14 | haven't made mention of that would have been | 15:01:32 |
| 15 | different.  But again, that's just speculation on | 15:01:34 |
| 16 | my point, so it's not really helpful. | 15:01:36 |
| 17 | Q    And just calling upon your own memory, | 15:01:39 |
| 18 | forgetting the documents, is there one -- is there | 15:01:42 |
| 19 | any situation you're thinking of where you were | 15:01:44 |
| 20 | told to issue discipline and you said -- believed | 15:01:48 |
| 21 | that the conduct was not a violation of any | 15:01:52 |
| 22 | regulation or rule or order or directive? | 15:01:55 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

263

| | | |
|---|---|---|
| 1 | A    Repeat that one more time.  Was there any | 15:01:58 |
| 2 | discipline that I issued that I did not agree with? | 15:02:10 |
| 3 | Q    That you did not agree was a violation of | 15:02:12 |
| 4 | some rule, regulation, policy, SOP, order, or | 15:02:17 |
| 5 | directive? | 15:02:23 |
| 6 | MS. BURROUGHS:  Objection to the compound | 15:02:25 |
| 7 | question. | 15:02:27 |
| 8 | A    I can think of one instance where | 15:02:27 |
| 9 | somebody got -- I believe got an oral reprimand | 15:02:37 |
| 10 | because of something that was done on a medic unit. | 15:02:41 |
| 11 | They found out there was a problem.  I think it was | 15:02:48 |
| 12 | an instance of a -- a piece of equipment missing. | 15:02:50 |
| 13 | They brought it to my attention, but then they | 15:02:57 |
| 14 | didn't get it fixed.  And they got issued | 15:02:59 |
| 15 | discipline just like the guy who'd gone all day | 15:03:02 |
| 16 | long, knew it was broken, and took no action and | 15:03:05 |
| 17 | didn't tell the other guy that it was broken.  He | 15:03:09 |
| 18 | discovered it on his own, meant to get it fixed, | 15:03:10 |
| 19 | and then, because of a series of one call after | 15:03:13 |
| 20 | another, forgot. | 15:03:16 |
| 21 | Then when the third shift came to work | 15:03:16 |
| 22 | and said, "Hey, did you know this was missing?" | 15:03:16 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

264

| | | |
|---|---|---|
| 1 | He said, "Yeah, I did.  I found out | 15:03:18 |
| 2 | yesterday on my own." | 15:03:18 |
| 3 | So then we start -- everybody gets | 15:03:19 |
| 4 | something. | 15:03:23 |
| 5 | Thus, as I said before, we try to check | 15:03:24 |
| 6 | the equipment every day. | 15:03:26 |
| 7 | Q    Okay. | 15:03:27 |
| 8 | A    But yes.  There was an instance where I | 15:03:30 |
| 9 | gave somebody discipline that I thought was kind of | 15:03:33 |
| 10 | ham-handed.  But again, I don't have -- and I don't | 15:03:37 |
| 11 | have a lot of discrepancy -- a lot of discretion | 15:03:41 |
| 12 | there.  I just follow the orders. | 15:03:45 |
| 13 | Q    Was it explained to you why everybody | 15:03:46 |
| 14 | needed to get discipline in that circumstance? | 15:03:52 |
| 15 | A    No. | 15:03:54 |
| 16 | Q    Did you ask? | 15:03:54 |
| 17 | A    I don't recall. | 15:03:55 |
| 18 | MS. BURROUGHS:  Maybe now would be a good | 15:04:52 |
| 19 | time for a break, if you're gearing up for | 15:04:54 |
| 20 | something. | 15:04:56 |
| 21 | MS. REWARI:  Sure.  That's fine. | 15:04:58 |
| 22 | THE VIDEOGRAPHER:  Going off the record. | 15:04:59 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

267

| | | |
|---|---|---|
| 1 | Q    Right.  Is the first paragraph your | 15:15:50 |
| 2 | words, "On July 14, 2011, while conducting your | 15:15:55 |
| 3 | annual employee evaluation, I discovered that your | 15:15:57 |
| 4 | Maryland driver's license expired in June 2011"? | 15:16:00 |
| 5 | A    Yes. | 15:16:02 |
| 6 | Q    Those were your words? | 15:16:03 |
| 7 | A    Right. | 15:16:04 |
| 8 | Q    And the rest of it is a template.  Right? | 15:16:04 |
| 9 | A    Yes, ma'am. | 15:16:07 |
| 10 | Q    This says "proposed suspension."  Do you | 15:16:07 |
| 11 | have an understanding of why this is a proposed | 15:16:16 |
| 12 | whereas the oral and the written didn't have the | 15:16:20 |
| 13 | word "proposed" in front of it? | 15:16:24 |
| 14 | A    No, ma'am. | 15:16:26 |
| 15 | Q    Okay.  Who were you proposing this to? | 15:16:27 |
| 16 | A    I wasn't proposing it to anybody. | 15:16:28 |
| 17 | Q    Okay.  Well, do you know who this | 15:16:29 |
| 18 | proposed suspension goes to? | 15:16:32 |
| 19 | A    I suspect somebody at payroll.  Although | 15:16:33 |
| 20 | they're not copied on it, it says "to" the | 15:16:36 |
| 21 | particular firefighter "from" me. | 15:16:41 |
| 22 | But these aren't my words.  Like I said, | 15:16:45 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

268

| | | |
|---|---|---|
| 1 | you have to give a reference.  It was first person. | 15:16:48 |
| 2 | I discovered it.  Therefore, I'm duty bound to | 15:16:52 |
| 3 | report it, which I did. | 15:16:56 |
| 4 | I tell the chief.  The chief says, "Okay. | 15:16:57 |
| 5 | You need to do this." | 15:17:00 |
| 6 | Q    Okay.  And do you know whether the | 15:17:01 |
| 7 | employee received a suspension without pay? | 15:17:03 |
| 8 | A    I don't know.  I believe they did, but I | 15:17:05 |
| 9 | don't know. | 15:17:10 |
| 10 | But I don't approve that.  Somebody else | 15:17:10 |
| 11 | makes that determine -- that determination; not me. | 15:17:15 |
| 12 | Q    And at the bottom of this form on the | 15:17:19 |
| 13 | second page it says, "I acknowledge receipt of this | 15:17:28 |
| 14 | proposed suspension without pay," and it has a | 15:17:30 |
| 15 | signature line which the name has been redacted | 15:17:33 |
| 16 | from. | 15:17:37 |
| 17 | Do you see that? | 15:17:37 |
| 18 | A    Yes. | 15:17:38 |
| 19 | Q    Okay.  Do you recall whether you gave | 15:17:39 |
| 20 | this firefighter this suspension in person and had | 15:17:45 |
| 21 | him or her sign it? | 15:17:49 |
| 22 | MS. BURROUGHS:  Objection.  Vague. | 15:17:50 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

328

| | | |
|---|---|---|
| 1 | MS. REWARI:  Captain Beasley, I don't | 16:37:54 |
| 2 | have any further questions.  Thank you. | 16:37:55 |
| 3 | THE WITNESS:  Yes, ma'am.  Thank you. | 16:37:57 |
| 4 | MS. BURROUGHS:  Captain, I just have a | 16:38:01 |
| 5 | few. | 16:38:03 |
| 6 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 16:38:04 |
| 7 | BY MS. BURROUGHS: | 16:38:05 |
| 8 | Q     So as a Fire Captain I, do you have the | 16:38:06 |
| 9 | authority to assign overtime to off-duty | 16:38:08 |
| 10 | firefighters? | 16:38:12 |
| 11 | A     No, ma'am. | 16:38:12 |
| 12 | Q     As a Fire Captain I, do you approve | 16:38:12 |
| 13 | leave? | 16:38:12 |
| 14 | A     No, ma'am. | 16:38:12 |
| 15 | Q     Do you set minimum staffing levels as a | 16:38:12 |
| 16 | Fire Captain I? | 16:38:15 |
| 17 | A     No, ma'am. | 16:38:16 |
| 18 | Q     In the time that you've been a Fire | 16:38:17 |
| 19 | Captain I, can you estimate about how much time you | 16:38:21 |
| 20 | spent per year filling out performance appraisals | 16:38:23 |
| 21 | or evaluation reports? | 16:38:26 |
| 22 | A     You mean like a percentage of my job? | 16:38:27 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

329

| | | |
|---|---|---|
| 1 | Q    I would -- if you could, estimate in | 16:38:30 |
| 2 | hours per year. | 16:38:34 |
| 3 | A    Maybe an hour or two per employee.  Like | 16:38:35 |
| 4 | a half a percent of my job. | 16:38:44 |
| 5 | Q    So an hour or two per employee.  How many | 16:38:46 |
| 6 | employees did you have? | 16:38:49 |
| 7 | A    Six. | 16:38:50 |
| 8 | Q    So maybe six hours per year.  Does that | 16:38:50 |
| 9 | seem fair? | 16:38:53 |
| 10 | A    Maybe nine for total, you know, all the | 16:38:53 |
| 11 | time.  You know, about an hour, hour and a half per | 16:38:56 |
| 12 | employee. | 16:38:59 |
| 13 | Q    Okay.  Did you engage in physical fitness | 16:38:59 |
| 14 | as a Fire Captain I? | 16:39:15 |
| 15 | A    Yes, ma'am. | 16:39:15 |
| 16 | Q    How much time per shift did you spend | 16:39:15 |
| 17 | engaging in physical fitness? | 16:39:15 |
| 18 | A    Anywhere from an hour to an hour and a | 16:39:15 |
| 19 | half; sometimes two hours.  It depended on call | 16:39:17 |
| 20 | volume. | 16:39:18 |
| 21 | Q    If you had a call while you were doing | 16:39:18 |
| 22 | physical fitness, would you leave to go to that | 16:39:21 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

330

| | | |
|---|---|---|
| 1 | call? | 16:39:24 |
| 2 | A    Yes, ma'am. | 16:39:25 |
| 3 | Q    We talked a little bit about trainings at | 16:39:25 |
| 4 | some point today.  Can you tell me the kinds of | 16:39:29 |
| 5 | trainings that you've done in the last two or three | 16:39:32 |
| 6 | years as a Fire Captain I? | 16:39:35 |
| 7 | MS. REWARI:  Object to form. | 16:39:37 |
| 8 | A    Training I've done as a suppression | 16:39:38 |
| 9 | captain would include basic firefighting skills. | 16:39:41 |
| 10 | Obviously hose line deployment.  Occasionally we | 16:39:46 |
| 11 | would work with ladders.  Not so much since I'm an | 16:39:52 |
| 12 | engine officer, but -- in my role, but ladders, | 16:39:56 |
| 13 | hand tools, search techniques, use the new | 16:39:59 |
| 14 | equipment that the department gets.  And then doing | 16:40:05 |
| 15 | basic evolutions that every firefighter -- every | 16:40:10 |
| 16 | firefighter does. | 16:40:15 |
| 17 | And then as far as medical training goes, | 16:40:16 |
| 18 | what's required to keep up my skills and | 16:40:19 |
| 19 | certifications according to the state, we do | 16:40:21 |
| 20 | quarterly trainings over and above our | 16:40:24 |
| 21 | firefighting -- or I have to do over and above what | 16:40:28 |
| 22 | the firefighters are required because I'm an ALS | 16:40:30 |

331

| | | |
|---|---|---|
| 1 | provider. | 16:40:35 |
| 2 | Q    Do you find that training to be | 16:40:35 |
| 3 | important? | 16:40:38 |
| 4 | A    Yes. | 16:40:38 |
| 5 | Q    How much time would you estimate you | 16:40:38 |
| 6 | spend each shift doing training as a Fire | 16:40:41 |
| 7 | Captain I? | 16:40:44 |
| 8 | MS. REWARI:  Object to form. | 16:40:44 |
| 9 | A    You know, it greatly depends on call | 16:40:45 |
| 10 | volume.  Everything revolves around when those | 16:40:54 |
| 11 | tones go off -- "tone" being an indicator that a | 16:40:57 |
| 12 | call has come in. | 16:41:01 |
| 13 | But it's not uncommon to do an hour to an | 16:41:02 |
| 14 | hour and a half every day. | 16:41:06 |
| 15 | Q    Okay.  We've talked about discipline for | 16:41:06 |
| 16 | a bit.  Can you issue discipline without sending it | 16:41:10 |
| 17 | up the chain of command for approval? | 16:41:14 |
| 18 | A    No. | 16:41:17 |
| 19 | MS. REWARI:  Object to form. | 16:41:18 |
| 20 | A    No, ma'am. | 16:41:19 |
| 21 | Q    How much time have you spent reporting | 16:41:20 |
| 22 | violations of rules up the chain of command since | 16:41:22 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

332

| | | |
|---|---|---|
| 1 | January 2011? | 16:41:25 |
| 2 | A    A couple of hours. | 16:41:25 |
| 3 | Q    And that's in the time between | 16:41:28 |
| 4 | January 2011 and now? | 16:41:31 |
| 5 | A    Yes.  Give or take, yes. | 16:41:31 |
| 6 | Q    What is your most important job duty? | 16:41:36 |
| 7 | A    Responding to emergency incidents. | 16:41:39 |
| 8 | Q    And when you respond to emergency | 16:41:41 |
| 9 | incidents as a Fire Captain I, what are your | 16:41:46 |
| 10 | responsibilities? | 16:41:48 |
| 11 | MS. REWARI:  Object to form. | 16:41:50 |
| 12 | A    It depends on what the call is.  But if | 16:41:51 |
| 13 | it's a house fire, I would engage in hands-on | 16:41:54 |
| 14 | firefighting activities as far as maybe forcing a | 16:42:02 |
| 15 | door open -- if there wasn't a truck company to do | 16:42:09 |
| 16 | that -- and then advancing a hose line, looking for | 16:42:13 |
| 17 | victims, pulling victims out of the building if we | 16:42:16 |
| 18 | find them, ventilating as we go, looking for other | 16:42:19 |
| 19 | hazards. | 16:42:23 |
| 20 | Q    And you mentioned that was on a fire | 16:42:24 |
| 21 | scene? | 16:42:26 |
| 22 | A    Yes. | 16:42:26 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

333

| | | |
|---|---|---|
| 1 | Q   Do you do something different at an | 16:42:26 |
| 2 | emergency medical call? | 16:42:28 |
| 3 | A   Yes.  When I was on the engine I was the | 16:42:29 |
| 4 | only -- for about two and a half years, I was the | 16:42:32 |
| 5 | only ALS provider on the engine.  So I would do | 16:42:36 |
| 6 | hands-on patient care every single time I went on | 16:42:40 |
| 7 | an ALS call if it was indicative due to the | 16:42:44 |
| 8 | nature -- you know, how serious the call was. | 16:42:47 |
| 9 | So even though I was the highest-ranking | 16:42:49 |
| 10 | person there, I can't order someone to do something | 16:42:52 |
| 11 | they can't do.  So I would be the one to start the | 16:42:54 |
| 12 | IVs.  I would read the heart monitor.  And, you | 16:42:57 |
| 13 | know, give certain drugs or give respiratory -- | 16:43:00 |
| 14 | excuse me, help do compressions or oversee that | 16:43:07 |
| 15 | kind of actions. | 16:43:11 |
| 16 | Q   Okay.  And am I remembering right that | 16:43:14 |
| 17 | you said you were assigned to an engine while you | 16:43:18 |
| 18 | were a Fire Captain I? | 16:43:20 |
| 19 | A   Yes, ma'am. | 16:43:21 |
| 20 | Q   Does that engine ever respond to a call | 16:43:22 |
| 21 | without you on it? | 16:43:25 |
| 22 | A   No, ma'am. | 16:43:26 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

334

| | | |
|---|---|---|
| 1 | Q     Do you go on the same number of calls as | 16:43:26 |
| 2 | subordinates that are assigned to your same engine? | 16:43:30 |
| 3 | A     Yes, ma'am. | 16:43:34 |
| 4 | MS. REWARI:  Object to form. | 16:43:35 |
| 5 | Q     And no matter what you are doing, when | 16:43:36 |
| 6 | the tone rings and you are dispatched, do you go? | 16:43:38 |
| 7 | A     Yes, ma'am.  It doesn't matter what's | 16:43:40 |
| 8 | going on.  I can be in the shower.  It doesn't | 16:43:41 |
| 9 | matter what's going on.  When the tones go off, you | 16:43:45 |
| 10 | stop what you're doing and respond as fast as you | 16:43:48 |
| 11 | can. | 16:43:50 |
| 12 | Q     As a Fire Captain I have you ever -- or | 16:43:50 |
| 13 | in -- as a Fire Captain I and in the last three | 16:43:53 |
| 14 | years, have you ever been injured? | 16:43:54 |
| 15 | A     Yes. | 16:43:55 |
| 16 | Q     Can you tell me about those injuries? | 16:43:55 |
| 17 | A     I slipped and fell.  I was at a call | 16:44:00 |
| 18 | during the second of the -- I think second of the | 16:44:06 |
| 19 | three large snowstorms that we had this past | 16:44:09 |
| 20 | winter, and I was going into the home to render | 16:44:15 |
| 21 | a ALS call, and I slipped and fell and landed on my | 16:44:20 |
| 22 | shoulder, left shoulder. | 16:44:25 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

335

| | | |
|---|---|---|
| 1 | Q    Have you ever been injured in any | 16:44:27 |
| 2 | other -- other than that incident, have you been | 16:44:29 |
| 3 | injured? | 16:44:31 |
| 4 | A    Yes.  I've injured my back carrying | 16:44:31 |
| 5 | patients.  Had a minor burn when I was a | 16:44:37 |
| 6 | firefighter.  But probably the most significant was | 16:44:46 |
| 7 | probably -- I don't know.  I guess last year. | 16:44:48 |
| 8 | There was a house fire where I had heat exhaustion | 16:44:50 |
| 9 | as a result of engaging in firefighting activities | 16:44:55 |
| 10 | on the second floor of a single-family house that | 16:45:00 |
| 11 | was on fire. | 16:45:02 |
| 12 | Q    Do you remember what you were doing in | 16:45:03 |
| 13 | that house and you suffered from heat exhaustion? | 16:45:04 |
| 14 | A    I had advanced a hose line up to the | 16:45:08 |
| 15 | second floor with my crew, and we were engaged in | 16:45:11 |
| 16 | firefighting operations and overhaul, meaning | 16:45:16 |
| 17 | looking for other remnants of the building which | 16:45:20 |
| 18 | could still be on fire but you couldn't see.  So | 16:45:25 |
| 19 | you have to get up there with tools and pull the | 16:45:27 |
| 20 | ceiling or pull the flooring up, or the walls out, | 16:45:30 |
| 21 | and look through. | 16:45:35 |
| 22 | And it was in June -- I think it was in | 16:45:36 |

VIDEOTAPED DEPOSITION OF OSCAR L. BEASLEY, JR
CONDUCTED ON TUESDAY, JUNE 3, 2014

336

| | | |
|---|---|---|
| 1 | June.  I can't recall.  And I had heat exhaustion. | 16:45:39 |
| 2 | Q    I have one last question. | 16:45:44 |
| 3 | If you could for me find Defendant's | 16:45:46 |
| 4 | Exhibit 263. | 16:45:49 |
| 5 | A    Is that the... | 16:45:52 |
| 6 | Q    It is an employee evaluation for the | 16:46:01 |
| 7 | lieutenant that we discussed earlier.  And we won't | 16:46:04 |
| 8 | say his name on the record. | 16:46:07 |
| 9 | A    Okay.  I got a bunch of them here.  Hold | 16:46:08 |
| 10 | on. | 16:46:08 |
| 11 | Okay.  Exhibit 263. | 16:46:12 |
| 12 | Q    Yeah.  And is this the employee | 16:46:13 |
| 13 | evaluation that I just mentioned for the lieutenant | 16:46:15 |
| 14 | that was briefly on your shift? | 16:46:19 |
| 15 | A    Yes, ma'am, it is. | 16:46:20 |
| 16 | MS. BURROUGHS:  I'll wait for -- | 16:46:21 |
| 17 | MS. REWARI:  I can't find it.  Sorry. | 16:46:21 |
| 18 | Just a second here. | 16:46:21 |
| 19 | Thank you.  I found it.  I appreciate it. | 16:46:24 |
| 20 | Q    If you could, could you turn to page -- | 16:46:26 |
| 21 | it is page 4 of this document and page 27 of the | 16:46:30 |
| 22 | Bates-stamp numbers on the bottom right-hand | 16:46:33 |

1

1                 UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                     (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6               Plaintiffs,    :  Civ. Action No.

7          v.                  :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9               Defendant.     :

10   --------------------------x

11

12       VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ

13                    McLean, Virginia

14                  Friday, May 30, 2014

15                       9:44 a.m.

16

17

18

19

20   Job no.: 59002

21   Pages: 1 - 146

22   Reported By: Joan V. Cain

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

47

| | | |
|---|---|---|
| 1 | that works directly for him every day.  Does that | 10:18:25 |
| 2 | make sense? | 10:18:27 |
| 3 | Q    So you don't feel comfortable evaluating | 10:18:28 |
| 4 | people that you're not on the same apparatus with? | 10:18:32 |
| 5 | A    Correct. | 10:18:34 |
| 6 | Q    Do you review the evaluations that those -- | 10:18:34 |
| 7 | do both lieutenants evaluate people at your station | 10:18:37 |
| 8 | or just one of them? | 10:18:40 |
| 9 | A    No, just one of them, because the other one | 10:18:41 |
| 10 | doesn't spend as much time at the station.  They're | 10:18:43 |
| 11 | only there when myself or the other -- myself or the | 10:18:45 |
| 12 | lieutenant are off. | 10:18:48 |
| 13 | Q    Okay.  For the lieutenant who does perform | 10:18:48 |
| 14 | evaluations for his apparatus -- | 10:18:52 |
| 15 | A    Yes. | 10:18:53 |
| 16 | Q    -- do you review those evaluations? | 10:18:54 |
| 17 | A    Yes.  There has to be a reviewer of all | 10:18:55 |
| 18 | evaluations. | 10:18:58 |
| 19 | Q    Okay. | 10:18:58 |
| 20 | A    So even when I write an evaluation for the | 10:18:59 |
| 21 | firefighters, it has to be reviewed by someone else. | 10:19:01 |
| 22 | Q    Okay.  And does -- who evaluates -- excuse | 10:19:03 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

48

| | | |
|---|---|---|
| 1 | me. | 10:19:06 |
| 2 | Who reviews the evaluations you perform? | 10:19:06 |
| 3 | A    The evaluations that I write are reviewed | 10:19:08 |
| 4 | by the battalion chief. | 10:19:10 |
| 5 | Q    Okay.  So that's the next rank above you; | 10:19:11 |
| 6 | is that right? | 10:19:14 |
| 7 | A    Correct. | 10:19:14 |
| 8 | Q    And so you in turn evaluate that | 10:19:14 |
| 9 | lieutenant's evaluations because you're a rank above | 10:19:17 |
| 10 | him; is that accurate? | 10:19:20 |
| 11 | A    That is. | 10:19:21 |
| 12 | Q    And I'm assuming the lieutenant is a him. | 10:19:21 |
| 13 | Is it a he or a she? | 10:19:23 |
| 14 | A    I have -- I have a male and a female.  The | 10:19:25 |
| 15 | male's assigned to the station.  The female's on | 10:19:28 |
| 16 | relief. | 10:19:30 |
| 17 | Q    Okay.  What about when you were a Captain I | 10:19:31 |
| 18 | at Dunn Loring, which evaluations did you perform on | 10:19:41 |
| 19 | C shift? | 10:19:43 |
| 20 | A    I performed all of them.  When I was a | 10:19:44 |
| 21 | captain at Chantilly, I had a lieutenant, so that | 10:19:56 |
| 22 | lieutenant would perform a couple of the evaluations | 10:19:59 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

93

| | | |
|---|---|---|
| 1 | that I had signed this, I had not applied for | 11:30:07 |
| 2 | another position, but I have since then, so does | 11:30:09 |
| 3 | that matter? | 11:30:12 |
| 4 | Q    Well, what position have you applied for | 11:30:12 |
| 5 | since then? | 11:30:14 |
| 6 | A    I applied for an administrative job in the | 11:30:15 |
| 7 | office. | 11:30:21 |
| 8 | Q    Okay.  And which job was that? | 11:30:21 |
| 9 | A    Uniform administrative aide to the | 11:30:22 |
| 10 | assistant chief. | 11:30:24 |
| 11 | Q    Okay.  And are you waiting to hear about | 11:30:25 |
| 12 | that, or is that -- has the selection already been | 11:30:27 |
| 13 | made? | 11:30:29 |
| 14 | A    The selection has not been made yet. | 11:30:29 |
| 15 | Q    Okay. | 11:30:31 |
| 16 | A    Okay.  For number -- Interrogatory No. 8, | 11:31:11 |
| 17 | my answer would include the one oral reprimand that | 11:31:15 |
| 18 | you gave me that I'd forgotten about for the | 11:31:17 |
| 19 | firefighter for the -- for one of the firefighters. | 11:31:20 |
| 20 | Q    Okay.  And just while we're on this -- | 11:31:23 |
| 21 | while we're on this topic, if you see something at | 11:31:26 |
| 22 | the fire station that you think warrants discipline, | 11:31:32 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

94

| | | |
|---|---|---|
| 1 | can you recommend the discipline? | 11:31:37 |
| 2 | A    Well, the -- the standard operating | 11:31:41 |
| 3 | procedures dictate what -- what is a disciplinable | 11:31:44 |
| 4 | offense for the most part.  So if it falls within | 11:31:48 |
| 5 | the confines of that, then I can suggest to the | 11:31:50 |
| 6 | battalion chief that it's an infraction of the | 11:31:54 |
| 7 | policy or procedure. | 11:31:55 |
| 8 | Q    Okay.  So if you think that you've | 11:31:56 |
| 9 | observed, say, a firefighter violating a | 11:31:59 |
| 10 | procedure -- | 11:32:01 |
| 11 | A    Mm-hmm. | 11:32:01 |
| 12 | Q    -- you can then go to the battalion chief | 11:32:01 |
| 13 | and say, hey, I've observed this; I think we have a | 11:32:03 |
| 14 | disciplinary situation? | 11:32:06 |
| 15 | A    I would -- well, I think it depends on what | 11:32:07 |
| 16 | it is.  I don't think that there's one good answer | 11:32:10 |
| 17 | for that because it depends on what the situation | 11:32:13 |
| 18 | entails.  Because not everything requires | 11:32:15 |
| 19 | discipline.  So for some things you would | 11:32:18 |
| 20 | discipline, for some things you wouldn't, but I | 11:32:21 |
| 21 | can't give the discipline.  If I thought it was | 11:32:23 |
| 22 | something major that violated SOPs, a lot of the | 11:32:25 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

95

| | | |
|---|---|---|
| 1 | major stuff, SOPs dictate what we discipline for | 11:32:28 |
| 2 | versus -- you know, like, if you're late, the SOP | 11:32:32 |
| 3 | states what the discipline would be for that. | 11:32:36 |
| 4 | Q    Okay. | 11:32:38 |
| 5 | A    That's not something that you would make | 11:32:38 |
| 6 | up, you know, oh, I think we should give this or | 11:32:40 |
| 7 | that. | 11:32:42 |
| 8 | Q    Okay. | 11:32:42 |
| 9 | A    So it would depend -- it's situation | 11:32:43 |
| 10 | dependent. | 11:32:44 |
| 11 | Q    Okay.  So you have to -- you have to | 11:32:45 |
| 12 | decide, depending on the situation, is this | 11:32:47 |
| 13 | something that SOP tells me we need to do something | 11:32:49 |
| 14 | about this disciplinary-wise, or is this something | 11:32:52 |
| 15 | we have to make a judgment call? | 11:32:57 |
| 16 | MS. ELKIN:  Objection, calls for | 11:32:58 |
| 17 | speculation. | 11:33:02 |
| 18 | You can answer if you can. | 11:33:02 |
| 19 | THE WITNESS:  Well, no.  Because there's | 11:33:04 |
| 20 | times that the SOPs tell us that something is a | 11:33:05 |
| 21 | disciplinary offense, that once it gets sent up the | 11:33:08 |
| 22 | chain of command, it comes back down saying we're | 11:33:12 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

96

| | | |
|---|---|---|
| 1 | not going to discipline for this. | 11:33:15 |
| 2 | BY MS. PASCHAL: | 11:33:17 |
| 3 | Q    Okay.  But you make a decision if you think | 11:33:17 |
| 4 | something needs to be escalated according to the | 11:33:20 |
| 5 | SOP? | 11:33:23 |
| 6 | A    I have my own personal opinion that I send | 11:33:23 |
| 7 | to the battalion chief, but they make -- I don't get | 11:33:26 |
| 8 | to make the decision. | 11:33:27 |
| 9 | Q    So you make a recommendation and then the | 11:33:29 |
| 10 | decision is then made subsequently? | 11:33:31 |
| 11 | MS. ELKIN:  Objection. | 11:33:32 |
| 12 | You can answer if you can. | 11:33:33 |
| 13 | THE WITNESS:  I don't -- can you repeat the | 11:33:34 |
| 14 | question? | 11:33:35 |
| 15 | BY MS. PASCHAL: | 11:33:35 |
| 16 | Q    Sure.  So if you observe a situation -- | 11:33:36 |
| 17 | A    Yeah. | 11:33:40 |
| 18 | Q    -- and you think an SOP has been | 11:33:40 |
| 19 | violated -- | 11:33:44 |
| 20 | A    Yes. | 11:33:44 |
| 21 | Q    -- and you think the SOP requires | 11:33:45 |
| 22 | discipline for that -- could you give me an example | 11:33:47 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

105

```
 1     Q    And it says don't complete this section if      11:44:41

 2    the employee does not supervise others.  Do you see     11:44:43

 3    that?                                                   11:44:46

 4     A    Yes.                                              11:44:46

 5     Q    Is it your practice as a Captain I/Captain        11:44:48

 6    II to complete this section for the lieutenants on      11:44:51

 7    your shift?                                             11:44:53

 8     A    Yes.                                              11:44:53

 9     Q    And do you rate them in each one of the           11:44:57

10    categories set forth under Section B?                   11:44:58

11     A    Yes.                                              11:45:00

12     Q    And is it the exact same criteria on which        11:45:01

13    you're rated as a Captain I and Captain II?             11:45:04

14          MS. PASCHAL:  Objection to form.                  11:45:07

15    BY MS. ELKIN:                                           11:45:08

16     Q    You can answer.                                   11:45:08

17     A    Oh, yes.                                          11:45:09

18     Q    Okay.  Let's look at Exhibit 130 and -- I         11:45:10

19    guess Exhibit 128, Exhibit 129, and Exhibit 130.        11:45:22

20    Now, which one of these, Exhibit 128, Exhibit 129,      11:45:39

21    and Exhibit 130 was the one you recommended to give     11:45:44

22    no discipline, but you were ordered to give             11:45:47
```

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

106

| | | |
|---|---|---|
| 1 | discipline anyway? | 11:45:51 |
| 2 | MS. PASCHAL:  Objection, mischaracterizes | 11:45:53 |
| 3 | prior testimony. | 11:45:54 |
| 4 | THE WITNESS:  Exhibit 128. | 11:45:55 |
| 5 | BY MS. ELKIN: | 11:45:56 |
| 6 | Q    Okay.  So that was a vehicle incident; is | 11:45:56 |
| 7 | that right? | 11:45:58 |
| 8 | A    Yes. | 11:45:58 |
| 9 | Q    Okay.  And did I mischaracterize your | 11:45:59 |
| 10 | testimony when I -- in my question? | 11:46:01 |
| 11 | A    No. | 11:46:03 |
| 12 | Q    Okay.  So is it accurate to say that your | 11:46:04 |
| 13 | recommendation was that this employee, this | 11:46:08 |
| 14 | firefighter should not have been disciplined for the | 11:46:12 |
| 15 | event that was -- that he was disciplined for? | 11:46:14 |
| 16 | MS. PASCHAL:  Objection, leading. | 11:46:18 |
| 17 | BY MS. ELKIN: | 11:46:20 |
| 18 | Q    You can answer. | 11:46:20 |
| 19 | A    Yes, I recommended that, and I actually did | 11:46:23 |
| 20 | the same thing for Exhibit 129 as well. | 11:46:25 |
| 21 | Q    Okay.  So tell me about Exhibit 129. | 11:46:27 |
| 22 | A    That was a vehicle accident, the | 11:46:30 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

107

| | | |
|---|---|---|
| 1 | firefighter was driving the rehab unit and it was | 11:46:35 |
| 2 | during a really bad storm, and if I recall | 11:46:38 |
| 3 | correctly, it was during one of the heavy rainstorms | 11:46:40 |
| 4 | that we had, and there was already poor visibility, | 11:46:42 |
| 5 | and they were at a fire scene in the Penn Daw area, | 11:46:45 |
| 6 | and he was trying to get out of a tight area, and he | 11:46:50 |
| 7 | caught a bush with the bumper marker pole, and all | 11:46:52 |
| 8 | it did was bend the marker pole out, which | 11:46:58 |
| 9 | realistically just needed a screw to repair it, but | 11:47:03 |
| 10 | I didn't think that warranted discipline. | 11:47:06 |
| 11 | Q    And so what happened in the instance of | 11:47:08 |
| 12 | Defendant's Exhibit 129, this oral reprimand? | 11:47:10 |
| 13 | A    I was ordered to give them discipline. | 11:47:14 |
| 14 | Q    And did you tell your battalion chief that | 11:47:16 |
| 15 | I don't think this guy should get disciplined? | 11:47:18 |
| 16 | MS. PASCHAL:  Objection, leading. | 11:47:20 |
| 17 | THE WITNESS:  Yes. | 11:47:21 |
| 18 | BY MS. ELKIN: | 11:47:22 |
| 19 | Q    Okay.  All right.  But he told that give | 11:47:22 |
| 20 | him the oral reprimand anyway? | 11:47:24 |
| 21 | A    Yes. | 11:47:26 |
| 22 | MS. PASCHAL:  Objection, leading. | 11:47:27 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

108

| | | |
|---|---|---|
| 1 | BY MS. ELKIN: | 11:47:28 |
| 2 | Q    Was that -- | 11:47:28 |
| 3 | A    Sorry. | 11:47:28 |
| 4 | Q    Was that a direct order? | 11:47:29 |
| 5 | A    Yes. | 11:47:30 |
| 6 | Q    And you followed it? | 11:47:30 |
| 7 | A    Yes. | 11:47:31 |
| 8 | Q    Okay.  And speaking of orders, you were | 11:47:31 |
| 9 | asked a lot of questions about hypothetical | 11:47:35 |
| 10 | situations where you could -- could you discipline | 11:47:37 |
| 11 | someone, would you send it up the chain, et cetera. | 11:47:42 |
| 12 | Do you recall that testimony? | 11:47:45 |
| 13 | A    Yes. | 11:47:46 |
| 14 | Q    Okay.  And you were asked whether in a | 11:47:46 |
| 15 | situation where a firefighter didn't follow one of | 11:47:48 |
| 16 | your orders, what would you do.  Do you recall that? | 11:47:51 |
| 17 | A    Yes. | 11:47:54 |
| 18 | Q    Since you've been a Captain I or a Captain | 11:47:54 |
| 19 | II, has -- has that ever happened, where someone | 11:47:56 |
| 20 | below you did not follow an order? | 11:47:58 |
| 21 | A    Yes. | 11:48:00 |
| 22 | Q    And what happened? | 11:48:00 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

109

| | | | |
|---|---|---|---|
| 1 | A | I discussed it with -- with the individual. | 11:48:01 |
| 2 | Q | And was it resolved? | 11:48:04 |
| 3 | A | Yes, it was resolved. | 11:48:05 |
| 4 | Q | So there was no discipline issued? | 11:48:08 |
| 5 | A | There was no discipline issued. | 11:48:09 |
| 6 | Q | Okay.  And would a lieutenant also have | 11:48:10 |
| 7 | | that same kind of decision-making ability if someone | 11:48:21 |
| 8 | | below him did not follow an order, could they | 11:48:25 |
| 9 | | discuss it or send it up the chain of command? | 11:48:28 |
| 10 | | MS. PASCHAL:  Objection, leading and | 11:48:31 |
| 11 | | speculative. | 11:48:32 |
| 12 | | BY MS. ELKIN: | 11:48:32 |
| 13 | Q | You can answer. | 11:48:33 |
| 14 | A | Yes. | 11:48:36 |
| 15 | Q | And who in the department has the | 11:48:36 |
| 16 | | obligation to report violations of the rules and | 11:48:38 |
| 17 | | regulations? | 11:48:42 |
| 18 | | MS. PASCHAL:  Objection, foundation. | 11:48:42 |
| 19 | | BY MS. ELKIN: | 11:48:45 |
| 20 | Q | What ranks? | 11:48:45 |
| 21 | A | All ranks:  firefighters through fire | 11:48:45 |
| 22 | | chief. | 11:48:49 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

110

| | | |
|---|---|---|
| 1 | Q    Okay.  Okay.  So Exhibit 130 -- can you | 11:48:49 |
| 2 | repeat for me again which ones you recommended | 11:48:59 |
| 3 | against discipline but you were ordered to do | 11:49:00 |
| 4 | discipline anyway? | 11:49:02 |
| 5 | A    Sure. | 11:49:03 |
| 6 | MS. PASCHAL:  Objection, leading. | 11:49:05 |
| 7 | THE WITNESS:  Let me find them. | 11:49:07 |
| 8 | BY MS. ELKIN: | 11:49:08 |
| 9 | Q    I believe it was Exhibits 129 and 128. | 11:49:21 |
| 10 | A    Okay.  So Exhibit 128 I did not believe | 11:49:25 |
| 11 | that warranted discipline.  Exhibit 129 I did not | 11:49:28 |
| 12 | believe warranted discipline. | 11:49:32 |
| 13 | Q    Okay.  With respect to Exhibit 130, did | 11:49:33 |
| 14 | you -- I think you testified that you issued this | 11:49:35 |
| 15 | oral reprimand; is that right? | 11:49:37 |
| 16 | A    That's correct. | 11:49:38 |
| 17 | Q    Did you issue this oral reprimand before | 11:49:41 |
| 18 | obtaining approval from the higher-ups -- | 11:49:44 |
| 19 | MS. PASCHAL:  Objection. | 11:49:48 |
| 20 | BY MS. ELKIN: | 11:49:48 |
| 21 | Q    -- battalion chief, et cetera? | 11:49:48 |
| 22 | MS. PASCHAL:  Objection, leading and form. | 11:49:49 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

121

| | | |
|---|---|---|
| 1 | to be dated July 29th of 2013. | 11:58:49 |
| 2 | BY MS. ELKIN: | 11:58:56 |
| 3 | Q    And why is that? | 11:58:56 |
| 4 | A    That would be the date that I completed | 11:58:57 |
| 5 | updating them. | 11:58:58 |
| 6 | Q    Okay.  And then -- so how much time would | 11:58:59 |
| 7 | you say you spent on July 29th, 2013 updating the | 11:59:02 |
| 8 | station policies listed here? | 11:59:06 |
| 9 | A    Probably 4 or 5 hours. | 11:59:09 |
| 10 | Q    Okay.  And then the other dates in here, I | 11:59:10 |
| 11 | think there's a September 12th and an August 2nd. | 11:59:13 |
| 12 | Those are the only ones I saw.  You can take a look | 11:59:18 |
| 13 | and see if I captured that accurately? | 11:59:21 |
| 14 | A    Yeah, September 12th, that would be | 11:59:23 |
| 15 | 1-01708.  That was a policy that we were directed to | 11:59:28 |
| 16 | add to the -- to the station manual about housing | 11:59:30 |
| 17 | canines at the station.  We had to have a station | 11:59:35 |
| 18 | policy.  So that's why that date's different. | 11:59:38 |
| 19 | Q    Okay.  And how much do you think you spent | 11:59:42 |
| 20 | adding this -- preparing and adding this policy | 11:59:45 |
| 21 | dated September 13, 2013? | 11:59:47 |
| 22 | A    About 15 minutes. | 11:59:49 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

125

| | | |
|---|---|---|
| 1 | MS. PASCHAL:  Objection.  Beyond the scope | 12:02:57 |
| 2 | of the deposition topics. | 12:02:59 |
| 3 | BY MS. ELKIN: | 12:03:00 |
| 4 | Q    You can answer. | 12:03:01 |
| 5 | A    No. | 12:03:02 |
| 6 | MS. ELKIN:  And I disagree, obviously, with | 12:03:04 |
| 7 | all these objections. | 12:03:06 |
| 8 | BY MS. ELKIN: | 12:03:06 |
| 9 | Q    But every time she objects, she's just | 12:03:07 |
| 10 | objecting.  You go ahead and answer, okay, as soon | 12:03:09 |
| 11 | as she's done with her objection. | 12:03:11 |
| 12 | A    Okay. | 12:03:15 |
| 13 | MS. PASCHAL:  I disagree with the | 12:03:15 |
| 14 | characterization of my objections, but go ahead. | 12:03:16 |
| 15 | BY MS. ELKIN: | 12:03:18 |
| 16 | Q    Do you set minimum staffing levels? | 12:03:18 |
| 17 | A    No. | 12:03:20 |
| 18 | MS. PASCHAL:  Same objection. | 12:03:20 |
| 19 | THE WITNESS:  Sorry.  No. | 12:03:21 |
| 20 | BY MS. ELKIN: | 12:03:22 |
| 21 | Q    Okay.  Do you have purchasing authority? | 12:03:22 |
| 22 | A    No. | 12:03:24 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

126

| | | |
|---|---|---|
| 1 | Q    Now, the station presumably has paper | 12:03:25 |
| 2 | towels, toilet paper, that kind of thing; is that | 12:03:27 |
| 3 | right? | 12:03:30 |
| 4 | A    Yes. | 12:03:30 |
| 5 | Q    How do those items come to exist in your | 12:03:30 |
| 6 | station?  What happens? | 12:03:33 |
| 7 | MS. PASCHAL:  Objection.  Beyond the scope | 12:03:34 |
| 8 | of the direct examination. | 12:03:36 |
| 9 | THE WITNESS:  They're ordered through | 12:03:39 |
| 10 | online ordering system. | 12:03:41 |
| 11 | BY MS. ELKIN: | 12:03:42 |
| 12 | Q    Okay.  And who in your station actually | 12:03:43 |
| 13 | does the inventory saying we need 20 rolls of toilet | 12:03:44 |
| 14 | paper? | 12:03:48 |
| 15 | A    One of the -- | 12:03:48 |
| 16 | MS. PASCHAL:  Same objection. | 12:03:49 |
| 17 | THE WITNESS:  One of the firefighters on my | 12:03:49 |
| 18 | shift conducts the inventory. | 12:03:51 |
| 19 | BY MS. ELKIN: | 12:03:53 |
| 20 | Q    Okay.  And who is the vendor -- who's the | 12:03:53 |
| 21 | vendor, if you know? | 12:03:55 |
| 22 | A    AmSan. | 12:03:56 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

128

| | | |
|---|---|---|
| 1 | somebody have to review those? | 12:04:49 |
| 2 | A    Yes. | 12:04:50 |
| 3 | Q    Do you engage in physical fitness on your | 12:05:03 |
| 4 | shift? | 12:05:05 |
| 5 | MS. PASCHAL:  Objection.  Beyond the scope | 12:05:06 |
| 6 | of the direct examination. | 12:05:07 |
| 7 | THE WITNESS:  Yes. | 12:05:07 |
| 8 | BY MS. ELKIN: | 12:05:08 |
| 9 | Q    Approximately how much time do you and your | 12:05:09 |
| 10 | crew engage in physical fitness on each shift? | 12:05:12 |
| 11 | MS. PASCHAL:  Same objection. | 12:05:15 |
| 12 | THE WITNESS:  1 to 2 hours a day. | 12:05:16 |
| 13 | BY MS. ELKIN: | 12:05:18 |
| 14 | Q    Why?  Why do you do that? | 12:05:18 |
| 15 | MS. PASCHAL:  Objection, foundation. | 12:05:19 |
| 16 | THE WITNESS:  We're mandated by standard | 12:05:20 |
| 17 | operating procedure to do physical fitness training. | 12:05:25 |
| 18 | BY MS. ELKIN: | 12:05:27 |
| 19 | Q    And do you have an opinion about why -- | 12:05:27 |
| 20 | whether it's important to do physical fitness | 12:05:29 |
| 21 | training as a Fire Captain II? | 12:05:32 |
| 22 | A    Yes.  Because we need to be physically fit | 12:05:33 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

129

| | | |
|---|---|---|
| 1 | so that we can go out and respond to emergencies. | 12:05:36 |
| 2 | Q    You testified a little bit I believe about | 12:05:39 |
| 3 | training.  Do you have training in your station? | 12:05:41 |
| 4 | A    Yes. | 12:05:43 |
| 5 | Q    Is that something you do on a daily basis? | 12:05:43 |
| 6 | A    Yes. | 12:05:45 |
| 7 | Q    And what kind of training? | 12:05:45 |
| 8 | A    Everything from EMS, suppression, rescue, | 12:05:47 |
| 9 | HAZMAT.  Depends on the day. | 12:05:53 |
| 10 | Q    Okay.  And approximately -- and is it -- is | 12:05:54 |
| 11 | that both for when you're a Captain II and for when | 12:05:57 |
| 12 | you were a Captain I as well? | 12:05:59 |
| 13 | MS. PASCHAL:  Objection, compound. | 12:06:00 |
| 14 | THE WITNESS:  It's at all ranks. | 12:06:01 |
| 15 | BY MS. ELKIN: | 12:06:02 |
| 16 | Q    Okay.  And approximately how much time did | 12:06:02 |
| 17 | you spend or do you spend as a Captain II engaged in | 12:06:06 |
| 18 | training each shift? | 12:06:10 |
| 19 | A    A couple of hours per shift. | 12:06:11 |
| 20 | Q    All right. | 12:06:13 |
| 21 | A    The same as the rest of the shift, for the | 12:06:14 |
| 22 | most part. | 12:06:16 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

130

| | | |
|---|---|---|
| 1 | Q    So you're with the -- your crew on the -- | 12:06:16 |
| 2 | you train together as a group? | 12:06:20 |
| 3 | A    Correct. | 12:06:21 |
| 4 | Q    Okay.  And what about when you were a | 12:06:22 |
| 5 | Captain I, how much time would you spend training on | 12:06:25 |
| 6 | your shifts as a Captain I? | 12:06:27 |
| 7 | A    About the same. | 12:06:28 |
| 8 | Q    And, again, was that with your crew? | 12:06:29 |
| 9 | A    Yes. | 12:06:31 |
| 10 | THE VIDEOGRAPHER:  Almost out of tape. | 12:06:41 |
| 11 | MS. ELKIN:  I'm almost done.  Shall we | 12:06:43 |
| 12 | stop? | 12:06:45 |
| 13 | THE VIDEOGRAPHER:  I have about 30 seconds. | 12:06:45 |
| 14 | MS. ELKIN:  Why don't you change it. | 12:06:50 |
| 15 | THE VIDEOGRAPHER:  Okay.  We'll go off the | 12:06:52 |
| 16 | record.  The time is 12:06. | 12:06:54 |
| 17 | (Discussion off the record, during | 12:06:57 |
| 18 | which time Mr. Dyer returned to the deposition.) | 12:08:59 |
| 19 | THE VIDEOGRAPHER:  We're back on the | 12:09:03 |
| 20 | record.  This is the beginning of Disc No. 2.  The | 12:09:04 |
| 21 | time is 12:09. | 12:09:07 |
| 22 | BY MS. ELKIN: | 12:09:08 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

132

| | | |
|---|---|---|
| 1 | Q    How do you know you have a call?  What | 12:09:46 |
| 2 | happens within the station? | 12:09:50 |
| 3 | MS. PASCHAL:  Objection.  Beyond the scope | 12:09:51 |
| 4 | of the direct exam. | 12:09:52 |
| 5 | THE WITNESS:  The station alerting system | 12:09:53 |
| 6 | goes off. | 12:09:54 |
| 7 | BY MS. ELKIN: | 12:09:55 |
| 8 | Q    And how do you know that your -- what was | 12:09:55 |
| 9 | your -- at Woodlawn, what's your apparatus, Engine | 12:09:57 |
| 10 | 424 or something like that? | 12:10:04 |
| 11 | A    Engine 424. | 12:10:04 |
| 12 | Q    Okay.  And that's the one you're assigned | 12:10:05 |
| 13 | to? | 12:10:07 |
| 14 | A    Yes. | 12:10:08 |
| 15 | Q    How do you know whether Engine 424 has to | 12:10:08 |
| 16 | respond to a call? | 12:10:11 |
| 17 | A    The tones go off and they'll say engine | 12:10:12 |
| 18 | response. | 12:10:14 |
| 19 | Q    Okay.  Now, does Engine 424 ever go without | 12:10:15 |
| 20 | you as the Captain II? | 12:10:18 |
| 21 | MS. PASCHAL:  Objection to form. | 12:10:20 |
| 22 | THE WITNESS:  No. | 12:10:21 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

133

| | | |
|---|---|---|
| 1 | BY MS. ELKIN: | 12:10:22 |
| 2 | Q    And when you were at these other stations | 12:10:22 |
| 3 | at Dunn Loring and Chantilly, 15 and -- what was the | 12:10:25 |
| 4 | other one? | 12:10:30 |
| 5 | A    13. | 12:10:30 |
| 6 | Q    -- 13, did those -- were you assigned to | 12:10:31 |
| 7 | the engines there as well? | 12:10:34 |
| 8 | A    Yes. | 12:10:35 |
| 9 | Q    And did those engines go without you? | 12:10:35 |
| 10 | A    Never. | 12:10:37 |
| 11 | Q    Is it fair to say then that you ran as many | 12:10:38 |
| 12 | calls as a Captain I that your subordinates ran -- | 12:10:40 |
| 13 | MS. PASCHAL:  Objection to form. | 12:10:44 |
| 14 | BY MS. ELKIN: | 12:10:45 |
| 15 | Q    -- on Engine 413 and 415? | 12:10:45 |
| 16 | MS. PASCHAL:  Objection to form.  Leading. | 12:10:48 |
| 17 | THE WITNESS:  Yes. | 12:10:50 |
| 18 | BY MS. ELKIN: | 12:10:50 |
| 19 | Q    Okay.  And at Station 24, do you run the | 12:10:50 |
| 20 | same amount of calls as your subordinates on Engine | 12:10:54 |
| 21 | 424? | 12:10:59 |
| 22 | MS. PASCHAL:  Objection to form.  Leading. | 12:11:00 |

VIDEOTAPED DEPOSITION OF BILL CHARLES BETZ
CONDUCTED ON FRIDAY, MAY 30, 2014

134

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 12:11:01 |
| 2 | BY MS. ELKIN: | 12:11:01 |
| 3 | Q    On a fire scene, would there ever be a | 12:11:07 |
| 4 | situation where a lieutenant is an incident | 12:11:15 |
| 5 | commander? | 12:11:17 |
| 6 | A    Yes. | 12:11:17 |
| 7 | Q    Can you just tell us about that.  When | 12:11:18 |
| 8 | would that would arise? | 12:11:21 |
| 9 | MS. PASCHAL:  Objection.  Beyond the scope | 12:11:22 |
| 10 | of the direct examination. | 12:11:24 |
| 11 | THE WITNESS:  Yeah, if the first engine | 12:11:24 |
| 12 | that arrives on scene starts conducting operations, | 12:11:27 |
| 13 | the second engine company can take command.  So if | 12:11:30 |
| 14 | the second engine company has a lieutenant in | 12:11:34 |
| 15 | charge, then that lieutenant would be in command of | 12:11:36 |
| 16 | the incident scene.  So if I'm the first engine or | 12:11:38 |
| 17 | the third or fourth engine out, we would take | 12:11:40 |
| 18 | direction from that second engine company who's a | 12:11:42 |
| 19 | lieutenant. | 12:11:45 |
| 20 | BY MS. ELKIN: | 12:11:45 |
| 21 | Q    Has that ever happened as a captain?  Have | 12:11:45 |
| 22 | you ever taken direction from a lieutenant on an | 12:11:48 |

1

1                UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                    (Alexandria Division)

4       --------------------------x

5        GERARD MORRISON, et al.,  :

6                 Plaintiffs,    :   Civ. Action No.

7            v.                  :   1:14cv5 (CMH/JFA)

8        COUNTY OF FAIRFAX, VA.,  :

9                 Defendant.      :

10      --------------------------x

11

12       VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR

13                     McLean, Virginia

14                  Wednesday, May 28, 2014

15                       9:42 a.m.

16

17

18

19

20       Job No.: 59000

21       Pages: 1 - 311

22       Reported By: Joan V. Cain

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

57

1    that.  So I go ahead and highlight that in there so

2    that they can see I have a history of dealing with

3    that.

4        Q    Okay.  The resource management position

5    that you just mentioned, that was a job you applied

6    for?

7        A    That was a job I applied for.

8        Q    Did you obtain that job?

9        A    No, I did not obtain that job.

10        Q    Was that in operations or was that in a

11    different bureau?

12        A    That is in a different bureau.

13        Q    Okay.  I'd like to show you -- when did you

14    apply for that job?

15        A    I couldn't tell you exactly.  I was still a

16    Captain II at the time when I did it.  It was off

17    the last battalion chief's list.  I've been on two

18    battalion chiefs' lists; this one I got promoted off

19    of, the previous one I did not.

20        Q    Okay.  So sometime between 2008 and 2014?

21        A    Yes, ma'am.

22        Q    Okay.  All right.  I'd like to show you

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

98

1    Q    Is this an accurate description of one of

2  your job duties as Captain II on the C Shift at

3  Franconia?

4    A    No, this is not an accurate description.

5  Every once in a while I'll recommend disciplinary

6  action, but a lot of times the disciplinary comes

7  from above me back down.  One good example of that

8  is a vehicle accident.  If they -- one of my

9  personnel have a vehicle accident, the battalion

10  chief makes a recommendation for what kind of

11  discipline should occur.  That goes up to the chain

12  of command.

13       They have a meeting on that, the safety

14  officers have a meeting where they all sit down and

15  look at the accident, decide what tier it's going to

16  be.  Once that information goes back, it goes back

17  to senior ops.  Senior ops sit down to decide --

18  that's the assistant chiefs and deputy chiefs -- sit

19  down and decide what kind of discipline they're

20  going to hand out for that and that comes back down

21  through the chain of command and I'm ordered to give

22  that discipline to that firefighter even if I don't

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

99

1    agree with it.

2        Q    But you're not saying that you're not

3    allowed to recommend a course of action for

4    disciplinary, are you?

5        A    No, no, I'm not saying that.  If I had a

6    disciplinary action that I wanted to do to somebody

7    for some reason -- or not wanted to, that's the

8    wrong vernacular for it -- that I felt was needed to

9    improve his performance, I could recommend

10   discipline, yes.  Let me look at the rest of it so I

11   don't say -- performance management of assigned

12   subordinates, yeah, I do that.

13         And also like I said, lieutenants and even

14   master technicians will try to do performance

15   management through training and other -- other

16   devices to improve their personnel's actions.  And

17   commendation, I definitely recommend commendation

18   for my employees, but my employees also do that too.

19   They put in people for commendation and I send it up

20   through the chain of command.

21         So it's not just exclusively to me these --

22   these are, but, yes, all these could be one possible

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

100

1    thing I would do.  Like I said, in some

2    situations -- what I want to say is none of these

3    exclusively come from me.  They could come from

4    other parts in the agency or the fire department.

5        Q    If someone on your shift wanted to

6    recommend a commendation, would that person have to

7    run it by you first before submitting it up higher?

8        A    No.  There's nothing that says they have to

9    run it through.

10       Q    Do you know if that has ever occurred, that

11   someone has submitted a commendation without letting

12   you -- a recommendation for a commendation without

13   letting you know?

14       A    Yes, it has.

15       Q    What would be -- what situation was that?

16       A    They recommended me for firefighter of the

17   year and I had no idea.

18       Q    Well, that's because they were recommending

19   you, right?  Presumably, they wanted it to be a

20   surprise?

21       A    Mm-hmm.

22       Q    Okay.  Other than that, are you aware of

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

105

1      Q    Would you be able as Captain II to identify

2   yourself, I think this firefighter has some

3   deficient skills and needs some remedial training?

4      A    Oh, most definitely.  Yeah, that's

5   definitely one of my responsibilities.  Like I said,

6   we try and get everybody up to the highest skill

7   level they can possibly do so we can all operate

8   most efficiently on the fire scene.  Because that's

9   truthfully our number one priority is when the tones

10   go off, we go out and do our job the best possible.

11      Q    And is that because your overall

12   responsibility as the Captain II on the C shift was

13   to ensure operational readiness of the C shift at

14   the Franconia station?

15      A    Yeah.  I'm responsible for oversight --

16   well, overseeing the readiness.  I've got to make

17   sure we're ready to respond to calls, just like the

18   lieutenant on the truck needs to make sure they're

19   ready to respond to calls, and really, just like my

20   technician on the engine has to do.  Because he has

21   to make sure that when he's teaching somebody to be

22   a pump operator, so when we get into the heat of it,

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

106

1    when there's a big incident going on, they are

2    multiple lines off the engine, that they can go and

3    handle their responsibilities in his place just as

4    well as he would do if he was there.

5        Q    Could you read the next line that says

6    serves?

7        A    Serves as a coach and mentor in the

8    professional development of subordinates.

9        Q    Would you agree that that was one of your

10   job duties as Captain II on C shift?

11       A    Yes, I would.  It was just like all the

12   other people in the station, we always try to get

13   the people -- we're supposed to know the job of one

14   level below us and one level above us at all times.

15   So everybody's trying to make sure the people who

16   below them are training to get to their level and

17   mentoring, if you want to put it in this case, to

18   get to their level and that we're able to mentor

19   ourselves or get assistance from people above so we

20   can go to the next level if we need to.

21       Q    Okay.  And on the C shift, in your station

22   you were the highest ranking officer; is that

145

1   lieutenants on my shift.  So he developed a lot of

2   the training and set up a lot of the training and

3   when we were going to do it based on what master

4   calendar opportunities were open.

5       Q    For the training -- for the training that

6   you're responsible for, not just for conducting it,

7   but for making sure that it gets done at your

8   station, you would agree that you were evaluated as

9   providing training above and beyond the norm for

10  your personnel?

11      A    Yes, ma'am.

12      Q    And that your personnel is shift C?

13      A    Yes, ma'am.

14      Q    Okay.  And did you ever actually conduct

15  trainings yourself when you were a Captain II at

16  Franconia?

17      A    Yes, ma'am, I did conduct training myself.

18      Q    Okay.  Can you give me some examples of the

19  trainings that you conducted?

20      A    Sometimes we'd do street drill trainings,

21  sometimes we'd do thermal imager training.  We would

22  pull hose lines.  It just depends.  A lot of times

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

146

1    with the more basic training, I would have the more

2    basic firefighters do it and I would just sit there

3    and let them go ahead.  Because I found that the

4    best way for somebody to learn is for them actually

5    to provide the training themselves.

6        Q    Okay.  So you would ask the firefighter, I

7    want you to lead the training on this topic today?

8        A    It could be in certain cases, yes, ma'am,

9    or they would come to me and say, hey, I'd like to

10   do training on this today, and I'd say sure.  We'll

11   do it.

12       Q    Okay.  So they would make a request and you

13   would say yes, or, presumably, you could say not

14   today, maybe later?

15       A    Right.  And then also they would

16   sometimes just in the bay after they got done with

17   morning check, they would just go do an impromptu

18   drill when I wasn't even there.

19       Q    Are you aware of any those situations?

20       A    Oh, yeah, all the time.  All the time.

21       Q    Even though you weren't there?

22       A    Yeah -- no.  No.  No.  I'm sitting in my

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

147

1    office.  I have a window in my office that looks out

2    into the apparatus bay and I would see them doing

3    training and a lot of times I'd come out there to

4    hopefully participate with them.

5         Q    So they could get together on their own if

6    they wanted to and say, hey, let's practice X?

7         A    Yes, ma'am.

8         Q    Okay.  All right.  We talked a little bit

9    earlier about discipline, and you referred I believe

10   to an oral reprimand.  Is that one of the levels of

11   discipline that you could issue as a Captain II?

12        A    I -- well, I would be the person that has

13   the signature on it, but like let's say if we're

14   talking about the one we were talking about, which

15   was from an accident, I'm not the one actually

16   issuing it.  It's being issued from the -- from --

17   and I keep saying senior operations is who's doing

18   it, but that's the group that gets together and

19   decides what the penalty's going to be and it comes

20   through the chain of command.  So I am actually the

21   one that has -- that is required to write it because

22   they tell me to and I have to administer it to the

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

249

1    A    No, I do not have any reason -- without

2  counting, I don't have any reason to disagree.

3    Q    Are you familiar with the term "light

4  duty"?

5    A    Yes, ma'am, I am.

6    Q    What does that term mean?

7    A    That means somebody that's been assigned to

8  the office because they've injured themselves.  It

9  could be injured themselves in the field or injured

10  themselves off duty.  It's an opportunity for them

11  to keep working for the county so they don't have to

12  use their own leave during their time of illness or

13  injury.

14    Q    Have you ever been placed on light duty?

15    A    Yes, ma'am.

16    Q    Were you on light duty as a Captain II at

17  any point?

18    A    I think I was on it twice as a Captain II.

19    Q    Do you know for about how long?

20    A    I'm thinking twice.  I'm not sure how long

21  it was.  I know I was on it when I dislocated my

22  shoulder and I might have been on it when I broke my

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

250

1   foot, but I'm not sure.

2      Q    How did you dislocate your shoulder?

3      A    I was working on a fire incident, we had a

4   church fire, I was going up on the roof to vent the

5   roof, I had thrown one ladder to the side bravo of

6   the structure.  I was carrying another ladder up to

7   the roof, I got up on top of the roof, placed the

8   ladder on the roof, I was coming back down off the

9   ladder and I got a piece of my equipment stuck in

10  the ladder.  When it did, it rolled the ladder.

11       I tried to hold on with my arm.  When I

12  couldn't hold on anymore I had to drop -- actually

13  it was almost simultaneously.  But I dropped to the

14  ground.  The SCBA I had on my back ripped my

15  shoulder out of its socket and then I broke my foot

16  from landing on my feet.

17     Q    Oh, so both injuries were the same

18  incident?

19     A    No, no.  They're -- I broke my foot playing

20  volleyball on a fire department trip, but it wasn't

21  a sponsored fire department trip.

22     Q    But you were -- when you broke your foot on

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

251

1  a trip, you went on light duty because of that

2  injury?

3      A    Yes.  I'm not sure I went on light duty.  I

4  know I used leave because of it.  It wasn't that

5  long term.  But I just can't say one way or the

6  other if I used light duty or not.  I don't think I

7  did.

8      Q    Would that be something that you would be

9  expect to be reflected in the county records whether

10  you went on light duty or not?

11      A    Oh, most definitely.  Sorry, sorry.  But,

12  yeah, most definitely.  You should be able to look

13  at our payroll and tell who's on light duty and

14  who's not, and also look at our TeleStaff and it

15  would show it in there.

16      Q    The others that you refer to that led to

17  light duty, about how long did you stay on light

18  duty --

19      A    It wasn't long.

20      Q    -- as a result of that incident?

21      A    Sorry about that.  It wasn't long.  When I

22  broke my foot it was actually -- it was -- the break

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

252

1    was minor so I didn't have to stay out of work that

2    long.  Like I said, I'm not sure I went on light

3    duty but I --

4        Q    The other one when you dislocated your

5    shoulder, when did -- how long did you stay on light

6    duty for that?

7        A    Oh.  I am not sure.  I would have to go

8    back and research to find out.

9        Q    Do you remember approximately when that

10   was?

11       A    It was 2011 and I think it was August of

12   2011 but I can't tell you for sure.

13       Q    What did you do while you were working

14   light duty?

15       A    I came back.  I actually was assigned to --

16   I'm trying to think who I was assigned to at the

17   office.  I think I was assigned to Tom Arnold in the

18   office and I worked for our people that do GPS to go

19   out and check hydrants and make sure the hydrants in

20   their correct locations like that and information

21   like that and I was also allowed to work in the

22   station and do administrative work.  I had to be in

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

281

1   on the apparatus.

2      Q    And the apparatus that you were assigned to

3   was engine?  What is it, what --

4      A    Engine 405, that's a majority of the time.

5   Every once in a while I'd ride on the truck company,

6   just depending on what's going on, but for the most

7   part of the time I was with Engine 405.

8      Q    And did Engine 405, when you were a Captain

9   II at Station 5, did Engine 405 ever go out

10  responding to a call without you on it?

11     A    No, never went out when I was assigned to

12  the unit did it ever leave the station without me on

13  it.

14     Q    And so is it fair to say that you responded

15  to as many fire and emergency calls on Engine 405 as

16  the subordinates assigned to that apparatus?

17          MS. PASCHAL:  Objection, leading.

18          THE WITNESS:  Yes, I did, and some of the

19  time I even responded to more because what happens,

20  let's say we're on ALS emergency and my medic is

21  needed on the medic unit, they'll get on the medic

22  unit and go to the hospital, we'll stay in service

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

282

1    and either stay at the station or go to the hospital

2    to pick them up, and we could possibly get calls in

3    between that time.  So we could actually run more

4    than the medic assigned to the unit or a firefighter

5    if a firefighter has to drive the medic unit.

6    BY MS. ELKIN:

7        Q    And would your answer be the same if I

8    asked you, for example, if you were filling out one

9    of these -- well, let me ask you.  How much time a

10   year did you spend completing the performance

11   evaluations that you did for your lieutenants?

12       A    Normally, I like to spend a lot of time on

13   performance evaluations, and I would say it's about

14   2 hours a person I would spend a year.  So at the

15   max I ever spent probably a year, was about eight

16   hours because I -- the max time I had four

17   lieutenants assigned to me.

18       Q    And did you -- I believe your testimony was

19   that you were the reviewer for the performance

20   evaluations that your lieutenants completed on the

21   firefighters that were assigned to their units?

22       A    Yes, ma'am.

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

284

1    prepare that evaluation or would you get on the

2    engine with the men?

3        A    No.  I'd put that down and go ahead and get

4    on the engine with the men.  If I had a personnel

5    file open, I'd close the personnel file, stick it in

6    my desk real quick, and then go.

7        Q    And would your answer be the same regarding

8    whether you would -- if you were toned out while you

9    were in the middle of doing what you've called a

10   budget request or any of these other policies that

11   you referred to today in your deposition, would your

12   priority be to get on the engine with your crew or

13   to complete drafting the e-mail or the policy that

14   we've discussed here today?

15           MS. PASCHAL:  Objection to form.  Leading.

16           THE WITNESS:  I'll make it simple.  Our

17   number one priority is to run emergency calls.  No

18   matter what I'm doing in the station, if we get a

19   call, I'm going on the call.  The only time that

20   would be different is if somebody let's say walked

21   in the station and now we have another emergency

22   call in the station, I would not go on that call.

285

1          I would call the dispatch center and tell

2     them put another unit on a call.  The only other

3     time that I can ever remember not going on a call

4     when it was dispatched was when one of my people got

5     hurt in the station either right prior to the call

6     and we had to take care of that person instead of

7     going on the emergency call.

8     BY MS. ELKIN:

9          Q    And what did you do in that situation in

10    terms of notifying dispatch or your battalion chief?

11         A    Well, the battalion chief I have to notify

12    down the road if it's an injury.  As far as if

13    it's -- if we're not going on the call no matter

14    what, I'd pick up the hotline at the station or pick

15    up the radio and talk on the radio and tell them

16    they need to dispatch another unit on a call because

17    we're either on another call or unavailable because

18    of something else.

19         Q    And I believe you testified that you have

20    been injured while serving as a Captain II; is that

21    correct?

22         A    That is correct.

287

1    when I did that I tweaked my back, so I had some

2    back pain, muscle back pain.

3    BY MS. ELKIN:

4        Q    Was that in or around February 23rd, 2014?

5        A    I couldn't tell you the day but --

6        Q    Was it this year?

7        A    -- the document.  Excuse me?

8        Q    Was it this year?

9        A    Yeah.  It was very recently, yeah.

10       Q    But you were a Captain II when that

11   happened?

12       A    Yes, ma'am.

13       Q    And did you say you were actually lifting

14   the person?

15       A    Yes, I was actually lifting the person.  I

16   was underneath her shoulders and reached around and

17   held onto her and the other two people were picking

18   up her lower body and we put her onto the bed.

19       Q    And is that part of protocol or is that

20   against protocol when it comes to patient care for

21   Captain IIs?  Are you allowed to put your hands on

22   the patient?

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

288

1      A    Oh, yeah.  No, we're -- we have to put our

2   hands on the patient.  We're running with low

3   staffing in our department.  We only have four

4   people.  I have a driver that's taking care of the

5   apparatus.  We go inside.  So I have two

6   firefighters and me to pick this patient up which is

7   a heavy patient.  I'm saying she was around 250 to

8   300 pounds.

9           It takes more than -- more than two people

10  to pick up.  I can't just stand back and watch that

11  person picking them up.  I have to help to do that.

12     Q    Okay.  I want you to fast forward to I

13  think you said March of 2014.  Is that when you

14  became a battalion chief?

15     A    Yes, ma'am.

16     Q    In Battalion 7?

17     A    Yes, ma'am.

18     Q    Have you had an opportunity to be

19  dispatched to calls as a battalion chief in

20  Battalion 7?

21     A    Yes, ma'am.

22     Q    Is that part of your regular job duties?

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

289

1      A     Yes, ma'am, it is.

2      Q     When is the last time you were dispatched

3   to a call as a battalion chief in Battalion 7?

4      A     Yesterday, I think I was dispatched to four

5   calls yesterday.  Two of them were reported fires --

6   actually, three of them were reported fires and I

7   can't remember what the other call was.  I'd have to

8   look it up to see.  One of them actually was a fire

9   where I got on the scene and actually I was able to

10   take a position in the incident command system.

11      Q     What does that mean?

12      A     What I did, I got on the scene, I did a

13   quick lap of the building when I got there and I

14   went and reported to the battalion chief who had

15   command of the incident.  When I got there she told

16   me to go ahead and take division Charlie, which

17   means the rear of the building.  So I went to the

18   rear of the building, I had two units already

19   assigned to me in that location.  One was Engine 420

20   and the other one was Truck 422.

21           The Engine 420, their crew and their

22   officer were spraying water on the back of the

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

290

1    building up in the eaves trying to keep the fire out

2    of the attic space.  Engine -- Truck 422 told me he

3    was going to go search the -- it was kind of a

4    confusing building -- on the back side, it was the

5    third floor of the building, so they went up over

6    the balcony, searched the third floor, and then went

7    up to the fourth floor and did the search.

8         I kept tabs on them and then all the

9    additional units that came to my location to assist

10   with the resources because being a warm day

11   yesterday, as soon as they'd get done with a task,

12   normally I would switch them out for another fresh

13   unit and send them to rehab so they could get -- get

14   drinks, Gatorade, water, and get some rest.

15   Q    What did you observe with respect to

16   captains on either 420 or 422 or any of the other

17   units that responded?  What were the captains doing

18   on the scene?

19        MS. PASCHAL:  I'm going to object.  This is

20   beyond the scope of the deposition.

21   BY MS. ELKIN:

22   Q    Go ahead.

VIDEOTAPED DEPOSITION OF FRED H. BRANDELL, JUNIOR
CONDUCTED ON WEDNESDAY, MAY 28, 2014

295

1    Battalion 7?

2          MS. PASCHAL:  Same objection.

3          THE WITNESS:  Yes, it would be.

4    BY MS. ELKIN:

5      Q    Who replaced you as Captain II on shift C?

6      A    Captain I Tim Barb got promoted to Captain

7    II and took my place.

8      Q    And that person was not one of the persons

9    who was suggested to you by your crew at that

10   station; is that correct?

11     A    No, he was not.  He was one of the newly

12   promoted Captain IIs off the list and he was not one

13   of the people that was suggested to me by my

14   lieutenants -- or firefighters.  Excuse me.

15     Q    When you went to Richmond with Ardike, --

16     A    Mm-hmm.

17     Q    -- were you a battalion chief?

18     A    Yes, I was already a battalion chief.

19     Q    The Fire RMS reports, a lieutenant can fill

20   those out?

21     A    Yes.

22     Q    Can a firefighter fill those out?

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

---------------------------x

GERARD MORRISON,              )

et al.,                       )

          Plaintiffs,         )      Civil Action No.:

v.                            )      1:14cv5

COUNTY OF FAIRFAX, VIRGINIA,  )

          Defendant.          )

---------------------------x


30(b)(6) Deposition of COUNTY OF FAIRFAX, VIRGINIA

By and Through its Representative

ASSISTANT CHIEF JOHN CAUSSIN

McLean, Virginia

Wednesday, May 21, 2014

9:38 a.m.

Job No: 1-248580

Pages: 1 - 410

Reported by: Kelly Carnegie, CSR, RPR

```
 1    that the officer in charge and/or the battalion chief

 2    would file for the daily report that gets provided to

 3    the senior staff and the fire chief.

 4         Q    Okay.  And would you be a member of senior

 5    staff?

 6         A    Yes.

 7         Q    Would a deputy chief be a member of senior

 8    staff?

 9         A    Yes.

10         Q    Okay.  Are battalion chiefs a member of

11    senior staff?

12         A    No.

13         Q    And you would agree that captains are not

14    members of senior staff either?

15         A    Right.

16         Q    All right.  So the OIC -- I'm sorry, the

17    significant incident reports, are those also referred

18    to as SIRs?

19         A    Yes.

20         Q    Did you receive an SIR today for the

21    Macaroni Grill fire from 3:30 in the morning last

22    night?
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    position, and that is that, you know, the captains are

2    in there supervising their crew's operation and, you

3    know, developing strategy and tactics in collaboration

4    with the incident commander, whoever that person is at

5    the time.

6    BY MS. ELKIN:

7        Q   And do you know whether the battalion chief

8    who reached that fire took control of the fire from

9    whatever officer in charge had originally had control?

10       MS. PASCHAL:  Objection.  Objection to form

11   and beyond the scope of the 30(b)(6) topics.

12       A   Based on what I saw in the pages and stuff,

13   I would expect that the battalion chief did assume

14   command once he or she arrived, assumed it from the

15   incident commander.

16   BY MS. ELKIN:

17       Q   And do you know whether at that point the

18   incident commander would have been at the rank of

19   captain or commander?  Is that right?

20       MS. PASCHAL:  Objection, calls for

21   speculation.

22       A   Yeah.  I don't know who was the initial

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    incident commander.

2    BY MS. ELKIN:

3        Q    But would you agree that on a fire that the

4    original -- the incident commander is going to be at

5    the rank of captain or lieutenant?

6        A    It would be one of the two.

7        Q    Okay.  Do you know -- and if you don't know,

8    that's fine, because I know this fire just happened,

9    you know, less than five hours ago.

10       A    Right.

11       Q    Do you know whether the captain who

12   relinquished control actually assisted in the blaze,

13   in containing the blaze?

14           MS. PASCHAL:  Objection to form and beyond

15   the scope of the 30(b)(6) topics.

16       A    My expectation is that the captain was there

17   supervising his or her crew executing, you know, the

18   suppression effort.

19   BY MS. ELKIN:

20       Q    And when you say -- sorry.  When you say

21   supervising the crew, are captains also pulling hose

22   and climbing ladders and that kind of thing?  Is that

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    That's -- that's the job.  That's why we have captains

 2    and supervisors.

 3    BY MS. ELKIN:

 4         Q    Okay.  And when you say lead or supervise

 5    the crew, are they standing off in the corner having

 6    like a cup of coffee while it's happening, or how are

 7    they engaged in the process?

 8              MS. PASCHAL:  Objection to form.

 9         A    They should be in close proximity to their

10    crew.

11    BY MS. ELKIN:

12         Q    Okay.  And this Macaroni Grill fire from

13    last night --

14         A    Uh-huh.

15         Q    -- do you know whether a battalion chief was

16    up on the ladder helping contain the fire?

17              MS. PASCHAL:  Objection, beyond the 30(b)(6)

18    topics.

19    BY MS. ELKIN:

20         Q    Do you know?

21         A    I don't know.

22         Q    Okay.   Would that be against policy if he
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    or she were?

2          MS. PASCHAL:   Objection to form, also calls

3    for speculation.

4      A    The -- again, something has gone wrong or

5    our resources are totally depleted.  Anybody from the

6    fire chief on down to the newest firefighter may in

7    effect have to climb a ladder, whatever, depending on

8    the situation.

9          So my expectation is that the captain or the

10   battalion chief is supervising and directing a

11   firefighter or technician or lieutenant and his or her

12   crew to perform that task.  Again, not that any of us

13   in uniform are above performing the task if the

14   situation dictates, but by and large, they're supposed

15   to be there supervising.  That's why the position

16   exists.

17   BY MS. ELKIN:

18     Q    And would you agree, though, that the

19   captain, if they're first on the scene, that once the

20   battalion chief gets there -- the battalion chief is

21   called to the fire -- that the captain will relinquish

22   control of commanding the scene to the battalion

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 55

1     the chain of command.

2     BY MS. ELKIN:

3         Q   Okay.  And what is the chain of command in

4     the fire department if -- you start with the fire

5     chief at the top, I would assume?

6         A   Right.  So the fire chief is at the top, and

7     then three assistant fire chiefs, and then nine deputy

8     fire chiefs, and then the next level is battalion

9     chiefs.

10        Q   How many of those?

11        A   Total?  Let's see.  In my area of

12    responsibility, there are 21, 22 -- 22.

13        Q   And then you're the assistant chief of

14    operations.  We also know that there's an assistant

15    chief for safety and personnel.  What's the third

16    area?  Support?

17        A   Business services.

18        Q   Okay.  Do you know how many battalion chiefs

19    are assigned to those other two areas?

20        A   I would be guessing.  I'd need a chart to

21    count them all.

22        Q   Okay.  And you said there were 22 BCs in

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    your division.  I know that there's seven --

2        A   Actually, 23, 24.  There's actually more

3    than that.  There's 21 assigned to the field, the EMS

4    tech rescue, and HazMat.  So 24.  Yeah, so there would

5    be 24 in my area of responsibility.

6        Q   Okay.  So I was going to ask what those

7    other -- the 21, those are the seven battalion chiefs

8    times three different shifts?

9        A   Yes.

10       Q   Okay.  And then how many Captain IIs?

11   Captain II station commander, if you want to start

12   there.

13       A   Yeah.  Well, there's 38 station commanders.

14       Q   All right.  And there are 38 fire stations?

15       A   Uh-huh.

16       Q   And then how many EMS Captain IIs?

17       A   There are seven, one per battalion.  Let me

18   think.  And that -- yeah, I don't have any others in

19   the bureau under my area of responsibility that I can

20   recall.

21       Q   So there's seven -- there's one per

22   battalion.  Are they -- are there not 21 of them, the

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1       EMS captains?

2            A    Correct.

3            Q    So there are 21?

4            A    21.  I'm sorry.

5            Q    And then shift commanders, how many Captain

6       I shift commanders in operations?

7            A    So let's see.  It's dangerous for me to do

8       math in public.

9            Q    Is it 38 times two?

10           A    There's 114 minus 38 --

11           Q    Okay.

12           A    -- would be how many Captain I shift

13      commanders there are.

14           Q    What's the 114 number?

15           A    That's 38 stations times three shifts.

16           Q    So it's 76?

17           A    If that's what the math yields.

18           Q    All right.  And how many lieutenants are

19      there in operations?

20           A    Let's see.  There is one assigned -- one per

21      rescue squad, so that's three times eight, which is

22      24.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1        Q    Okay.

2        A    14 trucks times three, 42.

3        Q    Wait.  So 14 trucks, three shifts.  Is that

4    how you're doing it?

5        A    Yes.

6        Q    Okay.

7        A    Uh-huh.  So 24, 42, and then there are five

8    lieutenants assigned to engines because the Captain I

9    is an EMS only Captain I.  They serve as the shift

10   commander, but they do it from a medic unit.

11       Q    Okay.

12       A    So that's a little anomaly in the system.

13   So add five lieutenants to that, plus approximately 21

14   relief lieutenants on each shift.  So --

15       Q    Do they -- sorry.

16       A    21 times three, 63.

17       Q    And what is a relief lieutenant?

18       A    That is a lieutenant that is assigned to a

19   battalion to fill in when another lieutenant or

20   captain is off.

21       Q    Okay.  So do those relief lieutenants have a

22   home station?

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 66

```
 1     but I do know that there's staffing changes in

 2     progress right now.

 3          Q    Within the personnel services bureau?

 4          A    Yes.

 5          Q    Okay.  That's just very general.  Do you

 6     want to -- can you describe what the staffing changes

 7     are?

 8          A    I know within, for instance, safety and

 9     personnel services division that they're looking at

10     doing some restructuring to deal with Workers'

11     Compensation, employee injuries and things of that

12     nature.  That's the extent of my knowledge on that.

13          Q    Okay.  And where do the Captain I safety

14     officers, what box would they fit in on this chart

15     currently?

16          A    Under the safety section battalion chief.

17          Q    Okay.  And is that a change or has that been

18     the same since at least January 2011?

19          A    That has been the situation, and earlier we

20     referred to the recent Captain II position being put

21     in.  So that, the safety section battalion chief and

22     the shift safety officers -- the shift safety
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    and I want to just have a yes or no.

 2              MS. PASCHAL:  You can't limit him to a yes

 3    or no.

 4              MS. ELKIN:  Can you read the question back?

 5              (The reporter read the requested question.)

 6              MS. PASCHAL:  Objection, asked and answered.

 7    BY MS. ELKIN:

 8         Q    You can answer it.  Do me a favor.  Answer

 9    with a yes or no, and then if you need to explain,

10    that's fine.

11              MS. PASCHAL:  Same objection.

12         A    The responsibilities are the same across all

13    the work locations for a shift commander.

14    BY MS. ELKIN:

15         Q    And the authority is the same across all

16    work locations for a shift commander, correct?

17              MS. PASCHAL:  Objection, asked and answered.

18         A    Yeah.  Their responsibilities and their

19    authority to run their shift is the same at all 38

20    work locations.

21    BY MS. ELKIN:

22         Q    And their job duties are the same across all
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    work locations as well, correct?

2            MS. PASCHAL:   Objection, asked and answered.

3        A    Their job responsibilities, duties and

4    responsibilities, for running their shift are the same

5    at each one of the work locations.

6    BY MS. ELKIN:

7        Q    Okay.  For Captain II station commanders, no

8    matter what station they're assigned to, no matter

9    what shift they're assigned to, you would agree that

10   the Captain II station commanders' job duties are the

11   same no matter -- job duties are the same?

12           MS. PASCHAL:   Objection to form.

13       A    Yeah.  The Captain IIs are -- they're the

14   work location supervisors.  They're responsible for

15   not only their assigned shift, but the entire

16   facility, and they work with the Captain Is to run

17   that station.  And in all 38 of the work locations,

18   they are expected to execute those same duties and

19   responsibilities.

20   BY MS. ELKIN:

21       Q    Okay.  And they would have the same level of

22   authority as well, the Captain IIs?

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A    Captain IIs --

 2        Q    Station commanders?

 3        A    -- should have the same authority within

 4   their work location.

 5        Q    Okay.  Regardless of work location, correct?

 6        A    We're talking about one of the 38 fire and

 7   rescue stations?

 8        Q    Yes.

 9        A    Yes.  Their authority and responsibility

10   should be the same across the 38 stations.

11        Q    And then the six safety officer Captain Is,

12   no matter what shift they're assigned to or whether

13   they're assigned to station 35 or 15, their job duties

14   and responsibilities are the same, correct?

15             MS. PASCHAL:  Objection to form.

16        A    Well, you know, because they're not in my

17   direct -- they don't report directly to me.  I can't

18   answer that specifically.  The class specification

19   requirements are the same.  What their immediate

20   supervisor has them do, whether there's any variance,

21   I can't answer that question.

22   BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1          A    Right.

 2          Q    The job duties, the responsibilities, et

 3     cetera, the different topics in that notice, correct?

 4          A    Right.

 5          Q    You understand that?

 6          A    I do.

 7          Q    Okay.  What about the station two EMS

 8     supervisors?  I'm sorry.  Captain II EMS supervisors.

 9     You would agree that no matter what shift, what

10     station they're assigned to, they would have the same

11     job duties, responsibilities, and authority?

12               MS. PASCHAL:  Objection to form.

13          A    So the expectation is that they are

14     performing as the EMS supervisor in their assigned

15     battalion and they're all afforded the same, you know,

16     authority to work as part of the battalion management

17     team and the assigned officer to execute their duties.

18     BY MS. ELKIN:

19          Q    Okay.  You are going to need to answer the

20     question, though.  The question was are their job

21     duties, assignments -- I'm sorry, job duties,

22     responsibilities, and authority, the EMS Captain II
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    supervisors, the same no matter what shift or station

2    they're assigned to?  And I'm going to ask you about

3    what they do, but I just want to know generally are

4    they the same no matter what shift or what station

5    they're assigned to?

6             MS. PASCHAL:  Objection, compound,

7    argumentative, and asked and answered.

8        A    The EMS captains, by virtue they're all EMS

9    supervisors, are afforded the same responsibility and

10   authority to execute their duties across, you know,

11   the 21 battalions that they're out their representing.

12   Seven, one per battalion, times 30 shifts.

13   BY MS. ELKIN:

14       Q    Okay.  And just to go back, the stations

15   that you listed when we were looking at Exhibit 37 --

16   for example, the battalion seven, station 32 -- is

17   that where the battalion chief is assigned, or is that

18   where the EMS captain was assigned?  I couldn't -- I

19   can't remember.

20       A    That change -- it was the safety officer

21   previously.  It's now the battalion chief.

22       Q    Okay.  Where are the EMS -- looking at that

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1          A    I work -- I'm assigned a 40-hour work week,

 2     Monday through Friday.

 3          Q    Okay.  And is that the same for the other

 4     assistant chiefs also?

 5          A    Yes.

 6          Q    And the fire chief is assigned a 40-hour

 7     work week also?

 8          A    Yes.

 9          Q    And do you have Fairfax County job duties as

10     an assistant chief out of town?

11          A    No.  The reason for my question is we're

12     subject to call as long as we're in the area.

13          Q    Okay.  What is the mission of the fire

14     department?

15          A    The mission of the department is to protect

16     the life, property, and environment of this community.

17          Q    And this community is Fairfax County?

18          A    Yes.

19          Q    I'm going to hand you a document.  We'll

20     mark it as Exhibit 38.

21               (Deposition Exhibit No. 38 was marked for

22     identification and was attached to the deposition
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1      Q  Okay.  And that would include all the people

2  even if they're on 40-hour shifts?  If they're

3  uniformed firefighters, that would include everybody,

4  correct?

5      A  Yes.

6      Q  Okay.  And then what are -- what is this at

7  the right-hand side, the unit -- the units?  What does

8  that list?

9      A  That's the number of engine companies that

10  we staff with a paramedic, which is not representative

11  of the newest station 42.

12      Q  Okay.  So the first unit, an ALS engine,

13  there's 37 of those?

14      A  There's 38 of those now.

15      Q  Okay.  That's why you said it wasn't --

16  didn't include the --

17      A  Correct.

18      Q  -- last one?

19      A  The Wolf Trap station.

20      Q  And then ALS medical transport, is that an

21  ambulance?

22      A  Yes.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1         Q    And then what is a tower ladder?

2         A    A tower ladder is a ladder that has a

3   platform with siderailings on it, so a platform for a

4   firefighter to stand on and operate from.

5         Q    And if you go back to the front page in the

6   bottom left-hand corner, is that a picture of a tower

7   ladder?  If you can tell.

8         A    I can't --

9         Q    Okay.

10        A    -- definitively tell from the darkness of

11  the picture.

12        Q    What is an aerial ladder?

13        A    An aerial ladder is just simply a straight

14  ladder that, you know, is 100, 110 feet in length.

15        Q    Okay.  And these are all trucks, though?  An

16  area ladder is an aerial ladder truck, right?

17        A    They're all generally referenced as trucks.

18        Q    Okay.  And what is -- I think you said an

19  ALS medical transport is an ambulance?

20        A    Correct.  It is a EMS transport unit that

21  may have one EMT and one EMT paramedic or ALS

22  certified.  Fourteen of the transport units actually

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    have a lieutenant assigned to them with another ALS

 2    technician paramedic.

 3          Q    And the ALS engines, what are those?

 4          A    Those are a fire engine with four people,

 5    one of which is a paramedic.

 6          Q    Okay.  How -- and you said -- you just

 7    said -- that's my next question.  How are each of

 8    these different apparatus staffed?  You said the ALS

 9    engine has four people.  One is a paramedic.  Who are

10    the others?

11          A    So on the engines, with the exception of

12    five instances, the engines either are staffed with a

13    Captain II or a Captain I.

14          Q    Okay.

15          A    The aerial ladders --

16          Q    Wait.  I'm sorry.  Go through -- you said

17    there's four people on it.  So there's a captain?

18          A    I'm sorry.  Apparatus technician, a Captain

19    I or Captain II, depends on which shift, a firefighter

20    or firefighter medic, and an ALS technician.  But the

21    firefighter medic can work up and serve as -- in that

22    capacity of the ALS technician.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    rescue.

 2         A    Yeah, yeah.

 3         Q    And a battalion chief and a deputy chief?

 4         A    Two battalion chiefs and two EMS

 5    supervisors.

 6         Q    Okay.  And did the deputy chief end up at

 7    that one too on the shift?

 8         A    Yes.  The deputy chief added on to the

 9    dispatch.

10         Q    All right.

11         A    He was not on the original dispatch.

12         Q    So the four engines -- and I understand now

13    they're going to be staffed with a captain or a

14    lieutenant?

15         A    Uh-huh.

16         Q    And then you said two firefighters and a

17    medic.  Is that right?

18         A    A driver, apparatus technician, an ALS

19    technician or firefighter medic and firefighter.

20         Q    Okay.  And a captain?

21         A    Correct.

22         Q    Or a lieutenant?
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A    Or a lieutenant working up.

 2        Q    Okay.  When you say working up, is the

 3   lieutenant getting any kind of different pay for the

 4   day that he is working as a captain?

 5        A    Not for that day, no.

 6        Q    Okay.  And the lieutenant would be earning

 7   time and a half if it's an overtime shift, correct?

 8             MS. PASCHAL:  Objection, beyond the scope of

 9   30(b)(6) topics.  He's answering from personal

10   knowledge.

11        A    If they're called back on overtime, yes,

12   they'll be making time and a half.

13   BY MS. ELKIN:

14        Q    Okay.  So on that dispatch, the stations

15   that are dispatched, the four engines that go --

16        A    Uh-huh.

17        Q    -- would you agree that -- let's say that

18   day there is a captain working each one of those

19   stations.  Would a captain be on each one of those

20   engines that were dispatched?

21        A    If everything was staffed, if no one was off

22   and everything was staffed as it should be, unless it
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1        A    Yeah.  The shift commander, the Captain I or

2    the Captain II, if that's the supervisor, or the

3    immediate supervisor does -- signs off on that.  So in

4    the case of two lieutenants or, you know, anybody else

5    that would be the Captain I or Captain II that signs

6    off on that.

7        Q    Okay.  And what about if -- is it -- under

8    the shift exchange policy of the fire department, it

9    is acceptable for lieutenants and captains to exchange

10   shifts.  Is that correct?

11          MS. PASCHAL:  Objection to form, and also

12   beyond the scope of the 30(b)(6) topics.

13       A    As long as it was within the parameters,

14   meaning the certifications and qualifications and the

15   immediate supervisors approved it, they could work in

16   exchange for that given day.

17   BY MS. ELKIN:

18       Q    And they do in fact?  Lieutenants and

19   captains regularly do shift exchanges with each other,

20   correct?

21          MS. PASCHAL:  Objection to form and beyond

22   the 30(b)(6) topics.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1              MS. ELKIN:  He is the chief of operations.

 2    I would assume this is something -- if he doesn't --

 3    he would know from his own -- when you say personal

 4    knowledge, his knowledge as the chief of operations.

 5              MS. PASCHAL:  He can answer from personal

 6    knowledge, but it's beyond the scope of the topics

 7    he's been designated for.

 8        A    There has been occasions when those

 9    exchanges have gone on.  I cannot speak to the

10    frequency that -- we see that more typically it's

11    peers.

12    BY MS. ELKIN:

13        Q    Okay.  It doesn't -- you don't have to

14    approve it.  If a lieutenant and a captain do a shift

15    exchange, that doesn't come up to your level, correct?

16        A    Correct.

17        Q    All right.  When we were talking about the

18    minimum staffing levels for the different apparatus in

19    39 -- is that Exhibit 39 in front of you?  38?

20        A    Uh-huh.  Yes, yes.

21        Q    And we were talking about this is the fire

22    department's policy, the minimum staffing levels, et
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    cetera.  If a captain wanted to, for example, decide

2    on an engine that he's assigned to for the day, he

3    doesn't want to go on a call to which he's dispatched,

4    you guys go, I've already been on 11 calls, would that

5    be acceptable?

6         MS. PASCHAL:  Objection to form.

7         A    Without a cause, without cause, he or she

8    should respond to the call just like the deputy chief,

9    just like the battalion chief, just like the Captain

10   II.  They're there to provide a service.

11        They do have the discretion to not respond

12   if there's a condition that warrants that, mechanical

13   problem, problem with one of the crew members or what

14   have you.  But to arbitrarily refuse to provide

15   service, that would be whether it's, you know, anybody

16   from the deputy chief down.

17   BY MS. ELKIN:

18        Q    Okay.  So --

19        A    Yeah.  So they would --

20        MS. PASCHAL:  Let him finish.

21        A    We would be looking for cause for them to do

22   that.  They do have the discretion, but there should

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1          A    A lieutenant acting up or a Captain I or

 2    Captain II.

 3          Q    Okay.  That is the policy and the practice

 4    for Fairfax County fire department fire suppression

 5    responses, correct?

 6               MS. PASCHAL:  Objection, asked and answered.

 7          A    Yeah.  You have to go back -- go ahead back

 8    and summarize what you're wanting me to agree to.

 9    BY MS. ELKIN:

10          Q    When a crew responds, they need to have --

11    on an engine they need to have a captain or a

12    lieutenant acting as a captain.  That is the policy of

13    the Fairfax County Fire and Rescue Department,

14    correct?

15          A    That is our minimum staffing policy.  Again,

16    that's where the captain is going to have to exercise

17    their discretion whether it's to have them, you know,

18    work under an officer of another adjoining unit.  I

19    mean, you're talking about thinking outside of the box

20    and exercising judgement, and that is something that,

21    you know, the men and women that advance to the

22    Captain I or II or higher level, you know, are
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1     supplying another engine and the battalion chief might

 2     reassign the balance of the crew to another officer.

 3          Q    But the policy, again, is that a captain

 4     generally, the general -- forget about the exceptions.

 5     The general policy is every time someone's toned out,

 6     the engine is toned out at station 42 --

 7          A    Uh-huh.

 8          Q    -- the captain is going to ride on an engine

 9     with his crew, correct?

10          A    That is --

11               MS. PASCHAL:  Objection, asked and answered.

12     BY MS. ELKIN:

13          Q    Correct?

14          A    The expectation is that is the normal

15     occurrence.

16          Q    Okay.

17          A    Yes.

18          Q    Do you expect your battalion chiefs to know

19     what's going on within their -- each of their assigned

20     battalions --

21               MS. PASCHAL:  Objection to form.

22     BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

 1          A    It has been done.  I can't quantify it.

 2    BY MS. ELKIN:

 3          Q    You can't say if it's done -- if Brandell

 4    has done it one time, no times, or more than ten times

 5    in the last five years?

 6               MS. PASCHAL:  Objection to form.

 7          A    Yeah.  I -- I can't answer how many times

 8    that he's done it.

 9    BY MS. ELKIN:

10          Q    Okay.  But any time I see an E405 here, that

11    means that's the engine he was assigned to and that's

12    the engine he rode with.  Is that right?

13          A    Based on what I can interpret from this

14    report, yes.

15          Q    Okay.  And --

16          A    It appears he was the officer in charge of

17    the unit that day.

18          Q    And then if he is on that E405, every time

19    that E405 goes out with him on it, there's going to be

20    a crew of three other people on it below his rank,

21    correct?

22               MS. PASCHAL:  Objection to form.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A   Well, again, that is the expectation unless
 2   there's a condition that would prohibit one member
 3   from responding and he has elected to respond one
 4   person short.
 5   BY MS. ELKIN:
 6        Q   Okay.  So -- but every time -- he's never
 7   going to ride engine 405 by himself to a fire?
 8        A   No.
 9        Q   Okay.  So he's going to have at least one
10   person below his rank riding with him on every single
11   time he's on E405, correct?
12        A   On the engine, I think that -- yes, that's a
13   fair statement.  He's got someone under him on there.
14        Q   Okay.  We also have -- well, normally -- is
15   it your expectation, though, normally it's minimum
16   staffing of four people?  So the captain and three
17   others.  Is that right?
18            MS. PASCHAL:  Objection, form.
19   BY MS. ELKIN:
20        Q   We've already been -- is that right?
21        A   My expectation is that they're responding
22   with a minimum of four personnel on there.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
1          Q   Okay.  So on this day, 11/3/2010, I counted

2     one, two, three, four, five, six -- let's see.  Eleven

3     calls --

4          A   Uh-huh.

5          Q   -- that he responded to as the captain in

6     charge.

7          A   Okay.

8          Q   On every single one of those calls, would

9     you agree that he rode the engine as many times that

10    day as a firefighter below him?

11              MS. PASCHAL:  Objection, foundation, and

12    objection to form, and beyond the scope of the

13    30(b)(6) topics.

14         A   If he ran 11 calls that day, unless there

15    was some condition that we've discussed earlier, I

16    would expect that he went with four personnel on the

17    engine.

18    BY MS. ELKIN:

19         Q   Okay.  So if we had the names of the people

20    on his shift, his crew members -- let's say John Doe

21    is a crew member, the firefighter on the shift.  John

22    Doe's incident report should look exactly the same as
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
1    Brandell's incident report?  In other words, it would

2    have the same -- they're going to be dispatched at the

3    same time.  Is that correct?

4         MS. PASCHAL:  Objection.  It calls for

5    speculation.

6       A   Yeah.  I'm not sure if I understand the

7    question.  John Doe being who?

8    BY MS. ELKIN:

9       Q   A firefighter on Brandell's crew.

10      A   Okay.

11      Q   So he would have the same -- you know, let's

12   go to the first call, 5:55 a.m.  John Doe's incident

13   date would also be 11/30/2010 [sic], 5:55 a.m.  They

14   would have the same time listed?

15        MS. PASCHAL:  Objection.  Objection to

16   foundation, calls for speculation.

17      A   Well, only the officer in charge has the

18   obligation to file an incident report.  So if I'm

19   understanding your question, Firefighter John Doe

20   wouldn't have a report in the system, only Captain

21   Brandell would.

22   BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
1        Q    Okay.  So there's no -- we can't look up --

2    there's no way to look up Firefighter John Doe's -- an

3    incident report for Firefighter John Doe assigned to

4    station five?

5        A    There -- if we want to find out if

6    Firefighter John Doe was on an incident that his

7    captain filed, we could -- we could go query the

8    report and the report should have the crew members

9    listed on there by the captain.

10        Q    Okay.  So if we queried the report, we would

11    see John Doe's name every time we saw Brandell's name

12    for every call that Brandell went to on 11/3/2010?

13            MS. PASCHAL:  Objection, calls for

14    speculation.

15    BY MS. ELKIN:

16        Q    Go ahead.

17        A    Each time the officer files a report, the

18    crew that accompanied them that they were supervising

19    should be reflected on there.

20        Q    Okay.  And the crew would not have -- unless

21    there's some crazy thing happening, the crew would not

22    have gone on any more runs than Brandell did on
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1   11/3/2010?

2          MS. PASCHAL:   Objection, calls for

3   speculation.

4       A    There are -- you know, there are conditions

5   where if the captain assigned them to the brush unit

6   or something to respond on a brush fire, call to

7   assist another company and he elected to stay back and

8   redeploy his or her resources, I mean, that -- that's

9   an example of where, you know, the person may show up

10  on a report that Captain Brandell was not on.  But

11  generally speaking, if the captain is operating with

12  the crew, everybody should be on there, represented on

13  there.

14  BY MS. ELKIN:

15      Q    So Firefighter John Doe on 11/3/2010 should

16  have at least as many calls as Brandell?  He should

17  have 11 calls?

18         MS. PASCHAL:   Objection, asked and answered,

19  and also calls for speculation.

20      A    Generally speaking, the crew should be with

21  the captain unless a condition exists that we've

22  talked about in previous questions.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A    Stabbing.

 2        Q    WIRES, W-I-R-E-S?

 3        A    Report of electrical wires down.

 4        Q    Okay.  Would you agree that anybody assigned

 5   to the shift can do the incident report?

 6             MS. PASCHAL:  Objection to form, also beyond

 7   the 30(b)(6) topics for this witness.

 8        A    The officer in charge is responsible to

 9   ensure an incident report is done.  He or she may

10   delegate that task.

11   BY MS. ELKIN:

12        Q    To another firefighter or lieutenant?

13        A    Yeah, someone that they're training or

14   preparing or what have you.  They retain ultimate

15   responsibility for the incident report.

16        Q    And if a captain does not go on a dispatched

17   call, if Brandell did not go on one of these E405

18   calls and he did not have cause --

19        A    Uh-huh, uh-huh.

20        Q    -- to refuse the call, he would be subject

21   to discipline, correct?

22        A    If he did not -- if it was deemed he
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    arbitrarily just refused to perform his duties?

2         Q    Well, in this case, yes, refused to go on

3    the call.

4         A    Yeah, with -- barring any, you know, cause,

5    he would be subjected to not executing his duties.

6         Q    And the causes that we talked about were

7    illness or injury or the apparatus doesn't work,

8    correct?

9         A    Uh-huh, right.  Another scenario could be

10   that if the captain felt there was another unit that

11   was either closer or more suitable for the type of

12   call, they could replace themselves.  That -- that's a

13   possibility, but that wouldn't be viewed as -- they've

14   made sure that the response has -- they ensured the

15   continuance of the response, but provided either a

16   more appropriate resource or a closer resource.

17        Q    So they would still go to the call, but at

18   some point some other engine is on the way and they

19   can turn around?

20        A    I'll give you an example:  Let's say the

21   engine was dispatched for a public service and the

22   captain, based on information on dispatch, may

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    mark themselves in service.

 2         Q   Okay.

 3         A   If you're done with this, I'd like to take a

 4    break.

 5         Q   Okay.  I might not be done with that, but we

 6    can take a break.

 7         A   Okay.  Thanks.

 8             (A brief recess was had.)

 9    BY MS. ELKIN:

10         Q   Earlier you talked about the importance of

11    training in the fire department.  Do you recall that?

12         A   Yes, I do.

13         Q   Okay.  And you said that the captains do

14    training on a regular basis.  Is that right?

15         A   They train with their personnel, yes.

16         Q   Okay.  And that is training related to fire

17    suppression, emergency response activities.  Is that

18    right?

19         A   It's training -- it's really quite broad.  I

20    mean, it's what the training division sends out.  It's

21    what they decide their personnel could use or benefit

22    from.  It's working with their peers and/or their
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    battalion chief on what would be a good topic for, you

 2    know, a battalion or their specific company, so...

 3         Q    Okay.  But the training, you would

 4    expect that -- as long as they're not running calls

 5    the entire shift, you would expect training to be

 6    conducted with the captain and his crew each shift?

 7              MS. PASCHAL:  Objection to form.

 8         A    Of course, you know, a lot depends on what

 9    the captain has scheduled for the day, but it is

10    expected that they're performing training on a regular

11    basis.

12    BY MS. ELKIN:

13         Q    And the training could include search and

14    rescue training?

15         A    It could include search and rescue training.

16         Q    Forcible entry training?

17         A    It could include forcible entry training.

18         Q    Street drills?

19         A    Street drills, yes.

20         Q    Preplanning, knowing the area?

21         A    The captain works with the station commander

22    to determine a building that needs preplans, and then
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    go out and perform those preplans.

 2         Q    Okay.  And the firefighter could lead the

 3    training in the station, correct?

 4         A    Based on the subject matter area, if the

 5    captain deemed that a firefighter was in a position to

 6    deliver it, they could deliver it.

 7         Q    So a firefighter could deliver the training,

 8    a lieutenant could deliver the training, or one of the

 9    captains could deliver the training.  Is that correct?

10         A    It's as the shift leader or the station or

11    shift commander would decide who's best postured to

12    deliver the training, so it could --

13         Q    But you would -- you would agree with me

14    based on your experience, even as a captain --

15         A    Uh-huh.

16         Q    -- that it could be a captain doing the

17    training for the day, a lieutenant doing the training

18    for the day, or a firefighter doing the training for

19    the day, correct?

20              MS. PASCHAL:  Objection, asked and answered.

21              MS. ELKIN:  No, it wasn't.

22              MS. PASCHAL:  Object to the commentary.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1          A    So the captain has the ability to assign

 2     whoever he or she would like from their shift to do

 3     training that day, whether it be any of the makeup of

 4     the shift.  If they're in a station with all

 5     technicians and firefighters, it could be one of them,

 6     or a lieutenant in a multi-function company.

 7     BY MS. ELKIN:

 8          Q    So any one of those ranks can conduct the

 9     training for the day, correct?

10          MS. PASCHAL:  Objection, asked and answered.

11          A    If the captain feels that person is the best

12     person suited to deliver the training.

13     BY MS. ELKIN:

14          Q    And you would agree that everybody assigned

15     to that shift that day is expected to participate in

16     the training?

17          A    Yes.  They are also supposed to participate.

18          Q    And they train as a team, correct?

19          MS. PASCHAL:  Objection to form.

20          A    It depends on the evolution, depends on the

21     training.

22     BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    assign and accomplish the training in the best way

2    that they see fit.

3    BY MS. ELKIN:

4        Q    And how many hours a day does the captain

5    spend training with his crew?

6            MS. PASCHAL:  Objection to form.

7        A    Without looking at individual training

8    reports, I would hate to speculate.  But, you know,

9    there is -- a lot of the routine depends on what the

10   captain has laid out, what his or her objectives are

11   for the day.

12           So, you know, the expectation is there is

13   training on a regular basis, some form of training on

14   a daily basis, but that's where the shift leader, the

15   shift commander, or station commander really kind of

16   do the planning.  And then the planning and

17   scheduling, whether it's mandated training or

18   discretionary training on their part, it's their job

19   to kind of plan their activities around those things.

20   BY MS. ELKIN:

21       Q    Does the training division -- you said they

22   send out certain things that need to be trained on?

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

 1       A    Right.  They'll send out certain things that

 2    need to be -- that need to be accomplished, and then,

 3    you know, in a given period of time the captain will

 4    figure out when to schedule that.

 5       Q    And what's the subject matter of the types

 6    of training that would take place other than the ones

 7    we've talked about, street drills, search and rescue,

 8    that kind of thing?

 9       A    It could consist of, you know, continuing

10    education hours for the paramedics assigned to his or

11    her shift.  It could be, you know, some -- some new

12    technology, some hazards associated with electric

13    vehicles.  A myriad of topics and subjects,

14    constantly, constantly evolving, and there are a lot

15    of things that our men and women need to maintain

16    their knowledge base and awareness of.

17            So the training division sends those things

18    out, as well as just some basic skills that need to be

19    performed on a recurring basis to maintain proficiency

20    or whatever.  So the captain has the standard

21    evolutions that they can refer to and work in to

22    either their company or battalion drills.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    done on their shift, they need to plan around that,

 2    those rotations.

 3            The academy staff also comes out to the

 4    battalions and conducts training, and that schedule is

 5    developed in collaboration with operations to

 6    accomplish that as well.

 7       Q   And what kind of training takes place at the

 8    academy for the captain and his crew?

 9       A   For instance, flashover simulator training,

10    incident command training.  There's a class B burn

11    building, which has propane as a fuel so they can

12    simulate structure fires, and the companies can deploy

13    like they would on a real incident and exercise their

14    skills.  Incident command, you know, actual tactical

15    skills, hands-on skills, advancing hose lines,

16    throwing ladders, positioning apparatus, things like

17    that.

18       Q   And the captains, are they expected to

19    participate in the training that's at the training

20    academy alongside their crew?

21       A   Yeah, within the scope of their job, meaning

22    they supervise their crew or lead their crew into the
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    building.  Given the scenario painted by the training

2    staff, they'll direct their crew based on the

3    information provided to them, whether that be assume

4    command, whether that be, you know, go to the second

5    floor and assume the division two and supervise

6    multiple companies, or just supervise their crew

7    advancing a hose line or conducting a search or

8    something like that.

9        Q   So is it -- before when we were talking

10   about advancing a hose line, is it -- in reality, if

11   there's a real fire or even in the training -- let's

12   talk about in a real fire -- and the captain is

13   attacking that fire with his crew and at the same time

14   supervising his crew, the reality is the captain is

15   going to assist in advancing the hose, correct?

16           MS. PASCHAL:  Objection to form.

17       A   If they have to assist in advancing the

18   hose, we're missing something somewhere else because

19   their job is to supervise the advance, and if there's

20   a problem, using their experience and their knowledge

21   to troubleshoot, if the line is not making any

22   progress on the fire.  We need them to be observing

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    training, would have somehow been present during the

2    training, correct?

3              MS. PASCHAL:   Objection, calls for

4    speculation.

5         A    If the captain had an entry on a training

6    session, then I'm taking -- I'm interpreting that as

7    if they were present with his or her personnel

8    observing, supervising, whatever, the training.

9    BY MS. ELKIN:

10        Q    Okay.  And is there a number of hours that

11   each captain must have logged for training each year?

12        A    There's an objective of, you know, getting a

13   couple hours a training each shift day based on kind

14   of as a general -- general frame of reference or

15   general practice, but that varies based on what the

16   captain has, what other objectives or -- and/or the

17   activity level, emergency response level on a given

18   day, so...

19        Q    Okay.  But the objective, the goal is --

20   absent other circumstances, the goal would be the

21   captain should have two hours of training each shift?

22             MS. PASCHAL:   Objection to form.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A    His or her shift should have on average

 2    about two hours each 24-hour work period.

 3    BY MS. ELKIN:

 4        Q    Okay.

 5        A    That's kind of a general reference and has

 6    been for many years.

 7        Q    Okay.  And so the expectation then is also

 8    not just for the captain to have two hours for each

 9    shift, if possible, for training, but the lieutenants

10    should also have two hours --

11        A    Uh-huh.

12        Q    -- and the firefighters should also have two

13    hours, correct?

14        A    You know, we've never taken it to that --

15    that level of detail.  It's just the general principle

16    is, you know, look to accomplish training for a couple

17    hours each day that you come to work.

18        Q    As a crew?  The crew should have two hours

19    of training each day?

20        A    Yeah.

21        Q    Correct?

22        A    The shift, right.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1      Q    The shift?

2      A    Right.

3      Q    The shift, so that could be more than one?

4   It could be the station, the truck, the rescue?

5   Whoever is assigned to that shift should have at

6   least -- have two hours of training each shift?

7      A    On average.

8      Q    On average.

9      A    I mean, because everything is factored in --

10      Q    Right.

11      A    -- i.e., those times when they're up at the

12   academy, what have you.  So it's a -- it's a general

13   reference point and has been for many years.

14      Q    Okay.  But my only question is but that two

15   hours on average would apply to the shift?  Anybody on

16   that shift should have on average two hours per shift?

17      MS. PASCHAL:  Objection, asked and answered.

18      A    What I hear you asking, each individual in

19   particular, and my response to that would be no.  The

20   shift has a whole, that's what I mean.  It's because

21   people have leave, people have other assignments, the

22   captain may be in the office doing administrative

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 214

```
 1    work.  It's really not that granular, not as granular,

 2    and I can't give you an answer to that level of detail

 3    because it's more general in nature.

 4    BY MS. ELKIN:

 5         Q   You don't have a different expectation for

 6    the different ranks, though, in terms of how much

 7    training should be done?  You don't say that the

 8    captain should have one and a half hours of training

 9    on average each shift and the firefighters should have

10    1.35 hours of training?

11         A   Right.

12         Q   They all have -- as a shift, the shift

13    should have together approximately two hours of

14    training each shift?

15         A   Right.  We have not broken it down to be

16    rank specific.  It's as the shift in its entirety an

17    average of a couple hours a day.

18         Q   Does that include the battalion chief also?

19         A   Not as a rule.

20         Q   Okay.  All right.  Let me hand you what

21    we'll mark as 42.

22              (Deposition Exhibit No. 42 was marked for
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1        Q   Yes.

2        A   -- executing those duties.

3        Q   And if a fire captain was preparing a

4   performance appraisal when he gets toned out on engine

5   405 --

6        A   Uh-huh.

7        Q   -- would you expect him to say, guys, go

8   ahead, go without me, I'm in the middle of doing this

9   performance appraisal?

10           MS. PASCHAL:   Objection to form.

11        A   In that scenario that you laid out, if a

12   captain was doing an evaluation and there was a call

13   for service with the unit that they're in charge of,

14   the expectation is that they would respond and lead

15   their crew to take care of the issue.

16   BY MS. ELKIN:

17        Q   And would your expectation be the same --

18   the fire captains sleep at the fire station with their

19   crew, right?

20        A   Yes.

21        Q   Would your expectation be the same if they

22   were sleeping, during the middle of their sleep time

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    and they get toned out?  Your expectation would be

 2    their sleep should be interrupted and the captains get

 3    on the engine they're assigned to and go to the fire

 4    with the crew?

 5              MS. PASCHAL:  Objection to form.

 6         A    If -- I mean, in that scenario when the

 7    alarm goes off in the unit that they're in charge of

 8    or they supervise as dispatch, they should lead their

 9    crew on that response.

10    BY MS. ELKIN:

11         Q    Even if they're sleeping?

12         A    Even if they're sleeping.

13         Q    Even if they're eating?

14         A    Even if they're eating.

15         Q    Even if they're taking a shower?  I assume

16    they have showers at these places, at the stations.

17              MS. PASCHAL:  Objection to form.

18    BY MS. ELKIN:

19         Q    Yes, they would?

20         A    There are showers at the fire stations.

21         Q    Okay.  So even if they need to get dressed

22    and go to the call if they're toned out to do the job
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    duties that you described already.  Is that right?

 2         A    They would be expected to lead their crew

 3    and respond.

 4         Q    And even if during the middle of a training

 5    exercise, one they're leading, if they're toned out,

 6    the captains, they go, correct?

 7              MS. PASCHAL:  Objection to form.

 8         A    The captains would be expected to respond

 9    with their crew.

10    BY MS. ELKIN:

11         Q    So would you agree that no matter what

12    they're doing in the station, once that tone goes off,

13    the captains respond to the fire emergency scene side

14    by side with their crew?

15              MS. PASCHAL:  Objection to form.

16         A    Yeah.  The -- they'll respond just like the

17    battalion chief and the deputy chief will respond if

18    they're dispatched.

19    BY MS. ELKIN:

20         Q    Okay.  So just answer my question, though.

21    You can add later.  Your expectation, the job

22    responsibilities of these guys, that no matter what is
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    happening at the station -- because a battalion chief

 2    might not be at the station, right?

 3         A   Uh-huh.

 4         Q   It's one of those stations there's no

 5    battalion chief.  It's a deputy chief -- one of those

 6    stations where there's no deputy chief.  So I'm just

 7    talking about the fire station.  There's a captain at

 8    every single one of them, right?

 9         A   Yes.

10         Q   Unless a lieutenant is acting for a captain,

11    right?

12         A   Yes.

13         Q   Okay.  So no matter what that captain is

14    doing, when the tone goes off, the captains respond to

15    the fire emergency scene side by side with their crew,

16    correct?

17         MS. PASCHAL:  Objection to form and also

18    argumentative.

19         A   As we discussed about earlier or we

20    discussed earlier, unless there's cause that we've

21    already covered, yes, they will respond.

22    BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1        Q    Okay.

2        A    As well as a battalion chief or a deputy

3    chief if they were dispatched.

4        Q    If they were dispatched?

5        A    Yes.  Asleep, eating, sleeping, showering.

6        Q    If they're dispatched, they go?

7        A    Yes.

8        Q    And that is definitely the expectation of

9    the captains too, right?

10            MS. PASCHAL:  Objection to form.

11       A    The captains as well as the battalion chief

12   and the deputy chiefs.

13   BY MS. ELKIN:

14       Q    And the firefighters?

15       A    And the firefighters.

16       Q    And the lieutenants?

17       A    Correct.

18       Q    So you would agree that the captains and

19   their subordinates are tasked with the responsibility

20   of interrupting whatever they're doing, whatever task

21   or activity that they may be involved in to respond to

22   an emergency call that they're dispatched to?

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1            MS. PASCHAL:  Objection, asked and answered,

 2    and objection to form.

 3        A    Unless whatever the captain is involved in

 4    precludes their response, I mean, in their judgement,

 5    if they need to not respond, I mean, that's there.

 6    But as we've talked at earlier --

 7        Q    See, now we have to go back.

 8        A    Okay.

 9        Q    We're going to have to go back.

10            MS. PASCHAL:  Objection.  You're

11    interrupting his answer.

12            MS. ELKIN:  No, no.  I have to interrupt

13    because I need to take a little control here.

14            MS. PASCHAL:  No, you don't.

15            MS. ELKIN:  No.

16            MS. PASCHAL:  He gets to finish his answer,

17    your own ground rule.

18            MS. ELKIN:  It conflicts with something he

19    just said.

20            MS. PASCHAL:  No, it doesn't.  You can ask

21    another question to follow up if you want to do it

22    that way, but you can't interrupt his answer in the
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 233

```
 1     middle of an answer.

 2     BY MS. ELKIN:

 3          Q    The captains and their subordinates are

 4     tasked with the responsibility of interrupting

 5     whatever it is they're doing --

 6          A    Uh-huh.

 7          Q    -- in order to respond to emergency calls,

 8     correct?

 9               MS. PASCHAL:  Objection, asked and answered.

10          A    It depends on what they're doing.

11     BY MS. ELKIN:

12          Q    Okay.  We already established that's

13     sleeping.  They've got to go, right?

14          A    Yes.

15          Q    Eating, they've got to go?

16          A    Yes.

17          Q    Showering, they've got to go?

18          A    Yes.

19          Q    Doing a performance appraisal, they've got

20     to go?

21          A    Yes.

22          Q    Doing an incident report, they've got to go?
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
1          A    Yes.

2          Q    Doing -- talking on the phone to you,

3     they've got to go?

4          A    Yes.

5          Q    Talking on the phone to anybody, they've got

6     to go?

7          A    Yes.

8          Q    Okay.  So what is it -- at what point can

9     they say no, I'm not going, the captains?

10         A    If one of their crew members are injured or

11    ill.

12         Q    The things we were talking about before,

13    injury, illness, or the apparatus doesn't work, and

14    that's it, correct?

15              MS. PASCHAL:  Objection, mischaracterizes

16    his prior testimony.

17         A    That's where the captain, based on the

18    situation, some of which we discussed -- so, I mean,

19    you want me to make this just, you know, general

20    statement.  But, you know, I'm obligated to make sure

21    I accurately share with you the environment that we

22    work in and what the expectations are.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    certainly make sure their battalion chief is aware of

 2    what's going on.

 3         Q    Other than those situations, no matter what

 4    they're doing at the fire station, you agree that the

 5    captains and their subordinates are tasked with the

 6    responsibility of interrupting whatever they're doing

 7    so that they can respond to emergencies?

 8              MS. PASCHAL:  Objection to form.

 9         A    It is the captain's responsibility to make

10    sure that the crew responds when the call is toned

11    out, unless one of those circumstances that we just

12    discussed is -- is evident.

13    BY MS. ELKIN:

14         Q    Okay.  And it's not just that the crew

15    responds, but he responds or she responds with his

16    crew or her crew?

17         A    Correct.

18         Q    Okay.  Would you agree that the principal

19    job duty or the main job duty or the primary job duty

20    of an EMS supervisor revolves around EMS activity?

21              MS. PASCHAL:  Objection to form, and also

22    objection, compound.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1          Q    And what kind of call types are they on?

2          A    Accident with injury, people trapped,

3     cardiac arrest, overdose, certainly the fire calls if

4     we -- as we've talked about previously, hazardous

5     materials calls.  Any -- any incident that is a joint

6     response with police, typically the EMS supervisor

7     will be dispatched, especially if it's a stabbing or a

8     shooting or something like that.

9          And then outside of that, it's pretty

10    discretionary on their part, adding on to calls or,

11    again, responding as a result of a request of a

12    captain on the engine that could use that level of EMS

13    supervision.

14         Q    And would the captain on the engine who

15    needs higher level EMS care, would he just call the

16    EMS supervisor directly, or how did he get that -- how

17    does he get that assistance?

18         A    He would communicate to the public safety

19    communications center and say send an EMS supervisor,

20    here's the situation, I have multiple patients, I

21    have, you know, a unique circumstance, whatever, you

22    know, would perhaps prompt them.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        Q    What kind of apparatus do Captain II EMS

 2   supervisors ride in?

 3        A    They operate an SUV.

 4        Q    Does it have AFR equipment on it?  What kind

 5   of equipment does it have on it?

 6        A    It's fully stocked with ALS equipment.

 7        Q    Okay.

 8        A    But they kind of serve as a logistics

 9   back-up to some of the on-scene personnel.

10        Q    Can a paramedic who is not at the rank of

11   captain, someone below the rank of captain, can he or

12   she also add on in his discretion?

13        A    Yeah.  Any officer can add on to the call.

14   The procedure is they'll -- you know, if the captain

15   feels like that they're closer or they can be of

16   assistance, they'll say, hey, put such and such a unit

17   on the call.  If there's a battalion chief en route,

18   the communication center will check with the battalion

19   chief and let them know, hey, I've got a fifth engine,

20   for example, on this call, and then the battalion

21   chief can say, okay, keep them coming or go ahead and

22   keep them in service right now.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A    The primary point is it brings capacity to

 2    the scene.  For instance, they carry, you know,

 3    ballistic vests and helmets in case of an active

 4    shooter event.  So they carry some extra things.  They

 5    can pull from what they have on the unit to keep a

 6    transport unit in service in case there was a

 7    multi-patient event and they had to, you know, dump a

 8    lot of their equipment and supplies, you know, in case

 9    one of their EKG monitor breaks down.  So that's a

10    good portion of the function of what they carry on

11    there.

12             The other is so if they happen to come

13    across somebody -- just like myself, I carry an aid

14    bag in my vehicle.  If I come across somebody, I have

15    a duty to act as an EMT in the Commonwealth of

16    Virginia.  So we all -- from the fire chief on down,

17    we all have that obligation if we were to be the first

18    one to arrive at a particular incident if immediate

19    medical care was indicated.

20    BY MS. ELKIN:

21        Q    You would agree that the EMS supervisors

22    carry more than your first aid -- the aid bag that you
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1   described?

 2        A    Yeah, I would agree with that.

 3        Q    They carry all sorts of locked-up drugs and

 4   other things on their -- what did you call it?  SUV?

 5            MS. PASCHAL:  Objection to form.

 6   BY MS. ELKIN:

 7        Q    Is that correct?

 8        A    They carry -- which part of your question?

 9        Q    They carry drugs, all sorts of drugs in

10   cabinets.  What are these things called?

11            MS. FAULMAN:  Shockers.

12            MS. KULUY:  AEDs, the heart monitors.

13   BY MS. ELKIN:

14        Q    Yeah.  They carry heart monitors and that

15   kind of thing on there?

16        A    Yes, ma'am.

17        Q    Okay.

18            MS. PASCHAL:  Molly, can we take a quick

19   break?

20            MS. ELKIN:  No.  Yes.

21            (A brief recess was had.)

22   BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        Q    Chief, what is your home address and phone

 2   number?

 3             MS. PASCHAL:  Ask Mr. Kuluy to please leave

 4   the room while we're getting this information subject

 5   to the protective order in this case.

 6             (Mr. Kuluy exits the conference room.)

 7        A    My address is 8514 Etta Drive, Springfield,

 8   Virginia, 22152.

 9        Q    Phone number?

10        A    (703) 644-9314.

11        Q    And are you prepared to talk about the job

12   duties of a Captain I safety officer, or is that going

13   to be another witness?

14        A    I can talk about it in the context of the

15   24-hour shift and responding to calls.

16        Q    You agree they do not supervise anybody?

17             MS. PASCHAL:  Objection to form.

18        A    They -- as an incident safety officer, they

19   work as part of the command team and supervise the

20   safety aspect of a given operation, and then advises,

21   provides recommendations, what have you, to the

22   incident commander.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    BY MS. ELKIN:

2         Q    Nobody reports to them, correct?

3         A    They do not have any direct reports.

4         Q    Okay.  So they do not supervise any

5    individuals, correct?

6              MS. PASCHAL:  Objection, asked and answered.

7         A    They -- I would -- I would say they do

8    supervise the individuals in the context of the safety

9    operations on a given scene.  Because they are -- they

10   do possess the authority to stop an individual from an

11   unsafe act, so I would categorize that as supervision

12   of another individual.

13   BY MS. ELKIN:

14        Q    Nobody directly -- but you already testified

15   nobody directly reports to them, correct?

16        A    Outside the emergency incident, they do not

17   have a direct report that they supervise or evaluate.

18        Q    And they don't -- they don't evaluate --

19   that was my next question.  They don't do performance

20   evaluations for anybody?

21             MS. PASCHAL:  Objection, form.

22        A    I don't -- I don't know.  I'd have to defer

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

 1    arrive at calls, they have to go with a full

 2    complement of firefighting gear, correct?

 3            MS. PASCHAL:   Objection to form.

 4        A   Can you restate that question?

 5    BY MS. ELKIN:

 6        Q   When captains are dispatched to a call, they

 7    have to take all their turnout gear with them,

 8    correct, or they have to wear it?  You tell me.

 9        A   If they're -- if they're dispatched to

10    calls?

11        Q   Uh-huh.

12        A   Yes, they're expected to have their full

13    personnel protective ensemble with them.

14        Q   Do they actually have to wear the turnout

15    gear when they get dispatched, or do they just have to

16    have it with them?

17        A   All captains?

18        Q   Well, start with the shift supervisors and

19    the station commanders who presumably are doing the

20    same function on a fire call.

21        A   It depends on the event type whether they're

22    supposed to don their assigned gear commensurate with

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    the event type they're going on.  For instance, a
 2    structure fire, obviously they'll be donning all that.
 3    If it's an emergency medical call, the expectation is
 4    they have their gear with them.  They wouldn't
 5    necessarily be required to don it in emergency medical
 6    because they're supervising the scene, not placing
 7    hands on patients.  So that's the Captain Is and IIs
 8    we've talked about predominantly.
 9         Q    What -- what is the safety gear that the
10    Captain Is and IIs would have to don if they're
11    dispatched to a structure fire?
12         A    To a structure fire?
13         Q    Uh-huh.
14         A    They would respond with their full
15    firefighting personal protective ensemble, which they
16    don sans the mask.  They don't go on air unless they
17    go into the hazard area.  But they have their
18    equipment with them to include monitoring devices so
19    that if they're called upon after the fire has been
20    extinguished to monitor the environment, you know.
21              Again, I'd have to -- the specifics of what
22    they're required to do, I'd have to defer to another
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    requirement that as soon as they get there, the

 2    captains, the lieutenants, the firefighters have to

 3    put on the personal protective equipment ensemble if

 4    they're at a structure fire?

 5         A    They need to be prepared to go into the

 6    hazard area and they would need to have their proper

 7    level of equipment on.

 8         Q    Okay.  All right.  I'm going to have you --

 9    this is -- I'm looking at a policy I want you to look

10    at.  It's going to be Exhibit 50.

11              MS. PASCHAL:  Exhibit 43.

12              THE WITNESS:  43, I think.

13              MS. ELKIN:  Okay.

14              (Deposition Exhibit 43 was marked for

15    identification and was attached to the deposition

16    transcript.)

17              MS. ELKIN:  Okay.  I've just shown the

18    witness what we've marked as Exhibit 43, approved by

19    Richard Bowers on August 14, 2013, and the purpose of

20    this policy is "to ensure that members utilize proper

21    protective clothing which includes structural

22    firefighting, special operations, or emergency medical
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    services-only personal protective equipment."  And

2    then it has under Roman numeral one initial response.

3    BY MS. ELKIN:

4        Q   This is where I'm a little confused by your

5    testimony.  Part A says, "Upon receipt of a dispatch,

6    personnel shall don the appropriate PPE in

7    anticipation of a worst-case scenario."

8        A   Uh-huh.

9        Q   So that's different than wait until you get

10   to the scene to don it?

11            MS. PASCHAL:  Objection, mischaracterizes

12   his prior testimony.

13   BY MS. ELKIN:

14       Q   I understood your prior testimony to say

15   they can wait until they get to the scene to put their

16   turnout gear on.  Is that -- was that your prior

17   testimony?

18            MS. PASCHAL:  Objection, argumentative.

19   BY MS. ELKIN:

20       Q   The captains and the crew.

21       A   I interpreted your question as -- I thought

22   you were talking about the safety officer Captain Is.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        Q    Okay.  So all your answers on that was with

 2   respect to the safety officer Captain I?

 3        A    Yes.

 4        Q    Go back.  Then there was a miscommunication.

 5   I'm talking about the Captain I and Captain II shift

 6   supervisors, station commanders.  When they get

 7   dispatched, they're required to -- they're required to

 8   don their worst-case scenario PPE.  Is that correct?

 9        A    That is correct.

10        Q    Okay.

11        A    The apparatus is set up to accommodate their

12   breathing apparatus so that they can do that.

13        Q    Okay.

14        A    The Captain I safety officers that I thought

15   we were talking about don't have that same set-up, so

16   they don't don it until they get on the scene.

17        Q    Got it.  Okay.  So then going back to

18   your -- to my -- to what I thought I was asking about,

19   which was the Captain I and Captain II shift

20   supervisor, station commander, the policy that I just

21   handed you at Exhibit 43, that accurately reflects

22   what they're required to do?
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A    Right, based on the incident call type as

 2   I've answered previously, too.  If they come in for a

 3   medical call, they're not donning all their

 4   firefighting gear.

 5        Q    Okay.

 6        A    So specific to the call and the potential

 7   hazards that are typical with that, that's the

 8   worst-case scenario.

 9        Q    Okay.  So before when you were talking about

10   the structure fire or HazMat call, you were referring

11   to the safety officers?

12        A    Yes.

13        Q    Is that right?

14        A    Yes.

15        Q    So what kind of calls would require the

16   Captain I and Captain II supervisors to don all their

17   worst-case scenario PPE?

18        A    In the stations on the engines?

19        Q    Yeah.

20        A    Hazardous materials call, structure fire

21   call, inside gas leak call, outside gas leak call,

22   accident with injuries.  They're going to put on --
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    accident with injury, unless the vehicle is on fire,

 2    they're going to get off with everything but their

 3    SCBA.  So they have some discretion that they exercise

 4    and/or they direct their crew; i.e., the interstate

 5    vehicle accident, we get there, nothing is on fire,

 6    okay, just need your full PPE and eye protection.  And

 7    so they -- they don everything except the SCBA unless

 8    it comes in as a structure fire.  So they exercise

 9    some discretion and judgement --

10         Q    Okay.  All right.

11         A    -- depending on the event type.

12         Q    Okay.  So going back to my question, they

13    don everything, "they" being the captains, the

14    captains and the lieutenants and the firefighters on

15    those engines.  They're going to don everything when

16    they're dispatched, so at the station, other than the

17    SCBA.  Is that right?

18         A    Yeah.  They're going to don every -- if it's

19    an emergency medical call, they'll take their

20    structural firefighting gear, put it up in the

21    apparatus and get in, and as they're going down the

22    road, they'll grab latex gloves or their pick kits
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    [phonetic], don eye protection, whatever.  It's

2    specific to the incident.

3          Q    Okay.

4          A    But it's based on the event types that we

5    went through.

6          Q    Right.

7          A    Remember you asked me all the different

8    event types?  There's different levels and the

9    officers exercise a lot of discretion.  But, you know,

10   if it comes in as a structure fire, they're going to

11   don the worst-case scenario.  They're going to don

12   everything, including putting the straps over their

13   shoulders on their SCBA.

14         Q    Okay.

15         A    If it's a vehicle accident, they may do

16   everything but that.

17         Q    Okay.

18         A    That's where they exercise some discretion.

19         Q    That's the area right there.  If it's a

20   structure fire, they better don worst-case scenario

21   inclusive of SCBA, correct?

22         A    Right, because the worst-scenario is in the

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    buildings.

2        Q    Same with the crew.  They have to don the

3    same stuff that the captains don, correct?

4        A    Right.

5        Q    And if it's not a structure fire but some

6    kind of vehicle response, then they have the

7    discretion not to put on the SCBA, they can just bring

8    that, just --

9        A    Yeah.  Based on their arrival on scene,

10   their size-up of the situation, if it's an

11   extrication, meaning the heavy rescue squad is coming

12   also to cut a person out of a car, they may assign one

13   firefighter to actually don their SCBA and mask and

14   advance a hose line to protect the operation while the

15   balance of the crew may not have that --

16       Q    Okay.

17       A    -- same level of protection.

18       Q    And then it says, "There will be times when

19   units are dispatched to a call while they are

20   available on radio."

21       A    Uh-huh.

22       Q    So does that mean they're not quite -- are

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    they in service yet, or they just cleared the last

2    call?  What is -- do you know what that means?

3    They're not at the station?

4         A   Right.

5             MS. PASCHAL:  Objection to form.

6    BY MS. ELKIN:

7         Q   Is that right?  They're not at the station?

8         A   They're -- the context of this, available on

9    the radio is inferring they're not in the station.

10        Q   Okay.

11        A   In the station is available in quarters.

12        Q   Okay.  "If personnel are not wearing the

13   proper protective clothing for the worst-case

14   scenario, the driver must pull the vehicle to a safe

15   location, allow personnel to don protective clothing,

16   and then shall respond to the incident."  Is that your

17   understanding of the policy as well?

18        A   That is what we want folks to do.

19        Q   Okay.  And then when you were talking before

20   about waiting to put on the stuff for EMS units, is

21   that Part C?  "Personnel responding to a

22   suppression-related incident in an EMS unit may delay

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    donning the structural firefighting PPE ensemble after

2    they arrive at the scene."  Is that what you were

3    talking about before?

4        A    No.  I was talking about the Captain I

5    safety officer before.

6        Q    Okay.  So I think you were talking about

7    this also with respect to the Captain I and Captain II

8    supervisors, that they can wait to put the PPE on if

9    it's an EMS call once they get to the scene?

10       A    Yes.

11       Q    Okay.  And then if you turn to the next

12   page -- do you know whether this policy lists the

13   structural firefighting PPE?

14       A    Meaning what it consists of?

15       Q    Yes.

16       A    I don't think it breaks it down in detail.

17   I think it's a fundamental thing that each individual

18   is aware of based on their basic training.

19       Q    Okay.  Going back to page 15-10, do the --

20   if we were looking at pictures of a scene and we had

21   this, whatever that document was -- 38, I believe, I

22   had asked you to see whether those were actual

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
1    pictures of Fairfax County employees, et cetera.  If

2    we had a better image of that --

3         A    Uh-huh.

4         Q    -- would we be able to identify the captains

5    based on the color of their hats?  Helmets, I guess I

6    should call them.

7         A    The color of their helmets, the way we -- it

8    would be the shield on the front is how we would

9    identify that they're a captain.

10        Q    Don't the -- it looks like, according to

11   this policy, assigned unit officers wear a white unit

12   ID with color-coded numbers.

13        A    Yeah.  The unit officers wear their rank

14   insignias here, and then they're wearing a white

15   helmet.  The non-officers wear a black helmet.

16        Q    Okay.  So when you say the officers, you're

17   talking about captains, right?

18        A    Uh-huh.

19        Q    So the captains wear a white helmet?

20        A    Uh-huh.

21        Q    And the other firefighters on the crew would

22   wear a black helmet?
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 268

```
 1          A    Right.

 2          Q    Do battalion chiefs have helmets?

 3          A    Yes.

 4          Q    What color are theirs?

 5          A    White.

 6          Q    And then everybody up through the ranks,

 7     white helmet once you get to captain?

 8          A    Let's see.  Yeah, white helmets.  Once one

 9     gets promoted to officer, they get a white helmet.

10          Q    That would include lieutenants?

11          A    Yes, yes.

12          Q    Okay.  When a battalion chief responds to a

13     structural fire, is he required to don the structural

14     firefighting PPE before he gets in his unit to

15     respond?

16          A    He's -- no, he is not.

17          Q    Okay.  And would your answer be the same for

18     deputy chief?  He's not required to don it before he

19     responds either, correct?

20          A    No, because the vehicle is not set up to

21     accommodate that.

22          Q    Okay.  You would agree that the captains do
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    not have the authority to hire or fire, correct?

 2              MS. PASCHAL:  Objection to form.

 3        A    Only the agency head has the ability to hire

 4    and fire.

 5    BY MS. ELKIN:

 6        Q    So then answering my question then, you

 7    would agree that none of the captains have the

 8    authority to hire or fire, correct?

 9              MS. PASCHAL:  Objection, asked and answered.

10        A    The captains can make recommendations on

11    hiring or firing, but that's --

12    BY MS. ELKIN:

13        Q    You can answer my question, and then we can

14    talk about that.

15        A    Okay.

16        Q    You would agree that none of the captains

17    have the authority to actually hire or fire anybody,

18    correct?

19              MS. PASCHAL:  Objection, asked and answered.

20        A    The captains can only propose hiring or

21    firing.  They can't execute hiring or firing.

22    BY MS. ELKIN:
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    have recommended someone other than the highest person

 2    on the eligibility list for promotion?  I'll start

 3    with that.

 4         A   The only reason we would not recommend the

 5    next person up is because they have active discipline.

 6         Q   Okay.  The schedules that the firefighters

 7    work and the lieutenants work, the 24-hour shifts,

 8    that is not set by the captains, that's set by who?

 9         A   That is -- the shift schedule is what's been

10    established by our agency in concert with the

11    department of human resources and everybody else.

12    That's how we'll provide the 24/7 365 coverage.

13         Q   So you would agree the captains do not have

14    the authority if they have someone -- if they have

15    someone on their shift -- let's say they're on A shift

16    and that person wants to be on B shift.  The captain

17    can't just say okay -- you can't call the captain on B

18    shift, say give me one of yours, I'll give you one of

19    mine, let's make a switch?

20         A   I mean, they could -- they could make those

21    arrangements certainly, and then they would work in

22    collaboration with their battalion chief and
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 285

1    coordinate with their battalion and deputy chief to

2    effect that change if that -- if that's what they were

3    after.

4         Q   But it would be driven by an employee

5    wanting to switch from A shift to B shift or B shift

6    to A shift?

7         A   It would -- your question is it would only

8    be driven by that employee wanting to change shifts?

9    It may or may not.  Here again, it would be -- you

10   know, if there was -- probably need to be a compelling

11   reason why, you know, one person would get exchanged

12   off another shift, you know, without their will.

13        The expectation is there's an ongoing

14   dialogue and that, you know, with the employee, with

15   the two battalion chiefs and the two deputy chiefs so

16   everyone has situational awareness of, you know, some

17   personnel moves.

18        So, I mean, that's the -- it's conceivable

19   that it would start with a captain's recommendations,

20   but it would be a collaborative process involving the

21   people I listed to include the employee.

22        Q   Isn't it true that transfers across shifts

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    and battalions require the formal process of

 2    submitting a transfer request by an employee and up

 3    through the chain of command?

 4         A    Yeah, through that -- through that

 5    collaborative process, I'm sure some documentation

 6    would be required ultimately.

 7         Q    And you would agree that the fire captain

 8    can't just authorize a transfer request by a

 9    firefighter to another shift?

10         MS. PASCHAL:  Objection to form.

11         A    The fire captains can make the

12    recommendation with their, you know, battalion and

13    deputy chief, and, you know, in collaboration with

14    their peer.  You know, that would be optimal, but it

15    would be a recommendation for a shift.  But again,

16    it's kind of a dialogue that we expect that would go

17    on with the affected employees and the different peers

18    across shifts.

19    BY MS. ELKIN:

20         Q    There's a transfer data base, isn't there?

21         A    There is a transfer database, yeah.

22         Q    Okay.  And you would agree that the captains
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1          Q    I heard you mention those numbers before and

 2     I see it listed there.

 3               All right.  So then just going back, a

 4     captain does not have the authority, though, to

 5     transfer an employee off of his shift on to another

 6     shift?

 7               MS. PASCHAL:  Objection, asked and answered.

 8          A    Yeah.

 9     BY MS. ELKIN:

10          Q    I mean, even the deputy chief has to do

11     that?

12          A    Yeah.

13          Q    Okay.

14          A    It's a collaborative effort, so the --

15          Q    It goes up through the chain of command?

16          A    Working within the command of that shift,

17     right.  The Captain Is and IIs make recommendations.

18     It's their shift.  They're the ones with the

19     responsibility.  So they certainly have input, but

20     ultimately it has to work through the system.  So

21     to -- you know, that's how it works.

22          Q    Have you -- are you aware of any
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    evaluations to a lieutenant, and when they do that,

2    they become the reviewing authority for that

3    evaluation.  So before that's sent in, the shift

4    commander or station commander will sign off and

5    submit it.  So that's how that's managed at the

6    station level.

7         Q    But you would agree then that a lieutenant

8    has the authority and the responsibility to do

9    performance evaluations for subordinates?

10             MS. PASCHAL:  Objection to form.

11        A    Yeah.  The lieutenant has the ability via

12   the delegation from the shift commander to do

13   evaluations for the personnel that the station or

14   shift commander decided that the lieutenant will

15   evaluate.

16   BY MS. ELKIN:

17        Q    What's the normal -- we talked about the PPE

18   for the captains and the lieutenants and the

19   firefighters.  You would agree that it's all the same

20   for the firefighters, the captains, the lieutenants,

21   the PPE they're required to wear?

22             MS. PASCHAL:  Objection to form.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    tone.  They remain ready even during their sleep --

 2         A    Uh-huh.

 3         Q    -- to respond to a call.  Is that correct?

 4         A    Uh-huh.  They maintain a ready posture

 5    throughout their shift day in the station.

 6         Q    Okay.  And you would agree that that is also

 7    the nature of a firefighter's job, to -- and a

 8    lieutenant's job -- to maintain, I think you said, a

 9    ready posture at the station when they are not out

10    fighting fires or responding to emergencies.  Is that

11    correct?

12         A    I think it's -- you know, that's one of the

13    charges of the shift or station commander, is to

14    ensure that --

15         Q    Everybody?

16         A    -- personnel maintains a state of readiness,

17    i.e., their equipment is ready to go, the apparatus,

18    everything else is ready to go.  So whereas it's

19    everybody's responsibility to be ready, that shift

20    captain or station captain is charged to make sure

21    that is the case.

22         Q    You said something about observing or you
```

```
 1     were participating even in fitness, physical fitness

 2     activities --

 3          A    Uh-huh.

 4          Q    -- with the fire station.  Tell me about the

 5     fitness program for fire captains and the crew that

 6     they supervise.

 7          A    Our policy is to exercise every day at work.

 8     So on this particular day I was doing a ridealong with

 9     one of our battalion chiefs, and we went to one of our

10     fire stations that have, you know, workout facilities

11     in it, and we were working out with, you know, the

12     shift captain and shift members.  So that's part of a

13     daily requirement.  The shift or station commander,

14     they do have the ability to waive or exempt one of

15     their shift members from performing PT on a given day.

16          Q    If what?

17          A    If one of their shift members comes to them

18     and says, hey, I'm just not up to it today, whatever

19     the reason, the shift commander or station commander

20     has the ability to relieve them of that obligation

21     that day and for subsequent days up to three days.

22               After three days, the shift commander would
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1          Q    The requirement, I think I heard you say, is

 2     one hour per shift?

 3          A    Approximately one hour, you know.

 4          Q    Does that -- does that apply to those

 5     employees who are in those outer boxes of personnel

 6     services and support services, or is it just for the

 7     operations group?

 8          A    It applies to all the uniformed, you know,

 9     personnel because we're all required to maintain our

10     fitness and do an annual work performance exam and all

11     that.  So the -- that -- you asked about the time.

12     That's really the shift or station captains have the

13     ability to extend or shorten or what have you.  By and

14     large, an hour is kind of cardio, flexibility, and

15     strength is the goal, but there are captains that

16     will, you know, take more time in the day based on

17     what they've programmed into their particular day.

18          Q    But the goal is to have the captains -- let

19     me ask you this:  Are the captains subject to the same

20     physical fitness requirements as those that they

21     supervise?

22          A    The captains are subject to the same
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

 1    requirements as the firefighters, as the assistant

 2    chiefs, as the deputy chiefs, as the battalion chiefs.

 3    We're all subject to the same physical requirements.

 4        Q    And is the importance of physical fitness,

 5    is that so they can perform their function of being

 6    able to respond to fires and do EMS responses?

 7        A    Well, yeah, kind of in a -- in a global

 8    sense is articulated by the fire chief and the

 9    leadership.  It's both operational readiness, and as a

10    county workforce, the health and wellness is a value.

11    So it kind of, you know, coalesces into an overall

12    county employee/agency specific requirement, but it

13    also falls into that theme of a --

14        Q    Operational readiness?

15        A    Operational readiness and a work staff

16    that's, you know, healthier.

17        Q    And do the employees outside of the fire

18    department, do they get an hour a day to work out

19    while on duty?

20        MS. PASCHAL:  Objection, foundation.

21        A    The -- it's up to their individual

22    supervisors.  They have -- their individual

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1        Q    Yeah, or fire department policy.

2        A    No, it's not against fire department policy.

3        Q    Okay.  So if a fire captain is watching

4   television with his crew at some point during the

5   shift and the tone goes off, you would expect the fire

6   captain and the crew to stop whatever program they're

7   watching and head out to the fire, correct?

8            MS. PASCHAL:  Objection to form.

9        A    The -- if the station was -- if the tones

10  went off for the station to respond to an emergency

11  incident, the expectation is that the captain and his

12  or her crew would respond to the incident.

13  BY MS. ELKIN:

14       Q    Okay.  And that would -- never mind.

15            As far as you know, has anyone in management

16  ever measured how much time captains spent during a

17  24-hour shift in a state of readiness at a fire

18  station ready and able to respond to calls?

19            MS. PASCHAL:  Objection to form.

20       A    So restate again.  Has anyone in

21  management --

22  BY MS. ELKIN:

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1      Q    In terms of writing the evaluation and

2  making the recommendation about what rating to give

3  the employee, a lieutenant and the captain have the

4  same authority, correct?

5           MS. PASCHAL:   Objection, asked and answered.

6      A    They both have the ability to conduct an

7  employee evaluation.  Only the Captain I or Captain II

8  has the ability to serve as a reviewing authority.

9  BY MS. ELKIN:

10     Q    Okay.  In both of those person's

11  evaluations, a lieutenant and a captain, they have the

12  same level of ability when they're doing the

13  performance evaluation to rate an employee, a

14  subordinate, substandard?

15          MS. PASCHAL:   Objection to form.

16     A    They both have the same ability by using the

17  form to mark above or below -- high or low performance

18  levels.  Only the Captain I or Captain II can serve as

19  a reviewing authority of that document.

20  BY MS. ELKIN:

21     Q    And of course, a Captain I or Captain II's

22  performance evaluations that they do are reviewed by a

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 342

```
 1          Q    You would agree that if an employee is rated

 2     MMS and that rating is signed off by a supervisor,

 3     then that employee qualifies for a merit pay increment

 4     on the basis of performance or otherwise eligible on

 5     the basis of length of service and grade.  Is that

 6     right?

 7          A    Yes.

 8          Q    Okay.  And now in order to rate somebody

 9     MMS, there's all sorts of rules that have to be

10     followed, correct?

11          A    There would need to be a ten-week notice of

12     a negative determination.

13          Q    Okay.  And we went over all that information

14     with another witness, but your expectation would be

15     that a captain would go through the chain of command,

16     work with HR in order to follow all those rules if

17     they were ever going to rate someone MMS?

18          A    Yeah.  The expectation is they would work --

19     they let their battalion chief know that they had this

20     situation and they would work with additional

21     resources, HR resources to, you know, meet all the

22     requirements and give that being the ten-week notice.
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1          Q    What kind of apparatus do Captain II EMS

2     supervisors ride in?

3          A    They operate an SUV.

4          Q    Does it have AFR equipment on it?  What kind

5     of equipment does it have on it?

6          A    It's fully stocked with ALS equipment.

7          Q    Okay.

8          A    But they kind of serve as a logistics

9     back-up to some of the on-scene personnel.

10          Q    Can a paramedic who is not at the rank of

11     captain, someone below the rank of captain, can he or

12     she also add on in his discretion?

13          A    Yeah.  Any officer can add on to the call.

14     The procedure is they'll -- you know, if the captain

15     feels like that they're closer or they can be of

16     assistance, they'll say, hey, put such and such a unit

17     on the call.  If there's a battalion chief en route,

18     the communication center will check with the battalion

19     chief and let them know, hey, I've got a fifth engine,

20     for example, on this call, and then the battalion

21     chief can say, okay, keep them coming or go ahead and

22     keep them in service right now.

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        A   -- that way.

 2        Q   Do the fire captains have authority to

 3   purchase fire units, fire apparatus?

 4        A   The Captain Is or Captain IIs?

 5        Q   Yes.

 6        A   In the field?

 7        Q   Yes.

 8        A   The field Captain Is and IIs may have input

 9   into the specifications, but they do not do the actual

10   purchasing.

11        Q   Okay.  When you say that they have input

12   into the specifications, what are you talking about?

13        A   I'm talking about they work with the station

14   commander, for example, is typically the lead person

15   as the work location supervisor, will work directly

16   with his or her peer in the apparatus section to talk

17   about specific needs or their thoughts or experiences

18   on what they think the specification for their next

19   fire truck should be.  So they do have the opportunity

20   to put input.

21            That being said, you know, there is an

22   interest by the fire chief in apparatus to have a
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

 1    standard engine.  But, you know, there is some

 2    latitude in there in working with the individual shift

 3    or station commanders on specific features that they

 4    may want on their particular piece of apparatus.

 5         Q    And if they ask for a particular feature on

 6    a particular apparatus, the captains, do they get it?

 7              MS. PASCHAL:  Objection to form.

 8         A    Sometimes they do, sometimes they don't,

 9    depending on what's available from the manufacturer,

10    if it's going to surpass the budgeted cost for the

11    apparatus or what have you.

12    BY MS. ELKIN:

13         Q    And those decisions are going to be made

14    above the pay grade or the rank of a Captain I or a

15    Captain II, correct?

16         A    The ultimate decision, you know, depends on

17    which part of the equation we're talking about.  If

18    it's the budget, you know, because the apparatus is

19    not budgeted at the station level, it's budgeted out

20    of an overall agency fund for apparatus, so they would

21    not on that.  If it's a matter of a feature, that may

22    be something that they work -- there's a case in point

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

Page 351

```
 1    to go into a new fiscal year, they have an opportunity

 2    to share, send to operations what their needs are for

 3    purchase.  Throughout the course of the year they may

 4    have immediate needs, i.e., some hose or something

 5    like that where they'll fill out a requisition and

 6    send it up to my aide.

 7         Q    Okay.  But none of the captains have actual

 8    purchasing authority, correct?

 9         A    No.  Their requisition would go to

10    purchasing.

11         Q    Okay.  And the thing that you described

12    where they can on an annual basis or ad hoc basis

13    even -- let's go to the annual basis first.

14         A    Uh-huh.

15         Q    The Captain IIs can put together things that

16    they would like for their station?

17         A    Right.

18         Q    Okay.  I've heard that referred to as a wish

19    list for the station.  Is that an accurate sort of

20    description of we would like, you know, a 47-inch

21    screen television, we need new countertops in the

22    kitchen, you can't chop anything in here anymore --
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1      Q   Okay.  Is it less than half, do you know?

2      A   I don't know.  I would have to research

3  that.

4      Q   All right.  So just so I'm clear on the

5  actual sort of annual -- is this something the station

6  commanders are required to do annually?  Are they

7  required to put together a wish list for general fund

8  items?

9      MS. PASCHAL:  Objection to form.

10     A   They're required annually to assess the

11  needs of their station and submit that so we're aware

12  of what their station needs.

13  BY MS. ELKIN:

14     Q   Okay.

15     A   We're dependent on them to tell us that.

16     Q   Fair enough.  And are the Captain I shift

17  supervisors, the EMS supervisors, or the Captain I

18  safety officers, do they submit a similar sort of

19  annual wish list?

20     A   I can't speak to the safety officers.  I'd

21  have to defer to another witness.  On the EMS

22  supervisors, I don't -- I don't believe they have any

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    budget responsibility, you know, equating to what the

2    station -- the work location supervisor, the Captain

3    II in the station has.

4         Q    And how about the shift supervisor?

5         A    The shift supervisor, typically they're just

6    providing feedback.  The captain says, hey, end of the

7    year, give me, you know, what your thoughts are, you

8    know, what we may need around here, new dishwasher,

9    new washer, whatever, projects, improvements, all that

10   kind of thing.

11        So that's the annual opportunity for the man

12   or woman that's serving as the station commander to

13   solicit from their other shift commanders and say,

14   okay, is there anything here, and then the station

15   commander, you know, has the ability to decide what he

16   or she will put forward or not.

17        Q    And then the station commander, the way I

18   understood you to describe it, would say new

19   dishwasher, we need a new dish washer, here's why --

20        A    Uh-huh.

21        Q    -- the old one stops mid cycle or whatever

22   the case may be --

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    still using that form.

2         Q    So as you sit here today, you don't know

3    whether there's a form that a captain fills out to

4    approve or deny leave?

5         A    I know there has been a form.  To my

6    knowledge it's still in effect.  Whether it's used

7    every day, I'd have to research.

8         Q    Okay.  If you can turn to page 3630 of

9    Exhibit 42.  Under Disciplinary Actions, is this the

10   policy in the fire department, that the battalion

11   chiefs are required to confer with the appropriate

12   shift deputy chief when administering oral reprimands?

13   Is that your understanding of the policy?

14        A    The -- if the battalion chief is issuing an

15   oral reprimand, then yeah, they should be in dialogue

16   with their deputy chief.

17        Q    And then written reprimands must be approved

18   by the shift deputy prior to being administered.  Is

19   that your understanding of the policy for battalion

20   chiefs?

21        A    The -- if a written reprimand is moving

22   forward -- if the battalion chief is issuing a written

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    reprimand, the deputy should be consulted to make sure

 2    that that level of discipline is being applied equally

 3    and that's the correct level.

 4        Q   Okay.  So the written reprimands must be

 5    approved by the shift deputy prior to being

 6    administered.  Is that the policy?

 7            MS. PASCHAL:  Objection, asked and answered.

 8            MS. ELKIN:  No.  He said consulted.

 9    BY MS. ELKIN:

10        Q   My question is do they have to be approved?

11        A   Well, technically the standard operating

12    procedure in the county personnel regs will allow a

13    supervisor to issue an oral or a written reprimand.

14    This document is in the context of that consult at the

15    next level so that we are monitoring our consistency

16    across the 114 different, you know, shifts.

17    BY MS. ELKIN:

18        Q   Okay.  So this battalion chief handbook,

19    that was last revised in 2009?

20        A   Right.

21        Q   Where it says, "Written reprimands must be

22    approved by the shift deputy prior to being
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

1    across the different work locations.

2    BY MS. ELKIN:

3        Q    It's not just the expectation, it's the

4    practice.  Isn't it true that the battalion chiefs

5    will get approval for a written reprimand before they

6    administer a written reprimand?

7            MS. PASCHAL:  Objection, argumentative.

8        A    They'll certainly talk with the deputy chief

9    and have dialogue with the deputy chief.  If it's not

10   consistent with what the agency has been doing for

11   like or similar, they may adjust it to something --

12   BY MS. ELKIN:

13       Q    "They" being the deputy chief will adjust

14   it?

15       A    The deputy chief and the battalion chief

16   will adjust it.

17       Q    So the deputy chief can say no, this guy

18   shouldn't get a written reprimand, he should only get

19   an oral reprimand?  So the deputy chief, once the

20   battalion chief consults with him, can say no, this is

21   not consistent with penalties in other cases, this

22   employee should not get a written reprimand, this

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1        Q    "These templates should be used to ensure

 2   consistency of the discipline and to ensure that the

 3   most current version of the document is used."  Do you

 4   agree with that?

 5        A    Yes.

 6        Q    Okay.  "Verbal counseling," it says,

 7   "handled by the individuals shift leader who, after

 8   approval by the battalion chief and shift deputy

 9   chief, provides the counseling."  Is that your

10   understanding of practice within the fire department?

11        A    I think that represents the dialogue that's

12   had to ensure consistency across the agency.

13        Q    Okay.  So that -- as I just read, is that

14   the practice of the fire department?

15        A    I would say that's the practice.  You know,

16   we're dependent on the Captain I and the Captain II,

17   though.  They're the ones that expose or bring forward

18   the fact that there's been aberrant behavior or

19   something like that.

20        Q    There's been some kind of infraction?

21        A    Right.

22             MS. ELKIN:  We have to go off the record for
```

ASSISTANT CHIEF JOHN CAUSSIN - 5/21/2014

```
 1    memos for suspensions through termination are prepared

 2    for the fire chief's signature?

 3         A    Final determination?

 4         Q    Not the proposed discipline but the final

 5    discipline memos for suspensions through termination

 6    are signed by the fire chief?

 7         A    Yes.  The fire chief -- suspensions,

 8    demotions, terminations, those are all signed by the

 9    fire chief.

10              MS. PASCHAL:  We're at seven hours.

11              MS. ELKIN:  Well, I'm not done.

12              MS. PASCHAL:  Well, you only get seven

13    hours.  That's the rule.  So we're not answering any

14    more questions.

15              MS. ELKIN:  Well, I will have to go to the

16    judge on this.  We can go tomorrow.

17              MS. PASCHAL:  Okay.  I'm going to cite the

18    federal rule.  It's seven hours per deponent.

19              MS. ELKIN:  And are you stopping this

20    deposition right now even though I'm not done?  I have

21    more topics.  I have more questions on the actual

22    discipline topics and on the actual job duties topics.
```

```
                                                            1
 1              UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                  (Alexandria Division)

 4    --------------------------x

 5    GERARD MORRISON, et al.,  :

 6              Plaintiffs,    :  Civ. Action No.

 7         v.                  :  1:14cv5 (CMH/JFA)

 8    COUNTY OF FAIRFAX, VA.,  :

 9              Defendant.     :

10    --------------------------x

11

12              VIDEOTAPED DEPOSITION OF

13          BRADFORD A. COCHRANE, JUNIOR

14                 McLean, Virginia

15              Thursday, May 29, 2014

16                   9:43 a.m.

17

18

19

20    Job No.: 59001

21    Pages: 1 - 265

22    Reported By: Joan V. Cain
```

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

190

| | | |
|---|---|---|
| 1 | IAFF Local 2068 since then? | 14:29:16 |
| 2 | A    No. | 14:29:19 |
| 3 | Q    I'd like to go back to Exhibit 101 that we | 14:29:39 |
| 4 | first looked at, the compilation of your resumes, | 14:29:43 |
| 5 | and if you could turn to the page that's Bates | 14:29:58 |
| 6 | stamped 1A-01184. | 14:30:00 |
| 7 | A    Okay. | 14:30:13 |
| 8 | Q    And do you see at the bottom of the page | 14:30:14 |
| 9 | you list that you were a promotional exam committee | 14:30:17 |
| 10 | member for the Fairfax County Captain II exam mid | 14:30:21 |
| 11 | 2011 through January 2012? | 14:30:25 |
| 12 | A    Yes. | 14:30:28 |
| 13 | Q    And then on the next page I believe it says | 14:30:28 |
| 14 | you also served as a subject matter expert for the | 14:30:35 |
| 15 | Arlington County captain's exam in October 2011.  Is | 14:30:38 |
| 16 | that accurate? | 14:30:42 |
| 17 | A    Yes. | 14:30:42 |
| 18 | Q    Okay.  So do individuals who want to be | 14:30:43 |
| 19 | promoted to the rank of Captain II have to take an | 14:30:46 |
| 20 | exam to be eligible for promotion? | 14:30:49 |
| 21 | A    Yes. | 14:30:51 |
| 22 | Q    And you were on the board for that -- | 14:30:56 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

206

```
 1    on your shift and you have reason to believe that       14:44:26

 2    the allegations may be true.  What are your actions?    14:44:29

 3         Is that the type of situation that you             14:44:38

 4    would expect the Captain II station commander to be     14:44:44

 5    able to address?                                        14:44:47

 6      A    Again, this one is -- this is one that may        14:44:51

 7    have been a previous question for studying for          14:44:56

 8    lieutenant.  This is one that anybody could handle.     14:44:58

 9    There's nothing about that question that's specific     14:45:00

10    to the rank of Captain II at all.                       14:45:02

11      Q    I understand that.  But -- I understand          14:45:05

12    this doesn't talk about someone's rank, but you were    14:45:16

13    studying to be a Captain II, right?  You weren't        14:45:19

14    studying to a lieutenant.  You'd already been a         14:45:22

15    lieutenant, right?                                      14:45:24

16      A    Right.                                           14:45:25

17      Q    Okay.  So if you're going to study for a         14:45:25

18    promotion, doesn't make a whole lot of sense to         14:45:28

19    study things that you already know and have already     14:45:31

20    accomplished, right?                                    14:45:33

21      A    I think it does sometimes because, again,        14:45:36

22    these --                                                14:45:38
```

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

207

| 1 | Q If you know it, you know it. | 14:45:39 |
| 2 | A But I've taken these tests, and the reality | 14:45:41 |
| 3 | is that a lieutenant's test or a Captain II's test | 14:45:43 |
| 4 | could easily have that -- that first question. I | 14:45:48 |
| 5 | haven't read through all of these, but there's | 14:45:52 |
| 6 | nothing specific to the Captain II rank that | 14:45:55 |
| 7 | would -- you know, if a lieutenant was in charge of | 14:45:58 |
| 8 | the station one day, that lieutenant could easily be | 14:46:00 |
| 9 | expected to handle that same situation. | 14:46:02 |
| 10 | There's nothing unique to the Captain II. | 14:46:04 |
| 11 | And, again, when we were testing each other, we were | 14:46:08 |
| 12 | trying to, again, repetitions that any officer would | 14:46:11 |
| 13 | have to handle these scenarios. Because when you | 14:46:18 |
| 14 | develop these tests, they don't say, okay, we're | 14:46:20 |
| 15 | only going to do inbox items that relate | 14:46:22 |
| 16 | specifically to something a Captain II would handle | 14:46:25 |
| 17 | and not a lieutenant, if that makes sense. | 14:46:27 |
| 18 | Q Actually, I don't follow that. You were | 14:46:29 |
| 19 | studying to be a Captain II in this exam, right? | 14:46:36 |
| 20 | A Right. | 14:46:39 |
| 21 | Q Okay. So this is a scenario that you | 14:46:40 |
| 22 | anticipated might be posed to you in that exam, | 14:46:42 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

                                                                    208

1    right?                                                    14:46:47

2        A    Could be, right.                                 14:46:48

3        Q    Maybe it would appear in another exam or         14:46:49

4    maybe not?                                                14:46:51

5        A    Right.                                           14:46:52

6        Q    But you -- you weren't interested in taking      14:46:52

7    a lieutenant's exam at that point.  You were              14:46:54

8    interested in taking the Captain II's exam, right?        14:46:55

9        A    I was going to take the Captain II's exam,       14:46:57

10   yes.                                                      14:47:00

11       Q    And as a -- subsequently, as a program          14:47:00

12   committee member for the Captain II exam, would this      14:47:02

13   be the type of question that the committee might          14:47:05

14   decide is something that should be on the Captain II      14:47:09

15   exam?                                                     14:47:11

16       A    Could be, yeah.  I mean, I don't know.  It       14:47:12

17   was just -- I think, really, the best example that        14:47:14

18   maybe can help me explain what I'm trying to explain      14:47:19

19   is number 3.  This was specifically brought up,           14:47:22

20   based on a prior question that we talked about, and       14:47:27

21   I explained that I was a lieutenant, and when I was       14:47:29

22   a lieutenant that happened to me.  So, again, that        14:47:35

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

209

| | | |
|---|---|---|
| 1 | was something that I'm studying for a Captain II's | 14:47:41 |
| 2 | exam, but I gave a specific example of when I was a | 14:47:43 |
| 3 | lieutenant that exact scenario occurred. | 14:47:46 |
| 4 | Q    And you would expect that a Captain II | 14:47:49 |
| 5 | might also be confronted with that scenario; is that | 14:47:51 |
| 6 | correct? | 14:47:53 |
| 7 | A    Yeah.  It could have been anyone.  You | 14:47:54 |
| 8 | know, anyone could have been -- this was on an | 14:47:57 |
| 9 | engine company, and it could have been anyone that | 14:47:59 |
| 10 | day.  I happened to be a lieutenant when that | 14:48:01 |
| 11 | happened, but it could have been a Captain II.  I | 14:48:03 |
| 12 | mean, that's -- I guess that's what I'm trying to | 14:48:05 |
| 13 | explain. | 14:48:07 |
| 14 | Q    Okay.  All right.  Let's go to number 7. | 14:48:07 |
| 15 | The lieutenant on the medic unit adjacent to yours | 14:48:18 |
| 16 | calls you to advise that your medic officer is | 14:48:21 |
| 17 | spending too much time at the hospital.  You have | 14:48:24 |
| 18 | reason to believe that this may be true.  What are | 14:48:25 |
| 19 | your actions? | 14:48:28 |
| 20 | So this question is specifically | 14:48:31 |
| 21 | contemplating a lieutenant contacting you, right? | 14:48:34 |
| 22 | A    Right. | 14:48:39 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

210

| | | |
|---|---|---|
| 1 | Q    So this is contemplating that you would be | 14:48:40 |
| 2 | acting at a captain level, right? | 14:48:43 |
| 3 | A    Not necessarily.  I mean, that could be a | 14:49:02 |
| 4 | lieutenant's exam question as well, and as a matter | 14:49:04 |
| 5 | of fact, I think that specific question I came up | 14:49:07 |
| 6 | with was based on my experience as a Captain I, but, | 14:49:11 |
| 7 | again, it could have been -- really could have been | 14:49:15 |
| 8 | anything. | 14:49:17 |
| 9 | Q    Okay. | 14:49:17 |
| 10 | A    But I think that it happened to me when I | 14:49:18 |
| 11 | was a Captain I. | 14:49:19 |
| 12 | Q    Okay.  So as a Captain I you had to be able | 14:49:20 |
| 13 | to address this type of situation, right? | 14:49:24 |
| 14 | A    Right.  Again, I think that's one where any | 14:49:25 |
| 15 | officer -- it could have been on any exam. | 14:49:28 |
| 16 | Q    But you're talking about a lieutenant | 14:49:32 |
| 17 | reporting to you as a Captain I, right, or a Captain | 14:49:33 |
| 18 | II? | 14:49:39 |
| 19 | A    Well, I don't think I specify whether it's | 14:49:39 |
| 20 | lieutenant, Captain I, or Captain II. | 14:49:41 |
| 21 | Q    Why would a lieutenant be reporting to | 14:49:43 |
| 22 | another lieutenant? | 14:49:46 |

229

| | | |
|---|---|---|
| 1 | 101, that page we were on -- | 15:07:21 |
| 2 | A    Exhibit 101, okay. | 15:07:24 |
| 3 | Q    -- 1A1184, it says here -- let me get | 15:07:26 |
| 4 | there -- performed as role player for the tactical | 15:07:30 |
| 5 | portions for the 23 candidates that participated in | 15:07:33 |
| 6 | the exam. | 15:07:36 |
| 7 | Do you recall what the tactical portion of | 15:07:37 |
| 8 | the exam was for the committee that you served on? | 15:07:42 |
| 9 | MS. PASCHAL:  Objection to form. | 15:07:47 |
| 10 | THE WITNESS:  It was a high-rise fire. | 15:07:48 |
| 11 | BY MS. ELKIN: | 15:07:52 |
| 12 | Q    Okay.  So can you tell me what -- what is a | 15:07:52 |
| 13 | tactical portion?  Is it -- you described the inbox | 15:07:55 |
| 14 | as you're sitting on a computer.  Tell me what -- | 15:07:59 |
| 15 | about a tactical portion as -- in a Captain II exam | 15:08:01 |
| 16 | or Captain I exam. | 15:08:04 |
| 17 | MS. PASCHAL:  Objection.  Mischaracterizes | 15:08:07 |
| 18 | the witness's testimony. | 15:08:08 |
| 19 | MS. ELKIN:  You can answer. | 15:08:08 |
| 20 | THE WITNESS:  Tell you about the tactical? | 15:08:10 |
| 21 | BY MS. ELKIN: | 15:08:10 |
| 22 | Q    Yes. | 15:08:12 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

230

1    A    It was where the candidate was expected to                15:08:12

2    come in and handle a high-rise fire incident, and in           15:08:14

3    this case there were multiple victims that they had            15:08:18

4    to handle as well.  It was a working and active fire           15:08:22

5    in a high-rise building.                                       15:08:25

6    Q    Okay.  And how do you test that?  I mean,                 15:08:26

7    are you showing them pictures?  I don't know.  What            15:08:28

8    does it look like, a tactical portion?  Because it             15:08:30

9    looks like you were doing some kind of role playing            15:08:34

10   for that.                                                      15:08:36

11   A    In this case the candidate was given a                    15:08:37

12   radio, a fire radio and a command board, pen and               15:08:39

13   paper if they wanted to use it.  They were shown a             15:08:42

14   screen with a high-rise building on it with fire               15:08:44

15   studio is what we use.  So you might show fire                 15:08:47

16   coming out of a window, and then they're expected to           15:08:50

17   handle it.  They're given a dispatch, radio traffic            15:08:56

18   units that are responding, hypothetical units that             15:08:58

19   are responding.                                                15:09:01

20       They're expected to track those units                      15:09:01

21   throughout the incident, and then in that case they            15:09:04

22   were reassigned another branch, an EMS branch or               15:09:11

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

231

| | | |
|---|---|---|
| 1 | something.  They were expected to handle the | 15:09:14 |
| 2 | patients involved in the incident. | 15:09:16 |
| 3 | Q    Okay.  Is the tactical exercise something | 15:09:18 |
| 4 | that all of the candidates have to take for test to | 15:09:22 |
| 5 | Captain II? | 15:09:28 |
| 6 | A    Yes. | 15:09:28 |
| 7 | Q    And is that a pass/fail component, the | 15:09:29 |
| 8 | tactical exercise?  Do you remember? | 15:09:32 |
| 9 | MS. PASCHAL:  Objection to form. | 15:09:34 |
| 10 | THE WITNESS:  It is a pass/fail, and if you | 15:09:35 |
| 11 | don't pass that -- if you don't pass the tactical, | 15:09:38 |
| 12 | you're not on the list. | 15:09:41 |
| 13 | BY MS. ELKIN: | 15:09:42 |
| 14 | Q    Okay.  So do you take the -- does the -- | 15:09:42 |
| 15 | how does the county do it?  Is the tactical exercise | 15:09:44 |
| 16 | portion the first component of the oral board inbox | 15:09:47 |
| 17 | tactical exercise exam? | 15:09:52 |
| 18 | A    I don't think that's been consistent over | 15:09:54 |
| 19 | the years.  I think in some cases they try to do it | 15:09:56 |
| 20 | first just so people don't waste their time taking | 15:09:59 |
| 21 | the inbox and oral board if they're not going to | 15:10:01 |
| 22 | ultimately be on the list, but -- | 15:10:04 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

235

| | | |
|---|---|---|
| 1 | may or may not get the items. | 15:13:01 |
| 2 | I think when I was at Station 41 I | 15:13:03 |
| 3 | requested a couple -- couple big fans for the | 15:13:05 |
| 4 | apparatus bay just to help dry the floor and some | 15:13:10 |
| 5 | hand tools, and, you know, some you get; some you | 15:13:13 |
| 6 | don't.  I don't remember exactly what I requested. | 15:13:17 |
| 7 | It wasn't -- wasn't much. | 15:13:19 |
| 8 | (Ms. Rewari left the deposition.) | 15:13:23 |
| 9 | BY MS. ELKIN: | 15:13:26 |
| 10 | Q    And do you know who approves whether or not | 15:13:26 |
| 11 | your requests are granted? | 15:13:27 |
| 12 | MS. PASCHAL:  Objection, foundation. | 15:13:29 |
| 13 | THE WITNESS:  I don't. | 15:13:35 |
| 14 | BY MS. ELKIN: | 15:13:35 |
| 15 | Q    Okay.  And do you have any purchasing | 15:13:36 |
| 16 | authority as a Captain II?  All my questions are | 15:13:37 |
| 17 | about operations.  So did you have any purchasing | 15:13:40 |
| 18 | authority as a Captain II? | 15:13:42 |
| 19 | A    No.  We would take orders for cleaning | 15:13:43 |
| 20 | supplies and stuff and send them up to resource | 15:13:45 |
| 21 | management just to -- | 15:13:50 |
| 22 | Q    Okay.  But did you have any purchasing | 15:13:50 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

243

| | | |
|---|---|---|
| 1 | back to Exhibit 101, your resume? | 15:21:01 |
| 2 | MS. PASCHAL:  Objection to form.  Leading. | 15:21:03 |
| 3 | BY MS. ELKIN: | 15:21:05 |
| 4 | Q    Well, is that what you meant when you said | 15:21:05 |
| 5 | developing and maintaining policy and procedures for | 15:21:14 |
| 6 | an assigned station? | 15:21:15 |
| 7 | MS. PASCHAL:  Objection to form.  Leading. | 15:21:16 |
| 8 | THE WITNESS:  Yes. | 15:21:20 |
| 9 | BY MS. ELKIN: | 15:21:30 |
| 10 | Q    You said that, on this resume, that you | 15:21:30 |
| 11 | were responsible for the training and supervision of | 15:21:32 |
| 12 | personnel on assigned shift.  What -- tell me about | 15:21:34 |
| 13 | the training that you would conduct or you | 15:21:38 |
| 14 | participated in in your station as a Captain II. | 15:21:39 |
| 15 | A    Well, we did daily training.  We did | 15:21:46 |
| 16 | physical training every day, and then every day | 15:21:48 |
| 17 | would also involve some sort of training if the | 15:21:53 |
| 18 | calls would allow.  We would always put it on the | 15:21:56 |
| 19 | schedule if we could. | 15:22:00 |
| 20 | Q    Okay.  So physical training, is that | 15:22:01 |
| 21 | fitness training? | 15:22:03 |
| 22 | A    PT, yeah, physical training. | 15:22:04 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

246

| | | |
|---|---|---|
| 1 | that's -- running calls. | 15:24:02 |
| 2 | BY MS. ELKIN: | 15:24:04 |
| 3 | Q    Okay.  And what do you mean by running | 15:24:04 |
| 4 | calls?  What does that mean? | 15:24:06 |
| 5 | A    It means when the tones go off in the | 15:24:07 |
| 6 | station, you respond. | 15:24:09 |
| 7 | Q    All right.  Now, if you were in the middle | 15:24:10 |
| 8 | of reviewing one of these station manuals and the | 15:24:11 |
| 9 | tone goes off, would you continue reviewing the | 15:24:15 |
| 10 | station manual? | 15:24:17 |
| 11 | A    No. | 15:24:18 |
| 12 | MS. PASCHAL:  Objection, hypothetical. | 15:24:19 |
| 13 | THE WITNESS:  No. | 15:24:20 |
| 14 | BY MS. ELKIN: | 15:24:20 |
| 15 | Q    What would happen? | 15:24:21 |
| 16 | A    You would run the call. | 15:24:21 |
| 17 | Q    And if you were doing a performance | 15:24:22 |
| 18 | evaluation and a tone went off -- | 15:24:24 |
| 19 | MS. PASCHAL:  Objection. | 15:24:26 |
| 20 | BY MS. ELKIN: | 15:24:26 |
| 21 | Q    -- would your priority be to continue | 15:24:27 |
| 22 | the -- finish the performance evaluation even if it | 15:24:29 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

247

| | | |
|---|---|---|
| 1 | was due that day, or would you get on that truck and | 15:24:32 |
| 2 | go on that call? | 15:24:36 |
| 3 | MS. PASCHAL:  Objection to form. | 15:24:37 |
| 4 | Speculative and hypothetical. | 15:24:38 |
| 5 | THE WITNESS:  There's no administrative | 15:24:40 |
| 6 | task that would take priority over running a call. | 15:24:41 |
| 7 | BY MS. ELKIN: | 15:24:44 |
| 8 | Q    Okay.  So running a call is the primary | 15:24:44 |
| 9 | task, the most important task that you have -- | 15:24:47 |
| 10 | MS. PASCHAL:  Objection to form. | 15:24:49 |
| 11 | BY MS. ELKIN: | 15:24:50 |
| 12 | Q    -- as a Captain II? | 15:24:50 |
| 13 | MS. PASCHAL:  Objection to form.  Leading. | 15:24:51 |
| 14 | THE WITNESS:  Yes.  I mean, to me that's | 15:24:53 |
| 15 | the surprising thing about all this.  We're not | 15:24:54 |
| 16 | really -- we haven't talked about that a whole lot | 15:24:56 |
| 17 | but, yes. | 15:24:58 |
| 18 | BY MS. ELKIN: | 15:24:58 |
| 19 | Q    Okay.  And when you say about this, are you | 15:24:59 |
| 20 | talking about this actual deposition? | 15:25:00 |
| 21 | A    Yes. | 15:25:01 |
| 22 | Q    All right.  As a Fire Captain II, do you | 15:25:02 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

248

| | | |
|---|---|---|
| 1 | have the authority to assign overtime to an off-duty | 15:25:07 |
| 2 | firefighter? | 15:25:10 |
| 3 |     A    No. | 15:25:11 |
| 4 |     Q    As a Fire Captain II, do you approve -- did | 15:25:12 |
| 5 | you approve leave? | 15:25:15 |
| 6 |     A    No.  That's done through an automated | 15:25:16 |
| 7 | system. | 15:25:19 |
| 8 |     Q    And, again, all my questions are about | 15:25:19 |
| 9 | operations, okay? | 15:25:22 |
| 10 |     A    Right. | 15:25:22 |
| 11 |     Q    Because I know you were a Fire Captain | 15:25:23 |
| 12 | II -- | 15:25:25 |
| 13 |     A    Right. | 15:25:25 |
| 14 |     Q    -- in the fire marshal's office too, right? | 15:25:25 |
| 15 |     A    Yeah. | 15:25:27 |
| 16 |     Q    Okay.  As a Fire Captain II, did you set | 15:25:28 |
| 17 | the minimum staffing levels at your stations? | 15:25:31 |
| 18 |     A    No. | 15:25:33 |
| 19 |     Q    Those performance evaluations that we | 15:25:36 |
| 20 | looked at, I think you testified that you | 15:25:38 |
| 21 | prepared -- we looked at one for you, but -- | 15:25:43 |
| 22 | Defendant's Exhibit 103, you prepared those at one | 15:25:46 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

253

| | | |
|---|---|---|
| 1 | MS. PASCHAL:  Objection to form. | 15:29:25 |
| 2 | Mischaracterizes prior testimony. | 15:29:27 |
| 3 | THE WITNESS:  I think I said it may be in | 15:29:28 |
| 4 | writing on a document that I've seen somewhere that | 15:29:31 |
| 5 | used to be in the discipline folders which is now | 15:29:33 |
| 6 | not there, but I can't be sure unless I saw it.  I | 15:29:36 |
| 7 | know for years that -- I think what I said was it's | 15:29:40 |
| 8 | always been a policy since I've been a lieutenant, | 15:29:42 |
| 9 | and that would be conversations between myself and | 15:29:44 |
| 10 | Chief Hunter, who's now retired.  It's just -- it's | 15:29:47 |
| 11 | always been. | 15:29:52 |
| 12 | BY MS. ELKIN: | 15:29:53 |
| 13 | Q    Okay.  When you were a Captain II at | 15:29:53 |
| 14 | Station 13 and Station 41, what apparatus were you | 15:30:03 |
| 15 | generally assigned to? | 15:30:06 |
| 16 | A    Engine. | 15:30:07 |
| 17 | Q    And how was that engine staffed? | 15:30:07 |
| 18 | MS. PASCHAL:  Objection, asked and | 15:30:09 |
| 19 | answered. | 15:30:10 |
| 20 | THE WITNESS:  Four personnel, myself, a | 15:30:11 |
| 21 | driver, firefighter, and a fire medic. | 15:30:12 |
| 22 | BY MS. ELKIN: | 15:30:15 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

254

| | | |
|---|---|---|
| 1 | Q    And it was the same at each of those | 15:30:15 |
| 2 | stations? | 15:30:17 |
| 3 | A    Yes. | 15:30:17 |
| 4 | Q    Okay.  And did you as a Captain II go on | 15:30:17 |
| 5 | the -- well, did that engine ever go without you as | 15:30:20 |
| 6 | a Captain II? | 15:30:23 |
| 7 | MS. PASCHAL:  Objection to form. | 15:30:24 |
| 8 | BY MS. ELKIN: | 15:30:24 |
| 9 | Q    On a call? | 15:30:25 |
| 10 | A    If I was in a station? | 15:30:25 |
| 11 | Q    Yes. | 15:30:28 |
| 12 | A    And assigned to it? | 15:30:29 |
| 13 | Q    Yes. | 15:30:30 |
| 14 | A    No. | 15:30:31 |
| 15 | Q    Okay.  Would -- so is it fair to say that | 15:30:31 |
| 16 | the subordinates, your subordinates would go on the | 15:30:36 |
| 17 | same number of calls as you when you were a Fire | 15:30:38 |
| 18 | Captain II? | 15:30:42 |
| 19 | A    Yes. | 15:30:42 |
| 20 | MS. PASCHAL:  Objection to form.  Leading. | 15:30:42 |
| 21 | THE WITNESS:  Yes. | 15:30:43 |
| 22 | BY MS. ELKIN: | 15:30:44 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

256

1    A    Correct, unless there happens to be an      15:31:40

2    engine in my station getting fuel or whatever.    15:31:42

3    Yeah, four different engines.                      15:31:44

4    Q    And so what is your role as a Captain II on   15:31:45

5    that engine from the moment you get the call?      15:31:47

6    A    Get on the apparatus as quickly as you can,   15:31:51

7    respond to the call, and take the appropriate      15:31:55

8    actions based on your dispatch order and the       15:31:57

9    incident I would say, and, again, you can be       15:32:00

10   anywhere from one through four.  If you're first in 15:32:04

11   on a fire, then you're going to -- you're going to  15:32:06

12   stretch a hose line, you're going to get on the     15:32:08

13   radio and give a situation report, request to       15:32:11

14   transfer command in some cases, and pull a hose line 15:32:16

15   and extinguish the fire, in most basic terms.       15:32:19

16   Q    And would a Captain II actually have hands     15:32:24

17   on a hose line in responding to a fire?             15:32:26

18       MS. PASCHAL:  Objection to form.  Also          15:32:28

19   foundation and calls for speculation.               15:32:30

20       THE WITNESS:  Yes.  Yes.                         15:32:32

21   BY MS. ELKIN:                                        15:32:32

22   Q    Did you as a Captain II at Station 13 and      15:32:33

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

257

| | | |
|---|---|---|
| 1 | Station 41, was it your experience to be hands-on on | 15:32:36 |
| 2 | a hose line when responding to fires? | 15:32:39 |
| 3 | A    Yes. | 15:32:42 |
| 4 | MS. PASCHAL:  Objection to form. | 15:32:42 |
| 5 | BY MS. ELKIN: | 15:32:43 |
| 6 | Q    Yes? | 15:32:43 |
| 7 | A    Yes. | 15:32:43 |
| 8 | Q    Okay.  And would you do other physical | 15:32:44 |
| 9 | things, other than directing the work of your | 15:32:51 |
| 10 | subordinates at a fire scene as a Captain II on the | 15:32:53 |
| 11 | scene? | 15:32:55 |
| 12 | MS. PASCHAL:  Objection to form. | 15:32:55 |
| 13 | THE WITNESS:  Yes. | 15:32:56 |
| 14 | BY MS. ELKIN: | 15:32:57 |
| 15 | Q    Like what? | 15:32:57 |
| 16 | A    You might throw a ladder.  You might help | 15:33:00 |
| 17 | to pick up a fan.  You might help to, you know, | 15:33:03 |
| 18 | stand in the corner and extend a hose line.  You | 15:33:07 |
| 19 | might, you know, force a door, force entry on a | 15:33:09 |
| 20 | door, anything. | 15:33:16 |
| 21 | Q    Would it be your job to go into a burning | 15:33:16 |
| 22 | building as a Captain II? | 15:33:18 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

258

| | | |
|---|---|---|
| 1 | MS. PASCHAL:  Objection to form. | 15:33:19 |
| 2 | THE WITNESS:  Yes. | 15:33:20 |
| 3 | BY MS. ELKIN: | 15:33:21 |
| 4 | Q    Okay.  And on an incident, could a | 15:33:21 |
| 5 | lieutenant be the incident commander when there's a | 15:33:26 |
| 6 | four -- four-engine response? | 15:33:28 |
| 7 | A    Yes. | 15:33:31 |
| 8 | Q    And tell me about that.  How would that | 15:33:31 |
| 9 | arise? | 15:33:34 |
| 10 | MS. PASCHAL:  Objection to form. | 15:33:34 |
| 11 | THE WITNESS:  So if you had a dispatch for | 15:33:35 |
| 12 | a fire and there was four engines and -- I mean, say | 15:33:38 |
| 13 | I was fourth do.  So we're going to be there fourth | 15:33:45 |
| 14 | arriving.  The first engine would get there, request | 15:33:50 |
| 15 | to transfer the command through the BC.  The BC | 15:33:53 |
| 16 | would say have the second engine take command, and | 15:33:57 |
| 17 | that second engine might be a lieutenant and he | 15:34:00 |
| 18 | could be directing -- he could be directing anyone. | 15:34:02 |
| 19 | He could be directing another lieutenant.  He could | 15:34:03 |
| 20 | be directing a Captain I, Captain II, you know, | 15:34:04 |
| 21 | generally until the arrival of the battalion chief. | 15:34:08 |
| 22 | BY MS. ELKIN: | 15:34:11 |

VIDEOTAPED DEPOSITION OF BRADFORD A. COCHRANE, JUNIOR
CONDUCTED ON THURSDAY, MAY 29, 2014

259

| | | |
|---|---|---|
| 1 | Q    Okay.  And then the battalion chief would | 15:34:11 |
| 2 | assume command.  Is that the normal protocol? | 15:34:13 |
| 3 | A    Normally, yes. | 15:34:16 |
| 4 | Q    All right.  And what you just described, | 15:34:18 |
| 5 | you said it could happen.  Has that ever happened to | 15:34:20 |
| 6 | you as a Captain II? | 15:34:22 |
| 7 | A    Where a lieutenant was in command? | 15:34:23 |
| 8 | Q    Yes. | 15:34:25 |
| 9 | A    Yeah.  I've been in command as a | 15:34:25 |
| 10 | lieutenant. | 15:34:27 |
| 11 | Q    Okay.  And when you were a lieutenant did | 15:34:27 |
| 12 | you get actual true time and half overtime when you | 15:34:37 |
| 13 | worked beyond 212 hours in a 28-day period? | 15:34:39 |
| 14 | MS. PASCHAL:  Objection to form. | 15:34:44 |
| 15 | THE WITNESS:  Yes. | 15:34:45 |
| 16 | BY MS. ELKIN: | 15:34:45 |
| 17 | Q    As a captain, do you only get straight time | 15:34:45 |
| 18 | pay for your hours of work? | 15:34:48 |
| 19 | A    Yes.  Did, I mean -- yeah. | 15:34:49 |
| 20 | Q    Right.  Were you ever injured on the job as | 15:34:57 |
| 21 | a Captain II? | 15:35:51 |
| 22 | MS. PASCHAL:  Objection.  Beyond the scope | 15:35:52 |

1

1           UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF VIRGINIA

3              (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6              Plaintiffs,    :  Civ. Action No.

7         v.                  :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9              Defendant.      :

10   --------------------------x

11

12            CONTAINS CONFIDENTIAL -

13      SUBJECT TO PROTECTIVE ORDER PORTIONS

14         Videotaped Deposition of

15      CAPTAIN DAVID PHILLIP CONRAD

16            McLean, Virginia

17         Wednesday, June 4, 2014

18               1:48 p.m.

19

20   Job No.: 59786

21   Pages: 1 - 209

22   Reported By: Rebecca Stonestreet, RPR, CRR

27

| | | | |
|---|---|---|---|
| 1 | A | Yes, sir. | 14:06:33 |
| 2 | Q | How many Fairfax department [sic] fire | 14:06:33 |
| 3 | and rescue people went down there? | | 14:06:39 |
| 4 | A | I want to say the team, you know, | 14:06:39 |
| 5 | comprised of 124 members of both fire department | | 14:06:41 |
| 6 | personnel and civilians.  We had two different | | 14:06:45 |
| 7 | teams that went. | | 14:06:48 |
| 8 | Q | And some dogs? | 14:06:48 |
| 9 | A | Yes, sir. | 14:06:51 |
| 10 | Q | Right?  I remember reading about that. | 14:06:51 |
| 11 | That's why I'm asking. | | 14:06:54 |
| 12 | | And that's what you got the bronze medal | 14:06:56 |
| 13 | for? | | 14:06:58 |
| 14 | A | Yes, sir.  The team did. | 14:06:59 |
| 15 | Q | In the last 10 years, Captain, have you | 14:07:00 |
| 16 | had any on-the-job injuries? | | 14:07:07 |
| 17 | A | Yes, sir. | 14:07:09 |
| 18 | Q | Have any of them required you to miss | 14:07:10 |
| 19 | work? | | 14:07:14 |
| 20 | A | Yes, sir. | 14:07:14 |
| 21 | Q | Tell me about those, please. | 14:07:15 |
| 22 | A | I've had a couple of strains, I've had -- | 14:07:18 |

28

| | | |
|---|---|---|
| 1 | I mean, I ask it -- you know, me indulging [sic] | 14:07:34 |
| 2 | here, you know, I guess because it's me, it's not | 14:07:37 |
| 3 | creating a HIPAA violation.  Correct? | 14:07:41 |
| 4 | Q    That's correct. | 14:07:45 |
| 5 | A    Okay.  You know, one of them, you know, a | 14:07:45 |
| 6 | medical incident, you know, it was not an on the | 14:07:47 |
| 7 | job, but, you know, I got it from the job, which | 14:07:52 |
| 8 | kept me off for about 11 days.  I got a medical | 14:07:55 |
| 9 | issue from a nursing home. | 14:07:59 |
| 10 | I've had sprains.  I've had -- you know, | 14:08:08 |
| 11 | they weren't sure, you know, some bug bites that | 14:08:10 |
| 12 | we -- they weren't sure if they were spider or bug | 14:08:13 |
| 13 | bites.  But it was not just me, there was other | 14:08:16 |
| 14 | people involved. | 14:08:18 |
| 15 | Q    Did you miss work on account of -- | 14:08:19 |
| 16 | A    I missed one day on that one. | 14:08:21 |
| 17 | Q    On account of bug bites? | 14:08:23 |
| 18 | A    Yeah.  But we weren't sure what they | 14:08:25 |
| 19 | were.  They were never diagnosed. | 14:08:28 |
| 20 | Q    What's the -- is the 11-day absence, is | 14:08:30 |
| 21 | that the longest you've missed work on account of a | 14:08:34 |
| 22 | work injury? | 14:08:39 |

29

| | | |
|---|---|---|
| 1 | A    No. | 14:08:39 |
| 2 | Q    What's the longest? | 14:08:39 |
| 3 | A    Nine months -- | 14:08:43 |
| 4 | Q    What was that? | 14:08:43 |
| 5 | A    -- on a ruptured Achilles. | 14:08:45 |
| 6 | Q    When did that happen? | 14:08:46 |
| 7 | A    It happened July 10th of 2012. | 14:08:47 |
| 8 | Q    How are you -- how was it that you were | 14:08:52 |
| 9 | injured? | 14:08:54 |
| 10 | A    I added on to a call that was a -- like a | 14:08:54 |
| 11 | public service for some product in a vehicle in the | 14:09:02 |
| 12 | middle of the road, and it ended up being oil.  And | 14:09:06 |
| 13 | I had gotten it on the bottom of my shoes -- or my | 14:09:12 |
| 14 | structural firefighting boots, and when I went to | 14:09:16 |
| 15 | step up on the curb, it slipped off and twisted | 14:09:20 |
| 16 | down, and apparently had nicked or, you know, | 14:09:23 |
| 17 | stretched the Achilles, and then a couple of days | 14:09:29 |
| 18 | later it, actually -- it, you know -- | 14:09:32 |
| 19 | Q    Ruptured on you? | 14:09:33 |
| 20 | A    -- completely ruptured. | 14:09:34 |
| 21 | Q    Did you have to have surgery to repair | 14:09:36 |
| 22 | that? | 14:09:40 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CAPTAIN DAVID PHILLIP CONRAD
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

30

| | | |
|---|---|---|
| 1 | A    Yes, I did. | 14:09:40 |
| 2 | Q    Any other serious on-the-job injuries | 14:09:41 |
| 3 | that you haven't already mentioned? | 14:09:48 |
| 4 | A    Not since 2008. | 14:09:49 |
| 5 | Q    What about before 2008? | 14:09:53 |
| 6 | A    Couple of strains that, you know, a | 14:09:57 |
| 7 | couple of days here and there.  But for the most | 14:10:00 |
| 8 | part, fairly healthy, that I can recall. | 14:10:03 |
| 9 | Q    Captain, have you -- you've been a | 14:10:05 |
| 10 | Captain I since 2006.  Correct?  So for eight | 14:10:09 |
| 11 | years? | 14:10:12 |
| 12 | A    Yes, sir. | 14:10:13 |
| 13 | Q    Have you ever sought to be promoted to | 14:10:13 |
| 14 | Captain II? | 14:10:16 |
| 15 | A    I took the test once and chose not to | 14:10:16 |
| 16 | take it again. | 14:10:23 |
| 17 | Q    Is there any limit in the department on | 14:10:24 |
| 18 | how many times a Captain I can seek that promotion? | 14:10:28 |
| 19 | A    Not to my knowledge. | 14:10:30 |
| 20 | Q    So I take -- you took the test once, and | 14:10:33 |
| 21 | you were unsuccessful.  Is that correct? | 14:10:36 |
| 22 | A    Right. | 14:10:37 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CAPTAIN DAVID PHILLIP CONRAD
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

45

| | | |
|---|---|---|
| 1 | Q   Yes, sir.  And so in order to be -- to | 14:24:23 |
| 2 | have that level of preparedness, that involves a | 14:24:25 |
| 3 | lot of work in a lot of different areas, doesn't | 14:24:30 |
| 4 | it? | 14:24:32 |
| 5 | A   Yes, sir. | 14:24:32 |
| 6 | Q   For example, you mentioned this, I think, | 14:24:33 |
| 7 | just a moment ago.  You have to stay at a high | 14:24:36 |
| 8 | level of physical fitness.  Correct? | 14:24:38 |
| 9 | A   Yes, sir. | 14:24:40 |
| 10 | Q   Not just you but everybody on your shift. | 14:24:41 |
| 11 | Correct? | 14:24:44 |
| 12 | A   Yes, sir. | 14:24:44 |
| 13 | Q   And you -- and because of that, you do PT | 14:24:45 |
| 14 | every day? | 14:24:47 |
| 15 | A   Yes, sir. | 14:24:49 |
| 16 | Q   And it's part of your job as the shift | 14:24:50 |
| 17 | supervisor for the A-shift in your station to make | 14:24:53 |
| 18 | sure that happens.  Correct? | 14:24:55 |
| 19 | A   Our department, you know, tells us every | 14:24:56 |
| 20 | day that we have a master calendar that says, you | 14:25:05 |
| 21 | know, we are -- we have certain things that we need | 14:25:08 |
| 22 | to do.  One of them is physical fitness, gives us a | 14:25:09 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CAPTAIN DAVID PHILLIP CONRAD
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

46

1    time frame.  And, yeah, so the department tells us        14:25:13

2    that we should do physical fitness every day.  And       14:25:15

3    they give us, you know, training outlines or             14:25:18

4    training to do.                                          14:25:20

5          So, yes, to stay ready to run -- or to            14:25:20

6    stay prepared both physically and mentally and --        14:25:24

7      Q    You must be reading my outline --                 14:25:29

8      A    No, I'm not.                                      14:25:32

9      Q    No.  No, no.  I'm just teasing you.               14:25:33

10   Because mentally fit is next on my list.                 14:25:34

11         But you get -- you get the directive from          14:25:38

12   the department this is important.  Right?  Every         14:25:39

13   day.                                                     14:25:41

14     A    They put it on our master calendar that           14:25:42

15   tells us that we need -- there's certain things          14:25:45

16   that they set, you know, that they want us to do.        14:25:47

17     Q    And as the shift supervisor for A-shift,          14:25:50

18   it's part of your job to make sure that happens          14:25:54

19   every day.  Correct?                                     14:25:57

20     A    That is mine, but a lieutenant can do             14:25:58

21   that, you know, also.                                    14:26:00

22     Q    Understood.  But you've got                       14:26:01

153

| | | |
|---|---|---|
| 1 | A    Correct. | 16:38:18 |
| 2 | Q    It's true also, isn't it, that the | 16:38:19 |
| 3 | formal, written evaluations of the people on your | 16:38:26 |
| 4 | shift can have an impact on their compensation and | 16:38:28 |
| 5 | their promotion prospects? | 16:38:33 |
| 6 | MS. BURROUGHS:  Objection.  Speculation. | 16:38:34 |
| 7 | A    There is a -- they have a program set in | 16:38:39 |
| 8 | place, if they're going to receive an evaluation | 16:38:45 |
| 9 | that is sub par, that it has to go up through the | 16:38:49 |
| 10 | chain of command.  And then there is, you know, a | 16:38:52 |
| 11 | policy that we follow that is set down forth, and | 16:38:54 |
| 12 | that is not handled by the shift leader.  It's not | 16:38:57 |
| 13 | handled by a lieutenant.  It's not handled by a | 16:39:00 |
| 14 | captain. | 16:39:02 |
| 15 | Q    That's an HR policy.  Right? | 16:39:03 |
| 16 | A    Correct. | 16:39:04 |
| 17 | Q    And that's because the evaluations can | 16:39:05 |
| 18 | have an impact favorably or unfavorably on an | 16:39:06 |
| 19 | employee's compensation and his or her prospects | 16:39:11 |
| 20 | for promotion. | 16:39:15 |
| 21 | MS. BURROUGHS:  Objection.  Speculation. | 16:39:16 |
| 22 | Q    That's correct, isn't it? | 16:39:19 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CAPTAIN DAVID PHILLIP CONRAD
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

154

| | | |
|---|---|---|
| 1 | A     The evaluation is -- this isn't specific | 16:39:20 |
| 2 | to the fire departments.  It's a countywide -- an | 16:39:26 |
| 3 | evaluation.  So we use it, you know, to try to help | 16:39:33 |
| 4 | people where, you know, they need assistance or | 16:39:37 |
| 5 | where they have done well. | 16:39:39 |
| 6 | Q     But if someone is a subpar employee and | 16:39:43 |
| 7 | is consistently subpar and is not responding to | 16:39:46 |
| 8 | suggestions for improvement, that employee is not | 16:39:53 |
| 9 | going to last long in your department, is he or | 16:39:54 |
| 10 | her? | 16:39:58 |
| 11 | MS. BURROUGHS:  Objection.  Speculation. | 16:39:58 |
| 12 | A     You know, I can't -- I don't make that | 16:39:59 |
| 13 | determination. | 16:40:01 |
| 14 | Q     HR makes that determination.  Correct? | 16:40:02 |
| 15 | A     Correct. | 16:40:04 |
| 16 | Q     So there's a system in place to deal with | 16:40:04 |
| 17 | employees who are consistent under performers.  Is | 16:40:06 |
| 18 | that right? | 16:40:11 |
| 19 | A     There are -- there are avenues for us to | 16:40:11 |
| 20 | send up through the chain of command, you know, | 16:40:16 |
| 21 | to -- you know, to work with an employee that is, | 16:40:20 |
| 22 | you know, not -- not working at, you know, where | 16:40:24 |

155

| | | |
|---|---|---|
| 1 | him or her, where they need to be performing. | 16:40:30 |
| 2 | Q    Not performing up to standards? | 16:40:33 |
| 3 | A    Correct. | 16:40:34 |
| 4 | Q    Because it's a demanding job.  Right? | 16:40:35 |
| 5 | A    Yes, sir. | 16:40:37 |
| 6 | Q    For all the reasons we've discussed. | 16:40:37 |
| 7 | A    (No verbal response.) | 16:40:39 |
| 8 | Q    And it's important for your people to be | 16:40:39 |
| 9 | as good as you can make them.  Right? | 16:40:41 |
| 10 | A    Yeah.  We strive, you know, for everybody | 16:40:43 |
| 11 | to be at a certain level. | 16:40:50 |
| 12 | Q    Let me hand you Exhibit 377.  And here, | 16:40:51 |
| 13 | again, because we're -- you and I are both speaking | 16:41:03 |
| 14 | on the record, I'm not going to identify the name | 16:41:06 |
| 15 | of the person evaluated, but I will identify the | 16:41:09 |
| 16 | time period and the rank.  And I would ask you to | 16:41:13 |
| 17 | follow my example on that so we're not bumping into | 16:41:17 |
| 18 | any privacy concerns. | 16:41:21 |
| 19 | A    Yes, sir. | 16:41:23 |
| 20 | Q    Are you good with that? | 16:41:23 |
| 21 | A    Yes, sir. | 16:41:24 |
| 22 | Q    So this first one, Exhibit 377, is an | 16:41:25 |

189

| | | |
|---|---|---|
| 1 | now.  Your counsel may have some questions for you. | 17:17:01 |
| 2 | MS. BURROUGHS:  I will.  But maybe now | 17:17:03 |
| 3 | would be a good time for that break. | 17:17:05 |
| 4 | MR. POWELL:  As you wish. | 17:17:07 |
| 5 | THE VIDEOGRAPHER:  Going off the record. | 17:17:08 |
| 6 | The time is now 17:18. | 17:17:09 |
| 7 | (Recess taken.) | 17:17:12 |
| 8 | THE VIDEOGRAPHER:  Back on the record. | 17:29:24 |
| 9 | The time is now 17:31. | 17:29:39 |
| 10 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 17:29:42 |
| 11 | BY MS. BURROUGHS: | 17:29:43 |
| 12 | Q    I just have a few questions for you.  As | 17:29:43 |
| 13 | a Fire Captain I, do you have the authority to | 17:29:45 |
| 14 | assign overtime to off-duty firefighters? | 17:29:49 |
| 15 | A    No. | 17:29:51 |
| 16 | Q    As a Fire Captain I, do you approve | 17:29:51 |
| 17 | leave? | 17:29:55 |
| 18 | A    No. | 17:29:55 |
| 19 | Q    Do you set minimum staffing levels as a | 17:29:55 |
| 20 | Fire Captain I? | 17:29:58 |
| 21 | A    No.  That's handled by policy set down by | 17:29:58 |
| 22 | the fire department. | 17:30:01 |

191

| | | |
|---|---|---|
| 1 | calls.  Keeps us healthy. | 17:30:44 |
| 2 | Q    Okay.  Can you issue discipline without | 17:30:46 |
| 3 | sending it up the chain of command for approval? | 17:30:50 |
| 4 | A    No. | 17:30:52 |
| 5 | Q    How much time have you spent reporting | 17:30:53 |
| 6 | violations of rules up the chain of command since | 17:30:58 |
| 7 | January 2011? | 17:31:01 |
| 8 | A    I can't recall any.  You know, I'm | 17:31:01 |
| 9 | fortunate.  I work with a shift that we don't do | 17:31:11 |
| 10 | discipline, you know, or don't have to. | 17:31:14 |
| 11 | You know, I've had to do a couple of | 17:31:16 |
| 12 | e-mails; but, you know, they've been, you know, | 17:31:18 |
| 13 | correspondence back and forth.  So maybe like 30, | 17:31:25 |
| 14 | 40 minutes. | 17:31:29 |
| 15 | Q    And that would be for that whole period | 17:31:29 |
| 16 | of three years between January 2011 to now? | 17:31:32 |
| 17 | A    Correct. | 17:31:35 |
| 18 | Q    Okay.  On a fire scene, what are your | 17:31:36 |
| 19 | responsibilities as a Captain I? | 17:31:40 |
| 20 | A    That's pretty vague, you know, because it | 17:31:41 |
| 21 | depends on what, you know, engine I'm coming in on | 17:31:50 |
| 22 | what tasks I'm going to be assigned. | 17:31:54 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CAPTAIN DAVID PHILLIP CONRAD
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

192

| | | |
|---|---|---|
| 1 | But it may be, you know, giving a first | 17:31:57 |
| 2 | report; you know, making a lap, you know, assisting | 17:31:59 |
| 3 | on -- you know, either pulling a hose line or going | 17:32:03 |
| 4 | in and attacking the fire or making any rescues | 17:32:05 |
| 5 | that are, you know, obvious from, you know, | 17:32:08 |
| 6 | outside. | 17:32:11 |
| 7 | If it's the second in engine, it may be | 17:32:11 |
| 8 | a -- you know, would take water, and then I may | 17:32:16 |
| 9 | have to assume command for a short period, and then | 17:32:18 |
| 10 | that's passed on to the chief. | 17:32:21 |
| 11 | The third engine is pulling a hose line, | 17:32:23 |
| 12 | you know, to go to the rear, and -- but it's, you | 17:32:27 |
| 13 | know, all work and, you know, task-oriented with my | 17:32:31 |
| 14 | crew. | 17:32:33 |
| 15 | Q   When you respond to a fire scene as a | 17:32:33 |
| 16 | Fire Captain I, do you work alongside your screw? | 17:32:37 |
| 17 | A   Yes, I do. | 17:32:40 |
| 18 | Q   At an emergency response scene as a | 17:32:44 |
| 19 | Captain I, what sorts of things would you do? | 17:32:48 |
| 20 | A   Depending on how many patients.  You | 17:32:50 |
| 21 | know, I could be taking a blood pressure.  I could | 17:32:53 |
| 22 | be, you know, bandaging somebody.  I could be, you | 17:32:56 |

193

| | | |
|---|---|---|
| 1 | know, doing CPR on a patient.  You know, if there's | 17:32:58 |
| 2 | only three of us there, the ALS people are pretty | 17:33:01 |
| 3 | busy and you -- you know, you rotate through.  It's | 17:33:05 |
| 4 | pretty task-oriented, you know, tiring. | 17:33:08 |
| 5 | So I may be, you know, doing the | 17:33:13 |
| 6 | compressions or I may be bagging or, you know, | 17:33:15 |
| 7 | managing the airway, you know, on a patient. | 17:33:17 |
| 8 | Q    As a Fire Captain I, what apparatus are | 17:33:21 |
| 9 | you generally assigned to? | 17:33:26 |
| 10 | A    I am assigned to an engine company at the | 17:33:28 |
| 11 | station. | 17:33:31 |
| 12 | Q    Does that engine company ever respond to | 17:33:31 |
| 13 | a call without you on it? | 17:33:33 |
| 14 | A    No. | 17:33:34 |
| 15 | Q    Do you run the same number of calls as | 17:33:35 |
| 16 | subordinates assigned to your same engine company? | 17:33:40 |
| 17 | A    Yes. | 17:33:42 |
| 18 | Q    When the tone rings and you are | 17:33:42 |
| 19 | dispatched, do you have to go? | 17:33:45 |
| 20 | A    Yes. | 17:33:46 |
| 21 | Q    Is that true if you're doing physical | 17:33:47 |
| 22 | fitness at the time that the tone rings? | 17:33:51 |

194

| | | |
|---|---|---|
| 1 | A    Yes. | 17:33:52 |
| 2 | Q    If you're filling out an employee | 17:33:53 |
| 3 | evaluation, will you drop that and go when the tone | 17:33:55 |
| 4 | rings? | 17:33:58 |
| 5 | A    Correct. | 17:33:58 |
| 6 | Q    At the beginning of this deposition, you | 17:33:58 |
| 7 | told us a little bit about your history with the -- | 17:34:16 |
| 8 | with the department.  And based on the notes that I | 17:34:19 |
| 9 | took, it looked like you became a lieutenant in | 17:34:22 |
| 10 | 1996.  Was that right? | 17:34:25 |
| 11 | A    Correct. | 17:34:26 |
| 12 | Q    Okay.  And then in 2006, you became a | 17:34:27 |
| 13 | Captain I.  Am I remembering that right? | 17:34:30 |
| 14 | A    That would be correct. | 17:34:32 |
| 15 | Q    Did you take the test to become a | 17:34:32 |
| 16 | Captain I at the first opportunity that it was | 17:34:35 |
| 17 | available to you? | 17:34:38 |
| 18 | A    No. | 17:34:38 |
| 19 | Q    Why not? | 17:34:39 |
| 20 | A    A lot of it had to do with overtime.  You | 17:34:40 |
| 21 | know, one, I was happy the position I was riding; | 17:34:47 |
| 22 | but, two, is -- you know, it would cost me money to | 17:34:49 |

195

| | | |
|---|---|---|
| 1 | get promoted.  So I waited until later on in my | 17:34:52 |
| 2 | career towards my retirement. | 17:34:55 |
| 3 | Q    What do you mean it would cost you money | 17:34:57 |
| 4 | to get promoted?  Can you tell me more? | 17:34:59 |
| 5 | A    Yeah.  It's -- you know, working overtime | 17:35:01 |
| 6 | and, you know, losing FSLA [sic], you know, it's a | 17:35:02 |
| 7 | considerable drop in pay, you know.  So, I mean, | 17:35:06 |
| 8 | losing that overtime is a very hard hit on my | 17:35:11 |
| 9 | family. | 17:35:16 |
| 10 | So, you know, I waited until later on in | 17:35:17 |
| 11 | my career, you know, because it does benefit, you | 17:35:19 |
| 12 | know, in retirement. | 17:35:23 |
| 13 | Q    Could you look back for me at Defendant's | 17:35:23 |
| 14 | Exhibit 356? | 17:35:33 |
| 15 | A    (Witness complies.)  I guess I didn't put | 17:35:33 |
| 16 | them in numbers. | 17:35:46 |
| 17 | MR. POWELL:  It's not your fault, | 17:35:47 |
| 18 | Captain.  I didn't follow numerical order. | 17:35:49 |
| 19 | THE WITNESS:  Got to be in here | 17:35:52 |
| 20 | somewhere. | 17:35:54 |
| 21 | MS. BURROUGHS:  I think you may have just | 17:35:55 |
| 22 | had it.  I may have read wrong. | 17:35:57 |

1

1          UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF VIRGINIA

3            (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6            Plaintiffs,    :  Civ. Action No.

7        v.                 :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,  :

9            Defendant.     :

10   --------------------------x

11

12          CONTAINS CONFIDENTIAL PORTIONS

13         SUBJECT TO PROTECTIVE ORDER

14          Videotaped Deposition of

15        CHARLES RICHARD CUNNINGHAM

16              McLean, Virginia

17           Friday, May 30, 2014

18                1:51 p.m.

19

20   Job No.: 59781

21   Pages: 1 - 272

22   Reported By: Rebecca Stonestreet, RPR, CRR

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

12

| | | |
|---|---|---|
| 1 | The fire marshal's office was also involved with | 13:53:52 |
| 2 | it.  Terry Faison, he was the other guy who | 13:53:56 |
| 3 | testified in that case. | 13:53:59 |
| 4 | But the only reason being, that I can | 13:53:59 |
| 5 | think of, or that I was told, was that I was the | 13:54:03 |
| 6 | Captain II, and my story was consistent with | 13:54:07 |
| 7 | everybody else who was with me on Engine 19 that | 13:54:09 |
| 8 | day or that morning. | 13:54:13 |
| 9 | Q    In this -- in this testimony you gave, | 13:54:13 |
| 10 | can you just briefly summarize what you were | 13:54:25 |
| 11 | testifying about? | 13:54:27 |
| 12 | A    Initial size-up, meaning what I first | 13:54:28 |
| 13 | saw, first observances; and then deciding what -- | 13:54:36 |
| 14 | you know, what I should take first; and then, you | 13:54:43 |
| 15 | know, helping pull the hose line, advancing the | 13:54:50 |
| 16 | hose line into the building and actually attacking | 13:54:54 |
| 17 | the fire. | 13:54:57 |
| 18 | And, then, basically, what I had to | 13:54:57 |
| 19 | testify about was smoke conditions, the extent of | 13:54:59 |
| 20 | the fire, because it was -- it was an incendiary | 13:55:02 |
| 21 | device, kind of an explosion, and just what the | 13:55:05 |
| 22 | outside of the building looked like, you know, in | 13:55:08 |

13

| | | |
|---|---|---|
| 1 | terms of glass being blown of the building and -- | 13:55:11 |
| 2 | those sorts of things is what I had to testify | 13:55:14 |
| 3 | about. | 13:55:16 |
| 4 | Q    You mentioned that there was another | 13:55:16 |
| 5 | person, Terry Faison.  Is that right? | 13:55:18 |
| 6 | A    Yeah.  He was the -- one of the -- it was | 13:55:20 |
| 7 | many investigators, but he was the one from the | 13:55:23 |
| 8 | department who went to that case. | 13:55:28 |
| 9 | Q    And were you present when he testified? | 13:55:29 |
| 10 | A    No. | 13:55:31 |
| 11 | Q    You said your testimony was consistent | 13:55:31 |
| 12 | or -- correct me if I'm getting this wrong.  But | 13:55:37 |
| 13 | you said that your story was consistent with what | 13:55:40 |
| 14 | the investigators found? | 13:55:43 |
| 15 | A    Yeah.  I can't remember who the U.S. -- I | 13:55:44 |
| 16 | do have his card at home.  Willamime (ph), I | 13:55:50 |
| 17 | can't -- it started with a W. | 13:55:53 |
| 18 | But the U.S. Attorney who was in charge | 13:55:55 |
| 19 | of prosecuting the case interviewed everybody who | 13:55:57 |
| 20 | was on the engine company with me today -- me, my | 13:56:01 |
| 21 | driver, the two firefighters in the back -- on | 13:56:03 |
| 22 | exactly what we observed, what our actions were, | 13:56:06 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

25

| | | |
|---|---|---|
| 1 | A    I replaced the guy in that same station, | 14:07:30 |
| 2 | different shift. | 14:07:35 |
| 3 | Q    Okay.  And did you -- strike that. | 14:07:35 |
| 4 | Now, looking at this document, would you | 14:07:46 |
| 5 | agree that the four bullets that you have under | 14:07:54 |
| 6 | "Captain I" match the last four bullets that you | 14:07:56 |
| 7 | have under "Captain II"? | 14:08:00 |
| 8 | A    Yes.  The last four does match the last | 14:08:01 |
| 9 | four as listed under "Captain II." | 14:08:32 |
| 10 | Q    Right.  And then you have some more | 14:08:36 |
| 11 | bullets under "Captain II."  Correct? | 14:08:38 |
| 12 | A    Yes. | 14:08:40 |
| 13 | Q    Okay.  And so these -- you intended to | 14:08:41 |
| 14 | these -- you intended for these to be accurate | 14:08:44 |
| 15 | representations of what you did as Captain I and | 14:08:49 |
| 16 | what you were doing as Captain II.  Correct? | 14:08:51 |
| 17 | A    Correct. | 14:08:53 |
| 18 | Q    At the time that you wrote this document. | 14:08:57 |
| 19 | Right? | 14:08:59 |
| 20 | A    Yes. | 14:08:59 |
| 21 | Q    And there are more bullets under "Captain | 14:08:59 |
| 22 | II" because you had these additional duties once | 14:09:05 |

26

| | | |
|---|---|---|
| 1 | you were promoted.  Right? | 14:09:07 |
| 2 | A    Yes. | 14:09:08 |
| 3 | Q    Now, you have the word -- or the phrase | 14:09:09 |
| 4 | "shift supervisor" under "Captain II."  Do you see | 14:09:18 |
| 5 | that in the bullet that starts -- the fourth from | 14:09:21 |
| 6 | the last bullet, "function as a shift supervisor"? | 14:09:27 |
| 7 | A    Fourth from the last?  One, two, three -- | 14:09:30 |
| 8 | yes. | 14:09:33 |
| 9 | Q    See that?  And the first bullet under | 14:09:33 |
| 10 | "Captain I" says:  "Function as a shift | 14:09:38 |
| 11 | supervisor."  Do you see that? | 14:09:41 |
| 12 | A    Yeah. | 14:09:41 |
| 13 | Q    But the first bullet under "Lieutenant" | 14:09:42 |
| 14 | says:  "Commanded the engine company and the ladder | 14:09:44 |
| 15 | truck as a unit supervisor."  Correct? | 14:09:47 |
| 16 | A    Correct. | 14:09:48 |
| 17 | Q    Okay.  So what is the difference between | 14:09:49 |
| 18 | a shift supervisor and unit supervisor as you | 14:09:51 |
| 19 | intended those words there? | 14:09:54 |
| 20 | A    Okay.  The unit supervisor simply, you | 14:09:54 |
| 21 | have your own unit - an engine, a rescue, or a | 14:09:57 |
| 22 | ladder company - and your responsibility is for the | 14:10:00 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

27

| | | |
|---|---|---|
| 1 | function of that unit as assigned by the incident | 14:10:05 |
| 2 | commander or whatever you get assigned that day. | 14:10:10 |
| 3 | Meaning that your responsibility is for | 14:10:12 |
| 4 | the safety and well-being of everybody, of the guys | 14:10:15 |
| 5 | who are assigned to that rig.  Okay?  As a unit | 14:10:18 |
| 6 | supervisor. | 14:10:23 |
| 7 | As a shift supervisor, you may -- | 14:10:24 |
| 8 | depending on how big your station is, you may have | 14:10:26 |
| 9 | just a medic unit, an engine and a medic, or you | 14:10:29 |
| 10 | could have a very large station with a multiuse | 14:10:29 |
| 11 | station. | 14:10:29 |
| 12 | And the shift supervisor -- do you want | 14:10:33 |
| 13 | me to tell you what a shift supervisor does? | 14:10:36 |
| 14 | Q    Sure.  What did you intend by the words | 14:10:38 |
| 15 | there?  When you -- yes, give me your understanding | 14:10:40 |
| 16 | of shift supervisor. | 14:10:41 |
| 17 | A    Simply meaning that everything builds off | 14:10:43 |
| 18 | the last previous thing.  As lieutenant, you have | 14:10:45 |
| 19 | your engine or your truck or your rescue. | 14:10:50 |
| 20 | As a shift supervisor, you're still | 14:10:52 |
| 21 | assigned to an engine company or a rescue or a | 14:10:54 |
| 22 | ladder company; it's your decision.  Primarily, | 14:10:57 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

121

| | | |
|---|---|---|
| 1 | recommendation that you made -- strike that. | 16:19:16 |
| 2 | Let's go through them one by one.  In the | 16:19:23 |
| 3 | first instance -- and, again, I'm not going to read | 16:19:29 |
| 4 | the individual's name into the record, but you | 16:19:32 |
| 5 | identify a person whom you -- who received a | 16:19:37 |
| 6 | written reprimand and may have also received a one- | 16:19:47 |
| 7 | or two-shift suspension for holding a job outside | 16:19:50 |
| 8 | the department while on FMLA leave.  Do you see | 16:19:51 |
| 9 | that? | 16:19:55 |
| 10 | A    Yes. | 16:19:55 |
| 11 | Q    And do you recall what your | 16:19:55 |
| 12 | recommendation was? | 16:19:56 |
| 13 | A    Based on the progressive discipline, my | 16:19:57 |
| 14 | recommendation was for termination, in conjunction | 16:20:01 |
| 15 | with the battalion chief. | 16:20:04 |
| 16 | Q    Okay.  And so the -- and the person | 16:20:05 |
| 17 | received a written reprimand and maybe a one- or | 16:20:10 |
| 18 | two-shift -- one or two-shift suspension? | 16:20:14 |
| 19 | A    Yeah.  It went up -- it went up the chain | 16:20:15 |
| 20 | of command and the recommendation wasn't followed. | 16:20:17 |
| 21 | Q    Okay.  And the next instance, the oral | 16:20:20 |
| 22 | reprimand for failing to complete patient care | 16:20:29 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

122

| | | |
|---|---|---|
| 1 | reports, what was your recommendation there? | 16:20:31 |
| 2 | A    It was just an oral. | 16:20:33 |
| 3 | Q    You recommended an oral? | 16:20:36 |
| 4 | A    I believe. | 16:20:37 |
| 5 | Q    Okay.  And he received it?  He received | 16:20:38 |
| 6 | an oral? | 16:20:40 |
| 7 | A    Yeah. | 16:20:41 |
| 8 | Q    And the next instance, someone who failed | 16:20:41 |
| 9 | to complete assignments received an oral reprimand? | 16:20:47 |
| 10 | A    (No verbal response.) | 16:20:53 |
| 11 | Q    And, again -- | 16:20:54 |
| 12 | A    Yes. | 16:20:55 |
| 13 | Q    -- was that your recommendation? | 16:20:56 |
| 14 | A    Yes. | 16:20:57 |
| 15 | Q    Okay.  And when an oral reprimand is | 16:20:57 |
| 16 | given, is a form filled out? | 16:21:00 |
| 17 | A    Typically it's a form that you fill out | 16:21:01 |
| 18 | stating the employee that -- yes.  And it's kept in | 16:21:05 |
| 19 | the station files. | 16:21:10 |
| 20 | Q    So -- and it's an oral reprimand, meaning | 16:21:10 |
| 21 | it's given verbally.  Right? | 16:21:15 |
| 22 | A    Yes. | 16:21:17 |

156

| | | |
|---|---|---|
| 1 | only signature missing is from the employee on the | 16:58:43 |
| 2 | other shift.  What are your actions?" | 16:58:45 |
| 3 | And so you have -- one, two, three, four, | 16:58:47 |
| 4 | five -- six comments in red here.  Right? | 16:58:58 |
| 5 | A    Uh-huh. | 16:59:00 |
| 6 | Q    Okay.  And going to your third comment, | 16:59:01 |
| 7 | "If the employee comes in, then follow tardiness | 16:59:05 |
| 8 | SOPs"? | 16:59:08 |
| 9 | A    Yes. | 16:59:09 |
| 10 | Q    Right.  So the lower case SOP is the same | 16:59:10 |
| 11 | as -- | 16:59:13 |
| 12 | A    Yeah. | 16:59:13 |
| 13 | Q    -- the upper case SOP, standard operating | 16:59:13 |
| 14 | procedures.  Right? | 16:59:16 |
| 15 | A    Yes. | 16:59:17 |
| 16 | Q    And what is your understanding of that? | 16:59:17 |
| 17 | What did you mean by that? | 16:59:19 |
| 18 | A    Just means there's an SOP for it. | 16:59:20 |
| 19 | Q    And what did it require you to do? | 16:59:26 |
| 20 | A    The SOP? | 16:59:28 |
| 21 | Q    Uh-huh. | 16:59:29 |
| 22 | A    That falls underneath work hours SOP, | 16:59:29 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

157

1    and, I mean, it just simply says -- I used the word          16:59:32

2    "tardiness," but the actual SOP is under work               16:59:42

3    hours.                                                      16:59:46

4         Q    Okay.                                            16:59:46

5         A    And that -- I mean, that's the SOP, and          16:59:47

6    the -- and there's like a subsection within that           16:59:52

7    SOP.                                                       16:59:54

8              You know, an employee has the time the           16:59:54

9    shift starts to an hour to get to work, would be           17:00:01

10   considered tardy, and it's up to you or the                17:00:04

11   battalion chief to decide whether -- I mean,               17:00:07

12   obviously, you don't want the battalion chief to           17:00:09

13   know that so-and-so hasn't showed up for work yet.         17:00:11

14   And it's their decision, if it's excused or --             17:00:14

15   what's the verbiage?                                       17:00:17

16             Or like an excused tardiness:  "Yeah, you        17:00:20

17   had a flat tire; that's what happened."  You know,         17:00:27

18   so you listen to the employee's excuse of why              17:00:28

19   they're late for work.                                     17:00:31

20        Q    Uh-huh.                                          17:00:34

21        A    And so -- and then if it's -- then you've        17:00:34

22   got -- it's the if/thens.                                  17:00:43

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

158

| | | |
|---|---|---|
| 1 | Q    Okay.  So let's say it's not an excused. | 17:00:45 |
| 2 | They don't have a good reason.  They overslept. | 17:00:48 |
| 3 | A    Well, if it's not a good -- well, you | 17:00:51 |
| 4 | check their file and see if there's any progressive | 17:00:51 |
| 5 | discipline.  And then that sets off the chain of, | 17:00:54 |
| 6 | okay, well, it's similar to everything else we've | 17:00:57 |
| 7 | discussed.  You have to make a recommendation to | 17:01:01 |
| 8 | the chief, and, "Hey, look, he's already got an | 17:01:04 |
| 9 | oral reprimand.  This is probably going to be a | 17:01:10 |
| 10 | written because it's within a year." | 17:01:13 |
| 11 | And then it goes up through the chain. | 17:01:15 |
| 12 | Then you have to do the proposed written reprimand, | 17:01:17 |
| 13 | and then it just -- everything is contingent on | 17:01:20 |
| 14 | where they fall on the progressive discipline | 17:01:23 |
| 15 | scale. | 17:01:27 |
| 16 | Q    Uh-huh.  And then is there a separate one | 17:01:28 |
| 17 | on unauthorized -- the next bullet says:  "If | 17:01:33 |
| 18 | employees does not come in, then follow | 17:01:36 |
| 19 | unauthorized absence SOP."  What is that? | 17:01:39 |
| 20 | A    That's -- it's -- that SOP, it all kind | 17:01:41 |
| 21 | of falls underneath the same work hours SOP.  It's | 17:01:47 |
| 22 | just a subsection.  Again, I wrote this at like | 17:01:50 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

159

| | | |
|---|---|---|
| 1 | 2 o'clock in the morning, and after coming back -- | 17:01:53 |
| 2 | it was a busy day.  I mean, I remember | 17:01:57 |
| 3 | specifically, you know, answering that question. | 17:02:00 |
| 4 | But, I mean, it was just late at night, I | 17:02:06 |
| 5 | believe. | 17:02:08 |
| 6 | Q    Sure.  And I'm just asking is -- there's | 17:02:12 |
| 7 | an SOP unauthorized absence? | 17:02:13 |
| 8 | A    Yes. | 17:02:16 |
| 9 | Q    And is it the same sort of procedure | 17:02:16 |
| 10 | where the person can be disciplined for that? | 17:02:18 |
| 11 | A    Yes. | 17:02:21 |
| 12 | Q    And then it's up to you to decide whether | 17:02:22 |
| 13 | to recommend that discipline or not? | 17:02:24 |
| 14 | A    An unauthorized absence is simply that. | 17:02:25 |
| 15 | It's leave without -- then you have -- it's a whole | 17:02:29 |
| 16 | different set of actions. | 17:02:32 |
| 17 | Q    And what are those whole different set of | 17:02:33 |
| 18 | actions? | 17:02:35 |
| 19 | A    An unauthorized absence is -- well, it's | 17:02:36 |
| 20 | unauthorized.  You got to figure out where the | 17:02:41 |
| 21 | employee is.  Okay?  Is he coming in; not coming | 17:02:44 |
| 22 | in.  And, then, based on your investigation of what | 17:02:47 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

233

| | | |
|---|---|---|
| 1 | A    Yeah. | 18:42:10 |
| 2 | Q    Okay.  And -- so an addendum, is that the | 18:42:11 |
| 3 | multirater form that we were looking at earlier? | 18:42:16 |
| 4 | A    Yes.  Yeah, just a different name for it. | 18:42:19 |
| 5 | Q    Okay.  And who is Adam?  What's his | 18:42:20 |
| 6 | position? | 18:42:20 |
| 7 | A    Adam Bartmann.  He's a technician, just | 18:42:24 |
| 8 | got promoted to technician, and he's the paramedic | 18:42:25 |
| 9 | on Engine 442. | 18:42:26 |
| 10 | Q    Okay.  All right.  So then let's take a | 18:42:32 |
| 11 | look at the next page. | 18:42:39 |
| 12 | And the next page is an exchange with you | 18:42:40 |
| 13 | and Todd Gorham? | 18:42:46 |
| 14 | A    Okay. | 18:42:49 |
| 15 | Q    Correct?  And that's dated January 30, | 18:42:49 |
| 16 | 2014? | 18:42:52 |
| 17 | A    Correct. | 18:42:52 |
| 18 | Q    Right.  And the subject of this one is | 18:42:52 |
| 19 | Hessler ER? | 18:42:55 |
| 20 | A    Right. | 18:42:56 |
| 21 | Q    And who is Hessler? | 18:42:57 |
| 22 | A    Dave Hessler was my lieutenant at Fire | 18:42:59 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

234

| | | |
|---|---|---|
| 1 | Station 19. | 18:43:04 |
| 2 | Q   Okay.  And so he's asking you:  "I did | 18:43:04 |
| 3 | Dave's ER.  Would you concur with an excellent | 18:43:14 |
| 4 | rating?" | 18:43:19 |
| 5 | A   Yes.  And I said yes. | 18:43:19 |
| 6 | Q   And so was he -- this -- was he asking | 18:43:20 |
| 7 | you about this because there was some overlap in | 18:43:24 |
| 8 | supervisory role at that point? | 18:43:29 |
| 9 | A   Yeah.  I had left prior to Dave's ER | 18:43:30 |
| 10 | being fully completed, and then Todd just kind of | 18:43:34 |
| 11 | stepped in where I left off and picked up. | 18:43:37 |
| 12 | Q   Okay.  And so, then, you put -- you gave | 18:43:39 |
| 13 | him some feedback and said:  "Yes, I strongly | 18:43:42 |
| 14 | agree."  Right? | 18:43:45 |
| 15 | A   Yes. | 18:43:46 |
| 16 | Q   And then you say:  "He was instrumental | 18:43:46 |
| 17 | in putting the Holmatro tool service as well" -- | 18:43:48 |
| 18 | A   Holmatro. | 18:43:54 |
| 19 | Q   Sorry.  Say that again. | 18:43:57 |
| 20 | A   Holmatro. | 18:43:58 |
| 21 | Q   Holmatro.  "So you might want to add | 18:43:59 |
| 22 | that." | 18:44:01 |

FULL CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

235

| | | |
|---|---|---|
| 1 | And that's add that to the evaluation. | 18:44:01 |
| 2 | Right? | 18:44:03 |
| 3 | A    Yes. | 18:44:03 |
| 4 | Q    Okay.  So you were providing some input | 18:44:03 |
| 5 | into this evaluation that was being completed for | 18:44:06 |
| 6 | Hessler.  Right? | 18:44:09 |
| 7 | A    Correct. | 18:44:09 |
| 8 | Q    Okay.  Let's take a look at the next | 18:44:12 |
| 9 | e-mail chain, and that one goes to two pages, to | 18:44:17 |
| 10 | 6574 and 6575.  Do you see that? | 18:44:24 |
| 11 | A    Okay. | 18:44:27 |
| 12 | Q    Okay.  And so going backwards and looking | 18:44:29 |
| 13 | at 6575 is the first e-mail in the chain.  And | 18:44:33 |
| 14 | that's from Thomas Mayhew to you? | 18:44:36 |
| 15 | A    Correct. | 18:44:41 |
| 16 | Q    And he says, "Captain, I need an | 18:44:41 |
| 17 | FRD 430." | 18:44:47 |
| 18 | What is an FRD 430? | 18:44:49 |
| 19 | A    It's just an addendum.  Same thing. | 18:44:51 |
| 20 | Q    Oh, multirater form that we looked at? | 18:44:53 |
| 21 | A    Yeah. | 18:44:56 |
| 22 | Q    Okay.  It should run from March 2013 to | 18:44:57 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

236

| | | |
|---|---|---|
| 1 | March 2014.  And then this exchange.  Do you recall | 18:44:59 |
| 2 | this exchange? | 18:45:10 |
| 3 | A    Yeah.  We were kind of joking back and | 18:45:11 |
| 4 | forth. | 18:45:13 |
| 5 | You know, you catch a lot of jazz about | 18:45:17 |
| 6 | being an EMS captain sometimes, and I did.  Then I | 18:45:19 |
| 7 | explained to them that I run more calls than they | 18:45:22 |
| 8 | do.  So... | 18:45:24 |
| 9 | Q    Okay.  And so then he says to you he | 18:45:25 |
| 10 | needed an FRD, and then you wrote him back in the | 18:45:28 |
| 11 | next e-mail in the chain.  Right? | 18:45:37 |
| 12 | A    Uh-huh. | 18:45:38 |
| 13 | Q    On February 3rd, 2014? | 18:45:38 |
| 14 | A    Correct. | 18:45:41 |
| 15 | Q    And you say:  "I know Chesek used to do | 18:45:41 |
| 16 | one for all the medics, but that really is not the | 18:45:47 |
| 17 | norm." | 18:45:50 |
| 18 | Who is Chesek? | 18:45:51 |
| 19 | A    John.  Excuse me, he was my predecessor. | 18:45:52 |
| 20 | Q    Your predecessor at Captain II? | 18:45:56 |
| 21 | A    Yeah.  He was -- | 18:45:58 |
| 22 | Q    Excuse me.  EMS Captain II? | 18:45:59 |

237

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 18:46:01 |
| 2 | Q | Okay. | 18:46:01 |
| 3 | A | And he transferred into another spot. | 18:46:01 |

4    Q    And then you say:  "But that really is    18:46:04
5  not the norm, and it's something I really don't see    18:46:06
6  a need for.  However, I would be happy to do it for    18:46:08
7  you, but it would have to be handwritten."    18:46:11
8        Right?    18:46:13
9    A    Correct.    18:46:15
10    Q    Okay.  And then he wrote you back and    18:46:16
11  said:  "Hey, boss, I think SOP" -- S-O-P.  Right?    18:46:17
12    A    Yeah.    18:46:17
13    Q    "Requires it.  Check the part about medic    18:46:22
14  working" -- it says "door," but I think maybe he    18:46:25
15  meant "for."  Is that right?    18:46:28
16        MS. BURROUGHS:  Objection.  Speculation.    18:46:30
17    Q    Do you read that typo the way I'm reading    18:46:31
18  that typo?  "Check the part about medic working    18:46:33
19  door non-ALS officer."    18:46:37
20    A    And he was right about doing the    18:46:39
21  addendum.  It was SOP.  I don't know what he meant    18:46:49
22  by "door."    18:46:51

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

241

| | | |
|---|---|---|
| 1 | I'll try to be as quick as we possibly can.  I'm | 18:49:29 |
| 2 | going go through a few of them referencing both | 18:49:32 |
| 3 | your fire captain operational position that we | 18:49:34 |
| 4 | discussed earlier today and your EMS Captain II | 18:49:37 |
| 5 | position that we have just been discussing. | 18:49:40 |
| 6 | If at any time you're unclear about which | 18:49:42 |
| 7 | position I'm referencing, please ask.  Okay? | 18:49:44 |
| 8 | A    Okay. | 18:49:47 |
| 9 | Q    As a Fire Captain II in operations, did | 18:49:47 |
| 10 | you have the authority to assign overtime to | 18:49:51 |
| 11 | off-duty firefighters? | 18:49:55 |
| 12 | A    No. | 18:49:55 |
| 13 | Q    As an EMS Captain II, did you have the | 18:49:55 |
| 14 | authority to assign overtime to off-duty | 18:50:02 |
| 15 | firefighters? | 18:50:02 |
| 16 | A    No. | 18:50:05 |
| 17 | MS. REWARI:  Object to form. | 18:50:05 |
| 18 | Q    As a Fire Captain II in operations, do | 18:50:07 |
| 19 | you approve leave? | 18:50:09 |
| 20 | MS. REWARI:  Object to form. | 18:50:11 |
| 21 | A    No. | 18:50:12 |
| 22 | Q    As an EMS Captain II, do you approve | 18:50:12 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

242

| | | |
|---|---|---|
| 1 | leave? | 18:50:12 |
| 2 | MS. REWARI: Object to form. | 18:50:12 |
| 3 | A No. | 18:50:12 |
| 4 | Q As a Fire Captain II do you -- in | 18:50:15 |
| 5 | operations, do you set minimum staffing levels? | 18:50:15 |
| 6 | A No. | 18:50:19 |
| 7 | MS. REWARI: Object to form. | 18:50:19 |
| 8 | Q As an EMS Captain II, do you set minimum | 18:50:20 |
| 9 | staffing levels? | 18:50:24 |
| 10 | A No. | 18:50:25 |
| 11 | MS. REWARI: Object to form. | 18:50:31 |
| 12 | (Discussion off the record.) | 18:50:38 |
| 13 | Q As an operations Fire Captain II, how | 18:50:38 |
| 14 | much time did you spend doing performance | 18:50:43 |
| 15 | appraisals each year? | 18:50:45 |
| 16 | A Two to four hours, six max. | 18:50:46 |
| 17 | Q Each year? | 18:50:50 |
| 18 | A Yeah. | 18:50:51 |
| 19 | Q As an EMS Captain II, how much time did | 18:50:51 |
| 20 | you spend doing performance appraisals each year? | 18:50:55 |
| 21 | MS. REWARI: Object to form. | 18:50:58 |
| 22 | MS. BURROUGHS: Do you have a specific | 18:51:00 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

243

| | | |
|---|---|---|
| 1 | objection? | 18:51:02 |
| 2 | MS. REWARI:  He hasn't been an EMS | 18:51:03 |
| 3 | Captain II for more than a year, so I object to the | 18:51:06 |
| 4 | form of that question. | 18:51:08 |
| 5 | Q    As an EMS Captain II, how long have you | 18:51:09 |
| 6 | spent doing performance appraisals? | 18:51:11 |
| 7 | A    Half an hour. | 18:51:13 |
| 8 | Q    Okay.  You mentioned earlier that | 18:51:14 |
| 9 | lieutenants also do performance appraisals.  Is | 18:51:18 |
| 10 | that correct? | 18:51:20 |
| 11 | A    Correct. | 18:51:20 |
| 12 | Q    When lieutenants do performance | 18:51:21 |
| 13 | appraisals, do they sign those performance | 18:51:23 |
| 14 | appraisals? | 18:51:26 |
| 15 | A    Yes. | 18:51:26 |
| 16 | (Discussion off the record.) | 18:51:27 |
| 17 | Q    Do you engage in physical fitness as a | 18:51:27 |
| 18 | Fire Captain II in operations? | 18:51:59 |
| 19 | A    Yes. | 18:52:01 |
| 20 | Q    Approximately how much time each shift | 18:52:01 |
| 21 | did you engage in physical fitness? | 18:52:04 |
| 22 | A    We try for two hours. | 18:52:06 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

244

| | | |
|---|---|---|
| 1 | Q    You said you -- "we try for two hours." | 18:52:08 |
| 2 | What can stop you? | 18:52:10 |
| 3 | A    When we get dispatched for a call. | 18:52:11 |
| 4 | Q    Okay.  As an EMS Captain II, do you | 18:52:14 |
| 5 | engage in physical fitness? | 18:52:16 |
| 6 | A    Yes. | 18:52:17 |
| 7 | Q    How much physical fitness do you engage | 18:52:18 |
| 8 | in -- how much time do you spend engaged in | 18:52:20 |
| 9 | physical fitness per shift as an EMS Captain II? | 18:52:24 |
| 10 | A    About the same.  We shoot for two hours, | 18:52:24 |
| 11 | but depending on call volume, we take that. | 18:52:27 |
| 12 | Q    Okay.  As a Captain II in operations, | 18:52:33 |
| 13 | you -- we talked about trainings that you did. | 18:52:37 |
| 14 | A    Uh-huh. | 18:52:39 |
| 15 | Q    What kinds of trainings did you do in -- | 18:52:39 |
| 16 | when you were a Captain II in operations? | 18:52:42 |
| 17 | A    It could range from suppression-oriented | 18:52:45 |
| 18 | drills to extrication drills, you know, if you're | 18:52:48 |
| 19 | at a rescue house, to going over the new -- like, | 18:52:53 |
| 20 | for instance, I carry the LUCAS device on the -- on | 18:53:03 |
| 21 | my unit now.  And I'm the one responsible for | 18:53:06 |
| 22 | applying that device on cardiac arrests. | 18:53:09 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

245

1      So one of the things that I had to do was        18:53:13

2   go through the entire battalion and make sure      18:53:16

3   everyone is trained on this device, the chest      18:53:18

4   compression device.  And -- but I'm the one        18:53:22

5   primarily responsible for that and helping out     18:53:24

6   during CPRs.                                        18:53:26

7      Q    So you received training on the LUCAS      18:53:27

8   device?                                             18:53:30

9      A    Yes, I did receive training.  And then I   18:53:30

10   had to train everybody on it.                       18:53:32

11      Q    And did you receive that training as an   18:53:33

12   EMS Captain II?                                     18:53:36

13      A    Yes.                                        18:53:37

14      Q    Okay.  As a Fire Captain II, back when    18:53:37

15   you were in operations, how much time during each  18:53:42

16   shift did you spend doing the trainings that we    18:53:46

17   just discussed, with the exception of the LUCAS    18:53:48

18   training?                                           18:53:50

19      A    On average, two and a half to             18:53:50

20   three hours.                                        18:53:53

21      Q    For each shift?                            18:53:53

22      A    Typically.                                 18:53:54

CONFIDENTIAL VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

249

| | | |
|---|---|---|
| 1 | Q   As a Fire Captain II station commander, | 18:57:44 |
| 2 | what is your most important job duty? | 18:57:46 |
| 3 | MS. REWARI:  Object to form. | 18:57:50 |
| 4 | THE WITNESS:  Answer? | 18:57:51 |
| 5 | MS. BURROUGHS:  Uh-huh. | 18:57:52 |
| 6 | A   Respond to calls, make sure that when | 18:57:54 |
| 7 | we -- I mean, every day.  Even when I was an EMS | 18:57:57 |
| 8 | Captain II, my primary responsibility is to | 18:58:00 |
| 9 | respond, assist, fit in where I can, assure that | 18:58:02 |
| 10 | the scenes go -- that we do the right thing, that | 18:58:05 |
| 11 | the guys come home; we do it safely.  And that's | 18:58:08 |
| 12 | our primary responsibility, is responding to the | 18:58:13 |
| 13 | 911 call. | 18:58:16 |
| 14 | Q   First, as a Fire Captain II station | 18:58:16 |
| 15 | commander, what do you do on a fire scene or | 18:58:19 |
| 16 | emergency response scene? | 18:58:22 |
| 17 | MS. REWARI:  Object to the form. | 18:58:24 |
| 18 | THE WITNESS:  Answer? | 18:58:25 |
| 19 | MS. BURROUGHS:  Uh-huh. | 18:58:26 |
| 20 | A   If you're first in, you do a scene | 18:58:28 |
| 21 | size-up, meaning you look at the -- you look at the | 18:58:30 |
| 22 | building, figure out what you've got, do your ready | 18:58:32 |

250

| | | |
|---|---|---|
| 1 | reports, call for any additional resources, help | 18:58:35 |
| 2 | deploy hand lines.  You may end up having to force | 18:58:39 |
| 3 | entry if you're by yourself. | 18:58:44 |
| 4 | Everything you do -- your job can be | 18:58:46 |
| 5 | varied depending on what needs to be done at that | 18:58:50 |
| 6 | point in time -- anything from hitting the fire | 18:58:53 |
| 7 | yourself to forcing entry to pulling a victim out | 18:58:55 |
| 8 | of a building. | 18:58:58 |
| 9 | Q    As an EMS Captain II now, what do you do | 18:58:58 |
| 10 | when you respond to fire or emergency response | 18:59:02 |
| 11 | scenes? | 18:59:04 |
| 12 | MS. REWARI:  Object to form. | 18:59:05 |
| 13 | A    Well, from a medical standpoint, if I'm | 18:59:06 |
| 14 | first in, if I'm the first to arrive on the scene, | 18:59:11 |
| 15 | I will initiate patient care if it's -- meaning | 18:59:14 |
| 16 | that if it's -- if it's a working cardiac arrest, | 18:59:17 |
| 17 | I'll initiate CPR; I'll get the automatic AED, you | 18:59:21 |
| 18 | know, placed on the patient; and I will start | 18:59:28 |
| 19 | treating a patient myself until help arrives.  Or | 18:59:30 |
| 20 | interviewing, getting the vital signs myself. | 18:59:33 |
| 21 | Again, order of arrival predicates | 18:59:37 |
| 22 | everything.  So since I do have -- I'm carrying all | 18:59:41 |

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

251

| | | |
|---|---|---|
| 1 | medical tools.  I can start IV lines, take vital | 18:59:50 |
| 2 | signs, give medications.  You know, I've got my own | 18:59:54 |
| 3 | kit that's with me, as well as being a supply | 18:59:59 |
| 4 | vehicle to support other medic units. | 19:00:02 |
| 5 | From a fire standpoint, I can fit into | 19:00:04 |
| 6 | the NIMS, you know, to assist the battalion chief, | 19:00:07 |
| 7 | filling any, like, Division Charlie or Division 7 | 19:00:12 |
| 8 | on a fire, up to taking over a crew if an officer | 19:00:14 |
| 9 | gets injured. | 19:00:19 |
| 10 | Because that's where I come from.  I am a | 19:00:19 |
| 11 | suppression captain, and it's easy for me to go in | 19:00:21 |
| 12 | and fit in and take over if an officer gets | 19:00:26 |
| 13 | injured, twists his ankle.  And I get used more in | 19:00:32 |
| 14 | an operational fashion than an aide role. | 19:00:36 |
| 15 | Q    And you mentioned you have a kit that | 19:00:43 |
| 16 | travels with you. | 19:00:45 |
| 17 | A    Well, it's my equipment.  You know, I've | 19:00:47 |
| 18 | got my airway bag, my medication bag. | 19:00:47 |
| 19 | Q    Is there anything else in that kit? | 19:00:51 |
| 20 | A    Tool specific? | 19:00:53 |
| 21 | Q    Uh-huh. | 19:00:54 |
| 22 | A    I've got -- I carry a lot of different | 19:00:55 |

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

252

| | | |
|---|---|---|
| 1 | medications, cardiac meds, respiratory meds, | 19:00:58 |
| 2 | BP cuff, stethoscope.  I carry narcotics.  I carry, | 19:01:01 |
| 3 | obviously, the LUCAS, the new chest compression | 19:01:08 |
| 4 | device.  I carry a monitor, which is a LIFEPAK, | 19:01:12 |
| 5 | where I can hook somebody up, you know, see what | 19:01:15 |
| 6 | the cardiac rhythm is.  I carry oxygen, O2.  I'm | 19:01:17 |
| 7 | able to intubate people. | 19:01:22 |
| 8 | I can also do -- you know, we carry a lot | 19:01:25 |
| 9 | of different EMS equipment and everything from | 19:01:31 |
| 10 | basic life support, which is simple, you know, bag | 19:01:34 |
| 11 | valve mask operation, all the way up to doing a | 19:01:38 |
| 12 | trach right where you insert an endotracheal tube | 19:01:43 |
| 13 | through the throat down.  I carry the tools for | 19:01:48 |
| 14 | that too. | 19:01:51 |
| 15 | So I'm a mini medic unit just by myself | 19:01:52 |
| 16 | in terms of equipment.  The -- | 19:01:55 |
| 17 | Q    On that -- I'm sorry? | 19:01:57 |
| 18 | A    Go ahead. | 19:01:57 |
| 19 | Q    You mentioned medications.  Do you | 19:01:57 |
| 20 | administer the medications that you carry with you | 19:01:59 |
| 21 | if it's needed? | 19:02:01 |
| 22 | A    Yeah, sometimes.  You know, if it's a | 19:02:02 |

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

253

| | | |
|---|---|---|
| 1 | diabetic and I'm first, I -- you know, I can | 19:02:04 |
| 2 | probably -- you know, depending on how far away a | 19:02:08 |
| 3 | medic unit is, I'll start the IV line, and I'll get | 19:02:09 |
| 4 | the D50 ready, and I will start administering and | 19:02:13 |
| 5 | treating the patient. | 19:02:16 |
| 6 | Q     When you were a Fire Captain II station | 19:02:17 |
| 7 | commander, what apparatus were you generally | 19:02:24 |
| 8 | assigned to? | 19:02:27 |
| 9 | A     The engine company. | 19:02:27 |
| 10 | Q     Did that apparatus ever respond to a call | 19:02:28 |
| 11 | without you on it? | 19:02:33 |
| 12 | A     Never.  And it also depended on what | 19:02:35 |
| 13 | station I was at.  Like at 26, I was the engine | 19:02:37 |
| 14 | company and foam unit.  And at 19, I was the engine | 19:02:41 |
| 15 | company, sometimes the rescue. | 19:02:45 |
| 16 | Q     All right.  When you were a | 19:02:46 |
| 17 | Fire Captain II station commander, did you go on | 19:02:48 |
| 18 | the same number of calls as your subordinates that | 19:02:52 |
| 19 | were assigned to your same apparatus? | 19:02:54 |
| 20 | A     Yes, every day.  They would not respond | 19:02:55 |
| 21 | without me. | 19:02:57 |
| 22 | Q     When you were a Fire Captain II station | 19:02:58 |

CONFIDENTIAL PORTIONS REDACTED

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

257

| | | |
|---|---|---|
| 1 | by the person who is in charge of the ER -- or the | 19:06:27 |
| 2 | main party. | 19:06:31 |
| 3 | Q    Okay.  As a Captain II station commander, | 19:06:32 |
| 4 | did you have any purchasing authority? | 19:06:40 |
| 5 | A    No. | 19:06:43 |
| 6 | MS. REWARI:  Object to form. | 19:06:43 |
| 7 | A    No. | 19:06:45 |
| 8 | Q    Did you have a credit card, like a county | 19:06:45 |
| 9 | credit card or anything like that that you could | 19:06:48 |
| 10 | use? | 19:06:50 |
| 11 | MS. REWARI:  Object to form. | 19:06:51 |
| 12 | A    No, I did not. | 19:06:52 |
| 13 | Q    Earlier we talked about the Captain II | 19:06:58 |
| 14 | exam process and your involvement in the Captain II | 19:07:17 |
| 15 | exam.  And we discussed in-baskets.  Do you | 19:07:19 |
| 16 | remember that? | 19:07:23 |
| 17 | A    Yes. | 19:07:24 |
| 18 | Q    Are in-baskets hypothetical situations? | 19:07:24 |
| 19 | A    Yes. | 19:07:26 |
| 20 | Q    We looked at three different documents | 19:07:27 |
| 21 | that dealt with in-baskets.  Do you remember those? | 19:07:34 |
| 22 | Would you like to refresh your recollection? | 19:07:38 |

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

263

| | | |
|---|---|---|
| 1 | Q    Okay.  So this document is dated | 19:15:44 |
| 2 | June 28th, 2011.  Is that correct? | 19:15:48 |
| 3 | A    Yes. | 19:15:50 |
| 4 | Q    And if you go to the second paragraph, | 19:15:53 |
| 5 | the second full paragraph in the memo, it says: | 19:15:58 |
| 6 | "And you failed to appear at" -- "on a traffic | 19:16:03 |
| 7 | violation on September 15th, 2009, after being | 19:16:06 |
| 8 | issued a summons."  And then it goes on:  "Your | 19:16:10 |
| 9 | driving privileges being suspended on October 8th, | 19:16:12 |
| 10 | 2009."  Is that right? | 19:16:15 |
| 11 | A    Yes, it appears that... | 19:16:16 |
| 12 | Q    So did the events in this -- that this | 19:16:19 |
| 13 | memo is referring to happen two years before the | 19:16:24 |
| 14 | date that this memo was drafted? | 19:16:27 |
| 15 | A    It appears so, yes. | 19:16:29 |
| 16 | Q    Did you have firsthand knowledge about | 19:16:34 |
| 17 | this individual's failure to appear at that traffic | 19:16:36 |
| 18 | violation? | 19:16:39 |
| 19 | A    I did not. | 19:16:39 |
| 20 | Q    How did you find out about this incident? | 19:16:39 |
| 21 | A    It was a department-wide thing, and this | 19:16:42 |
| 22 | is one of the guys that got caught up in it. | 19:16:48 |

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

264

| | | |
|---|---|---|
| 1 | Q     What do you mean that "it was a | 19:16:50 |
| 2 | department-wide thing"? | 19:16:52 |
| 3 | A     Every year the department conducts | 19:16:53 |
| 4 | driver's license checks, makes sure that | 19:17:00 |
| 5 | everyone -- somebody had dropped the ball, and it | 19:17:02 |
| 6 | hadn't been done in years.  And then when they | 19:17:04 |
| 7 | finally did, this happened, and there was -- a lot | 19:17:07 |
| 8 | of people got caught up in it. | 19:17:12 |
| 9 | Q     Do you remember what individual or the | 19:17:19 |
| 10 | position that individual held, that told you about | 19:17:21 |
| 11 | this incident? | 19:17:23 |
| 12 | A     This, at that point -- it was a -- there | 19:17:25 |
| 13 | was quite a number of people on A-shift that got | 19:17:29 |
| 14 | caught up into this.  It was from the deputy BC | 19:17:33 |
| 15 | down. | 19:17:38 |
| 16 | Q     Were all the individuals caught up in | 19:17:38 |
| 17 | this treated the same? | 19:17:49 |
| 18 | A     For the most part, yes, I believe they | 19:17:50 |
| 19 | were, depending on their infractions.  I mean, I | 19:17:53 |
| 20 | can't speak for anybody else. | 19:17:58 |
| 21 | Q     Who recommended that this individual | 19:17:59 |
| 22 | receive a suspension of two 24-hour shifts? | 19:18:06 |

VIDEOTAPED DEPOSITION OF CHARLES RICHARD CUNNINGHAM
CONDUCTED ON FRIDAY, MAY 30, 2014

265

| | | |
|---|---|---|
| 1 | MS. REWARI:  Object to form. | 19:18:13 |
| 2 | A    This came from above me.  I believe this | 19:18:14 |
| 3 | came from the deputy. | 19:18:16 |
| 4 | Q    Earlier when we looked at this document, | 19:18:17 |
| 5 | you mentioned that June 28th, 2011, the day that | 19:18:25 |
| 6 | it's dated, was shortly after you came off light | 19:18:28 |
| 7 | duty.  Do you remember saying that? | 19:18:31 |
| 8 | A    Yeah.  This entire mess was occurring | 19:18:33 |
| 9 | while I was on light duty. | 19:18:35 |
| 10 | Q    Okay.  So what was your role in "this | 19:18:37 |
| 11 | mess," as you put it, and this document? | 19:18:42 |
| 12 | MS. REWARI:  Object to form. | 19:18:45 |
| 13 | A    I was simply the -- I was simply the | 19:18:46 |
| 14 | delivery boy.  This had already been written, done, | 19:18:48 |
| 15 | and even though I initialled it, I was the guy that | 19:18:52 |
| 16 | was to administer it. | 19:18:54 |
| 17 | MS. BURROUGHS:  That's it.  That's all I | 19:19:20 |
| 18 | have.  Thank you. | 19:19:21 |
| 19 | MS. REWARI:  I have a couple more | 19:19:23 |
| 20 | questions.  Sorry. | 19:19:25 |
| 21 | FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT | 19:19:27 |
| 22 | BY MS. REWARI: | 19:19:27 |

1

1              UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF VIRGINIA

3                  (Alexandria Division)

4      --------------------------x

5      GERARD MORRISON, et al.,  :

6              Plaintiffs,    :  Civ. Action No.

7          v.                :  1:14cv5 (CMH/JFA)

8      COUNTY OF FAIRFAX, VA.,   :

9              Defendant.     :

10     --------------------------x

11

12        Videotaped Deposition of MICHAEL B. DAVIS

13                 McLean, Virginia

14               Monday, June 2, 2014

15                   9:49 a.m.

16

17

18

19

20     Job No.: 59003

21     Pages: 1 - 303

22     Reported By: Rebecca Stonestreet, RPR, CRR

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

23

| | | |
|---|---|---|
| 1 | Q    Okay.  And how many stations does that | 10:00:22 |
| 2 | include? | 10:00:26 |
| 3 | A    Well, let me see.  You've got -- I would | 10:00:26 |
| 4 | say -- if you want an exact, I could give it to | 10:00:34 |
| 5 | you, but I'm -- I'm going to say probably six to | 10:00:37 |
| 6 | ten stations. | 10:00:39 |
| 7 | Q    Okay.  And as a safety officer, what is | 10:00:39 |
| 8 | your role within the fire department? | 10:00:51 |
| 9 | A    Our role is basically to be the | 10:00:53 |
| 10 | operational advocates for the fire department.  So | 10:00:56 |
| 11 | we go on all calls that are suppression-orientated, | 10:00:59 |
| 12 | hazmat, technical rescue, vehicle accidents.  You | 10:01:07 |
| 13 | know, bigger calls. | 10:01:12 |
| 14 | And our job is to survey the scene.  You | 10:01:13 |
| 15 | know, we work for -- as a -- we plug into the | 10:01:16 |
| 16 | incident commander and we're the eyes and ears for | 10:01:22 |
| 17 | him of anything safe.  You know, we have the | 10:01:26 |
| 18 | authority to stop any act or any fire scene, you | 10:01:28 |
| 19 | know, if we see something that's unsafe. | 10:01:37 |
| 20 | On the other side of the coin, we're | 10:01:39 |
| 21 | responsible to go out and actively investigate fire | 10:01:42 |
| 22 | department vehicle accidents, fire department | 10:01:45 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

24

| | | |
|---|---|---|
| 1 | injuries, civilian injuries, civilian property | 10:01:49 |
| 2 | damage accidents, if the -- if we, you know, in the | 10:01:53 |
| 3 | fire department damage somebody's rug, we go out | 10:01:56 |
| 4 | and investigate it.  Take pictures of it. | 10:01:58 |
| 5 | We handle all infectious disease | 10:02:02 |
| 6 | exposures when our providers get exposed, to | 10:02:05 |
| 7 | include citizen -- good Samaritan exposure.  So if | 10:02:08 |
| 8 | a good Samaritan is doing the right thing, doing | 10:02:12 |
| 9 | CPR, we handle that exposure. | 10:02:17 |
| 10 | Q    Okay. | 10:02:17 |
| 11 | A    You know, work with the health | 10:02:18 |
| 12 | department. | 10:02:19 |
| 13 | Q    Okay.  You may have also answered this, | 10:02:19 |
| 14 | and I apologize if it's a duplicate question, but | 10:02:21 |
| 15 | how many safety officers at the Captain I level are | 10:02:23 |
| 16 | there in the Fire and Rescue department? | 10:02:27 |
| 17 | A    (Unintelligible.) Two. | 10:02:29 |
| 18 | Q    Two? | 10:02:29 |
| 19 | A    Per shift. | 10:02:31 |
| 20 | Q    Okay. | 10:02:31 |
| 21 | A    There's three shifts.  So your answer | 10:02:33 |
| 22 | would be six, counting all three shifts. | 10:02:35 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

45

1      A    Yes, ma'am.                                    10:22:53

2      Q    Okay.  So you received the position of         10:22:54

3  Safety Officer I when you applied for it.  Is that      10:23:03

4  correct?                                                10:23:05

5      A    The second time.                               10:23:05

6      Q    The second time.  Is this the first time       10:23:06

7  or the second time that you applied?                    10:23:07

8      A    This is the second time.                       10:23:09

9      Q    Okay.  So this letter, August 20th, 2012,      10:23:10

10  after applying you received the position, and I        10:23:14

11  believe you indicated you started your position in     10:23:17

12  October 2012.  Is that correct?                        10:23:19

13      A    Yes.                                          10:23:21

14      Q    Okay.                                         10:23:22

15      A    The other time I was a lieutenant on the      10:23:24

16  captain's list putting in, because a lieutenant can    10:23:26

17  put in for this list if they're on the promotional     10:23:30

18  eligibility list.                                      10:23:33

19      Q    Okay.  But this is the letter that we're      10:23:33

20  looking at that led to you getting your position,      10:23:35

21  your current position.  Right?                         10:23:38

22      A    I believe so.                                 10:23:40

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

184

| | | |
|---|---|---|
| 1 | Q    Okay.  And it looks like Captain Lopez | 12:55:21 |
| 2 | forward had e-mail to you and to Captain Ryan. | 12:55:24 |
| 3 | A    Yes, ma'am. | 12:55:26 |
| 4 | Q    Is that correct?  Okay. | 12:55:27 |
| 5 | And then Captain Ryan wrote a response to | 12:55:28 |
| 6 | Captain Lopez cc'ing you.  Is that correct? | 12:55:31 |
| 7 | A    Yes, ma'am. | 12:55:33 |
| 8 | Q    And then you wrote a response to both of | 12:55:33 |
| 9 | them.  Is that correct? | 12:55:37 |
| 10 | A    Yes, ma'am. | 12:55:38 |
| 11 | Q    Okay.  What is the ARB? | 12:55:38 |
| 12 | A    It's the Accident Review Board. | 12:55:40 |
| 13 | Q    Okay.  And you've been a member of the | 12:55:42 |
| 14 | Accident Review Board.  Right? | 12:55:47 |
| 15 | A    Officially, yes, as a safety officer; and | 12:55:48 |
| 16 | then as relief I would attend. | 12:55:51 |
| 17 | Q    Okay. | 12:55:51 |
| 18 | A    Just to participate -- well, not to | 12:55:52 |
| 19 | participate.  Really to view -- show them I have | 12:55:54 |
| 20 | interest. | 12:55:57 |
| 21 | Q    Okay.  So before you -- let me rephrase | 12:55:57 |
| 22 | that. | 12:56:01 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

185

| | | |
|---|---|---|
| 1 | So as a Safety Captain I officer, you are | 12:56:01 |
| 2 | a member of the Accident Review Board.  Is that | 12:56:05 |
| 3 | correct? | 12:56:07 |
| 4 | A    Yes, I would say that's correct. | 12:56:07 |
| 5 | Q    Okay.  But then before that you would | 12:56:09 |
| 6 | attend sometimes as a relief officer to -- | 12:56:11 |
| 7 | A    Show my interest off duty. | 12:56:14 |
| 8 | Q    -- show your interest.  Okay. | 12:56:15 |
| 9 | And what is the Accident Review Board? | 12:56:17 |
| 10 | A    It's a board that's made up of the safety | 12:56:26 |
| 11 | officers.  The BC of the safety is chairing it -- | 12:56:29 |
| 12 | supposed to chair it.  There are technicians | 12:56:31 |
| 13 | involved in it.  You know, current drivers, because | 12:56:33 |
| 14 | when you rate an accident, you want to have a | 12:56:37 |
| 15 | driver that's there that's going to give validity | 12:56:40 |
| 16 | to the classifications. | 12:56:43 |
| 17 | Risk management has a seat.  We've had a | 12:56:45 |
| 18 | county police officer come in when they're | 12:56:47 |
| 19 | available. | 12:56:49 |
| 20 | The employee -- I'm trying to think of | 12:56:54 |
| 21 | the word for it.  Like the employee representation | 12:56:57 |
| 22 | from different employee groups; meaning I know that | 12:56:59 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

186

| | | |
|---|---|---|
| 1 | we usually have one come that represents the -- I | 12:57:03 |
| 2 | think they're all invited, like the woman's | 12:57:08 |
| 3 | programs -- I forget what the name of their group | 12:57:11 |
| 4 | is.  The Progressives send somebody. | 12:57:14 |
| 5 | So that group is -- meets monthly, and | 12:57:18 |
| 6 | they look at the previous month's accidents. | 12:57:21 |
| 7 | Q    Okay. | 12:57:23 |
| 8 | A    And we don't do discipline.  We look at | 12:57:24 |
| 9 | the pictures; the safety officers go over the | 12:57:26 |
| 10 | accident; everybody reviews that package that we | 12:57:30 |
| 11 | put together, and they classify the accidents by a | 12:57:32 |
| 12 | vote. | 12:57:38 |
| 13 | Q    Okay.  So it's kind of like an accident | 12:57:38 |
| 14 | classification system? | 12:57:41 |
| 15 | A    Yes, ma'am. | 12:57:42 |
| 16 | Q    Okay.  And these are -- are these | 12:57:42 |
| 17 | accidents that involve fire department apparatus? | 12:57:44 |
| 18 | A    Yes. | 12:57:46 |
| 19 | Q    Okay.  So like if a -- if a fire engine | 12:57:48 |
| 20 | hits a car, you know, while going to or from the | 12:57:51 |
| 21 | station, would that be something that would come | 12:57:57 |
| 22 | before the Accident Review Board? | 12:57:59 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

226

| | | |
|---|---|---|
| 1 | A     Yes, ma'am. | 14:28:55 |
| 2 | Q     Is that accurate?  Okay. | 14:28:55 |
| 3 | A     It didn't end up in that, though. | 14:28:56 |
| 4 | Because we recommended -- and I couldn't tell you | 14:29:00 |
| 5 | if it's BC Wolfrey's decision or it went higher.  I | 14:29:03 |
| 6 | would probably say higher.  But that's not what it | 14:29:08 |
| 7 | ended up with.  So I suggested it. | 14:29:12 |
| 8 | Q     Okay.  That's what you recommended. | 14:29:14 |
| 9 | Right? | 14:29:15 |
| 10 | A     Yeah, I recommended it. | 14:29:15 |
| 11 | Q     Okay.  So you recommended a written | 14:29:16 |
| 12 | reprimand.  Do you know what discipline was | 14:29:21 |
| 13 | actually given? | 14:29:25 |
| 14 | A     No. | 14:29:25 |
| 15 | Q     Okay.  Do you know if an oral reprimand | 14:29:25 |
| 16 | was given? | 14:29:30 |
| 17 | A     I know it wasn't a written, so it could | 14:29:30 |
| 18 | have been an oral or none. | 14:29:34 |
| 19 | Q     Okay.  And is -- the battalion chief | 14:29:36 |
| 20 | asked for your recommendation, and you gave him the | 14:29:45 |
| 21 | recommendation.  The way I understand your | 14:29:48 |
| 22 | testimony is you don't think that that | 14:29:49 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

227

| | | |
|---|---|---|
| 1 | recommendation was followed. | 14:29:51 |
| 2 | A    I'm pretty sure it wasn't. | 14:29:52 |
| 3 | Q    Is that because of a need for consistency | 14:29:54 |
| 4 | in how situations like tardiness are handled | 14:29:55 |
| 5 | throughout the operations bureau? | 14:29:59 |
| 6 | A    I would say it's more of a -- put it into | 14:30:00 |
| 7 | words for you:  It's not a pattern, but it's what | 14:30:09 |
| 8 | we do. | 14:30:12 |
| 9 | Q    What do you mean, "what we do"? | 14:30:12 |
| 10 | A    I mean, we report infractions to the | 14:30:13 |
| 11 | battalion chief, and a lot of times you don't -- I | 14:30:16 |
| 12 | don't get asked.  They could ask, "Hey, what's in | 14:30:18 |
| 13 | the file?" | 14:30:22 |
| 14 | "Well, I've got this in the file." | 14:30:25 |
| 15 | "All right, will give this."  So you'll | 14:30:27 |
| 16 | give -- | 14:30:27 |
| 17 | Q    Okay.  But -- | 14:30:27 |
| 18 | A    -- whatever that is.  In this scenario he | 14:30:28 |
| 19 | said, "Well, what are your thoughts?" | 14:30:30 |
| 20 | We had just started to work together. | 14:30:32 |
| 21 | Q    Well, he actually asked you for your | 14:30:34 |
| 22 | recommendations.  Right? | 14:30:35 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

254

| | | |
|---|---|---|
| 1 | Q    -- about what it is, because we need to | 14:51:33 |
| 2 | be able to rely on this in this case as to what | 14:51:35 |
| 3 | your testimony is. | 14:51:38 |
| 4 | A    Well, here's the deal with this.  This is | 14:51:39 |
| 5 | 2011, and this is a detailed e-mail.  So I gave | 14:51:39 |
| 6 | these answers, like I'm answering today, to the | 14:51:41 |
| 7 | best of my recollection. | 14:51:43 |
| 8 | Q    I understand that. | 14:51:44 |
| 9 | A    So I recalled as I answered in this -- | 14:51:47 |
| 10 | without having -- I don't save my e-mails.  So I | 14:51:49 |
| 11 | can't go back and look at this. | 14:51:49 |
| 12 | Q    Right.  Now, I'm not -- | 14:51:49 |
| 13 | A    You just pulled the e-mails, so you can | 14:51:52 |
| 14 | sit here and go, "Well, you said..." | 14:51:54 |
| 15 | I just answered this on the best that I | 14:51:56 |
| 16 | recalled, and I'm trying to tell you what I think | 14:51:58 |
| 17 | would be the most fact for the case. | 14:52:02 |
| 18 | Q    Okay.  Now this -- but my question is a | 14:52:04 |
| 19 | little bit different. | 14:52:05 |
| 20 | A    Okay. | 14:52:06 |
| 21 | Q    Okay.  So I think your testimony was, | 14:52:06 |
| 22 | we've talked about in this e-mail, Exhibit 215, | 14:52:08 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

255

| | | |
|---|---|---|
| 1 | that you had -- you had recommended a written | 14:52:12 |
| 2 | reprimand to your battalion chief? | 14:52:17 |
| 3 | A   Okay.  Right.  And I would like to point | 14:52:18 |
| 4 | out, if you go back, I didn't recommend it.  My | 14:52:19 |
| 5 | chief said, "Oh, by the way, what is your | 14:52:23 |
| 6 | recommendation?" | 14:52:26 |
| 7 | Q   Right.  So actually he asked you for your | 14:52:26 |
| 8 | recommendation; you gave it. | 14:52:31 |
| 9 | A   Following orders -- following orders.  I | 14:52:31 |
| 10 | gave a recommendation, after reflecting. | 14:52:33 |
| 11 | Q   Okay. | 14:52:33 |
| 12 | A   And I'm telling you it wasn't given -- it | 14:52:35 |
| 13 | wasn't followed.  I remember that. | 14:52:37 |
| 14 | Q   Okay.  Now, I remember you said that | 14:52:37 |
| 15 | earlier.  You recommended an oral reprimand, and | 14:52:39 |
| 16 | you said it wasn't given.  But I believe earlier | 14:52:41 |
| 17 | you weren't sure if any discipline action was taken | 14:52:43 |
| 18 | at all or not. | 14:52:46 |
| 19 | A   Sure.  And I think in this, trying to | 14:52:47 |
| 20 | recall it, I said he received an oral. | 14:52:49 |
| 21 | Q   Okay.  So that's what I'm trying to get | 14:52:51 |
| 22 | to. | 14:52:55 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

266

| | | |
|---|---|---|
| 1 | guidelines.  Wait until I ask -- | 15:03:49 |
| 2 | MS. PASCHAL:  Works in the same way, just | 15:03:49 |
| 3 | in reverse. | 15:03:51 |
| 4 | THE WITNESS:  Just want to make sure. | 15:03:51 |
| 5 | MS. FAULMAN:  Before we get started, do | 15:03:51 |
| 6 | you need a break or anything before I get started? | 15:03:51 |
| 7 | THE WITNESS:  No, ma'am. | 15:03:51 |
| 8 | MS. FAULMAN:  Okay. | 15:03:55 |
| 9 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 15:03:55 |
| 10 | BY MS. FAULMAN: | 15:03:57 |
| 11 | Q    So I want to focus first on the time that | 15:03:57 |
| 12 | you were a Captain I. | 15:04:00 |
| 13 | A    Okay. | 15:04:01 |
| 14 | Q    Okay?  As a Captain I, to you have the | 15:04:01 |
| 15 | authority to assign overtime to off-duty | 15:04:03 |
| 16 | firefighters? | 15:04:07 |
| 17 | A    No, ma'am. | 15:04:07 |
| 18 | Q    As a Captain I, do you have the authority | 15:04:07 |
| 19 | to approve leave? | 15:04:10 |
| 20 | A    No, ma'am. | 15:04:13 |
| 21 | MS. PASCHAL:  Objection.  Beyond the | 15:04:14 |
| 22 | scope of the 30(b) -- excuse me, beyond the scope | 15:04:15 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

267

| | | |
|---|---|---|
| 1 | of the direct exam. | 15:04:16 |
| 2 | Q    Do you have the authority to set minimum | 15:04:17 |
| 3 | staffing levels? | 15:04:19 |
| 4 | A    No. | 15:04:20 |
| 5 | MS. PASCHAL:  Same objection. | 15:04:20 |
| 6 | A    No, ma'am. | 15:04:22 |
| 7 | Q    We talked a little bit about performance | 15:04:22 |
| 8 | appraisals during your deposition.  How much time | 15:04:24 |
| 9 | as a Captain I did you spend doing performance | 15:04:28 |
| 10 | appraisals in any given year? | 15:04:31 |
| 11 | A    I would say, to break it down, about -- | 15:04:32 |
| 12 | it takes me about an hour. | 15:04:36 |
| 13 | Q    Okay. | 15:04:38 |
| 14 | A    Per employee. | 15:04:39 |
| 15 | Q    Per employee? | 15:04:40 |
| 16 | And if you can take a look at -- in front | 15:04:41 |
| 17 | of you there's a document marked Exhibit 202.  And | 15:04:45 |
| 18 | it's a performance appraisal for you, just to help | 15:04:56 |
| 19 | you identify it there. | 15:04:59 |
| 20 | A    Okay.  Thank you. | 15:05:00 |
| 21 | Q    As a Captain I, did you perform -- I | 15:05:05 |
| 22 | believe you testified that you performed | 15:05:08 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

270

| | | |
|---|---|---|
| 1 | Q    Okay. | 15:06:50 |
| 2 | A    Being just a captain.  I mean, that's | 15:06:50 |
| 3 | what I have had happen to me. | 15:06:52 |
| 4 | Q    Okay.  Now, as a Captain I, how much time | 15:06:55 |
| 5 | per year did you spend doing budget requests? | 15:06:59 |
| 6 | MS. PASCHAL:  Objection.  Beyond the | 15:07:04 |
| 7 | scope of the direct examination. | 15:07:06 |
| 8 | Q    Did you do any -- did you make any budget | 15:07:08 |
| 9 | requests or wish lists? | 15:07:10 |
| 10 | A    No, ma'am. | 15:07:11 |
| 11 | Q    Can you answer verbally?  I'm sorry. | 15:07:12 |
| 12 | A    No, ma'am.  Yeah. | 15:07:14 |
| 13 | Q    As a Captain I, how much time each year | 15:07:16 |
| 14 | did you spend reviewing and updating station | 15:07:19 |
| 15 | policies? | 15:07:22 |
| 16 | MS. PASCHAL:  Objection.  Beyond the | 15:07:22 |
| 17 | scope of the direct examination. | 15:07:24 |
| 18 | A    For the station policies, for the station | 15:07:24 |
| 19 | ones, none. | 15:07:30 |
| 20 | Q    As a Captain I, did you participate in | 15:07:30 |
| 21 | physical fitness activities? | 15:07:33 |
| 22 | A    Yes, ma'am. | 15:07:35 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

271

| | | |
|---|---|---|
| 1 | Q    How often did you do that? | 15:07:35 |
| 2 | A    Try -- my goal was daily. | 15:07:37 |
| 3 | Q    And how much time were you engaged in | 15:07:39 |
| 4 | physical fitness on each shift? | 15:07:43 |
| 5 | A    By SOPs you're allotted two and a half | 15:07:44 |
| 6 | hours, so I'd say within two to two and a half. | 15:07:47 |
| 7 | Q    And as a Captain I, did you participate | 15:07:49 |
| 8 | in training? | 15:07:52 |
| 9 | A    Yes, ma'am. | 15:07:53 |
| 10 | Q    And did you participate in training with | 15:07:53 |
| 11 | the members of your shift? | 15:07:55 |
| 12 | A    Yes, ma'am. | 15:07:56 |
| 13 | Q    And how much time per shift would you | 15:07:57 |
| 14 | spend participating in training? | 15:08:00 |
| 15 | A    I would say a couple hours out of the 24. | 15:08:01 |
| 16 | I mean -- and why I say that is, is that even if | 15:08:08 |
| 17 | you had a full day of training, the incident | 15:08:12 |
| 18 | responses typically would be.  So unless you're out | 15:08:16 |
| 19 | of service, which is not all the time.  So I would | 15:08:16 |
| 20 | say PT would be two to two and a half.  And I count | 15:08:17 |
| 21 | shower and getting back in that time, too. | 15:08:22 |
| 22 | And training, I would say a good goal | 15:08:24 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

274

| | | |
|---|---|---|
| 1 | know what I mean? | 15:10:26 |
| 2 | Q    Okay.  As a Captain I, what would you say | 15:10:27 |
| 3 | is your most -- or was your most important job | 15:10:29 |
| 4 | duty? | 15:10:32 |
| 5 | MS. PASCHAL:  Objection.  Beyond the | 15:10:32 |
| 6 | scope of the direct examination. | 15:10:34 |
| 7 | A    First and foremost, for the citizens I | 15:10:35 |
| 8 | would say running emergency calls.  And then I've | 15:10:42 |
| 9 | always thought, you know, the safety of the | 15:10:45 |
| 10 | citizens and -- you know, as a unit officer, | 15:10:47 |
| 11 | whether I was -- or even a driver.  Any position in | 15:10:51 |
| 12 | public safety.  You know, keep the citizens safe | 15:10:53 |
| 13 | and then our other people safe. | 15:10:56 |
| 14 | So one, I would say emergency calls. | 15:10:57 |
| 15 | Q    And as a Captain I, did you go on | 15:11:00 |
| 16 | emergency calls? | 15:11:02 |
| 17 | A    Yes, ma'am. | 15:11:03 |
| 18 | Q    And were you assigned to a specific | 15:11:03 |
| 19 | apparatus? | 15:11:05 |
| 20 | A    I was assigned to an apparatus at 17, | 15:11:05 |
| 21 | which was the engine company, every day.  And we | 15:11:09 |
| 22 | talked about it here. | 15:11:12 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

275

| | | |
|---|---|---|
| 1 | With the 21 I spent a lot of time on the | 15:11:16 |
| 2 | engine and the heavy rescue squad.  And I was a | 15:11:18 |
| 3 | relief officer for safety. | 15:11:25 |
| 4 | Q    And if whatever apparatus you were | 15:11:25 |
| 5 | assigned to, be it the engine or the -- | 15:11:26 |
| 6 | A    Other. | 15:11:29 |
| 7 | Q    -- you know, the other, if that apparatus | 15:11:30 |
| 8 | were toned out or dispatched to a call, did you | 15:11:34 |
| 9 | have discretion to not go with the rest of the crew | 15:11:40 |
| 10 | that was assigned to that? | 15:11:40 |
| 11 | MS. PASCHAL:  Objection.  Beyond the | 15:11:40 |
| 12 | scope of the direct examination. | 15:11:42 |
| 13 | A    No discretion. | 15:11:42 |
| 14 | Q    And would you end up going -- in any | 15:11:44 |
| 15 | given 24-hour shift, did you go on the same number | 15:11:48 |
| 16 | of calls as your subordinates who were assigned to | 15:11:51 |
| 17 | that same apparatus? | 15:11:53 |
| 18 | MS. PASCHAL:  Objection.  Beyond the | 15:11:55 |
| 19 | scope of the direct examination. | 15:11:56 |
| 20 | A    Yes.  And all of us have the same -- the | 15:11:56 |
| 21 | SOP or rules and reg I recall is we have a | 15:11:59 |
| 22 | 90-second turnout time.  So whatever you're doing, | 15:12:02 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

276

| | | |
|---|---|---|
| 1 | you have 90 seconds.  The expectation is 90 seconds | 15:12:05 |
| 2 | from what you're doing to respond. | 15:12:09 |
| 3 | Q    And what if you're doing a performance | 15:12:11 |
| 4 | appraisal? | 15:12:14 |
| 5 | A    You've got 90 seconds to try to save it, | 15:12:14 |
| 6 | grab your thumb drive, shut down the computer. | 15:12:17 |
| 7 | Q    And if you're doing physical fitness? | 15:12:19 |
| 8 | A    Stop and leave. | 15:12:20 |
| 9 | Q    And what if you're in the middle of a | 15:12:21 |
| 10 | training session? | 15:12:24 |
| 11 | A    Go on the call. | 15:12:24 |
| 12 | Q    And when you're actually on a call, what | 15:12:26 |
| 13 | are you doing as a Captain I? | 15:12:29 |
| 14 | MS. PASCHAL:  Objection.  Vague, and | 15:12:33 |
| 15 | beyond the scope of the direct examination. | 15:12:35 |
| 16 | A    Unit dependent.  But, you know, you are | 15:12:36 |
| 17 | there to fulfill your role as a unit officer, but | 15:12:41 |
| 18 | also you are there to participate in your crew's | 15:12:48 |
| 19 | assignments.  So if a command assigns you to do | 15:12:51 |
| 20 | something, you ensure it gets done.  But that also | 15:12:56 |
| 21 | includes, you know, participating with your crew to | 15:12:59 |
| 22 | get it. | 15:13:01 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

278

| | | |
|---|---|---|
| 1 | actively as a team participating as that goal as a | 15:14:00 |
| 2 | unit to do that assignment, report that we're done | 15:14:05 |
| 3 | and available for another one. | 15:14:07 |
| 4 | Q    And as a Captain I or, in your experience | 15:14:08 |
| 5 | as a safety officer, do you know if captains are | 15:14:13 |
| 6 | ever injured on fire scenes? | 15:14:15 |
| 7 | A    Yes, ma'am. | 15:14:17 |
| 8 | Q    And -- | 15:14:18 |
| 9 | A    And lieutenants and even -- for the | 15:14:19 |
| 10 | previous question, that's unit officer, lieutenant, | 15:14:22 |
| 11 | and captain, if that makes sense. | 15:14:27 |
| 12 | Q    Have you ever been injured as a | 15:14:28 |
| 13 | Captain I? | 15:14:32 |
| 14 | A    (No verbal response.) | 15:14:34 |
| 15 | Q    I'm sorry, you have to say -- | 15:14:35 |
| 16 | A    Yes, ma'am.  Yes, ma'am.  I'm sorry. | 15:14:37 |
| 17 | MS. PASCHAL:  Objection.  Beyond the | 15:14:38 |
| 18 | scope of the direct examination. | 15:14:41 |
| 19 | Q    And could you just, if you don't mind, | 15:14:41 |
| 20 | telling a little bit about that injury. | 15:14:42 |
| 21 | A    I believe I was injured twice as a | 15:14:44 |
| 22 | Captain I.  The first one I think would be on a | 15:14:46 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

279

| | | |
|---|---|---|
| 1 | training drill for technical rescue.  A lot of our | 15:14:49 |
| 2 | technical rescue drills are -- how can I put it? | 15:14:56 |
| 3 | They are refreshers, we'll call them, but everybody | 15:15:03 |
| 4 | has to do this task.  So firefighter through to | 15:15:06 |
| 5 | officer, people that are on duty, off duty come. | 15:15:11 |
| 6 | So this one was you had to go down and | 15:15:14 |
| 7 | rescue somebody from the side of the building on | 15:15:16 |
| 8 | rope, and then you also had to take turns being the | 15:15:19 |
| 9 | victim.  And I had kind of gotten properly rescued, | 15:15:22 |
| 10 | and the rope system and the rescuer just kind of | 15:15:26 |
| 11 | strained -- strained my -- or sprain/strained my | 15:15:26 |
| 12 | shoulder. | 15:15:26 |
| 13 | That was one of them. | 15:15:33 |
| 14 | Q    And during that training session, were | 15:15:33 |
| 15 | you a Captain I? | 15:15:35 |
| 16 | A    Yes, ma'am. | 15:15:36 |
| 17 | Q    And did you also participate in being the | 15:15:36 |
| 18 | rescuer? | 15:15:40 |
| 19 | A    Yes, ma'am. | 15:15:41 |
| 20 | Q    And then what about the other injury that | 15:15:41 |
| 21 | you mentioned? | 15:15:43 |
| 22 | A    The other injury would have been -- I got | 15:15:43 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

280

| | | |
|---|---|---|
| 1 | shocked or electrocuted on an accident injury on a | 15:15:50 |
| 2 | fire. | 15:15:54 |
| 3 | Q    And when was that? | 15:15:54 |
| 4 | A    I believe it was in March. | 15:15:56 |
| 5 | Q    Do you know what year? | 15:16:02 |
| 6 | A    That would have been at 21, so I want to | 15:16:03 |
| 7 | say it was '12 or -- it couldn't have been '13.  I | 15:16:06 |
| 8 | think it was 2012. | 15:16:10 |
| 9 | Q    And did you have to miss any work due to | 15:16:11 |
| 10 | that injury? | 15:16:13 |
| 11 | A    I was off a little bit.  I had -- I got | 15:16:13 |
| 12 | transported to Fairfax Hospital.  They transported | 15:16:17 |
| 13 | me to the burn center.  I was there for a day. | 15:16:21 |
| 14 | Q    Okay.  Now, as a safety officer, do you | 15:16:24 |
| 15 | have the authority to assign overtime to off-duty | 15:16:38 |
| 16 | firefighters? | 15:16:42 |
| 17 | MS. PASCHAL:  Objection.  Beyond the | 15:16:42 |
| 18 | scope of the direct examination. | 15:16:43 |
| 19 | A    No, ma'am. | 15:16:44 |
| 20 | Q    Do you have -- and all of these questions | 15:16:44 |
| 21 | now are going to pertain to your time as a safety | 15:16:47 |
| 22 | officer. | 15:16:51 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

282

```
 1    spend preparing budget requests?                    15:17:37

 2              MS. PASCHAL:  Objection.  Beyond the      15:17:41

 3    scope of the direct examination.                    15:17:42

 4        A    None.                                       15:17:44

 5        Q    Do you submit any budget requests as a     15:17:44

 6    safety officer?                                      15:17:48

 7        A    No.                                         15:17:49

 8        Q    As the safety officer, do you update       15:17:50

 9    station policies?                                    15:17:55

10              MS. PASCHAL:  Objection.  Beyond the      15:17:56

11    scope of the direct examination.                    15:17:58

12        A    No, ma'am.                                  15:17:59

13        Q    As a safety officer, are you required to   15:17:59

14    engage in physical fitness?                          15:18:04

15        A    Yes, ma'am.                                 15:18:05

16        Q    And is that the same amount of physical    15:18:06

17    fitness as when you were a Captain I?                15:18:09

18        A    Yeah.  It's over -- SOP for everybody.     15:18:11

19        Q    So regardless of whether you're           15:18:14

20    functioning as a safety officer or a Captain I, the 15:18:17

21    same amount of hours apply?                          15:18:19

22        A    Yes, ma'am.                                 15:18:21
```

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

283

| | | |
|---|---|---|
| 1 | Q    And how much time do you spend engaged in | 15:18:21 |
| 2 | physical fitness each shift? | 15:18:27 |
| 3 | A    Same.  My goal is the same. | 15:18:28 |
| 4 | Q    And you also have discussed different | 15:18:30 |
| 5 | types of training.  Do you also attend training as | 15:18:32 |
| 6 | a safety officer? | 15:18:35 |
| 7 | A    Yes. | 15:18:36 |
| 8 | Q    And do you participate in that training? | 15:18:36 |
| 9 | A    Yes, ma'am. | 15:18:38 |
| 10 | Q    And how much time per shift, in a 24-hour | 15:18:38 |
| 11 | shift, do you participate in training? | 15:18:46 |
| 12 | A    I would have to say probably two hours | 15:18:48 |
| 13 | would be still good as a safety.  I'll check the | 15:18:51 |
| 14 | master calendar, and I know I can't make everything | 15:18:53 |
| 15 | because -- imagine that two-hour goal.  So in my | 15:18:57 |
| 16 | area that I have, I'll try to pick out a training, | 15:19:00 |
| 17 | or go to half a one and half another so I | 15:19:03 |
| 18 | participate in both. | 15:19:06 |
| 19 | But I would say, depending on how many | 15:19:07 |
| 20 | calls we run or if there's somebody hurt or an | 15:19:09 |
| 21 | accident, two hours would be a good general. | 15:19:11 |
| 22 | Q    And are you often leading the training as | 15:19:14 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

286

| | | |
|---|---|---|
| 1 | explain that right for you guys? | 15:21:14 |
| 2 | Q    Uh-huh. | 15:21:14 |
| 3 | A    So they had that training.  And then now | 15:21:16 |
| 4 | to build upon that training they are actually doing | 15:21:18 |
| 5 | a PowerPoint by station, one, so I don't think that | 15:21:22 |
| 6 | it impacted it much. | 15:21:28 |
| 7 | Q    Okay.  As a safety officer, do you -- | 15:21:29 |
| 8 | have you ever reported a disciplinary infraction? | 15:21:32 |
| 9 | MS. PASCHAL:  Objection.  Leading. | 15:21:36 |
| 10 | A    No, I have not -- currently.  But it's | 15:21:38 |
| 11 | kind of out of my scope, being out of that. | 15:21:45 |
| 12 | Q    So you -- | 15:21:48 |
| 13 | A    Out of operations, just to be specific. | 15:21:50 |
| 14 | Being in health and safety but out of that.  That's | 15:21:52 |
| 15 | the other captains -- every station that has a | 15:21:56 |
| 16 | safety officer, there's a Captain I that that's his | 15:22:03 |
| 17 | shift. | 15:22:05 |
| 18 | Q    And so as a Captain I, is it or is it not | 15:22:05 |
| 19 | your duty to report disciplinary infractions? | 15:22:09 |
| 20 | A    It's everybody's.  So, I mean, I wouldn't | 15:22:11 |
| 21 | report it -- when I answered the question, I said I | 15:22:14 |
| 22 | wouldn't report it to his chief.  You know what I | 15:22:17 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

287

1    mean?  I would not report it for discipline, no.        15:22:22

2         Q    Okay.  And as a safety officer, what is       15:22:24

3    your most important job duty?                           15:22:28

4         A    Being the advocate for health and safety      15:22:29

5    on emergency incidents.  And equal to that I would      15:22:32

6    say being there for our people that get exposed to      15:22:36

7    infectious diseases.  That we're there to take them     15:22:44

8    through the process.                                    15:22:46

9         Q    And what do you mean by "advocate for         15:22:47

10   health and safety"?                                     15:22:50

11        A    Well, I mean by going to the fires, you       15:22:50

12   know, we work for the incident commander at             15:22:53

13   whatever rank.  Like I said, it could run from          15:22:56

14   lieutenant up to, you know, the deputy chief to the     15:22:59

15   fire chief.                                             15:23:02

16        So we're going around the scene, just              15:23:03

17   making sure everybody is safe, making sure              15:23:05

18   everybody is wearing the right gear.  If the            15:23:07

19   conditions change and we need to get them out, you      15:23:10

20   know, we get them out.                                  15:23:13

21        Q    And as a safety officer, when you're on a     15:23:14

22   fire scene do you ever see other Captain I's or         15:23:17

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

288

| | | |
|---|---|---|
| 1 | Captain II's on the fire scene? | 15:23:21 |
| 2 | A    Sure.  I see everybody. | 15:23:22 |
| 3 | Q    And what types of activities are they | 15:23:24 |
| 4 | engaging in? | 15:23:27 |
| 5 | MS. PASCHAL:  Objection.  Beyond the | 15:23:29 |
| 6 | scope of the direct examination. | 15:23:31 |
| 7 | A    The same stuff I did when I was a | 15:23:32 |
| 8 | captain.  You know, participating with their crew | 15:23:34 |
| 9 | to get that goal, their assignment done.  Whatever | 15:23:39 |
| 10 | they're assigned to by command. | 15:23:41 |
| 11 | Q    And you also mentioned, as one of your | 15:23:43 |
| 12 | job duties for a safety officer was with regard to | 15:23:46 |
| 13 | infectious diseases? | 15:23:50 |
| 14 | A    Yeah. | 15:23:51 |
| 15 | Q    And what did you mean by that? | 15:23:52 |
| 16 | A    For infectious disease, if one of our | 15:23:53 |
| 17 | providers, or even the citizens, like I | 15:23:57 |
| 18 | mentioned -- excuse me, citizen, good samaritan, if | 15:24:00 |
| 19 | they do CPR it's reported to us and we take action: | 15:24:00 |
| 20 | Get information, report it to infectious disease | 15:24:05 |
| 21 | physicians - the health department for civilians - | 15:24:09 |
| 22 | and we go all the way through to ensure that the -- | 15:24:12 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

289

| | | |
|---|---|---|
| 1 | under the Ryan White law, we have to work with the | 15:24:15 |
| 2 | facilities to allow them -- to realize that we have | 15:24:18 |
| 3 | the right to have them draw the patient's blood. | 15:24:21 |
| 4 | We wait for that to be -- the results to | 15:24:23 |
| 5 | come back, and then we're the ones that would | 15:24:26 |
| 6 | give proactive -- I say proactive.  Prophylactic | 15:24:29 |
| 7 | medicine to combat anything. | 15:24:33 |
| 8 | And then we also would get them to the | 15:24:35 |
| 9 | right place.  We get the medicines for them.  We go | 15:24:38 |
| 10 | to the pharmacy. | 15:24:41 |
| 11 | Q    And is that both for civilians and for | 15:24:41 |
| 12 | uniformed personnel? | 15:24:44 |
| 13 | A    That service is for uniform.  Once we | 15:24:46 |
| 14 | report and secure the blood for testing from the | 15:24:48 |
| 15 | hospital, we hand it over to the Fairfax County | 15:24:53 |
| 16 | Health Department. | 15:24:56 |
| 17 | Q    So in your job as safety officer, have | 15:24:56 |
| 18 | you ever known either a Captain I or a Captain II | 15:24:58 |
| 19 | to perform CPR? | 15:25:01 |
| 20 | MS. PASCHAL:  Objection.  Foundation. | 15:25:04 |
| 21 | Also beyond the scope of the direct examination. | 15:25:07 |
| 22 | THE WITNESS:  I apologize. | 15:25:09 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

290

| 1 | A    Yes. | 15:25:10 |
| 2 | Q    And what -- you mentioned what you do as | 15:25:10 |
| 3 | a safety officer on a fire scene.  Do you -- are | 15:25:15 |
| 4 | you also required to respond to emergency scenes? | 15:25:18 |
| 5 | A    Yeah.  I mean, I can really respond to | 15:25:22 |
| 6 | whatever they need.  But when you mean "emergency | 15:25:24 |
| 7 | scene," you mean EMS, like medical? | 15:25:26 |
| 8 | Q    Exactly. | 15:25:28 |
| 9 | A    I have, yeah. | 15:25:29 |
| 10 | Q    Do you know what type of calls you're | 15:25:30 |
| 11 | dispatched to as a safety officer? | 15:25:33 |
| 12 | A    Yeah. | 15:25:34 |
| 13 | Q    And what are those? | 15:25:35 |
| 14 | A    Like I said, the fire calls, the hazmat, | 15:25:36 |
| 15 | TROT, gas leaks, accident with injuries, CO leaks, | 15:25:38 |
| 16 | fuel spills.  But I also carry a full -- I have an | 15:25:47 |
| 17 | AED, I have an A bag, I have oxygen.  I'm the EMT. | 15:25:50 |
| 18 | So, I mean, if I'm out and around doing | 15:25:55 |
| 19 | station visits or coming from a call, going to | 15:25:57 |
| 20 | wherever, and I'm the closest unit to a CPR, to | 15:25:59 |
| 21 | somebody having fell off their bike, I mean, it | 15:26:06 |
| 22 | wouldn't be very good if I didn't add on to that | 15:26:10 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

291

| | | |
|---|---|---|
| 1 | call. | 15:26:13 |
| 2 | Q    When you add on, would that be recorded | 15:26:13 |
| 3 | in the CAD system? | 15:26:15 |
| 4 | A    Should be.  Yeah.  Have to be. | 15:26:16 |
| 5 | Q    And what are you doing as a safety | 15:26:20 |
| 6 | officer at, for instances, an accident-with-injury | 15:26:23 |
| 7 | scene? | 15:26:25 |
| 8 | MS. PASCHAL:  Objection to form.  And | 15:26:26 |
| 9 | also beyond the scope of the direct examination. | 15:26:28 |
| 10 | A    I would -- you know, depends -- | 15:26:31 |
| 11 | MS. FAULMAN:  And, actually, you asked | 15:26:31 |
| 12 | him questions about what he's dispatched to as a | 15:26:32 |
| 13 | safety officer, so it's not beyond the scope of the | 15:26:35 |
| 14 | direct examination. | 15:26:37 |
| 15 | MS. PASCHAL:  Well, I'm still making my | 15:26:37 |
| 16 | objection for the record.  I think you're going | 15:26:38 |
| 17 | into a level of detail that was not -- I didn't | 15:26:39 |
| 18 | open the door to.  But it's my objection for the | 15:26:41 |
| 19 | record. | 15:26:44 |
| 20 | Q    You can answer. | 15:26:45 |
| 21 | A    All right.  Your... | 15:26:46 |
| 22 | Q    What types of things are you doing in | 15:26:47 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

292

| | | |
|---|---|---|
| 1 | your role as a safety officer at an actual | 15:26:49 |
| 2 | accident? | 15:26:54 |
| 3 | A    Oh, at an accident-injury scene? | 15:26:54 |
| 4 | Q    Uh-huh. | 15:26:59 |
| 5 | A    Again, it depends when you arrive. | 15:27:00 |
| 6 | Q    Can you elaborate for me? | 15:27:03 |
| 7 | A    Sure.  If -- like on that -- if I add on | 15:27:03 |
| 8 | to that medical call and nobody else is there, then | 15:27:04 |
| 9 | I have to do my EMT functions. | 15:27:06 |
| 10 | So if it's CPR, I'd have to start CPR. | 15:27:10 |
| 11 | If I arrive first, which happens -- if I'm out in a | 15:27:15 |
| 12 | station or units are at a station, I might get | 15:27:17 |
| 13 | there first.  So if I get there first, I'm going to | 15:27:20 |
| 14 | have to try to block the scene with my car and do | 15:27:23 |
| 15 | the same work that I would do if I was the first | 15:27:25 |
| 16 | unit there.  But it would only be one of me. | 15:27:28 |
| 17 | Meaning call for the right resources, give a | 15:27:31 |
| 18 | report, handle anything that would be there.  I | 15:27:33 |
| 19 | would be just a regular firefighter on that scene. | 15:27:36 |
| 20 | As units came in or if I arrived as units | 15:27:38 |
| 21 | got there, my role would be 360 degree, making sure | 15:27:41 |
| 22 | the patient was covered up for any glass or | 15:27:46 |

VIDEOTAPED DEPOSITION OF MICHAEL B. DAVIS
CONDUCTED ON MONDAY, JUNE 2, 2014

293

| | | |
|---|---|---|
| 1 | hazards, there was a protective line, no fuel leak, | 15:27:50 |
| 2 | people were in proper gear, make sure they have | 15:27:53 |
| 3 | universal precautions.  That would be kind of my | 15:27:57 |
| 4 | role. | 15:28:00 |
| 5 | Q    You talked a little bit during your | 15:28:00 |
| 6 | deposition about USAR.  Is that what it is, Urban | 15:28:08 |
| 7 | Search & Rescue? | 15:28:14 |
| 8 | A    Yes, ma'am. | 15:28:14 |
| 9 | Q    And you may have mentioned this, but -- | 15:28:14 |
| 10 | and so if you did, I apologize.  But were you paid | 15:28:15 |
| 11 | by Fairfax Fire Department during the time you were | 15:28:18 |
| 12 | working for Urban Search & Rescue? | 15:28:20 |
| 13 | A    My paycheck came from there, yes.  But I | 15:28:23 |
| 14 | believe, through cooperative agreements, that my | 15:28:28 |
| 15 | pay and whoever back fills any position on that | 15:28:31 |
| 16 | team, not just me, from firefighter, lieutenant, up | 15:28:34 |
| 17 | through chiefs that we have on the team, it's -- | 15:28:37 |
| 18 | our pay for working and our backfill pay. | 15:28:40 |
| 19 | So I think it's a payment by the county | 15:28:44 |
| 20 | that is reimbursed from the cooperating agency, | 15:28:48 |
| 21 | FEMA or USAID. | 15:28:52 |
| 22 | Q    And when you are doing Urban Search & | 15:28:54 |

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

--------------------------------x

GERARD MORRISON, et al.,              :

                    Plaintiffs,       :   Civil Action No.:

            vs.                       :   1:14cv5

COUNTY OF FAIRFAX, VA.,               :   Judge Hilton

            Defendant.                :   Magistrate Judge

--------------------------------x   Anderson


30(b)(6) DEPOSITION OF GARRETT L. DYER

McLean, Virginia

Thursday, May 22, 2014

9:58 a.m.


CONTAINS CONFIDENTIAL MATERIAL


Job No.:  1-248582

Pages:  1 - 126

Reported by:  Elizabeth Mingione, RPR

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 25

1    based on their particular position.  From a parity

2    perspective you have one Captain II and two Captain Is

3    per shift.  And the Captain II obviously oversees the

4    two Captain Is on their particular shift to address

5    any issues administratively and performance wise that

6    they may see or may come up as it relates to the two

7    Captain Is.

8         Q.    Okay.  I was just asking about the Captain

9    I, and I think you said that they have the same job

10    duties as each other, whether they are assigned to

11    station 15 or 35?

12         A.    Operationally speaking.

13         Q.    Okay.  And within the stations when -- what

14    do you mean operationally speaking?  What's your

15    caveat there?

16         A.    Operationally speaking means when they

17    respond to an emergency, and they arrive on an

18    incident scene, and once they report to command,

19    obviously they became part of that command staff.  And

20    as a result of that, their duties on that fire ground

21    or other incident scene is the same.  Yes.

22         Q.    And so how are their duties, if at all,

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 27

```
 1        A.    You -- in comparison.  Yes.

 2        Q.    To each other?

 3        A.    Are we talking about the Captain Is, the

 4   two Captain Is?

 5        Q.    The two Captain Is, well, there's more than

 6   two.  There's six, right?

 7        A.    Yes.

 8        Q.    There's three assigned to station 15 and

 9   there's three assigned to station 35, correct?

10        A.    Okay.  So if I understand your question,

11   you are talking about the same --

12        Q.    Is that correct?

13              MS. PASCHAL:  Would you let him clarify.

14   He's trying to find out what you want.

15              BY MS. ELKIN:

16        Q.    No.  I understand you can question, but I

17   want to just answer this question first.  You would

18   agree that there are six Captain Is based on the fact

19   that there are three at station 15 and three at 35,

20   one on each shift, correct?

21        A.    There are six Captain Is.

22        Q.    Okay.  And there's one on each shift?
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 28

```
 1        A.    Two per shift.  There's six.

 2        Q.    I'm sorry.  There's one at each station?

 3        A.    Yes.

 4        Q.    On each shift, correct?

 5        A.    Yes.

 6        Q.    All right.  So would you agree that those

 7   Captain Is have the same job duties no matter whether

 8   they are assigned to A shift, B shift or C shift, and

 9   no matter whether they are assigned to station 15 or

10   station 35?

11        A.    They have the same job duties.  Yes.

12        Q.    Okay.  And would you agree that they have

13   the same job responsibility -- I'm sorry, the same

14   authority as each other?

15             MS. PASCHAL:  Objection to form.

16        A.    Yes.  They would have the same authority

17   with respect to how they address issues on the fire

18   ground.  Yes.

19        Q.    Okay.  Are the safety officer Captain Is

20   the only personnel within your division -- or bureau,

21   I guess it's called?

22        A.    Bureau.
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 29

1          Q.     Bureau that are assigned to 24-hour shifts?

2          A.     They are at this point.  Yes.

3          Q.     Okay.  What about you?

4          A.     I'm not assigned to a 24-hour shift.

5          Q.     And is the Business Services Bureau

6     Assistant Chief Burke assigned to a 24-hour shift, if

7     you know?

8          A.     He is not.

9          Q.     So the only -- and neither is Chief

10    Caussin.  You all at the assistant chief level are

11    40-hour employees, correct?

12         A.     Yes.

13         Q.     All right.  So then is it fair to say that

14    the battalion chief -- is there still a battalion

15    chief assigned to the safety section?

16         A.     Yes, there is.

17         Q.     Does that battalion chief work a 40-hour

18    job?

19         A.     40-hour job.

20         Q.     All right.  And when did they -- when did

21    you bring on the Captain IIs into the safety section?

22         A.     The Captain IIs position was announced in

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 38

1     have to go through in order to be eligible to take a

2     Captain I safety officer position?

3          A.    No.   That's it specifically.   And obviously

4     there's additional professional development training

5     that they go through to broaden their education about

6     health and safety.

7          Q.    And just like the other captain, the

8     Captain I safety officers have the same fitness

9     requirement.   They are supposed to do an hour a day on

10    duty, correct?

11         A.    Yes.   They are supposed to do PT on duty.

12         Q.    And what about training in the station?   Do

13    the Captain I shift officers participate in the daily

14    station training that Chief Caussin was talking about

15    or the daily street -- whatever the two hours --

16    two-hour goal of the station training; do the Captain

17    I safety officers participate in that at the station?

18         A.    They participate in some, as designated by

19    the unit officers, if you will, as standard

20    operations.   If in fact they set up a particular

21    training, meaning an operational Captain I out there

22    in field that requires a participation of the safety

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 43

```
 1        A.     They obviously have all their equipment and

 2    protective equipment within their buggy, so --

 3        Q.     Within their?

 4        A.     Buggy, their safety truck.

 5        Q.     Okay.

 6        A.     Buggy, safety truck, SUV.

 7        Q.     Okay.

 8        A.     So they obviously respond in their normal

 9    uniform attire, as would a engine driver or truck

10    driver, because they can't obviously drive with all

11    their fire-fighting ensemble on.  So once they get to

12    the scene of an event, depending on what the event

13    type is, then they are responsible for donning their

14    protective equipment being their boots, their PPE

15    which is their fire pants, their fire coat, their

16    SCBA, their helmet, their PBI and/or Nomex hood and

17    report to the incident command post if in fact that

18    has been set up already.

19               If not, obviously they will begin

20    evaluating the scene.

21        Q.     And what is the difference between what

22    they are doing in terms of evaluating the scene, the
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 44

1    safety officers, and what the other captains or

2    lieutenants first arriving would do in terms of

3    evaluating the scene?

4         A.    Well, everybody's conducting the

5    risk-benefit analysis, if you will.  And every

6    position or every unit that arrives on the scene have

7    a functional responsibility of doing something, you

8    know, with respect to the piece of apparatus in which

9    they are driving on that day or when they arrive on

10   the incident scene.

11             So while a engine officer or truck officer

12   may have functional responsibilities, this is what

13   they are thinking when they arrive on that particular

14   scene.  The safety officer's view is much larger in

15   scope because they are evaluating multiple things in

16   that they are looking at the entire scene from

17   apparatus positioning to any hazards that may be

18   recognizable on the particular scene.

19             They carry obviously monitors on them as

20   well to determine whether or not there's gas leaks.

21   You know they are looking at any type of structural

22   issues that may be pertinent to the incident commander

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 45

1    or the firefighters' health and safety on the event.

2    So again it depends on the event type in which they

3    respond to their scope of what they are doing from a

4    safety perspective is much broader.

5        Q.    Okay.

6        A.    Although everybody's responsible for

7    safety, if you will, their primary function is to view

8    that so that they can report back to the incident

9    commander.

10       Q.    Okay.  Are they ever called upon to -- when

11   they are evaluating the safety and doing the overall

12   view of the scene -- to throw ladders or pull hose or

13   anything like that?

14       A.    No, they are not.

15             MS. PASCHAL:  Objection to form.

16       Q.    Okay.  So what is -- what's an IDLH?

17       A.    It's an acronym for immediately dangerous

18   to life and health.

19       Q.    And does the safety officer have any job

20   responsibilities with respect to something that -- do

21   they designate something as IDLH or how does that

22   work?

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 48

```
 1    are commanding a fire scene?

 2         A.    Well, if you want --

 3         Q.    Or an emergency scene?

 4         A.    Well, it's really the development of within

 5    the incident command system.  You have command and

 6    general staff, if you will, in that organizational

 7    setup.  And within that organizational setup, you have

 8    the incident commander and folks that report to the

 9    incident commander directly is considered to be

10    command staff.

11         Q.    Okay.

12         A.    Those other components would be such

13    positions as PIO, if in fact they are on the scene;

14    they report directly to the incident commander, and

15    the safety officer report directly to the incident

16    commander.

17         Q.    And the incident commander as I believe was

18    discussed yesterday -- I am sorry, yes, the incident

19    commander could be a lieutenant if the lieutenant is

20    the first officer in charge arriving on the scene, or

21    is the second even who takes command of the scene.  Is

22    that correct?
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 49

```
 1           MS. PASCHAL:  Objection to form.

 2      A.    It could be if in fact they arrive first,

 3  or if they arrive in the capacity of a Captain I or a

 4  Captain II on that particular day.

 5      Q.    Okay.  What kind of tools does a safety

 6  officer use on this job?

 7      A.    Tools.

 8      Q.    Yes.  Or equipment?

 9      A.    They have gas meters and monitors.  They

10  have RAD, which is the monitors and meters to test

11  radioactivity.  I think, well, they are all air

12  sampling monitors, if you will.

13           They carry specific things for highway

14  safety, if you will.  They carry extra supplies if in

15  fact they have to replace something for someone on the

16  fire ground.  They may have extra stuff within their

17  buggy, but I would have to get a list --

18      Q.    Okay.

19      A.    -- for you of other things that may be

20  located on that particular buggy.

21      Q.    Do they go lights and sirens to an event

22  that --
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 57

1    may have happened on a particular event, things that

2    went well, things that didn't.

3             Obviously the safety officers would also be

4    a part of that, those discussions and those meetings.

5        Q.    Wouldn't the crew also be part of those

6    meetings?

7        A.    Depending.

8        Q.    But they could be?

9        A.    They very well could be.

10        Q.    And when I'm talking about the crew, I am

11    talking about the lieutenants and firefighters who

12    were on the scene or could learn something from a

13    meeting like that?

14        A.    Yes.

15        Q.    Okay.  The safety officers do not have any

16    direct reports, correct?

17        A.    The safety officer Captain Is --

18        Q.    Captain I?

19        A.    -- do not have any direct reports.

20        Q.    So you would agree they do not perform

21    performance evaluations for anybody, correct?

22             MS. PASCHAL:  Objection to form.

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 58

```
 1        A.    Correct.  They do not perform performance

 2   evaluations because they have no direct reports.

 3        Q.    Right.  Would you agree that the safety

 4   officer Captain Is do not have the authority to hire

 5   or fire other personnel?

 6              MS. PASCHAL:  Objection to form.

 7        A.    They don't have any authority to hire or

 8   fire personnel, no.  Obviously they have input in

 9   discussion with regards to performance on fire grounds

10   or other incident scenes with their higher authority,

11   either battalion chiefs or deputy chiefs, if you will.

12        Q.    And would their input be what they saw in

13   terms of how that firefighter was following good

14   safety practices or not following good safety

15   practices?  Is that what you are referring to?

16        A.    Yes.  And obviously that would be

17   reflective of any type of back-step critique or tail

18   board critique, if you will, in which they are a part

19   of that critique that happens after most incidents.

20        Q.    Okay.  Now, for purposes of hiring they

21   wouldn't be sitting in on any kind of meeting to

22   discuss whether to hire someone because obviously the
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

```
 1    discussed, but the deputy chief is aware of all things

 2    as purchased within their division.

 3         Q.   Okay.

 4              MS. PASCHAL:  Molly, I need to take a quick

 5    break.

 6              MS. ELKIN:  Okay.

 7                       - - -

 8              (Recessed at 11:09 a.m.)

 9              (Reconvened at 11:21 a.m.)

10                       - - -

11              BY MS. ELKIN:

12         Q.   Chief, is there anything about your earlier

13    testimony that you want to change?

14         A.   No.

15         Q.   Okay.  Like the Captain I shift

16    supervisors, Captain II station commanders, when the

17    Captain I safety officers are not responding to calls

18    and doing safety activities in the field or doing

19    training at some location, is it your expectation that

20    the Captain I safety officers remain in an alert,

21    ready state back at station 35 or 15?

22              MS. PASCHAL:  Objection to form.
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 72

```
 1        A.    An alert, well, they are expected to remain

 2    in an alert steady state at all times, not so much at

 3    the particular station because they have a wide area

 4    of coverage.  This is where they are, you know, that

 5    particular where the officer's housed outside of the

 6    Massey building, which is headquarters, but they have

 7    a wide area of coverage in which they need to address.

 8        Q.    Do they spend a lot of time in their SUVs,

 9    the safety officers?

10        A.    What do you mean by a lot of time in the

11    SUV?

12        Q.    Well, do you know if they spend more time

13    sort of in the SUVs, because they do have a wider

14    range to cover than just a normal shift supervisor,

15    right?  I mean they --

16            MS. PASCHAL:  Objection to form.

17        Q.    They can go to any -- there's only two of

18    them on duty at once, right?

19        A.    Three.

20        Q.    Three, now that there's a Captain II?

21        A.    Yes.

22        Q.    So now there's -- up until a month ago
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 80

```
 1       A.    Property damage to citizens' property,

 2  property damage, i.e., a vehicle runs in someone's

 3  driveway and runs in their lawn and damages their lawn

 4  or hits a vehicle or hits them on the property.

 5       Q.    Stopping you right there.  Again the

 6  vehicle you are talking about is a fire department

 7  vehicle damages somebody's property or damages --

 8       A.    Yes.

 9       Q.    Okay.  Sorry.  Keep going.

10       A.    Okay.  Personal injuries, be it civilian

11  injuries and/or uniform injuries, uniformed personnel

12  injuries.

13       Q.    Okay.  Other than investigations into those

14  types of accidents or injuries, and other than

15  responding to calls for purposes of safety analysis,

16  job duties that you have already described, is there

17  anything else that the Captain I safety officers do?

18       A.    They are responsible for inspections.  They

19  inspect facilities for safety-related issues.  They

20  inspect Fire and Rescue Department vehicles, if in

21  fact there's any safety concerns associated with that

22  particular vehicle.  They inspect certain tools and
```

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 81

1    equipment.

2              If there was some accident and/or injury or

3    some concern with a particular piece of equipment,

4    their office is responsible for being a part of that

5    evaluation process.  And they inspect personal and

6    protective equipment from other firefighters.  Then

7    they have an idea they may have suffered some type of

8    structure damage to their equipment or other damage to

9    their equipment.  And the safety officer's responsible

10   for inspecting that PP, their personal protective

11   equipment to ensure it's either, one, need to be taken

12   out of service or, two, that it could be -- could

13   continued to be used.

14        Q.    Could be what?

15        A.    Continued to be used.

16        Q.    Okay.  Other than investigations,

17   inspection, training you have already discussed,

18   responding to calls, any other sort of job duties that

19   come to mind for safety officer Captain Is?

20        A.    Yeah.  They participate on the accident

21   review board.

22        Q.    And what is that?

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

 1    correct?

 2         A.    A shift leader is usually assigned to a

 3    shift with respect to a fire station.

 4         Q.    And you would agree that a Captain I safety

 5    officer is not a shift leader, correct?

 6              MS. PASCHAL:  Objection to form.

 7         A.    Well, see, they are not assigned to a

 8    particular shift at a particular station.

 9         Q.    And they are not a shift leader.  They are

10    not a shift supervisor, correct?

11         A.    They are not a shift supervisor, not that

12    you know --

13         Q.    And the Captain I safety officers are not a

14    station commander, correct?

15         A.    Pardon?

16         Q.    They are not station commanders?

17         A.    Only a Captain II is a station commander.

18         Q.    Okay.  So you would agree then that Captain

19    I safety officers are not station commanders?

20         A.    By virtue of their rank, they are not

21    station commanders.

22         Q.    Okay.  Would anybody, if there was another

GARRETT DYER - 5/22/2014
CONTAINS CONFIDENTIAL PORTIONS

Page 94

```
 1    shift for station 15 or 35?

 2             MS. PASCHAL:  Objection to form.

 3        A.   More than likely they would not issue

 4    discipline directly, but they will be a part of the

 5    process.

 6        Q.   All right.  Let me show you another

 7    document, and we'll mark it as 47.

 8                         - - -

 9             (A document was marked as Deposition

10    Exhibit Number 47.)

11                         - - -

12             BY MS. ELKIN:

13        Q.   All right.  We are going to try to use the

14    document I just gave you, but it printed out without

15    any numbers on the side, which might make it a little

16    difficult.

17             MS. REWARI:  It's a spreadsheet.

18             Ms. ELKIN:  If you create a column, it

19    apparently does.

20             MS. REWARI:  But the way it was provided it

21    didn't have a number column, did it?

22             MS. ELKIN:  Yes, there are 1,778 entries.
```

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

----------------------------------x

GERARD MORRISON, et al.,              :

               Plaintiffs,        : Civil Action No.:

         vs.                       : 1:14cv5

COUNTY OF FAIRFAX, VA.,               : Judge Hilton

            Defendant.         : Magistrate Judge

----------------------------------x Anderson


30(b)(6) DEPOSITION OF TONI GARCIA

McLean, Virginia

Wednesday, May 14, 2014

2:23 p.m.


CONFIDENTIAL TESTIMONY REDACTED


Job No.:  248558

Pages:  1 - 199

Reported by:  Elizabeth Mingione, RPR

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 35

1        Q.    And the earlier witness, well, let me --

2    there might be some overlap on the shifts and

3    schedules and that kind of thing and assignments with

4    you and the earlier witness.

5            Would you agree that the captains who work

6    the 24-hour shifts in the fire department are only

7    Captain I suppression shift supervisors, Captain I

8    safety officer, Captain II EMS supervisor and Captain

9    II station commander?

10       A.    Yes.

11           MS. PASCHAL:  Objection to form.

12       Q.    Okay.  So you would agree that there's no

13   other captains in the fire department who work those

14   24-hour schedules?

15           MS. PASCHAL:  Objection to form.

16       A.    No, I don't agree.

17       Q     Okay.  Who else would work a 24-hour --

18       A.    Apologize.  Yes, I do agree.  I do agree.

19   I was thinking of something else.

20       Q.    Okay.  I mean there are other Captain Is

21   who might be assigned to inspections or fire marshals

22   or investigations, correct?

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 36

1      A.    Correct.

2      Q.    Or Captain IIs?

3      A.    Correct.

4      Q.    But they are going to be on a different --

5      A.    Work.

6      Q.    -- work schedule, correct?

7      A.    Correct.

8      Q.    All right.  And you would agree that the

9   Captain Is and IIs in this case are all assigned to

10   either an A shift, a B shift or a C shift?

11      A.    In the example you gave, yes.

12      Q.    What do you mean the example I gave?

13      A.    The ones that are in the field.

14      Q.    Right.  The ones in this case that we've --

15      A.    Correct.

16      Q.    Those four categories of captains --

17      A.    Correct.

18      Q.    -- are all assigned to an A shift, a B

19   shift or a C shift?

20      A.    Correct.

21      Q.    And you would also agree that lieutenants

22   are also assigned to the exact same A shift, B shift

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

1    there?

2         A.    I believe it's the 38.

3         Q.    One for each station?

4         A.    One for each station.

5         Q.    And how many Captain I shift supervisors

6    are there?

7         A.    You multiply the 2 by the 38.

8         Q.    So?

9         A.    What is that?

10        Q.    76?

11        A.    Yes.

12        Q.    Okay.  Do you know how many lieutenants

13   there are?

14        A.    No.  Not off the top of my head, I don't.

15        Q.    Lieutenants assigned to Operations is what

16   I was --

17        A.    I understand the question.  I don't know

18   off the top of my head.

19        Q.    Would you agree that since at least January

20   of 2011 all of the captains in this case that were

21   assigned to one of the captain positions in this case,

22   there are -- no matter their rank, Captain I or

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 43

```
 1     Captain II, they worked a regular and recurring

 2     schedule of 24 hours on duty, followed by 24 duties

 3     off, followed by 24 hours on, followed by 24 hours

 4     off, don't look at my fingers; I'm getting them all

 5     messed up; followed by 24 hours on and then a 96-hour

 6     days off.

 7              MS. PASCHAL:  Objection to form.

 8       A.    Is the four-day break?

 9       Q.    Yes.

10       A.    Yes.

11       Q.    Okay.  And you would agree that this

12     results in the captains regularly working a schedule

13     of either 216 hours every 28 days or 240 hours every

14     28 days?

15       A.    Yeah.  I think, actually, and again I would

16     have to figure the math again, but they work either

17     nine days a month, eleven days a month or nine, ten or

18     eleven days a month.

19       Q.    Okay.

20       A.    So, you know, multiply that by the 24-hour

21     shift and that's what they would work.

22       Q.    So if another witness said, yes, they work
```

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 87

 1    testing knowledge.

 2         Q.    Okay.  So a fire -- so F20 would be a fire

 3    technician who has --

 4         A.    A master designation.

 5         Q.    Okay.

 6         A.    They are typically called master

 7    technicians.

 8         Q.    Okay.  And then --

 9         A.    But it's not in itself considered a rank.

10         Q.    Okay.  F21?

11         A.    That might be the -- the apparatus

12    supervisor.  Again, not 24-hour shifts employee.

13         Q.    So that it would be the supervisor of those

14    F17s?

15         A.    Correct.

16         Q.    And then F22, is that a lieutenant?

17         A.    Yes.

18         Q.    And F23?

19         A.    No rank.

20         Q.    What is it?  It's just nothing?  Nobody's

21    in that spot?

22         A.    No.

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 88

```
 1        Q.    And what do you -- is an F24, nobody's in

 2    that either, right?

 3        A.    No.

 4        Q.    And then F25 is a Captain I?

 5        A.    Yes.

 6        Q.    F26, no rank?

 7        A.    No.

 8        Q.    F27 and Captain II?

 9        A.    Correct.

10        Q.    What's an F29?

11        A.    Is a battalion chief.

12        Q.    F31?

13        A.    Trying to, oh, F31 I believe is the deputy

14    chief.

15        Q.    F33 it looks like?

16        A.    Yes.  Assistant chief.

17        Q.    And then the fire chief?  Whoops, he's not

18    on here.

19        A.    No.

20        Q.    Is he an F?

21        A.    He's an E scale, executive.

22        Q.    Okay.  And your testimony would be the same
```

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 89

1    for each year of this, the pay plans set forth in

2    Exhibit 12?

3         A.    Yes.

4         Q.    Okay.  Who prepares the performance

5    evaluations for Captain Is?

6         A.    The battalion chief.

7         Q.    And would the battalion chiefs also prepare

8    the performance evaluations for Captain IIs?

9         A.    Yes.  They are -- the Captain Is and

10   Captain IIs directly report to the battalion chief.

11        Q.    And do the Captain Is perform the

12   performance evaluations for the lieutenants?

13        A.    Yes.

14        Q.    Can a battalion chief also prepare the

15   performance evaluation for a lieutenant or would he be

16   the reviewer?

17        A.    He would be the reviewer.

18        Q.    And I think you said already that the

19   lieutenants can prepare the performance evaluations

20   for the firefighters?

21        A.    Um-hmm.  And the fire technicians.

22        Q.    So the lieutenants, going back to Exhibit

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

1      A.    Fire chief.  Fire chief I believe has to

2    approve everything, and then it goes to the county.  I

3    think it's an on-line form for all of them.

4      Q.    Okay.  All right.  Tell me about the

5    promotional process generally.

6            How does a promotion become available to

7    somebody wanting to become a lieutenant, for example?

8    What happens?

9            MS. PASCHAL:  Objection to form.

10     A.    When -- can you -- could you define

11    promotional process?

12     Q.    Well, I don't -- I guess how does somebody

13    go from what we were talking about like an F18 up to

14    an F21 or F22?

15     A.    Okay.  So say if the firefighter, the F18

16    to an F22, they would have to have required

17    certifications, required time and grade per the class

18    spec.  All that is per class spec.  It's all listed in

19    there under employment standards as well as

20    certifications and licenses.

21            And they would have to apply for a

22    promotional exam to participate in a promotional exam,

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

1    take the exam, and be placed on the eligible list.

2        Q.    Okay.

3        A.    And if they are on the eligible list, then

4    the list is ranked one through whatever and Operations

5    goes down the list, you know, one, two, three, four,

6    five, six, seven, eight, because it's primarily --

7    it's the majority of the promotions and whatever are

8    probably going to be out of Operations because that's

9    where a majority of our people are, but we also have

10   staff positions available.

11         And for a staff position, you have to be at

12   least on the eligible list to participate in

13   interviewing at the higher level one staff positions,

14   if you want to be a lieutenant, say, in training.  And

15   so if you are on that eligible list, it doesn't matter

16   where you are on that eligible list.

17         If you interview and you are selected for

18   that position in staff, then you could be number 40 --

19       Q.    Go on.

20       A.    -- and on down number 5, and you could go

21   into training.  Now, there's some things that have

22   taken place over the last couple of years, some of our

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

1    captains and lieutenants in the field were tasked with

2     and they developed a great tool for lieutenants, new

3    probationary -- or newly promoted to lieutenants, but

4    really the goal is to have them start working on this.

5              It's a lieutenant task book.

6              So they have mapped out like ten, ten and

7    ten.  They have to arrive certain positions, ten, ten

8      and ten for a newly promoted -- or, sorry, I keep

9       saying newly promoted -- people that are in a

10     promotable range on a lieutenant's list.  It's the

11    first-level supervision.  It's the first time you are

12    an officer, so they put more effort into it.  And the

13      folks in the field are the ones that did that, put

14                    that together.

15             So a standard operating procedure has been

16      developed for that.  They have to complete that.

17    They can get promoted, but still have to complete that

18      task book.  Same thing if you are promoted in the

19     office before you have completed that task book, you

20         need to still complete the task book.

21       Q.    Okay.  Going back, is there first for a

22    lieutenant position, is there an announcement out that

1    there's going to be an exam?  Is that what happens

2    first when there's --

3        A.    Yeah.  Everybody that's -- since the

4    promotional eligible lists are posted on line for

5    everyone to see, as well as when people are promoted

6    from them, everybody can see when people are promoted,

7    the dates they were promoted.  So everybody knows

8    about when that exam is going to come out.

9            And per our standard operating procedure,

10   we provide a six-months advance notice unless there's

11   going to be a special exam.  So, yes, we post an IB

12   that will -- one, you'll first see an IB that goes

13   out, says we are looking for a committee to develop a

14   lieutenant's exam, let's say.

15            And the next one you are going to see is

16   after the committee's been selected, you'll maybe see

17     a bibliography go out if it's necessary.  But six

18   months in advance in that bibliography one, the dates

19    of the exam will be defined and we'll be given those

20   so the people can plan ahead.  And so, yes, it's about

21            a six-month advance notice.

22        Q.    And then the people who are eligible to

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

```
 1    take the exam, they take the exam, and there will be

 2    an assessment center?

 3         A.    Um-hmm.

 4         Q.    Is there always an assessment center for

 5    lieutenants and captains exams?

 6               MS. PASCHAL:  Objection to form.

 7         A.    There is -- just not for those.  No.

 8         Q.    For other ones too?

 9         A.    Yes.

10         Q.    But will there always be an assessment

11    center for a lieutenant's exam?

12         A.    There's an assessment center for all

13    officers.

14         Q.    Okay.

15         A.    All officers to battalion chief.  That's

16    what the --

17         Q.    And you consider a lieutenant an officer?

18         A.    Yes.

19         Q.    Okay.  Let's go through the exam process.

20    Everybody gets a score.  Let's make it a lieutenant

21    exam.

22         A.    Okay.
```

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 131

1       Q.    And there's a -- there's 20 people on the

2    promotion list.

3       A.    Okay.

4       Q.    Does -- once there's an opening in

5    suppression for lieutenant, does the fire chief have

6    to appoint number 1 or select number 1 on that list

7    and then number 2, et cetera?

8       A.    The -- him or his designee.  The ultimate

9    approval of course is our fire chief.  He signs off on

10   the general order that makes everything effective.

11   The Operations team meets together, and they identify

12   the staffing needs and who's coming off, you know,

13   who's next on the list.  And, yeah, they would go down

14   the list like that.

15      Q.    So can number 2 be promoted over number 1

16   in the field?

17      A.    There may be.  I have never seen it.  There

18   may be -- I don't think I've ever seen that.  There

19   may be instances that that could occur.

20      Q.    But from your understanding they just go

21   down the list unless there's some kind of exception in

22   order to fill vacancies at the --

30(b)(6) TONI GARCIA – 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

Page 132

1         A.    In the operational.

2         Q.    In the Operations?

3         A.    Yes.

4         Q.    Okay.  And fire chief is the appointing

5    authority?

6         A.    The fire chief --

7               MS. PASCHAL:  Objection to form.

8         A.    The fire chief is the -- the fire chief is

9    the only one that can make decisions on appointments,

10   promotions, any significant disciplinary action which

11   would be a suspension, demotion, disciplinary

12   diversion or termination.

13        Q.    So you would agree then a captain cannot

14   decide who to promote from firefighter to lieutenant?

15              MS. PASCHAL:  Objection to form.

16        Q.    Correct?

17        A.    Can you rephrase the question?

18        Q.    I mean do you understand the question?

19              MS. PASCHAL:  Objection to form.

20        A.    Could you just rephrase the question for

21   me?

22        Q.    Does a captain have the authority to

30(b)(6) TONI GARCIA - 5/14/2014
CONFIDENTIAL TESTIMONY REDACTED

1    promote somebody off of a lieutenant's eligibility

2    list up to lieutenant?

3         A.    Again, only -- the fire chief is the

4    appointing authority.  It goes through a routing

5    process, as you said, the exceptions.  It comes

6    forward from the assistant chief, say, of Operations,

7    I'm going to just use an easy term, floats the name,

8    you know, So and So, we have an opportunity.

9              So and So, you know, Toni Garcia is number

10   1 on the list.  We are promoting her effective

11   whatever.  Does anybody have any concerns.  Their

12   files have been checked meaning, you know, do they

13   have any discipline, any issues with performance.  Do

14   they have, you know, has any EEO, you know, complaints

15   been sustained, things like that they would look at

16   before the assistant chief would float that name.

17             The assistant chief and the deputy chief

18    are typically the ones that might put that out.  And

19    it's typically the assistant chief because they are

20              the head of that bureau.

21        Q.    Okay.  So when you say they put that out,

22   is it your testimony that the -- all the captains will

1

1          UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3              (Alexandria Division)

4    -------------------------x

5    GERARD MORRISON, et al.,   :

6              Plaintiffs,    :   Civ. Action No.:

7         v.              :   1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9              Defendant.    :

10   -------------------------x

11

12      Videotaped Deposition of CAPTAIN JARED B. GOFF

13               McLean, Virginia

14             Friday, June 6, 2014

15                1:44 p.m.

16

17

18

19

20   Job No: 59788

21   Pages: 1 - 139

22   Reported by: Kelly Carnegie, CSR, RPR

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

51

| | | |
|---|---|---|
| 1 | any specific instances," close quote.  Do you see | 14:27:58 |
| 2 | that? | 14:28:00 |
| 3 | A   Yes, sir. | 14:28:01 |
| 4 | Q   Am I correctly inferring from what you say | 14:28:01 |
| 5 | there that in the time you were Captain I in | 14:28:05 |
| 6 | operations with people working for you, you didn't | 14:28:10 |
| 7 | issue formal discipline to anybody? | 14:28:12 |
| 8 | A   Correct. | 14:28:14 |
| 9 | Q   How about when you were a lieutenant? | 14:28:20 |
| 10 | A   I did. | 14:28:23 |
| 11 | Q   What do you remember about discipline issues | 14:28:25 |
| 12 | as a lieutenant? | 14:28:27 |
| 13 | A   Discipline was recommended to the captain, | 14:28:29 |
| 14 | and it was also pushed up to the battalion chief and | 14:28:33 |
| 15 | it goes higher. | 14:28:36 |
| 16 | Q   And before I go any further in this, I take | 14:28:37 |
| 17 | it that when you were a lieutenant, in at least one | 14:28:42 |
| 18 | instance there was a time when you were involved in | 14:28:46 |
| 19 | the administration of some amount of formal discipline | 14:28:49 |
| 20 | to some employee, correct? | 14:28:52 |
| 21 | A   Yes. | 14:28:53 |
| 22 | Q   I don't want you to name that person. | 14:28:54 |

VIDEOTAPED DEPOSITION CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

52

| | | |
|---|---|---|
| 1 | A   No problem. | 14:28:57 |
| 2 | Q   Okay?  Just for the -- for his or her | 14:29:00 |
| 3 | privacy sake. | 14:29:02 |
| 4 | A   Understood. | 14:29:02 |
| 5 | Q   So is it more than one instance you remember | 14:29:03 |
| 6 | when you were a lieutenant? | 14:29:03 |
| 7 | A   Yes. | 14:29:06 |
| 8 | Q   Approximately how many? | 14:29:07 |
| 9 | A   How many times with discipline? | 14:29:08 |
| 10 | Q   Yes, where formal discipline, as we | 14:29:09 |
| 11 | discussed earlier, where it was going to be an oral | 14:29:12 |
| 12 | reprimand or a written reprimand or something more | 14:29:15 |
| 13 | serious. | 14:29:18 |
| 14 | A   I would say no more than ten. | 14:29:18 |
| 15 | Q   Did formal discipline result in each of | 14:29:25 |
| 16 | those instances that you're remembering? | 14:29:27 |
| 17 | A   For a majority, I would say. | 14:29:29 |
| 18 | Q   And in those where formal discipline was | 14:29:32 |
| 19 | administered, were you involved in the deliberative | 14:29:36 |
| 20 | process for deciding what discipline the employee was | 14:29:40 |
| 21 | going to receive? | 14:29:43 |
| 22 | MS. BURROUGHS:  Objection, vague. | 14:29:44 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

53

| | | |
|---|---|---|
| 1 | BY MR. POWELL: | 14:29:51 |
| 2 | Q   Do you understand my question? | 14:29:51 |
| 3 | A   Sort of.  Can you -- | 14:29:53 |
| 4 | Q   Yes.  I'm trying to avoid specifics, but in | 14:29:54 |
| 5 | any -- in any of those disciplines where formal | 14:30:04 |
| 6 | discipline actually was handed down to the employee, | 14:30:09 |
| 7 | you would have -- as the lieutenant you would have had | 14:30:13 |
| 8 | some role in that process, correct? | 14:30:17 |
| 9 | A   Obviously that would be either witnessing or | 14:30:20 |
| 10 | knowing of the infraction and passed that message | 14:30:21 |
| 11 | along to the captain, who again would pass it to the | 14:30:26 |
| 12 | battalion chief and to the deputy chief, and then back | 14:30:29 |
| 13 | down. | 14:30:31 |
| 14 | Q   So at the sort of initial reporting level, | 14:30:32 |
| 15 | you would have had some involvement in communicating | 14:30:35 |
| 16 | what had happened up the chain of command? | 14:30:39 |
| 17 | A   Yes. | 14:30:41 |
| 18 | Q   And do you remember in any of those | 14:30:42 |
| 19 | instances making a recommendation about what the -- | 14:30:45 |
| 20 | what the resolution should be? | 14:30:47 |
| 21 | A   Yes.  There were times depending on the | 14:30:51 |
| 22 | amount of infractions the one -- the employee had.  If | 14:30:54 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

54

1    it was the same infraction, obviously based upon our          14:30:57

2    policies, that recommendation would be a written             14:31:01

3    reprimand if it was a second -- second time, so...           14:31:04

4         Q    So in general, am I understanding you to say       14:31:09

5    that you had some involvement in the -- in the               14:31:11

6    consideration of what the right result was going to          14:31:16

7    be?  For example, you would look at the employee's           14:31:19

8    file and see whether he or she had similar problems          14:31:21

9    prior?                                                       14:31:25

10        A    Right.                                             14:31:25

11        Q    Correct?                                           14:31:26

12        A    Correct.                                           14:31:26

13        Q    And that's part of the information that you        14:31:26

14   would communicate up the chain of command?                  14:31:28

15        A    Yes, sir.                                          14:31:30

16        Q    But the ultimate decision about what              14:31:30

17   discipline to administer was not made by you, correct?      14:31:33

18        A    Correct.                                          14:31:35

19        Q    That's made upstream from you, correct?          14:31:36

20        A    Very much upstream.                               14:31:39

21        Q    And then it's communicated back down to you       14:31:41

22   and you participate in the session with the employee?       14:31:43

VIDEOTAPED DEPOSITION CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

67

| | | |
|---|---|---|
| 1 | A   I would say late summer or early fall of | 14:56:15 |
| 2 | 2012. | 14:56:19 |
| 3 | Q   2012? | 14:56:20 |
| 4 | A   Right. | 14:56:20 |
| 5 | Q   So -- | 14:56:21 |
| 6 | A   So this is -- | 14:56:22 |
| 7 | Q   -- a little bit after -- | 14:56:22 |
| 8 | A   Right. | 14:56:23 |
| 9 | Q   -- the date of this Exhibit 499.  Would | 14:56:24 |
| 10 | you -- right there at the -- or just above the middle | 14:56:27 |
| 11 | of the first page there's two paragraphs that follow | 14:56:32 |
| 12 | the word "duties."  Do you see that? | 14:56:34 |
| 13 | A   Yes. | 14:56:36 |
| 14 | Q   Take a look at those two paragraphs, please, | 14:56:36 |
| 15 | and my question is do you consider them to be an | 14:56:39 |
| 16 | accurate high level summary of the position? | 14:56:43 |
| 17 | A   It would be a -- it would be a high level | 14:56:49 |
| 18 | summary, yes. | 14:56:51 |
| 19 | Q   It's correct, though, isn't it? | 14:56:52 |
| 20 | A   It is. | 14:56:54 |
| 21 | Q   What did you do to get yourself ready to | 14:56:59 |
| 22 | test for the Captain I position? | 14:57:02 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

68

| | | |
|---|---|---|
| 1 | A    Well, recall my experience as lieutenant, | 14:57:08 |
| 2 | for one.  I had a lot of experience to operate on | 14:57:13 |
| 3 | fires and so on and so forth.  I utilized some of my | 14:57:18 |
| 4 | colleagues to put me into incident command positions, | 14:57:22 |
| 5 | scenarios, if you will, fire scenarios.  I studied | 14:57:30 |
| 6 | manuals.  I studied operating procedures, general | 14:57:34 |
| 7 | orders, rules and regulations. | 14:57:37 |
| 8 | Q    And then you said you took the test in the | 14:57:43 |
| 9 | summer or early fall of 2012? | 14:57:46 |
| 10 | A    Correct. | 14:57:47 |
| 11 | Q    Did you pass it the first time? | 14:57:48 |
| 12 | A    I did. | 14:57:51 |
| 13 | Q    And when did you approximately learn the | 14:57:52 |
| 14 | results? | 14:57:58 |
| 15 | A    A few -- a few weeks after the second -- | 14:57:58 |
| 16 | second part of the exam. | 14:58:00 |
| 17 | Q    By November of 2012, you were confident you | 14:58:07 |
| 18 | were going to receive the promotion, correct? | 14:58:11 |
| 19 | A    Yes, sir. | 14:58:13 |
| 20 | Q    Do you remember in late November sending an | 14:58:13 |
| 21 | e-mail to a number of people in the department who | 14:58:17 |
| 22 | were senior to you asking for their advice? | 14:58:22 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

93

| | | |
|---|---|---|
| 1 | A    Right. | 15:22:48 |
| 2 | Q    Right? | 15:22:48 |
| 3 | A    Correct. | 15:22:48 |
| 4 | Q    We talked a moment ago about having your | 15:22:51 |
| 5 | team ready to perform at peak proficiency. | 15:22:56 |
| 6 | A    Right. | 15:23:03 |
| 7 | Q    While you were a Captain I with operations | 15:23:03 |
| 8 | at the two stations where you served, would you agree | 15:23:05 |
| 9 | with me that your most important job was to protect | 15:23:08 |
| 10 | lives and save property? | 15:23:12 |
| 11 | A    Yes. | 15:23:13 |
| 12 | Q    In order to do that, you and your team had | 15:23:14 |
| 13 | to be ready on a moment's notice, right? | 15:23:18 |
| 14 | A    Correct. | 15:23:21 |
| 15 | Q    May I call that operational readiness? | 15:23:21 |
| 16 | MS. BURROUGHS:  Object to form. | 15:23:24 |
| 17 | A    That's a term -- that's not something that | 15:23:25 |
| 18 | we use typically. | 15:23:29 |
| 19 | BY MR. POWELL: | 15:23:31 |
| 20 | Q    What would you -- what would you call it? | 15:23:31 |
| 21 | A    We call it just being ready, responding, | 15:23:33 |
| 22 | training.  It's -- you know, I wouldn't -- I wouldn't | 15:23:36 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

94

| | | |
|---|---|---|
| 1 | consider my shift to be operational ready.  You are -- | 15:23:43 |
| 2 | as a catch-all, you are -- you are trained.  You are | 15:23:47 |
| 3 | constantly preparing.  You're constantly inspecting | 15:23:53 |
| 4 | and you're responding to calls. | 15:23:57 |
| 5 | Q   But you don't know when the bell is going to | 15:23:58 |
| 6 | ring, right? | 15:24:01 |
| 7 | A   Correct. | 15:24:02 |
| 8 | Q   So whenever it rings, you and your team have | 15:24:02 |
| 9 | to be ready to respond? | 15:24:05 |
| 10 | A   Correct. | 15:24:08 |
| 11 | Q   Correct?  And in order to achieve that level | 15:24:08 |
| 12 | of readiness, you have to do a number of other things | 15:24:10 |
| 13 | as a part of your job, correct? | 15:24:15 |
| 14 | A   Correct. | 15:24:17 |
| 15 | Q   For example, you have to be physically fit, | 15:24:18 |
| 16 | right? | 15:24:20 |
| 17 | A   Correct. | 15:24:21 |
| 18 | Q   And that's why you and everybody in your | 15:24:22 |
| 19 | command does a certain amount of PT every day unless | 15:24:24 |
| 20 | you're out on a call? | 15:24:28 |
| 21 | A   Right. | 15:24:30 |
| 22 | Q   Right?  How -- again, on average, if you're | 15:24:30 |

VIDEOTAPED DEPOSITION OF CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

99

| | | |
|---|---|---|
| 1 | Q    So every day your shift -- again, when | 15:27:26 |
| 2 | you're not out on a call -- you're spending a lot of | 15:27:29 |
| 3 | time training to be ready to go out on the call, | 15:27:34 |
| 4 | whatever the call may be, correct? | 15:27:36 |
| 5 | A    Correct. | 15:27:39 |
| 6 | Q    On an average day, again, assuming no calls | 15:27:40 |
| 7 | or no requirements that you be somewhere else, how | 15:27:42 |
| 8 | many hours a day would your shift spend training? | 15:27:46 |
| 9 | A    Probably four to five hours a day, four on | 15:27:54 |
| 10 | average. | 15:27:58 |
| 11 | Q    And sometimes you would go off site for | 15:27:59 |
| 12 | all-day training, correct? | 15:28:01 |
| 13 | A    Right. | 15:28:04 |
| 14 | Q    And last but not least, and this is pretty | 15:28:05 |
| 15 | obvious, the station house itself has to be | 15:28:08 |
| 16 | functional, right?  I mean, the doors have to go up | 15:28:10 |
| 17 | and people have to have a place to sleep and the | 15:28:12 |
| 18 | kitchen has to work? | 15:28:14 |
| 19 | A    Correct. | 15:28:15 |
| 20 | Q    And it's part of your responsibility as a | 15:28:16 |
| 21 | shift leader when you're on duty is to make sure that | 15:28:18 |
| 22 | the station house itself is functional? | 15:28:22 |

VIDEOTAPED DEPOSITION   CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

102

| | | |
|---|---|---|
| 1 | EXAMINATION BY COUNSEL FOR THE PLAINTIFFS | 15:46:31 |
| 2 | BY MS. BURROUGHS: | 15:46:31 |
| 3 | Q   Captain Goff, I still have a few questions | 15:46:31 |
| 4 | for you. | 15:46:33 |
| 5 | A   Okay. | 15:46:34 |
| 6 | Q   Okay.  And as we go through, I know that | 15:46:34 |
| 7 | you're still a captain and that you're in a position | 15:46:38 |
| 8 | that's not in a firehouse right now, so when I ask you | 15:46:40 |
| 9 | about the things I'm about to ask, I'm only referring | 15:46:43 |
| 10 | to the time that you spent at fire station 21 and fire | 15:46:47 |
| 11 | station eight. | 15:46:50 |
| 12 | A   Okay. | 15:46:51 |
| 13 | Q   Okay.  And if you're confused about the way | 15:46:51 |
| 14 | I'm phrasing my question, let me know and I'll try to | 15:46:53 |
| 15 | rephrase in a way that's more clear. | 15:46:56 |
| 16 | A   Okay. | 15:46:58 |
| 17 | Q   So as a fire station one when you were -- or | 15:46:58 |
| 18 | as Fire Captain I when you were assigned to a station, | 15:47:00 |
| 19 | did you have the authority to assign overtime to | 15:47:03 |
| 20 | off-duty firefighters? | 15:47:06 |
| 21 | A   No. | 15:47:08 |
| 22 | Q   When you were a Fire Captain I assigned to a | 15:47:08 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

103

| | | |
|---|---|---|
| 1 | station, did you approve leave? | 15:47:11 |
| 2 | A    No. | 15:47:13 |
| 3 | Q    Did you set minimum staffing levels? | 15:47:13 |
| 4 | A    No. | 15:47:20 |
| 5 | Q    Did you spend any time working with your | 15:47:20 |
| 6 | station budget? | 15:47:22 |
| 7 | A    No. | 15:47:23 |
| 8 | Q    We talked a little bit about some station -- | 15:47:25 |
| 9 | or some shift-related policies that you worked on.  Do | 15:47:28 |
| 10 | you remember how much time you spent working on the | 15:47:33 |
| 11 | shift policies that we talked about? | 15:47:35 |
| 12 | A    Over a period of a week, probably three or | 15:47:40 |
| 13 | four hours. | 15:47:43 |
| 14 | Q    When you were a Captain I at a fire station, | 15:47:54 |
| 15 | what kind of training did you engage in? | 15:47:57 |
| 16 | A    Well, all the mandatory training, you know, | 15:48:01 |
| 17 | including rapid invention team.  We engaged in | 15:48:06 |
| 18 | training relating to new EMS equipment, pulling hoses, | 15:48:10 |
| 19 | getting -- we trained on getting dressed with fire | 15:48:15 |
| 20 | gear.  We trained on different other -- other type of | 15:48:20 |
| 21 | rescue techniques, applying water.  We trained on -- | 15:48:24 |
| 22 | well, physical training would be considered training. | 15:48:31 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

104

1    We train with high rises, ladders.  Basically          15:48:33

2    everything that we carried on every single rig we       15:48:39

3    trained on.                                             15:48:42

4         Q   Was that training important?                  15:48:43

5         A   Yes.                                           15:48:44

6         Q   Why do you think that training was            15:48:45

7    important?                                              15:48:46

8         A   Well, because we're expected to use that at   15:48:48

9    any moment, and we typically do use it every single    15:48:51

10   day.  And, you know, people rely on us to provide that 15:48:54

11   service.                                                15:48:58

12        Q   When you say you use it every single day, do  15:48:58

13   you mean outside of the training sessions themselves?   15:49:02

14        A   Correct.                                       15:49:04

15        Q   Where do you use those skills when you use    15:49:04

16   them?                                                   15:49:06

17        A   On emergencies.  We use them -- well, you     15:49:07

18   name it: on the road, in people's homes, in people's   15:49:12

19   apartments.                                             15:49:17

20        Q   When you do these trainings, do you           15:49:20

21   participate?                                            15:49:23

22        A   Yes.                                           15:49:23

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

105

| | | |
|---|---|---|
| 1 | Q   Do you participate as a leader, or as | 15:49:24 |
| 2 | somebody watching the training, or as both? | 15:49:26 |
| 3 | A   It varies.  Sometimes I deliver the | 15:49:29 |
| 4 | training.  Sometimes we appoint people to train or | 15:49:31 |
| 5 | those that have an interest in it, but it varies. | 15:49:34 |
| 6 | Q   Would you appoint firefighters to train? | 15:49:38 |
| 7 | A   Yes. | 15:49:40 |
| 8 | Q   Would you appoint technicians to train? | 15:49:40 |
| 9 | A   Yes. | 15:49:42 |
| 10 | Q   Did your lieutenants deliver the training | 15:49:42 |
| 11 | occasionally? | 15:49:45 |
| 12 | A   Yes. | 15:49:45 |
| 13 | Q   When you were a Fire Captain I assigned to a | 15:49:56 |
| 14 | station, what did you do on a fire scene generally? | 15:49:59 |
| 15 | A   Generally it -- again, that -- it depended, | 15:50:04 |
| 16 | but most of the time we are working as a functional | 15:50:09 |
| 17 | team depending on the arrival, the arrival position of | 15:50:13 |
| 18 | the vehicle that I'm on, but typically it's a -- it's | 15:50:18 |
| 19 | a team effort. | 15:50:21 |
| 20 | But a lot of the times it's leading and | 15:50:22 |
| 21 | guiding individuals into various atmospheres or | 15:50:25 |
| 22 | various positions, deploying -- deploying hose lines, | 15:50:31 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

106

| | | |
|---|---|---|
| 1 | deploying ladders, smashing at windows, searching for | 15:50:37 |
| 2 | potential victims or searching for fire, controlling | 15:50:42 |
| 3 | utilities.  That's pretty much the bulk of it. | 15:50:47 |
| 4 | Q   And when you were a Fire Captain I assigned | 15:50:53 |
| 5 | to a station, what were -- what did you do on an | 15:50:56 |
| 6 | emergency medical response scene? | 15:50:58 |
| 7 | A   Again, that varied, but for the majority of | 15:51:01 |
| 8 | the time it was either working together as a team or | 15:51:05 |
| 9 | directing depending on the severity of the -- of the | 15:51:10 |
| 10 | emergency that required a command component that | 15:51:13 |
| 11 | was -- that would typically fall into my category. | 15:51:17 |
| 12 | But for the most part it was assisting with anything | 15:51:20 |
| 13 | that the paramedics may need. | 15:51:23 |
| 14 | Q   What sorts of things would you assist with? | 15:51:25 |
| 15 | A   Gear, patient -- patient information, | 15:51:27 |
| 16 | working on getting information from the families, | 15:51:30 |
| 17 | documentation, you know.  It could be to the point of, | 15:51:34 |
| 18 | you know, assisting with CPR or providing respirations | 15:51:38 |
| 19 | for an individual. | 15:51:43 |
| 20 | Q   As a Fire Captain I assigned to a station, | 15:51:46 |
| 21 | were you certified in basic life support? | 15:51:48 |
| 22 | A   Yes. | 15:51:51 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

107

| | | |
|---|---|---|
| 1 | Q   Was that a requirement for your position? | 15:51:52 |
| 2 | A   It is. | 15:51:55 |
| 3 | Q   When you were assigned to station 21, what | 15:51:59 |
| 4 | apparatus did you generally ride? | 15:52:02 |
| 5 | A   I was assigned to engine 421. | 15:52:04 |
| 6 | Q   And when you were assigned to station eight, | 15:52:07 |
| 7 | which apparatus were you with? | 15:52:10 |
| 8 | A   Engine 408. | 15:52:13 |
| 9 | Q   So both -- at both stations you were on the | 15:52:15 |
| 10 | engine? | 15:52:17 |
| 11 | A   Correct. | 15:52:17 |
| 12 | Q   Did the engine at both stations have similar | 15:52:17 |
| 13 | functions? | 15:52:23 |
| 14 | A   Yes. | 15:52:23 |
| 15 | Q   For both stations, did that engine ever | 15:52:24 |
| 16 | respond to a call without you on it on a day that you | 15:52:27 |
| 17 | were on the shift? | 15:52:29 |
| 18 | A   Never. | 15:52:30 |
| 19 | Q   Were there other individuals that were also | 15:52:30 |
| 20 | assigned to your engine? | 15:52:32 |
| 21 | A   Yes. | 15:52:33 |
| 22 | Q   Did you go on the same number of calls as | 15:52:34 |

VIDEOTAPED DEPOSITION CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

108

| | | |
|---|---|---|
| 1 | your subordinates that were assigned to that engine? | 15:52:36 |
| 2 | A   Yes. | 15:52:39 |
| 3 | Q   When the tone rings and you are -- and you | 15:52:42 |
| 4 | were dispatched as a Fire Captain I assigned to a | 15:52:45 |
| 5 | station, did you go? | 15:52:47 |
| 6 | A   Yes. | 15:52:48 |
| 7 | Q   Did you feel like you had to go? | 15:52:48 |
| 8 | A   Yes. | 15:52:50 |
| 9 | Q   If you were working on writing out one of | 15:52:51 |
| 10 | these shift policies that we looked at earlier and the | 15:52:55 |
| 11 | tone rang, would you go? | 15:52:58 |
| 12 | A   Yes. | 15:52:59 |
| 13 | Q   If you were emptying the dishwasher, would | 15:53:00 |
| 14 | you go if the tone rang? | 15:53:04 |
| 15 | A   Yes. | 15:53:05 |
| 16 | Q   We talked earlier about -- I'll find it in | 15:53:12 |
| 17 | my notes and then I guarantee we talked -- about | 15:53:20 |
| 18 | formal discipline and how sometimes you would give | 15:53:22 |
| 19 | instructions to employees to help improve their job | 15:53:25 |
| 20 | performance without writing up a formal discipline. | 15:53:29 |
| 21 | A   Correct. | 15:53:31 |
| 22 | Q   Do you remember that conversation? | 15:53:32 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

109

| | | |
|---|---|---|
| 1 | A   Yes. | 15:53:32 |
| 2 | Q   If you were giving -- if you were having | 15:53:33 |
| 3 | such a conversation with your subordinate and the | 15:53:34 |
| 4 | tones went off, what would you do? | 15:53:37 |
| 5 | A   Drop everything and go on the call. | 15:53:39 |
| 6 | Q   Okay.  Did you ever say to a subordinate | 15:53:40 |
| 7 | don't go yet, let's finish this conversation? | 15:53:44 |
| 8 | A   No. | 15:53:46 |
| 9 | Q   We talked about a list of things that you | 15:53:56 |
| 10 | did in your position as a Fire Captain I assigned to a | 15:53:57 |
| 11 | station that you identified as being things that were | 15:54:01 |
| 12 | part of what gets you ready to respond to calls.  One | 15:54:07 |
| 13 | of those was PPE, and I remember you saying that it's | 15:54:10 |
| 14 | everyone's job to check PPE.  You also check your own | 15:54:13 |
| 15 | PPE. | 15:54:18 |
| 16 | A   Correct. | 15:54:19 |
| 17 | Q   Do you remember saying that? | 15:54:19 |
| 18 | A   Yes. | 15:54:20 |
| 19 | Q   Okay.  Is that true of all the equipment in | 15:54:20 |
| 20 | the station, that it's everybody's job to check it and | 15:54:23 |
| 21 | that you also check it? | 15:54:26 |
| 22 | A   For the most part, depending on what you're | 15:54:26 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

120

| | | |
|---|---|---|
| 1 | were a lieutenant? | 16:04:43 |
| 2 | A    Yes. | 16:04:43 |
| 3 | Q    As a lieutenant, did you ever arrive as the | 16:04:44 |
| 4 | first engine on the scene? | 16:04:46 |
| 5 | A    Yes. | 16:04:47 |
| 6 | Q    Can you describe for me what you would do as | 16:04:48 |
| 7 | a lieutenant as the first engine on the scene. | 16:04:51 |
| 8 | A    The situation would -- would generally -- it | 16:04:55 |
| 9 | would depend, but for the most part you are the | 16:05:02 |
| 10 | incident commander for that incident.  Unless you feel | 16:05:05 |
| 11 | that you cannot handle it, you generally pass -- pass | 16:05:08 |
| 12 | the command to the second arriving engine.  However, | 16:05:12 |
| 13 | for the most part, the first arriving engine is the | 16:05:18 |
| 14 | responsible individual to command the incident until | 16:05:24 |
| 15 | passed to either a higher power or the second arriving | 16:05:30 |
| 16 | engine. | 16:05:34 |
| 17 | Q    Did you actually ever arrive as a lieutenant | 16:05:35 |
| 18 | on the first arriving engine? | 16:05:37 |
| 19 | A    Yes. | 16:05:39 |
| 20 | Q    When you were in that position, did you | 16:05:39 |
| 21 | always pass command to the second arriving engine? | 16:05:41 |
| 22 | A    No. | 16:05:43 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

121

| | | |
|---|---|---|
| 1 | Q   Can you tell me about a time when you did | 16:05:44 |
| 2 | not. | 16:05:45 |
| 3 | A   We had a garden apartment fire.  It was a | 16:05:47 |
| 4 | single room.  I was the first arriving engine officer | 16:05:51 |
| 5 | assigned to engine 410.  We had smoke showing on | 16:05:57 |
| 6 | arrival, garden apartment, very long way.  I think we | 16:06:02 |
| 7 | laid about four or 500 feet of attack line in. | 16:06:05 |
| 8 | And because of the arrival of all the -- all | 16:06:10 |
| 9 | the engine companies, the trucks, I did not have the | 16:06:12 |
| 10 | opportunity to pass that command to the second | 16:06:15 |
| 11 | arriving engine because of the complexity of the | 16:06:19 |
| 12 | incident.  We had report of people on the upper | 16:06:21 |
| 13 | floors, and I held the command until the arrival of | 16:06:24 |
| 14 | the battalion chief, who was coming from, I think, | 16:06:28 |
| 15 | station eight or something.  I'm not sure where they | 16:06:32 |
| 16 | were coming from, but -- so essentially I was in | 16:06:35 |
| 17 | command of four engines, two trucks, one rescue squad, | 16:06:37 |
| 18 | and a medic unit until arrival. | 16:06:41 |
| 19 | Q   So you said that sometimes the first | 16:06:43 |
| 20 | arriving engine will pass command to the second. | 16:06:44 |
| 21 | A   Correct. | 16:06:48 |
| 22 | Q   Is that right? | 16:06:48 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

122

| | | | |
|---|---|---|---|
| 1 | A | Correct. | 16:06:49 |
| 2 | Q | Was there an officer on the second arriving | 16:06:49 |
| 3 | engine on the day that you just described? | | 16:06:52 |
| 4 | A | Yes. | 16:06:53 |
| 5 | Q | What rank was that officer, if you remember? | 16:06:54 |
| 6 | A | Captain. | 16:06:56 |
| 7 | Q | Okay.  Were there also officers on the third | 16:06:57 |
| 8 | and fourth arriving engine? | | 16:06:59 |
| 9 | A | Yes. | 16:07:01 |
| 10 | Q | Do you remember their ranks? | 16:07:02 |
| 11 | A | I believe they were captains as well. | 16:07:04 |
| 12 | Q | Okay.  So you said you remained as the | 16:07:05 |
| 13 | incident commander until the battalion chief arrived. | | 16:07:07 |
| 14 | Is that right? | | 16:07:10 |
| 15 | A | Right. | 16:07:11 |
| 16 | Q | Did the battalion chief arrive before or | 16:07:11 |
| 17 | after the three other engines we just discussed, or | | 16:07:14 |
| 18 | somewhere in that timeline? | | 16:07:19 |
| 19 | A | Pretty close to the fourth arriving. | 16:07:20 |
| 20 | Q | Okay. | 16:07:22 |
| 21 | A | Right. | 16:07:22 |
| 22 | Q | So while you were incident commander, were | 16:07:23 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

123

| | | |
|---|---|---|
| 1 | you giving direction to the captains who were on the | 16:07:25 |
| 2 | other engines that had already arrived? | 16:07:28 |
| 3 | A   Right.  It was everybody. | 16:07:30 |
| 4 | Q   Okay.  And you were a lieutenant at the | 16:07:31 |
| 5 | time, right? | 16:07:32 |
| 6 | A   Correct. | 16:07:32 |
| 7 | Q   Did you get in trouble for maintaining | 16:07:38 |
| 8 | command that day? | 16:07:40 |
| 9 | A   No. | 16:07:41 |
| 10 | Q   As a captain or a lieutenant, have you ever | 16:07:50 |
| 11 | had the opportunity to work with a work improvement | 16:07:53 |
| 12 | plan for an employee? | 16:07:56 |
| 13 | A   Yes. | 16:07:57 |
| 14 | Q   Without naming that employee, I want to talk | 16:07:58 |
| 15 | just a little bit about that.  Did you -- were you | 16:08:01 |
| 16 | involved with this work improvement plan as a | 16:08:05 |
| 17 | lieutenant or as a captain? | 16:08:07 |
| 18 | A   A lieutenant. | 16:08:08 |
| 19 | Q   Were you the one directly responsible for | 16:08:11 |
| 20 | administering the work improvement plan? | 16:08:14 |
| 21 | A   I think the tactical part of it and | 16:08:16 |
| 22 | recommendations for the strategic part, yes. | 16:08:20 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

124

| | | |
|---|---|---|
| 1 | Q   Okay.  What did you do in order to | 16:08:23 |
| 2 | administer that plan? | 16:08:25 |
| 3 | A   Working with the captain, the battalion | 16:08:28 |
| 4 | chief -- primarily the captain -- in identifying the | 16:08:31 |
| 5 | weaknesses and the deficiencies in the employee, | 16:08:35 |
| 6 | collectively making recommendations for the plans to | 16:08:38 |
| 7 | be submitted to the battalion chief and for that | 16:08:44 |
| 8 | document or that plan to be -- to be pushed up.  Then | 16:08:46 |
| 9 | once it was received back down, it was delivered | 16:08:51 |
| 10 | primarily by me with the -- with the captain's | 16:08:57 |
| 11 | oversight. | 16:09:00 |
| 12 | Q   When you said it was -- well, first, did the | 16:09:01 |
| 13 | battalion chief approve that plan? | 16:09:05 |
| 14 | A   Yes. | 16:09:07 |
| 15 | Q   Okay.  Could you have administered it if the | 16:09:07 |
| 16 | battalion chief had not approved it? | 16:09:09 |
| 17 | A   No. | 16:09:10 |
| 18 | Q   And you said you deliver -- it was delivered | 16:09:11 |
| 19 | primarily by you.  What did you mean by that? | 16:09:13 |
| 20 | A   I was tasked with the delivery of the | 16:09:16 |
| 21 | training, which was the identified deficiency in the | 16:09:20 |
| 22 | employee, and because the subject matter expert -- let | 16:09:25 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

128

| | | |
|---|---|---|
| 1 | fires? | 16:12:15 |
| 2 | A   Correct. | 16:12:16 |
| 3 | Q   Right?  And part of what's set forth in | 16:12:17 |
| 4 | those manuals are the procedures to be followed for | 16:12:21 |
| 5 | the commencement of an on-site command and the | 16:12:23 |
| 6 | transition of command as circumstances dictate? | 16:12:30 |
| 7 | A   Correct. | 16:12:34 |
| 8 | Q   Right?  And it's been your practice, as I've | 16:12:34 |
| 9 | understood your testimony, that you follow those | 16:12:39 |
| 10 | procedures as a lieutenant and as a captain? | 16:12:42 |
| 11 | A   Do my best. | 16:12:44 |
| 12 | Q   As you expect -- would expect everyone to, | 16:12:45 |
| 13 | correct? | 16:12:48 |
| 14 | A   Correct. | 16:12:49 |
| 15 | Q   Now I'm going to show you what a civilian I | 16:12:51 |
| 16 | really am.  I've heard the phrase pulling hoses and | 16:12:54 |
| 17 | throwing ladders many times since I've been working on | 16:12:57 |
| 18 | this case, and I think I get what pulling a hose is. | 16:13:00 |
| 19 | Can you tell me what throwing a ladder is. | 16:13:03 |
| 20 | A   Absolutely.  So throwing a ladder is | 16:13:05 |
| 21 | deploying a ladder so that you can either ventilate a | 16:13:07 |
| 22 | window or break a window open, or you place it | 16:13:12 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

129

| | | |
|---|---|---|
| 1 | correctly so that you can rescue a body or a person. | 16:13:15 |
| 2 | Q   So you're using the ladder to get up onto | 16:13:17 |
| 3 | and into whatever structure you're dealing with? | 16:13:20 |
| 4 | A   Correct, whether it be a window or a | 16:13:25 |
| 5 | balcony. | 16:13:27 |
| 6 | Q   Nobody -- nobody is really throwing it, | 16:13:27 |
| 7 | right? | 16:13:29 |
| 8 | A   No.  There are -- there are some drivers | 16:13:30 |
| 9 | that are skillful enough to literally throw a ladder, | 16:13:32 |
| 10 | and it goes into the ground and then they pop it up. | 16:13:36 |
| 11 | So yes.  In theory, yes. | 16:13:41 |
| 12 | Q   In practice -- | 16:13:42 |
| 13 | A   In practice -- | 16:13:43 |
| 14 | Q   -- I'm not saying it's easy, I'm just -- I'm | 16:13:45 |
| 15 | trying to visualize firefighters actually physically | 16:13:47 |
| 16 | throwing a ladder.  That's not what we're talking | 16:13:50 |
| 17 | about, is it? | 16:13:52 |
| 18 | A   For the purposes of discussion, we'll say | 16:13:53 |
| 19 | no. | 16:13:55 |
| 20 | Q   All right. | 16:13:58 |
| 21 | A   Okay. | 16:13:58 |
| 22 | Q   You talked at some length about the fire | 16:13:58 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

130

| | | |
|---|---|---|
| 1 | that you remembered as a lieutenant where you were | 16:13:59 |
| 2 | the -- you were the first to arrive, and per the | 16:14:02 |
| 3 | procedures you became the incident commander, correct? | 16:14:05 |
| 4 |     A   Correct. | 16:14:07 |
| 5 |     Q   Remind me about some of the details of that | 16:14:08 |
| 6 | event. | 16:14:11 |
| 7 |     A   Okay.  So we were the first arriving engine | 16:14:11 |
| 8 | on this -- on this garden apartment.  The garden | 16:14:13 |
| 9 | apartment is up in Bailey's Crossroads.  It's a very | 16:14:18 |
| 10 | complex area where we had three different | 16:14:21 |
| 11 | jurisdictions arriving essentially at the same time. | 16:14:24 |
| 12 |     We had to pull an extra-long hose.  We had | 16:14:27 |
| 13 | to coordinate with another engine that's literally | 16:14:32 |
| 14 | across the street in another jurisdiction to complete | 16:14:35 |
| 15 | the lay. | 16:14:38 |
| 16 |     So in my -- you know, in my professional | 16:14:39 |
| 17 | opinion, instead of giving the command to that second | 16:14:41 |
| 18 | arriving engine who was now two blocks away and that | 16:14:45 |
| 19 | also would now have to run up, my professional opinion | 16:14:49 |
| 20 | was to hold command and trust in my crew, who I did | 16:14:52 |
| 21 | trust, and they -- actually, they wound up going into | 16:14:55 |
| 22 | the apartment which was on fire with the ladder truck | 16:15:00 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

131

| | | |
|---|---|---|
| 1 | officer and his firefighter. | 16:15:04 |
| 2 | Q   And did I recall -- am I recalling you | 16:15:06 |
| 3 | correctly to say that you had to lay several hundred | 16:15:10 |
| 4 | feet of hose? | 16:15:13 |
| 5 | A   Yes. | 16:15:15 |
| 6 | Q   And that a number of other vehicles arrived | 16:15:15 |
| 7 | after yours did? | 16:15:18 |
| 8 | A   Yes. | 16:15:19 |
| 9 | Q   And during this entire time, you're the | 16:15:20 |
| 10 | incident commander? | 16:15:23 |
| 11 | A   Correct. | 16:15:24 |
| 12 | Q   And the procedures allowed you as incident | 16:15:24 |
| 13 | commander to exercise your discretion to retain | 16:15:29 |
| 14 | command as the circumstances dictate in the exercise | 16:15:32 |
| 15 | of your judgement, correct? | 16:15:35 |
| 16 | A   Correct. | 16:15:36 |
| 17 | Q   Had a battalion chief come on the scene and | 16:15:37 |
| 18 | wanted to take command from you, he could have done | 16:15:39 |
| 19 | that, correct? | 16:15:41 |
| 20 | A   If he wanted to. | 16:15:42 |
| 21 | Q   If he wanted to.  But in this instance, that | 16:15:44 |
| 22 | didn't happen, right? | 16:15:46 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

132

1      A   Correct.                                    16:15:48

2      Q   So how many vehicles from different stations   16:15:48

3   responded to this call before it was over?          16:15:52

4   Approximately.                                       16:15:53

5      A   12 to 15.                                     16:15:59

6      Q   And how many total fire department personnel   16:16:00

7   were fighting this fire at its peak?                 16:16:02

8      A   Within the apartment on the fire-floor floor   16:16:07

9   above, we probably had six or seven.                 16:16:16

10      Q   And start to finish, you were the incident    16:16:19

11   commander?                                           16:16:21

12      A   No, not start to finish.  As soon as the      16:16:22

13   battalion chief arrived, he took -- he took the      16:16:24

14   command, but that wasn't until the fourth arriving   16:16:26

15   engine pulled up on the scene.                       16:16:29

16      Q   Okay.  So the battalion chief arrived.  Was   16:16:31

17   he on the fourth arriving engine, or did he just     16:16:33

18   arrive at the same time?                             16:16:36

19      A   He was in his command vehicle and he          16:16:37

20   arrived -- I'm trying to remember the time frame, but   16:16:40

21   it was around -- it was probably within three to four   16:16:42

22   minutes of us actually operating -- maybe even longer.  16:16:46

VIDEOTAPED DEPOSITION OF CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

133

| | | |
|---|---|---|
| 1 | I'm not even sure of the time.  I shouldn't say that. | 16:16:49 |
| 2 | Q   Well, you -- you anticipated my question. | 16:16:53 |
| 3 | A   Okay. | 16:16:55 |
| 4 | Q   I'm trying to understand how far along from | 16:16:56 |
| 5 | the time you arrived and became incident commander as | 16:16:58 |
| 6 | the first arriving vehicle, from that point until the | 16:17:00 |
| 7 | time the battalion chief arrives, approximately how | 16:17:02 |
| 8 | much time elapsed? | 16:17:05 |
| 9 | A   Probably -- probably four to five minutes, I | 16:17:07 |
| 10 | would say. | 16:17:08 |
| 11 | Q   And during that interval, you're not waiting | 16:17:09 |
| 12 | for the battalion chief to start fighting the fire, | 16:17:12 |
| 13 | right?  You take command and you're directing the | 16:17:14 |
| 14 | people who were there what to do? | 16:17:16 |
| 15 | A   Correct. | 16:17:19 |
| 16 | Q   Are you pulling hose and throwing ladders | 16:17:19 |
| 17 | yourself, or are you commanding them to do it? | 16:17:22 |
| 18 | A   The initial line was a -- was a | 16:17:24 |
| 19 | 500-plus-foot line, and I helped to pull that. | 16:17:28 |
| 20 | Q   You helped pull it? | 16:17:31 |
| 21 | A   Right. | 16:17:33 |
| 22 | Q   Once that line is deployed, though, you're | 16:17:33 |

VIDEOTAPED DEPOSITION  CAPTAIN JARED B. GOFF
CONDUCTED ON FRIDAY, JUNE 6, 2014

134

| | | |
|---|---|---|
| 1 | then -- are you pulling back so that you can see | 16:17:35 |
| 2 | what's going on -- | 16:17:37 |
| 3 | A   Correct. | 16:17:38 |
| 4 | Q   -- as the incident commander and can -- and | 16:17:39 |
| 5 | can act not just tactically, but strategically to make | 16:17:41 |
| 6 | sure that the fire is suppressed as efficiently as | 16:17:45 |
| 7 | possible? | 16:17:49 |
| 8 | A   Yes. | 16:17:49 |
| 9 | Q   Right? | 16:17:50 |
| 10 | A   Right. | 16:17:50 |
| 11 | Q   And you're running the show at that point, | 16:17:50 |
| 12 | right? | 16:17:52 |
| 13 | A   Right. | 16:17:52 |
| 14 | Q   And then the battalion command -- the | 16:17:53 |
| 15 | battalion chief comes, and consistent with the | 16:17:54 |
| 16 | operation manuals, command is passed to him? | 16:17:57 |
| 17 | A   Correct. | 16:18:01 |
| 18 | Q   When -- when you were the first to arrive, | 16:18:07 |
| 19 | were you filling in for a captain on that engine for | 16:18:09 |
| 20 | that fire? | 16:18:12 |
| 21 | A   Yes. | 16:18:12 |
| 22 | MR. POWELL:  Those are all my questions, | 16:18:20 |

1

1          UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF VIRGINIA

3             (Alexandria Division)

4    ------------------------X

5    GERARD MORRISON, et al., )

6          Plaintiffs,    )  Civil Action No.

7     v.                   )  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,  )

9          Defendant.     )

10   ------------------------X

11

12   Videotaped Deposition of CAPTAIN GEORGE O. GONZALEZ

13             McLean, Virginia

14           Monday, June 9, 2014

15              8:42 a.m.

16

17

18

19

20   Job No.: 59008

21   Pages: 1 - 301

22   Reported by: Leslie Anne Todd

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

33

| | | |
|---|---|---|
| 1 | Q    Okay.  And so were you at Fire Station 25 | 09:12:15 |
| 2 | for the entire ten-year period? | 09:12:21 |
| 3 | A    Correct. | 09:12:23 |
| 4 | Q    Okay.  And you have shift leader, acting | 09:12:24 |
| 5 | station commander written here.  Can you explain | 09:12:32 |
| 6 | that?  Was this a -- were you filling in as a | 09:12:35 |
| 7 | Captain I? | 09:12:38 |
| 8 | A    Where are you -- which line are you | 09:12:39 |
| 9 | reading from?  I'm sorry. | 09:12:42 |
| 10 | Q    I'm looking at the title. | 09:12:43 |
| 11 | A    Oh. | 09:12:43 |
| 12 | Q    It says "Unit officer/shift leader/acting | 09:12:45 |
| 13 | station commander." | 09:12:49 |
| 14 | A    Right.  So at that point as a lieutenant, | 09:12:51 |
| 15 | when there is no assigned captain, there's -- the | 09:12:53 |
| 16 | lieutenants fill in and perform the duties of a shift | 09:12:57 |
| 17 | leader. | 09:13:02 |
| 18 | Q    Okay.  So was there a captain assigned to | 09:13:03 |
| 19 | Station 25? | 09:13:06 |
| 20 | A    At times there were and at times there | 09:13:07 |
| 21 | weren't. | 09:13:10 |
| 22 | Q    And what occasions were there not? | 09:13:10 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

34

| | | | |
|---|---|---|---|
| 1 | A | When they had no captain to promote to | 09:13:13 |
| 2 | that position. | | 09:13:16 |
| 3 | Q | Was there a position assignment to | 09:13:26 |
| 4 | that -- was there a position assigned to the station | | 09:13:28 |
| 5 | for a Captain I? | | 09:13:31 |
| 6 | A | Mm-hmm. | 09:13:32 |
| 7 | Q | And they didn't have someone to fill that | 09:13:32 |
| 8 | vacancy? | | 09:13:35 |
| 9 | A | Correct. | 09:13:36 |
| 10 | Q | Okay. | 09:13:36 |
| 11 | A | Cap II in that shift -- | 09:13:37 |
| 12 | Q | They had -- | 09:13:41 |
| 13 | A | Captain II.  That's a Captain II shift. | 09:13:42 |
| 14 | Q | Oh, you were on the Captain II shift? | 09:13:44 |
| 15 | A | Mm-hmm. | 09:13:44 |
| 16 | Q | Okay.  I'm sorry, what shift was that? | 09:13:49 |
| 17 | A | A. | 09:13:49 |
| 18 | Q | So were there two Captain Is at that | 09:13:50 |
| 19 | station on other shifts at that time? | | 09:13:53 |
| 20 | A | Yes. | 09:13:54 |
| 21 | Q | Who were the Captain Is at that time? | 09:13:54 |
| 22 | A | Gary Pemberton, Keith Dubetsky. | 09:13:56 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

87

| | | |
|---|---|---|
| 1 | A    So the -- much of what was already | 10:28:37 |
| 2 | developed in the past, I modified and brought them up | 10:28:41 |
| 3 | to -- to the current expectation that the | 10:28:43 |
| 4 | organization -- that the department has set.  There's | 10:28:48 |
| 5 | some modification changes, and I just modified the | 10:28:49 |
| 6 | changes and changed those policies. | 10:28:52 |
| 7 | Q    Okay.  Did you develop any station | 10:28:54 |
| 8 | policies as an EMS Captain II supervisor -- | 10:28:58 |
| 9 | A    Station policy? | 10:28:58 |
| 10 | Q    -- Captain II EMS -- I'm sorry, | 10:29:04 |
| 11 | Captain II EMS supervisor, yes, did you do any | 10:29:06 |
| 12 | station policies? | 10:29:07 |
| 13 | A    No. | 10:29:08 |
| 14 | Q    Okay.  The next part of this bullet talks | 10:29:13 |
| 15 | about battalion policies.  What positions did you | 10:29:16 |
| 16 | hold -- well, let's start with what battalion | 10:29:18 |
| 17 | policies have you developed? | 10:29:22 |
| 18 | A    Well, where -- oh, I see, on the same | 10:29:22 |
| 19 | line? | 10:29:25 |
| 20 | Q    Uh-huh. | 10:29:27 |
| 21 | A    It could be -- it could be staffing. | 10:29:36 |
| 22 | It -- it's probably -- probably a policy that needed | 10:29:37 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

107

| | | |
|---|---|---|
| 1 | as a Captain II EMS supervisor, do you then fill out | 10:47:33 |
| 2 | a multi-rater form? | 10:47:38 |
| 3 | A    I do. | 10:47:40 |
| 4 | Q    Okay.  And that's an evaluation, right? | 10:47:41 |
| 5 | A    It is. | 10:47:43 |
| 6 | Q    And you can identify on that specific | 10:47:43 |
| 7 | goals for that lieutenant? | 10:47:45 |
| 8 | A    The captain -- in this particular | 10:47:55 |
| 9 | situation, the captain identifies those goals.  I | 10:47:56 |
| 10 | only look at it at the ALS focus, and that's it. | 10:48:00 |
| 11 | Q    All right.  So from an ALS perspective, | 10:48:04 |
| 12 | you can provide goals, right? | 10:48:07 |
| 13 | A    I concur usually with -- not to | 10:48:08 |
| 14 | provide -- not to offer challenge.  Go along with the | 10:48:13 |
| 15 | captain's goals that are set. | 10:48:22 |
| 16 | Q    So the captain of the station then sets | 10:48:25 |
| 17 | those goals? | 10:48:27 |
| 18 | A    Correct. | 10:48:28 |
| 19 | Q    And then you provide a -- | 10:48:28 |
| 20 | A    Feedback. | 10:48:31 |
| 21 | Q    -- multi-rater form. | 10:48:32 |
| 22 | Is this like an addendum to the | 10:48:34 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

108

| | | | |
|---|---|---|---|
| 1 | evaluation, right? | | 10:48:37 |
| 2 | A | Correct. | 10:48:37 |
| 3 | Q | And so you look at the goals that the | 10:48:38 |
| 4 | captain has -- | | 10:48:40 |
| 5 | A | Correct. | 10:48:40 |
| 6 | Q | -- on the lieutenant's evaluation? | 10:48:41 |
| 7 | A | Correct. | 10:48:42 |
| 8 | Q | And then you either concur or you can | 10:48:42 |
| 9 | modify or add to those goals? | | 10:48:46 |
| 10 | A | I don't usually. | 10:48:48 |
| 11 | Q | Okay. | 10:48:48 |
| 12 | A | From recollection, I don't recall | 10:48:50 |
| 13 | adding -- I usually refer to those. | | 10:48:52 |
| 14 | Q | But it's within your authority to do that | 10:48:54 |
| 15 | if you saw something? | | 10:48:57 |
| 16 | MS. BURROUGHS:  Objection.  Speculation. | | 10:48:58 |
| 17 | BY MS. REWARI: | | 10:48:59 |
| 18 | Q | Right? | 10:49:00 |
| 19 | A | On the goals and -- no, it would be more | 10:49:00 |
| 20 | behavior specific. | | 10:49:17 |
| 21 | Q | Okay.  So you could make some | 10:49:18 |
| 22 | recommendations or suggested changes to behavior on | | 10:49:22 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

110

| | | |
|---|---|---|
| 1 | A    That has to do with special projects | 10:50:18 |
| 2 | while I was -- while injured and -- and doing special | 10:50:23 |
| 3 | projects. | 10:50:29 |
| 4 | Q    And is this an injury that you -- injury | 10:50:30 |
| 5 | leave that you were on? | 10:50:34 |
| 6 | A    Yeah, during -- | 10:50:34 |
| 7 | Q    As a Captain II? | 10:50:36 |
| 8 | A    Yeah. | 10:50:37 |
| 9 | Q    Okay.  The next bullet:  "Assess, | 10:50:39 |
| 10 | interpret and provide comment on the impact of | 10:50:42 |
| 11 | federal, state, local ordinances, codes and | 10:50:44 |
| 12 | regulations to meet" -- | 10:50:47 |
| 13 | A    I'm sorry.  That's what I was talking | 10:50:48 |
| 14 | about.  I thought that's the line you were on.  Which | 10:50:48 |
| 15 | line were you talking about? | 10:50:48 |
| 16 | Q    Okay.  Above that, "Deliver fire and | 10:50:52 |
| 17 | emergency services curriculum to ensure highest | 10:50:55 |
| 18 | quality service delivery." | 10:50:57 |
| 19 | A    Oh, oh, oh, my error.  I was speaking -- | 10:50:57 |
| 20 | that last comment, I was speaking on "assess and | 10:51:00 |
| 21 | interpret." | 10:51:04 |
| 22 | Q    Okay. | 10:51:04 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

126

| | | |
|---|---|---|
| 1 | Q    -- to the present, when have you -- what | 11:20:17 |
| 2 | was the first time period you can think of that you | 11:20:20 |
| 3 | were on light duty? | 11:20:24 |
| 4 | A    2010. | 11:20:25 |
| 5 | Q    Okay.  And how long in 20 -- when did you | 11:20:26 |
| 6 | start on light duty in 2010? | 11:20:26 |
| 7 | A    I don't -- I can't recall if that's | 11:20:28 |
| 8 | November or December. | 11:20:33 |
| 9 | Q    Okay. | 11:20:33 |
| 10 | A    They seem to coincide. | 11:20:34 |
| 11 | Q    Okay.  Do you recall why you were on | 11:20:36 |
| 12 | light duty at that time? | 11:20:38 |
| 13 | A    I believe that was my neck injury. | 11:20:42 |
| 14 | Q    How did you injure your neck? | 11:20:51 |
| 15 | A    I was on a training assignment performing | 11:20:54 |
| 16 | a task removing heavy equipment, and the heavy load | 11:20:56 |
| 17 | shifted, and I thought I pulled my arm out of socket. | 11:21:02 |
| 18 | It wasn't my arm.  It was my actual cervical spine | 11:21:05 |
| 19 | that got adjusted. | 11:21:09 |
| 20 | Q    Okay.  And you said training assignment. | 11:21:14 |
| 21 | What -- | 11:21:15 |
| 22 | A    So I was working as a -- I was getting | 11:21:16 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

129

| | | | |
|---|---|---|---|
| 1 | April of 2012 -- I mean 2011? | | 11:23:22 |
| 2 | A    Yeah, May maybe. | | 11:23:25 |
| 3 | Q    Maybe May? | | 11:23:25 |
| 4 | A    April, May -- March, April, May.  One of | | 11:23:28 |
| 5 | those three, yeah. | | 11:23:32 |
| 6 | Q    Am I correct to understand that in that | | 11:23:37 |
| 7 | time period then you were not going out on calls? | | 11:23:40 |
| 8 | A    Correct. | | 11:23:42 |
| 9 | Q    So after May 2011, did you have other | | 11:23:43 |
| 10 | period that you were on light duty? | | 11:23:46 |
| 11 | A    Yes. | | 11:23:47 |
| 12 | Q    And when was that? | | 11:23:48 |
| 13 | A    They're all three -- they're all three | | 11:23:57 |
| 14 | molding together here.  Somewhere between the same | | 11:23:58 |
| 15 | time period, November or December or October. | | 11:24:01 |
| 16 | Q    Of 2011?  Are we now in the following | | 11:24:06 |
| 17 | year? | | 11:24:10 |
| 18 | A    I don't recall -- let me just state three | | 11:24:11 |
| 19 | injuries.  Neck, foot, and back.  And the foot, I | | 11:24:15 |
| 20 | can't recall the date that happened. | | 11:24:21 |
| 21 | Q    Did you have a different light duty | | 11:24:26 |
| 22 | assignment for the foot injury? | | 11:24:28 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

130

| | | | |
|---|---|---|---|
| 1 | A | Same section.  Short period of time. | 11:24:30 |
| 2 | Q | Were you still at Vienna Station 2 at | 11:24:35 |
| 3 | this time? | | 11:24:41 |
| 4 | A | No.  I would be at EMS 401 at that time. | 11:24:41 |
| 5 | Q | That was your regular assignment? | 11:24:45 |
| 6 | A | That was my assignment at the time. | 11:24:47 |
| 7 | Q | Okay.  All right.  And the back injury, | 11:24:51 |
| 8 | when was that? | | 11:25:02 |
| 9 | A | October 1st, 2012. | 11:25:03 |
| 10 | Q | So you were the EMS -- | 11:25:09 |
| 11 | A | Supervisor -- | 11:25:09 |
| 12 | Q | -- supervisor at that point? | 11:25:12 |
| 13 | A | Mm-hmm. | 11:25:13 |
| 14 | Q | Okay.  What was the foot injury? | 11:25:14 |
| 15 | A | I was working on maintaining heavy | 11:25:17 |
| 16 | equipment.  We have a maintenance process, and I was | | 11:25:22 |
| 17 | checking -- checking the equipment, and in the | | 11:25:26 |
| 18 | process the jackhammer slipped, went through my foot | | 11:25:30 |
| 19 | and lacerated my toe. | | 11:25:35 |
| 20 | Q | Where were you doing this maintenance? | 11:25:38 |
| 21 | A | At the warehouse. | 11:25:40 |
| 22 | Q | Was this something you were doing as a | 11:25:47 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

131

| | | | |
|---|---|---|---|
| 1 | | station commander or was this a volunteer? | 11:25:50 |
| 2 | A | I was a Captain II. | 11:25:54 |
| 3 | Q | Uh-huh.  As? | 11:25:58 |
| 4 | A | As a logistics -- logistics manager.  For | 11:25:58 |
| 5 | | the task force. | 11:26:04 |
| 6 | Q | Sorry.  Logistics? | 11:26:06 |
| 7 | A | Manager. | 11:26:08 |
| 8 | Q | For what task force? | 11:26:08 |
| 9 | A | Yep.  VATF-1. | 11:26:11 |
| 10 | Q | Oh, the same task force we talked about | 11:26:13 |
| 11 | | earlier? | 11:26:17 |
| 12 | A | Yep. | 11:26:18 |
| 13 | Q | The Virginia Task Force. | 11:26:18 |
| 14 | A | Yep. | 11:26:18 |
| 15 | Q | Okay.  So another -- this is still the | 11:26:18 |
| 16 | | volunteer assignment on the task force? | 11:26:21 |
| 17 | A | Yes. | 11:26:23 |
| 18 | Q | All right.  And then what was your back | 11:26:29 |
| 19 | | injury? | 11:26:31 |
| 20 | A | October 2012.  Responding to a call, | 11:26:31 |
| 21 | | myself as the second ALS provider.  Dispatch | 11:26:34 |
| 22 | | algorithm requires two paramedics to be on scene. | 11:26:39 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

132

| | | |
|---|---|---|
| 1 | Truck 36, Medic 36 and EMS 401 responded to a | 11:26:44 |
| 2 | motorcyclist down.  And during patient care, while I | 11:26:49 |
| 3 | was providing patient care in association with the | 11:26:55 |
| 4 | other paramedic, I was listening to lung sounds, and | 11:26:57 |
| 5 | my back went into a spasm, for whatever reason. | 11:27:00 |
| 6 | Q    And you went on light duty after that | 11:27:14 |
| 7 | injury? | 11:27:17 |
| 8 | A    Yes.  Yes. | 11:27:17 |
| 9 | Q    For how long? | 11:27:17 |
| 10 | A    I don't recall. | 11:27:18 |
| 11 | Q    Do you recall what you did during light | 11:27:20 |
| 12 | duty?  Where were you working? | 11:27:22 |
| 13 | A    In the same section. | 11:27:24 |
| 14 | Q    Operations section? | 11:27:25 |
| 15 | A    Operations section, yeah. | 11:27:27 |
| 16 | Q    So, again, during this time period, you | 11:27:38 |
| 17 | would not have been going out on calls, right? | 11:27:40 |
| 18 | A    Correct. | 11:27:42 |
| 19 | Q    Okay.  Any other periods of light duty | 11:27:47 |
| 20 | that you can think of that you had between | 11:27:50 |
| 21 | November 1, 2008, and today? | 11:27:52 |
| 22 | A    No, those are the three that I can recall | 11:27:55 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

150

| | | |
|---|---|---|
| 1 | A    So it would be -- the technicians and my | 11:47:21 |
| 2 | lieutenants delivered the content, and I shared in | 11:47:24 |
| 3 | some of the delivery of content. | 11:47:28 |
| 4 | Q    And did you help develop the content? | 11:47:30 |
| 5 | A    Much of the content had already been | 11:47:33 |
| 6 | created, because it's manuals -- standard practices | 11:47:37 |
| 7 | and manuals that are set by the organization -- | 11:47:41 |
| 8 | accepted by the organization. | 11:47:44 |
| 9 | Q    So how did you develop the drill?  Did | 11:47:46 |
| 10 | you have to pull out which parts of the manuals to | 11:47:52 |
| 11 | present in this drill? | 11:47:55 |
| 12 | A    So it's two things:  There's existing | 11:47:56 |
| 13 | PowerPoints that exist, so you capture that, and then | 11:48:02 |
| 14 | you just update with new materials and provide that | 11:48:04 |
| 15 | content. | 11:48:08 |
| 16 | Q    Okay.  And so how many attendees for the | 11:48:08 |
| 17 | battalion were you presenting to? | 11:48:11 |
| 18 | A    Approximately 56. | 11:48:13 |
| 19 | Q    Okay.  So would that have been all the | 11:48:14 |
| 20 | ALS providers in the battalion?  Or it -- | 11:48:18 |
| 21 | A    No, it's BLS.  That's everybody in the | 11:48:19 |
| 22 | battalion. | 11:48:22 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

151

| | | |
|---|---|---|
| 1 | Q    Okay.  So all the fire station personnel | 11:48:23 |
| 2 | in the battalion? | 11:48:27 |
| 3 | A    Correct. | 11:48:28 |
| 4 | Q    And how many stations in the battalion? | 11:48:28 |
| 5 | A    Six. | 11:48:30 |
| 6 | Q    The next item says:  "Improved command | 11:48:45 |
| 7 | post operational effectiveness through participation | 11:48:48 |
| 8 | in battalion level training." | 11:48:49 |
| 9 | Do you have an understanding of what | 11:48:53 |
| 10 | that's referring to? | 11:48:55 |
| 11 | A    I'd assume -- I mean, I just -- "improved | 11:49:07 |
| 12 | command post operational effectiveness through | 11:49:12 |
| 13 | participation" -- that's just being active in all the | 11:49:14 |
| 14 | training that the chief schedules. | 11:49:17 |
| 15 | Q    And the chief meaning the battalion | 11:49:20 |
| 16 | chief? | 11:49:24 |
| 17 | A    The battalion chief schedules and/or the | 11:49:25 |
| 18 | master calendar schedules. | 11:49:28 |
| 19 | Q    So is the battalion level training, | 11:49:30 |
| 20 | that's different than -- | 11:49:31 |
| 21 | A    Potentially. | 11:49:34 |
| 22 | Q    Okay.  Do you recall what training you | 11:49:37 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

182

| | | |
|---|---|---|
| 1 | Q    Okay.  Do you recall whether -- | 13:10:31 |
| 2 | A    I don't recall.  I do recall him making | 13:10:33 |
| 3 | that recommendation, but I can't remember which | 13:10:35 |
| 4 | employee it was. | 13:10:37 |
| 5 | Q    How often did he make a recommendation? | 13:10:37 |
| 6 | A    Every time there was an employee | 13:10:40 |
| 7 | evaluation. | 13:10:45 |
| 8 | Q    And -- and what would his | 13:10:45 |
| 9 | recommendation -- you say every time.  What were his | 13:10:49 |
| 10 | recommendations every time? | 13:10:51 |
| 11 | MS. BURROUGHS:  Objection.  Vague. | 13:10:53 |
| 12 | BY MS. REWARI: | 13:10:53 |
| 13 | Q    Was it always the same recommendation? | 13:10:55 |
| 14 | A    No. | 13:10:57 |
| 15 | Q    Okay.  So what kind of recommendations do | 13:10:57 |
| 16 | you recall him making? | 13:10:59 |
| 17 | A    Modifying the -- the evaluation up or | 13:11:01 |
| 18 | down. | 13:11:06 |
| 19 | Q    Up or down on which section?  On any | 13:11:06 |
| 20 | particular section? | 13:11:09 |
| 21 | A    The pages 013387 all the way through to | 13:11:10 |
| 22 | 013392. | 13:11:34 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

183

| | | |
|---|---|---|
| 1 | Q    92.  Okay. | 13:11:36 |
| 2 | A    And to include 013396. | 13:11:39 |
| 3 | Q    Okay.  Do you recall any discussions in | 13:11:45 |
| 4 | particular with Chief Bunch about changing a rating | 13:11:54 |
| 5 | up or down? | 13:11:59 |
| 6 | A    Specifically, I don't. | 13:12:00 |
| 7 | Q    Okay.  Were there sometimes it was up and | 13:12:02 |
| 8 | sometimes it was down, or was it always in one | 13:12:06 |
| 9 | direction? | 13:12:08 |
| 10 | A    Usually down.  More -- more -- more times | 13:12:09 |
| 11 | down. | 13:12:14 |
| 12 | Q    Did you ever discuss -- do you recall | 13:12:15 |
| 13 | ever discussing why?  For any individual -- | 13:12:18 |
| 14 | A    I have to say -- do I recall, no, but I | 13:12:23 |
| 15 | know we discussed why.  But the content of it, I | 13:12:25 |
| 16 | don't recall. | 13:12:28 |
| 17 | Q    Okay.  Without again naming any | 13:12:29 |
| 18 | individuals, do you recall anything about those -- | 13:12:34 |
| 19 | about a discussion about changing a rating down? | 13:12:37 |
| 20 | A    Again, why, I know we discussed it.  But | 13:12:42 |
| 21 | I don't know the specifics of -- | 13:12:48 |
| 22 | Q    Okay.  What do you recall? | 13:12:51 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

184

| | | | |
|---|---|---|---|
| 1 | A | -- what I asked. | 13:12:52 |
| 2 | | Other than why, what's his opinion. | 13:12:55 |
| 3 | That's it. | | 13:12:59 |
| 4 | Q | Okay. | 13:13:00 |
| 5 | A | Or reason. | 13:13:01 |
| 6 | Q | And do you recall what any of the reasons | 13:13:05 |
| 7 | were? | | 13:13:07 |
| 8 | A | No. | 13:13:08 |
| 9 | Q | Were they -- | 13:13:08 |
| 10 | A | No. | 13:13:10 |
| 11 | Q | -- based on his observations of the | 13:13:10 |
| 12 | employee? | | 13:13:12 |
| 13 | A | I would probably assume so, yes. | 13:13:13 |
| 14 | | (Defendant's Exhibit No. 518 was | 14:10:28 |
| 15 | | marked for identification.) | 14:10:28 |
| 16 | BY MS. REWARI: | | 14:10:28 |
| 17 | Q | Okay.  Let's look at Defendant's | 13:13:19 |
| 18 | Exhibit 518. | | 13:13:42 |
| 19 | A | We're finished with this other one? | 13:13:42 |
| 20 | Q | Yes. | 13:13:45 |
| 21 | A | Okay. | 13:13:46 |
| 22 | Q | Do you recognize this as an e-mail that | 13:13:47 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

211

| | | |
|---|---|---|
| 1 | A    Okay. | 13:44:16 |
| 2 | Q    Okay.  So starting at the end of this | 13:44:17 |
| 3 | document and moving forward in time, the first e-mail | 13:44:19 |
| 4 | is an e-mail from Beth Adams dated January 17, 2013. | 13:44:22 |
| 5 | Do you see that? | 13:44:27 |
| 6 | A    Yes. | 13:44:28 |
| 7 | Q    Okay.  And the subject is "Notice of EMS | 13:44:29 |
| 8 | Inquiry No. 2013-004."  Do you see that? | 13:44:37 |
| 9 | A    Yes. | 13:44:40 |
| 10 | Q    Okay.  What is an EMS inquiry? | 13:44:41 |
| 11 | A    An EMS inquiry is where a concern, | 13:44:43 |
| 12 | complaint of either the treatment or delivery of EMS | 13:44:50 |
| 13 | service may be called into question.  And it's | 13:44:56 |
| 14 | brought to the attention of our QA. | 13:45:04 |
| 15 | Q    And you were involved in this particular | 13:45:05 |
| 16 | inquiry in your capacity as an EMS Captain II, | 13:45:07 |
| 17 | correct? | 13:45:07 |
| 18 | A    Yes. | 13:45:12 |
| 19 | Q    Okay.  And so above that January 17 | 13:45:12 |
| 20 | e-mail is a February 9 e-mail from Beth Adams. | 13:45:16 |
| 21 | Correct? | 13:45:24 |
| 22 | A    Yes. | 13:45:24 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

212

| | | |
|---|---|---|
| 1 | Q    And was this based on a report that you | 13:45:26 |
| 2 | had submitted? | 13:45:29 |
| 3 | A    It's based on my reporting to the | 13:45:31 |
| 4 | battalion chief my findings of the employee -- | 13:45:39 |
| 5 | fire medic employee. | 13:45:44 |
| 6 | Q    And this particular EMS inquiry pertained | 13:45:46 |
| 7 | to a complaint regarding delayed response by medic | 13:45:50 |
| 8 | unit? | 13:45:55 |
| 9 | A    Correct. | 13:45:57 |
| 10 | Q    And there was a fire medic and a | 13:45:57 |
| 11 | firefighter -- or there were a fire medic and a | 13:46:00 |
| 12 | firefighter who were the personnel that were | 13:46:02 |
| 13 | involved? | 13:46:04 |
| 14 | A    Correct. | 13:46:05 |
| 15 | Q    And this was a fire medic and a | 13:46:05 |
| 16 | firefighter at Captain Vannoy's station, right? | 13:46:08 |
| 17 | A    Only one of those was an employee | 13:46:12 |
| 18 | subordinate under Captain Vannoy. | 13:46:17 |
| 19 | Q    Right.  And that's the Fire Station 36 | 13:46:20 |
| 20 | employee? | 13:46:23 |
| 21 | A    Correct. | 13:46:24 |
| 22 | Q    Okay.  And the conclusion, according to | 13:46:32 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

267

| | | |
|---|---|---|
| 1 | up.  Okay? | 15:28:41 |
| 2 | A    Okay. | 15:28:42 |
| 3 | Q    When you were Fire Captain II in the | 15:28:42 |
| 4 | station, did you have authority to assign overtime to | 15:28:44 |
| 5 | off-duty firefighters? | 15:28:48 |
| 6 | A    No. | 15:28:48 |
| 7 | Q    As an EMS Captain II, do you have the | 15:28:48 |
| 8 | authority to assign overtime to off-duty | 15:28:48 |
| 9 | firefighters? | 15:28:48 |
| 10 | A    No. | 15:28:48 |
| 11 | Q    As a Fire Captain II in the station, did | 15:28:48 |
| 12 | you approve leave? | 15:28:56 |
| 13 | A    No. | 15:28:56 |
| 14 | Q    As an EMS Captain II, do you approve | 15:28:57 |
| 15 | leave? | 15:29:02 |
| 16 | A    No. | 15:29:02 |
| 17 | Q    As a Fire Captain II in the station, did | 15:29:03 |
| 18 | you set minimum staffing levels? | 15:29:03 |
| 19 | A    No. | 15:29:05 |
| 20 | Q    As an EMS Captain II, do you set minimum | 15:29:05 |
| 21 | staffing levels? | 15:29:10 |
| 22 | A    No. | 15:29:11 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

268

| | | |
|---|---|---|
| 1 | Q    When you were a Fire Captain II in the | 15:29:11 |
| 2 | station, how much time did you spend doing | 15:29:14 |
| 3 | performance appraisals each year? | 15:29:17 |
| 4 | A    About four hours a year. | 15:29:21 |
| 5 | Q    And as an EMS Captain II, we talked about | 15:29:32 |
| 6 | a number of multi-rater forms.  Correct? | 15:29:35 |
| 7 | A    Correct. | 15:29:38 |
| 8 | Q    Are those the only forms that you | 15:29:38 |
| 9 | complete as an EMS Captain II? | 15:29:40 |
| 10 | A    As of today, yes. | 15:29:40 |
| 11 | MS. REWARI:  Object to form. | 15:29:40 |
| 12 | BY MS. BURROUGHS: | 15:29:40 |
| 13 | Q    As of today, yes? | 15:29:40 |
| 14 | A    Yes. | 15:29:42 |
| 15 | Q    Can you -- before today, what other forms | 15:29:42 |
| 16 | did you complete? | 15:29:45 |
| 17 | A    In one case, it was an evaluation, but | 15:29:47 |
| 18 | the policy has changed. | 15:29:49 |
| 19 | Q    When you're doing those multi-rater | 15:29:53 |
| 20 | forms, how much time per year do you spend completing | 15:29:57 |
| 21 | them? | 15:30:00 |
| 22 | A    Hour, hour and a half. | 15:30:06 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

269

| | | |
|---|---|---|
| 1 | Q    For the whole year? | 15:30:07 |
| 2 | A    Oh, sorry.  Maybe for each one. | 15:30:08 |
| 3 | Q    Okay.  And how many did -- well, we said | 15:30:11 |
| 4 | it's changed over time. | 15:30:14 |
| 5 | A    It has. | 15:30:15 |
| 6 | Q    Maybe in the last year, how many did you | 15:30:17 |
| 7 | do? | 15:30:19 |
| 8 | A    Four. | 15:30:19 |
| 9 | Q    Okay.  And when you were doing the longer | 15:30:23 |
| 10 | evaluations, how much time would you guess that | 15:30:25 |
| 11 | added? | 15:30:28 |
| 12 | MS. REWARI:  Objection.  Calls for | 15:30:33 |
| 13 | speculation. | 15:30:34 |
| 14 | THE WITNESS:  The -- the evaluation | 15:30:34 |
| 15 | itself? | 15:30:38 |
| 16 | BY MS. BURROUGHS: | 15:30:38 |
| 17 | Q    Yes.  How much additional time did that | 15:30:39 |
| 18 | take you? | 15:30:42 |
| 19 | A    Another hour, hour and a half. | 15:30:42 |
| 20 | Q    When you were a Fire Captain II in the | 15:30:44 |
| 21 | station, did lieutenants complete performance | 15:30:46 |
| 22 | evaluations? | 15:30:50 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

270

| | | |
|---|---|---|
| 1 | A    Yes. | 15:30:50 |
| 2 | Q    Did lieutenants sign performance | 15:30:50 |
| 3 | evaluations for their subordinates? | 15:30:53 |
| 4 | A    Yes. | 15:30:55 |
| 5 | Q    As a Fire Captain II in the station, did | 15:30:56 |
| 6 | you engage in physical fitness? | 15:31:03 |
| 7 | A    Yes. | 15:31:05 |
| 8 | Q    How much time did you spend engaged in | 15:31:05 |
| 9 | physical fitness each shift? | 15:31:08 |
| 10 | A    Roughly two hours.  So maybe sometimes | 15:31:10 |
| 11 | interrupted by calls, responding to calls, EMS calls | 15:31:13 |
| 12 | or fire calls.  But I would say two hours. | 15:31:16 |
| 13 | Q    And then as an EMS Captain II, is it also | 15:31:22 |
| 14 | about two hours, or is that different? | 15:31:24 |
| 15 | A    It's the same.  The same -- same | 15:31:26 |
| 16 | challenges. | 15:31:31 |
| 17 | Q    As a Fire Captain II in the station, did | 15:31:32 |
| 18 | you perform or did you attend trainings? | 15:31:35 |
| 19 | MS. REWARI:  Objection.  Compound. | 15:31:38 |
| 20 | BY MS. BURROUGHS: | 15:31:40 |
| 21 | Q    You can answer if you know. | 15:31:42 |
| 22 | A    Yes. | 15:31:43 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

271

| | | |
|---|---|---|
| 1 | Q    Okay.  What kinds of trainings took place | 15:31:43 |
| 2 | in your station when you were a Fire Captain II? | 15:31:45 |
| 3 | A    Scheduled training set by the academy and | 15:31:48 |
| 4 | delivered to operations -- to -- directed to the | 15:31:51 |
| 5 | field personnel.  At that time it was a -- the | 15:31:55 |
| 6 | matrix.  And then -- now there's a component of D2L, | 15:32:00 |
| 7 | as well as master calendar ORs set by the training | 15:32:09 |
| 8 | academy. | 15:32:15 |
| 9 | Q    You used the acronym D2L.  What is that? | 15:32:17 |
| 10 | A    Desire to learn. | 15:32:21 |
| 11 | Q    Is that something that the County has set | 15:32:22 |
| 12 | up? | 15:32:24 |
| 13 | A    Yes.  The Fire and Rescue Department -- | 15:32:24 |
| 14 | excuse me -- the Fire and Rescue Academy manages and | 15:32:25 |
| 15 | has established the curriculum and content for all | 15:32:28 |
| 16 | providers to review and complete within a given time | 15:32:31 |
| 17 | period, be it monthly or quarterly, and those include | 15:32:34 |
| 18 | CEUs, as well as other subject content. | 15:32:39 |
| 19 | Q    Did you use CEUs? | 15:32:44 |
| 20 | A    Correct. | 15:32:44 |
| 21 | Q    What does that acronym mean? | 15:32:46 |
| 22 | A    Continuing education units. | 15:32:46 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

272

| | | |
|---|---|---|
| 1 | Q    Okay.  And when you were completing these | 15:32:50 |
| 2 | trainings, about how much time per shift did you | 15:32:51 |
| 3 | spend? | 15:32:54 |
| 4 | A    Depending on topic, it could be | 15:32:54 |
| 5 | 30 minutes to an hour to three hours.  Depending on | 15:32:59 |
| 6 | the scope or the specific task. | 15:33:03 |
| 7 | Q    As either a Fire Captain II in the | 15:33:08 |
| 8 | station or an EMS Captain, can you issue discipline | 15:33:11 |
| 9 | without sending it up the chain of command for | 15:33:15 |
| 10 | approval? | 15:33:18 |
| 11 | A    No. | 15:33:19 |
| 12 | Q    What is your most -- as a Fire Captain II | 15:33:21 |
| 13 | in the station, what is your most important job duty? | 15:33:24 |
| 14 | A    Showing up to work on time, as every | 15:33:27 |
| 15 | other personnel is responsible to show up to work on | 15:33:31 |
| 16 | time; respond on calls; deliver first-rate, quality | 15:33:34 |
| 17 | EMS care; and extinguish fires; ensure the safety of | 15:33:39 |
| 18 | commercial or public buildings that are in alarm are | 15:33:47 |
| 19 | safe to occupy; and render any incident that may be | 15:33:51 |
| 20 | unstable stable. | 15:33:58 |
| 21 | Q    And as an EMS Captain II, what would your | 15:34:00 |
| 22 | most important job duty be? | 15:34:03 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

273

| | | |
|---|---|---|
| 1 | A    My -- it would be the same, with the more | 15:34:05 |
| 2 | focus of supporting the EMS care:  Performing patient | 15:34:08 |
| 3 | care, delivering medications, treating patients, and | 15:34:13 |
| 4 | providing -- as a combination, support in any fire | 15:34:18 |
| 5 | task that may be needed. | 15:34:28 |
| 6 | Q    As an EMS Captain II, are you dispatched | 15:34:29 |
| 7 | on to fire or emergency response calls? | 15:34:32 |
| 8 | A    Yes, I am. | 15:34:34 |
| 9 | Q    When you are dispatched, do you go? | 15:34:35 |
| 10 | A    Yes, I do. | 15:34:38 |
| 11 | Q    Is that true no matter what you're doing? | 15:34:39 |
| 12 | A    I have no choice. | 15:34:41 |
| 13 | Q    As an EMS Captain II, what do you do when | 15:34:42 |
| 14 | you are dispatched to a fire or emergency response | 15:34:45 |
| 15 | call? | 15:34:47 |
| 16 | MS. REWARI:  Objection.  Compound. | 15:34:47 |
| 17 | THE WITNESS:  I respond -- when the | 15:34:49 |
| 18 | receipt of call is captured, the dispatch is made. | 15:34:53 |
| 19 | If the unit I'm riding on or assigned to that day is | 15:34:57 |
| 20 | part of that response, I respond in whatever unit I'm | 15:35:01 |
| 21 | assigned to that day, and perform whatever tasks that | 15:35:05 |
| 22 | are needed to mitigate the emergency, be it an EMS | 15:35:08 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

274

| | | |
|---|---|---|
| 1 | incident, or a fire incident, or maybe some other | 15:35:12 |
| 2 | special hazard incident, hazmat or TROT. | 15:35:18 |
| 3 | BY MS. BURROUGHS: | 15:35:22 |
| 4 | Q    As an EMS Captain II, have you been | 15:35:22 |
| 5 | dispatched on fire calls? | 15:35:25 |
| 6 | A    Yes, I have. | 15:35:28 |
| 7 | Q    What are -- can you give us some examples | 15:35:28 |
| 8 | of the things that you do when you're dispatched on | 15:35:31 |
| 9 | fire calls? | 15:35:33 |
| 10 | A    The specific tasks are to support the | 15:35:34 |
| 11 | battalion chief by tracking units, documenting and | 15:35:37 |
| 12 | providing a detailed accounting of all the units on | 15:35:40 |
| 13 | the event, support his management and accountability | 15:35:44 |
| 14 | of the incident. | 15:35:51 |
| 15 | Q    As a Fire Captain -- or as an EMS | 15:35:54 |
| 16 | Captain II, when you are dispatched on EMS calls, | 15:35:57 |
| 17 | what do you do, or what are some examples of what you | 15:36:00 |
| 18 | do? | 15:36:03 |
| 19 | A    I -- let me finish on the other question. | 15:36:03 |
| 20 | Q    Oh, sure. | 15:36:05 |
| 21 | A    Depending on what my dispatch is, my | 15:36:07 |
| 22 | other duty may be managing the medical unit or rehab, | 15:36:10 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

275

| | | |
|---|---|---|
| 1 | of where I perform blood pressures and evaluations of | 15:36:15 |
| 2 | firefighters that have been in the IDLH, and | 15:36:18 |
| 3 | determine if they're ready to be reused, recycled | 15:36:21 |
| 4 | into the IDLH. | 15:36:26 |
| 5 | Q    And what's an IDLH? | 15:36:28 |
| 6 | A    It is an immediate-danger-to-life hazard. | 15:36:30 |
| 7 | Q    And is that an acronym that would refer | 15:36:34 |
| 8 | to the incident scene? | 15:36:37 |
| 9 | A    It would refer to the area where | 15:36:38 |
| 10 | contamination, be it smoke, be it fumes, or whatever | 15:36:41 |
| 11 | the -- that area might be. | 15:36:48 |
| 12 | Q    Okay.  Do you have anything else to add | 15:36:50 |
| 13 | as far as your duties on the fire scene? | 15:36:54 |
| 14 | A    As part of that medical unit -- the | 15:36:57 |
| 15 | medical unit is there to ensure that if there's an | 15:37:02 |
| 16 | injury or illness of the firefighter, initiate the | 15:37:05 |
| 17 | immediate care to that firefighter in need.  And then | 15:37:08 |
| 18 | the rehab would be another one.  To explain, the | 15:37:13 |
| 19 | medical unit would be the task of providing care to | 15:37:17 |
| 20 | our injured firefighters. | 15:37:19 |
| 21 | Q    How many ALS providers are usually | 15:37:23 |
| 22 | dispatched to a fire scene? | 15:37:26 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

276

| | | |
|---|---|---|
| 1 | A     So there's an ALS provider on each | 15:37:27 |
| 2 | engine, potentially an ALS provider on the rescue, a | 15:37:31 |
| 3 | transport unit, two supervisors, and then one of the | 15:37:39 |
| 4 | battalion chiefs may be ALS-qualified.  So I would | 15:37:47 |
| 5 | say a minimum of six.  But it could be greater | 15:38:00 |
| 6 | depending upon the staffing of the units. | 15:38:03 |
| 7 | Q     Okay.  On a primary -- on a call that is | 15:38:05 |
| 8 | primarily medical, what are your responsibilities | 15:38:15 |
| 9 | then? | 15:38:17 |
| 10 | A     So on the algorithms we mentioned | 15:38:18 |
| 11 | earlier, I am dispatched as a second ALS provider on | 15:38:22 |
| 12 | calls.  I will initiate patient care as a second ALS | 15:38:28 |
| 13 | provider, and I will support the ALS provider on the | 15:38:33 |
| 14 | transport unit all the way through the call and to | 15:38:38 |
| 15 | the hospital, as needed. | 15:38:42 |
| 16 | Q     As the second ALS provider, are there -- | 15:38:43 |
| 17 | what sorts of care do you provide? | 15:38:47 |
| 18 | A     I take blood pressures, I take -- basic | 15:38:51 |
| 19 | vital signs:  Blood pressure, pulse, respiration, | 15:38:55 |
| 20 | 02 sat, EKG rhythm interpretation and analysis, and | 15:38:58 |
| 21 | body temperature. | 15:39:04 |
| 22 | Q     And you mentioned medicines earlier. | 15:39:08 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

277

| | | |
|---|---|---|
| 1 | A    Yes. | 15:39:11 |
| 2 | Q    Do you distribute medicine as part of | 15:39:11 |
| 3 | your job as an EMS Captain II? | 15:39:13 |
| 4 | A    Yes.  Any paramedic in the department | 15:39:17 |
| 5 | will deliver medication.  There is a protocol -- a | 15:39:20 |
| 6 | set protocol that provides that direction.  Given the | 15:39:24 |
| 7 | impression and the findings of our assessment, we | 15:39:27 |
| 8 | determine whether or not this patient can be -- can | 15:39:32 |
| 9 | be -- should be administered -- should be | 15:39:36 |
| 10 | administered the medicines appropriate for this | 15:39:37 |
| 11 | illness, ailment. | 15:39:41 |
| 12 | Q    Okay.  As an EMS Captain II, are you | 15:39:42 |
| 13 | dispatched on more EMS or more fire calls? | 15:39:48 |
| 14 | A    More EMS. | 15:39:52 |
| 15 | Q    If you -- would you be able to put a | 15:39:58 |
| 16 | rough percentage to how many more EMS calls you're | 15:39:59 |
| 17 | dispatched on than fire calls? | 15:40:03 |
| 18 | MS. REWARI:  Objection.  Vague. | 15:40:06 |
| 19 | THE WITNESS:  I couldn't. | 15:40:17 |
| 20 | BY MS. BURROUGHS: | 15:40:18 |
| 21 | Q    Okay.  Would it be more than 50 percent | 15:40:18 |
| 22 | EMS? | 15:40:20 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

278

| | | | |
|---|---|---|---|
| 1 | A | I would say so, yes. | 15:40:21 |
| 2 | Q | Okay.  Would it be more than 60 percent | 15:40:22 |
| 3 | EMS? | | 15:40:24 |
| 4 | A | I'd say 60 to 70 percent EMS. | 15:40:24 |
| 5 | Q | Okay.  So we just talked about those | 15:40:40 |
| 6 | duties on a fire and EMS scene as an EMS Captain II. | | 15:40:41 |
| 7 | | As a Fire Captain II in the station, what | 15:40:45 |
| 8 | were your duties on a fire scene? | | 15:40:48 |
| 9 | A | Perform an assessment of the structure. | 15:40:50 |
| 10 | If it's -- if it happens to be a fire, get the hose | | 15:41:03 |
| 11 | line on the fire.  Make sure there is no loss of life | | 15:41:06 |
| 12 | or life occupant danger, so a rescue may be required. | | 15:41:10 |
| 13 | Bring that incident to a stable status, and try to | | 15:41:16 |
| 14 | save property. | | 15:41:22 |
| 15 | Q | And -- | 15:41:22 |
| 16 | A | Which may include, you know, advancing | 15:41:22 |
| 17 | hose lines, placing fans, maybe force an entry to a | | 15:41:29 |
| 18 | structure or throwing ladders to gain entry or to | | 15:41:35 |
| 19 | evacuate occupants. | | 15:41:41 |
| 20 | Q | And as a Fire Captain II when you were | 15:41:49 |
| 21 | assigned to a station, what were your | | 15:41:51 |
| 22 | responsibilities on EMS calls? | | 15:41:53 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

279

| | | |
|---|---|---|
| 1 | A     The same thing:  Provide that -- provide | 15:41:56 |
| 2 | the basic vitals; support the ALS provider in that | 15:42:01 |
| 3 | situation of gaining that -- those vitals we talked | 15:42:08 |
| 4 | about earlier.  So it could be blood pressure, it | 15:42:11 |
| 5 | could be information, medical information for the | 15:42:14 |
| 6 | patient, for the family member, and providing that to | 15:42:15 |
| 7 | the lead paramedic.  Moving cots inside; carrying the | 15:42:19 |
| 8 | patient in and out; bringing equipment inside. | 15:42:26 |
| 9 | Q     When you were a Fire Captain II assigned | 15:42:29 |
| 10 | to a station, were you ALS-certified at that time? | 15:42:32 |
| 11 | A     I was. | 15:42:35 |
| 12 | Q     Are there things that you could do as | 15:42:35 |
| 13 | somebody who was ALS-certified that somebody who was | 15:42:38 |
| 14 | basic life support, BLS-certified, could not do? | 15:42:41 |
| 15 | A     Yes. | 15:42:45 |
| 16 | Q     What sorts of things can an ALS provider | 15:42:46 |
| 17 | do that is not part of the basic life support? | 15:42:48 |
| 18 | A     So, to administer medications, discern | 15:42:50 |
| 19 | EKG rhythms, diagnose certain rhythms and treat those | 15:42:54 |
| 20 | rhythms, treat the symptoms, if they're treatable | 15:42:56 |
| 21 | with the cadre of medicines that we have. | 15:43:02 |
| 22 | Q     And did you do those things as a Fire | 15:43:05 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

280

| | | |
|---|---|---|
| 1 | Captain II? | 15:43:08 |
| 2 | A    Yes, I did. | 15:43:08 |
| 3 | Perform CPR -- I forgot that -- on | 15:43:10 |
| 4 | both -- on the EMS as well as on that one. | 15:43:13 |
| 5 | Q    Is performing CPR an ALS certification? | 15:43:18 |
| 6 | A    No, it's a BLS. | 15:43:22 |
| 7 | Q    Okay.  So anybody who has the BLS | 15:43:23 |
| 8 | certification could be performing CPR? | 15:43:25 |
| 9 | A    Yes. | 15:43:31 |
| 10 | And I've done that myself as far as being | 15:43:31 |
| 11 | on the scene and responsible for that task. | 15:43:33 |
| 12 | Q    When you were a Fire Captain II at the | 15:43:41 |
| 13 | station, what apparatus were you generally assigned | 15:43:43 |
| 14 | to? | 15:43:46 |
| 15 | A    The engine. | 15:43:46 |
| 16 | Q    Did the engine, when you were on the | 15:43:47 |
| 17 | shift, ever respond to a call without you on it? | 15:43:49 |
| 18 | A    No. | 15:43:54 |
| 19 | Q    Did that -- did you go on the same number | 15:43:54 |
| 20 | of calls as your subordinates assigned to that | 15:43:57 |
| 21 | engine? | 15:44:00 |
| 22 | A    Yes. | 15:44:00 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

284

| | | |
|---|---|---|
| 1 | A     So this would provide the annual | 15:47:53 |
| 2 | accounting of that work performed by that master | 15:48:00 |
| 3 | tech. | 15:48:03 |
| 4 | Q     And when you completed Section B for | 15:48:03 |
| 5 | either the master techs, as we were just discussing, | 15:48:05 |
| 6 | or for the lieutenants, did you rank them on the | 15:48:08 |
| 7 | skills that were listed, or did you check "Not | 15:48:10 |
| 8 | applicable or not observed"? | 15:48:13 |
| 9 | A     I ranked them. | 15:48:15 |
| 10 | Q     Okay.  That's all I have for that one. | 15:48:17 |
| 11 | Can you find for me No. 518.  520 would | 15:48:31 |
| 12 | also work if you can find that one.  Either one would | 15:48:42 |
| 13 | be fine. | 15:48:46 |
| 14 | A     518 I have. | 15:48:46 |
| 15 | Q     Okay.  518 was a multi-rater form that | 15:48:48 |
| 16 | you identified as something you drafted; is that | 15:48:51 |
| 17 | right? | 15:48:51 |
| 18 | A     Correct. | 15:48:56 |
| 19 | Q     If you were completing a multi-rater form | 15:48:56 |
| 20 | such as this one, and you were dispatched to a call, | 15:48:59 |
| 21 | what would you do? | 15:49:02 |
| 22 | A     Leave to go on a call. | 15:49:03 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

285

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  So you would not stop -- you would | 15:49:06 |
| 2 | not complete this multi-rater form and then go on the | | 15:49:07 |
| 3 | call later? | | 15:49:09 |
| 4 | A | Correct. | 15:49:10 |
| 5 | Q | Okay.  Can you find No. 523. | 15:49:18 |
| 6 | | Got that one? | 15:49:34 |
| 7 | A | I do. | 15:49:35 |
| 8 | Q | And this was a memorandum that you | 15:49:35 |
| 9 | drafted in October of 2011 to -- | | 15:49:37 |
| 10 | A | Yes. | 15:49:40 |
| 11 | Q | -- Deputy Chief Keith Morrison. | 15:49:40 |
| 12 | A | Correct. | 15:49:45 |
| 13 | Q | Is that the right one? | 15:49:45 |
| 14 | A | Yes. | 15:49:45 |
| 15 | Q | If you were drafting a memorandum such as | 15:49:45 |
| 16 | this one and you were dispatched on a call, what | | 15:49:47 |
| 17 | would you do? | | 15:49:51 |
| 18 | A | I would respond on the call. | 15:49:51 |
| 19 | Q | Okay.  Can you find No. 530 for me. | 15:50:04 |
| 20 | | I'm going to ask you about 531 next, so | 15:50:19 |
| 21 | if they're in the pile next to each other, I'll warn | | 15:50:22 |
| 22 | you about them. | | 15:50:25 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

286

1      A    Okay.                                          15:50:26

2      Q    Okay.  So starting with 530, this was an       15:50:26

3  e-mail that you drafted in December of 2011; is that    15:50:29

4  right?                                                  15:50:29

5      A    Correct.                                       15:50:35

6      Q    If you were drafting an e-mail like this       15:50:36

7  and you were dispatched on a call, what would you do?   15:50:38

8      A    I would stop what I was doing and respond      15:50:41

9  on the calls.                                           15:50:44

10     Q    Okay.  Number 31 -- 531 --                     15:50:44

11     A    Mm-hmm.                                        15:50:48

12     Q    -- was an e-mail you drafted in February       15:50:49

13  of 2014.                                               15:50:52

14          If you were drafting an e-mail such as         15:50:53

15  this and you were dispatched, what would you do at     15:50:55

16  that time?                                             15:50:57

17     A    I would respond on the call.                   15:50:57

18     Q    Okay.                                          15:50:59

19     A    On many occasions, they don't get             15:51:00

20  completed because of call interruptions.               15:51:03

21     Q    Do you later come back and complete them       15:51:06

22  then?                                                  15:51:08

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

294

| | | |
|---|---|---|
| 1 | FURTHER EXAMINATION BY COUNSEL FOR | 15:59:33 |
| 2 | DEFENDANT | 15:59:33 |
| 3 | BY MS. REWARI: | 15:59:33 |
| 4 | Q    Your counsel asked you whether when you | 15:59:35 |
| 5 | were a station commander on an engine whether the | 15:59:41 |
| 6 | engine would go out without you.  And I want to | 15:59:43 |
| 7 | understand your answer. | 15:59:48 |
| 8 | Obviously, if you're not on a shift that | 15:59:51 |
| 9 | day or if you're on leave, the engine will go out | 15:59:54 |
| 10 | without you, right? | 15:59:58 |
| 11 | A    Typically a lieutenant would be assigned | 15:59:59 |
| 12 | to that to fill my position. | 16:00:01 |
| 13 | Q    Right.  But the engine would go out | 16:00:03 |
| 14 | without you. | 16:00:05 |
| 15 | A    When I'm on leave, yes. | 16:00:06 |
| 16 | Q    Okay.  And when you were a station | 16:00:08 |
| 17 | commander, you were at times filling in for an EMS | 16:00:12 |
| 18 | supervisor, right? | 16:00:15 |
| 19 | A    As well as a battalion chief and a safety | 16:00:16 |
| 20 | officer. | 16:00:19 |
| 21 | Q    Right. | 16:00:19 |
| 22 | And so on those days when you were | 16:00:20 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

295

| | | |
|---|---|---|
| 1 | filling in as an EMS supervisor, as a battalion | 16:00:23 |
| 2 | chief, or as a safety officer, the engine was going | 16:00:26 |
| 3 | out without you, right? | 16:00:29 |
| 4 | A     With a lieutenant in the front seat. | 16:00:30 |
| 5 | Q     Right.  So even though you were at work, | 16:00:32 |
| 6 | you were not on that engine; you were on a different | 16:00:39 |
| 7 | apparatus on those days, right? | 16:00:42 |
| 8 | A     That's possible. | 16:00:45 |
| 9 | Q     Okay.  As an EMS Captain II, are you -- | 16:00:51 |
| 10 | do you have a unit that's assigned to you? | 16:00:54 |
| 11 | A     A vehicle? | 16:00:57 |
| 12 | Q     No.  A unit as far as a personnel unit. | 16:00:58 |
| 13 | A     I'm sorry.  I don't know your question. | 16:01:02 |
| 14 | Q     Okay.  Let me ask -- if you'd go back to | 16:01:04 |
| 15 | Exhibit 514, that was your evaluation. | 16:01:06 |
| 16 | A     Okay. | 16:01:14 |
| 17 | Okay. | 16:01:36 |
| 18 | Q     And your counsel asked you about question | 16:01:37 |
| 19 | No. 6 under Section B. | 16:01:39 |
| 20 | A     Yes. | 16:01:40 |
| 21 | Q     And it was checked "Not applicable or not | 16:01:41 |
| 22 | observed."  Do you see that? | 16:01:43 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

296

| | | |
|---|---|---|
| 1 | A    Yes. | 16:01:46 |
| 2 | Q    Okay.  And the question was, "How | 16:01:49 |
| 3 | effectively does the supervisor accomplish budgetary, | 16:01:50 |
| 4 | administrative and support tasks necessary to assure | 16:01:54 |
| 5 | the efficient functioning of the unit." | 16:01:57 |
| 6 | My question to you is, as an EMS | 16:02:00 |
| 7 | Captain II, do you have a unit that you are assigned | 16:02:03 |
| 8 | to? | 16:02:05 |
| 9 | A    I think maybe -- you may be | 16:02:05 |
| 10 | misunderstanding the context of this question. | 16:02:10 |
| 11 | Q    Okay.  What is the context? | 16:02:12 |
| 12 | A    The unit, it's intended, for example, as | 16:02:14 |
| 13 | a resource management unit comprised of multiple | 16:02:16 |
| 14 | personnel.  A unit meaning something of a section. | 16:02:19 |
| 15 | Q    And -- but as a Captain II station | 16:02:26 |
| 16 | commander, was the section filled out for you? | 16:02:30 |
| 17 | A    Yes. | 16:02:33 |
| 18 | Q    Okay.  And it's not filled out for you as | 16:02:33 |
| 19 | an EMS? | 16:02:35 |
| 20 | A    Correct.  We do not deal with any | 16:02:36 |
| 21 | budgetary responsibilities. | 16:02:38 |
| 22 | Q    You don't have a particular station | 16:02:39 |

VIDEOTAPED DEPOSITION OF CAPTAIN GEORGE O. GONZALEZ
CONDUCTED ON MONDAY, JUNE 9, 2014

297

| | | |
|---|---|---|
| 1 | assigned to you, right; your office is in a station? | 16:02:41 |
| 2 | A    Yes. | 16:02:49 |
| 3 | Q    But you don't have budgetary | 16:02:49 |
| 4 | responsibility for that station, right? | 16:02:51 |
| 5 | A    Correct. | 16:02:53 |
| 6 | Q    And you don't have administrative | 16:02:54 |
| 7 | responsibilities specific to that station, right? | 16:02:57 |
| 8 | A    Correct. | 16:03:00 |
| 9 | MS. REWARI:  Okay.  I don't have any | 16:03:09 |
| 10 | further questions. | 16:03:10 |
| 11 | MS. BURROUGHS:  I don't have any either. | 16:03:10 |
| 12 | Thank you very much for coming in. | 16:03:12 |
| 13 | THE VIDEOGRAPHER:  No further questions, | 16:03:14 |
| 14 | we will conclude this deposition.  We will go off the | 16:03:16 |
| 15 | record at 16:03. | 16:03:18 |
| 16 | (Signature having not been waived, | |
| 17 | the deposition of CAPTAIN GEORGE O. GONZALEZ | |
| 18 | was concluded at 4:03 p.m.) | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

1

1            UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3              (Alexandria Division)

4       ------------------------X

5    GERARD MORRISON, et al., )

6            Plaintiffs,    )   Civil Action No.

7       v.                  )   1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA., )

9            Defendant.     )

10      ------------------------X

11

12   Videotaped Deposition of CAPTAIN JOHN ELLIS HIGGINBOTHAM, II

13                McLean, Virginia

14              Monday, June 9, 2014

15                 4:16 p.m.

16

17

18

19

20   Job No.: 59008

21   Pages: 1 - 259

22   Reported by: Leslie Anne Todd

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

47

| | | |
|---|---|---|
| 1 | Q    All right.  Turning to page 6.  In the | 16:57:12 |
| 2 | last line here, your answer to Interrogatory No. 4, | 16:57:22 |
| 3 | it states that:  "Plaintiff further states that he | 16:57:26 |
| 4 | was on workers' compensation from February 2013 to | 16:57:30 |
| 5 | May 2013 and received his full salary while on | 16:57:34 |
| 6 | workers' compensation." | 16:57:37 |
| 7 | Do you see that? | 16:57:38 |
| 8 | A    Yes. | 16:57:39 |
| 9 | Q    Okay.  What was that workers' | 16:57:40 |
| 10 | compensation related to? | 16:57:42 |
| 11 | A    Right shoulder surgery.  And I believe I | 16:57:46 |
| 12 | actually came back on duty in June of 2013. | 16:57:52 |
| 13 | Q    Was this an injury -- was this surgery | 16:58:07 |
| 14 | related to an injury? | 16:58:10 |
| 15 | A    Yes. | 16:58:12 |
| 16 | Q    What was the injury? | 16:58:15 |
| 17 | A    I had two tears on my right labrum. | 16:58:16 |
| 18 | Q    Was this something that you discovered on | 16:58:33 |
| 19 | an incident or something that was progressive that | 16:58:35 |
| 20 | you discovered? | 16:58:39 |
| 21 | A    I originally hurt it doing PT at the | 16:58:40 |
| 22 | station. | 16:58:43 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

48

| 1 | Q | Any other injuries that you've had in the | 16:58:56 |
| 2 | 2010 to current time period at work? | | 16:58:58 |
| 3 | A | Probably in January of 2012, early 2012, | 16:59:03 |
| 4 | I hurt my right foot.  Also during PT. | | 16:59:06 |
| 5 | Q | And by PT, you mean physical training? | 16:59:15 |
| 6 | A | Physical training, correct. | 16:59:18 |
| 7 | Q | Do you recall what happened? | 16:59:20 |
| 8 | A | With the root foot? | 16:59:21 |
| 9 | Q | Yes. | 16:59:23 |
| 10 | A | Kicking a heavy bag. | 16:59:24 |
| 11 | Q | Any other injuries that you can think of | 16:59:32 |
| 12 | in that -- | | 16:59:35 |
| 13 | A | Going back how far? | 16:59:36 |
| 14 | Q | In the 2010 to 2014 time period. | 16:59:38 |
| 15 | A | I don't believe so. | 16:59:44 |
| 16 | Q | Okay.  Looking at your answer to | 16:59:45 |
| 17 | Interrogatory No. 5.  You were asked here for all | | 16:59:50 |
| 18 | jobs proposals or transfers for which you've applied | | 17:00:01 |
| 19 | between November 1, 2008, and the present. | | 17:00:04 |
| 20 | And I -- my question is, have you ever | | 17:00:10 |
| 21 | applied for the Captain II position? | | 17:00:12 |
| 22 | A | No. | 17:00:14 |

128

| | | |
|---|---|---|
| 1 | Those are the only two unique things I | 18:34:37 |
| 2 | can think of right now. | 18:34:40 |
| 3 | (Defendant's Exhibit No. 549 was | 14:10:28 |
| 4 | marked for identification.) | 14:10:28 |
| 5 | BY MS. REWARI: | 14:10:28 |
| 6 | Q    Okay.  Let me show you Exhibit 549. | 18:34:41 |
| 7 | And this is an e-mail exchange from | 18:35:16 |
| 8 | February 2014.  Correct? | 18:35:21 |
| 9 | A    Yes. | 18:35:24 |
| 10 | Q    Okay.  And the subject is "Fire Station | 18:35:25 |
| 11 | visit," right? | 18:35:31 |
| 12 | A    Hold on.  I've got to look at this whole | 18:35:40 |
| 13 | thing. | 18:35:43 |
| 14 | Q    Sure.  Please.  Go ahead. | 18:35:44 |
| 15 | (Witness peruses document.) | 18:35:44 |
| 16 | A    Okay. | 18:35:59 |
| 17 | Q    And this is about a fire station visit by | 18:36:00 |
| 18 | a Girl Scout troop, right? | 18:36:04 |
| 19 | A    Correct. | 18:36:06 |
| 20 | Q    And is Captain Nash, is he a Captain I? | 18:36:06 |
| 21 | A    He's a C shift Captain I, yes. | 18:36:12 |
| 22 | Q    So am I correct to understand that this | 18:36:14 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

129

| | | |
|---|---|---|
| 1 | e-mail chain pertains to a visit the Girl Scout troop | 18:36:17 |
| 2 | wanted to make to the station? | 18:36:20 |
| 3 | A    Correct. | 18:36:22 |
| 4 | Q    And is this something that happens from | 18:36:22 |
| 5 | time to time at the station, that people from the | 18:36:24 |
| 6 | community want to come and visit the station? | 18:36:28 |
| 7 | A    It happens at all stations. | 18:36:30 |
| 8 | Q    All stations.  And sometimes they want to | 18:36:32 |
| 9 | take a visit to the station, right? | 18:36:35 |
| 10 | A    Mm-hmm. | 18:36:36 |
| 11 | Q    And then sometimes they want to use the | 18:36:37 |
| 12 | space like the homeowners' association, right? | 18:36:40 |
| 13 | A    That being a specific instance to 40 | 18:36:42 |
| 14 | because of our training room, yes. | 18:36:44 |
| 15 | Q    Okay.  And so is this the type of issue | 18:36:46 |
| 16 | that or type of community dealing that you do from | 18:36:49 |
| 17 | time to time as a captain at Station 40? | 18:36:55 |
| 18 | A    As a firefighter, captain, lieutenant, we | 18:36:57 |
| 19 | all do it.  This training was actually delivered | 18:37:02 |
| 20 | by -- who is this? -- one firefighter and two | 18:37:11 |
| 21 | technicians. | 18:37:19 |
| 22 | Q    Right.  But all the e-mails on this chain | 18:37:19 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

130

| | | |
|---|---|---|
| 1 | are all captains, right? | 18:37:22 |
| 2 | A    Correct. | 18:37:24 |
| 3 | Q    There is only Nash, Gruendel and you, | 18:37:24 |
| 4 | correct? | 18:37:28 |
| 5 | A    Right.  Nash, Gruendel and me.  If I was | 18:37:29 |
| 6 | off, I would have sent one of this -- I would have | 18:37:31 |
| 7 | sent this to one of my lieutenants to take care of | 18:37:33 |
| 8 | for me. | 18:37:36 |
| 9 | Q    Okay. | 14:10:28 |
| 10 | (Defendant's Exhibit No. 550 was | 14:10:28 |
| 11 | marked for identification.) | 14:10:28 |
| 12 | BY MS. REWARI: | 14:10:28 |
| 13 | Q    Let's take a look at Defendant's | 18:37:56 |
| 14 | Exhibit 550. | 18:37:58 |
| 15 | And do you recognize this as an e-mail | 18:38:05 |
| 16 | that you sent to Martin Ranck on September 10, 2013? | 18:38:07 |
| 17 | A    Yes. | 18:38:10 |
| 18 | Q    Was he the hazmat battalion chief at this | 18:38:12 |
| 19 | point? | 18:38:16 |
| 20 | A    Hold on.  Let me read it to make sure.  I | 18:38:16 |
| 21 | remember sending it.  I've just got to put | 18:38:20 |
| 22 | everything -- he should have be -- September.  I | 18:38:22 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

135

| | | |
|---|---|---|
| 1 | A    Correct. | 18:43:07 |
| 2 | Q    And this is an e-mail exchange with you, | 18:43:08 |
| 3 | Mark Nash, and David Gruendel? | 18:43:13 |
| 4 | A    Correct. | 18:43:17 |
| 5 | Q    Okay.  So, again, these are the captains | 18:43:18 |
| 6 | at Station 40? | 18:43:25 |
| 7 | A    Correct. | 18:43:26 |
| 8 | Q    Okay.  And Chief Ranck asked:  "Guys, I | 18:43:26 |
| 9 | would like to try and get together again to go over | 18:43:29 |
| 10 | some stuff for the -- for the coming year and our | 18:43:32 |
| 11 | program goals, objectives, and wants/needs." | 18:43:34 |
| 12 | Do you have an understanding of what | 18:43:37 |
| 13 | program he was talking about there? | 18:43:44 |
| 14 | A    Hazardous materials program. | 18:43:45 |
| 15 | Q    Okay.  And he next says:  "Can you look | 18:43:48 |
| 16 | at October 9 or 14, please, and see if either of | 18:43:50 |
| 17 | those dates work.  If coming to the station is not | 18:43:54 |
| 18 | feasible due to location or other personal needs, | 18:43:59 |
| 19 | would a phone call in work?  We are going to be doing | 18:43:59 |
| 20 | master calendar soon for the coming year and would | 18:44:02 |
| 21 | like some input." | 18:44:06 |
| 22 | Is this a master calendar for the | 18:44:08 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

136

| | | |
|---|---|---|
| 1 | department or battalion, or who? | 18:44:10 |
| 2 | A    The master calendar is for the department | 18:44:11 |
| 3 | as a whole. | 18:44:14 |
| 4 | Q    Okay.  And so do you have a recollection | 18:44:15 |
| 5 | of what input he was asking for there? | 18:44:16 |
| 6 | A    Not specifically.  I do recall that this | 18:44:20 |
| 7 | meeting in particular wound up getting postponed once | 18:44:23 |
| 8 | or twice, and actually Lieutenant O'Connor wound up | 18:44:26 |
| 9 | doing it for me, because it wound up being on a day | 18:44:31 |
| 10 | that I was off but A shift was working, and just to | 18:44:35 |
| 11 | get it over, Lieutenant O'Connor handled it for us. | 18:44:37 |
| 12 | Q    And so this -- what was the purpose of | 18:44:40 |
| 13 | the meeting? | 18:44:41 |
| 14 | A    I think probably it had some stuff to do | 18:44:42 |
| 15 | with FRO and just scheduling the upcoming -- some | 18:44:45 |
| 16 | ideas for what our upcoming yearly training would be. | 18:44:48 |
| 17 | Q    FRO is? | 18:44:51 |
| 18 | A    First responder operations, what we | 18:44:53 |
| 19 | talked about earlier in the very beginning, going out | 18:44:55 |
| 20 | and delivering all the training. | 18:44:58 |
| 21 | Q    Okay.  And so when you -- as long as | 18:45:00 |
| 22 | you've been at Station 40, has there been a hazmat | 18:45:08 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

137

| | | |
|---|---|---|
| 1 | battalion chief? | 18:45:11 |
| 2 | A    Yes.  I don't recall the position ever | 18:45:12 |
| 3 | being vacant for any length of time. | 18:45:21 |
| 4 | Q    Okay.  And so is this something that is | 18:45:23 |
| 5 | done annually with the hazmat battalion chief; i.e., | 18:45:25 |
| 6 | coming together and discussing training dates for the | 18:45:29 |
| 7 | master calendar? | 18:45:33 |
| 8 | A    No, not as the three of us.  It kind of | 18:45:34 |
| 9 | depends on who the battalion chief is and what the | 18:45:41 |
| 10 | topic would be.  If it was specific to training dates | 18:45:44 |
| 11 | for the master calendar, we typically don't have any | 18:45:47 |
| 12 | input into that at all.  If you're talking about | 18:45:50 |
| 13 | topics for the monthly training, that's the | 18:45:53 |
| 14 | chairperson from that -- we may or may not have -- | 18:45:58 |
| 15 | have a role in selecting that.  It depends. | 18:46:03 |
| 16 | Q    So as long as Chief Ranck has been the | 18:46:07 |
| 17 | hazmat battalion chief, what kind of input have you | 18:46:11 |
| 18 | had in the training that goes on the master calendar? | 18:46:15 |
| 19 | A    Most of it involves -- he will give me a | 18:46:20 |
| 20 | list of dates for whatever training it is that we're | 18:46:32 |
| 21 | going to do, and I see if that works with whatever | 18:46:35 |
| 22 | our schedule already is.  And either I will do that | 18:46:38 |

142

| | | |
|---|---|---|
| 1 | their time card is properly coded. | 18:51:17 |
| 2 | Q    Okay.  And then this says:  "If anyone | 18:51:19 |
| 3 | calls in, make sure to the chief or Captain Kelly | 18:51:22 |
| 4 | know to change it on FOCUS." | 18:51:26 |
| 5 | A    At this point in time in the system, this | 18:51:28 |
| 6 | was a new system.  Under our old system that we used | 18:51:32 |
| 7 | to use, lieutenants and captains all could do the | 18:51:32 |
| 8 | exact same things. | 18:51:36 |
| 9 | This was a new system, and at this time | 18:51:36 |
| 10 | only captains had access to the system.  That has | 18:51:38 |
| 11 | since changed, and lieutenants now have access to the | 18:51:42 |
| 12 | system to be able to do and update personnel's T&As. | 18:51:44 |
| 13 | Q    Okay. | 18:51:44 |
| 14 | A    So they can actually go through and | 18:51:48 |
| 15 | approve -- approve T&As like we used to always be | 18:51:50 |
| 16 | able to.  But at this point it was only captains and | 18:51:55 |
| 17 | above, so we had to work together as a big group to | 18:52:00 |
| 18 | get this done. | 18:52:04 |
| 19 | Q    Okay.  And then so in the next paragraph, | 18:52:05 |
| 20 | you wrote:  "I have approved all time for everyone up | 18:52:10 |
| 21 | through 8/22 except for the following items that need | 18:52:14 |
| 22 | to be corrected and/or approved." | 18:52:17 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

143

| | | |
|---|---|---|
| 1 | And then for the first person, "Durham OT | 18:52:18 |
| 2 | on 8/21 for 24 hours, need the 43, and to be approved | 18:52:25 |
| 3 | on FOCUS." | 18:52:30 |
| 4 | So the 43 here is again the same overtime | 18:52:31 |
| 5 | form that you were talking about earlier? | 18:52:33 |
| 6 | A   Reading what this tells me is that she's | 18:52:36 |
| 7 | put on her timecard that she had 24 hours of callback | 18:52:38 |
| 8 | on August 21st; however, I don't have the supporting | 18:52:41 |
| 9 | documentation to go along with that, so she needs to | 18:52:46 |
| 10 | provide that.  And we'll give reference to numbers, | 18:52:49 |
| 11 | and the lieutenant can reference the numbers and -- | 18:52:51 |
| 12 | Q   And that 43 -- | 18:52:51 |
| 13 | A   -- give the go ahead. | 18:52:55 |
| 14 | Q   I'm sorry, go ahead. | 18:52:55 |
| 15 | A   No, that's really it. | 18:52:57 |
| 16 | Q   And the 43 would have been signed by the | 18:52:58 |
| 17 | supervisor at the location where she was for that | 18:53:02 |
| 18 | overtime. | 18:53:04 |
| 19 | A   Correct. | 18:53:04 |
| 20 | Q   So you would be -- | 18:53:04 |
| 21 | A   Be either the lieutenant or a captain or | 18:53:06 |
| 22 | whatever.  An officer has to sign that part of it. | 18:53:08 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

161

| | | |
|---|---|---|
| 1 | good person to get. | 19:11:51 |
| 2 | Q    Okay.  And so what is Edward Payne's | 19:11:52 |
| 3 | position? | 19:11:56 |
| 4 | A    Lieutenant on Rescue 401. | 19:11:56 |
| 5 | Q    And who is on the "cc" line there? | 19:12:03 |
| 6 | A    He is the normal lieutenant on Rescue | 19:12:06 |
| 7 | 401.  He was on injury leave at that time.  As was | 19:12:16 |
| 8 | their captain, which is why he's not on it. | 19:12:20 |
| 9 | Q    Okay.  Their captain was on injury leave | 19:12:23 |
| 10 | at the time? | 19:12:25 |
| 11 | A    Correct.  And, again, all this is, is, | 19:12:25 |
| 12 | Hey, they throw his name in the hat.  And they've got | 19:12:27 |
| 13 | as much power as I do, which is none, to get or not | 19:12:29 |
| 14 | get people, personnel.  But we can throw names out | 19:12:33 |
| 15 | to -- throw names in the hat, and cross your fingers | 19:12:36 |
| 16 | and skip three times and hope you get that person. | 19:12:38 |
| 17 | Q    So were you suggesting to Lieutenant | 19:12:47 |
| 18 | Payne that he -- I guess who holds the hat?  Where is | 19:12:49 |
| 19 | the name being thrown into the hat when you say | 19:12:58 |
| 20 | throwing names into the hat? | 19:13:01 |
| 21 | A    I'm telling Lieutenant Payne to -- if you | 19:13:02 |
| 22 | have the opportunity to get him, throw -- if you're | 19:13:08 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

186

| | | |
|---|---|---|
| 1 | I give a verbal.  And by that, that's what I mean.  I | 19:49:05 |
| 2 | initiate it.  It's actually something that there was | 19:49:11 |
| 3 | a violation of the rules, I refer to their files, | 19:49:13 |
| 4 | figure out where it's at.  I send it up to -- | 19:49:16 |
| 5 | What do you want to do with this?  They come down | 19:49:20 |
| 6 | with an answer.  Which isn't always -- sometimes I | 19:49:22 |
| 7 | have asked for something specific and I've been told | 19:49:25 |
| 8 | no. | 19:49:27 |
| 9 | Q    Is there an SOP that governs discipline | 19:49:28 |
| 10 | for tardiness? | 19:49:32 |
| 11 | A    Yes. | 19:49:32 |
| 12 | Q    And so is it like Step 1 is a verbal | 19:49:33 |
| 13 | reprimand? | 19:49:36 |
| 14 | A    Correct. | 19:49:36 |
| 15 | Q    And then the Step 2 is a written | 19:49:37 |
| 16 | reprimand? | 19:49:40 |
| 17 | A    Correct. | 19:49:41 |
| 18 | Q    And what is Step 3? | 19:49:41 |
| 19 | A    Two days off. | 19:49:42 |
| 20 | Q    So if someone is tardy and it's their | 19:49:45 |
| 21 | first time, do you follow the SOP then, as far as | 19:49:47 |
| 22 | recommending that it be a verbal reprimand? | 19:49:51 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

187

| | | |
|---|---|---|
| 1 | A    If it's the first time, then I would put | 19:49:54 |
| 2 | in my -- my e-mail to the battalion chief, This is | 19:49:57 |
| 3 | his first time being late. | 19:50:00 |
| 4 | Q    And when you put that in there, you know | 19:50:01 |
| 5 | that if it's the first time, it's going to be a | 19:50:03 |
| 6 | verbal, right? | 19:50:05 |
| 7 | A    I know it should be.  But they do not | 19:50:06 |
| 8 | always listen. | 19:50:16 |
| 9 | Q    And is there a specific circumstance that | 19:50:16 |
| 10 | you're thinking of where they did not listen? | 19:50:19 |
| 11 | A    Certainly as a lieutenant there was | 19:50:22 |
| 12 | somebody that was -- when I was a lieutenant, we had | 19:50:25 |
| 13 | someone who was late the fourth time, which means | 19:50:27 |
| 14 | you're dismissed.  We recommended that we not dismiss | 19:50:30 |
| 15 | the person, he was dismissed.  So that was a perfect | 19:50:34 |
| 16 | example of not listening. | 19:50:37 |
| 17 | I -- with the technician here that I've | 19:50:39 |
| 18 | added, I actually -- well, in my e-mail wanted to try | 19:50:40 |
| 19 | to do two days off.  They came down to do a verbal. | 19:50:46 |
| 20 | So... | 19:50:50 |
| 21 | Q    Did you get an explanation as to why? | 19:50:51 |
| 22 | A    Absolutely not. | 19:50:54 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

188

| | | |
|---|---|---|
| 1 | Q    And who did you send that up to? | 19:51:05 |
| 2 | A    It went through my battalion chief, and | 19:51:09 |
| 3 | so it went at least to the deputy chief.  I honestly | 19:51:11 |
| 4 | don't know if it goes to an assistant chief for a | 19:51:15 |
| 5 | verdict on those or not.  We really don't know where | 19:51:19 |
| 6 | in the process the decision comes from. | 19:51:22 |
| 7 | (Defendant's Exhibit No. 562 was | 14:10:28 |
| 8 | marked for identification.) | 14:10:28 |
| 9 | BY MS. REWARI: | 19:51:33 |
| 10 | Q    Let me show you Defendant's Exhibit 562. | 19:51:35 |
| 11 | A    Are we done with 561? | 19:51:39 |
| 12 | Q    Yes. | 19:51:42 |
| 13 | A    Okay. | 19:51:55 |
| 14 | Q    Do you recognize this oral reprimand that | 19:51:56 |
| 15 | you issued? | 19:51:58 |
| 16 | A    Yes. | 19:51:58 |
| 17 | Q    June 2011? | 19:51:58 |
| 18 | A    Yes. | 19:52:00 |
| 19 | Q    Is this one that you initiated? | 19:52:00 |
| 20 | A    No. | 19:52:02 |
| 21 | Q    What happened here in this circumstance? | 19:52:02 |
| 22 | This involved a lieutenant, right? | 19:52:07 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

229

| | | |
|---|---|---|
| 1 | firefighters? | 20:45:33 |
| 2 | MS. REWARI:  Objection to form.  Lacks | 20:45:34 |
| 3 | foundation.  He's not a Captain II. | 20:45:35 |
| 4 | MS. FAULMAN:  I said "I".  I'm sorry.  If | 20:45:35 |
| 5 | I didn't, I mean to say "I". | 20:45:35 |
| 6 | MS. REWARI:  Okay. | 20:45:35 |
| 7 | BY MS. FAULMAN: | 20:45:39 |
| 8 | Q    As a Fire Captain I, do you have the | 20:45:39 |
| 9 | authority to assign overtime to off-duty | 20:45:41 |
| 10 | firefighters? | 20:45:43 |
| 11 | A    No. | 20:45:44 |
| 12 | Q    As a Fire Captain I, do you approve leave | 20:45:44 |
| 13 | or do you -- do you give somebody permission to use | 20:45:48 |
| 14 | their leave? | 20:45:52 |
| 15 | A    No. | 20:45:53 |
| 16 | Q    Have you ever denied somebody permission | 20:45:55 |
| 17 | to use their leave? | 20:45:58 |
| 18 | A    No. | 20:45:59 |
| 19 | Q    As a Fire Captain I or Captain I, do you | 20:46:01 |
| 20 | set minimum staffing levels? | 20:46:05 |
| 21 | A    No. | 20:46:06 |
| 22 | Q    How much time do you spend doing | 20:46:14 |

230

| | | |
|---|---|---|
| 1 | performance appraisals each year? | 20:46:16 |
| 2 | A     Me -- me actually writing them or me | 20:46:21 |
| 3 | writing them and approving -- being the reviewing | 20:46:24 |
| 4 | authority the ones -- | 20:46:25 |
| 5 | Q     Both.  If you could break it out. | 20:46:26 |
| 6 | A     I would say probably ten hours with 17 | 20:46:30 |
| 7 | people. | 20:46:34 |
| 8 | Q     And is that in both roles that you | 20:46:35 |
| 9 | just discussed? | 20:46:38 |
| 10 | A     In both roles, yes. | 20:46:38 |
| 11 | Q     And who fills out the evaluations for the | 20:46:44 |
| 12 | individuals that you don't -- that you're not the | 20:46:47 |
| 13 | initial reviewer on? | 20:46:50 |
| 14 | A     The lieutenants fill out the ones that -- | 20:46:53 |
| 15 | if I understand your question correctly, if I'm the | 20:46:57 |
| 16 | reviewing authority, the lieutenants filled that out. | 20:47:00 |
| 17 | Q     Thank you. | 20:47:02 |
| 18 | A     The lieutenant did the ER. | 20:47:03 |
| 19 | Q     And are you familiar with Section B of | 20:47:05 |
| 20 | the evaluation?  It deals with -- Section B states: | 20:47:08 |
| 21 | "Don't complete this section if the employee does not | 20:47:14 |
| 22 | supervise others," and then it lists six different | 20:47:17 |

235

| | | |
|---|---|---|
| 1 | employees actually delivered the training? | 20:51:37 |
| 2 | A    Technicians or master technicians.  On | 20:51:41 |
| 3 | occasion a lieutenant may have done it when I was | 20:51:45 |
| 4 | off.  The lieutenant that filled in for me likes to | 20:51:48 |
| 5 | do that sometimes. | 20:51:51 |
| 6 | Q    We looked at one e-mail from you that you | 20:51:55 |
| 7 | called "Additions to a possible wish list."  Do you | 20:51:59 |
| 8 | recall that? | 20:52:03 |
| 9 | A    Yes. | 20:52:03 |
| 10 | Q    With the exception of that e-mail, have | 20:52:04 |
| 11 | you done any other budget or wish list requests as a | 20:52:05 |
| 12 | Captain I? | 20:52:09 |
| 13 | A    That one would have been to -- | 20:52:10 |
| 14 | Q    And it's Exhibit 550 if you need to -- | 20:52:17 |
| 15 | A    On a yearly basis the station captain | 20:52:20 |
| 16 | will say, Hey, anything you guys can -- want to ask | 20:52:22 |
| 17 | for in the budget, and we'll provide input if there's | 20:52:25 |
| 18 | something we want.  No guarantee we're getting | 20:52:29 |
| 19 | anything.  Again, that's a wish list as well. | 20:52:32 |
| 20 | Q    Okay.  And approximately how much time do | 20:52:35 |
| 21 | you spend doing wish lists per year? | 20:52:37 |
| 22 | A    Ten minutes. | 20:52:41 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

236

| | | |
|---|---|---|
| 1 | Q    Do you have any purchasing authority as a | 20:52:42 |
| 2 | Captain I? | 20:52:44 |
| 3 | A    Zero. | 20:52:45 |
| 4 | Q    Do you have a fire department credit | 20:52:48 |
| 5 | card? | 20:52:49 |
| 6 | A    No, I do not. | 20:52:50 |
| 7 | Q    We talked about station policy books.  Do | 20:52:53 |
| 8 | you recall that?  Have you, as a Captain I, updated | 20:52:56 |
| 9 | any of the station policies at Station 40? | 20:53:00 |
| 10 | A    No, I have not. | 20:53:02 |
| 11 | Q    We just discussed that your shift spends | 20:53:12 |
| 12 | approximately three to five hours on training per | 20:53:15 |
| 13 | day. | 20:53:18 |
| 14 | A    On average.  Some days -- on hazmat days, | 20:53:18 |
| 15 | it's sometimes eight to nine.  It can vary. | 20:53:20 |
| 16 | Q    If you're not leading the training, what | 20:53:23 |
| 17 | are you doing during those training sessions? | 20:53:25 |
| 18 | A    Participating. | 20:53:27 |
| 19 | Q    Who would lead the training sessions? | 20:53:29 |
| 20 | A    It depends.  Sometimes it's the truck | 20:53:33 |
| 21 | lieutenant, sometimes it's the truck driver.  It | 20:53:35 |
| 22 | depends on whether we're doing suppression training | 20:53:37 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

237

| | | |
|---|---|---|
| 1 | or hazmat training.  If we're doing hazmat training, | 20:53:39 |
| 2 | obviously it's one of my technicians that is leading | 20:53:43 |
| 3 | what -- or we're going over what the capabilities | 20:53:46 |
| 4 | are.  If -- it just depends on what the training is. | 20:53:47 |
| 5 | But anywhere from the firefighter -- from | 20:53:53 |
| 6 | firefighter to me can deliver training, anywhere in | 20:53:55 |
| 7 | between. | 20:53:58 |
| 8 | Q    And are you permitted to issue discipline | 20:53:58 |
| 9 | without sending it up to the chain of command? | 20:54:02 |
| 10 | A    Absolutely not. | 20:54:06 |
| 11 | Q    And how much time have you spent | 20:54:07 |
| 12 | reporting violations of rules up the chain of command | 20:54:08 |
| 13 | since January of 2011, if you can provide an | 20:54:11 |
| 14 | estimate? | 20:54:13 |
| 15 | A    January 2011, how much time have I spent | 20:54:14 |
| 16 | requesting -- sending -- | 20:54:18 |
| 17 | Q    Reporting violations up the rules of | 20:54:19 |
| 18 | command -- up the chain of command. | 20:54:22 |
| 19 | A    Two to three hours. | 20:54:40 |
| 20 | Q    And is that total? | 20:54:41 |
| 21 | A    Probably, yes. | 20:54:43 |
| 22 | Q    What is your most important job duty as a | 20:54:44 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

238

| | | |
|---|---|---|
| 1 | Captain I? | 20:54:47 |
| 2 | A    Responding to incident calls. | 20:54:47 |
| 3 | Q    And you respond on the hazmat unit, | 20:54:49 |
| 4 | correct? | 20:54:49 |
| 5 | A    Correct. | 20:54:51 |
| 6 | Q    If you are working that shift, does | 20:54:52 |
| 7 | your -- and you are assigned to the hazmat unit, | 20:54:56 |
| 8 | does that apparatus respond to a call without you on | 20:54:59 |
| 9 | it? | 20:55:01 |
| 10 | A    No, it does not. | 20:55:02 |
| 11 | Q    Do you go on the same number of calls as | 20:55:03 |
| 12 | your -- as your subordinates who are assigned to that | 20:55:05 |
| 13 | apparatus? | 20:55:09 |
| 14 | A    Yes. | 20:55:10 |
| 15 | MS. REWARI:  Object to form. | 20:55:10 |
| 16 | BY MS. FAULMAN: | 20:55:10 |
| 17 | Q    When you go to -- when you're dispatched | 20:55:24 |
| 18 | to a call that involves EMS care, what do you do on | 20:55:27 |
| 19 | the scene as a Captain I? | 20:55:32 |
| 20 | A    It depends on the scenario.  I do | 20:55:34 |
| 21 | whatever needs to be done.  If it's a CPR, the goal | 20:55:37 |
| 22 | would be that I log when drugs were given, but on | 20:55:41 |

239

| | | |
|---|---|---|
| 1 | numerous incidents when involving a CPR, I'm down | 20:55:47 |
| 2 | giving -- actually doing the compressions.  So it | 20:55:52 |
| 3 | just varies on where we were, are the medics there | 20:55:54 |
| 4 | yet.  It can depend.  I can be anywhere from heavily | 20:55:57 |
| 5 | involved taking blood pressures to just like on a CPR | 20:56:02 |
| 6 | where I'm documenting, okay, at 08:00 we administered | 20:56:06 |
| 7 | this drug, whatever the medics and stuff do.  So I | 20:56:10 |
| 8 | just log it because it's a legal record. | 20:56:14 |
| 9 | Q    Would you consider that there was a major | 20:56:15 |
| 10 | problem with the call if you had to actually perform | 20:56:17 |
| 11 | primary EMS care? | 20:56:20 |
| 12 | A    No. | 20:56:22 |
| 13 | Q    And you mentioned that your unit may add | 20:56:24 |
| 14 | on to certain calls.  Do you recall that? | 20:56:28 |
| 15 | A    Mm-hmm. | 20:56:29 |
| 16 | Q    What other -- are captains the only ranks | 20:56:30 |
| 17 | that can choose to add on to a call? | 20:56:33 |
| 18 | A    No, any rank can add on to a call if they | 20:56:36 |
| 19 | determine they're closer and can provide aid. | 20:56:39 |
| 20 | Q    You stated that the hazmat unit never | 20:56:51 |
| 21 | goes out of service; is that correct? | 20:56:53 |
| 22 | A    Correct. | 20:56:55 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

240

| | | |
|---|---|---|
| 1 | Q    And so is it true that no matter what | 20:56:56 |
| 2 | you're doing, if the hazmat unit is dispatched, | 20:57:03 |
| 3 | you're required to respond? | 20:57:06 |
| 4 | A    Yes. | 20:57:07 |
| 5 | Q    And even if you're in a training; is that | 20:57:07 |
| 6 | correct? | 20:57:07 |
| 7 | A    Absolutely. | 20:57:09 |
| 8 | Q    And even if you were leading one of those | 20:57:09 |
| 9 | refresher or participating in one of the refresher | 20:57:12 |
| 10 | courses. | 20:57:15 |
| 11 | A    Absolutely. | 20:57:16 |
| 12 | Q    And we looked at a lot of e-mails.  For | 20:57:16 |
| 13 | example, we looked at one dealing with a Girl Scout | 20:57:20 |
| 14 | troop requesting to come in for a tour.  Do you | 20:57:24 |
| 15 | recall that e-mail? | 20:57:29 |
| 16 | A    Yes. | 20:57:29 |
| 17 | Q    If you were reviewing or forwarding that | 20:57:30 |
| 18 | e-mail on, and the hazmat unit was dispatched, what | 20:57:32 |
| 19 | would you do? | 20:57:35 |
| 20 | A    We're going to run the call. | 20:57:36 |
| 21 | Q    If I can have you look at Exhibit 541. | 20:57:43 |
| 22 | And is that true that you would run the | 20:57:48 |

241

| | | |
|---|---|---|
| 1 | call if you were doing physical fitness as well? | 20:57:49 |
| 2 | A    Absolutely. | 20:57:52 |
| 3 | Q    What about performance appraisals? | 20:57:53 |
| 4 | A    Absolutely.  You run the call. | 20:57:54 |
| 5 | Q    And what about reporting any disciplinary | 20:57:56 |
| 6 | infractions? | 20:57:59 |
| 7 | A    Running the call. | 20:57:59 |
| 8 | Q    Are you -- do you see Exhibit 541? | 20:58:02 |
| 9 | A    Yes. | 20:58:05 |
| 10 | Q    And what if you were actually conducting | 20:58:14 |
| 11 | the tour with the Girl Scout troop and a call went | 20:58:17 |
| 12 | out, would you finish the tour or would you go on the | 20:58:21 |
| 13 | call? | 20:58:24 |
| 14 | A    If I'm leading it, then we are running | 20:58:24 |
| 15 | the call.  If it empties the station, somebody has to | 20:58:27 |
| 16 | get them out of the station and make sure the door is | 20:58:30 |
| 17 | locked, and then we all run the call. | 20:58:33 |
| 18 | Q    Now, in this e-mail you are discussing an | 20:58:36 |
| 19 | individual who you would throw his name into a hat -- | 20:58:40 |
| 20 | or, actually, no, I'm sorry.  This was where you were | 20:58:44 |
| 21 | requesting to have somebody else certified as | 20:58:46 |
| 22 | HMO-qualified, correct? | 20:58:50 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

242

| | | |
|---|---|---|
| 1 | A    Correct. | 20:58:51 |
| 2 | Q    Do people get paid more?  Is there like a | 20:58:51 |
| 3 | pay increase associated with HMO qualification? | 20:58:54 |
| 4 | A    There is no pay difference for hazmat. | 20:58:57 |
| 5 | Any hazmat certification. | 20:59:00 |
| 6 | Q    Okay.  And there was some discussion in | 20:59:02 |
| 7 | the e-mail from James Walsh to you about budget | 20:59:05 |
| 8 | issues, and that there could be absolutely no | 20:59:09 |
| 9 | overtime associated with that training. | 20:59:11 |
| 10 | A    Yes. | 20:59:13 |
| 11 | Q    Do you see that? | 20:59:13 |
| 12 | Did you have any say with respect to the | 20:59:14 |
| 13 | budget issues? | 20:59:17 |
| 14 | MS. REWARI:  Object to form. | 20:59:18 |
| 15 | BY MS. FAULMAN: | 20:59:18 |
| 16 | Q    As a Captain I? | 20:59:19 |
| 17 | MS. REWARI:  Object to form. | 20:59:20 |
| 18 | BY MS. FAULMAN: | 20:59:20 |
| 19 | Q    Was it your -- were you requesting to get | 20:59:22 |
| 20 | somebody else certified? | 20:59:30 |
| 21 | A    Yes. | 20:59:31 |
| 22 | Q    And what was one reason that was standing | 20:59:32 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

243

| | | |
|---|---|---|
| 1 | in the way of getting -- having that happen? | 20:59:35 |
| 2 | MS. REWARI:  Object to form. | 20:59:40 |
| 3 | BY MS. FAULMAN: | 20:59:40 |
| 4 | Q    According to this e-mail. | 20:59:41 |
| 5 | MS. REWARI:  Object to form. | 20:59:42 |
| 6 | THE WITNESS:  Budget.  Our manual -- | 20:59:43 |
| 7 | our -- the hazmat manual calls for six days where, | 20:59:46 |
| 8 | instead of four people on the hazmat unit, I ride | 20:59:51 |
| 9 | with five to train this person as an internship. | 20:59:54 |
| 10 | That way if we run a call, they are with me.  They're | 20:59:57 |
| 11 | not in the back doing research.  I'm not down a | 21:00:01 |
| 12 | person.  Because it's a critical -- critical thing | 21:00:04 |
| 13 | that -- I can't go down because I could have people | 21:00:06 |
| 14 | doing anything from talking with a New Mexico tech | 21:00:09 |
| 15 | about, you know, explosives incident; they could be | 21:00:13 |
| 16 | calling a manufacturer for stuff.  So I can't -- it's | 21:00:16 |
| 17 | critical that I don't go down a person.  The person | 21:00:18 |
| 18 | that we're training needs to be with me at the | 21:00:21 |
| 19 | command post because it's a little bit of a different | 21:00:24 |
| 20 | world than we're used to. | 21:00:27 |
| 21 | However, in this regard, that wasn't | 21:00:29 |
| 22 | happening.  I -- he's essentially taken one body away | 21:00:32 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

244

| | | |
|---|---|---|
| 1 | from me so I can train someone. | 21:00:36 |
| 2 | Q    And -- | 21:00:36 |
| 3 | A    And I acknowledged the fact that we were | 21:00:37 |
| 4 | in a tight budget, and I would -- you know, I just | 21:00:39 |
| 5 | needed to get somebody done.  That was the bottom | 21:00:40 |
| 6 | line.  I don't care what constraints you put on me at | 21:00:43 |
| 7 | this point. | 21:00:46 |
| 8 | Q    Did you have the authority to override | 21:00:46 |
| 9 | these budgetary constraints? | 21:00:49 |
| 10 | A    No, I did not. | 21:00:51 |
| 11 | Q    Okay.  And if you were drafting this | 21:00:52 |
| 12 | e-mail or reading the e-mail from James Walsh and a | 21:00:53 |
| 13 | call came through, what would you have done? | 21:00:56 |
| 14 | A    Run the call. | 21:01:00 |
| 15 | Q    If you can look at Exhibit 543. | 21:01:00 |
| 16 | A    Yes. | 21:01:12 |
| 17 | Q    Approximately how much time would you | 21:01:15 |
| 18 | have spent on this proposal?  Or did you spend on | 21:01:19 |
| 19 | this proposal? | 21:01:22 |
| 20 | A    This was a 45-minute to one-hour | 21:01:27 |
| 21 | teleconference. | 21:01:34 |
| 22 | Q    And was it your decision that the budget | 21:01:39 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

245

| | | |
|---|---|---|
| 1 | needed to be reduced? | 21:01:41 |
| 2 | A    No, it was not. | 21:01:42 |
| 3 | Q    And again, if you were on that telephone | 21:01:47 |
| 4 | conference and a call came through, would you have | 21:01:50 |
| 5 | responded to the call? | 21:01:52 |
| 6 | A    I was actually off duty when we did this. | 21:01:54 |
| 7 | However, the unit that was on duty would have done | 21:01:57 |
| 8 | that. | 21:02:00 |
| 9 | Q    Okay.  The e-mail that you sent about the | 21:02:00 |
| 10 | homeowners' association requesting to use the | 21:02:28 |
| 11 | facility, do you recall that e-mail? | 21:02:31 |
| 12 | A    I recall the e-mail, yes. | 21:02:32 |
| 13 | Q    Could any other rank other than a captain | 21:02:34 |
| 14 | have sent that e-mail? | 21:02:36 |
| 15 | MS. REWARI:  Object to form. | 21:02:37 |
| 16 | THE WITNESS:  Yes, they can and routinely | 21:02:40 |
| 17 | happens. | 21:02:42 |
| 18 | BY MS. FAULMAN: | 21:02:43 |
| 19 | Q    And what ranks would that include? | 21:02:43 |
| 20 | A    All ranks. | 21:02:44 |
| 21 | Q    Including firefighters? | 21:02:45 |
| 22 | A    Absolutely. | 21:02:46 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

251

| | | |
|---|---|---|
| 1 | Q    Okay.  And I apologize for kind of | 21:08:08 |
| 2 | jumping all over here. | 21:08:10 |
| 3 | But when your lieutenants fill out the | 21:08:11 |
| 4 | performance evaluations for their subordinates, do | 21:08:14 |
| 5 | they hold a similar meeting that you hold when you | 21:08:18 |
| 6 | are performing the -- | 21:08:21 |
| 7 | A    Yes. | 21:08:23 |
| 8 | Q    And do you sit in with them? | 21:08:23 |
| 9 | A    No. | 21:08:25 |
| 10 | Q    Okay.  At what point in your career with | 21:08:56 |
| 11 | Fairfax can one sit for a captain's promotional exam? | 21:08:58 |
| 12 | Is there a requirement that you work for so many | 21:09:02 |
| 13 | years? | 21:09:05 |
| 14 | A    I -- I believe it's seven years minimum. | 21:09:05 |
| 15 | I could be wrong.  I don't remember. | 21:09:10 |
| 16 | Q    And when did you -- how many years into | 21:09:11 |
| 17 | your career was it before you took the captain's | 21:09:14 |
| 18 | test? | 21:09:18 |
| 19 | A    Seventeen. | 21:09:21 |
| 20 | Q    And is there any particular reason that | 21:09:22 |
| 21 | you waited 10 years beyond the minimum? | 21:09:24 |
| 22 | A    I waited to be in my longevity step. | 21:09:30 |

VIDEOTAPED DEPOSITION OF CAPTAIN JOHN ELLIS HIGGINBOTHAM, II
CONDUCTED ON MONDAY, JUNE 9, 2014

252

| | | |
|---|---|---|
| 1 | Q    And what do you mean by that? | 21:09:33 |
| 2 | A    I waited until I had my 15 longevity | 21:09:34 |
| 3 | step.  Once you're in your longevity, you stay in | 21:09:38 |
| 4 | longevity. | 21:09:42 |
| 5 | Q    And why would that have influenced your | 21:09:42 |
| 6 | decision to -- | 21:09:45 |
| 7 | A    The drop from lieutenant -- the drop -- | 21:09:45 |
| 8 | you actually drop.  If you're a lieutenant getting | 21:09:47 |
| 9 | promoted to captain, you actually drop and lose money | 21:09:50 |
| 10 | if you're not in longevity.  So if you're in | 21:09:53 |
| 11 | longevity, you say -- I was in a 10, I stayed in a | 21:09:57 |
| 12 | 10.  If I would have been a 9 -- 9, I would have | 21:09:58 |
| 13 | probably dropped back to an 8 or a 7.  So you -- with | 21:10:02 |
| 14 | the -- you actually wind up losing money. | 21:10:04 |
| 15 | Q    Okay.  So unless you're in a step 10, a | 21:10:09 |
| 16 | promotion to captain may result in your salary being | 21:10:12 |
| 17 | less than you earned as a lieutenant? | 21:10:15 |
| 18 | A    If you're working in the field, it will | 21:10:17 |
| 19 | result in you making less money as a lieutenant. | 21:10:19 |
| 20 | Q    Okay. | 21:10:19 |
| 21 | MS. FAULMAN:  I have no further | 21:10:31 |
| 22 | questions. | 21:10:32 |

1

1         UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF VIRGINIA

3            (Alexandria Division)

4    --------------------------x

5     GERARD MORRISON, et al.,  :

6            Plaintiffs,    :  Civ. Action No.

7         v.              :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,  :

9            Defendant.     :

10   --------------------------x

11

12      VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON

13             McLean, Virginia

14           Wednesday, May 28, 2014

15                4:16 p.m.

16

17

18

19

20   Job No.: 59000

21   Pages: 1 - 163

22   Reported By: Joan V. Cain

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

27

| | | |
|---|---|---|
| 1 | Q    I see that you were awarded the bronze | 16:33:53 |
| 2 | medal of valor in April of 2011.  What was that for? | 16:33:55 |
| 3 | A    That was for, I was on my way to work and I | 16:33:59 |
| 4 | was assigned to Station 24 at the time, and there | 16:34:05 |
| 5 | was an accident on I95 northbound and there was a | 16:34:08 |
| 6 | family within a car that was trapped, and I just | 16:34:13 |
| 7 | helped extricate, get the family out of the car. | 16:34:18 |
| 8 | Q    Any other awards for valor? | 16:34:21 |
| 9 | A    No.  That was it. | 16:34:23 |
| 10 | Q    Any other commendations or recognitions | 16:34:26 |
| 11 | other than the ones that are reflected on your | 16:34:30 |
| 12 | resume? | 16:34:32 |
| 13 | A    No, that was it.  These are all, mm-hmm. | 16:34:41 |
| 14 | Q    Since the time you've been employed by the | 16:34:45 |
| 15 | department, have you suffered any on-the-job | 16:34:47 |
| 16 | injuries? | 16:34:52 |
| 17 | A    Yes. | 16:34:52 |
| 18 | Q    Tell us about those, please. | 16:34:52 |
| 19 | A    Sprained ankles within the 26 years I've | 16:34:54 |
| 20 | been here, sprained foot.  What else?  An eye | 16:34:58 |
| 21 | injury.  That's pretty much what I can recall. | 16:35:08 |
| 22 | Q    Any of those cause you to go on light duty? | 16:35:12 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

28

| | | |
|---|---|---|
| 1 | A    No. | 16:35:14 |
| 2 | Q    When were you last injured? | 16:35:19 |
| 3 | A    I cannot recall my last injury. | 16:35:20 |
| 4 | Q    Did any of those injuries cause you to miss | 16:35:26 |
| 5 | work? | 16:35:29 |
| 6 | A    A few days of work, not light duty, though, | 16:35:29 |
| 7 | stay-at-home time. | 16:35:32 |
| 8 | Q    And when would that have been? | 16:35:36 |
| 9 | A    I can't recall.  I can't give you exact | 16:35:38 |
| 10 | dates. | 16:35:40 |
| 11 | Q    Been years and years ago? | 16:35:40 |
| 12 | A    Yes, years. | 16:35:41 |
| 13 | Q    The last time you were injured, do you | 16:35:52 |
| 14 | remember what your position was? | 16:35:54 |
| 15 | A    Might have been Captain II. | 16:36:00 |
| 16 | Q    So -- | 16:36:04 |
| 17 | A    Maybe assigned to Station 24, maybe.  I | 16:36:05 |
| 18 | think I might have strained my foot. | 16:36:08 |
| 19 | Q    Do you recall the specifics of that?  I see | 16:36:14 |
| 20 | you were at 24 from June of 2009 until July of last | 16:36:17 |
| 21 | year. | 16:36:21 |
| 22 | A    No, I can't recall the specifics.  I just | 16:36:24 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

29

| | | |
|---|---|---|
| 1 | remember one time I was injured there, and I was | 16:36:26 |
| 2 | getting off the rig and stepped down after returning | 16:36:29 |
| 3 | from a call and took a bad fall. | 16:36:32 |
| 4 | Q    Took a bad step? | 16:36:34 |
| 5 | A    Basically. | 16:36:36 |
| 6 | Q    Did you ever have to go to the emergency | 16:36:38 |
| 7 | room for any of the injuries that you've mentioned? | 16:36:40 |
| 8 | A    No. | 16:36:43 |
| 9 | Q    Captain, I have a couple questions for you | 16:36:51 |
| 10 | about the structure of the fire department.  Can you | 16:36:53 |
| 11 | describe the hierarchy at the department starting at | 16:36:55 |
| 12 | the top? | 16:36:59 |
| 13 | A    You have the fire chief, you have assistant | 16:36:59 |
| 14 | chiefs, deputy chiefs, battalion chiefs, Captain | 16:37:02 |
| 15 | IIs, Captain Is, lieutenants, master technicians, | 16:37:10 |
| 16 | technicians, fire medics, firefighter, and recruit | 16:37:19 |
| 17 | firefighter. | 16:37:22 |
| 18 | Q    Fire medics, firefighter, what was the last | 16:37:23 |
| 19 | one? | 16:37:26 |
| 20 | A    Recruit firefighter. | 16:37:26 |
| 21 | Q    Recruit firefighter? | 16:37:27 |
| 22 | A    Mm-hmm. | 16:37:28 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

68

| | | |
|---|---|---|
| 1 | A    No, I don't. | 17:36:59 |
| 2 | Q    For other conduct besides tardiness, how do | 17:37:03 |
| 3 | you decide when to issue an oral or a written | 17:37:10 |
| 4 | reprimand? | 17:37:13 |
| 5 | A    I do not decide when to give an oral or | 17:37:17 |
| 6 | written reprimand.  All discipline is handed down | 17:37:20 |
| 7 | from the battalion chief or the deputy chief. | 17:37:26 |
| 8 | Q    Well, how does the battalion chief or the | 17:37:27 |
| 9 | deputy chief learn of a disciplinary issue? | 17:37:30 |
| 10 | A    We notify them of the infraction. | 17:37:33 |
| 11 | Q    So when you say we, you mean? | 17:37:35 |
| 12 | A    Myself or a lieutenant. | 17:37:36 |
| 13 | Q    So you're involved in the process, right? | 17:37:41 |
| 14 | A    Yes. | 17:37:43 |
| 15 | Q    You're providing information to the | 17:37:43 |
| 16 | battalion chief, someone senior to you? | 17:37:46 |
| 17 | A    Correct. | 17:37:48 |
| 18 | Q    And is it customary for you to recommend a | 17:37:49 |
| 19 | disciplinary response? | 17:37:51 |
| 20 | A    No, it's not customary.  We would provide | 17:37:56 |
| 21 | the necessary information according to the | 17:37:58 |
| 22 | infraction and we will go into the employee's file | 17:38:01 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

69

| | | |
|---|---|---|
| 1 | to see if it has occurred before and then try to | 17:38:05 |
| 2 | submit that information to the battalion chief and | 17:38:13 |
| 3 | then they submit it to the deputy chief. | 17:38:15 |
| 4 | Q    Could a -- I'm sorry.  I didn't mean to | 17:38:17 |
| 5 | interrupt you.  Were you done? | 17:38:19 |
| 6 | A    No.  I was saying and then the deputy, from | 17:38:20 |
| 7 | what I was told, has to provide that information to | 17:38:23 |
| 8 | the assistant chief before any discipline is | 17:38:25 |
| 9 | actually administered. | 17:38:27 |
| 10 | Q    Could a lieutenant issue an oral reprimand | 17:38:28 |
| 11 | without your approval? | 17:38:31 |
| 12 | A    Yes, according from base -- if I wasn't in | 17:38:32 |
| 13 | place and that lieutenant went through the battalion | 17:38:37 |
| 14 | chief and, like I said before, the battalion chief | 17:38:41 |
| 15 | talked to the deputy and the assistant chief. | 17:38:43 |
| 16 | Q    So if you're not there, the lieutenant | 17:38:45 |
| 17 | would go to someone superior to you? | 17:38:48 |
| 18 | A    Correct. | 17:38:49 |
| 19 | Q    But could a lieutenant issue an oral | 17:38:49 |
| 20 | reprimand without someone's approval further up the | 17:38:52 |
| 21 | chain of command? | 17:38:55 |
| 22 | A    Not that I'm aware of, no.  Not that I'm | 17:38:56 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

141

| | | |
|---|---|---|
| 1 | with your job on your personal laptop? | 19:14:30 |
| 2 | A    I keep it on a USB drive. | 19:14:32 |
| 3 | Q    So that you can take the drive and not the | 19:14:36 |
| 4 | computer back and forth? | 19:14:39 |
| 5 | A    Correct. | 19:14:40 |
| 6 | Q    That's all the questions I have right now. | 19:14:49 |
| 7 | Thank you, sir. | 19:14:51 |
| 8 | MR. COPLOFF:  Can we take a take a quick | 19:14:56 |
| 9 | break? | 19:14:59 |
| 10 | THE VIDEOGRAPHER:  We'll go off the record. | 19:15:01 |
| 11 | The time is 19:15. | 19:15:03 |
| 12 | (Recess.) | 19:15:05 |
| 13 | THE VIDEOGRAPHER:  We'll go back on the | 19:19:16 |
| 14 | record.  The time is 19:19. | 19:19:17 |
| 15 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 19:19:20 |
| 16 | BY MR. COPLOFF: | 19:19:20 |
| 17 | Q    Captain Jackson, I have a few questions for | 19:19:21 |
| 18 | you.  As a Fire Captain II, do you have the | 19:19:23 |
| 19 | authority to assign overtime to off-duty | 19:19:27 |
| 20 | firefighters? | 19:19:30 |
| 21 | A    No. | 19:19:30 |
| 22 | Q    As a Fire Captain II, do you approve leave? | 19:19:30 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

142

| | | |
|---|---|---|
| 1 | A    No. | 19:19:34 |
| 2 | Q    As a Fire Captain II, do you set minimum | 19:19:34 |
| 3 | staffing levels? | 19:19:37 |
| 4 | A    No. | 19:19:38 |
| 5 | Q    You talked a little bit earlier about | 19:19:38 |
| 6 | performance evaluations.  How much time on average | 19:19:40 |
| 7 | do you spend doing performance evaluations each | 19:19:42 |
| 8 | year? | 19:19:44 |
| 9 | A    Wow.  It's roughly an hour to hour and a | 19:19:49 |
| 10 | half per person.  I will have maybe three or four | 19:19:55 |
| 11 | subordinates, so that's probably about 5, 6 hours. | 19:20:00 |
| 12 | Q    And you talked a little about lieutenants | 19:20:05 |
| 13 | doing performance evaluations.  Do you remember | 19:20:09 |
| 14 | that? | 19:20:11 |
| 15 | A    Yes. | 19:20:11 |
| 16 | Q    Do lieutenants sign performance evaluations | 19:20:11 |
| 17 | of their subordinates? | 19:20:13 |
| 18 | A    They sign it, yes. | 19:20:14 |
| 19 | Q    You talked a little bit about budget | 19:20:17 |
| 20 | requests or wish lists.  How much time on average | 19:20:19 |
| 21 | each year do you spend on your wish list? | 19:20:21 |
| 22 | A    Approximately same thing, about an hour and | 19:20:29 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

143

| | | |
|---|---|---|
| 1 | a half to two. | 19:20:32 |
| 2 | Q    And how much time do you spend each year | 19:20:33 |
| 3 | reviewing and updating station policies? | 19:20:36 |
| 4 | A    On average each year, maybe 2 hours. | 19:20:41 |
| 5 | Q    You talked a little about physical fitness | 19:20:47 |
| 6 | earlier.  How much time on each shift are you | 19:20:50 |
| 7 | engaged in physical fitness on average? | 19:20:52 |
| 8 | A    We're allotted 2 hours, but that's | 19:20:54 |
| 9 | depending on the call volume. | 19:20:57 |
| 10 | Q    Calls take precedence over physical | 19:20:59 |
| 11 | fitness? | 19:21:02 |
| 12 | A    Yes, they do. | 19:21:03 |
| 13 | Q    You said earlier that training's important. | 19:21:04 |
| 14 | What kind of training would you be performing on | 19:21:06 |
| 15 | your shifts? | 19:21:08 |
| 16 | A    There's various drills we do.  Suppression | 19:21:09 |
| 17 | training, where we're pull in hose lines, deploying | 19:21:12 |
| 18 | ladders, deploying hose lines, extrication drills, | 19:21:16 |
| 19 | search-and-rescue drills. | 19:21:20 |
| 20 | Q    Do you participate in the drills that you | 19:21:22 |
| 21 | just mentioned? | 19:21:24 |
| 22 | A    Yes, I do. | 19:21:24 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

145

| | | |
|---|---|---|
| 1 | BY MR. COPLOFF: | 19:22:19 |
| 2 | Q    Can you issue discipline without sending up | 19:22:19 |
| 3 | the chain of command for approval? | 19:22:21 |
| 4 | A    No, never. | 19:22:23 |
| 5 | Q    How much time have you spent reporting | 19:22:26 |
| 6 | violations of rules up the chain of command since | 19:22:29 |
| 7 | January 2011? | 19:22:31 |
| 8 | A    2011? | 19:22:31 |
| 9 | Q    Yeah. | 19:22:33 |
| 10 | A    How many hours? | 19:22:35 |
| 11 | Q    How much time? | 19:22:35 |
| 12 | A    How much time?  Wow.  Maybe 3 hours, maybe. | 19:22:37 |
| 13 | Q    Total? | 19:22:42 |
| 14 | A    Total. | 19:22:42 |
| 15 | Q    What is your most important job duty as a | 19:22:47 |
| 16 | Captain II? | 19:22:50 |
| 17 | MR. POWELL:  Objection. | 19:22:50 |
| 18 | BY MR. COPLOFF: | 19:22:51 |
| 19 | Q    You can answer. | 19:22:51 |
| 20 | A    My most important job would be to make sure | 19:22:52 |
| 21 | that we are in a state of readiness every shift 24 | 19:22:54 |
| 22 | hours, making sure that we are ready to go when the | 19:22:58 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

146

| | | |
|---|---|---|
| 1 | 911 -- 911 call comes in, making sure that everybody | 19:23:04 |
| 2 | from firefighter to myself are ready to go. | 19:23:13 |
| 3 | Q    And do you as a Captain II go to calls when | 19:23:16 |
| 4 | they come in? | 19:23:19 |
| 5 | A    Yes. | 19:23:21 |
| 6 | Q    And what tasks do you as a Captain II | 19:23:21 |
| 7 | perform on a fire scene or an emergency scene as a | 19:23:23 |
| 8 | Captain II? | 19:23:26 |
| 9 | A    Same as a firefighter. | 19:23:26 |
| 10 | Q    What tasks would those be? | 19:23:28 |
| 11 | A    I can end up deploying a hose line, | 19:23:29 |
| 12 | utilizing forcible entry twos, deploying ground | 19:23:34 |
| 13 | ladders.  I can position apparatus as well.  I | 19:23:40 |
| 14 | perform emergency medical services as well. | 19:23:44 |
| 15 | Q    What apparatus are you generally assigned | 19:23:51 |
| 16 | to? | 19:23:53 |
| 17 | A    Engine company. | 19:23:53 |
| 18 | Q    And does that apparatus ever respond to a | 19:23:54 |
| 19 | call without you on it? | 19:23:57 |
| 20 | A    Never. | 19:23:58 |
| 21 | Q    Do you go on the same number of calls as | 19:23:59 |
| 22 | your subordinates assigned to the engine company? | 19:24:02 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

147

| | | |
|---|---|---|
| 1 | A    Yes. | 19:24:04 |
| 2 | Q    If the tone goes off in the station, what | 19:24:06 |
| 3 | do you do? | 19:24:09 |
| 4 | A    I go on the call. | 19:24:10 |
| 5 | Q    What if you're performing training? | 19:24:11 |
| 6 | A    I go on the call. | 19:24:13 |
| 7 | Q    What if you're performing physical fitness? | 19:24:16 |
| 8 | A    We go on a call.  We stop. | 19:24:18 |
| 9 | Q    What if you're filling out a performance | 19:24:20 |
| 10 | appraisal and the tone goes off? | 19:24:23 |
| 11 | A    We stop doing what we're doing and go on a | 19:24:24 |
| 12 | call. | 19:24:27 |
| 13 | Q    And if you're reporting violations of the | 19:24:27 |
| 14 | rules, what do you do if the tones go off? | 19:24:28 |
| 15 | A    We go on the call. | 19:24:30 |
| 16 | Q    That's all I have. | 19:24:33 |
| 17 | FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT | 19:24:37 |
| 18 | BY MR. POWELL: | 19:24:37 |
| 19 | Q    Captain, when you go on a call, let's just | 19:24:38 |
| 20 | say hypothetically you go to a call and a building | 19:24:41 |
| 21 | is on fire, who's in charge at the scene? | 19:24:44 |
| 22 | A    It depends on the arriving units. | 19:24:47 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

148

| | | | |
|---|---|---|---|
| 1 | Q | If you're on the scene, aren't you in | 19:24:52 |
| 2 | charge of the firefighters' response to the | | 19:24:54 |
| 3 | emergency? | | 19:24:57 |
| 4 | A | No. | 19:24:57 |
| 5 | Q | Pardon me? | 19:24:58 |
| 6 | A | No. | 19:24:58 |
| 7 | Q | Who is, if you're not? | 19:24:59 |
| 8 | A | It depends on the arrival of the -- the | 19:25:00 |
| 9 | units on the scene. | | 19:25:03 |
| 10 | Q | If you're on the scene, is there anybody | 19:25:04 |
| 11 | there senior to you? | | 19:25:05 |
| 12 | A | Yes. | 19:25:07 |
| 13 | Q | Who? | 19:25:07 |
| 14 | A | Battalion chief. | 19:25:08 |
| 15 | Q | If the battalion chief is not there, are | 19:25:09 |
| 16 | you the most senior officer on the scene? | | 19:25:11 |
| 17 | A | Not necessarily, no. | 19:25:13 |
| 18 | Q | Who else would be, but if it's not you and | 19:25:14 |
| 19 | if the battalion chief is not there? | | 19:25:17 |
| 20 | A | It could be a lieutenant who will be the | 19:25:19 |
| 21 | incident commander. | | 19:25:21 |
| 22 | Q | Will the lieutenant be the incident | 19:25:22 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

149

| | | |
|---|---|---|
| 1 | commander if you're on the scene? | 19:25:25 |
| 2 | A    Yes, sir. | 19:25:26 |
| 3 | Q    And is the lieutenant then telling you what | 19:25:26 |
| 4 | to do? | 19:25:29 |
| 5 | A    Yes, sir. | 19:25:29 |
| 6 | Q    And you don't have the authority to say no, | 19:25:30 |
| 7 | I'm in charge? | 19:25:32 |
| 8 | A    No. | 19:25:32 |
| 9 | Q    How is it that the lieutenant, somebody | 19:25:33 |
| 10 | who's junior to you in the chain of command, is | 19:25:36 |
| 11 | running the -- running the response at a particular | 19:25:38 |
| 12 | fire? | 19:25:40 |
| 13 | A    Because according to our protocols and | 19:25:40 |
| 14 | procedures that mitigate how our units arrive on a | 19:25:43 |
| 15 | scene, for instance our second engine company, it | 19:25:49 |
| 16 | could have a -- a lieutenant on it.  That person | 19:25:51 |
| 17 | will be our incident commander. | 19:25:54 |
| 18 | Q    So if he gets there first? | 19:25:56 |
| 19 | A    If he gets there according to our | 19:25:57 |
| 20 | procedures. | 19:25:59 |
| 21 | Q    You say that when you respond to a call, | 19:26:02 |
| 22 | you can do the same duties as any firefighter, | 19:26:05 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

154

| | | |
|---|---|---|
| 1 | reviewing it. | 19:29:50 |
| 2 | Q    Someone senior to them has to review it and | 19:29:51 |
| 3 | approve it? | 19:29:54 |
| 4 | A    Yes.  It's not necessarily a captain who's | 19:29:55 |
| 5 | doing it. | 19:29:57 |
| 6 | Q    But it could be? | 19:30:01 |
| 7 | A    Could be, yes. | 19:30:02 |
| 8 | Q    Let me go back to our discussion about what | 19:30:28 |
| 9 | happens at an incident.  If you get to a fire and a | 19:30:33 |
| 10 | lieutenant is the incident commander and he or she | 19:30:36 |
| 11 | is making decisions that you think are unwise, do | 19:30:39 |
| 12 | you have the authority to intervene and take over | 19:30:44 |
| 13 | command? | 19:30:46 |
| 14 | MS. KILLALEA:  Let the record reflect | 19:30:55 |
| 15 | Mr. Kuley's shaking his head no. | 19:30:57 |
| 16 | BY MR. POWELL: | 19:30:59 |
| 17 | Q    Did you understand my question? | 19:31:02 |
| 18 | A    Can you repeat it? | 19:31:02 |
| 19 | Q    Yes, sir.  We were talking a little bit | 19:31:04 |
| 20 | earlier about what happens -- who's the incident | 19:31:06 |
| 21 | commander. | 19:31:09 |
| 22 | A    Correct. | 19:31:10 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

155

| | | |
|---|---|---|
| 1 | Q    If you get to a fire and lieutenant is the | 19:31:10 |
| 2 | incident commander -- | 19:31:12 |
| 3 | A    Mm-hmm. | 19:31:14 |
| 4 | Q    -- do you have the authority to step in if | 19:31:14 |
| 5 | you think he's making mistakes and take control? | 19:31:17 |
| 6 | A    Do I have the authority?  I would say no, I | 19:31:21 |
| 7 | do not have the authority.  I can give that person | 19:31:24 |
| 8 | suggestions. | 19:31:27 |
| 9 | Q    So if -- if you get to a fire scene and a | 19:31:28 |
| 10 | lieutenant is making decisions that you know are | 19:31:31 |
| 11 | wrong and dangerous and you make suggestions and he | 19:31:34 |
| 12 | says, sorry, Captain, I'm going to do it my way, are | 19:31:37 |
| 13 | you telling me that you're not going to intervene | 19:31:43 |
| 14 | and take control? | 19:31:45 |
| 15 | MR. COPLOFF:  Objection.  Calls for | 19:31:47 |
| 16 | speculation. | 19:31:48 |
| 17 | BY MR. POWELL: | 19:31:48 |
| 18 | Q    You're going to let him carry forward with | 19:31:48 |
| 19 | decisions that you disagree with? | 19:31:50 |
| 20 | MR. COPLOFF:  Objection.  Calls for | 19:31:51 |
| 21 | speculation. | 19:31:53 |
| 22 | You can answer. | 19:31:53 |

156

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay.  If -- if that person | 19:31:54 |
| 2 | is making unsafe, sound decisions that's going to | 19:31:55 |
| 3 | cause people to -- lives to be lost, such as | 19:31:59 |
| 4 | firefighters' lives to be lost and it's a serious | 19:32:04 |
| 5 | life hazard at hand, I would make a suggestion to | 19:32:08 |
| 6 | that person to change their tactics, then notify the | 19:32:11 |
| 7 | battalion chief on the radio as to what is going on | 19:32:16 |
| 8 | and go with their discretion. | 19:32:18 |
| 9 | BY MR. POWELL: | 19:32:20 |
| 10 | Q    Is there an SOP that covers this situation? | 19:32:20 |
| 11 | A    There is -- hmm.  Let me think.  I don't | 19:32:29 |
| 12 | think there's an SOP that covers this specific | 19:32:36 |
| 13 | situation that you just stated. | 19:32:38 |
| 14 | Q    Do lives have to be at risk before you feel | 19:32:40 |
| 15 | like you are justified in intervening and taking | 19:32:43 |
| 16 | control? | 19:32:45 |
| 17 | A    For me to take control? | 19:32:47 |
| 18 | MR. COPLOFF:  Objection.  You can answer. | 19:32:49 |
| 19 | THE WITNESS:  You say go ahead and answer? | 19:32:51 |
| 20 | MR. COPLOFF:  Yeah. | 19:32:52 |
| 21 | THE WITNESS:  I would -- I wouldn't take | 19:32:53 |
| 22 | control.  I would try to, like I said before -- no, | 19:32:54 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

157

| | | |
|---|---|---|
| 1 | lives do not have to be at risk.  I would try to | 19:32:59 |
| 2 | give that person some type of guidance as to their | 19:33:04 |
| 3 | strategy and tactics. | 19:33:07 |
| 4 | BY MR. POWELL: | 19:33:08 |
| 5 | Q    Time is of the essence when a fire's going | 19:33:09 |
| 6 | on, isn't it? | 19:33:11 |
| 7 | A    Always. | 19:33:12 |
| 8 | Q    So if the lieutenant is making decisions | 19:33:12 |
| 9 | whether jeopardizing property or jeopardizing life | 19:33:15 |
| 10 | and you're on the scene and you think the lieutenant | 19:33:19 |
| 11 | is making bad decisions, don't you have the | 19:33:21 |
| 12 | authority to take control of the scene? | 19:33:23 |
| 13 | A    No. | 19:33:25 |
| 14 | MR. COPLOFF:  Same objections. | 19:33:27 |
| 15 | BY MR. POWELL: | 19:33:28 |
| 16 | Q    You're telling me you don't have the | 19:33:28 |
| 17 | authority on your own to take control of a scene? | 19:33:29 |
| 18 | A    No. | 19:33:31 |
| 19 | Q    You can let the building burn down and | 19:33:31 |
| 20 | lives be lost because you lack that authority? | 19:33:34 |
| 21 | MR. COPLOFF:  Same objection. | 19:33:36 |
| 22 | BY MR. POWELL: | 19:33:37 |

VIDEOTAPED DEPOSITION OF ANTHONY LEROY JACKSON
CONDUCTED ON WEDNESDAY, MAY 28, 2014

158

| | | |
|---|---|---|
| 1 | Q    Is that what you're saying?  Is that your | 19:33:37 |
| 2 | testimony? | 19:33:39 |
| 3 | A    Yes. | 19:33:39 |
| 4 | MR. POWELL:  I have no more questions. | 19:33:40 |
| 5 | FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS | 19:34:10 |
| 6 | BY MR. COPLOFF: | 19:34:10 |
| 7 | Q    Does someone have to review evaluations | 19:34:12 |
| 8 | that you perform as a Captain II? | 19:34:14 |
| 9 | A    Yes. | 19:34:16 |
| 10 | Q    Who? | 19:34:17 |
| 11 | A    The battalion chief. | 19:34:17 |
| 12 | Q    You can't issue a final performance | 19:34:21 |
| 13 | evaluation without it being approved by someone | 19:34:22 |
| 14 | else, correct? | 19:34:25 |
| 15 | A    Correct. | 19:34:25 |
| 16 | Q    If there was a safety issue on a fire | 19:34:27 |
| 17 | scene, can anyone report that safety issue? | 19:34:29 |
| 18 | A    Yes, they can. | 19:34:31 |
| 19 | Q    Anyone in any position? | 19:34:32 |
| 20 | A    Anyone in any position, from a firefighter | 19:34:34 |
| 21 | up. | 19:34:36 |
| 22 | MR. COPLOFF:  That's all I have. | 19:34:41 |

1

1        UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF VIRGINIA

3           (Alexandria Division)

4   --------------------------x

5   GERARD MORRISON, et al.,  :

6           Plaintiffs,   :  Civ. Action No.

7       v.              :  1:14cv5 (CMH/JFA)

8   COUNTY OF FAIRFAX, VA.,  :

9           Defendant.    :

10  --------------------------x

11

12     Videotaped Deposition of REGINALD T. JOHNSON

13            McLean, Virginia

14          Thursday, May 29, 2014

15              2:25 p.m.

16

17

18

19

20  Job No.: 59681

21  Pages: 1 - 154

22  Reported By: Rebecca Stonestreet, RPR, CRR

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

33

| | | |
|---|---|---|
| 1 | Q    And the bronze medal, that's an award for | 14:49:42 |
| 2 | valor, isn't it? | 14:49:45 |
| 3 | A    Yes.  But that was not from this | 14:49:46 |
| 4 | department. | 14:49:48 |
| 5 | Q    Okay.  That's right.  It's -- | 14:49:48 |
| 6 | A    That was from Prince George County Fire | 14:49:48 |
| 7 | Department. | 14:49:51 |
| 8 | Q    What was your involvement on September 11 | 14:49:51 |
| 9 | that led to the Pentagon award? | 14:49:56 |
| 10 | A    We were -- obviously, we were working | 14:49:58 |
| 11 | that day, and we were, I guess, considered the | 14:50:01 |
| 12 | forward sector, just getting prepared and ready to | 14:50:04 |
| 13 | replace those units that were already on scene. | 14:50:10 |
| 14 | That was basically it as far as my specific | 14:50:13 |
| 15 | enrollment -- or involvement in that. | 14:50:16 |
| 16 | Q    Since you've been working for the | 14:50:18 |
| 17 | department, have you suffered any on-the-job | 14:50:21 |
| 18 | injuries? | 14:50:23 |
| 19 | A    I have. | 14:50:23 |
| 20 | Q    Can you summarize those for me, please? | 14:50:24 |
| 21 | A    One of our tanker rollovers on the | 14:50:27 |
| 22 | Beltway, sprained my ankle real bad; was off for | 14:50:34 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

34

| | | |
|---|---|---|
| 1 | several weeks.  I had a couple of minor cuts here | 14:50:38 |
| 2 | and there, some requiring stitches.  But nothing | 14:50:41 |
| 3 | major other than that. | 14:50:46 |
| 4 | Q    Was the ankle injury suffered in the | 14:50:47 |
| 5 | tanker rollover -- was that the only injury that | 14:50:50 |
| 6 | caused you to miss work? | 14:50:54 |
| 7 | A    One of the lacerations obviously does. | 14:50:55 |
| 8 | You can't work when you have stitches.  So it was | 14:50:59 |
| 9 | two incidents in which I lost time, I would say, | 14:51:00 |
| 10 | that I can recall. | 14:51:03 |
| 11 | Q    What I would like to do now, Chief, is | 14:51:04 |
| 12 | ask you a few questions about the structure of | 14:51:10 |
| 13 | the -- of the fire department.  Can you sort of | 14:51:12 |
| 14 | start at the top and go down the chain of command | 14:51:13 |
| 15 | and tell me what the positions are? | 14:51:16 |
| 16 | A    Okay.  You have, obviously, the fire | 14:51:17 |
| 17 | chief; you have three assistant chiefs. | 14:51:20 |
| 18 | You want me to name the bureaus, too, or | 14:51:25 |
| 19 | you just want to know the ranks as far as rank? | 14:51:27 |
| 20 | Q    Just the ranks would be fine.  Thank you. | 14:51:30 |
| 21 | A    Okay.  Good. | 14:51:33 |
| 22 | Fire chief, you have assistant chiefs, | 14:51:35 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

61

| | | |
|---|---|---|
| 1 | budget was... | 15:19:57 |
| 2 | Q    If the budget would tolerate it? | 15:19:59 |
| 3 | A    Right. | 15:20:01 |
| 4 | Q    But the same would also be true in the | 15:20:01 |
| 5 | other direction.  I suppose if the evaluation is | 15:20:03 |
| 6 | negative, if someone is consistently an under | 15:20:07 |
| 7 | performer, there's going to be a negative effect on | 15:20:09 |
| 8 | compensation and promotional opportunities.  Right? | 15:20:12 |
| 9 | MS. BURROUGHS:  Objection to form. | 15:20:14 |
| 10 | A    It's an entirely different process if | 15:20:15 |
| 11 | you're going to have a negative determination for | 15:20:18 |
| 12 | that. | 15:20:20 |
| 13 | Q    But the evaluation is a contributor in | 15:20:20 |
| 14 | that process, isn't it? | 15:20:23 |
| 15 | MS. BURROUGHS:  Same objection. | 15:20:25 |
| 16 | A    It's 10-week negative determination where | 15:20:26 |
| 17 | you have to get HR involved, work improvement | 15:20:29 |
| 18 | plans.  It's a number of things you have to do | 15:20:33 |
| 19 | besides this form. | 15:20:35 |
| 20 | And in -- and in the end, you know, they | 15:20:36 |
| 21 | very well could be successful.  So... | 15:20:38 |
| 22 | It just denotes the fact that the | 15:20:43 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

62

```
 1    employee is having some type of performance issue.      15:20:45

 2         Q    Aside from the formal evaluation process      15:20:48

 3    when you were station chief at -- or station            15:20:55

 4    commander at Station 26, it would also be part of       15:20:58

 5    your job to provide informal feedback on an             15:21:01

 6    as-needed basis, wouldn't it?                           15:21:08

 7         A    Correct.                                       15:21:10

 8         Q    And you would also provide advice and         15:21:10

 9    guidance on job performance.  Right?                    15:21:13

10         A    Correct.                                      15:21:14

11         Q    And your three lieutenants, did they have     15:21:14

12    the discretion to do the same thing for people who      15:21:16

13    were junior to them?                                    15:21:18

14         A    That's correct.  The employees that they      15:21:19

15    supervised on their units, they had every right to      15:21:21

16    do just that.                                           15:21:25

17         Q    And sometimes, I gather, when informal        15:21:29

18    guidance and direction wasn't enough, you would         15:21:39

19    have to invoke the disciplinary process.  Correct?      15:21:41

20         A    For performance-based issues, if that's       15:21:43

21    your question, it doesn't necessarily always result     15:21:48

22    in discipline.                                          15:21:52
```

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

69

| | | |
|---|---|---|
| 1 | A     To, in my opinion, provide the | 15:39:57 |
| 2 | investigative information that I found, like I say, | 15:40:01 |
| 3 | checking the folder and any pertinent information | 15:40:04 |
| 4 | relative to that, on basically getting the approval | 15:40:08 |
| 5 | to go ahead and issue the reprimand. | 15:40:10 |
| 6 | Q     Was it your practice to make a | 15:40:13 |
| 7 | recommendation to the battalion chief about what | 15:40:16 |
| 8 | you wanted to do? | 15:40:19 |
| 9 | A     I would say yes, to a degree.  I mean, if | 15:40:25 |
| 10 | it's an initial violation of an SOP; then, | 15:40:27 |
| 11 | obviously, by our progressive discipline standards, | 15:40:30 |
| 12 | you would more than likely start off with an oral | 15:40:33 |
| 13 | reprimand. | 15:40:37 |
| 14 | Q     Do you ever remember an occasion when | 15:40:38 |
| 15 | your battalion chief disagreed with your | 15:40:41 |
| 16 | recommended actions? | 15:40:45 |
| 17 | MS. BURROUGHS:  Objection. | 15:40:45 |
| 18 | Mischaracterizes his -- mischaracterizes his | 15:40:46 |
| 19 | testimony as to making recommendations. | 15:40:47 |
| 20 | A     Not that I remember. | 15:40:50 |
| 21 | Q     Let me change to written reprimands.  You | 15:40:52 |
| 22 | said just maybe one or two.  Right? | 15:40:57 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

70

| | | |
|---|---|---|
| 1 | A    Correct. | 15:40:59 |
| 2 | Q    And you recall that you would have had a | 15:40:59 |
| 3 | conversation with your battalion chief before | 15:41:02 |
| 4 | issuing any written reprimand? | 15:41:05 |
| 5 | A    Before I even typed it up and sent it to | 15:41:06 |
| 6 | him, I would probably have a conversation with him. | 15:41:08 |
| 7 | Q    And what was the purpose of that | 15:41:11 |
| 8 | conversation? | 15:41:12 |
| 9 | A    Like I said, the investigative | 15:41:12 |
| 10 | information that I have, pass it on; this is what's | 15:41:15 |
| 11 | happened; this is the direction that it needs to | 15:41:18 |
| 12 | go, or proposal, and... | 15:41:20 |
| 13 | Q    But you would be considering a written | 15:41:22 |
| 14 | reprimand when you're having this conversation. | 15:41:25 |
| 15 | Correct? | 15:41:26 |
| 16 | A    Yes.  Because more than likely the -- if | 15:41:26 |
| 17 | we're talking about written reprimands, more than | 15:41:29 |
| 18 | likely the investigation that I've done has already | 15:41:32 |
| 19 | revealed that the person had a violation within the | 15:41:38 |
| 20 | past year, a similar violation. | 15:41:41 |
| 21 | Q    It's a more serious form of discipline. | 15:41:43 |
| 22 | Right? | 15:41:45 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

73

| | | |
|---|---|---|
| 1 | to this matter, I am proposing." | 15:43:55 |
| 2 | So is this you putting him on notice that | 15:43:57 |
| 3 | you're making a recommendation somewhere else that | 15:44:00 |
| 4 | he receive this discipline? | 15:44:04 |
| 5 | A    Yes.   This is obviously a canned | 15:44:05 |
| 6 | document.  The proposal of suspension without pay | 15:44:10 |
| 7 | is a pretty canned document with the exception of | 15:44:13 |
| 8 | dates, times, SOP violations and all of that. | 15:44:16 |
| 9 | Q    You're filling in the information -- | 15:44:19 |
| 10 | A    You're filling in the information. | 15:44:20 |
| 11 | Q    -- that's specific to this particular | 15:44:21 |
| 12 | employee? | 15:44:23 |
| 13 | A    Yes. | 15:44:23 |
| 14 | Q    And you -- I think you said earlier you | 15:44:23 |
| 15 | actually remember this incident? | 15:44:25 |
| 16 | A    Yes. | 15:44:26 |
| 17 | Q    Was your recommendation adopted? | 15:44:26 |
| 18 | A    It was not adopted.  After the proposal, | 15:44:28 |
| 19 | two days of recommendation -- or two days of LWOP | 15:44:39 |
| 20 | were recommended for this employee.  But because of | 15:44:43 |
| 21 | this employee -- my knowledge, that this employee | 15:44:48 |
| 22 | was having some personal issues at home, I wrote an | 15:44:50 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

74

| | | |
|---|---|---|
| 1 | additional document to the fire chief recommending | 15:44:54 |
| 2 | that he cut that in half or come up with an | 15:44:56 |
| 3 | alternative. | 15:45:00 |
| 4 | Q    What is LWOP? | 15:45:00 |
| 5 | A    Leave without pay.  That would be your | 15:45:01 |
| 6 | suspension without pay. | 15:45:05 |
| 7 | Q    And am I understanding you to say that | 15:45:07 |
| 8 | after you sent this memo, Defendant's Exhibit 137, | 15:45:10 |
| 9 | to the lieutenant, there was some additional | 15:45:13 |
| 10 | consideration of his circumstances? | 15:45:16 |
| 11 | A    Yes. | 15:45:20 |
| 12 | Q    And it -- and it led to an ultimate | 15:45:20 |
| 13 | discipline of what? | 15:45:23 |
| 14 | A    One day instead of two. | 15:45:23 |
| 15 | Q    One day of leave without pay? | 15:45:26 |
| 16 | A    Correct. | 15:45:28 |
| 17 | Q    Let me now show you Defendant's | 15:45:29 |
| 18 | Exhibit 138, which is an oral reprimand form dated | 15:45:56 |
| 19 | May 14th, 2010.  I see your name in the lower | 15:46:01 |
| 20 | right-hand corner, Chief, above the date. | 15:46:03 |
| 21 | Again, the employee's name is on here. | 15:46:08 |
| 22 | We're not going to mention him by name.  All right? | 15:46:11 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

116

| | | |
|---|---|---|
| 1 | BY MS. BURROUGHS: | 16:43:07 |
| 2 | Q    How are you doing at this point? | 16:43:08 |
| 3 | A    Good. | 16:43:09 |
| 4 | Q    Thank you. | 16:43:09 |
| 5 | A    Good. | 16:43:09 |
| 6 | Q    Do you need another break?  I know we | 16:43:10 |
| 7 | just took one. | 16:43:13 |
| 8 | A    No, we're good. | 16:43:14 |
| 9 | Q    Okay.  So as a Fire Captain II, when you | 16:43:14 |
| 10 | had that position, did you have the authority to | 16:43:17 |
| 11 | assign overtime to off-duty firefighters? | 16:43:19 |
| 12 | A    No. | 16:43:22 |
| 13 | Q    As a Fire Captain II, did you approve | 16:43:23 |
| 14 | leave? | 16:43:26 |
| 15 | A    No, I did not approve leave. | 16:43:26 |
| 16 | Q    Did you set the minimum staffing levels | 16:43:28 |
| 17 | at your station? | 16:43:31 |
| 18 | A    No, I did not set minimum staffing | 16:43:32 |
| 19 | levels. | 16:43:35 |
| 20 | Q    How much time -- we talked about some | 16:43:35 |
| 21 | performance reviews that you filled out.  How much | 16:43:40 |
| 22 | time did you spend doing performance appraisals | 16:43:42 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

117

| | | |
|---|---|---|
| 1 | each year? | 16:43:44 |
| 2 | A    As a station captain at 26, I did | 16:43:45 |
| 3 | approximately five or six evaluations, so about an | 16:43:49 |
| 4 | hour or so each.  So six to eight hours, maybe. | 16:43:54 |
| 5 | Q    And would that be for the whole year? | 16:43:58 |
| 6 | A    Yes. | 16:44:00 |
| 7 | Q    Do lieutenants also do performance | 16:44:01 |
| 8 | evaluations when you were at Station 26? | 16:44:05 |
| 9 | A    Yes.  Like I mentioned, I had -- excuse | 16:44:07 |
| 10 | me.  I had three lieutenants, and they were | 16:44:13 |
| 11 | assigned employees that they evaluated. | 16:44:15 |
| 12 | Q    And how much time -- oh, we talked about | 16:44:18 |
| 13 | some budget issues.  You mentioned you created a | 16:44:25 |
| 14 | wish list for your department.  How much time did | 16:44:28 |
| 15 | you spend each year creating that wish list? | 16:44:30 |
| 16 | A    I would probably say no more than three | 16:44:33 |
| 17 | or four hours max. | 16:44:35 |
| 18 | Q    For the whole year? | 16:44:36 |
| 19 | A    For the whole year. | 16:44:37 |
| 20 | Q    How much time do you spend reviewing and | 16:44:38 |
| 21 | updating station policies every year? | 16:44:43 |
| 22 | A    Well, your initial -- when I initially | 16:44:45 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

118

| | | |
|---|---|---|
| 1 | was assigned to Station 26, obviously, I reviewed | 16:44:49 |
| 2 | all the policies, updated them, placed my name on | 16:44:54 |
| 3 | them.  The only other time you would review the | 16:44:58 |
| 4 | policy is if a department SOP, general order, or | 16:45:00 |
| 5 | whatever changed.  So other than that, you wouldn't | 16:45:03 |
| 6 | have to necessarily reference them again. | 16:45:05 |
| 7 | Q    So in your year, you mentioned you would | 16:45:07 |
| 8 | have reviewed all the policies? | 16:45:11 |
| 9 | A    Yes. | 16:45:12 |
| 10 | Q    About how much time do you think that | 16:45:12 |
| 11 | took? | 16:45:14 |
| 12 | A    That was probably four or five hours. | 16:45:14 |
| 13 | Q    For the whole year? | 16:45:16 |
| 14 | A    Yes. | 16:45:19 |
| 15 | Q    And then in subsequent years, how much | 16:45:19 |
| 16 | time would you estimate it took to review the | 16:45:19 |
| 17 | policies? | 16:45:19 |
| 18 | A    I would just say an hour a year. | 16:45:21 |
| 19 | Q    How much time do you spend engaged in | 16:45:22 |
| 20 | physical fitness on each shift? | 16:45:27 |
| 21 | A    We're supposed to do two hours of | 16:45:29 |
| 22 | physical fitness. | 16:45:31 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

119

| | | |
|---|---|---|
| 1 | Q     Do you usually do all two hours? | 16:45:32 |
| 2 | A     Yes.  Depending on call volume. | 16:45:35 |
| 3 | Q     What do you mean "depending on call | 16:45:38 |
| 4 | volume"? | 16:45:40 |
| 5 | A     Obviously, if we're engaged in physical | 16:45:40 |
| 6 | fitness and we get dispatched to an incident, we | 16:45:44 |
| 7 | have to stop doing that to go to the -- to the | 16:45:47 |
| 8 | call.  Depending on the length of the call and | 16:45:48 |
| 9 | other things, you may or may not return to do that. | 16:45:48 |
| 10 | Q     We spent some time talking about | 16:45:49 |
| 11 | discipline, and you mentioned about the chain of | 16:46:03 |
| 12 | command and how that works for discipline. | 16:46:07 |
| 13 | Can you issue discipline without sending | 16:46:09 |
| 14 | it up the chain of command for approval? | 16:46:12 |
| 15 | A     No.  You're not supposed to do that. | 16:46:15 |
| 16 | Q     And how much time have you spent | 16:46:17 |
| 17 | reporting violations of rules up the chain of | 16:46:20 |
| 18 | command since 2011 as a Captain II? | 16:46:24 |
| 19 | A     Probably very little since then, as a | 16:46:28 |
| 20 | Captain II.  Because in July I went to the office, | 16:46:33 |
| 21 | so that kind of changed my role.  So that was about | 16:46:35 |
| 22 | six months.  I would say very little. | 16:46:39 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

121

| | | |
|---|---|---|
| 1 | be conducting fire suppression activities. | 16:47:45 |
| 2 | Q     What unit do you usually arrive in?  What | 16:47:47 |
| 3 | apparatus are you assigned to usually? | 16:47:51 |
| 4 | A     Usually assigned to the engine as a | 16:47:53 |
| 5 | captain. | 16:47:54 |
| 6 | Q     So when you're assigned to the engine as | 16:47:54 |
| 7 | a Captain II, what are your responsibilities at the | 16:47:54 |
| 8 | fire scene? | 16:47:57 |
| 9 | A     As the first engine, you would be | 16:47:57 |
| 10 | responsible for ensuring that there was a water | 16:48:01 |
| 11 | supply established; on-scene reports, situational | 16:48:03 |
| 12 | reports; and normally stretching and | 16:48:10 |
| 13 | attacking the -- staffing the first attack line, | 16:48:17 |
| 14 | which is the fire attack line. | 16:48:19 |
| 15 | The second one, you could have command; | 16:48:20 |
| 16 | you could take the backup line. | 16:48:23 |
| 17 | The third one, you would be reporting to | 16:48:25 |
| 18 | the rear, possibly stretching the line to the rear | 16:48:27 |
| 19 | and to the floor above. | 16:48:30 |
| 20 | Fourth engine would be considered our | 16:48:31 |
| 21 | RIT, or Rapid Intervention Team. | 16:48:35 |
| 22 | Q     Can you tell me more about what you mean | 16:48:39 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

122

| | | |
|---|---|---|
| 1 | by stretching the line to the floor above?  What | 16:48:40 |
| 2 | does that mean? | 16:48:44 |
| 3 | A    The line, the hose line, hand line. | 16:48:44 |
| 4 | There's a number of terms we use.  But it's the | 16:48:44 |
| 5 | hose line. | 16:48:47 |
| 6 | Q    Okay.  So if I was -- in layman's terms, | 16:48:47 |
| 7 | it's where the water comes out? | 16:48:50 |
| 8 | A    Correct. | 16:48:52 |
| 9 | Q    Okay.  Do you go on the same number of | 16:48:52 |
| 10 | calls as your subordinates that are assigned to | 16:48:59 |
| 11 | your apparatus? | 16:49:02 |
| 12 | A    Yes.  On the engine you have four people | 16:49:02 |
| 13 | assigned, including myself, and you respond to the | 16:49:05 |
| 14 | calls together as a team.  There's no -- there's no | 16:49:08 |
| 15 | option of not going on a call. | 16:49:11 |
| 16 | Q    Has your apparatus ever responded to a | 16:49:12 |
| 17 | call without you on it? | 16:49:14 |
| 18 | A    No. | 16:49:15 |
| 19 | Q    Do you have any purchasing authority | 16:49:16 |
| 20 | for -- when you were at a Captain II at Station 26? | 16:49:25 |
| 21 | A    I don't know what you mean by "purchasing | 16:49:28 |
| 22 | authority."  But we are able to order typical | 16:49:32 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

123

| | | |
|---|---|---|
| 1 | supplies:  Toilet tissue, paper towels.  Things of | 16:49:37 |
| 2 | that nature, we're able to purchase.  We don't | 16:49:43 |
| 3 | actually do the purchasing, but it's more like an | 16:49:46 |
| 4 | order request, I guess you could say. | 16:49:48 |
| 5 | Q    Do you know who the vendor was that you | 16:49:50 |
| 6 | would make those purchase requests from? | 16:49:52 |
| 7 | A    At that time, we were using ZEP, Z-E-P, | 16:49:55 |
| 8 | but I think they're getting away from that | 16:50:02 |
| 9 | particular vendor right now. | 16:50:05 |
| 10 | Q    As a Captain II, did you have discretion | 16:50:06 |
| 11 | to use a different vendor? | 16:50:13 |
| 12 | A    No. | 16:50:13 |
| 13 | Q    Did you have a county credit card or | 16:50:13 |
| 14 | anything like that that would allow you to order | 16:50:13 |
| 15 | supplies? | 16:50:13 |
| 16 | A    No, no credit -- no credit card, no | 16:50:13 |
| 17 | county credit card. | 16:50:14 |
| 18 | Q    In your station, who did the inventory of | 16:50:14 |
| 19 | the supplies that you had on hand? | 16:50:24 |
| 20 | A    I actually delegated that to a technician | 16:50:26 |
| 21 | that took care of that. | 16:50:31 |
| 22 | Q    As a Captain II, when the tone rings, | 16:50:33 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

124

| | | |
|---|---|---|
| 1 | what do you do? | 16:50:40 |
| 2 | A    Stop whatever I'm doing, listen to the | 16:50:41 |
| 3 | call, the unit's address; and then if it's for my | 16:50:44 |
| 4 | unit, I'm responding to the call. | 16:50:48 |
| 5 | Q    Is that true no matter what you're doing? | 16:50:50 |
| 6 | Training, physical fitness, performance appraisals, | 16:50:53 |
| 7 | issuing discipline? | 16:50:55 |
| 8 | A    Anything. | 16:50:56 |
| 9 | Q    Can I ask you to look back at Defendant's | 16:50:57 |
| 10 | Exhibit 142-A, if you can find that one? | 16:51:15 |
| 11 | A    (Witness complies.) | 16:51:18 |
| 12 | Q    Actually, can I change my mind?  Can we | 16:51:22 |
| 13 | go to 142-D? | 16:51:24 |
| 14 | A    (Witness complies.)  Yes. | 16:51:28 |
| 15 | Q    And you identified this before as a | 16:51:35 |
| 16 | performance appraisal that was completed of you. | 16:51:39 |
| 17 | Is that correct? | 16:51:40 |
| 18 | A    Completed of me.  Correct. | 16:51:41 |
| 19 | Q    Yes.  Can you turn for me to page 4, | 16:51:45 |
| 20 | where it says "Section B"? | 16:51:49 |
| 21 | A    (Witness complies.)  Okay. | 16:51:52 |
| 22 | Q    And there's a section here that says: | 16:51:55 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

141

| | | |
|---|---|---|
| 1 | Q    Let's just take a fire.  How do you -- | 17:08:09 |
| 2 | how is it decided who is going to be the incident | 17:08:12 |
| 3 | commander? | 17:08:15 |
| 4 | A    Our operating manuals are pretty clear as | 17:08:15 |
| 5 | far as incident commander.  First arriving unit | 17:08:21 |
| 6 | officer will have incident command; but if they | 17:08:23 |
| 7 | need to get into more of an aggressive tactical | 17:08:27 |
| 8 | operation, for example, pulling the hose line, then | 17:08:30 |
| 9 | they will work with the battalion chief to transfer | 17:08:33 |
| 10 | the command to the second arriving engine or to the | 17:08:37 |
| 11 | battalion chief themselves when they arrive. | 17:08:40 |
| 12 | Q    So if you're the first arriving -- you | 17:08:42 |
| 13 | personally, during the time you were the station | 17:08:44 |
| 14 | commander for Station 26, if your apparatus was the | 17:08:47 |
| 15 | first one on the scene, you would automatically | 17:08:51 |
| 16 | become the incident commander? | 17:08:54 |
| 17 | A    Correct. | 17:08:56 |
| 18 | Q    But if another piece of equipment with a | 17:08:57 |
| 19 | lieutenant got there first, he would become the | 17:09:00 |
| 20 | incident commander? | 17:09:03 |
| 21 | A    Their -- yes.  Our rules state that the | 17:09:04 |
| 22 | first unit arriving is the incident commander until | 17:09:05 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

142

| | | |
|---|---|---|
| 1 | command is transferred or assumed by the battalion | 17:09:11 |
| 2 | chief. | 17:09:13 |
| 3 | Q   Let's take the second situation I was | 17:09:13 |
| 4 | talking about, where a lieutenant gets to the scene | 17:09:18 |
| 5 | first -- | 17:09:21 |
| 6 | A   Okay. | 17:09:22 |
| 7 | Q   -- and becomes incident commander and | 17:09:22 |
| 8 | then you get there. | 17:09:24 |
| 9 | A   Okay. | 17:09:25 |
| 10 | Q   Are there circumstances in which you | 17:09:25 |
| 11 | could assume command of the incident? | 17:09:27 |
| 12 | A   Yes.  If -- like I said, if the | 17:09:29 |
| 13 | lieutenant was in a position where they had to take | 17:09:32 |
| 14 | an aggressive tactical operation, like stretching a | 17:09:34 |
| 15 | hand line, they would normally communicate with the | 17:09:38 |
| 16 | battalion chief that they need a transfer of | 17:09:41 |
| 17 | command. | 17:09:43 |
| 18 | At that point, the battalion chief would | 17:09:43 |
| 19 | call me and tell me that I would be assuming | 17:09:45 |
| 20 | command until they arrived. | 17:09:47 |
| 21 | Q   If there were an emergency that required | 17:09:48 |
| 22 | the lieutenant to start pulling hose, could you | 17:09:50 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

143

| | | |
|---|---|---|
| 1 | assume command without going to the battalion | 17:09:54 |
| 2 | chief? | 17:09:56 |
| 3 | A    It's not supposed to operate like that. | 17:09:56 |
| 4 | Q    I understand you're supposed to check | 17:10:01 |
| 5 | with the battalion chief. | 17:10:02 |
| 6 | A    Yes. | 17:10:04 |
| 7 | Q    But if the lieutenant needs to put his | 17:10:04 |
| 8 | shoulder to the wheel to help put out the fire, | 17:10:06 |
| 9 | would you and he work it out so that you would be | 17:10:09 |
| 10 | the incident commander? | 17:10:11 |
| 11 | A    I'm sure that could happen, yes. | 17:10:13 |
| 12 | Q    You were -- am I remembering that you | 17:10:14 |
| 13 | were the station commander at 26 for -- how many | 17:10:19 |
| 14 | months, was it? | 17:10:24 |
| 15 | A    From 2008 to 2011. | 17:10:25 |
| 16 | Q    Okay.  So almost three years? | 17:10:29 |
| 17 | A    Yeah. | 17:10:33 |
| 18 | Q    Do you remember approximately how many -- | 17:10:34 |
| 19 | how many fires, approximately, would you have | 17:10:37 |
| 20 | responded to during that period of time? | 17:10:39 |
| 21 | A    I couldn't even tell you. | 17:10:40 |
| 22 | Q    Dozens?  More than a hundred? | 17:10:42 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

145

| | | |
|---|---|---|
| 1 | Q    But if you're there first, you're the | 17:11:46 |
| 2 | incident commander?  You're directing the | 17:11:49 |
| 3 | activities of the lieutenants and the other people | 17:11:52 |
| 4 | who were subordinate to you, and they're the ones | 17:11:54 |
| 5 | working the fire? | 17:11:57 |
| 6 | A    No, not like that.  I guess I need to | 17:11:58 |
| 7 | clarify between the incident command setting up | 17:12:04 |
| 8 | command and then being the initial commander. | 17:12:07 |
| 9 | As a first arriving engine company, you | 17:12:09 |
| 10 | are the initial incident commander.  That's not | 17:12:12 |
| 11 | going to stop me from - and we'll just take a | 17:12:15 |
| 12 | typical house fire - taking a lap around the | 17:12:18 |
| 13 | structure, getting a situation report, providing | 17:12:21 |
| 14 | that information, making sure the hose line is | 17:12:24 |
| 15 | pulled and doing those type of things. | 17:12:26 |
| 16 | But at that point in time is when you're | 17:12:29 |
| 17 | supposed to call the battalion chief and say, "I | 17:12:31 |
| 18 | need to transfer command." | 17:12:33 |
| 19 | The battalion chief would then come back | 17:12:34 |
| 20 | and say either, "I'll be there in 30 seconds," or | 17:12:36 |
| 21 | "Second engine assume command." | 17:12:40 |
| 22 | But until that happens, you're still the | 17:12:42 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

146

| | | |
|---|---|---|
| 1 | incident commander.  But you're still expected to | 17:12:44 |
| 2 | perform that tactical operation. | 17:12:47 |
| 3 | I don't know if that's very clear.  It | 17:12:51 |
| 4 | may be a little complicated. | 17:12:53 |
| 5 | Q    I -- no, I -- well, let's -- let me | 17:12:54 |
| 6 | follow up with a few questions and see if I've | 17:12:57 |
| 7 | understood what you've said. | 17:12:59 |
| 8 | So if it's a house fire and a lieutenant | 17:13:00 |
| 9 | gets there first, he's going to become the initial | 17:13:03 |
| 10 | incident commander because he's the first officer | 17:13:07 |
| 11 | on the scene.  Right? | 17:13:09 |
| 12 | A    Correct. | 17:13:10 |
| 13 | Q    And then if you -- if your engine arrives | 17:13:10 |
| 14 | next, as the station commander, you're going to do | 17:13:14 |
| 15 | what you just described, which is do the tactical | 17:13:17 |
| 16 | assessment, walk around the house? | 17:13:19 |
| 17 | A    That's the first engine's responsibility, | 17:13:22 |
| 18 | but... | 17:13:23 |
| 19 | Q    That's the first.  Will you do that as -- | 17:13:23 |
| 20 | A    Probably not the second, no. | 17:13:26 |
| 21 | Q    All right.  And then -- but once you | 17:13:27 |
| 22 | arrive on the scene, then is it customary for | 17:13:30 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

147

```
 1    the -- in this scenario, the initial incident        17:13:33

 2    commander, the lieutenant, to talk to the battalion   17:13:37

 3    chief and transfer command to you?                     17:13:39

 4         A    Correct.                                      17:13:41

 5              MR. POWELL:  That's all I have.  Thank        17:13:43

 6    you very much.                                          17:13:45

 7              THE WITNESS:  Uh-huh.                         17:13:45

 8      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS        17:13:49

 9    BY MS. BURROUGHS:                                       17:13:50

10         Q    So I would just like one follow-up          17:13:52

11    question, if that's okay.                               17:13:54

12              MR. POWELL:  Take as many as you like.      17:13:55

13         Q    So if we flip that scenario we just         17:13:57

14    talked about around --                                  17:13:59

15         A    Uh-huh.                                       17:13:59

16         Q    -- and instead you were the first engine   17:13:59

17    on the scene and a lieutenant comes with the second   17:14:02

18    engine, would you be expected to give command to      17:14:04

19    that lieutenant?                                        17:14:06

20         A    That would happen, yes.                      17:14:07

21         Q    Okay.  And then until a battalion chief     17:14:09

22    arrives, would that lieutenant be the incident        17:14:11
```

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

148

| | | |
|---|---|---|
| 1 | commander? | 17:14:14 |
| 2 | A     Until the battalion chief arrived, yes. | 17:14:14 |
| 3 | You would only transfer command one time at the | 17:14:17 |
| 4 | company level. | 17:14:20 |
| 5 | Q     Uh-huh.  So then would you be taking | 17:14:20 |
| 6 | orders from that lieutenant if he was the incident | 17:14:22 |
| 7 | commander? | 17:14:24 |
| 8 | A     Yes. | 17:14:25 |
| 9 | MS. BURROUGHS:  That's all. | 17:14:26 |
| 10 | FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT | 17:14:28 |
| 11 | BY MR. POWELL: | 17:14:30 |
| 12 | Q     Why is that?  Why is the -- why does it | 17:14:30 |
| 13 | work that way when the -- if you -- if you, the | 17:14:32 |
| 14 | station commander, arrives first and becomes the | 17:14:34 |
| 15 | initial incident commander, and then a lieutenant | 17:14:38 |
| 16 | arrives, an incident command would then shift to | 17:14:42 |
| 17 | him? | 17:14:47 |
| 18 | A     Just because of unit responsibilities, | 17:14:47 |
| 19 | basically, is what that comes down to, unit | 17:14:50 |
| 20 | responsibility. | 17:14:52 |
| 21 | So that second engine primarily, if | 17:14:52 |
| 22 | command is transferred, they assume command, | 17:14:55 |

VIDEOTAPED DEPOSITION OF REGINALD T. JOHNSON
CONDUCTED ON THURSDAY, MAY 29, 2014

149

| | | |
|---|---|---|
| 1 | regardless of who's -- whether it's a lieutenant, a | 17:14:59 |
| 2 | Captain I or a Captain II riding, that has command | 17:15:02 |
| 3 | until that arrival.  Because of the importance of | 17:15:07 |
| 4 | that first unit officer - a lieutenant, captain, or | 17:15:10 |
| 5 | Captain II - working with their crew, going into an | 17:15:15 |
| 6 | IDLH environment, stretching the hand line to | 17:15:15 |
| 7 | attack the fire. | 17:15:18 |
| 8 | (Discussion off the record.) | 17:15:40 |
| 9 | Q    In that scenario, Chief, when the second | 17:15:40 |
| 10 | piece of equipment to arrive has a lieutenant as | 17:15:43 |
| 11 | the senior officer on the -- on the truck, would he | 17:15:46 |
| 12 | typically be filling in for a captain on that -- in | 17:15:50 |
| 13 | that position? | 17:15:53 |
| 14 | A    On the -- I would say typically, but we | 17:15:54 |
| 15 | do have a few stations where the medic officer is a | 17:15:58 |
| 16 | Captain I, and then that lieutenant could possibly | 17:16:05 |
| 17 | ride that engine all the time.  But that's very few | 17:16:08 |
| 18 | and far between. | 17:16:10 |
| 19 | So typically the greater percentage of | 17:16:11 |
| 20 | time, they would be filling in for that captain on | 17:16:14 |
| 21 | the engine. | 17:16:17 |
| 22 | Q    All right, sir.  Thank you. | 17:16:17 |

1

1        UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF VIRGINIA

3            (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6            Plaintiffs,    :  Civ. Action No.

7        v.              :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9            Defendant.    :

10   --------------------------x

11

12    Videotaped Deposition of WILLIAM REID KINGDON

13            McLean, Virginia

14         Wednesday, June 11, 2014

15              1:58 p.m.

16

17

18

19

20   Job No: 56791

21   Pages: 1 - 111

22   Reported by: Karen Brynteson, RPR, RMR, CRR, FAPR

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

22

| | | |
|---|---|---|
| 1 | which at that time was a Fairfax County Fire and | 02:12:38 |
| 2 | Rescue Station.  It is no longer.  It is now part of | 02:12:41 |
| 3 | Fairfax City. | 02:12:44 |
| 4 | And while I was a volunteer there, I | 02:12:46 |
| 5 | obtained my basic and advanced EMS certifications. | 02:12:49 |
| 6 | Q.   What EMS certifications did -- have you | 02:13:00 |
| 7 | maintained during your employment with the | 02:13:03 |
| 8 | Department? | 02:13:04 |
| 9 | A.   I have been -- the name has changed as is | 02:13:05 |
| 10 | a general term, I will use the term paramedic.  Over | 02:13:09 |
| 11 | the years that term has been changed by the, by the | 02:13:16 |
| 12 | state. | 02:13:18 |
| 13 | Q.   And what was -- what have the specific | 02:13:19 |
| 14 | certifications been? | 02:13:24 |
| 15 | A.   Cardiac care technician initially, and | 02:13:24 |
| 16 | then I became nationally registered as a paramedic. | 02:13:29 |
| 17 | Q.   And who -- when you say "nationally | 02:13:36 |
| 18 | registered," who is the registering authority? | 02:13:39 |
| 19 | A.   It is called the National Registry of | 02:13:41 |
| 20 | EMTs.  They are a national organization that | 02:13:45 |
| 21 | encompasses all the states. | 02:13:48 |
| 22 | Q.   Did you become ALS certified? | 02:13:50 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

23

| | | |
|---|---|---|
| 1 | A.   I was ALS certified before I came to | 02:13:52 |
| 2 | work.  A cardiac care technician is an ALS cert. | 02:13:58 |
| 3 | Q.   And so you achieved that certification | 02:14:00 |
| 4 | before you joined the Department on a full-time | 02:14:02 |
| 5 | basis? | 02:14:04 |
| 6 | A.   Yes, sir. | 02:14:04 |
| 7 | Q.   And did you maintain that certification | 02:14:04 |
| 8 | throughout your employment by the Department? | 02:14:06 |
| 9 | A.   Increased it, but, yes, I maintain an ALS | 02:14:08 |
| 10 | certification. | 02:14:12 |
| 11 | Q.   And you say you increased it.  What do | 02:14:13 |
| 12 | you mean by that? | 02:14:15 |
| 13 | A.   Cardiac care technician is now a disfunct | 02:14:15 |
| 14 | -- | 02:14:21 |
| 15 | Q.   It is defunct, d-e-f-u-n-c-t. | 02:14:21 |
| 16 | A.   Yeah, it is no longer there, but I, I | 02:14:26 |
| 17 | increased my -- from a cardiac care to a paramedic, | 02:14:29 |
| 18 | which is a higher level of training. | 02:14:34 |
| 19 | Q.   In order to qualify as a paramedic, did | 02:14:37 |
| 20 | you have to first be ALS certified? | 02:14:40 |
| 21 | A.   No.  You, you become -- becoming ALS | 02:14:44 |
| 22 | certified is -- becoming a paramedic is ALS | 02:14:48 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

24

| | | |
|---|---|---|
| 1 | certified. | 02:14:50 |
| 2 | Q.   All right.   I guess what I am confused by | 02:14:50 |
| 3 | is you -- I thought I understood you to say you had | 02:14:52 |
| 4 | increased your certification above, above being ALS | 02:14:56 |
| 5 | certified. | 02:14:58 |
| 6 | A.   ALS, there are several levels of being | 02:14:59 |
| 7 | ALS certified.   Each level brings an amount of | 02:15:01 |
| 8 | skills that are recognized that could be performed | 02:15:07 |
| 9 | by that person. | 02:15:10 |
| 10 | When I became hired, when I was hired, I | 02:15:12 |
| 11 | was a cardiac care technician.   I went from cardiac | 02:15:14 |
| 12 | care technician to paramedic.   But both of those | 02:15:18 |
| 13 | categories are considered ALS providers. | 02:15:22 |
| 14 | Q.   And that's the certification you | 02:15:31 |
| 15 | maintained during the whole time you were employed | 02:15:33 |
| 16 | by the Department? | 02:15:35 |
| 17 | A.   Essentially, yes.   Yes, ALS | 02:15:36 |
| 18 | certification. | 02:15:38 |
| 19 | Q.   Did you have any other certifications in | 02:15:39 |
| 20 | connection with your job at the Department that you | 02:15:40 |
| 21 | maintained during that time? | 02:15:43 |
| 22 | A.   There has been programs over the years | 02:15:45 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

25

| | | |
|---|---|---|
| 1 | that I have had to take, instructor II, instructor | 02:15:48 |
| 2 | III.  There is -- my understanding is those do not | 02:15:53 |
| 3 | expire. | 02:15:56 |
| 4 | Q.   Once you qualify, you get to keep it? | 02:15:57 |
| 5 | A.   Um-hum. | 02:15:59 |
| 6 | Q.   Doesn't require a regular | 02:15:59 |
| 7 | recertification? | 02:16:01 |
| 8 | A.   That is my understanding. | 02:16:01 |
| 9 | Q.   All right, sir.  Walk me through, if you | 02:16:02 |
| 10 | would, summarize your chronology of positions with | 02:16:09 |
| 11 | the Department, starting at the beginning in 1979, | 02:16:12 |
| 12 | running up until the time of your retirement -- | 02:16:15 |
| 13 | A.   Okay. | 02:16:17 |
| 14 | Q.   -- this past fall.  And I would like the | 02:16:18 |
| 15 | dates as best you can recall them.  And if you are | 02:16:20 |
| 16 | off by a year or two here or there -- | 02:16:23 |
| 17 | A.   Yeah, that's likely. | 02:16:25 |
| 18 | Q.   That would be fine.  It doesn't matter. | 02:16:26 |
| 19 | A.   Okay.  Hired September 1979, firefighter. | 02:16:27 |
| 20 | Approximately 1981 became what was then called a | 02:16:36 |
| 21 | firefighter II, now presently called a technician. | 02:16:42 |
| 22 | Q.   So it is the next level up from a | 02:16:47 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

40

| | | |
|---|---|---|
| 1 | station has -- there might be a lieutenant.  It | 02:31:17 |
| 2 | might just go straight up to a Captain I. | 02:31:24 |
| 3 | Q.    Straight up to a Captain? | 02:31:26 |
| 4 | A.    Right. | 02:31:27 |
| 5 | Q.    But either an officer or a Captain I | 02:31:27 |
| 6 | would have been the direct supervisor for these 19 | 02:31:29 |
| 7 | to 22 people? | 02:31:31 |
| 8 | A.    Or a Captain II. | 02:31:32 |
| 9 | Q.    Or a Captain II.  So when you say you had | 02:31:33 |
| 10 | no direct subordinates, did you fill out evaluations | 02:31:36 |
| 11 | for anybody during this period of time? | 02:31:42 |
| 12 | A.    Yeah.  I don't want to step on you. | 02:31:44 |
| 13 | Sorry about that. | 02:31:46 |
| 14 | Q.    That's all right.  That's all right. | 02:31:47 |
| 15 | A.    I filled out addendums to the evaluations | 02:31:48 |
| 16 | that would evaluate the ALS performance of the | 02:31:52 |
| 17 | providers. | 02:31:59 |
| 18 | Q.    And would you do an addendum for -- | 02:32:02 |
| 19 | again, I am talking about the formal written manual | 02:32:06 |
| 20 | evaluations. | 02:32:09 |
| 21 | A.    The complete addendum? | 02:32:10 |
| 22 | Q.    Yes, sir.  So would you do an addendum | 02:32:12 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

89

| | | |
|---|---|---|
| 1 | A.   I would say right now it appears to be | 03:48:44 |
| 2 | fairly complete to me. | 03:48:48 |
| 3 | Q.   Is there -- | 03:48:49 |
| 4 | A.   Nothing sticks out to me. | 03:48:51 |
| 5 | Q.   Nothing sticks out to you as being | 03:48:52 |
| 6 | missing from that list, correct? | 03:48:54 |
| 7 | A.   No, sir. | 03:48:55 |
| 8 | MR. POWELL:  That's all I have, Captain. | 03:48:56 |
| 9 | Thank you. | 03:48:58 |
| 10 | MS. BURROUGHS:  Okay.  I will have a few. | 03:48:59 |
| 11 | THE WITNESS:  Okay. | 03:49:02 |
| 12 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 03:49:04 |
| 13 | BY MS. BURROUGHS: | 03:49:04 |
| 14 | Q.   As an EMS Captain II, do you have | 03:49:13 |
| 15 | authority to assign overtime to off-duty | 03:49:15 |
| 16 | firefighters? | 03:49:18 |
| 17 | A.   No, sir.  No, ma'am.  Sorry. | 03:49:18 |
| 18 | Q.   It is all right. | 03:49:21 |
| 19 | A.   No, ma'am. | 03:49:22 |
| 20 | Q.   As an EMS Captain II, do you approve | 03:49:23 |
| 21 | leave? | 03:49:27 |
| 22 | A.   No, ma'am. | 03:49:27 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

90

| | | |
|---|---|---|
| 1 | Q.   As an EMS Captain II, did you set minimum | 03:49:28 |
| 2 | staffing levels? | 03:49:31 |
| 3 | A.   No, ma'am. | 03:49:32 |
| 4 | Q.   As an EMS Captain II, how much time did | 03:49:32 |
| 5 | you spend doing performance appraisals each year? | 03:49:36 |
| 6 | A.   I would say it is roughly one to one and | 03:49:41 |
| 7 | a half hours per month. | 03:49:44 |
| 8 | Q.   Did you spend any time as an EMS Captain | 03:49:45 |
| 9 | II preparing a budget request? | 03:49:55 |
| 10 | A.   No, ma'am. | 03:49:56 |
| 11 | Q.   As an EMS Captain II, can you issue | 03:49:57 |
| 12 | discipline without sending it up the chain of | 03:50:07 |
| 13 | command for approval? | 03:50:08 |
| 14 | A.   No, ma'am. | 03:50:09 |
| 15 | Q.   What is your most important job duty? | 03:50:10 |
| 16 | A.   Responding to calls.  In my primary | 03:50:15 |
| 17 | function, providing care to the injured civilians | 03:50:23 |
| 18 | and visitors of Fairfax County. | 03:50:29 |
| 19 | Q.   What apparatus are you generally assigned | 03:50:32 |
| 20 | to? | 03:50:39 |
| 21 | A.   Was assigned to. | 03:50:40 |
| 22 | Q.   Was assigned to.  Sorry. | 03:50:42 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

91

| | | |
|---|---|---|
| 1 | A.   I was in a SUV that was by myself.  It | 03:50:44 |
| 2 | was a fully stocked SUV as far as all the medical | 03:50:53 |
| 3 | equipment needed to respond to a call and provide | 03:50:56 |
| 4 | care, much like a medic was without a stretcher. | 03:51:01 |
| 5 | Q.   What kinds of medical equipment are | 03:51:05 |
| 6 | stored in your apparatus? | 03:51:07 |
| 7 | A.   I had a complete drug box, a drug box for | 03:51:08 |
| 8 | all the medications that I might need on a call.  I | 03:51:18 |
| 9 | had cardiac monitors, some for my use; some for | 03:51:20 |
| 10 | resource management purposes to pass out for units | 03:51:27 |
| 11 | that had broken ones. | 03:51:29 |
| 12 | I had some equipment that was not carried | 03:51:32 |
| 13 | on a transport unit or other units that I was | 03:51:37 |
| 14 | expected to bring to a scene, if needed, usually | 03:51:41 |
| 15 | expensive medications.  Infrequently used things | 03:51:46 |
| 16 | that were highly needed, but when you needed them, | 03:51:49 |
| 17 | you needed them, but the, the frequency of needing | 03:51:53 |
| 18 | them was, was pretty low, but the, as an example, | 03:51:57 |
| 19 | the medication is very expensive, so they are not | 03:52:02 |
| 20 | going to put it on every unit, because it is so | 03:52:05 |
| 21 | ridiculously expensive but so infrequently used, but | 03:52:07 |
| 22 | when you needed it, it was the only medicine that | 03:52:10 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

92

1    worked.  So all the supervisors would carry certain          03:52:12

2    things like that.                                            03:52:15

3         Q.   Were there any other -- you mentioned the          03:52:15

4    medications.  Was there anything else that you kept          03:52:20

5    in your unit that was not carried on a regular medic         03:52:23

6    unit?                                                        03:52:27

7         A.   Yeah, I think there is some things -- the          03:52:28

8    only thing I, I physically carried while I was              03:52:31

9    working on the unit was the medications and, and            03:52:36

10   some like chilled saline for hypothermia or push            03:52:40

11   resuscitation care.                                         03:52:45

12        Since then, they were -- at that time                  03:52:47

13   they were talking about putting a specialized piece         03:52:48

14   of equipment like what is called a Lucas on a               03:52:51

15   vehicle, expensive piece of equipment that does CPR,        03:52:54

16   that supervisors were dispatched to CPRs, so they           03:52:58

17   could bring the Lucas.  That was not, had not been          03:53:02

18   placed prior to my retirement.                              03:53:05

19        Q.   Okay.  With the training and                      03:53:08

20   certifications you are required to have as an EMS            03:53:13

21   Captain II, are you able to use the equipment or            03:53:15

22   give the medications that you carry with you?               03:53:18

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

93

| | | |
|---|---|---|
| 1 | A.    Yes, ma'am. | 03:53:20 |
| 2 | Q.    Do you do that in practice? | 03:53:26 |
| 3 | A.    Yes. | 03:53:28 |
| 4 | Q.    Okay.  Can you look at the field | 03:53:28 |
| 5 | supervisor handbook, Number 13 that we were just | 03:53:37 |
| 6 | looking at. | 03:53:40 |
| 7 | A.    Okay. | 03:53:41 |
| 8 | Q.    Oh, I'm sorry, I didn't tell you the | 03:53:41 |
| 9 | page.  And turn back to page 10 that we were just | 03:53:49 |
| 10 | on. | 03:53:50 |
| 11 | A.    Got it.  This print is a little small. | 03:53:51 |
| 12 | Okay. | 03:54:00 |
| 13 | Q.    Number 3, which you identified as being a | 03:54:01 |
| 14 | correct or an accurate part of the EMS inquiry and | 03:54:05 |
| 15 | investigation process -- | 03:54:08 |
| 16 | A.    Yes, ma'am. | 03:54:09 |
| 17 | Q.    -- refers to the battalion management | 03:54:09 |
| 18 | team. | 03:54:11 |
| 19 | A.    Yes, ma'am. | 03:54:11 |
| 20 | Q.    Can you tell me what or who is the | 03:54:12 |
| 21 | battalion management team? | 03:54:14 |
| 22 | A.    The battalion management team -- first of | 03:54:14 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

94

| | | |
|---|---|---|
| 1 | all, there is seven battalions.  Every battalion has | 03:54:17 |
| 2 | what is called a battalion management team.  That | 03:54:20 |
| 3 | consists of a Battalion Chief and an EMS Supervisor | 03:54:21 |
| 4 | who oversee the needs of the battalion, the | 03:54:25 |
| 5 | operation of the battalion. | 03:54:31 |
| 6 | Primarily the Battalion Chief covers the | 03:54:34 |
| 7 | suppression aspect of it.  The EMS Captain or an EMS | 03:54:37 |
| 8 | Supervisor would cover the EMS aspect of it, but the | 03:54:42 |
| 9 | Battalion Chief is the EMS Supervisor's boss. | 03:54:47 |
| 10 | But, hence, the term battalion management | 03:54:54 |
| 11 | team. | 03:54:56 |
| 12 | Q.    Okay.  And it says here the battalion | 03:54:56 |
| 13 | management team should make every effort to resolve | 03:55:02 |
| 14 | the issue at the battalion level. | 03:55:04 |
| 15 | A.    Yes, ma'am. | 03:55:06 |
| 16 | Q.    And you identified a number of positions | 03:55:06 |
| 17 | that are part of the battalion management team.  I | 03:55:08 |
| 18 | am trying to phrase this without saying "team" | 03:55:14 |
| 19 | again, but I guess I can't. | 03:55:17 |
| 20 | Do they handle those inquiries and | 03:55:19 |
| 21 | investigations as a team? | 03:55:21 |
| 22 | A.    The Battalion Chief is aware of it.  The | 03:55:25 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

95

| | | |
|---|---|---|
| 1 | Battalion Chief is immediately notified that an | 03:55:27 |
| 2 | inquiry is going on, usually by the EMS Supervisor. | 03:55:31 |
| 3 | There are times, there is a scenario where it could | 03:55:36 |
| 4 | come down from management, come down from quality | 03:55:39 |
| 5 | assurance, come down from the Deputy Chief through | 03:55:45 |
| 6 | the Battalion Chief to the EMS Captain that handled | 03:55:47 |
| 7 | the inquiry. | 03:55:52 |
| 8 | Sometimes the material just, the inquiry | 03:55:56 |
| 9 | might come straight from Quality Assurance, with | 03:55:58 |
| 10 | cc's to the Battalion Chief, but essentially they | 03:56:03 |
| 11 | are -- he or she is made aware of it, that an | 03:56:07 |
| 12 | inquiry is going on. | 03:56:10 |
| 13 | Generally the nature of an EMS inquiry is | 03:56:13 |
| 14 | not going to preclude a Battalion Chief from doing | 03:56:16 |
| 15 | the inquiry, but it is probably more on a medical | 03:56:19 |
| 16 | nature, so the EMS Supervisor is going to do the | 03:56:24 |
| 17 | actual inquiry, if that answered your question. I | 03:56:27 |
| 18 | am not sure I did. | 03:56:33 |
| 19 | Q.   I think it did a little bit. You | 03:56:33 |
| 20 | mentioned about Quality Assurance. Can you tell me | 03:56:35 |
| 21 | more about their role? Are they part of the | 03:56:37 |
| 22 | battalion management team? | 03:56:40 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

96

| | | |
|---|---|---|
| 1 | A.   No, ma'am, they are not.  They are part | 03:56:41 |
| 2 | of EMS administration. | 03:56:43 |
| 3 | Q.   Okay.  Is that the EMS administration | 03:56:44 |
| 4 | mentioned in number 2 in the document that we have | 03:56:46 |
| 5 | in front of us? | 03:56:48 |
| 6 | A.   Yes, ma'am, the quality manager. | 03:56:48 |
| 7 | Q.   Oh, okay.  So can you tell me more about | 03:56:49 |
| 8 | their role in this process? | 03:56:51 |
| 9 | A.   The quality manager is exactly what it | 03:56:52 |
| 10 | sounds like.  They oversee the, the, in the broad | 03:56:58 |
| 11 | term oversee the compliance of the agency to the | 03:57:03 |
| 12 | Virginia standards of, of EMS, because there are | 03:57:09 |
| 13 | standards.  In Departments this size, as an example, | 03:57:14 |
| 14 | you must have a quality manager. | 03:57:18 |
| 15 | That person tracks all the inquiries. | 03:57:20 |
| 16 | Everything filters, and I use this term "her" in | 03:57:24 |
| 17 | this case, because it is, filters through her.  She | 03:57:27 |
| 18 | tracks when an inquiry has been assigned, gives it a | 03:57:31 |
| 19 | number, passes it down from there.  And she could | 03:57:35 |
| 20 | get an inquiry, an inquiry can come from any variety | 03:57:41 |
| 21 | of locations.  It could come from a hospital, | 03:57:44 |
| 22 | somebody picking up the phone, calling.  Somebody | 03:57:45 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

97

| | | |
|---|---|---|
| 1 | going on the Internet to the home page, filing a | 03:57:47 |
| 2 | complaint. | 03:57:50 |
| 3 | As an example, they might call up the | 03:57:52 |
| 4 | office and want to talk to the Fire Chief and they | 03:57:54 |
| 5 | end up getting, you know, what's the matter, there | 03:57:56 |
| 6 | is, somebody was rude, that's going to get | 03:57:59 |
| 7 | transferred over to the EMS quality manager, who is | 03:58:01 |
| 8 | going to take down some preliminary information, | 03:58:06 |
| 9 | find out the date, the time, where it happened, | 03:58:08 |
| 10 | narrow it down to what shift, what battalion, whose | 03:58:10 |
| 11 | crew, and then forward out an inquiry intake form to | 03:58:14 |
| 12 | the, to the -- through the chain to the EMS | 03:58:21 |
| 13 | Supervisor that says on this date so and so, you | 03:58:25 |
| 14 | know, we received a phone call, a complaint, about | 03:58:29 |
| 15 | any variety of issues. | 03:58:35 |
| 16 | The EMS Supervisor at that point would | 03:58:37 |
| 17 | make contact with the, with the complainant, gather | 03:58:39 |
| 18 | all the information needed, but the bottom line, | 03:58:44 |
| 19 | when the complaint is done, it goes back up through, | 03:58:46 |
| 20 | but the quality, to answer your question, the | 03:58:48 |
| 21 | quality manager is the person who is the funnel | 03:58:50 |
| 22 | sheet. | 03:58:53 |

VIDEOTAPED DEPOSITION OF WILLIAM REID KINGDON
CONDUCTED ON WEDNESDAY, JUNE 11, 2014

98

| | | |
|---|---|---|
| 1 | She collects everything.  It goes back up | 03:58:54 |
| 2 | through -- ultimately it comes back through her.  It | 03:58:55 |
| 3 | gets counted as complete, comes back down.  It comes | 03:58:57 |
| 4 | through her, it goes back to her, up to that office. | 03:59:00 |
| 5 | Q.   Okay. | 03:59:02 |
| 6 | A.   But that was a long-winded segment.  I am | 03:59:04 |
| 7 | not sure I even answered your question. | 03:59:07 |
| 8 | Q.   It was a general question.  You gave a | 03:59:08 |
| 9 | general answer.  That's fine. | 03:59:09 |
| 10 | A.   Okay. | 03:59:10 |
| 11 | Q.   Can you turn, in the same document, to | 03:59:11 |
| 12 | page 3, please. | 03:59:13 |
| 13 | A.   Okay.  The introduction? | 03:59:23 |
| 14 | Q.   Yes. | 03:59:24 |
| 15 | A.   Okay. | 03:59:25 |
| 16 | Q.   And the third paragraph down, in the | 03:59:25 |
| 17 | third sentence, it says, "while his or her primary | 03:59:31 |
| 18 | responsibility resolves around EMS activity, he or | 03:59:35 |
| 19 | she plays a vital role in battalion planning in | 03:59:38 |
| 20 | management." | 03:59:42 |
| 21 | When it says "his or her," do you know | 03:59:43 |
| 22 | who that is referring to in that sentence? | 03:59:46 |

1

1          UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3              (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6              Plaintiffs,    :  Civ. Action No.

7          v.              :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9              Defendant.     :

10   --------------------------x

11

12      Videotaped Deposition of DAVID GREG LANGE

13              McLean, Virginia

14          Wednesday, June 4, 2014

15                9:18 a.m.

16

17

18

19

20   Job No.: 59005

21   Pages: 1 - 265

22   Reported By: Joan V. Cain

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

27

| | | |
|---|---|---|
| 1 | A    Again, I don't have the dates fresh in my | 09:39:09 |
| 2 | mind. | 09:39:11 |
| 3 | Q    Okay.  Have you ever sought to be promoted | 09:39:11 |
| 4 | to a Captain II? | 09:39:21 |
| 5 | A    No. | 09:39:21 |
| 6 | Q    Why not? | 09:39:22 |
| 7 | A    I don't like the job. | 09:39:22 |
| 8 | Q    Can you explain what you mean by that? | 09:39:28 |
| 9 | A    I enjoy riding fire trucks and going into | 09:39:31 |
| 10 | the fires and fighting fires, and I guess the inside | 09:39:34 |
| 11 | activities, and other roles in the department don't | 09:39:38 |
| 12 | do that as much. | 09:39:44 |
| 13 | Q    And the Captain II, from your perspective, | 09:39:46 |
| 14 | doesn't do that? | 09:39:49 |
| 15 | A    They do.  They definitely do that.  They | 09:39:49 |
| 16 | just don't do it with the daily frequency like I do. | 09:39:52 |
| 17 | I mean, depending on what role they're fulfilling | 09:39:55 |
| 18 | that day. | 09:39:59 |
| 19 | Q    And when you say depending on the role, can | 09:40:06 |
| 20 | you explain what you mean by that? | 09:40:08 |
| 21 | A    In the Captain II you're talking about? | 09:40:11 |
| 22 | Q    Mm-hmm. | 09:40:15 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

28

| | | |
|---|---|---|
| 1 | A     When he rides the fire truck, he does the | 09:40:15 |
| 2 | same job as the Captain I, as the lieutenant, and | 09:40:18 |
| 3 | can do the same jobs as the firefighters as far as | 09:40:21 |
| 4 | pulling hose, throwing ladders, forcing entry, | 09:40:24 |
| 5 | ventilating, taking blood pressures, doing CPR. | 09:40:27 |
| 6 | They also, the department asks them to ride in the | 09:40:29 |
| 7 | battalion -- as an underfill in the battalion | 09:40:32 |
| 8 | chief's buggy, and that aspect of it -- excuse me -- | 09:40:35 |
| 9 | just didn't appeal to me. | 09:40:38 |
| 10 | Q     But that's not mandatory, is it? | 09:40:41 |
| 11 | A     If you're ordered to do it, it is. | 09:40:44 |
| 12 | Q     Okay.  How frequently does a Captain II | 09:40:46 |
| 13 | ride as a battalion chief? | 09:40:48 |
| 14 | A     Depends on how frequently the department | 09:40:49 |
| 15 | has a need. | 09:40:53 |
| 16 | Q     And has that varied over time? | 09:40:56 |
| 17 | A     It's a function of sick leave or injury | 09:40:58 |
| 18 | leave or, you know, the staffing at the moment. | 09:41:00 |
| 19 | Q     Any other reasons why you have not applied | 09:41:13 |
| 20 | or sought to be promoted to a Captain II? | 09:41:15 |
| 21 | A     Just running out of my time in my career to | 09:41:18 |
| 22 | make it beneficial financially. | 09:41:21 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

91

| | | |
|---|---|---|
| 1 | recovery period. | 10:59:45 |
| 2 | THE WITNESS:  Yes. | 10:59:46 |
| 3 | BY MS. REWARI: | 10:59:46 |
| 4 | Q    And did you review this evaluation with | 10:59:53 |
| 5 | your battalion chief on or about the date or on | 10:59:56 |
| 6 | January 10, 2010 as shown by your signature on page | 11:00:01 |
| 7 | 12154? | 11:00:09 |
| 8 | A    Yes. | 11:00:11 |
| 9 | Q    And your battalion chief was Chief Rohr at | 11:00:17 |
| 10 | this time? | 11:00:22 |
| 11 | A    Yes. | 11:00:22 |
| 12 | Q    Were you still at Fire Station 34? | 11:00:23 |
| 13 | A    I believe not, no. | 11:00:31 |
| 14 | Q    What station were you at? | 11:00:37 |
| 15 | A    Fire Station 12 I believe. | 11:00:38 |
| 16 | Q    Okay.  Where is that? | 11:00:40 |
| 17 | A    Great Falls. | 11:00:47 |
| 18 | Q    Okay.  What apparatus did you ride at that | 11:00:48 |
| 19 | station? | 11:00:54 |
| 20 | A    Engine 412. | 11:00:54 |
| 21 | Q    Who else on your shift was assigned to that | 11:01:00 |
| 22 | apparatus? | 11:01:02 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

92

| | |
|---|---|
| 1 | MS. ELKIN:  Objection. | 11:01:03 |
| 2 | THE WITNESS:  Do you want names? | 11:01:06 |
| 3 | BY MS. REWARI: | 11:01:06 |
| 4 | Q    No.  Positions. | 11:01:07 |
| 5 | A    Positions?  We had two technicians, two | 11:01:09 |
| 6 | apparatus technicians, one EMS technician, and three | 11:01:17 |
| 7 | firefighters -- no.  Excuse me -- four firefighters. | 11:01:22 |
| 8 | Q    What other apparatuses are at that station? | 11:01:30 |
| 9 | A    A tanker, two boats, a swift water rescue | 11:01:33 |
| 10 | vehicle, and a brush unit. | 11:01:44 |
| 11 | Q    And were there people on your shift who | 11:02:01 |
| 12 | were regularly assigned to any of these apparatuses? | 11:02:03 |
| 13 | A    Yes. | 11:02:04 |
| 14 | Q    Okay.  So let's start with the tanker.  Who | 11:02:05 |
| 15 | was assigned to the tanker?  Not by name, but by | 11:02:08 |
| 16 | position. | 11:02:12 |
| 17 | A    One of the apparatus techs. | 11:02:12 |
| 18 | Q    Okay.  Oh, that's one of the two techs you | 11:02:13 |
| 19 | talked about before? | 11:02:18 |
| 20 | A    Yes. | 11:02:18 |
| 21 | Q    Okay.  So how many total people were on | 11:02:19 |
| 22 | your shift, not including yourself? | 11:02:24 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

221

| | | |
|---|---|---|
| 1 | A    Good afternoon. | 14:37:52 |
| 2 | Q    I have a few questions for you. | 14:37:53 |
| 3 | A    Okay. | 14:37:54 |
| 4 | Q    As a Fire Captain I, do you have the | 14:37:55 |
| 5 | authority to assign overtime to off-duty fire | 14:37:58 |
| 6 | personnel? | 14:38:01 |
| 7 | A    No. | 14:38:01 |
| 8 | Q    As a Fire Captain I, do you approve leave? | 14:38:01 |
| 9 | A    No. | 14:38:07 |
| 10 | Q    Do you set minimum staffing levels? | 14:38:07 |
| 11 | A    No. | 14:38:09 |
| 12 | Q    Do you have purchasing authority? | 14:38:10 |
| 13 | A    No. | 14:38:11 |
| 14 | Q    Do you order supplies? | 14:38:11 |
| 15 | MS. REWARI:  Object to form. | 14:38:13 |
| 16 | THE WITNESS:  No. | 14:38:15 |
| 17 | BY MS. ELKIN: | 14:38:15 |
| 18 | Q    Are there annual station inspections done | 14:38:15 |
| 19 | of all the different fire stations you have been in | 14:38:19 |
| 20 | as a captain? | 14:38:23 |
| 21 | A    Yes. | 14:38:24 |
| 22 | Q    And do you -- who conducts the annual | 14:38:24 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

226

| | | |
|---|---|---|
| 1 | Q    And at your current station Woodlawn, 24, | 14:42:40 |
| 2 | there's a lieutenant, correct? | 14:42:43 |
| 3 | A    Yes. | 14:42:44 |
| 4 | Q    Okay.  How much time would you spend each | 14:42:44 |
| 5 | year doing -- as a captain since January 2011 doing | 14:42:48 |
| 6 | performance appraisals of your shift personnel? | 14:42:52 |
| 7 | A    Very little. | 14:42:55 |
| 8 | Q    Can you give me some -- give me, you know, | 14:42:58 |
| 9 | hours?  Days?  Months?  Years?  How much -- how many | 14:43:00 |
| 10 | hours -- let's start there -- each year would you | 14:43:03 |
| 11 | spend doing performance appraisals? | 14:43:07 |
| 12 | A    Each year if I had a lieutenant, probably | 14:43:09 |
| 13 | about once a year -- 1 hour a year.  Excuse me. | 14:43:12 |
| 14 | Q    And if you had to do the appraisals of | 14:43:15 |
| 15 | everybody on the shift, how much time would you | 14:43:17 |
| 16 | spend? | 14:43:19 |
| 17 | A    Maybe 1 hour per person per year. | 14:43:19 |
| 18 | Q    Do the lieutenants sign the performance | 14:43:24 |
| 19 | evaluations of their subordinates? | 14:43:26 |
| 20 | A    Yes, they do. | 14:43:28 |
| 21 | Q    How much time do you engage in physical | 14:43:43 |
| 22 | fitness each shift? | 14:43:44 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

227

| | | |
|---|---|---|
| 1 | A    Approximately 2 hours a day. | 14:43:45 |
| 2 | Q    And what's the purpose of engaging in | 14:43:47 |
| 3 | physical fitness? | 14:43:48 |
| 4 | A    To -- | 14:43:49 |
| 5 | MS. REWARI:  Object to form. | 14:43:50 |
| 6 | THE WITNESS:  To maintain us to be | 14:43:51 |
| 7 | physically fit so we can go out and fight fires and | 14:43:52 |
| 8 | respond to emergency incidents. | 14:43:55 |
| 9 | BY MS. ELKIN: | 14:43:56 |
| 10 | Q    Okay.  And who on your shift engages in | 14:43:57 |
| 11 | physical fitness? | 14:43:59 |
| 12 | A    All personnel on the shift. | 14:44:00 |
| 13 | Q    And there were some questions on direct | 14:44:04 |
| 14 | from counsel opposite about training.  Do you | 14:44:06 |
| 15 | remember that? | 14:44:08 |
| 16 | A    Yes. | 14:44:08 |
| 17 | Q    What -- what's the purpose of doing | 14:44:12 |
| 18 | in-station training? | 14:44:13 |
| 19 | MS. REWARI:  Object to form. | 14:44:14 |
| 20 | THE WITNESS:  So we can be better prepared | 14:44:15 |
| 21 | to fight fires and respond to emergency incidents. | 14:44:17 |
| 22 | BY MS. ELKIN: | 14:44:19 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

228

| | | |
|---|---|---|
| 1 | Q    Okay.  And you -- I think you testified | 14:44:20 |
| 2 | that you participated in the training in your | 14:44:21 |
| 3 | stations -- | 14:44:24 |
| 4 | A    Yes. | 14:44:24 |
| 5 | Q    -- as a captain; is that right? | 14:44:25 |
| 6 | A    Yes. | 14:44:26 |
| 7 | Q    How much time each shift would you | 14:44:27 |
| 8 | participate with your crew, your subordinates, | 14:44:28 |
| 9 | engaged in training activities related to | 14:44:33 |
| 10 | firefighting duties? | 14:44:35 |
| 11 | A    2 to 3 hours a day. | 14:44:36 |
| 12 | Q    Can you issue any form of discipline, from | 14:44:42 |
| 13 | an oral reprimand above, without sending it up the | 14:44:44 |
| 14 | chain of command for approval? | 14:44:47 |
| 15 | MS. REWARI:  Object to form. | 14:44:49 |
| 16 | THE WITNESS:  No, I cannot. | 14:44:50 |
| 17 | BY MS. ELKIN: | 14:44:55 |
| 18 | Q    How much time have you spent reporting | 14:44:55 |
| 19 | violations of rules? | 14:44:59 |
| 20 | A    Very little. | 14:45:00 |
| 21 | Q    Well -- | 14:45:00 |
| 22 | A    I'm sorry. | 14:45:01 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

229

| | | |
|---|---|---|
| 1 | Q    Okay.  Up the chain of command, up to the | 14:45:01 |
| 2 | battalion chief, since January 2011? | 14:45:05 |
| 3 | A    2011?  Again, very little. | 14:45:08 |
| 4 | Q    Okay.  Give me a little bit more then. | 14:45:13 |
| 5 | A    Okay. | 14:45:15 |
| 6 | Q    Is it less than an hour?  Is it less than 3 | 14:45:16 |
| 7 | hours? | 14:45:18 |
| 8 | A    In all those days of working, which are | 14:45:18 |
| 9 | quite a few, maybe 2 or 3 hours. | 14:45:20 |
| 10 | Q    Okay.  What is your most important job | 14:45:22 |
| 11 | duty? | 14:45:28 |
| 12 | MS. REWARI:  Object to form. | 14:45:28 |
| 13 | THE WITNESS:  To respond to emergency | 14:45:29 |
| 14 | incidents, fight fire, help people. | 14:45:30 |
| 15 | BY MS. ELKIN: | 14:45:33 |
| 16 | Q    And what do you do as a captain on a fire | 14:45:33 |
| 17 | scene or an emergency response? | 14:45:35 |
| 18 | A    Primary goal, again, is to fight the fire | 14:45:37 |
| 19 | and make sure the people are safe, which includes | 14:45:40 |
| 20 | making sure the hoses are pulled, pulling the hoses, | 14:45:44 |
| 21 | ventilating, forcing entry, searching, and | 14:45:48 |
| 22 | extinguishing and confining the fire. | 14:45:52 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

230

| | | |
|---|---|---|
| 1 | Q    And do you do those things when you're on a | 14:45:54 |
| 2 | fire scene as a Captain I? | 14:45:56 |
| 3 | A    As a Captain I, I may do those and other | 14:45:58 |
| 4 | things, yes. | 14:46:03 |
| 5 | Q    What other things? | 14:46:03 |
| 6 | A    I may have to utilize the MCT, speak on the | 14:46:04 |
| 7 | radio, communicate with other unit officers and also | 14:46:07 |
| 8 | communicate with the battalion chief. | 14:46:11 |
| 9 | Q    What's an MCT? | 14:46:13 |
| 10 | A    Mobile computer terminal. | 14:46:14 |
| 11 | Q    And what is that? | 14:46:16 |
| 12 | A    It's a terminal inside the -- a computer, a | 14:46:20 |
| 13 | laptop inside the fire truck which gives us the | 14:46:22 |
| 14 | dispatched information -- | 14:46:25 |
| 15 | Q    Okay. | 14:46:27 |
| 16 | A    -- on the event. | 14:46:27 |
| 17 | Q    All right.  So if you're inside the truck, | 14:46:29 |
| 18 | then you're not inside the building.  So what would | 14:46:33 |
| 19 | be the situation where you're working on the MCT | 14:46:36 |
| 20 | versus fighting fire? | 14:46:39 |
| 21 | A    All the units when they're responding to | 14:46:40 |
| 22 | the fire or the EMS incident have one of those, so | 14:46:42 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

231

| | | |
|---|---|---|
| 1 | while you're riding to the fire scene, the person | 14:46:50 |
| 2 | sitting in the right front seat would utilize that | 14:46:53 |
| 3 | to get the information that the dispatch center | 14:46:55 |
| 4 | gives us. | 14:46:57 |
| 5 | Q    Okay.  And then once you get to the scene, | 14:46:58 |
| 6 | what do you do? | 14:47:00 |
| 7 | A    Get out of the fire truck, size up the | 14:47:00 |
| 8 | situation, do a -- look and see what's needed to be | 14:47:03 |
| 9 | done to correct the incident and then begin work or | 14:47:09 |
| 10 | direct others and talk to the other company officers | 14:47:13 |
| 11 | on the scene to get the job done. | 14:47:17 |
| 12 | Q    And the job is what? | 14:47:18 |
| 13 | A    Extinguish the fire and save lives. | 14:47:20 |
| 14 | Q    What apparatus did you respond to -- | 14:47:24 |
| 15 | respond in when you were in -- assigned to Station | 14:47:26 |
| 16 | 12 and 24? | 14:47:32 |
| 17 | A    The engine company. | 14:47:33 |
| 18 | Q    Would that be the same for all the stations | 14:47:34 |
| 19 | you've been assigned to for -- as a captain? | 14:47:36 |
| 20 | A    Primarily, yes. | 14:47:40 |
| 21 | Q    Okay.  But at 12 and 24 specifically you | 14:47:41 |
| 22 | were on the engine? | 14:47:44 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

232

| | | |
|---|---|---|
| 1 | A    Yes. | 14:47:45 |
| 2 | Q    And did that engine ever run calls without | 14:47:45 |
| 3 | you on it? | 14:47:49 |
| 4 | A    Yes. | 14:47:50 |
| 5 | Q    In what kind of situation? | 14:47:50 |
| 6 | A    When I wasn't working. | 14:47:53 |
| 7 | Q    Okay.  On the days that you were | 14:47:54 |
| 8 | assigned -- | 14:47:55 |
| 9 | A    Okay.  Sorry. | 14:47:56 |
| 10 | Q    -- to work as -- that's fair -- as a | 14:47:56 |
| 11 | Captain I, did that -- at Station 12 or 24, did that | 14:48:00 |
| 12 | engine ever run a call without you on it? | 14:48:03 |
| 13 | A    No, it did not. | 14:48:06 |
| 14 | Q    So is it fair to say that you ran as a | 14:48:07 |
| 15 | Captain I the same number of calls as your | 14:48:09 |
| 16 | subordinates? | 14:48:13 |
| 17 | A    Yes. | 14:48:14 |
| 18 | MS. REWARI:  Object to form. | 14:48:14 |
| 19 | Mischaracterizes his prior testimony. | 14:48:15 |
| 20 | BY MS. ELKIN: | 14:48:18 |
| 21 | Q    Is it fair to say that you ran the same | 14:48:18 |
| 22 | number -- on every shift that you worked, that you | 14:48:20 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

233

| | |
|---|---|
| 1 | ran the same number of calls as your subordinates? | 14:48:23 |
| 2 | A     Yes, it is. | 14:48:25 |
| 3 | Q     If you were in the middle of completing one | 14:48:29 |
| 4 | of these performance appraisals and you -- the tone | 14:48:31 |
| 5 | goes off, what do you do? | 14:48:34 |
| 6 | A     Stop working on that and respond on the | 14:48:37 |
| 7 | call, which is our primary duty and responsibility. | 14:48:40 |
| 8 | Q     And if you were in the middle of drafting | 14:48:43 |
| 9 | an e-mail about a conversation you had with a | 14:48:45 |
| 10 | neighbor, what would you do when the tone goes off? | 14:48:49 |
| 11 | A     Stop working on that e-mail and respond to | 14:48:52 |
| 12 | the emergency incident. | 14:48:54 |
| 13 | Q     And if you were in the middle of suggesting | 14:48:55 |
| 14 | an idea about the width of a hose and a tone goes | 14:48:58 |
| 15 | off, what would you do? | 14:49:02 |
| 16 | A     Stop that action and respond to the | 14:49:04 |
| 17 | emergency incident. | 14:49:06 |
| 18 | Q     And if you were in the middle of preparing | 14:49:06 |
| 19 | an e-mail about somebody not reporting their leave | 14:49:09 |
| 20 | accurately and the tone goes off, what would you do? | 14:49:12 |
| 21 | A     Stop doing that work and respond to the | 14:49:14 |
| 22 | emergency incident. | 14:49:17 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

234

| | | |
|---|---|---|
| 1 | Q    And if you were in the middle of reviewing | 14:49:19 |
| 2 | an e-mail about the new Focus time system and the | 14:49:21 |
| 3 | tone goes off, what would -- what would you do? | 14:49:24 |
| 4 | A    Stop reviewing that e-mail and respond to | 14:49:26 |
| 5 | the incident. | 14:49:28 |
| 6 | Q    And if you were in the middle of reviewing | 14:49:39 |
| 7 | any e-mails from your battalion chief, whether it be | 14:49:41 |
| 8 | about smart goals and objectives or about ants in | 14:49:43 |
| 9 | the countertops at the fire station or about whether | 14:49:52 |
| 10 | you had to deliver discipline to one of your | 14:49:57 |
| 11 | subordinates, if you were in the middle of reviewing | 14:49:59 |
| 12 | any of these e-mails from your battalion chief and | 14:50:02 |
| 13 | the tone goes off, what would you do? | 14:50:04 |
| 14 | A    Stop doing those actions and respond to the | 14:50:06 |
| 15 | emergency incident.  Nothing trumps our primary role | 14:50:08 |
| 16 | of responding to the fires and emergency incidents. | 14:50:12 |
| 17 | Q    Okay.  I'd like you to look at Exhibit 335. | 14:50:25 |
| 18 | A    Yes. | 14:50:46 |
| 19 | Q    If you'd turn to page 4, and can you just | 14:50:46 |
| 20 | tell me the ranks of the employees that were on this | 14:50:55 |
| 21 | team of -- this close call/hazard report team? | 14:50:57 |
| 22 | A    Yes.  There's four Captain Is and two | 14:51:03 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

240

| | | |
|---|---|---|
| 1 | A    Yes. | 14:56:43 |
| 2 | Q    Do you have good skills in managing the | 14:56:43 |
| 3 | fire scene? | 14:56:46 |
| 4 | A    In my opinion, yes. | 14:56:46 |
| 5 | Q    Okay.  And does that come from your | 14:56:48 |
| 6 | experience of 30-something years in the fire | 14:56:50 |
| 7 | department? | 14:56:53 |
| 8 | A    Yes, it does. | 14:56:53 |
| 9 | Q    Have you ever been -- you were asked | 14:57:01 |
| 10 | questions about light duty and you said you took | 14:57:02 |
| 11 | sick leave, and I'm just curious.  Have you ever | 14:57:04 |
| 12 | been injured on the job as a captain? | 14:57:07 |
| 13 | A    Yes. | 14:57:09 |
| 14 | Q    And can you tell us about that? | 14:57:10 |
| 15 | A    We were on a fire in an apartment building. | 14:57:11 |
| 16 | I was going across the parking lot with the crew. | 14:57:14 |
| 17 | Stepped off the curb, tore my hamstring.  Once I | 14:57:19 |
| 18 | recovered from that, got up, continued into the | 14:57:25 |
| 19 | building with the rest of the crew.  Our crew was | 14:57:28 |
| 20 | assigned to force entry, search the apartment for | 14:57:30 |
| 21 | anyone trapped inside, and assist in fighting the | 14:57:34 |
| 22 | fire. | 14:57:38 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

241

| | | |
|---|---|---|
| 1 | With that injury I did all those tasks with | 14:57:40 |
| 2 | my crew.  After the fire had been contained and | 14:57:42 |
| 3 | controlled, I radioed down to the person in charge | 14:57:47 |
| 4 | that I needed to go to the hospital, which I did and | 14:57:51 |
| 5 | was off for 3 months with a hamstring issue. | 14:57:54 |
| 6 | Q    Do Captain Is and lieutenants exchange -- | 14:57:56 |
| 7 | do shift exchanges? | 14:58:07 |
| 8 | A    Yes. | 14:58:08 |
| 9 | Q    Okay.  Have you ever done a shift exchange | 14:58:08 |
| 10 | with a lieutenant? | 14:58:10 |
| 11 | A    Yes. | 14:58:11 |
| 12 | Q    You've worked as a Captain I in a number of | 14:58:20 |
| 13 | stations, Station 26, 11, 37, 34, 12, 24, et cetera. | 14:58:22 |
| 14 | Were your job duties and responsibilities at these | 14:58:27 |
| 15 | stations the same? | 14:58:31 |
| 16 | A    Yes. | 14:58:32 |
| 17 | Q    You were asked about -- I don't think you | 14:58:34 |
| 18 | were given any documents, but you were asked about | 14:58:36 |
| 19 | some firefighting -- I don't have the name of it | 14:58:39 |
| 20 | even -- Firefighting and Rescue Engine Company | 14:58:42 |
| 21 | Operations Manual for Northern Virginia, First | 14:58:45 |
| 22 | Edition. | 14:58:48 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

244

| | | |
|---|---|---|
| 1 | A    Yes. | 15:00:20 |
| 2 | Q    Do all fire department personnel no matter | 15:00:24 |
| 3 | their rank have to follow station policies? | 15:00:26 |
| 4 | A    Yes. | 15:00:28 |
| 5 | Q    Do all fire department personnel no matter | 15:00:29 |
| 6 | their rank have to follow SOPs? | 15:00:31 |
| 7 | A    Yes. | 15:00:34 |
| 8 | Q    Do they have to follow -- be familiar with | 15:00:34 |
| 9 | and follow county rules and regulations? | 15:00:36 |
| 10 | A    Yes. | 15:00:38 |
| 11 | Q    Oh, I forgot to invite my friends back in. | 15:00:43 |
| 12 | Somebody should have reminded me. | 15:00:47 |
| 13 | (Mr. Vannoy and Mr. Gonzalez returned | 15:00:54 |
| 14 | to the deposition.) | 15:00:56 |
| 15 | MS. ELKIN:  I forgot to invite you back in, | 15:00:58 |
| 16 | but now I'm done, but I don't know if Ms. Rewari has | 15:01:00 |
| 17 | any follow-up questions. | 15:01:04 |
| 18 | MS. REWARI:  I do.  Can we just go off the | 15:01:06 |
| 19 | record for a few minutes?  Let me just collect my | 15:01:10 |
| 20 | notes. | 15:01:12 |
| 21 | THE VIDEOGRAPHER:  We'll go off the record. | 15:01:12 |
| 22 | The time is 15:01. | 15:01:14 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

250

| | | |
|---|---|---|
| 1 | A    Yes.  I'm basing it on that, yes. | 15:09:12 |
| 2 | Q    Your counsel asked you about your -- what | 15:09:21 |
| 3 | you do as a Captain I at a fire scene.  What did you | 15:09:24 |
| 4 | do as a Captain I at a medical call? | 15:09:27 |
| 5 | A    It can be anything from take blood pressure | 15:09:31 |
| 6 | to put a bandage on to splinting to calling for | 15:09:33 |
| 7 | additional resources if needed.  Any role that a | 15:09:38 |
| 8 | firefighter or any one of us would play or any task. | 15:09:41 |
| 9 | Excuse me. | 15:09:46 |
| 10 | Q    Do you have an ALS certified person on your | 15:09:46 |
| 11 | engine? | 15:09:50 |
| 12 | A    Most of the time, yes. | 15:09:51 |
| 13 | Q    Okay.  And so most of the time -- and you | 15:09:54 |
| 14 | yourself are not ALS certified? | 15:09:57 |
| 15 | A    No, I am not. | 15:09:58 |
| 16 | Q    And so when you are taking blood pressure, | 15:10:01 |
| 17 | what is the ALS certified person doing? | 15:10:04 |
| 18 | A    That's up to them.  I mean, they're -- | 15:10:07 |
| 19 | basically, they're in charge of the patient care and | 15:10:11 |
| 20 | the patient scene.  At that time I just become a | 15:10:14 |
| 21 | worker for them. | 15:10:18 |
| 22 | Q    You become a worker for them? | 15:10:19 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

256

| | | |
|---|---|---|
| 1 | and ready, right? | 15:14:25 |
| 2 | A    Yes. | 15:14:26 |
| 3 | Q    And it's part of your job as a shift leader | 15:14:26 |
| 4 | to make sure that all the gear on the apparatuses is | 15:14:28 |
| 5 | shipshape and ready to go, right? | 15:14:37 |
| 6 | A    Yes. | 15:14:40 |
| 7 | Q    And that the vehicles are ready to go, | 15:14:44 |
| 8 | right? | 15:14:46 |
| 9 | A    Yes. | 15:14:46 |
| 10 | Q    And it's part of your job to ensure that | 15:14:46 |
| 11 | the personnel on your shift are properly trained to | 15:14:51 |
| 12 | respond to whatever the emergency requires, right? | 15:14:53 |
| 13 | A    Yes. | 15:15:00 |
| 14 | Q    And in order for you and your crew to be | 15:15:06 |
| 15 | able to respond to emergencies and fire calls, the | 15:15:10 |
| 16 | station itself also has to be functional, right? | 15:15:15 |
| 17 | A    Mm-hmm.  Yes. | 15:15:18 |
| 18 | Q    The garage doors have to work, for example, | 15:15:19 |
| 19 | correct? | 15:15:25 |
| 20 | A    Yeah. | 15:15:25 |
| 21 | Q    And that is part of your job during your | 15:15:26 |
| 22 | shift, to make sure that the equipment in the | 15:15:29 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

257

| | | |
|---|---|---|
| 1 | station is working as well, right? | 15:15:32 |
| 2 | A    Right, as it is everyone's. | 15:15:33 |
| 3 | Q    It is your job to ensure that when your | 15:15:38 |
| 4 | shift is over, that either it's all working or it's | 15:15:43 |
| 5 | been reported that it's not working, right? | 15:15:46 |
| 6 | MS. ELKIN:  Objection. | 15:15:48 |
| 7 | THE WITNESS:  It's everyone's job to make | 15:15:49 |
| 8 | sure all the things are working, and I would be the | 15:15:50 |
| 9 | person who would channel any discrepancies or | 15:15:53 |
| 10 | whatever upward through the chain of command to be | 15:15:58 |
| 11 | resolved by the folks who make those decisions.  So | 15:16:00 |
| 12 | the fire chief is ultimately responsible for | 15:16:03 |
| 13 | everything. | 15:16:06 |
| 14 | BY MS. REWARI: | 15:16:07 |
| 15 | Q    The fire chief? | 15:16:07 |
| 16 | A    Yes.  I'm just an agent of his at that | 15:16:08 |
| 17 | lower level. | 15:16:12 |
| 18 | Q    Okay.  I don't have any further questions. | 15:16:13 |
| 19 | MS. ELKIN:  I have a few more. | 15:16:15 |
| 20 | FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS | 15:16:15 |
| 21 | BY MS. ELKIN: | 15:16:15 |
| 22 | Q    Who is the highest-ranking officer on your | 15:16:18 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

259

| | | |
|---|---|---|
| 1 | the equipment is ready, the apparatus is functional, | 15:17:13 |
| 2 | that the station is functional, your personnel are | 15:17:16 |
| 3 | prepared and trained. | 15:17:18 |
| 4 | Do you recall that questioning? | 15:17:19 |
| 5 | A    Yes, I do. | 15:17:20 |
| 6 | Q    Does anybody else on your shift have the | 15:17:20 |
| 7 | job of ensuring that the equipment is ready, the | 15:17:24 |
| 8 | apparatus is functioning, and that they're prepared | 15:17:27 |
| 9 | to fight fires? | 15:17:29 |
| 10 | A    Yes, everyone. | 15:17:30 |
| 11 | Q    Okay.  And that would be at the rank of | 15:17:31 |
| 12 | firefighter all the way up to you? | 15:17:33 |
| 13 | A    Yes. | 15:17:35 |
| 14 | Q    I don't have any further -- oh, wait.  Hold | 15:18:09 |
| 15 | on. | 15:18:12 |
| 16 | Is there -- have you heard of something | 15:18:28 |
| 17 | called a master calendar? | 15:18:29 |
| 18 | A    Yes. | 15:18:30 |
| 19 | Q    And does the district -- sorry -- deputy | 15:18:31 |
| 20 | chief set the training, sort of the mandatory | 15:18:39 |
| 21 | training, on the master calendar? | 15:18:41 |
| 22 | A    Yes. | 15:18:43 |

VIDEOTAPED DEPOSITION OF DAVID GREG LANGE
CONDUCTED ON WEDNESDAY, JUNE 4, 2014

260

| | | |
|---|---|---|
| 1 | Q    Is that the level that the mandatory | 15:18:44 |
| 2 | training is set at? | 15:18:47 |
| 3 | A    Yes. | 15:18:48 |
| 4 | Q    Okay.  And if you were told by the district | 15:18:48 |
| 5 | chief that your crew at Station 24 or any of the | 15:18:54 |
| 6 | other stations have to attend mandatory training at | 15:18:57 |
| 7 | the training academy, do you have the discretion to | 15:19:00 |
| 8 | say no, we don't want to do that? | 15:19:02 |
| 9 | A    No, I do not. | 15:19:04 |
| 10 | Q    And would you go to the training academy | 15:19:05 |
| 11 | with your crew in instances where the master | 15:19:07 |
| 12 | calendar has your crew scheduled for training? | 15:19:10 |
| 13 | A    Yes, I would. | 15:19:13 |
| 14 | Q    And would you participate in that training? | 15:19:14 |
| 15 | A    Yes, I would. | 15:19:16 |
| 16 | Q    I don't have anything else. | 15:19:24 |
| 17 | THE VIDEOGRAPHER:  If there's no further | 15:19:27 |
| 18 | questions, we'll conclude and go off the record. | 15:19:29 |
| 19 | The time is 15:19. | 15:19:31 |
| 20 | THE COURT REPORTER:  Counsel, are you | 15:19:34 |
| 21 | purchasing the transcript? | 15:19:35 |
| 22 | MS. ELKIN:  Are you asking her or me? | 15:19:38 |

1

1            UNITED STATES DISTRICT COURT

2         FOR THE EASTERN DISTRICT OF VIRGINIA

3               (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6              Plaintiffs,   :  Civ. Action No.

7          v.                :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,  :

9              Defendant.     :

10   --------------------------x

11

12      Videotaped Deposition of MARK PATRICK MENTON

13               McLean, Virginia

14             Tuesday, June 10, 2014

15                 2:19 p.m.

16

17

18

19

20   Job No: 56790

21   Pages: 1 - 153

22   Reported by: Karen Brynteson, RPR, RMR, CRR, FAPR

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

28

| | | |
|---|---|---|
| 1 | A.   Yes. | 02:38:30 |
| 2 | Q.   Thank you.  Have you sustained any | 02:38:30 |
| 3 | on-the-job injuries at the Department requiring you | 02:38:35 |
| 4 | to miss work? | 02:38:37 |
| 5 | A.   Several. | 02:38:38 |
| 6 | Q.   What can you tell me about -- what do you | 02:38:39 |
| 7 | recall about those? | 02:38:42 |
| 8 | A.   The -- again, chronologically speaking I | 02:38:43 |
| 9 | may not be accurate, but I believe the last one was | 02:38:47 |
| 10 | a knee injury that I sustained.  We were doing | 02:38:51 |
| 11 | evolutions at the Academy. | 02:38:54 |
| 12 | I forced open a door and then I was | 02:38:56 |
| 13 | rejoining my engine company and I tripped over some | 02:38:59 |
| 14 | hose and landed on my knees right in front of the | 02:39:01 |
| 15 | field training officer at the time. | 02:39:05 |
| 16 | Q.   What was more severely hurt, your knee or | 02:39:08 |
| 17 | your pride? | 02:39:12 |
| 18 | A.   Definitely my ego because he is a friend | 02:39:12 |
| 19 | of mine. | 02:39:14 |
| 20 | Q.   And did you miss work for that? | 02:39:15 |
| 21 | A.   I did, about a month. | 02:39:16 |
| 22 | Q.   So did you have to have surgery? | 02:39:17 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

29

| | | |
|---|---|---|
| 1 | A.    No, just an MRI.  The torn cartilage | 02:39:19 |
| 2 | wasn't significantly torn. | 02:39:23 |
| 3 | Q.    Just rest and rehab, right? | 02:39:25 |
| 4 | A.    Um-hum. | 02:39:28 |
| 5 | Q.    What do you recall before that? | 02:39:28 |
| 6 | A.    Before that was probably we were working | 02:39:31 |
| 7 | a fire in Company 9's area and we had a section of a | 02:39:35 |
| 8 | ceiling fall on us. | 02:39:40 |
| 9 | Q.    So approximately what year would that | 02:39:43 |
| 10 | have been? | 02:39:45 |
| 11 | A.    It was after I was at 11, so it would be | 02:39:45 |
| 12 | between 2010 and now, I am guessing 2013 -- well, it | 02:39:51 |
| 13 | might be November 2012.  If you -- we can pull out | 02:39:56 |
| 14 | the medical records.  I can show them to you and | 02:39:59 |
| 15 | break them down a little easier. | 02:40:01 |
| 16 | Q.    Okay.  I actually don't have those with | 02:40:02 |
| 17 | me. | 02:40:03 |
| 18 | A.    Okay. | 02:40:04 |
| 19 | Q.    So November 2012 is your recollection? | 02:40:04 |
| 20 | A.    That's what I am recollecting, yeah, | 02:40:06 |
| 21 | about. | 02:40:08 |
| 22 | Q.    So what fell on you? | 02:40:08 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

31

| | | |
|---|---|---|
| 1 | sorry. | 02:41:05 |
| 2 | Q.   That's all right.  You can go -- any time | 02:41:05 |
| 3 | while we're still, your deposition is still open, if | 02:41:08 |
| 4 | you think of something that you wanted to say to | 02:41:10 |
| 5 | supplement a previous answer or even to correct a | 02:41:13 |
| 6 | previous answer, particularly if we have gone way | 02:41:15 |
| 7 | past it, let your lawyer know and she will let me | 02:41:19 |
| 8 | know. | 02:41:20 |
| 9 | A.   Right.  No, I just want to finish with | 02:41:21 |
| 10 | that one.  I am still trying to think of different | 02:41:22 |
| 11 | times. | 02:41:24 |
| 12 | There was one incident in Lorton when I | 02:41:24 |
| 13 | was there.  We had a pregnant lady we had to get | 02:41:26 |
| 14 | emergently out of her vehicle, and I strained my | 02:41:30 |
| 15 | back doing that.  That would have been in that | 02:41:32 |
| 16 | one-year time frame but I couldn't tell you when. | 02:41:39 |
| 17 | Q.   That's fine.  So back to Captain II.  You | 02:41:41 |
| 18 | have not sought promotion to Captain II, correct? | 02:41:46 |
| 19 | A.   No. | 02:41:49 |
| 20 | Q.   Do you have any current plans to do so? | 02:41:50 |
| 21 | A.   At some point, but I have another 15 | 02:41:57 |
| 22 | years to go, so I have plenty of time. | 02:42:00 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

105

| | | |
|---|---|---|
| 1 | resort? | 04:08:00 |
| 2 | A.   From my perspective as a captain, I don't | 04:08:01 |
| 3 | -- for me it is not an option.  And I say that | 04:08:05 |
| 4 | because I can't just arbitrarily say this is a bad | 04:08:09 |
| 5 | behavior and I'm going to discipline you for it. | 04:08:12 |
| 6 | I have to get approval through not only | 04:08:16 |
| 7 | my battalion chief but through the deputy chief, and | 04:08:19 |
| 8 | then it comes back down whether or not that can | 04:08:22 |
| 9 | happen. | 04:08:24 |
| 10 | So I don't give discipline.  I usually | 04:08:24 |
| 11 | fill out the forms, sign it, and hand it to the | 04:08:30 |
| 12 | employee.  I can give it that way.  But discipline | 04:08:33 |
| 13 | comes from above me.  So -- | 04:08:35 |
| 14 | Q.   If something happens, though, on your | 04:08:37 |
| 15 | command, if someone doesn't show up for work or | 04:08:40 |
| 16 | shows up late without an excuse, or violates an SOP, | 04:08:42 |
| 17 | the disciplinary process is started then, correct? | 04:08:48 |
| 18 | A.   Correct.  Just like if I was a lieutenant | 04:08:52 |
| 19 | filling in for one of the captains or if I'm off -- | 04:08:54 |
| 20 | like right now my lieutenants are on the shift -- | 04:08:58 |
| 21 | they would start that same process without me. | 04:09:01 |
| 22 | Q.   Over the course of a 12-month period | 04:09:03 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

106

| | | |
|---|---|---|
| 1 | since you have been a Captain I, how much time do | 04:09:06 |
| 2 | you think you have spent in the formal disciplinary | 04:09:08 |
| 3 | process? | 04:09:13 |
| 4 | A.   Very little. | 04:09:15 |
| 5 | Q.   Less than a day? | 04:09:18 |
| 6 | A.   In the four years? | 04:09:21 |
| 7 | Q.   Yes. | 04:09:21 |
| 8 | A.   Probably a total -- | 04:09:23 |
| 9 | Q.   On an annual basis. | 04:09:24 |
| 10 | A.   On an annual basis, a couple of hours a | 04:09:26 |
| 11 | year. | 04:09:30 |
| 12 | Q.   Have you had occasion to make a | 04:09:36 |
| 13 | recommendation to one of your superiors about what a | 04:09:44 |
| 14 | particular discipline should be, if you remember? | 04:09:51 |
| 15 | A.   No, no. | 04:09:56 |
| 16 | Q.   No, you haven't or, no, you don't | 04:09:56 |
| 17 | recommend -- or you don't remember? | 04:09:59 |
| 18 | A.   I don't recall. | 04:09:59 |
| 19 | Q.   Let me show you Exhibit 600. | 04:10:00 |
| 20 | A.   I do recognize this. | 04:10:09 |
| 21 | MR. POWELL:  Hold on just a minute. | 04:10:10 |
| 22 | Counsel, I can't have Captain Gonzalez looking over | 04:10:12 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

107

| | | |
|---|---|---|
| 1 | your shoulder for this particular exhibit.  I know | 04:10:15 |
| 2 | he wasn't trying to see something he shouldn't see. | 04:10:18 |
| 3 | BY MR. POWELL: | 04:10:18 |
| 4 | Q.   And, Captain Menton, the name of the | 04:10:20 |
| 5 | employee involved in this is listed on the document. | 04:10:24 |
| 6 | A.   Yes.  I do recall this. | 04:10:28 |
| 7 | Q.   I am not going to -- I am not going to | 04:10:29 |
| 8 | use that name and would ask you to try to avoid | 04:10:31 |
| 9 | using it. | 04:10:33 |
| 10 | A.   No, and that's fine.  That's fine. | 04:10:33 |
| 11 | Q.   We're just protecting that person's -- | 04:10:34 |
| 12 | A.   This is actually a funny story, not | 04:10:36 |
| 13 | because of the discipline, but this was my first day | 04:10:39 |
| 14 | as a captain.  So I didn't really recommend this. | 04:10:41 |
| 15 | When I showed up, Chief Wolfrey told me that we | 04:10:43 |
| 16 | would be doing this. | 04:10:46 |
| 17 | And I said, well, I'm brand new here. | 04:10:47 |
| 18 | And he goes, well, you are the captain. | 04:10:51 |
| 19 | So what he did was he produced the | 04:10:53 |
| 20 | document for me and I signed it because I was his | 04:10:55 |
| 21 | captain, but this was all done way ahead of when I | 04:10:58 |
| 22 | showed up. | 04:11:03 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

108

| | | |
|---|---|---|
| 1 | Q.   So the incident in question happened in | 04:11:05 |
| 2 | July of 2010, right? | 04:11:08 |
| 3 | A.   Correct.  Ahead of me. | 04:11:10 |
| 4 | Q.   Ahead of you.  You show up -- | 04:11:11 |
| 5 | A.   It was, if you look at some of the | 04:11:13 |
| 6 | charges, you know, there is -- | 04:11:15 |
| 7 | Q.   Some of the prior -- | 04:11:16 |
| 8 | A.   There is a lot going on here. | 04:11:17 |
| 9 | Q.   There's a pattern with this particular -- | 04:11:18 |
| 10 | A.   So it didn't just happen July 24th. | 04:11:20 |
| 11 | There had been some stuff going on ahead of that. | 04:11:22 |
| 12 | That said, my point is that something of | 04:11:25 |
| 13 | this magnitude is not something that I put in, as a | 04:11:26 |
| 14 | captain, that I put in progress.  It is something | 04:11:30 |
| 15 | that happens above me. | 04:11:33 |
| 16 | And even something smaller than this, I | 04:11:34 |
| 17 | had a written reprimand that EMS administration | 04:11:37 |
| 18 | pushed down that they wanted done, and I had to do | 04:11:41 |
| 19 | it against what I wanted to do.  But I was ordered | 04:11:45 |
| 20 | to do it, so I had to fill it out. | 04:11:48 |
| 21 | Q.   Well, am I correctly understanding that | 04:11:50 |
| 22 | after I showed you the exhibit it helped you | 04:11:53 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

109

| | | |
|---|---|---|
| 1 | remember the specific incident, right? | 04:11:56 |
| 2 | A.   Yes.  And I can remember it fairly well, | 04:11:58 |
| 3 | just, like I said, because it was one of my first | 04:12:01 |
| 4 | days as a captain.  So -- | 04:12:03 |
| 5 | Q.   Who prepared this, who wrote this | 04:12:04 |
| 6 | memorandum? | 04:12:06 |
| 7 | A.   Chief Wolfrey. | 04:12:07 |
| 8 | Q.   He wrote it? | 04:12:08 |
| 9 | A.   Yes. | 04:12:11 |
| 10 | Q.   In effect, ghost writing it for you? | 04:12:12 |
| 11 | A.   Well, you know what, I shouldn't say he | 04:12:14 |
| 12 | wrote it.  He handed it to me.  So I did not write | 04:12:15 |
| 13 | it.  I assume he wrote it.  But, frankly, it could | 04:12:18 |
| 14 | have come from someone else above him, or he could | 04:12:21 |
| 15 | have delegated it to somebody else. | 04:12:23 |
| 16 | Q.   Did you -- did you agree with the | 04:12:25 |
| 17 | recommendation? | 04:12:29 |
| 18 | A.   I had no word in the recommendation. | 04:12:30 |
| 19 | There was no agreeing.  There was no disagreeing. | 04:12:32 |
| 20 | There was:  This is what's going on. | 04:12:35 |
| 21 | Q.   But without -- without the benefit of | 04:12:37 |
| 22 | your testimony, if anybody were to just look at the | 04:12:39 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

110

| | | |
|---|---|---|
| 1 | document, it looks like a memo from you to the | 04:12:42 |
| 2 | chief? | 04:12:45 |
| 3 | A.   Absolutely. | 04:12:45 |
| 4 | Q.   With your recommendation, right? | 04:12:45 |
| 5 | A.   Absolutely. | 04:12:47 |
| 6 | Q.   And what you are telling us is that's not | 04:12:47 |
| 7 | exactly what happened? | 04:12:49 |
| 8 | A.   That's not at all what happened. | 04:12:51 |
| 9 | Q.   All right.  I understand. | 04:12:53 |
| 10 | A.   And this -- it wasn't something that you | 04:12:56 |
| 11 | had an option to do.  So let me just reiterate that. | 04:13:01 |
| 12 | This was already in place. | 04:13:07 |
| 13 | Q.   Do you remember what the resolution was | 04:13:07 |
| 14 | for this particular technician? | 04:13:09 |
| 15 | A.   Well, I can tell you right now that that | 04:13:11 |
| 16 | technician is a lieutenant. | 04:13:14 |
| 17 | Q.   Did he receive the written reprimand for | 04:13:17 |
| 18 | this particular event? | 04:13:19 |
| 19 | A.   I believe he did.  I believe he did.  But | 04:13:21 |
| 20 | he didn't get fired.  He is a lieutenant now. | 04:13:27 |
| 21 | Q.   Do you remember a little later on in that | 04:13:30 |
| 22 | same year, 2010, having some involvement with | 04:13:44 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

133

| | | |
|---|---|---|
| 1 | questions for you. | 04:53:52 |
| 2 | MS. BURROUGHS:  I will have a few.  Can | 04:53:54 |
| 3 | we take a brief break off the record and I can | 04:53:56 |
| 4 | prepare to go a little quickly? | 04:53:59 |
| 5 | MR. POWELL:  Sure. | 04:54:02 |
| 6 | THE VIDEO OPERATOR:  Going off the | 04:54:03 |
| 7 | record.  The time is 16:54. | 04:54:03 |
| 8 | (A recess was taken at 4:54 p.m., after which | 04:54:06 |
| 9 | the deposition resumed at 4:59 p.m.) | 04:59:17 |
| 10 | THE VIDEO OPERATOR:  Back on the record. | 04:59:18 |
| 11 | The time is 16:59. | 04:59:19 |
| 12 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 04:59:22 |
| 13 | BY MS. BURROUGHS: | 04:59:22 |
| 14 | Q.   I just have a few questions for you. | 04:59:23 |
| 15 | Captain Menton, as a Fire Captain I, do | 04:59:25 |
| 16 | you have the authority to assign overtime to | 04:59:27 |
| 17 | off-duty firefighters? | 04:59:29 |
| 18 | A.   No.  That is done by a technician, OP 6. | 04:59:31 |
| 19 | Q.   And is OP 6 -- can you describe what OP 6 | 04:59:34 |
| 20 | is? | 04:59:36 |
| 21 | A.   It is a staffing office guy, the | 04:59:36 |
| 22 | secretary. | 04:59:39 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

134

| | | |
|---|---|---|
| 1 | Q.   Do you know the physical location of that | 04:59:39 |
| 2 | office? | 04:59:41 |
| 3 | A.   Station 34. | 04:59:41 |
| 4 | Q.   Is that your station? | 04:59:42 |
| 5 | A.   No. | 04:59:44 |
| 6 | Q.   Does OP -- | 04:59:44 |
| 7 | A.   It was back a long time ago, but he | 04:59:45 |
| 8 | wasn't stationed there at the time. | 04:59:48 |
| 9 | Q.   Okay.  Does OP 6 handle those kind of | 04:59:49 |
| 10 | staffing issues for the entire Department? | 04:59:51 |
| 11 | A.   Yes. | 04:59:52 |
| 12 | Q.   As a Fire Captain I, do you approve | 04:59:53 |
| 13 | leave? | 04:59:57 |
| 14 | A.   No.  Again, that's OP 6. | 04:59:58 |
| 15 | Q.   As a Fire Captain I, do you set minimum | 04:59:59 |
| 16 | staffing levels? | 05:00:03 |
| 17 | A.   No, that's determined by someone up above | 05:00:03 |
| 18 | us, probably at the assistant level. | 05:00:09 |
| 19 | Q.   Okay.  In the stations that you have been | 05:00:10 |
| 20 | assigned as a Captain I, do lieutenants perform -- | 05:00:16 |
| 21 | do lieutenants prepare performance appraisals? | 05:00:21 |
| 22 | A.   Yes. | 05:00:23 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

135

| | | |
|---|---|---|
| 1 | Q.   When lieutenants prepare performance | 05:00:23 |
| 2 | appraisals, do they sign them? | 05:00:25 |
| 3 | A.   Yes. | 05:00:27 |
| 4 | Q.   Do you also sign those performance | 05:00:27 |
| 5 | appraisals? | 05:00:30 |
| 6 | A.   Yes, but so do battalion chiefs. | 05:00:31 |
| 7 | Q.   In your experience, has a battalion chief | 05:00:34 |
| 8 | ever signed a performance appraisal ever a | 05:00:36 |
| 9 | lieutenant has completed it? | 05:00:39 |
| 10 | A.   Yes.  Again, if I am on leave or | 05:00:40 |
| 11 | whatever.  It is not really relevant who does it, as | 05:00:47 |
| 12 | long as it gets done, because they can handle it. | 05:00:49 |
| 13 | Q.   Earlier we talked about a memo that you | 05:00:51 |
| 14 | had prepared for your shift.  I am going to try to | 05:01:01 |
| 15 | find it if I can. | 05:01:04 |
| 16 | Defendant's Exhibit 539, can you find | 05:01:09 |
| 17 | that for me? | 05:01:11 |
| 18 | A.   Did I give it back to you? | 05:01:13 |
| 19 | Q.   It is somewhere in your pile. | 05:01:15 |
| 20 | MR. POWELL:  It is in one of those | 05:01:17 |
| 21 | stacks. | 05:01:19 |
| 22 | THE WITNESS:  Okay. | 05:01:19 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

138

| | | |
|---|---|---|
| 1 | Q.   Did you put those in any particular order | 05:02:56 |
| 2 | when you wrote this memo? | 05:03:00 |
| 3 | A.   Yes. | 05:03:01 |
| 4 | Q.   What -- | 05:03:01 |
| 5 | A.   Priority order. | 05:03:03 |
| 6 | Q.   Okay.  So you would say that number 1 is | 05:03:04 |
| 7 | your top priority? | 05:03:06 |
| 8 | A.   Yes. | 05:03:07 |
| 9 | Q.   Okay.  So that would be running emergency | 05:03:07 |
| 10 | calls? | 05:03:09 |
| 11 | A.   Yes. | 05:03:10 |
| 12 | Q.   Okay.  Now I am done with that one. | 05:03:12 |
| 13 | A.   Okay. | 05:03:16 |
| 14 | Q.   As a Captain I, can you issue discipline | 05:03:17 |
| 15 | without sending it up the chain of command for | 05:03:30 |
| 16 | approval? | 05:03:31 |
| 17 | A.   No. | 05:03:32 |
| 18 | Q.   As a Captain I, what do you do on fire -- | 05:03:32 |
| 19 | let's start with fire scene response when you are | 05:03:41 |
| 20 | dispatched to a fire scene? | 05:03:43 |
| 21 | A.   Okay.  It depends on what the call is, | 05:03:45 |
| 22 | but I'm on the engine company, so we will deploy | 05:03:49 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

139

| | | |
|---|---|---|
| 1 | hose lines and fight the fire. | 05:03:53 |
| 2 | Q.   Since I am not a firefighter, can you | 05:03:55 |
| 3 | describe for me what fighting the fire is, what is | 05:03:57 |
| 4 | involved in that? | 05:04:00 |
| 5 | A.   Yeah.  Initially I will take a lap and | 05:04:01 |
| 6 | survey it, find out where the fire is, while the | 05:04:08 |
| 7 | line is laid out. | 05:04:11 |
| 8 | And then once I make it back, we get | 05:04:11 |
| 9 | together as a team, pick up the hose, and we go to | 05:04:15 |
| 10 | where the fire is and put it out. | 05:04:17 |
| 11 | Q.   Okay.  And do you respond to emergency | 05:04:19 |
| 12 | medical incidents as a Captain I? | 05:04:24 |
| 13 | A.   Yes. | 05:04:27 |
| 14 | Q.   As a Captain I, what do you do on an | 05:04:27 |
| 15 | emergency medical scene? | 05:04:29 |
| 16 | A.   Gather information, patient information. | 05:04:30 |
| 17 | If I need to, I can interact with patients, like the | 05:04:33 |
| 18 | time I mentioned when I hurt my back pulling that | 05:04:37 |
| 19 | pregnant lady out. | 05:04:42 |
| 20 | So really whatever is required.  Every | 05:04:43 |
| 21 | medical -- there is no standard call, so it is hard | 05:04:44 |
| 22 | to answer the question, but whatever, whatever is | 05:04:46 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

140

| | | |
|---|---|---|
| 1 | necessary is what we do. | 05:04:50 |
| 2 | Q.   And we talked a little earlier about your | 05:04:52 |
| 3 | paramedic certification. | 05:04:54 |
| 4 | A.   Um-hum. | 05:04:55 |
| 5 | Q.   And you said you are not currently | 05:04:56 |
| 6 | certified as a paramedic for the county, right? | 05:04:59 |
| 7 | A.   Not for the county. | 05:05:01 |
| 8 | Q.   Are you still certified in basic life | 05:05:03 |
| 9 | support for the county? | 05:05:05 |
| 10 | A.   Correct. | 05:05:06 |
| 11 | Q.   What sorts of things can you do with a | 05:05:06 |
| 12 | certification in basic life support? | 05:05:09 |
| 13 | A.   CPR, splinting, Band-Aids.  Assessments I | 05:05:10 |
| 14 | can still do at a higher level, like I talked about, | 05:05:17 |
| 15 | because of my knowledge base.  You can do airway | 05:05:20 |
| 16 | control, ventilations. | 05:05:24 |
| 17 | It's a pretty, pretty long list that the | 05:05:27 |
| 18 | basics do.  Vital signs. | 05:05:29 |
| 19 | Q.   And do you do those sorts of things in | 05:05:32 |
| 20 | your position as a Captain I? | 05:05:34 |
| 21 | A.   Yeah, as needed. | 05:05:36 |
| 22 | Q.   You said you are generally assigned to | 05:05:37 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

141

| | | |
|---|---|---|
| 1 | the engine; is that correct? | 05:05:41 |
| 2 | A.   Correct. | 05:05:42 |
| 3 | Q.   Does your engine ever respond to a call | 05:05:43 |
| 4 | without you on it if you are on the shift that day? | 05:05:45 |
| 5 | A.   Never. | 05:05:48 |
| 6 | Q.   Do you go on the same number of calls as | 05:05:48 |
| 7 | subordinates assigned to your engine? | 05:05:52 |
| 8 | A.   Yes. | 05:05:54 |
| 9 | Q.   When the tone rings and you are | 05:05:54 |
| 10 | dispatched, you have to go; is that right? | 05:06:00 |
| 11 | A.   That's correct. | 05:06:03 |
| 12 | Q.   And is that true no matter what you are | 05:06:03 |
| 13 | doing, if you are doing training or physical fitness | 05:06:05 |
| 14 | or completing performance appraisals? | 05:06:07 |
| 15 | A.   Yes. | 05:06:10 |
| 16 | Q.   So if you were writing an e-mail, like | 05:06:13 |
| 17 | some of the ones that we just talked about not too | 05:06:14 |
| 18 | long ago, and you were dispatched, would you | 05:06:17 |
| 19 | continue writing that e-mail? | 05:06:19 |
| 20 | A.   No. | 05:06:20 |
| 21 | Q.   What would you do? | 05:06:20 |
| 22 | A.   I would get up and run the call. | 05:06:21 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

142

| | | |
|---|---|---|
| 1 | Q.   If you were completing a performance | 05:06:23 |
| 2 | appraisal, like we talked about earlier, and the | 05:06:27 |
| 3 | tone went off and you were dispatched, what would | 05:06:29 |
| 4 | you do? | 05:06:31 |
| 5 | A.   Same thing, except I might pull my door | 05:06:31 |
| 6 | shut as I went out. | 05:06:33 |
| 7 | Q.   Can you pick up one of your performance | 05:06:34 |
| 8 | appraisals.  I have 596 handy.  Do you have that | 05:06:46 |
| 9 | one? | 05:06:48 |
| 10 | A.   Yeah, it is right on top. | 05:06:48 |
| 11 | Q.   Okay.  Can you turn to page 4 for me. | 05:06:49 |
| 12 | A.   Yes. | 05:07:02 |
| 13 | Q.   On page 4 there is a section labeled | 05:07:02 |
| 14 | Section B:  Don't complete this section if the | 05:07:04 |
| 15 | employee does not supervise others. | 05:07:06 |
| 16 | Do you see that? | 05:07:07 |
| 17 | A.   Yes. | 05:07:08 |
| 18 | Q.   And it looks like the section is | 05:07:08 |
| 19 | completed for you, correct? | 05:07:10 |
| 20 | A.   Yes. | 05:07:11 |
| 21 | Q.   And do you complete this section, Section | 05:07:12 |
| 22 | B, if you are filling out a performance appraisal | 05:07:15 |

VIDEOTAPED DEPOSITION OF MARK PATRICK MENTON
CONDUCTED ON TUESDAY, JUNE 10, 2014

143

| | | |
|---|---|---|
| 1 | for a lieutenant? | 05:07:17 |
| 2 | A.   Yes.  And as a lieutenant, I have filled | 05:07:18 |
| 3 | out these things, not in this particular section, | 05:07:27 |
| 4 | but I filled out an ER before. | 05:07:30 |
| 5 | Q.   As -- you filled out ERs as a lieutenant? | 05:07:34 |
| 6 | A.   As a lieutenant. | 05:07:36 |
| 7 | Q.   Okay. | 05:07:37 |
| 8 | A.   Yeah. | 05:07:38 |
| 9 | Q.   And when you did that, did you sign it as | 05:07:39 |
| 10 | the signature of supervisor preparing this | 05:07:40 |
| 11 | appraisal? | 05:07:43 |
| 12 | A.   Yes. | 05:07:44 |
| 13 | Q.   Okay.  Can you pull out Defendant's | 05:07:44 |
| 14 | Exhibit 599.  It was that checkpoint 360 we went | 05:07:57 |
| 15 | through a little earlier. | 05:08:02 |
| 16 | MS. BURROUGHS:  Do you want me to wait a | 05:08:16 |
| 17 | minute? | 05:08:18 |
| 18 | MR. POWELL:  No, I have got it.  Thank | 05:08:18 |
| 19 | you. | 05:08:20 |
| 20 | BY MS. BURROUGHS: | 05:08:21 |
| 21 | Q.   What did you do so that this could be | 05:08:21 |
| 22 | completed? | 05:08:23 |

1

1          UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3              (Alexandria Division)

4    ---------------------------x

5    GERARD MORRISON, et al.,   :

6              Plaintiffs,   :   Civ. Action No.

7         v.              :   1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9              Defendant.    :

10   ---------------------------x

11

12      Videotaped Deposition of DONALD PATRICK MONTAGUE

13              McLean, Virginia

14            Tuesday, June 3, 2014

15                5:08 p.m.

16

17

18

19

20   Job No.: 59004

21   Pages: 1 - 132

22   Reported By: Rebecca Stonestreet, RPR, CRR

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

26

| | | | |
|---|---|---|---|
| 1 | Q | What? | 17:25:18 |
| 2 | A | I don't recall what it was. | 17:25:19 |
| 3 | Q | Just one? | 17:25:21 |
| 4 | A | There's only one, yeah. | 17:25:21 |
| 5 | Q | What was the nature of the injury? | 17:25:22 |
| 6 | A | I don't recall what it was, yeah. | 17:25:24 |
| 7 | Q | Okay.  And when you -- when you say | 17:25:26 |

8   "reportable," what do you mean by that?                17:25:27

9        A    Well, that would be that you have to        17:25:29

10   actually file a report to say that it's serious        17:25:32

11   enough that you want to have it covered.                17:25:36

| 12 | Q | Covered by Workers' Comp? | 17:25:37 |
|---|---|---|---|
| 13 | A | Yes.  Uh-huh. | 17:25:39 |
| 14 | Q | Was it?  This -- | 17:25:41 |
| 15 | A | It didn't -- it didn't need to be, to the | 17:25:42 |

16   best of my recollection.                                17:25:45

| 17 | Q | And did you miss work on account of that? | 17:25:46 |
|---|---|---|---|
| 18 | A | No. | 17:25:48 |
| 19 | Q | But was the hernia covered by | 17:25:48 |

20   Workers' Comp?                                          17:25:51

| 21 | A | Yes, it was. | 17:25:52 |
|---|---|---|---|
| 22 | Q | Was that contested? | 17:25:53 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

27

| | | |
|---|---|---|
| 1 | A     No. | 17:25:54 |
| 2 | Q     What about unreported, unreportable | 17:25:55 |
| 3 | injuries? | 17:26:03 |
| 4 | A     Cuts, scrapes, bruises. | 17:26:03 |
| 5 | Q     Just sort of garden variety, | 17:26:07 |
| 6 | run-of-the-mill things that happen to firefighters? | 17:26:10 |
| 7 | A     Uh-huh.  Yeah. | 17:26:12 |
| 8 | Q     Not severe in enough to require | 17:26:13 |
| 9 | reporting; not severe enough to miss work. | 17:26:16 |
| 10 | Correct? | 17:26:17 |
| 11 | A     Correct. | 17:26:18 |
| 12 | Q     Have you ever suffered any injury that | 17:26:18 |
| 13 | led you to go on light duty? | 17:26:21 |
| 14 | A     Not an injury from work, no. | 17:26:23 |
| 15 | Q     Have you been -- so I take it you're | 17:26:30 |
| 16 | remembering at least one instance when you were on | 17:26:35 |
| 17 | light duty? | 17:26:37 |
| 18 | A     Yes. | 17:26:38 |
| 19 | Q     What was that? | 17:26:38 |
| 20 | A     That was a -- I had a foot operation, and | 17:26:39 |
| 21 | they returned me to light duty before I was able to | 17:26:42 |
| 22 | come back into the field. | 17:26:45 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

42

| | | |
|---|---|---|
| 1 | the station? | 17:40:08 |
| 2 | A    Yes. | 17:40:08 |
| 3 | Q    All right.  And you would review that in | 17:40:09 |
| 4 | order to help you prepare the formal written | 17:40:11 |
| 5 | evaluation? | 17:40:13 |
| 6 | A    Yes. | 17:40:14 |
| 7 | Q    Once you prepared a written evaluation, | 17:40:14 |
| 8 | what happened next? | 17:40:27 |
| 9 | A    As far as... | 17:40:27 |
| 10 | I don't understand what you mean, "what | 17:40:34 |
| 11 | happened next." | 17:40:36 |
| 12 | Q    When you prepare it, next would you then | 17:40:36 |
| 13 | sit down with the employee and review it?  What was | 17:40:42 |
| 14 | the process? | 17:40:45 |
| 15 | A    Okay.  The process would be you would | 17:40:45 |
| 16 | write up the evaluation and then you would send it | 17:40:47 |
| 17 | to -- "you" meaning myself, send it to the | 17:40:49 |
| 18 | battalion chief for review. | 17:40:53 |
| 19 | Q    And then what would happen? | 17:40:53 |
| 20 | A    And he would -- after his review, he | 17:40:55 |
| 21 | could either add or delete anything that he desired | 17:41:01 |
| 22 | to do. | 17:41:04 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

47

| | | |
|---|---|---|
| 1 | Q    When you say that you were ordered by | 17:44:52 |
| 2 | your battalion chief to issue an oral reprimand to | 17:45:03 |
| 3 | ██████████████████, how is it that the battalion | 17:45:06 |
| 4 | chief knew about ████████████████ behavior? | 17:45:09 |
| 5 | A    We are required to report in if a man was | 17:45:13 |
| 6 | missing at lineup, and since ████████████████ was | 17:45:19 |
| 7 | not there in the station, I was required to notify | 17:45:23 |
| 8 | my battalion chief and let him know that we would | 17:45:29 |
| 9 | need to hold a person over in ████████████████ | 17:45:32 |
| 10 | position. | 17:45:34 |
| 11 | Q    And so ████████████████ mistake was | 17:45:35 |
| 12 | not only being late but not telling you about it. | 17:45:42 |
| 13 | Right?  So he's -- you have lineup at the beginning | 17:45:47 |
| 14 | of the shift and he's not there. | 17:45:49 |
| 15 | A    Oh, no.  He -- he -- we were informed -- | 17:45:50 |
| 16 | he informed me that he would be late. | 17:45:50 |
| 17 | Q    That he would be late. | 17:45:50 |
| 18 | A    Yes. | 17:45:50 |
| 19 | Q    And, in fact, he was late. | 17:45:50 |
| 20 | A    Yes. | 17:45:50 |
| 21 | Q    And then you, following procedure, | 17:45:50 |
| 22 | notified the battalion chief not only for the | 17:45:52 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

48

| | | |
|---|---|---|
| 1 | disciplinary purpose but also because you've got a | 17:45:54 |
| 2 | staffing issue -- | 17:45:57 |
| 3 | A    Yes. | 17:45:57 |
| 4 | Q    -- that you've got to take care of | 17:45:57 |
| 5 | because you're the shift commander? | 17:45:59 |
| 6 | A    Yes. | 17:46:02 |
| 7 | Q    So the battalion chief then gets involved | 17:46:03 |
| 8 | to do two things.  Right?  He gets involved for the | 17:46:05 |
| 9 | disciplinary issue and also to render whatever | 17:46:10 |
| 10 | assistance you might need to fill the staffing gap? | 17:46:10 |
| 11 | A    Yes.  That's correct. | 17:46:13 |
| 12 | Q    So what -- when you say the battalion | 17:46:13 |
| 13 | chief ordered you to issue an oral reprimand, was | 17:46:15 |
| 14 | that in response to a recommendation from you that | 17:46:19 |
| 15 | this was the right response to ███████████ | 17:46:21 |
| 16 | tardiness? | 17:46:26 |
| 17 | A    No.  When it was reported that he was | 17:46:26 |
| 18 | late, I was told that he would be given a | 17:46:30 |
| 19 | reprimand. | 17:46:32 |
| 20 | Q    Did you express an opinion on what the | 17:46:33 |
| 21 | punishment for ███████ should be? | 17:46:40 |
| 22 | A    No, I did not. | 17:46:42 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

49

| | | |
|---|---|---|
| 1 | Q    Why not? | 17:46:43 |
| 2 | A    Because the rules and regulations, SOPs, | 17:46:44 |
| 3 | state on tardiness what steps are to be taken in | 17:46:51 |
| 4 | the event someone is late for work. | 17:46:59 |
| 5 | Q    Do you remember ever preparing a written | 17:47:01 |
| 6 | reprimand for someone? | 17:47:06 |
| 7 | A    I know I have over my career, but I don't | 17:47:06 |
| 8 | know -- | 17:47:16 |
| 9 | Q    You're not remembering a specific | 17:47:16 |
| 10 | instance? | 17:47:18 |
| 11 | A    Correct. | 17:47:19 |
| 12 | Q    Did you -- when you would prepare a | 17:47:19 |
| 13 | written reprimand, would you follow the same | 17:47:23 |
| 14 | procedure each time for proposed written reprimand? | 17:47:25 |
| 15 | A    It depended on what the reprimand was and | 17:47:30 |
| 16 | what violation was broken.  Well, violation | 17:47:33 |
| 17 | occurred. | 17:47:38 |
| 18 | Q    Would it have been your -- if a -- I take | 17:47:38 |
| 19 | it the conduct that would maybe -- that would | 17:47:42 |
| 20 | perhaps justify a written reprimand is a more | 17:47:46 |
| 21 | serious infraction than the conduct that would lead | 17:47:50 |
| 22 | to an oral reprimand? | 17:47:52 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

50

| | | |
|---|---|---|
| 1 | A    That's correct. | 17:47:52 |
| 2 | Q    So when something would happen that in | 17:47:53 |
| 3 | your judgment might be worthy a written reprimand, | 17:47:56 |
| 4 | you already were dealing with a situation that was | 17:48:00 |
| 5 | a more serious violation than for an oral | 17:48:04 |
| 6 | reprimand.  Correct? | 17:48:08 |
| 7 | A    Can you restate that again? | 17:48:08 |
| 8 | Q    Yes.  Let me -- let me come at it another | 17:48:10 |
| 9 | way. | 17:48:13 |
| 10 | When something happened that in your | 17:48:13 |
| 11 | judgment might be worthy of a written reprimand, | 17:48:16 |
| 12 | you would fill out some paperwork.  Correct? | 17:48:19 |
| 13 | A    Correct. | 17:48:21 |
| 14 | Q    And you would send that on to the | 17:48:22 |
| 15 | battalion chief? | 17:48:25 |
| 16 | A    Correct. | 17:48:25 |
| 17 | Q    In accordance with the SOP? | 17:48:25 |
| 18 | A    Correct. | 17:48:29 |
| 19 | Q    In that paperwork, is it true that you | 17:48:29 |
| 20 | would include a recommendation that this person | 17:48:34 |
| 21 | receive a written reprimand? | 17:48:40 |
| 22 | A    No.  No.  It's stipulated in the rules | 17:48:41 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

51

| | | |
|---|---|---|
| 1 | and regulations what steps are to be followed for | 17:48:43 |
| 2 | disciplinary action. | 17:48:46 |
| 3 | Q   Well, how is it that the battalion chief | 17:48:46 |
| 4 | would know that a written reprimand was in your -- | 17:48:49 |
| 5 | was in your head as a possible -- as the -- what | 17:48:51 |
| 6 | you thought was the right result? | 17:48:54 |
| 7 | A   How would the battalion chief know there | 17:49:01 |
| 8 | was a written reprimand in my head?  I don't know | 17:49:03 |
| 9 | how he would know that. | 17:49:05 |
| 10 | Q   The form wouldn't say that this -- you | 17:49:07 |
| 11 | were recommending this person for a written | 17:49:09 |
| 12 | reprimand? | 17:49:12 |
| 13 | A   He may inquire if -- what step in the | 17:49:12 |
| 14 | process this individual was in.  He may be aware of | 17:49:14 |
| 15 | it; he may not.  So if he's inquiring about the | 17:49:17 |
| 16 | step in the process that this individual is in, | 17:49:20 |
| 17 | that would determine -- if it's written reprimand, | 17:49:23 |
| 18 | oral, that would determine that he's just | 17:49:27 |
| 19 | investigating to see where in the process this | 17:49:32 |
| 20 | individual is as far as his -- | 17:49:37 |
| 21 | Q   Or possibly a more serious punishment. | 17:49:38 |
| 22 | Correct? | 17:49:41 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

106

| | | |
|---|---|---|
| 1 | maybe now would be a good time to take a short | 19:04:12 |
| 2 | break before we do that. | 19:04:15 |
| 3 | THE WITNESS:  Okay. | 19:04:16 |
| 4 | THE VIDEOGRAPHER:  Going off the record. | 19:04:17 |
| 5 | The time is now 19:04. | 19:04:18 |
| 6 | (Recess taken.) | 19:04:21 |
| 7 | THE VIDEOGRAPHER:  Back on the record. | 19:11:43 |
| 8 | The time is now 19:11. | 19:12:00 |
| 9 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 19:12:03 |
| 10 | BY MS. BURROUGHS: | 19:12:04 |
| 11 | Q    Just have a few questions for you. | 19:12:05 |
| 12 | As a Fire Captain I, do you have the | 19:12:07 |
| 13 | authority to assign overtime to off-duty | 19:12:10 |
| 14 | firefighters? | 19:12:13 |
| 15 | A    No, I do not. | 19:12:13 |
| 16 | Q    As a Fire Captain I, do you approve | 19:12:15 |
| 17 | leave? | 19:12:18 |
| 18 | A    No, I do not. | 19:12:19 |
| 19 | Q    Do you set minimum staffing levels as a | 19:12:19 |
| 20 | Fire Captain I? | 19:12:23 |
| 21 | A    No. | 19:12:24 |
| 22 | Q    As a Fire Captain I, did you do | 19:12:24 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

107

| | | |
|---|---|---|
| 1 | performance appraisals? | 19:12:27 |
| 2 | A    Yes. | 19:12:28 |
| 3 | Q    About how much time did you spend doing | 19:12:28 |
| 4 | performance appraisals each year? | 19:12:32 |
| 5 | A    Approximately an hour per individual that | 19:12:33 |
| 6 | I was required to make an appraisal on. | 19:12:34 |
| 7 | Q    How many individuals did you have that | 19:12:36 |
| 8 | you did performance appraisals for? | 19:12:38 |
| 9 | A    In my last station, it was approximately | 19:12:39 |
| 10 | six.  Five or six. | 19:12:42 |
| 11 | Q    So would that be five to six hours in a | 19:12:43 |
| 12 | year?  Does that seem fair? | 19:12:46 |
| 13 | A    Yes. | 19:12:48 |
| 14 | Q    Did you have lieutenants at your | 19:12:48 |
| 15 | stations? | 19:12:50 |
| 16 | A    Yes, I did. | 19:12:50 |
| 17 | Q    Did the lieutenants do performance | 19:12:51 |
| 18 | appraisals? | 19:12:53 |
| 19 | A    Yes, he did. | 19:12:54 |
| 20 | Q    Who did the lieutenant evaluate the | 19:12:55 |
| 21 | performance of? | 19:12:58 |
| 22 | A    I did his evaluation. | 19:12:58 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

108

| | | |
|---|---|---|
| 1 | Q    Okay.  And whose evaluations did he do? | 19:13:01 |
| 2 | A    He did the other -- he did -- we split up | 19:13:03 |
| 3 | the shift.  He did mainly the squad crew that was | 19:13:06 |
| 4 | under him, and I did the engine crew and the medic | 19:13:12 |
| 5 | crew. | 19:13:15 |
| 6 | Q    And when he did his performance | 19:13:15 |
| 7 | evaluations, did he sign as the -- as their | 19:13:21 |
| 8 | supervisor? | 19:13:22 |
| 9 | A    Yes, he did. | 19:13:22 |
| 10 | Q    Did you engage in physical fitness in | 19:13:23 |
| 11 | your time as a Captain I? | 19:13:30 |
| 12 | A    Yes. | 19:13:31 |
| 13 | Q    How much time did you spend engaged in | 19:13:31 |
| 14 | physical fitness each shift? | 19:13:35 |
| 15 | A    The department would allow us two hours a | 19:13:36 |
| 16 | day, and we always tried to get our two hours a day | 19:13:38 |
| 17 | in unless we were interrupted by calls or training | 19:13:41 |
| 18 | or whatever. | 19:13:43 |
| 19 | Q    And if you could, could you look at | 19:13:43 |
| 20 | Defendant's Exhibit 306 for me, from that pile you | 19:13:47 |
| 21 | were given? | 19:13:50 |
| 22 | A    (Witness complies.)  Okay. | 19:13:52 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

110

| | | |
|---|---|---|
| 1 | at the section, Section B, that says:  "Don't | 19:15:06 |
| 2 | complete this section if the employee does not | 19:15:06 |
| 3 | supervise others," and you -- we observed that that | 19:15:06 |
| 4 | section is completed for you.  Correct? | 19:15:11 |
| 5 | A    Correct. | 19:15:12 |
| 6 | Q    When you filled out performance | 19:15:13 |
| 7 | evaluations for lieutenants, did you fill out this | 19:15:15 |
| 8 | section? | 19:15:17 |
| 9 | A    Yes, I did. | 19:15:17 |
| 10 | Q    Okay.  Putting aside that document for | 19:15:19 |
| 11 | the moment.  I'm done with that one. | 19:15:37 |
| 12 | During your regular day-to-day shift as a | 19:15:37 |
| 13 | Captain I, did you do trainings? | 19:15:40 |
| 14 | A    Yes. | 19:15:42 |
| 15 | Q    What kinds of trainings would you do at | 19:15:43 |
| 16 | the station during your shift? | 19:15:45 |
| 17 | A    What kinds would I perform or... | 19:15:46 |
| 18 | Q    What kinds were generally performed? | 19:15:47 |
| 19 | A    We had training for hose operations, | 19:15:50 |
| 20 | ladder operations, ventilation, search and rescue. | 19:15:53 |
| 21 | We did also a lot of medical protocols, updates, | 19:15:57 |
| 22 | familiarizing ourself with medical equipment if it | 19:16:05 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

111

| | | |
|---|---|---|
| 1 | was new, it had come out; or to engage in using a | 19:16:08 |
| 2 | tool that we hadn't used in a long time, to become | 19:16:13 |
| 3 | more familiar with it. | 19:16:16 |
| 4 | Also, being in the tech rescue house, we | 19:16:18 |
| 5 | engaged in a lot of technical rescue training, | 19:16:22 |
| 6 | high-angle rope rescues, trench rescue, swift-water | 19:16:27 |
| 7 | rescue, confined-space rescue.  We did training | 19:16:33 |
| 8 | with boats. | 19:16:39 |
| 9 | We had -- we had to be qualified as | 19:16:41 |
| 10 | actual swimmers in the TROT program.  You actually | 19:16:43 |
| 11 | had to pass a test for swimming in order to be on | 19:16:45 |
| 12 | the TROT program.  That was some of the -- | 19:16:49 |
| 13 | We had EMT refreshers throughout the year | 19:16:51 |
| 14 | or throughout the period of our cards expiring or | 19:16:55 |
| 15 | not.  Stuff like that. | 19:16:59 |
| 16 | Online training, which would be on the | 19:17:02 |
| 17 | computers. | 19:17:04 |
| 18 | We're also required -- like with boat | 19:17:05 |
| 19 | operations, you had to pass a state-certified | 19:17:09 |
| 20 | boating operator's course in addition to getting | 19:17:12 |
| 21 | the physical boat training that you needed to have | 19:17:15 |
| 22 | to go online. | 19:17:18 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

112

| | | |
|---|---|---|
| 1 | Had the tech -- or hazardous materials | 19:17:19 |
| 2 | recertification training every year.  CPR training. | 19:17:27 |
| 3 | One of the newest trainings that we had was mass | 19:17:32 |
| 4 | shooter drills, if you had an incident where there | 19:17:37 |
| 5 | was a gunman in -- we'll say a mall or something, | 19:17:40 |
| 6 | where you had training, and how we would interact | 19:17:44 |
| 7 | interagency wide with the police department in | 19:17:48 |
| 8 | order to do our job. | 19:17:51 |
| 9 | Q    Did you use or expect to use the skills | 19:17:52 |
| 10 | from those trainings when you responded to calls? | 19:17:54 |
| 11 | A    Yes. | 19:17:57 |
| 12 | Q    And you mentioned earlier that sometimes | 19:17:57 |
| 13 | other people would come in to lead trainings.  Is | 19:18:00 |
| 14 | that right? | 19:18:03 |
| 15 | A    Uh-huh.  Yes. | 19:18:03 |
| 16 | Q    Did you ever lead the trainings? | 19:18:05 |
| 17 | A    Yes, I did. | 19:18:07 |
| 18 | Q    Did your lieutenants ever lead the | 19:18:08 |
| 19 | trainings? | 19:18:10 |
| 20 | A    Yes, he did. | 19:18:10 |
| 21 | Q    Did firefighters or other nonofficers at | 19:18:12 |
| 22 | your station ever lead the trainings? | 19:18:16 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

113

| | | |
|---|---|---|
| 1 | A     Yes. | 19:18:18 |
| 2 | Q     As a Captain I, can you -- oh, sorry. | 19:18:19 |
| 3 | Backtracking just one second. | 19:18:20 |
| 4 | About how much time each shift did you | 19:18:22 |
| 5 | expect to spend doing those trainings? | 19:18:25 |
| 6 | A     In my particular station, if you | 19:18:28 |
| 7 | incorporated all the trainings that we were | 19:18:32 |
| 8 | required to have in addition to the trainings that | 19:18:35 |
| 9 | we ourselves would impose upon ourselves, such as | 19:18:37 |
| 10 | street drills, doing our own search-and-rescue | 19:18:41 |
| 11 | drills above and beyond what the department was | 19:18:46 |
| 12 | calling for, in my particular station, I would say | 19:18:48 |
| 13 | it averaged out to four or five hours a day. | 19:18:51 |
| 14 | For some of our TROT drills, we would be | 19:18:54 |
| 15 | gone all day, from 7:00 in the morning to about | 19:18:56 |
| 16 | 4:00 or 5:00 at night.  And that was twice a month. | 19:18:59 |
| 17 | Q     You say there were some drills that you | 19:19:02 |
| 18 | imposed upon yourself, like street drills. | 19:19:05 |
| 19 | A     Uh-huh. | 19:19:07 |
| 20 | Q     Can you tell me what street drills are? | 19:19:08 |
| 21 | A     Street drills are becoming familiar with | 19:19:10 |
| 22 | the area, your first-due area, which is the | 19:19:12 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

115

1   be slower than our response with the vehicle was.          19:20:04

2   Not that we were speeding, but that the system            19:20:08

3   itself was slower.  And you would have to know            19:20:12

4   where to make your turn before the computer would         19:20:13

5   tell you.                                                 19:20:16

6        Q    Is it important to get to -- this is            19:20:17

7   going to seem like a silly question.  I'm going to        19:20:18

8   ask it anyway.  I'm sorry.                                19:20:21

9             Is it important to get to an emergency          19:20:23

10  response call quickly?                                    19:20:25

11       A    Yes.  It's very important.                      19:20:26

12       Q    Can you issue discipline without sending        19:20:28

13  it up the chain of command for approval?                  19:20:30

14       A    No.                                             19:20:31

15       Q    Since January 2011, how much time have          19:20:32

16  you spent reporting violation of -- violations of         19:20:37

17  rules up the chain of command?                            19:20:39

18       A    Since January '11?  Two hours tops, if          19:20:40

19  that.                                                     19:20:49

20       Q    Okay.  What is your most important job          19:20:49

21  duty?                                                     19:20:53

22       A    First important -- most important is            19:20:53

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

117

| | | |
|---|---|---|
| 1 | company most of the time.  Once in a while I would | 19:22:03 |
| 2 | be on the squad company.  So depending what unit I | 19:22:05 |
| 3 | was on would dictate what my priorities were as far | 19:22:07 |
| 4 | as either, you know, engaging in suppression | 19:22:11 |
| 5 | operations first or search and rescue. | 19:22:13 |
| 6 | Q    Is that procedure the same for an | 19:22:15 |
| 7 | emergency medical call? | 19:22:20 |
| 8 | A    It's similar, yeah.  When we get to an | 19:22:21 |
| 9 | emergency medical call, based on the type of call, | 19:22:29 |
| 10 | we would find out what it was, what actions we | 19:22:32 |
| 11 | would have to take, and what -- actions we would | 19:22:34 |
| 12 | have to take to mitigate the situation.  As far as | 19:22:42 |
| 13 | getting in and doing hands-on, yeah, I got involved | 19:22:44 |
| 14 | in that. | 19:22:47 |
| 15 | With today's society getting as big as | 19:22:52 |
| 16 | they are, a lot of it has to do with manually | 19:22:55 |
| 17 | lifting patients.  I've gotten engaged in a lot of | 19:22:58 |
| 18 | that.  Pulling patients out of the rooms that | 19:23:01 |
| 19 | you've got to get them out in the hallway to work | 19:23:03 |
| 20 | on them.  I've been engaged in that.  CPR, I've | 19:23:07 |
| 21 | been engaged in that, yes. | 19:23:10 |
| 22 | Q    And just a moment ago you mentioned that | 19:23:12 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

118

| | | |
|---|---|---|
| 1 | your battalion chief operated a little different | 19:23:15 |
| 2 | than Fairfax County protocol as far as the engine | 19:23:18 |
| 3 | that he wanted you to delegate command to. | 19:23:22 |
| 4 | Am I remembering that right? | 19:23:26 |
| 5 | A    Uh-huh.  Yeah.  Passing command, yes. | 19:23:27 |
| 6 | Q    If you -- could you take a look at | 19:23:29 |
| 7 | Defendant's Exhibit 307 for me? | 19:23:30 |
| 8 | A    Okay. | 19:23:31 |
| 9 | Q    In the one, two, three, four, fifth | 19:23:32 |
| 10 | paragraph down, it talks about how transfer of | 19:23:35 |
| 11 | command is typically delegated and how | 19:23:39 |
| 12 | Mr. Harrington, who wrote this e-mail that we're | 19:23:43 |
| 13 | looking at, had some opinions about that. | 19:23:44 |
| 14 | Does that paragraph reflect his differing | 19:23:47 |
| 15 | views on transferring command? | 19:23:51 |
| 16 | A    Yes, I believe it does.  Yes.  Uh-huh. | 19:23:53 |
| 17 | Q    Okay.  And he says that:  "Transfer of | 19:23:55 |
| 18 | command is typically delegated to the second engine | 19:23:59 |
| 19 | company.  I usually delegate command to the | 19:24:01 |
| 20 | third-due engine company." | 19:24:05 |
| 21 | Is that accurate? | 19:24:06 |
| 22 | A    Yes. | 19:24:07 |

VIDEOTAPED DEPOSITION OF DONALD PATRICK MONTAGUE
CONDUCTED ON TUESDAY, JUNE 3, 2014

122

| | | |
|---|---|---|
| 1 | Q    In the last three years, has Battalion | 19:27:06 |
| 2 | Chief Harrington always been your battalion chief? | 19:27:13 |
| 3 | A    I believe so, yes.  Uh-huh. | 19:27:14 |
| 4 | Q    As a Captain I, what apparatus were you | 19:27:16 |
| 5 | generally assigned to? | 19:27:26 |
| 6 | A    Normally engine company. | 19:27:26 |
| 7 | Q    And does that apparatus ever respond to a | 19:27:28 |
| 8 | call without you on it on a shift that you're | 19:27:33 |
| 9 | working? | 19:27:35 |
| 10 | A    No. | 19:27:35 |
| 11 | Q    Do you go on the same number of calls as | 19:27:36 |
| 12 | your subordinates that are assigned to that | 19:27:39 |
| 13 | apparatus? | 19:27:41 |
| 14 | A    Yes. | 19:27:41 |
| 15 | Q    And if you are dispatched on a call and | 19:27:41 |
| 16 | the tone rings, do you go? | 19:27:45 |
| 17 | A    Yes. | 19:27:47 |
| 18 | Q    Is that true no matter whether you are | 19:27:48 |
| 19 | doing training, fitness, performance appraisals, | 19:27:51 |
| 20 | discipline? | 19:27:54 |
| 21 | A    Yes, that's correct. | 19:27:54 |
| 22 | Q    Is there anything that will -- strike | 19:27:55 |

1

1          UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF VIRGINIA

3            (Alexandria Division)

4    --------------------------x

5    GERARD MORRISON, et al.,  :

6            Plaintiffs,    :  Civ. Action No.

7        v.              :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9            Defendant.     :

10   --------------------------x

11

12           CONTAINS CONFIDENTIAL -

13      SUBJECT TO PROTECTIVE ORDER PORTIONS

14         Videotaped Deposition of

15         GERARD JOSEPH MORRISON

16           McLean, Virginia

17         Thursday, June 5, 2014

18             8:35 a.m.

19

20   Job No.: 59006

21   Pages: 1 - 152

22   Reported By: Rebecca Stonestreet, RPR, CRR

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

26

| | | |
|---|---|---|
| 1 | Pentagon and from the destruction of the plane. | 08:50:17 |
| 2 | Q    Any awards or commendations as a result | 08:50:20 |
| 3 | of that? | 08:50:22 |
| 4 | A    Yes. | 08:50:22 |
| 5 | Q    What? | 08:50:23 |
| 6 | A    It was a team -- unit team award for the | 08:50:24 |
| 7 | USAR. | 08:50:28 |
| 8 | Q    And USAR is unit search and rescue? | 08:50:28 |
| 9 | A    Unit -- well, I guess that one would have | 08:50:33 |
| 10 | been VATF 1, Virginia Task Force 1. | 08:50:34 |
| 11 | And I've received -- for every mission | 08:50:37 |
| 12 | that I've been on, which is probably about 10 | 08:50:39 |
| 13 | missions - Turkey twice, Taiwan once - those | 08:50:41 |
| 14 | missions where I also received awards, but they | 08:50:47 |
| 15 | were team awards. | 08:50:50 |
| 16 | Q    What else can you remember in the -- in | 08:50:53 |
| 17 | the -- in the category of awards or commendations? | 08:50:56 |
| 18 | A    That's about it. | 08:50:58 |
| 19 | Q    Have you suffered any on-the-job | 08:51:00 |
| 20 | injuries? | 08:51:04 |
| 21 | A    Yes, sir. | 08:51:04 |
| 22 | Q    Tell me about those, please. | 08:51:05 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

27

| | | |
|---|---|---|
| 1 | A     Minor injuries here and there.  Over | 08:51:07 |
| 2 | 33 years, you're going to get -- you're going to | 08:51:14 |
| 3 | get injuries. | 08:51:16 |
| 4 | Q     Have you -- have you suffered any | 08:51:19 |
| 5 | injuries that have caused you to miss work? | 08:51:21 |
| 6 | A     Yes.  One was a hernia that I had, and it | 08:51:22 |
| 7 | was during my work performance evaluation, | 08:51:28 |
| 8 | stretching hose.  You have to do a hose advance | 08:51:32 |
| 9 | line.  You have to drag a dummy 25 yards.  After | 08:51:35 |
| 10 | that, I felt discomfort, ended up having a hernia | 08:51:39 |
| 11 | surgery. | 08:51:43 |
| 12 | Q     When was that? | 08:51:43 |
| 13 | A     That was two years ago. | 08:51:44 |
| 14 | Q     March? | 08:51:46 |
| 15 | A     March of 2012. | 08:51:49 |
| 16 | Q     '12. | 08:51:51 |
| 17 | Any other on the job -- | 08:51:53 |
| 18 | A     The only other significant one, I was | 08:51:55 |
| 19 | injured on 66.  I had a car slam into me. | 08:51:57 |
| 20 | Q     When was that? | 08:52:00 |
| 21 | A     That was before -- that was 2004 or '5, | 08:52:01 |
| 22 | either the winter of 2004 or the winter of 2005. | 08:52:07 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

28

| | | |
|---|---|---|
| 1 | It was somewhere close to that. | 08:52:14 |
| 2 | Q    Any other on-the-job injuries? | 08:52:15 |
| 3 | A    Nothing significant besides... | 08:52:17 |
| 4 | MS. DEMARK:  Morning. | 08:52:33 |
| 5 | MR. POWELL:  Ma'am, we need you to | 08:52:33 |
| 6 | identify yourself for purposes -- | 08:52:35 |
| 7 | MS. DEMARK:  Yolanda Demark.  Good | 08:52:37 |
| 8 | morning. | 08:52:37 |
| 9 | MR. POWELL:  And will you spell your last | 08:52:37 |
| 10 | name for the benefit of the court reporter? | 08:52:44 |
| 11 | MS. DEMARK:  Yes.  D-E-M-A-R-K.  Fairfax | 08:52:44 |
| 12 | County firefighter. | 08:52:46 |
| 13 | MR. POWELL:  Counsel, is this young lady | 08:52:50 |
| 14 | a plaintiff? | 08:52:52 |
| 15 | MS. DEMARK:  Yes. | 08:52:53 |
| 16 | MS. FAULMAN:  Yes, she is. | 08:52:53 |
| 17 | MR. POWELL:  Good morning. | 08:52:56 |
| 18 | MS. DEMARK:  Good morning. | 08:52:58 |
| 19 | Q    Captain, have you -- since becoming a | 08:52:58 |
| 20 | Captain I in 2010, have you ever sought promotion | 08:53:03 |
| 21 | to the Captain II position? | 08:53:07 |
| 22 | A    I received all the classes to take the | 08:53:09 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

35

| | | |
|---|---|---|
| 1 | Q    So you and your people have to be ready | 08:59:23 |
| 2 | to respond to an emergency -- | 08:59:25 |
| 3 | A    Yes, sir. | 08:59:26 |
| 4 | Q    -- every day -- | 08:59:26 |
| 5 | A    Yes, sir. | 08:59:27 |
| 6 | Q    -- whether it's a fire or a medical | 08:59:27 |
| 7 | emergency or an automobile accident or a terrorist | 08:59:29 |
| 8 | attack. | 08:59:35 |
| 9 | A    Yes, sir. | 08:59:35 |
| 10 | Q    You've got to be ready all the time. | 08:59:36 |
| 11 | Right? | 08:59:37 |
| 12 | A    Yes, sir. | 08:59:37 |
| 13 | Q    And in order to achieve that level of | 08:59:38 |
| 14 | operational readiness, you have to engage in -- | 08:59:42 |
| 15 | there are a number of aspects of that, are there | 08:59:47 |
| 16 | not? | 08:59:50 |
| 17 | A    Yes, sir. | 08:59:50 |
| 18 | Q    For example, physical fitness. | 08:59:51 |
| 19 | A    Yes. | 08:59:54 |
| 20 | Q    The job you have is very demanding | 08:59:54 |
| 21 | physically.  Correct? | 08:59:57 |
| 22 | A    Yes. | 08:59:58 |

52

1   call, because he was out on a call.                    09:14:02

2        Q    And this was someone who was on your --      09:14:04

3   on your B-shift command?                               09:14:06

4        A    Yes, sir.                                     09:14:07

5        Q    And did you administer that discipline?      09:14:07

6        A    I administered it against my will.           09:14:10

7        Q    Why do you say "against your will"?          09:14:12

8        A    I don't believe the person should have       09:14:14

9   gotten discipline for that.                            09:14:16

10       Q    And why do you say that?                      09:14:18

11       A    It was a court snafu.  He -- his wife        09:14:19

12   paid the parking ticket in Alexandria by credit       09:14:23

13   card.  It was delayed.  He received his license;      09:14:26

14   but according to the jurisdiction in Alexandria,      09:14:28

15   they sent the paperwork to DMV.  The judge gave him   09:14:32

16   back his license; DMV still had it as restricted.     09:14:35

17   Therefore, he had no knowledge and he had a receipt   09:14:39

18   of his Visa credit card paying for this on time.      09:14:41

19        It was -- it was like a two-day -- two           09:14:46

20   days after the court date.  So it was a snafu from    09:14:49

21   the court that his license was suspended.  I was      09:14:52

22   adamantly against giving discipline to this person    09:14:55

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

53

| | | |
|---|---|---|
| 1 | at that time. | 09:14:58 |
| 2 | Q    And did you -- | 09:14:59 |
| 3 | A    Because he was up for a promotion and | 09:14:59 |
| 4 | this caused his promotion to be withheld for a | 09:15:02 |
| 5 | period of time, which was devastating. | 09:15:04 |
| 6 | Q    What was he up for promotion to? | 09:15:06 |
| 7 | A    To lieutenant. | 09:15:09 |
| 8 | Q    How long was his promotion delayed, in | 09:15:09 |
| 9 | your judgment, because of this? | 09:15:12 |
| 10 | A    Probably -- at least a month, if not two. | 09:15:13 |
| 11 | But that domino affected him not being able to take | 09:15:19 |
| 12 | a captain's test. | 09:15:24 |
| 13 | Q    Did you share those concerns -- | 09:15:24 |
| 14 | A    Absolutely. | 09:15:27 |
| 15 | Q    So before issuance of the oral reprimand, | 09:15:28 |
| 16 | you had a conversation with your battalion chief | 09:15:31 |
| 17 | about whether that was the right outcome? | 09:15:33 |
| 18 | A    Yes, sir. | 09:15:34 |
| 19 | Q    And you -- he had one view and you had | 09:15:35 |
| 20 | another? | 09:15:38 |
| 21 | A    Yes, sir. | 09:15:38 |
| 22 | Q    Do you remember any of the other | 09:15:39 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

87

| | | |
|---|---|---|
| 1 | Q    And then let's -- but let's talk about | 10:00:14 |
| 2 | evaluations by you of your lieutenants.  Those were | 10:00:18 |
| 3 | evaluations that you would in the -- in the first | 10:00:22 |
| 4 | instance, you would fill out the form.  Correct? | 10:00:25 |
| 5 | A    Yes, sir. | 10:00:27 |
| 6 | Q    And you would then have it reviewed by | 10:00:27 |
| 7 | the battalion chief above you? | 10:00:30 |
| 8 | A    The ones that I filled out. | 10:00:32 |
| 9 | Q    Right. | 10:00:33 |
| 10 | A    Yes, sir. | 10:00:33 |
| 11 | Q    And then the battalion chief would sign | 10:00:34 |
| 12 | off on it, and you would then sit down with the | 10:00:37 |
| 13 | lieutenant and deliver the evaluation? | 10:00:40 |
| 14 | A    Yes.  There has been times where I have | 10:00:41 |
| 15 | had to change my ER from directive of a battalion | 10:00:47 |
| 16 | chief. | 10:00:51 |
| 17 | Q    So as -- if you -- if you were -- again, | 10:00:51 |
| 18 | without reference to anyone, specifically, if you | 10:00:56 |
| 19 | filled out an evaluation of a lieutenant and you | 10:00:59 |
| 20 | passed it up the chain of command of your battalion | 10:01:01 |
| 21 | chief and the battalion chief wanted you to make | 10:01:04 |
| 22 | changes, you would make those changes? | 10:01:07 |

88

| | | |
|---|---|---|
| 1 | A    Yes, sir. | 10:01:08 |
| 2 | Q    And then -- and then sit down and have | 10:01:09 |
| 3 | the evaluation? | 10:01:11 |
| 4 | A    Yes, sir. | 10:01:11 |
| 5 | Q    So let's take a look at Defendant's | 10:01:11 |
| 6 | Exhibit 389. | 10:01:29 |
| 7 | Again, Captain, we're not going to -- not | 10:01:29 |
| 8 | going to use names, but this is an evaluation, | 10:01:33 |
| 9 | isn't it, of one of your lieutenants during the | 10:01:35 |
| 10 | time you were -- let's see.  Had you -- had you -- | 10:01:39 |
| 11 | the time period covers both of your assignments, | 10:01:46 |
| 12 | doesn't it? | 10:01:49 |
| 13 | A    Yes. | 10:01:49 |
| 14 | Q    So the beginning of the time period | 10:01:50 |
| 15 | November of 2012, you were still at Merrifield. | 10:01:54 |
| 16 | Right? | 10:01:56 |
| 17 | A    Yes. | 10:01:57 |
| 18 | Q    But by November 29th of 2013, you were at | 10:01:57 |
| 19 | Wolf Trap? | 10:02:00 |
| 20 | A    Yes. | 10:02:01 |
| 21 | Q    Did this lieutenant transfer with you? | 10:02:01 |
| 22 | A    This lieutenant was promoted in place. | 10:02:04 |

120

| | | | |
|---|---|---|---|
| 1 | Q | Yeah.  We'll -- | 10:41:13 |
| 2 | A | Okay. | 10:41:13 |
| 3 | Q | What would happen if a call came in while | 10:41:14 |
| 4 | you were working on a snow and ice plan? | | 10:41:20 |
| 5 | A | We would respond to the call. | 10:41:23 |
| 6 | Q | And what would happen if a call came in | 10:41:24 |
| 7 | when you were writing an e-mail and -- writing one | | 10:41:27 |
| 8 | of these e-mails? | | 10:41:31 |
| 9 | A | We would respond to the call. | 10:41:32 |
| 10 | Q | Okay.  So would you -- you would | 10:41:33 |
| 11 | interrupt what you were doing? | | 10:41:34 |
| 12 | A | Yes. | 10:41:35 |
| 13 | Q | Let's look at Exhibit 398, which, if you | 10:41:35 |
| 14 | look at the bottom, there are stickers. | | 10:41:44 |
| 15 | A | Yes, okay. | 10:41:46 |
| 16 | Q | So if you look at the one that has 398. | 10:41:46 |
| 17 | A | Okay. | 10:41:49 |
| 18 | Q | What would have happened if a call came | 10:41:52 |
| 19 | in when you were writing this e-mail to Chief | | 10:41:54 |
| 20 | Kendrick? | | 10:41:59 |
| 21 | A | I would have responded to the call. | 10:41:59 |
| 22 | Q | Would you have finished writing the | 10:42:02 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

121

| | | | |
|---|---|---|---|
| 1 | | e-mail first? | 10:42:04 |
| 2 | A | No. | 10:42:04 |
| 3 | Q | If you can look at Document 396. | 10:42:05 |
| 4 | A | Yes. | 10:42:11 |
| 5 | Q | And you were working on B-shift? | 10:42:13 |
| 6 | A | Yes. | 10:42:18 |
| 7 | Q | Correct? | 10:42:18 |
| 8 | A | Yes. | 10:42:19 |
| 9 | Q | Okay.  And what would you have done if a | 10:42:19 |
| 10 | | call came in when you were ordering shop supplies? | 10:42:26 |
| 11 | A | Respond to the call. | 10:42:29 |
| 12 | Q | And what would you have done if an alarm | 10:42:30 |
| 13 | | went off while you were reviewing this e-mail? | 10:42:33 |
| 14 | A | Respond to the call. | 10:42:36 |
| 15 | Q | Let's look at Document Number 395. | 10:42:36 |
| 16 | A | (Witness complies.) | 10:42:47 |
| 17 | Q | Did you physically assist with this call? | 10:42:48 |
| 18 | A | Yes, I did. | 10:42:50 |
| 19 | Q | And were you working your regular shift | 10:42:51 |
| 20 | | that day? | 10:42:53 |
| 21 | A | I was either on exchange shift or | 10:42:53 |
| 22 | | overtime working for Captain Lange. | 10:42:56 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

122

| | | |
|---|---|---|
| 1 | Q    And you were reporting this to a | 10:42:59 |
| 2 | battalion A-shift.  Correct? | 10:43:01 |
| 3 | A    Yes. | 10:43:02 |
| 4 | Q    So that's outside of your normal shift. | 10:43:03 |
| 5 | A    Yes. | 10:43:05 |
| 6 | Q    Okay.  While you were drafting this memo, | 10:43:06 |
| 7 | what would you have done if an alarm came through? | 10:43:10 |
| 8 | A    Respond to the call. | 10:43:12 |
| 9 | Q    If you can look at Exhibit 392. | 10:43:13 |
| 10 | A    (Witness complies.) | 10:43:25 |
| 11 | Q    And if you can look at the first page of | 10:43:27 |
| 12 | the attachment -- | 10:43:33 |
| 13 | A    Uh-huh. | 10:43:34 |
| 14 | Q    -- that says "monthly training report" at | 10:43:35 |
| 15 | the top, it looks like -- according to this, how | 10:43:37 |
| 16 | many of the trainings did you lead that month, | 10:43:43 |
| 17 | which is December 2013? | 10:43:49 |
| 18 | A    Three. | 10:43:50 |
| 19 | Q    And who were the other individuals on | 10:43:53 |
| 20 | that list? | 10:43:55 |
| 21 | A    Personnel on my shift, on B-shift. | 10:43:56 |
| 22 | Q    And so if their name is listed -- if a | 10:44:00 |

123

| | | |
|---|---|---|
| 1 | name other than Morrison was listed, does that mean | 10:44:03 |
| 2 | that they led that training? | 10:44:05 |
| 3 | A    Pretty much, yes. | 10:44:06 |
| 4 | Q    And what would happen if a call came in | 10:44:07 |
| 5 | when you were engaged in the training that's on | 10:44:10 |
| 6 | here? | 10:44:13 |
| 7 | A    Respond to the call. | 10:44:13 |
| 8 | Q    And it says -- was this mandatory | 10:44:14 |
| 9 | training?  I'm just trying to understand the | 10:44:17 |
| 10 | report. | 10:44:22 |
| 11 | A    I believe some of it might have been | 10:44:23 |
| 12 | mandatory and some of it wasn't.  Some of it was | 10:44:25 |
| 13 | just what we do.  Every day we work, we always | 10:44:28 |
| 14 | drill on something. | 10:44:31 |
| 15 | I think the mandatory might have been -- | 10:44:32 |
| 16 | a walk-through is a mandatory that the chief wants | 10:44:39 |
| 17 | us to do, and I think there was another -- the | 10:44:41 |
| 18 | Metro drill, I think, was mandatory. | 10:44:45 |
| 19 | Q    And on those trainings where you were not | 10:44:48 |
| 20 | leading the training, what did you do in that | 10:44:52 |
| 21 | training session? | 10:44:54 |
| 22 | A    Most of the time, I try to get dirty. | 10:44:55 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

124

1    Q    So in other words, that means --            10:44:57

2    A    Participate in a drill.                      10:44:59

3    Q    And how much time did you say, or if you    10:45:00

4    did say, you spend doing training each shift?     10:45:06

5    A    Around two to four hours average -- on an   10:45:09

6    average.                                          10:45:13

7    Q    And does it -- is there a difference, if    10:45:13

8    it's mandatory or nonmandatory training, whether or  10:45:15

9    not you have to interrupt that if a call comes   10:45:18

10   through?                                          10:45:21

11   A    No.  We respond to the call.                10:45:21

12   Q    If you can look at Document 391.            10:45:23

13   A    Yes.                                         10:45:31

14   Q    And this is the e-mail about end of the     10:45:31

15   month reminders.  Correct?                        10:45:36

16   A    Yes.  Uh-huh.                                10:45:38

17   Q    And let's look at the first thing,          10:45:38

18   battalion training record.  If you were updating a  10:45:41

19   battalion training record, what would you do if an  10:45:45

20   alarm came through?                               10:45:48

21   A    Respond to the call.                         10:45:49

22   Q    And what about the FRA training report?     10:45:50

125

1    What would you do if a call came through?                 10:45:53

2         A    Respond to the call.                            10:45:55

3         Q    Is that required by the fire department?        10:45:56

4         A    The training report?                            10:45:58

5         Q    No, no, to respond.  To interrupt these         10:45:58

6    activities to respond to a call.                          10:46:01

7         A    Yes.                                            10:46:02

8         Q    And let's take a look at some of the            10:46:02

9    names in the "to" line.                                  10:46:09

10        A    Uh-huh.                                         10:46:10

11        Q    Are those all captains?                         10:46:11

12        A    No.  Quite a few lieutenants.                   10:46:13

13        Q    Okay.                                           10:46:18

14        A    Probably more lieutenants than there are        10:46:19

15   captains.                                                10:46:21

16        Q    Okay.                                           10:46:22

17        A    In fact, there's only one, two, three,         10:46:24

18   four, five captains and six -- eight lieutenants.        10:46:30

19        Q    Okay.  Thank you.                               10:46:39

20             What are FireRMS DIRTS?                          10:46:42

21        A    That's after you come back from a call,         10:46:48

22   you have to do a report stating what you did on          10:46:50

126

| | | |
|---|---|---|
| 1 | that call. | 10:46:52 |
| 2 | Q    And who does those reports? | 10:46:53 |
| 3 | A    I am responsible for doing them. | 10:46:56 |
| 4 | Q    Who actually completes them? | 10:46:57 |
| 5 | A    It all depends.  But most of the time I | 10:46:59 |
| 6 | can do it or delegate it. | 10:47:03 |
| 7 | Q    And if you -- if you or somebody you | 10:47:05 |
| 8 | delegated was completing that report and an alarm | 10:47:08 |
| 9 | came through, what would you do? | 10:47:11 |
| 10 | A    Respond to the call. | 10:47:12 |
| 11 | Q    Would you stop completing the report? | 10:47:13 |
| 12 | A    Yes. | 10:47:16 |
| 13 | Q    And the electronic personal care reports, | 10:47:16 |
| 14 | that's ePCR.  Correct? | 10:47:20 |
| 15 | A    Yes. | 10:47:22 |
| 16 | Q    And what is a reconciliation/review? | 10:47:23 |
| 17 | A    I'm not sure. | 10:47:25 |
| 18 | Q    Okay.  If you were doing something with | 10:47:26 |
| 19 | ePCR's, would you stop doing that work, if a call | 10:47:29 |
| 20 | came through, to respond? | 10:47:33 |
| 21 | A    Yes. | 10:47:34 |
| 22 | Q    And shift gear inspection -- and what is | 10:47:34 |

127

| | | |
|---|---|---|
| 1 | shift gear inspection? | 10:47:40 |
| 2 |     A    Once a month we inspect everybody's gear, | 10:47:41 |
| 3 | make sure it's -- there's no holes; it's ready for | 10:47:46 |
| 4 | service. | 10:47:50 |
| 5 |     Q    And who does that inspection? | 10:47:50 |
| 6 |     A    The shift -- the shift leader. | 10:47:51 |
| 7 |     Q    Okay.  And do they do that inspection | 10:47:56 |
| 8 | alone, or is that done with anyone else? | 10:47:59 |
| 9 |     A    It's a group effort. | 10:48:02 |
| 10 |     Q    And so who is part of the group that's | 10:48:02 |
| 11 | doing the inspection? | 10:48:04 |
| 12 |     A    The whole shift. | 10:48:05 |
| 13 |     Q    Including firefighters? | 10:48:07 |
| 14 |     A    Firefighters, lieutenant, captains. | 10:48:08 |
| 15 |     Q    Okay.  And if you are doing such an | 10:48:11 |
| 16 | inspection and a call comes through, what do you | 10:48:14 |
| 17 | do? | 10:48:16 |
| 18 |     A    Respond to the call. | 10:48:16 |
| 19 |     Q    Okay.  And if you can take a look at | 10:48:17 |
| 20 | Exhibit 390, Defendant's Exhibit 390. | 10:48:24 |
| 21 |     A    (Witness complies.) | 10:48:27 |
| 22 |     Q    If you receive an e-mail like this and a | 10:48:28 |

128

| | | |
|---|---|---|
| 1 | call comes through, what do you do? | 10:48:30 |
| 2 | A     We have to respond to the call. | 10:48:32 |
| 3 | Q     And now we looked at a number of | 10:48:34 |
| 4 | performance evaluations, and we don't have to look | 10:48:38 |
| 5 | at them all again.  But if you are filling out a | 10:48:41 |
| 6 | performance evaluation and an alarm goes off in the | 10:48:44 |
| 7 | station, do you finish the performance evaluation | 10:48:48 |
| 8 | or do you respond to the call? | 10:48:50 |
| 9 | A     We respond to the call. | 10:48:51 |
| 10 | Q     And what if you're sitting down | 10:48:52 |
| 11 | discussing the performance evaluation with the | 10:48:56 |
| 12 | lieutenant?  What would you do if a call came | 10:48:58 |
| 13 | through? | 10:49:00 |
| 14 | A     We respond to the call. | 10:49:01 |
| 15 | Q     Is there an -- as a Captain I, do you | 10:49:02 |
| 16 | have the authority to assign overtime to an | 10:49:13 |
| 17 | off-duty firefighter? | 10:49:16 |
| 18 | A     No. | 10:49:16 |
| 19 | Q     Do you have the authority as a Captain I | 10:49:17 |
| 20 | to approve leave? | 10:49:20 |
| 21 | A     No. | 10:49:21 |
| 22 | Q     Do you set minimum staffing levels? | 10:49:21 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

129

1    A    No.                                              10:49:24

2    Q    And going back to the performance              10:49:24

3    evaluations - and you may have testified to this     10:49:29

4    earlier, I just don't recall at the moment - who --  10:49:31

5    do lieutenants perform performance evaluations as    10:49:35

6    well?                                                10:49:37

7    A    Absolutely.                                     10:49:37

8    Q    And who do they evaluate?                       10:49:38

9    A    Firefighters, drivers, master                   10:49:39

10   technicians.                                         10:49:42

11   Q    Do you do any budget requests as a              10:49:42

12   Captain I?                                           10:49:45

13   A    No.                                             10:49:46

14   Q    Do you update station policies as a             10:49:46

15   Captain I?                                           10:49:54

16   A    No.                                             10:49:55

17   Q    How much time -- and, again, if you said        10:49:55

18   this earlier, just let me know.  But how much time   10:50:03

19   do you spend doing physical fitness each shift?      10:50:05

20   A    Two hours a day.                                10:50:07

21   Q    And in talking about -- you were asked          10:50:08

22   about informal evaluations that would occur on a     10:50:25

132

| | | | |
|---|---|---|---|
| 1 | A | Absolutely.  Absolutely. | 10:52:20 |
| 2 | Q | Does the fire department inspect -- | 10:52:21 |
| 3 | | expect other individuals to do that? | 10:52:23 |
| 4 | A | In our manuals, there's a whole chapter | 10:52:24 |
| 5 | | on the informal leader of a group. | 10:52:29 |
| 6 | Q | And -- | 10:52:29 |
| 7 | A | It's group dynamics.  It comes with the | 10:52:32 |
| 8 | | basic instructor and... | 10:52:36 |
| 9 | Q | So if a lieutenant is on an apparatus and | 10:52:37 |
| 10 | | has two individuals assigned to them -- | 10:52:40 |
| 11 | A | Yes. | 10:52:41 |
| 12 | Q | -- would you expect that lieutenant to -- | 10:52:42 |
| 13 | A | Absolutely. | 10:52:43 |
| 14 | Q | Okay.  What do you do on a fire scene as | 10:53:03 |
| 15 | | a Captain I?  And, actually, let me back up. | 10:53:05 |
| 16 | | Are you assigned to a specific apparatus | 10:53:10 |
| 17 | | as a Captain I? | 10:53:11 |
| 18 | A | Now, yes.  In Wolf Trap I am. | 10:53:12 |
| 19 | Q | Okay.  What are you assigned to? | 10:53:15 |
| 20 | A | An engine company. | 10:53:17 |
| 21 | Q | What engine is that? | 10:53:18 |
| 22 | A | Engine 42. | 10:53:19 |

133

| | | |
|---|---|---|
| 1 | Q    And does Engine 42 respond to a call on | 10:53:20 |
| 2 | B-shift without you on it? | 10:53:26 |
| 3 | A    No. | 10:53:27 |
| 4 | Q    Do you -- you go on the same number of | 10:53:27 |
| 5 | calls as the rest of the crew assigned to | 10:53:32 |
| 6 | Engine 42? | 10:53:35 |
| 7 | A    Yes. | 10:53:35 |
| 8 | Q    And what do you do on an -- let's take a | 10:53:36 |
| 9 | fire call, for an example.  What are your | 10:53:40 |
| 10 | responsibilities on that fire scene? | 10:53:47 |
| 11 | A    Put the fire out. | 10:53:48 |
| 12 | Q    And what do you do to do that?  Seems | 10:53:49 |
| 13 | like... | 10:53:51 |
| 14 | A    Pull line -- it's so dynamic, but you | 10:53:52 |
| 15 | take the water off the fire truck and the line, | 10:53:56 |
| 16 | hose line, go inside, and put the fire out. | 10:53:59 |
| 17 | Q    And do you engage in hands-on | 10:54:01 |
| 18 | firefighting? | 10:54:05 |
| 19 | A    Absolutely. | 10:54:05 |
| 20 | Q    And what kinds of hands-on firefighting | 10:54:06 |
| 21 | tasks do you engage in? | 10:54:08 |
| 22 | A    From anything to breaking stuff to | 10:54:10 |

134

| | | |
|---|---|---|
| 1 | pulling hose to -- whatever needs to be done.  We | 10:54:12 |
| 2 | have limited personnel; we have to get things done. | 10:54:14 |
| 3 | And I could not go to the homeowner and | 10:54:18 |
| 4 | say, "Somebody perished" or "This didn't get done" | 10:54:20 |
| 5 | or "This didn't get done," because I didn't want to | 10:54:23 |
| 6 | get dirty. | 10:54:25 |
| 7 | Q    And are you expected to, quote/unquote, | 10:54:26 |
| 8 | "get dirty"? | 10:54:29 |
| 9 | A    Absolutely. | 10:54:30 |
| 10 | Q    And what about on an -- do you go to | 10:54:30 |
| 11 | emergency calls -- | 10:54:36 |
| 12 | A    Yes. | 10:54:37 |
| 13 | Q    -- on an engine? | 10:54:37 |
| 14 | And what do you do on an emergency call? | 10:54:38 |
| 15 | A    Provide emergency care to sick, injured | 10:54:41 |
| 16 | patients. | 10:54:43 |
| 17 | Q    Do you have a fire department credit | 10:54:44 |
| 18 | card? | 10:54:48 |
| 19 | A    No. | 10:54:48 |
| 20 | Q    Checkbook? | 10:54:48 |
| 21 | A    No. | 10:54:49 |
| 22 | Q    So do you have any purchasing authority? | 10:54:50 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

135

| | | |
|---|---|---|
| 1 | A    No. | 10:54:52 |
| 2 | Q    Now, you testified about two instances | 10:54:52 |
| 3 | where a battalion chief ordered you to impose | 10:55:04 |
| 4 | discipline. | 10:55:06 |
| 5 | A    Yes. | 10:55:06 |
| 6 | Q    And can you -- but you've never otherwise | 10:55:07 |
| 7 | as a captain written a disciplinary action for an | 10:55:13 |
| 8 | individual? | 10:55:17 |
| 9 | A    Since 2010, no. | 10:55:18 |
| 10 | Q    Okay.  Do you know if you are allowed to | 10:55:21 |
| 11 | issue discipline without sending it up the chain of | 10:55:23 |
| 12 | command? | 10:55:25 |
| 13 | A    I've got written orders that I will not | 10:55:25 |
| 14 | discipline anybody unless it goes through the | 10:55:27 |
| 15 | battalion chief. | 10:55:29 |
| 16 | Q    And you said that's in writing? | 10:55:30 |
| 17 | A    Yes, it is. | 10:55:31 |
| 18 | Q    And who did that come from? | 10:55:32 |
| 19 | A    Numerous.  Chief Chuck Ryan when he was | 10:55:33 |
| 20 | my battalion chief; Chief Brian Kendrick; | 10:55:37 |
| 21 | Chief Bunch.  All battalion directives. | 10:55:41 |
| 22 | Q    And did you receive a battalion chief | 10:55:44 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF GERARD JOSEPH MORRISON
CONDUCTED ON THURSDAY, JUNE 5, 2014

136

1    manual?                                                10:55:47

2        A    Yes.                                          10:55:47

3        Q    And was that from Chief Ryan?                 10:55:47

4        A    Could have been Chief Ryan,                   10:55:51

5    Chief Kendrick.  One of the chiefs.                    10:55:53

6        Q    And did you follow the advice in that         10:55:55

7    manual?                                                10:55:57

8        A    Absolutely.                                   10:55:58

9        Q    How much time since January 2011 have you     10:55:58

10   spent reporting violations up the chain of command?    10:56:01

11       A    Very minute.  I've been -- I've been very     10:56:04

12   fortunate.  Very minimum.                              10:56:07

13       Q    Now, have you ever been asked to be -- by     10:56:15

14   the county to be part of a study to determine          10:56:22

15   whether Captain I's are properly paid under the        10:56:25

16   Fair Labor Standards Act?                              10:56:28

17       A    No.                                           10:56:29

18       Q    So if I could have you look quickly at        10:56:29

19   your interrogatory responses --                        10:56:35

20       A    Uh-huh.                                       10:56:37

21       Q    -- which is document -- or Exhibit 383.       10:56:37

22       A    Okay.                                         10:56:37

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

--------------------------------x

GERARD MORRISON, et al.,            :

            Plaintiffs,        :   Civil Action No.:

     vs.                     :   1:14cv5

COUNTY OF FAIRFAX, VA.,             :   Judge Hilton

        Defendant.          :   Magistrate Judge

--------------------------------x   Anderson


30(b)(6) DEPOSITION OF MILLIE MUNDY

McLean, Virginia

Wednesday, May 14, 2014

9:38 a.m.


CONFIDENTIAL MATERIAL REDACTED



Job No.:  248558

Pages:  1 - 180

Reported by:  Elizabeth Mingione, RPR

30(b)(6) MILLIE MUNDY – 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

```
 1          Q.     Okay.  So would you agree that the captains

 2     in this lawsuit are all assigned to either an A shift,

 3     a B shift, or a C shift?

 4          A.     Yes.

 5          Q.     And do you know off the top of your head

 6     how many different stations there are in the county?

 7          A.     I believe there's approximately 40 stations

 8     within the county.

 9          Q.     And if I told you there were 38, would you

10     have any reason to disbelieve me?

11          A.     No.

12          Q.     Do you know generally how they are staffed

13     with captains, battalion chiefs, firefighters, et

14     cetera?

15          A.     Generally.

16                 MS. PASCHAL:  Objection to form.

17          A.     Generally, yes.

18          Q.     Okay.  How are they staffed?

19          A.     They would be staffed by, to my knowledge,

20     to Firefighters I and II; they would have the

21     captains, the battalion chief.

22          Q.     Were there -- is it your understanding that
```

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

1        A.    I know they work 24-hour shifts.  And it's

2   my understanding this may be three on, four off, might

3   work like that, but one shift -- yeah.

4        Q.    Go ahead.

5        A.    Yeah.  I'm just saying I don't know --

6        Q.    Okay.

7        A.    You know it depends on if they are

8   scheduled for A, B or C.

9        Q.    Isn't it true that whether they are on A

10  shift, B shift or C shift their regular schedules are

11  going to be 24 hours on, 24 hours offer, 24 hours on,

12  24 hours off, 24 hours on and then 96 hours off?

13       A.    Yes.

14             MS. PASCHAL:  Objection to form.

15       Q.    Go ahead.  You can answer.

16       A.    Yes.

17       Q.    Okay.

18                        - - -

19    (A document was marked as 30(b)(6) Exhibit Number 2.)

20                        - - -

21             BY MS. ELKIN:

22       Q.    Okay.  I've just handed you what we've

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 35

1    this afternoon is actually from the fire department

2    piece of human resources versus Millie who's county

3    human resources.  So some of these questions that

4    witness may be able to know better.

5            Millie is just testifying to what's before

6    her on a copy that's black and white instead of in

7    color.  So without the color coding, we can only guess

8    on some of these shadings.

9            MS. ELKIN:  Well, I think she said that she

10   knew that that was correct at least the first one we

11   went over, the C shifts?

12       A.   Yes.

13            BY MS. ELKIN:

14       Q.   Okay.  So based on your understanding of

15   the way the schedules work, would you agree that the

16   fire captains work every 28 days; they'll either work

17   a 216 hours, or they are going to work 240 hours in a

18   28-day period?

19       A.   Yes.

20       Q.   And you would agree that the fire

21   lieutenants would work the same schedule.  If they are

22   on A shift, they are going to be working the same

30(b)(6) MILLIE MUNDY – 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 37

1    whether they are assigned to A shift, B shift, C shift

2    or are they at something else?

3              MS. PASCHAL:  Objection, compound.

4         A.    If they are 24 hours, they would have the

5    same type shift schedule.

6         Q.    But do you know whether they are 24 hours?

7         A.    I don't.

8         Q.    Okay.  But you did know that the fire

9    captains, fire lieutenants and fire fighters are all

10   24 hours?

11        A.    Yes.

12        Q.    Okay.  And your knowledge stops at the

13   battalion chief level about what the schedules are; is

14   that correct?

15        A.    That's correct.

16             MS. PASCHAL:  Objection to form.

17        Q.    Is that correct?

18        A.    That's correct.

19        Q.    Would you agree that the lieutenants and

20   the firefighters earn time-and-a-half, 1.5 times their

21   regular rate of pay for all hours above 212 hours in a

22   period?

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 38

1          A.    Yes.

2          Q.    And you would agree that for purposes of

3    calculating, when that time and a half starts kicking

4    in, for purposes of calculating the overtime pay, that

5    all leave hours for lieutenants and firefighters are

6    included as hours of work; is that correct?

7          A.    Yes.

8                MS. PASCHAL:  Objection to form.

9          Q.    Yes.  Is that right?

10         A.    Yes.

11         Q.    Okay.  Let me show you a document.  We'll

12   mark it as 30(b)(6)3.

13                          -  -  -

14   (A document was marked as 30(B)(6) Exhibit Number 3.)

15                          -  -  -

16               BY MS. ELKIN:

17         Q.    Have you ever seen this document before?

18         A.    Yes.

19         Q.    Okay.  What is this?

20         A.    This is a listing of earnings types.  And

21   this particular -- the first page is -- let's see.  A

22   list of earnings types for Fairfax County.

30(b)(6) MILLIE MUNDY – 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 55

```
 1        Q.    And it's time and a half their regular rate

 2   of pay, correct?

 3        A.    Correct.

 4        Q.    For all hours above 212?

 5        A.    Yes.

 6        Q.    Okay.  You would agree that captains do not

 7   receive time and a half overtime pay for hours above

 8   212?

 9        A.    I would agree.

10        Q.    All right.  So now we are talking about a

11   lieutenant or firefighter in those examples.  so the

12   firefighter, he's regularly scheduled for this work

13   period to work 216 hours.  He takes two shifts off.

14        A.    Okay.

15        Q.    So that would be what I -- was I right,

16   168?

17        A.    That's correct.

18        Q.    Then he picks up a shift.  So he works --

19              MS. PASCHAL:  Objection to form.

20        Q.    -- one overtime shift, even though he's

21   taken two shifts off.

22        A.    Okay.
```

30(b)(6) MILLIE MUNDY – 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 56

1      Q.    So would you agree in that pay period the

2   number of hours he actually worked were 192?

3      A.    I would agree.

4            MS. PASCHAL:  Objection to form.

5      A.    The number of hours that he actually worked

6   would be 192, but the actual hours that are overtime

7   eligible would be 240.

8      Q.    Well, 216?

9      A.    Well, you said he picked up an additional

10  shift, which is 216 plus 24.

11     Q.    Okay.  So how was he paid for those 24

12  hours?

13           MS. PASCHAL:  Objection to form.

14     Q.    Of the extra shift?

15     A.    For the extra shift he would be paid time

16  and a half.

17     Q.    And how was he paid for 212 hours in that

18  pay period before the extra shift?

19     A.    The 212 would be paid at his hourly rate.

20     Q.    Okay.  But he got paid time and a half for

21  that extra shift?

22     A.    Yes.

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

1      Q.    And is that because leave hours are counted

2    as hours of work?

3      A.    That's correct.

4      Q.    All right.  And that is the County's policy

5    to count leave hours as hours of work for purpose of

6    calculating overtime pay every work period for anybody

7    who's entitled to FLSA pay for firefighters?

8            MS. PASCHAL:  Objection to form.

9      A.    That is the county policy.

10     Q.    Okay.  And how long has that been the

11   county's policy if you know?

12     A.    It has been the county's policy for fire

13   personnel since 2001.

14     Q.    And is that the result of the state law,

15   the Virginia state law being passed?

16           MS. PASCHAL:  Objection.  I'm going to

17   instruct the witness not to answer.  We've objected to

18   any topic dealing with the Virginia state law.

19           MS. ELKIN:   No.  That's -- we'll get the

20   judge on the phone.  How can you object to a topic?

21   The only instruction --

22           MS. PASCHAL:  It's not relevant to this

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 73

1    say base rate with shift differential.  Does it say

2    that in Focus?

3         A.    It says Fire and Rescue shift.  We didn't

4    put the .7275, but they still do receive it.

5         Q.    Okay.  All right.  And is that -- I don't

6    want to go through every single code, but is that how

7    we generally read this?  We look at the middle column

8    to see what that code was in PRISM and then the

9    translation is what it is now in Focus; is that right?

10        A.    That's correct.

11        Q.    Okay.  You testified a little bit earlier

12   about captains and how they are paid if they work

13   beyond their regularly scheduled shift.  Is it your

14   understanding that the captains in this case are paid

15   straight-time pay or straight-time comp time for hours

16   beyond their regularly scheduled shifts?

17             MS. PASCHAL:  Objection to form.

18        A.    Yes.

19        Q.    And would you agree that captains receive

20   straight-time pay for all hours above 212 hours in

21   every 28-day period?

22             MS. PASCHAL:  Objection to form.

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 74

1        A.    Yes.

2        Q.    All regularly scheduled hours, right?

3        A.    Yes.   In addition to their regularly

4    scheduled hours.

5        Q.    Okay.   Well, no, they -- I guess let me

6    back up.

7              Would you agree that the captains receive

8    straight-time pay for all regularly scheduled hours

9    above 212 in a 28-day period?

10       A.    For regularly scheduled hours, they receive

11   their hourly rate plus the shift differential.

12       Q.    Right.

13       A.    Anything in addition to their regularly

14   scheduled hours, they do receive straight pay.

15       Q.    Without shift differential, correct?

16       A.    That's correct.

17       Q.    Or they can receive comp time if it's

18   beyond the regularly scheduled hours; is that right?

19       A.    Yes.

20       Q.    But that's also going to be hour for hour;

21   is that right?

22             MS. PASCHAL:   Objection to form.

30(b)(6) MILLIE MUNDY - 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 120

1    lieutenant, his annual salary would be $61,380.80?

2         A.    That's correct.

3         Q.    And then if -- all the way up to a Step 11

4    lieutenant, his annual salary would be $99,983.94?

5         A.    That's correct.

6         Q.    Okay.  So then if you turn to the next the

7    page, we know that F25s are captains, correct?  At

8    least Captain 1s?

9         A.    Correct.

10        Q.    So you would agree that Captain 1s who are

11   at the Step 1, 2, 3, 4, 5, all the way up through Step

12   7, actually, Step 8 would earn less than a lieutenant

13   who is at the end of his pay scale?

14             MS. PASCHAL:  Objection to form.

15        Q.    If I read that correctly?

16        A.    Did you say up to Step 8?

17        Q.    I said a fire captain who is, yes, an F25

18   up to Step 8.  So, in other words, all those ones,

19   Step 1, Step 2, Step 3, et cetera, up through Step 8

20   would have a lower annual biweekly salary than a fire

21   lieutenant who is at the Step 11 level; is that

22   correct?

30(b)(6) MILLIE MUNDY – 5/14/2014
CONFIDENTIAL MATERIAL REDACTED

Page 121

1        A.    That's correct.

2        Q.    Okay.  And when we are looking at the

3    lieutenants, the F22s annual biweekly hourly pay, does

4    that include their overtime pay, their regular

5    scheduled overtime on this pay chart?

6        A.    This is just their regular scheduled hours,

7    their annual salary.

8        Q.    Okay.  Well, their regular scheduled hours

9    are always going to be 216 or 240, correct, for pay

10   period, for a work period; is that right?

11       A.    This does not include any overtime.

12       Q.    Okay.  For the lieutenants?

13       A.    For anyone.

14       Q.    For anyone.  So a lieutenant,

15   hypothetically, an F22 lieutenant who's just even in

16   the middle of his pay scale, if he's getting overtime

17   pay at time and a half, he could certainly be earning

18   more than the Captain 1 who is a rank above him.  Is

19   that correct?

20            MS. PASCHAL:  Objection to form and to

21   posing a hypothetical to a lay witness.

22       A.    It's possible.

1

1          UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3              (Alexandria Division)

4     --------------------------x

5     GERARD MORRISON, et al.,  :

6              Plaintiffs,    :  Civ. Action No.

7          v.              :  1:14cv5 (CMH/JFA)

8     COUNTY OF FAIRFAX, VA.,  :

9              Defendant.     :

10    --------------------------x

11

12              Videotaped Deposition of

13          CAPTAIN NATALIE DAWN ROBB

14              McLean, Virginia

15            Thursday, June 5, 2014

16                1:36 p.m.

17

18

19

20    Job No: 59787

21    Pages: 1 - 256

22    Reported by: Kelly Carnegie, CSR, RPR

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

20

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  I was going to ask you about that. | 13:48:11 |
| 2 | A | Okay. | 13:48:12 |
| 3 | Q | So what were you submitting this resume -- | 13:48:12 |
| 4 | A | It was a Captain II position. | 13:48:14 |
| 5 | Q | Okay. | 13:48:17 |
| 6 | A | Which we're required to do, take an exam, | 13:48:18 |
| 7 | | Captain II's test. | 13:48:23 |
| 8 | Q | So this SOP that's cited here requires an | 13:48:26 |
| 9 | | application for that exam? | 13:48:31 |
| 10 | A | It requires a resume. | 13:48:34 |
| 11 | Q | It requires a resume? | 13:48:36 |
| 12 | A | Yes, ma'am. | 13:48:37 |
| 13 | Q | Okay.  And did you take the promotional | 13:48:40 |
| 14 | | exam? | 13:48:42 |
| 15 | A | I did. | 13:48:42 |
| 16 | Q | Is it an exam that you had to take more than | 13:48:44 |
| 17 | | once? | 13:48:46 |
| 18 | A | It's -- you take it and it's -- you either | 13:48:48 |
| 19 | | make it or you don't.  If you make it, you're on a | 13:48:51 |
| 20 | | list for two years, and after -- the list expires | 13:48:54 |
| 21 | | after two years.  You have to take it again if you | 13:48:56 |
| 22 | | haven't been promoted. | 13:48:59 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

73

| | | |
|---|---|---|
| 1 | A    Correct. | 14:52:58 |
| 2 | MS. BURROUGHS:   Objection, asked and | 14:52:58 |
| 3 | answered. | 14:52:59 |
| 4 | BY MS. REWARI: | 14:52:59 |
| 5 | Q    And that the medic unit is properly stocked, | 14:52:59 |
| 6 | right? | 14:53:03 |
| 7 | A    Correct. | 14:53:04 |
| 8 | Q    That the equipment on that unit is working | 14:53:05 |
| 9 | in proper order, right? | 14:53:10 |
| 10 | A    Correct. | 14:53:12 |
| 11 | Q    And the vehicles are working as well, right? | 14:53:15 |
| 12 | A    Correct. | 14:53:18 |
| 13 | Q    Part of being ready to go out on calls also | 14:53:23 |
| 14 | requires training, right? | 14:53:26 |
| 15 | A    Correct. | 14:53:28 |
| 16 | Q    And when you're -- when you're not on a | 14:53:28 |
| 17 | call, how much time would you say you spend per day | 14:53:31 |
| 18 | training? | 14:53:34 |
| 19 | A    Again, we attempt to do it probably an hour | 14:53:34 |
| 20 | and a half, two hours a day.  We've got a busy | 14:53:37 |
| 21 | station, so a lot of times that precludes us getting | 14:53:40 |
| 22 | that done. | 14:53:43 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

74

| | | |
|---|---|---|
| 1 | Q   And some of that training is mandatory by | 14:53:44 |
| 2 | the department, right? | 14:53:46 |
| 3 | A   Yes, yes. | 14:53:48 |
| 4 | Q   And some of that training is initiated by | 14:53:48 |
| 5 | you, right? | 14:53:52 |
| 6 | MS. BURROUGHS:  Objection to form. | 14:53:53 |
| 7 | A   Some of it's initiated by me, others | 14:53:55 |
| 8 | initiated by my technician who also happens to be a | 14:53:59 |
| 9 | battalion trainer.  Some of it's initiated by my | 14:54:04 |
| 10 | lieutenant.  Some of it's initiated by the mere fact | 14:54:06 |
| 11 | that you might have someone on the shift that does not | 14:54:09 |
| 12 | understand how a piece of equipment works that would | 14:54:11 |
| 13 | like additional training on it.  It's initiated by | 14:54:13 |
| 14 | everybody as a team. | 14:54:16 |
| 15 | BY MS. REWARI: | 14:54:18 |
| 16 | Q   Is there a certain time that's allotted on | 14:54:18 |
| 17 | your daily calendar for training? | 14:54:23 |
| 18 | A   My daily calendar is for the most part the | 14:54:25 |
| 19 | master calendar. | 14:54:29 |
| 20 | The master calendar is a calendar we have on | 14:54:31 |
| 21 | our intranet, and a lot of times we're assigned to | 14:54:33 |
| 22 | training.  I have no control over that.  That training | 14:54:37 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

75

| | | |
|---|---|---|
| 1 | gets assigned by the lieutenant who is the deputy's | 14:54:41 |
| 2 | aide.  I have no control over a lot of times what is | 14:54:45 |
| 3 | on the master calendar. | 14:54:48 |
| 4 | There's some training in which I have to | 14:54:50 |
| 5 | come up here as a paramedic to Tysons to actually do | 14:54:52 |
| 6 | my certification training, which is required for me in | 14:54:55 |
| 7 | order to keep my certifications.  They send us to | 14:54:58 |
| 8 | training once every three, four months to certify in | 14:55:01 |
| 9 | one thing or, you know, just keep up on regular | 14:55:03 |
| 10 | information that -- you know, new stuff and practice | 14:55:07 |
| 11 | on stuff that we don't do that often. | 14:55:10 |
| 12 | So, I mean, again, a lot of the training -- | 14:55:12 |
| 13 | the biggest part of the training, besides the stuff we | 14:55:15 |
| 14 | do online, is the master calendar, what we're assigned | 14:55:17 |
| 15 | every day, the master calendar that we have no control | 14:55:22 |
| 16 | over. | 14:55:25 |
| 17 | Then there's the mandatory stuff that we | 14:55:26 |
| 18 | have to do, and quite frequently -- just recently we | 14:55:29 |
| 19 | had something that's mandatory, bloodborne pathogen | 14:55:33 |
| 20 | training, which we're required to do every year.  The | 14:55:36 |
| 21 | medic units, we're not allowed to go out of service | 14:55:38 |
| 22 | for that particular training while every other units | 14:55:41 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

76

| | | |
|---|---|---|
| 1 | were allowed to go out of service.  So we ended up | 14:55:43 |
| 2 | running a bunch of calls and kind of getting the | 14:55:46 |
| 3 | training piecemeal as a result of that.  We could not | 14:55:48 |
| 4 | go out of service because the maximum amount of medic | 14:55:50 |
| 5 | units were out of service in a given day.  Five is the | 14:55:54 |
| 6 | maximum amount that can be out on a given day, and | 14:55:57 |
| 7 | they won't allow anyone to go out of service, any | 14:55:59 |
| 8 | another medic unit to go out of service. | 14:56:02 |
| 9 | So we get our training however we can get | 14:56:04 |
| 10 | it, including the stuff that's mandatory -- | 14:56:06 |
| 11 | Q    But -- | 14:56:09 |
| 12 | A    -- what's deemed mandatory by the county. | 14:56:09 |
| 13 | Q    If you're at a call and you see that one of | 14:56:11 |
| 14 | your medics on your unit is perhaps not doing | 14:56:16 |
| 15 | something that's up to best practices or there's a | 14:56:22 |
| 16 | better way to do what they're doing, you have the | 14:56:26 |
| 17 | ability to train them back at the station or to tell | 14:56:31 |
| 18 | them, hey, do it this way, right? | 14:56:35 |
| 19 | MS. BURROUGHS:  Objection, | 14:56:38 |
| 20 | mischaracterization of prior testimony. | 14:56:39 |
| 21 | BY MS. REWARI: | 14:56:42 |
| 22 | Q    That -- you're not going to wait for a | 14:56:42 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

143

| | | |
|---|---|---|
| 1 | A    Correct, with the technical information that | 16:20:42 |
| 2 | I have, that my knowledge of the job, and her | 16:20:44 |
| 3 | adherence to protocol, policy, procedures, yes. | 16:20:47 |
| 4 | Q    Okay.  And what was your understanding of | 16:20:54 |
| 5 | what would happen if she didn't meet -- I mean, what | 16:20:55 |
| 6 | happens if you don't meet the PIP? | 16:21:01 |
| 7 | A    It's not something that I determine.  My | 16:21:06 |
| 8 | battalion chief, the deputy chief at that point | 16:21:08 |
| 9 | determines that.  If it were up to me, this employee | 16:21:10 |
| 10 | would not have a job.  She wouldn't have a job, | 16:21:13 |
| 11 | period, but it's not up to me.  It's something that -- | 16:21:17 |
| 12 | decisions that are made well above my head. | 16:21:20 |
| 13 | Q    Right.  And these notes include various | 16:21:22 |
| 14 | places where she's making mistakes, right? | 16:21:26 |
| 15 | A    Yes, ma'am. | 16:21:31 |
| 16 | Q    And they also include various places where | 16:21:40 |
| 17 | you would have to correct her at the scene, right? | 16:21:42 |
| 18 | A    Yes, ma'am. | 16:21:45 |
| 19 | Q    And is a performance improvement plan part | 16:22:00 |
| 20 | of a -- is it a part of a disciplinary process, or is | 16:22:03 |
| 21 | it part of another process? | 16:22:07 |
| 22 | MS. BURROUGHS:  Objection to form. | 16:22:10 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

144

| | | |
|---|---|---|
| 1 | A   As I understand it, it's one of the last | 16:22:12 |
| 2 | steps. | 16:22:15 |
| 3 | A lot of times these individuals have | 16:22:17 |
| 4 | been -- there's been attempted discipline in the form | 16:22:18 |
| 5 | of oral reprimands, written reprimands, and it gets to | 16:22:23 |
| 6 | a point in which this program is set up to try to be | 16:22:27 |
| 7 | the ultimate end-all be-all corrected behavior, or God | 16:22:31 |
| 8 | only knows what will happen.  I've never actually seen | 16:22:38 |
| 9 | it result in termination.  I've seen two of them now | 16:22:41 |
| 10 | and I haven't seen any resulting in termination, | 16:22:44 |
| 11 | although if it were up to me, again, for this | 16:22:47 |
| 12 | individual, they would have been terminated.  But it's | 16:22:51 |
| 13 | not up to me. | 16:22:53 |
| 14 | BY MS. REWARI: | 16:22:55 |
| 15 | Q   Did you make that recommendation to Chief | 16:22:55 |
| 16 | Johnson? | 16:22:56 |
| 17 | A   I did not.  It wasn't something that was | 16:22:57 |
| 18 | asked of me.  I did what I was asked.  I gave the | 16:23:00 |
| 19 | information that was requested and that's all I can | 16:23:03 |
| 20 | do. | 16:23:06 |
| 21 | Q   Okay.  Can a -- does a performance | 16:23:08 |
| 22 | improvement plan, is it part of the ten-week letter | 16:23:11 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

156

| | | |
|---|---|---|
| 1 | her, you know, what the deal was, you know, why her | 16:34:45 |
| 2 | gear was not on the unit, and there were several | 16:34:48 |
| 3 | different stories that came out as a result that | 16:34:52 |
| 4 | didn't quite mesh.  And again, I gave this information | 16:34:57 |
| 5 | to the battalion chief and he took it from there. | 16:35:01 |
| 6 | Q    And would it be fair to say that these two | 16:35:04 |
| 7 | things that we just talked about are not the only two | 16:35:06 |
| 8 | mistakes that she made that are documented in these | 16:35:10 |
| 9 | exhibits that we've looked at? | 16:35:13 |
| 10 | A    That would be fair. | 16:35:15 |
| 11 | Q    She made a lot of other mistakes, correct? | 16:35:15 |
| 12 | A    She did, yes. | 16:35:18 |
| 13 | Q    All right.  Did you recommend an oral or -- | 16:35:27 |
| 14 | let me rephrase that.  Did you recommend discipline | 16:35:33 |
| 15 | for the no gear on the unit? | 16:35:36 |
| 16 | A    I -- | 16:35:40 |
| 17 | Q    I mean, did you think that was a | 16:35:40 |
| 18 | particularly bad violation? | 16:35:42 |
| 19 | A    Yes, yes.  All I could do was report it to | 16:35:43 |
| 20 | the chief.  I never was in possession of her personnel | 16:35:47 |
| 21 | records, so I don't know what specific -- what other | 16:35:49 |
| 22 | incidents might have occurred specific to this.  When | 16:35:51 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

157

| | | |
|---|---|---|
| 1 | I told him what had happened, he looked in his -- in | 16:35:53 |
| 2 | her personnel file and found a prior infraction of a | 16:35:55 |
| 3 | similar nature, which is why that ended up being a | 16:35:59 |
| 4 | written.  But, I mean, I would -- I would -- I would | 16:36:02 |
| 5 | think that that would be an offense that would deem -- | 16:36:05 |
| 6 | that would, you know -- | 16:36:09 |
| 7 | Q    It's important that the gear be on the unit, | 16:36:11 |
| 8 | right? | 16:36:14 |
| 9 | A    Yes, ma'am. | 16:36:14 |
| 10 | Q    And there was that day when you got -- when | 16:36:15 |
| 11 | the second -- was it the next shift? | 16:36:19 |
| 12 | A    The next shift in the morning, yes. | 16:36:21 |
| 13 | Q    When they got there your gear was there, | 16:36:23 |
| 14 | right? | 16:36:25 |
| 15 | A    Yes, ma'am. | 16:36:26 |
| 16 | Q    But her gear was not there? | 16:36:26 |
| 17 | A    That's correct. | 16:36:28 |
| 18 | Q    And it was against the wall or something? | 16:36:28 |
| 19 | A    Yeah, it was up against the wall.  Again, | 16:36:31 |
| 20 | there was several different stories that I was told. | 16:36:34 |
| 21 | The individual came in half a day, so it wasn't the | 16:36:34 |
| 22 | beginning of the day when this whole thing started, | 16:36:35 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

158

| | | |
|---|---|---|
| 1 | came in half a day and somehow the next day her gear | 16:36:38 |
| 2 | wasn't there. | 16:36:42 |
| 3 | So again, it was up against the wall one | 16:36:43 |
| 4 | minute.  Then she remembered something about we have | 16:36:44 |
| 5 | two sets of gear.  She thought that she had -- she had | 16:36:51 |
| 6 | been working out in the one set of gear and she was | 16:36:55 |
| 7 | going to send it in for it to be cleaned. | 16:36:57 |
| 8 | I mean, there are -- it is all in here. | 16:37:00 |
| 9 | I'd have to refresh my memory to tell you anything | 16:37:01 |
| 10 | more specific.  But I do know that, again, there were | 16:37:04 |
| 11 | several different stories that came out of this as to | 16:37:10 |
| 12 | why the gear was there, or maybe it was there, but | 16:37:12 |
| 13 | yeah. | 16:37:15 |
| 14 | Q    And so during even this short period of time | 16:37:16 |
| 15 | that she was there with you, she made a lot of | 16:37:21 |
| 16 | mistakes and you had some judgement and discretion as | 16:37:23 |
| 17 | far as which ones you thought, hey, this is really | 16:37:26 |
| 18 | serious and she needs to have a message on this, | 16:37:32 |
| 19 | right? | 16:37:34 |
| 20 | MS. BURROUGHS:  Objection to form. | 16:37:35 |
| 21 | A    It's not my determination to determine what | 16:37:36 |
| 22 | is very serious.  If it doesn't follow the rule, the | 16:37:37 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

186

| | | |
|---|---|---|
| 1 | Q   And in your answer you state that you've | 17:21:43 |
| 2 | completed annual evaluations for all paramedics | 17:21:46 |
| 3 | assigned to stations 27 and four. | 17:21:49 |
| 4 | A   That's all paramedics assigned to station | 17:21:52 |
| 5 | 27. | 17:21:55 |
| 6 | Q   And for while you were assigned to that | 17:21:55 |
| 7 | station, right? | 17:21:57 |
| 8 | A   That's correct.  Four was a little different | 17:21:59 |
| 9 | situation.  The engine officer that I had prior to the | 17:22:01 |
| 10 | one that I have now at station four also had ALS | 17:22:06 |
| 11 | certification.  So he could also do the evaluations | 17:22:09 |
| 12 | for the medic that rode on his unit and was able to -- | 17:22:12 |
| 13 | he was able to see their performance on calls prior to | 17:22:17 |
| 14 | medic units actually getting on scene.  So he would do | 17:22:21 |
| 15 | the evaluations for that, those individuals, those | 17:22:24 |
| 16 | medics, because he also had ALS certification. | 17:22:28 |
| 17 | At station 27 it was a little different.  I | 17:22:32 |
| 18 | was the only one that could really do all the medics | 17:22:34 |
| 19 | that were at the station because, again, it was in my | 17:22:36 |
| 20 | technical realm of expertise. | 17:22:40 |
| 21 | Q   Okay.  And so when the lieutenant completes | 17:22:42 |
| 22 | or completed an evaluation of someone on your shift, | 17:22:49 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

187

| | | |
|---|---|---|
| 1 | did you also sign the evaluation as the reviewing | 17:22:53 |
| 2 | authority? | 17:22:55 |
| 3 | A   I did, but my battalion chief would look at | 17:22:56 |
| 4 | it before and I would subsequently sign it. | 17:23:00 |
| 5 | Q   Okay.  And when you completed the evaluation | 17:23:03 |
| 6 | of an employee, whether it was a lieutenant or a | 17:23:06 |
| 7 | paramedic, would you sign as the preparer? | 17:23:14 |
| 8 | A   I would sign as preparer and the reviewing | 17:23:18 |
| 9 | authority would be generally the battalion chief. | 17:23:21 |
| 10 | Generally the battalion chief, yes. | 17:23:26 |
| 11 | Q   Is the employee evaluation form the same for | 17:23:28 |
| 12 | captains as for lieutenants? | 17:23:33 |
| 13 | A   Yes, ma'am. | 17:23:35 |
| 14 | Q   And for firefighters? | 17:23:35 |
| 15 | A   Yes, ma'am. | 17:23:37 |
| 16 | Q   And for technicians? | 17:23:37 |
| 17 | A   Yes, ma'am. | 17:23:39 |
| 18 | Q   And for -- is it one uniform evaluation form | 17:23:39 |
| 19 | for the whole -- | 17:23:43 |
| 20 | A   Yes, ma'am. | 17:23:45 |
| 21 | Q   -- county? | 17:23:46 |
| 22 | A   It is.  It is for, yes, the entire county. | 17:23:47 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

209

| | | |
|---|---|---|
| 1 | Q   Okay.  In your answer on the next page to | 17:47:34 |
| 2 | interrogatory number 14, eight lines down in the | 17:47:37 |
| 3 | answer it states, "During many shifts, plaintiff is | 17:47:53 |
| 4 | scheduled to take part in safety presentations in the | 17:47:55 |
| 5 | community."  Can you tell me what that's about. | 17:47:58 |
| 6 | A   At times our life safety education folks | 17:48:00 |
| 7 | will be doing presentations in various schools and | 17:48:06 |
| 8 | we'll go to the schools and we'll, you know, do the -- | 17:48:09 |
| 9 | dress up like a firefighter so that children won't be | 17:48:12 |
| 10 | afraid in the event that, you know, there is a fire, | 17:48:15 |
| 11 | they won't be afraid to go towards the firefighter. | 17:48:17 |
| 12 | They'll have some knowledge of, you know, what they | 17:48:21 |
| 13 | need to do in the event of a fire.  We've done that. | 17:48:23 |
| 14 | We've done just other safety type presentations to | 17:48:27 |
| 15 | local like civic groups that have requested it in the | 17:48:32 |
| 16 | Herndon area. | 17:48:36 |
| 17 | Q   So this is like near the station? | 17:48:38 |
| 18 | A   Yes, yes.  It's in our first due, yes. | 17:48:40 |
| 19 | First due, yes. | 17:48:42 |
| 20 | Q   Okay.  And do you -- does the station | 17:48:49 |
| 21 | schedule those, or are those scheduled for them -- | 17:48:52 |
| 22 | A   No, no. | 17:48:57 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

210

| | | |
|---|---|---|
| 1 | Q -- by somebody centrally? | 17:48:57 |
| 2 | A No. The people call. They tell us what day | 17:48:59 |
| 3 | that they're interested in. If it's a day that our | 17:49:02 |
| 4 | particular shift isn't working, we take a -- take a | 17:49:04 |
| 5 | message and notify the other shift that, you know, | 17:49:07 |
| 6 | this person is interested in having a safety something | 17:49:09 |
| 7 | or other on whatever given day and let the other shift | 17:49:12 |
| 8 | handle it. We don't know what their schedule is. | 17:49:16 |
| 9 | They have a separate calendar. They have the master | 17:49:18 |
| 10 | calendar to look through. We don't know what their -- | 17:49:20 |
| 11 | their availability is on any given day. | 17:49:22 |
| 12 | And then the life safety education, if they | 17:49:25 |
| 13 | have something that's going on in our area, they'll | 17:49:27 |
| 14 | send a fax and they'll send an e-mail with the times | 17:49:30 |
| 15 | and the dates and the location for, you know, | 17:49:32 |
| 16 | whatever -- you know, whatever life safety | 17:49:35 |
| 17 | presentation that they're giving to the school and | 17:49:39 |
| 18 | they ask for -- if we're able to participate. | 17:49:41 |
| 19 | Nine times out of ten, I'll be honest, we on | 17:49:44 |
| 20 | the medic unit almost never make it there because | 17:49:47 |
| 21 | we're running calls, constantly running calls. The | 17:49:49 |
| 22 | engine company, because they -- for the most part, you | 17:49:53 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

211

| | | |
|---|---|---|
| 1 | know, they can be on an ALS call and they're in | 17:49:55 |
| 2 | service once they leave.  They're a little bit more -- | 17:49:59 |
| 3 | their time is a little bit more -- they're able to do | 17:50:02 |
| 4 | it just because they're not on a call as long as a | 17:50:05 |
| 5 | medic unit is. | 17:50:09 |
| 6 | So they'll, you know, do the presentation | 17:50:10 |
| 7 | and, you know, generally nine times out of ten, you | 17:50:11 |
| 8 | know, they get through it without, you know, getting | 17:50:15 |
| 9 | any calls.  So they're able to do the presentation, | 17:50:17 |
| 10 | but we unfortunately aren't able.  We don't have that | 17:50:20 |
| 11 | latitude to get kids to the point where they're | 17:50:23 |
| 12 | comfortable with what goes on inside of a medic unit | 17:50:27 |
| 13 | just because we're -- we just can't go out of service | 17:50:30 |
| 14 | for something like that and we're usually running | 17:50:32 |
| 15 | calls. | 17:50:35 |
| 16 | Q   I saw a mention in one of the documents | 17:50:35 |
| 17 | about AOR as a code.  Are you familiar with that? | 17:50:37 |
| 18 | A   Yeah.  It's available on radio, which means | 17:50:41 |
| 19 | we're available to take calls. | 17:50:43 |
| 20 | Q   Okay.  And so when you get dispatched, is | 17:50:45 |
| 21 | there a code that you put in? | 17:50:47 |
| 22 | A   We have on a screen, our NDT screams -- | 17:50:49 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

220

| | | |
|---|---|---|
| 1 | A    I act as the unit that is there to take care | 18:06:26 |
| 2 | of patients if we have patients that need to be taken | 18:06:31 |
| 3 | care of.  If not, you know, we're there also for our | 18:06:33 |
| 4 | folks.  So we -- if it gets to be too -- a big enough | 18:06:38 |
| 5 | scene, a rehab is established and we take the vitals | 18:06:42 |
| 6 | and make sure that all of our personnel are fit and | 18:06:47 |
| 7 | able to continue working. | 18:06:50 |
| 8 | Again, if -- if I have no patient and | 18:06:52 |
| 9 | we're -- we see someone who is struggling or needs | 18:06:56 |
| 10 | some assistance with whatever they're trying to do on | 18:07:00 |
| 11 | the fire scene, within reason, you know, stretching a | 18:07:03 |
| 12 | hose or unkinking a hose, you know, we do that.  We | 18:07:06 |
| 13 | pretty much operate as a team in order to get the job | 18:07:10 |
| 14 | done basically. | 18:07:13 |
| 15 | Q    And when you're dispatched to an emergency | 18:07:14 |
| 16 | medical scene, what do you do as an EMS Captain I? | 18:07:16 |
| 17 | A    Hands-on patient care. | 18:07:20 |
| 18 | Q    And what does that involve just in | 18:07:21 |
| 19 | generalities? | 18:07:25 |
| 20 | A    Assessing the patient, asking questions, | 18:07:26 |
| 21 | actually sometimes putting leads on, starting IVs, | 18:07:28 |
| 22 | giving drugs, just the same general duties that any | 18:07:32 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

221

| | | |
|---|---|---|
| 1 | medic would have that's assigned to a medic unit. | 18:07:39 |
| 2 | Q   As an ALS provider, are there certain things | 18:07:41 |
| 3 | that you can do that a person with a basic BLS | 18:07:45 |
| 4 | certification cannot do? | 18:07:48 |
| 5 | A   Yes.  Advanced life support techniques, | 18:07:49 |
| 6 | any -- any intervention that's evasive in nature, IVs, | 18:07:53 |
| 7 | giving drugs, you know, reading EKGs, that sort of | 18:07:58 |
| 8 | thing is all stuff that's an advanced level. | 18:08:02 |
| 9 | Q   Okay.  Can you remind me what apparatus | 18:08:12 |
| 10 | you're assigned to? | 18:08:14 |
| 11 | A   Medical 404. | 18:08:15 |
| 12 | Q   And what type of vehicle is that? | 18:08:17 |
| 13 | A   It's an ambulance. | 18:08:20 |
| 14 | Q   Okay.  Does that apparatus ever respond to a | 18:08:23 |
| 15 | call without you on it? | 18:08:25 |
| 16 | A   No, it does not. | 18:08:26 |
| 17 | Q   And are there other individuals who ride | 18:08:27 |
| 18 | that apparatus with you? | 18:08:29 |
| 19 | A   Yes, one other person generally. | 18:08:31 |
| 20 | Q   And do you and that one other person go on | 18:08:33 |
| 21 | the same number of calls? | 18:08:36 |
| 22 | A   We do, yes. | 18:08:37 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

222

| | | |
|---|---|---|
| 1 | Q   What rank is that other individual? | 18:08:38 |
| 2 | A   Sometimes it's a firefighter, other times | 18:08:40 |
| 3 | it's a technician. | 18:08:43 |
| 4 | Q   No matter what you're doing, if the tone | 18:08:46 |
| 5 | rings and you are dispatched, do you go? | 18:08:49 |
| 6 | A   Yes. | 18:08:51 |
| 7 | Q   We talked a little bit ago about community | 18:08:52 |
| 8 | safety presentations.  If you were at a community | 18:08:57 |
| 9 | safety presentation and you were dispatched, what | 18:08:59 |
| 10 | would you do? | 18:09:02 |
| 11 | A   We go on the call. | 18:09:03 |
| 12 | Q   Is that true even if you were in -- you | 18:09:05 |
| 13 | know, at a school in front of kids in the middle of | 18:09:07 |
| 14 | the presentation? | 18:09:09 |
| 15 | A   Yes, ma'am. | 18:09:10 |
| 16 | Q   Would you stop to -- would you wait to | 18:09:11 |
| 17 | finish the presentation? | 18:09:13 |
| 18 | A   Absolutely not. | 18:09:14 |
| 19 | Q   We looked earlier at some of your | 18:09:17 |
| 20 | supervisory notes.  Do you recall those? | 18:09:20 |
| 21 | A   Yes, ma'am. | 18:09:21 |
| 22 | Q   If you were writing those supervisory notes | 18:09:22 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

226

| | | |
|---|---|---|
| 1 | Q   And it appears that that's completed for | 18:12:00 |
| 2 | you.  Is that correct? | 18:12:01 |
| 3 | A   Yes, ma'am. | 18:12:03 |
| 4 | Q   All right.  You mentioned before completing | 18:12:03 |
| 5 | performance evaluations for the lieutenants on your | 18:12:05 |
| 6 | shift.  Is that right? | 18:12:07 |
| 7 | A   Yes, ma'am. | 18:12:08 |
| 8 | Q   If you were completing -- is the same form | 18:12:08 |
| 9 | used for the lieutenants? | 18:12:11 |
| 10 | A   Yes, ma'am. | 18:12:13 |
| 11 | Q   If you were completing a performance | 18:12:14 |
| 12 | evaluation for a lieutenant, would you complete this | 18:12:16 |
| 13 | section? | 18:12:18 |
| 14 | A   Yes, ma'am. | 18:12:19 |
| 15 | Q   Do you understand that the -- is it your | 18:12:19 |
| 16 | understanding that this section is required to be | 18:12:20 |
| 17 | completed for lieutenants? | 18:12:21 |
| 18 | A   Yes, ma'am. | 18:12:23 |
| 19 | Q   Okay. | 18:12:24 |
| 20 | MS. BURROUGHS:  That's all of that one. | 18:12:24 |
| 21 | BY MS. BURROUGHS: | 18:12:31 |
| 22 | Q   Could you find number 445.  It might be near | 18:12:31 |

227

| | | |
|---|---|---|
| 1 | the top.  I think it was one of the last e-mails that | 18:12:36 |
| 2 | we looked at. | 18:12:38 |
| 3 | A    Okay.  445, you said? | 18:12:39 |
| 4 | Q    445, yes. | 18:12:51 |
| 5 | A    Okay. | 18:12:55 |
| 6 | Q    In the very last paragraph of this top | 18:12:59 |
| 7 | e-mail, it says, "This will go in my supervisory | 18:13:02 |
| 8 | notes.  The next time this happens, I want her name on | 18:13:06 |
| 9 | paper.  If either of you feel I have enough to justify | 18:13:09 |
| 10 | paper (verbal) now, please let me know."  Do you see | 18:13:13 |
| 11 | that section? | 18:13:15 |
| 12 | A    Yes, I do. | 18:13:17 |
| 13 | Q    Why didn't you just complete a verbal | 18:13:18 |
| 14 | reprimand? | 18:13:19 |
| 15 | A    I'm not able to without the approval of my | 18:13:20 |
| 16 | battalion chief. | 18:13:22 |
| 17 | MS. BURROUGHS:  That's all for that one. | 18:13:25 |
| 18 | BY MS. BURROUGHS: | 18:13:27 |
| 19 | Q    Can you find No. 426, which should be your | 18:13:27 |
| 20 | interrogatory responses. | 18:13:30 |
| 21 | A    Okay. | 18:13:39 |
| 22 | Q    We looked, I think, last at page 21.  I'll | 18:13:59 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

229

| | | |
|---|---|---|
| 1 | Q   Okay. | 18:14:47 |
| 2 | MS. BURROUGHS:  Done with the | 18:14:50 |
| 3 | interrogatories. | 18:14:51 |
| 4 | BY MS. BURROUGHS: | 18:14:53 |
| 5 | Q   Have you ever been injured in -- on the job | 18:14:53 |
| 6 | as an EMS Captain I? | 18:14:56 |
| 7 | A   Yes, I have. | 18:14:58 |
| 8 | Q   Can you tell me about those injuries. | 18:14:59 |
| 9 | A   Injured my back, herniated a couple discs in | 18:15:01 |
| 10 | the process of moving a patient over and moving | 18:15:05 |
| 11 | equipment.  I was off of work for a while for the | 18:15:07 |
| 12 | three instances that it happened.  There were two | 18:15:12 |
| 13 | recent instances where there were flare-ups of my back | 18:15:15 |
| 14 | as a result of moving patients and moving equipment, | 18:15:18 |
| 15 | more specifically the last one was moving a patient | 18:15:23 |
| 16 | from the cot, from our medic unit cot to the bed in | 18:15:26 |
| 17 | the hospital. | 18:15:29 |
| 18 | I've had a knee injury.  I've sprained an | 18:15:31 |
| 19 | ankle on a fire call.  I had a shoulder injury. | 18:15:33 |
| 20 | I smashed my finger taking a patient -- | 18:15:42 |
| 21 | we've got a cot that has a restraint mechanism.  When | 18:15:45 |
| 22 | we pull the cot out, the legs drop down.  And in order | 18:15:49 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

230

| | | |
|---|---|---|
| 1 | to make sure that the patient doesn't go with the -- | 18:15:52 |
| 2 | with the -- you know, go down along with the cot's | 18:15:56 |
| 3 | legs, it's -- there's a hook on the back in the medic | 18:15:58 |
| 4 | unit that you have to release once the legs are fully | 18:16:01 |
| 5 | supporting the cot, and I got my finger caught in | 18:16:05 |
| 6 | between that mechanism and smashed it pretty good. | 18:16:08 |
| 7 | These are all, I guess, injuries within -- | 18:16:14 |
| 8 | well, while I've been a captain.  The knee injury had | 18:16:18 |
| 9 | happened first and that's when I was first promoted. | 18:16:20 |
| 10 | Q   I could only catch two of them as we were | 18:16:24 |
| 11 | going through. | 18:16:26 |
| 12 | A   Sorry. | 18:16:27 |
| 13 | Q   No, that's okay.  I just wanted to ask you | 18:16:28 |
| 14 | about dates if you can remember them.  You said moving | 18:16:29 |
| 15 | a patient to a cot at the hospital.  Do you remember | 18:16:32 |
| 16 | when that injury occurred? | 18:16:34 |
| 17 | A   That was recent and that happened twice.  So | 18:16:35 |
| 18 | that was -- it actually happened once and my back | 18:16:37 |
| 19 | flared up again some weeks later, like March, I | 18:16:46 |
| 20 | believe, March or April of this year. | 18:16:49 |
| 21 | Q   Okay.  And then you mentioned about your | 18:16:51 |
| 22 | finger being caught in the mechanism of the cot? | 18:16:52 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

231

| | | |
|---|---|---|
| 1 | A    That was -- I remember.  I believe it was -- | 18:16:56 |
| 2 | it was this year, at some point early this year.  I | 18:17:04 |
| 3 | don't have the exact dates. | 18:17:08 |
| 4 | Q    Sure. | 18:17:09 |
| 5 | A    I'm trying to remember if it was warm or | 18:17:10 |
| 6 | cold outside. | 18:17:12 |
| 7 | Q    I don't know if that would help you remember | 18:17:13 |
| 8 | based on the weather we've had this year. | 18:17:15 |
| 9 | A    That's true.  That's very true. | 18:17:18 |
| 10 | Q    And of the other injuries that you mentioned | 18:17:19 |
| 11 | that maybe I didn't jot down quickly enough, do you | 18:17:21 |
| 12 | remember when any of those other injuries occurred? | 18:17:25 |
| 13 | A    I -- again, this is all within the time | 18:17:28 |
| 14 | period since I've been a captain, since 2006, August | 18:17:31 |
| 15 | of -- excuse me, October of 2006 when I got promoted. | 18:17:35 |
| 16 | This all happened while I was at 27 and four.  So I | 18:17:38 |
| 17 | don't know the specific dates, but I do know that it | 18:17:41 |
| 18 | happened within the five-year period or the seven, how | 18:17:43 |
| 19 | many ever years, 2006 to now.  Ten, 12 years. | 18:17:52 |
| 20 | Q    Okay. | 18:17:59 |
| 21 | A    Excuse me.  Not that many.  Good Lord.  My | 18:17:59 |
| 22 | math is really off. | 18:18:02 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

232

| | | |
|---|---|---|
| 1 | MS. KILLALEA:  You just went backwards. | 18:18:05 |
| 2 | THE WITNESS:  I did.  Lord.  Eight years. | 18:18:07 |
| 3 | MS. BURROUGHS:  Eight years?  There you go. | 18:18:11 |
| 4 | THE WITNESS:  Eight years.  Almost ten | 18:18:15 |
| 5 | years.  There we go. | 18:18:17 |
| 6 | MS. BURROUGHS:  It's getting late today.  I | 18:18:17 |
| 7 | understand. | 18:18:19 |
| 8 | THE WITNESS:  It is. | 18:18:34 |
| 9 | BY MS. BURROUGHS: | 18:18:34 |
| 10 | Q   Do you remember ever getting a cut or a | 18:18:34 |
| 11 | laceration? | 18:18:36 |
| 12 | A   That was my finger that I smashed, yeah. | 18:18:39 |
| 13 | Q   Did you miss work because of your finger? | 18:18:49 |
| 14 | A   No, I did not. | 18:18:51 |
| 15 | Q   Did you miss work because of the back injury | 18:18:53 |
| 16 | you mentioned, moving a patient to a cot at the | 18:18:55 |
| 17 | hospital? | 18:18:57 |
| 18 | A   Yes, I did. | 18:18:57 |
| 19 | Q   How many days of work did you miss due to | 18:18:58 |
| 20 | that injury? | 18:19:00 |
| 21 | A   Just recently six.  I cannot remember how | 18:19:01 |
| 22 | long for the original injury when I had herniated the | 18:19:05 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

233

| | | |
|---|---|---|
| 1 | discs, which this was -- the moving the patient was an | 18:19:08 |
| 2 | exacerbation of a previous injury. | 18:19:13 |
| 3 | Q   And do you remember when the original injury | 18:19:15 |
| 4 | happened when you herniated the discs? | 18:19:16 |
| 5 | A   I guess February of 2012. | 18:19:22 |
| 6 | Q   And you were also a captain, EMS Captain I | 18:19:29 |
| 7 | at that time, right? | 18:19:31 |
| 8 | A   Yes. | 18:19:34 |
| 9 | Q   Did you miss work for the original | 18:19:35 |
| 10 | herniation of the discs? | 18:19:37 |
| 11 | A   I did, and again, I can't remember how | 18:19:39 |
| 12 | much -- how much work that I missed, but I do know | 18:19:41 |
| 13 | that I missed some days. | 18:19:43 |
| 14 | Q   Was it more than a week? | 18:19:44 |
| 15 | A   I believe it probably was. | 18:19:45 |
| 16 | Q   Okay.  Was it more than a month? | 18:19:47 |
| 17 | A   No, it was not. | 18:19:49 |
| 18 | Q   Have you ever expressed an opinion about the | 18:20:01 |
| 19 | staffing at your station? | 18:20:05 |
| 20 | A   I have.  We -- medic 404 again is a | 18:20:07 |
| 21 | paramedic training unit.  We're normally staffed with | 18:20:13 |
| 22 | two medics on the medic unit. | 18:20:16 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

234

| | | |
|---|---|---|
| 1 | We are close to Loudoun County and very, | 18:20:19 |
| 2 | very frequently we go to run mutual aid calls in | 18:20:21 |
| 3 | Loudoun County.  Again, the staffing, once we get over | 18:20:25 |
| 4 | there, is very questionable.  There's no rhyme or | 18:20:27 |
| 5 | reason to how they staff or how they're able to staff. | 18:20:31 |
| 6 | And on a few occasions, especially recently, my unit | 18:20:34 |
| 7 | has been downgraded to a one-and-one where I'm the | 18:20:38 |
| 8 | only paramedic on the unit and I've got a firefighter | 18:20:40 |
| 9 | driving.  We made our case successfully at station 39, | 18:20:44 |
| 10 | which is also a unit that borders Loudoun County, that | 18:20:50 |
| 11 | they have two medics on -- in the unit as well because | 18:20:53 |
| 12 | they're also susceptible to running calls into God | 18:20:56 |
| 13 | only knows what. | 18:21:00 |
| 14 | And basically, you know, I strenuously -- I | 18:21:01 |
| 15 | sent an e-mail up to my battalion chief.  He was the | 18:21:04 |
| 16 | fill-in for the day, but I also cc-ed my battalion | 18:21:08 |
| 17 | chief who was riding as deputy that day to -- to | 18:21:09 |
| 18 | basically ask that they not do that, to do whatever | 18:21:13 |
| 19 | they could do to fill that position with another medic | 18:21:16 |
| 20 | because there's only so much that I can do as a single | 18:21:18 |
| 21 | medic on a -- on a call in Loudoun County when I don't | 18:21:21 |
| 22 | know what kind of resources I'm going to have. | 18:21:24 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

235

| | | |
|---|---|---|
| 1 | So I did send something up the chain, and | 18:21:28 |
| 2 | nothing -- I saw as recently as the other day they had | 18:21:31 |
| 3 | to -- they did another -- staffed it as one-and-one | 18:21:34 |
| 4 | for half of the day.  So, you know, whenever strenuous | 18:21:39 |
| 5 | objections that I had apparently did nothing. | 18:21:42 |
| 6 | Q    Do you remember when you sent that e-mail? | 18:21:45 |
| 7 | A    It was very recent.  I consulted with the | 18:21:48 |
| 8 | station captain and the other shift leader on the | 18:21:52 |
| 9 | other shift.  That was probably less than a month ago, | 18:21:54 |
| 10 | a month, month and a half. | 18:21:59 |
| 11 | Q    Did you get any e-mails back from the -- you | 18:22:04 |
| 12 | said you sent it to your battalion chief -- | 18:22:07 |
| 13 | A    Yes. | 18:22:10 |
| 14 | Q    -- who was filling in as the deputy chief. | 18:22:10 |
| 15 | Is that right? | 18:22:13 |
| 16 | A    That's correct. | 18:22:13 |
| 17 | Q    Did you get any e-mails back from that | 18:22:14 |
| 18 | individual responding to your concerns? | 18:22:16 |
| 19 | A    No e-mails back.  My battalion chief, once | 18:22:17 |
| 20 | he was not filling in and he was back to our battalion | 18:22:20 |
| 21 | chief that day -- not that day, but later on that | 18:22:25 |
| 22 | tour, he did come down and hear what -- you know, hear | 18:22:27 |

VIDEOTAPED DEPOSITION OF CAPTAIN NATALIE DAWN ROBB
CONDUCTED ON THURSDAY, JUNE 5, 2014

236

| | | |
|---|---|---|
| 1 | me express my views in person, but I haven't heard | 18:22:30 |
| 2 | anything. | 18:22:33 |
| 3 | And again, apparently what I did and the | 18:22:34 |
| 4 | objections that I had apparently made no difference in | 18:22:37 |
| 5 | staffing decisions because, again, the other day when | 18:22:40 |
| 6 | I was off, it was staffed as a one-and-one for half a | 18:22:44 |
| 7 | day and probably more.  It apparently happens on other | 18:22:48 |
| 8 | shifts as well on that -- at that station. | 18:22:52 |
| 9 | Q    Okay. | 18:22:55 |
| 10 | MS. BURROUGHS:  Thank you very much.  That's | 18:22:55 |
| 11 | all I have. | 18:22:56 |
| 12 | THE WITNESS:  You're welcome. | 18:22:58 |
| 13 | MS. REWARI:  I have a few follow-up. | 18:22:59 |
| 14 | FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANT | 18:23:02 |
| 15 | BY MS. REWARI: | 18:23:02 |
| 16 | Q    Your counsel asked you earlier whether you | 18:23:02 |
| 17 | run the same number of calls as the technician on your | 18:23:03 |
| 18 | unit.  If you are filling in as an EMS supervisor, | 18:23:08 |
| 19 | you're not running the same amount of calls as your | 18:23:13 |
| 20 | technician running your unit, right? | 18:23:16 |
| 21 | A    No, because I don't have a technician as an | 18:23:17 |
| 22 | EMS supervisor. | 18:23:19 |

1

1          UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF VIRGINIA

3            (Alexandria Division)

4   ------------------------X

5   GERARD MORRISON, et al., )

6          Plaintiffs,    )  Civil Action No.

7     v.                   )  1:14cv5 (CMH/JFA)

8   COUNTY OF FAIRFAX, VA., )

9          Defendant.      )

10  ------------------------X

11

12     Videotaped Deposition of CHRISTOPHER THOMPSON

13            McLean, Virginia

14          Tuesday, June 10, 2014

15              8:48 a.m.

16

17

18

19

20  Job No.: 59009

21  Pages: 1 - 266

22  Reported by: Leslie Anne Todd

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

70

| | | |
|---|---|---|
| 1 | child may have drowned, and they did CPR, whatever -- | 10:03:15 |
| 2 | Q    Okay. | 10:03:15 |
| 3 | A    -- but we -- we -- we got on the scene, | 10:03:19 |
| 4 | but everybody on the scene got a life safety award -- | 10:03:21 |
| 5 | saving award, so... | 10:03:24 |
| 6 | Q    Okay.  Okay. | 10:03:24 |
| 7 | All right.  So looking under | 10:03:30 |
| 8 | Committees -- | 10:03:30 |
| 9 | A    Mm-hmm. | 10:03:30 |
| 10 | Q    -- and you have -- skipping down to | 10:03:34 |
| 11 | "Accident Review Board." | 10:03:38 |
| 12 | A    Yes. | 10:03:39 |
| 13 | Q    How long were you and when were you on | 10:03:39 |
| 14 | the Accident Review Board? | 10:03:42 |
| 15 | A    As a safety officer, we all serve on the | 10:03:43 |
| 16 | Accident Review Board. | 10:03:46 |
| 17 | Q    Okay.  So the whole time that you were a | 10:03:50 |
| 18 | safety officer, you were on the board? | 10:03:52 |
| 19 | A    Yes. | 10:03:54 |
| 20 | Q    What did the Accident Review Board do? | 10:04:03 |
| 21 | A    Every month we have accidents, and we | 10:04:05 |
| 22 | meet monthly and we review the accidents, and we | 10:04:07 |

71

| | | |
|---|---|---|
| 1 | determine what class the accident is.  And for | 10:04:11 |
| 2 | example, Class 1 meaning that the person was truly at | 10:04:17 |
| 3 | fault, Class 5 being that the person wasn't even in | 10:04:21 |
| 4 | the vehicle and somebody backed into the car. | 10:04:25 |
| 5 | So the Accident Review Board, every | 10:04:28 |
| 6 | accident that happens in Fairfax County with our | 10:04:29 |
| 7 | apparatus, it goes amongst the board, and the board | 10:04:32 |
| 8 | consists of firefighters, from the academy, risk | 10:04:35 |
| 9 | managers, safety officers, people from the office, | 10:04:41 |
| 10 | and it's a group of folks and we determine the class | 10:04:45 |
| 11 | of the accident.  Is it a Class 1, 2, 3, 4, 5? | 10:04:48 |
| 12 | Once we determine what the class is, we | 10:04:52 |
| 13 | get the person to say what happened, we get all the | 10:04:55 |
| 14 | police reports, and we get the pictures of what | 10:04:57 |
| 15 | happened.  And we classify it as to what the | 10:05:01 |
| 16 | classification is.  And we forward that information | 10:05:04 |
| 17 | to the chiefs, and they distribute the -- whatever | 10:05:07 |
| 18 | they do with it.  We just -- we just classify the | 10:05:10 |
| 19 | accidents. | 10:05:12 |
| 20 | Q    And do you know what happens based on the | 10:05:14 |
| 21 | classification Class 1? | 10:05:18 |
| 22 | A    No. | 10:05:21 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

72

| | | | |
|---|---|---|---|
| 1 | Q | Okay. | 10:05:21 |

1     Q     Okay.                                          10:05:21

2     A     Because it happens -- it's                     10:05:22

3  individualized.  The chiefs do that.  We just class    10:05:25

4  it.  After that, it's gone.                            10:05:27

5     Q     Okay.  Is there an SOP on accident            10:05:28

6  classification, as far as what each one means?         10:05:38

7     A     Yes.                                           10:05:42

8     Q     Okay.  And so you were on this board the       10:05:45

9  entire time?                                           10:05:48

10     A     As part of what the safety officer does,      10:05:49

11  yes.                                                   10:05:54

12     Q     Okay.  So were all six safety officers on     10:05:54

13  the Accident Review Board when you were there?         10:05:56

14     A     Yes.  But anybody -- we have backup           10:05:57

15  safety officers and we have technicians, we have       10:05:59

16  different folks.  But all six, we were on the board,   10:06:01

17  whether we were there all the time or not, but we      10:06:05

18  were on the Accident Review Board.                     10:06:07

19     Q     What's the Occupational Safety and Health     10:06:08

20  Committee?                                             10:06:11

21     A     That's pretty much a -- a group              10:06:11

22  organizations and the different branches of the fire   10:06:15

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

228

| | | |
|---|---|---|
| 1 | for an hour and a half reading it.  I just signed my | 13:15:22 |
| 2 | -- I looked at my overall rating. | 13:15:24 |
| 3 | Q    Why was the overall rating important? | 13:15:24 |
| 4 | A    Because basically that's the final grade | 13:15:27 |
| 5 | to me.  So all that other stuff was -- | 13:15:29 |
| 6 | Q    Okay.  Do you see on -- the evaluation | 13:15:32 |
| 7 | has a Section B?  It says, "Don't complete this | 13:15:44 |
| 8 | section if the employee does not supervise others." | 13:15:50 |
| 9 | It starts on page 4 of the evaluation. | 13:15:53 |
| 10 | A    Yes.  Mm-hmm. | 13:15:55 |
| 11 | Q    Okay.  You are with me. | 13:15:57 |
| 12 | And do you see it's filled out? | 13:15:58 |
| 13 | A    Yes. | 13:16:01 |
| 14 | Q    Did you supervise others during this time | 13:16:04 |
| 15 | period as a safety officer? | 13:16:06 |
| 16 | A    No. | 13:16:07 |
| 17 | Q    Okay.  You didn't consider yourself | 13:16:08 |
| 18 | supervising anyone? | 13:16:21 |
| 19 | A    I know I wasn't supervising anyone. | 13:16:21 |
| 20 | Q    Okay.  All right.  So did you ever ask | 13:16:24 |
| 21 | him, Why is this being completed? | 13:16:25 |
| 22 | A    He was my boss. | 13:16:27 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

229

| | | |
|---|---|---|
| 1 | Q    Okay.  All right. | 13:16:28 |
| 2 | Looking at page 5 -- well, at an | 13:16:43 |
| 3 | emergency scene, did you supervise others? | 13:16:53 |
| 4 | A    No.  I was a safety officer.  That could | 13:16:55 |
| 5 | have been a lieutenant.  That could have been -- no. | 13:16:57 |
| 6 | Somebody is a safety officer at all times -- | 13:16:59 |
| 7 | Q    But -- | 13:17:00 |
| 8 | A    -- when I got there, I was the safety | 13:17:01 |
| 9 | officer, but I wasn't supervising.  I was looking out | 13:17:03 |
| 10 | for the safety and well-being of everybody on the | 13:17:05 |
| 11 | fire ground.  That's not supervising.  I could | 13:17:07 |
| 12 | stop -- I couldn't stop everything.  They could be | 13:17:10 |
| 13 | doing something that I didn't like.  Even if it was | 13:17:13 |
| 14 | safe, they could do it.  So that's not supervising; | 13:17:15 |
| 15 | that's watching out for their safety.  They could do | 13:17:18 |
| 16 | something, as long as it wasn't -- if it was safe, I | 13:17:22 |
| 17 | couldn't stop it.  If I was a supervisor, I could | 13:17:24 |
| 18 | stop it. | 13:17:27 |
| 19 | Q    Under "Training," there is mention of | 13:17:28 |
| 20 | bi-annual inservice training.  Do you know what that | 13:17:30 |
| 21 | is? | 13:17:34 |
| 22 | A    What page are we on? | 13:17:34 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

234

| | | | |
|---|---|---|---|
| 1 | | THE WITNESS:  Okay. | 13:34:01 |
| 2 | | MS. REWARI:  Thank you. | 13:34:02 |
| 3 | | THE WITNESS:  You are welcome.  Thank | 13:34:03 |
| 4 | you. | | 13:34:03 |
| 5 | | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 13:34:04 |
| 6 | BY MS. FAULMAN: | | 13:34:04 |
| 7 | Q | I have a few questions for you -- | 13:34:04 |
| 8 | A | You do? | 13:34:06 |
| 9 | Q | -- so don't run off just yet. | 13:34:07 |
| 10 | A | Okay. | 13:34:09 |
| 11 | Q | Were you a member of Local 2068 in 2013? | 13:34:11 |
| 12 | A | Yes. | 13:34:16 |
| 13 | Q | And you mentioned that you worked as a | 13:34:17 |
| 14 | relief lieutenant for some time. | | 13:34:20 |
| 15 | A | Yes. | 13:34:22 |
| 16 | Q | Did you ever fill in for a captain's | 13:34:24 |
| 17 | position? | | 13:34:26 |
| 18 | | MS. REWARI:  Objection.  Relevance. | 13:34:27 |
| 19 | | THE WITNESS:  Yes.  Every day I worked as | 13:34:29 |
| 20 | a relief person, I was -- when the captains took off, | | 13:34:31 |
| 21 | as a lieutenant, I filled.  That's what I did.  I | | 13:34:36 |
| 22 | rode as the captain's spot as a lieutenant. | | 13:34:39 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

235

| | | |
|---|---|---|
| 1 | BY MS. FAULMAN: | 13:34:41 |
| 2 | Q    Were you paid as a captain when you were | 13:34:41 |
| 3 | doing that? | 13:34:43 |
| 4 | A    No. | 13:34:43 |
| 5 | Q    In other words, did you receive -- | 13:34:43 |
| 6 | A    I was a lieutenant.  No. | 13:34:45 |
| 7 | Q    And if you were working overtime hours | 13:34:46 |
| 8 | when you filled in for a captain, did you receive | 13:34:48 |
| 9 | overtime pay? | 13:34:51 |
| 10 | A    Yes. | 13:34:53 |
| 11 | Q    You discussed station inspections, and | 13:35:04 |
| 12 | that you would take the portion of the form that | 13:35:08 |
| 13 | dealt with the apparatus.  Do you remember that | 13:35:10 |
| 14 | testimony? | 13:35:12 |
| 15 | A    Yes. | 13:35:12 |
| 16 | Q    Who filled out the other sections? | 13:35:12 |
| 17 | A    The -- the battalion chief.  Someone from | 13:35:14 |
| 18 | facilities went around.  We had someone from -- the | 13:35:19 |
| 19 | deputy chief was on scene.  And we may have had | 13:35:27 |
| 20 | someone from -- this was someone from -- then the EMS | 13:35:31 |
| 21 | supervisor would look at the EMS equipment.  But we | 13:35:38 |
| 22 | all would -- now, my understanding is that we all | 13:35:40 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

241

1      Q      -- Defendant's Exhibit 577A, and if you        13:40:32

2   can turn to page 4.                                      13:40:32

3      A      Okay.                                          13:40:33

4      Q      We discussed this Section B with respect       13:40:37

5   to Defendant's Exhibit 577, but I would like to do       13:40:39

6   the same thing here with 577A.                           13:40:42

7             I notice that Section B is filled out for      13:40:45

8   you on this performance evaluation.  Correct?            13:40:47

9      A      Yes.                                           13:40:50

10     Q      Did you actually supervise anyone during       13:40:50

11  this time period?                                        13:40:52

12     A      No.                                            13:40:53

13     Q      Can I have you look at Defendant's 579.        13:41:09

14  And who is Philip Pommerening?                           13:41:23

15     A      He's the battalion chief of EMS, the           13:41:25

16  emergency medical services.                              13:41:31

17     Q      So he's at the battalion chief rank?           13:41:31

18     A      Yes.                                           13:41:33

19     Q      And if you can take a look at number 1 of      13:41:33

20  his e-mail, the paragraph that starts number 1.          13:41:37

21     A      Mm-hmm.                                        13:41:43

22     Q      In this paragraph, he is disagreeing with      13:41:44

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

245

| | | |
|---|---|---|
| 1 | bullet, "Plans and participates in public relations | 13:45:37 |
| 2 | programs." | 13:45:40 |
| 3 | A    Yes. | 13:45:41 |
| 4 | Q    Are captains the only ranks that do those | 13:45:41 |
| 5 | activities? | 13:45:44 |
| 6 | A    That's all ranks. | 13:45:44 |
| 7 | Q    As a safety officer, do you have the | 13:45:53 |
| 8 | authority to assign overtime to off-duty | 13:45:55 |
| 9 | firefighters? | 13:45:59 |
| 10 | A    No. | 13:45:59 |
| 11 | Q    Do you approve leave? | 13:45:59 |
| 12 | A    No. | 13:46:01 |
| 13 | Q    Do you set minimum staffing levels? | 13:46:01 |
| 14 | A    No. | 13:46:04 |
| 15 | Q    Do you fill out any performance | 13:46:05 |
| 16 | appraisals for any subordinate officers? | 13:46:07 |
| 17 | A    No. | 13:46:09 |
| 18 | Q    Do you do any budgeting? | 13:46:09 |
| 19 | A    No. | 13:46:12 |
| 20 | Q    Do you submit a wish list? | 13:46:12 |
| 21 | A    No.  I never have. | 13:46:15 |
| 22 | Q    Do you update station policies? | 13:46:18 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

246

1       A    No.                                          13:46:21

2       Q    Do you engage in physical fitness on a      13:46:23

3    shift basis, daily shift basis?                      13:46:27

4       A    Yes.                                         13:46:29

5       Q    And how much time would you spend            13:46:29

6    engaging in physical fitness?                         13:46:30

7       A    I gave myself about two hours, two hours     13:46:34

8    a day.                                                13:46:36

9       Q    And do you participate in -- we looked at    13:46:38

10   some examples of training, so you participate in      13:46:44

11   training as a safety officer?                         13:46:46

12      A    Yes.                                         13:46:47

13      Q    And can you estimate how much time you        13:46:47

14   spend in training on any given shift?                 13:46:50

15      A    I can give you -- probably about -- I'd       13:46:53

16   say ten hours a month.  So I would say an hour a day.  13:46:57

17   Some days it's three hours and some days it's zero.    13:47:01

18      Q    So if you average it out?                     13:47:04

19      A    I would say an hour a day and ten days a      13:47:05

20   month average.                                        13:47:09

21      Q    As a safety officer, did you have any         13:47:10

22   responsibility with respect to discipline?            13:47:12

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

247

```
1        A    No.  I never -- no.                    13:47:14

2        Q    And what do you consider the most      13:47:18

3    important job duty of the safety officer to be? 13:47:21

4        A    Safety of our members who -- ensuring the  13:47:24

5    safety of our members and the citizens.         13:47:29

6        Q    And you mentioned that you could be    13:47:36

7    dispatched, correct?                            13:47:43

8        A    Yes.                                    13:47:44

9        Q    If you were dispatched to a call, and you  13:47:45

10   were completing -- and one of the various e-mails  13:47:50

11   that we looked at, for example --               13:47:53

12       A    Yes.                                    13:47:54

13       Q    -- would you finish the e-mail or would  13:47:54

14   you respond to the call?                         13:47:57

15       A    You would stop and you go.  You would go  13:47:59

16   to the call.                                     13:48:02

17       Q    And if you were in a battalion management  13:48:03

18   team meeting, and you were dispatched to a call, what  13:48:06

19   would you do?                                    13:48:09

20       A    You'd go.                               13:48:10

21       Q    And what if you were serving on one of  13:48:11

22   the committees, did you do that while you were on  13:48:13
```

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

248

| | | |
|---|---|---|
| 1 | duty? | 13:48:15 |
| 2 | A    Yes.  We had ARBs, it's all safety | 13:48:16 |
| 3 | officers, two of them are working at the time, so if | 13:48:20 |
| 4 | they got the call, they left. | 13:48:22 |
| 5 | Q    Okay.  So you would leave that committee | 13:48:23 |
| 6 | meeting? | 13:48:25 |
| 7 | A    Yes.  Whatever meeting -- if you were in | 13:48:25 |
| 8 | a committee and you worked, you left. | 13:48:26 |
| 9 | Q    Do you have any purchasing authority as a | 13:48:30 |
| 10 | safety officer or did you? | 13:48:32 |
| 11 | A    You mean like with a card or -- | 13:48:33 |
| 12 | Q    Right, exactly. | 13:48:37 |
| 13 | A    No. | 13:48:38 |
| 14 | Q    And there was some discussion about if | 13:48:41 |
| 15 | you saw an immediate danger on a fire or emergency | 13:48:43 |
| 16 | scene.  Do you recall that? | 13:48:47 |
| 17 | A    Yes. | 13:48:48 |
| 18 | Q    Did you decide that that was an immediate | 13:48:50 |
| 19 | danger based on your skills and technical abilities? | 13:48:53 |
| 20 | A    Yes. | 13:48:56 |
| 21 | Q    And you applied -- you used those skills | 13:48:56 |
| 22 | and looked at the facts of the call? | 13:48:59 |

VIDEOTAPED DEPOSITION OF CHRISTOPHER THOMPSON
CONDUCTED ON TUESDAY, JUNE 10, 2014

249

| | | |
|---|---|---|
| 1 | A    Yes.  I looked at the big picture and | 13:49:00 |
| 2 | decided that this is unsafe. | 13:49:02 |
| 3 | Q    And would you ever apply the facts that | 13:49:05 |
| 4 | you saw against any standards, standard operating | 13:49:09 |
| 5 | procedures, protocols, et cetera? | 13:49:12 |
| 6 | A    No. | 13:49:14 |
| 7 | Q    No? | 13:49:14 |
| 8 | And you had been working for about 23 | 13:49:19 |
| 9 | years before you took the captain's exam, correct? | 13:49:21 |
| 10 | A    Yes. | 13:49:25 |
| 11 | Q    Why did you wait so long to take the | 13:49:27 |
| 12 | captain's exam? | 13:49:29 |
| 13 | A    No, I took the captain's exam in '90 -- | 13:49:31 |
| 14 | earlier, but I decided that I -- lieutenants made | 13:49:33 |
| 15 | more money.  So I -- I stayed with lieutenant due to | 13:49:36 |
| 16 | the fact that I knew I could get FLSA money. | 13:49:40 |
| 17 | Q    Okay.  And do you know if lieutenants who | 13:49:43 |
| 18 | are further up in the step make more without overtime | 13:49:48 |
| 19 | than a new captain who has not yet attained a Step | 13:49:55 |
| 20 | 10? | 13:50:00 |
| 21 | A    Oh, of course, yes.  Yes. | 13:50:00 |
| 22 | MS. FAULMAN:  Okay.  I have no further | 13:51:02 |

1

1              UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF VIRGINIA

3                  (Alexandria Division)

4     --------------------------x

5      GERARD MORRISON, et al.,  :

6              Plaintiffs,    :  Civ. Action No.

7          v.              :  1:14cv5 (CMH/JFA)

8      COUNTY OF FAIRFAX, VA.,   :

9              Defendant.     :

10    --------------------------x

11

12            CONTAINS CONFIDENTIAL PORTIONS

13           SUBJECT TO PROTECTIVE ORDER

14            Videotaped Deposition of

15             WILLIAM DAVID VANNOY

16              McLean, Virginia

17             Friday, June 6, 2014

18                 8:45 a.m.

19

20    Job No.: 59007

21    Pages: 1 - 312

22    Reported By: Rebecca Stonestreet, RPR, CRR

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

145

| | | |
|---|---|---|
| 1 | probably, because they're going to have an ALS | 11:54:30 |
| 2 | provider on the trucks starting here in July.  So | 11:54:33 |
| 3 | they're going to be responding on it, the same | 11:54:36 |
| 4 | events that the engine is as well. | 11:54:39 |
| 5 | Q    Separately from the engine? | 11:54:40 |
| 6 | A    Correct. | 11:54:41 |
| 7 | Q    So you wouldn't send both the tower and | 11:54:42 |
| 8 | the engine for the same -- | 11:54:46 |
| 9 | A    Depending on the nature of the event, | 11:54:49 |
| 10 | basically -- you know, dispatch has their | 11:54:51 |
| 11 | algorithms, so they're going to dispatch.  Now, the | 11:54:53 |
| 12 | officer has the discretion to add on to that call. | 11:54:57 |
| 13 | He doesn't have the discretion to not go on the | 11:55:04 |
| 14 | call, but he has the discretion to add on if he | 11:55:07 |
| 15 | thinks he needs an additional resource to the | 11:55:10 |
| 16 | event. | 11:55:14 |
| 17 | Q    Let's look at Exhibit 468.  Do you | 11:55:14 |
| 18 | recognize this as an e-mail from you to | 11:55:44 |
| 19 | Tony Kostecka and Patrick Sheehan? | 11:55:47 |
| 20 | A    Yes. | 11:55:57 |
| 21 | Q    And you sent this just a couple of months | 11:55:59 |
| 22 | ago, on March 9, 2014.  Right? | 11:56:00 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

173

| | | |
|---|---|---|
| 1 | where we can -- you know, a house fire or a | 12:23:31 |
| 2 | townhouse fire; you know, we don't run these | 12:23:33 |
| 3 | enough.  So to be able to practice these type of | 12:23:35 |
| 4 | scenarios and get everybody -- getting the hands-on | 12:23:37 |
| 5 | muscle memory-type stuff, and -- you know, also | 12:23:40 |
| 6 | seeing what some of the snafus are that can happen | 12:23:43 |
| 7 | in an event, and hey, here's why this works better | 12:23:45 |
| 8 | or this is a better practice.  And, you know, it | 12:23:48 |
| 9 | can also give us time to explore other options of | 12:23:51 |
| 10 | how we would advance lines or search or... | 12:23:54 |
| 11 | Q    Uh-huh.  So did this training -- did you | 12:23:57 |
| 12 | take advantage of this training opportunity, then? | 12:24:11 |
| 13 | A    Yes. | 12:24:13 |
| 14 | Q    So can you tell me about that?  What did | 12:24:13 |
| 15 | you participate in? | 12:24:19 |
| 16 | A    Myself individually or the... | 12:24:20 |
| 17 | Q    Well, what were you there for? | 12:24:24 |
| 18 | A    We were there -- like I say, we were up | 12:24:25 |
| 19 | there stretching lines, we were doing forcible | 12:24:30 |
| 20 | entry, we were actually doing some firefighter | 12:24:34 |
| 21 | down, Mayday scenarios.  I think I mentioned | 12:24:36 |
| 22 | search, if I didn't mention search. | 12:24:41 |

174

| | | |
|---|---|---|
| 1 | And then basically, like I said, doing | 12:24:41 |
| 2 | the high-rise evolutions where we actually have to | 12:24:42 |
| 3 | take a set of hose up and actually connect it to | 12:24:45 |
| 4 | the standpipe and stretch it around multiple | 12:24:48 |
| 5 | corners, which turns into a -- you know, it's a | 12:24:49 |
| 6 | very hands-on, "everybody is working" type of | 12:24:51 |
| 7 | event. | 12:24:53 |
| 8 | Q    Did you then participate in this -- I | 12:24:54 |
| 9 | mean, did your entire shift go out? | 12:24:58 |
| 10 | A    Yes. | 12:25:00 |
| 11 | Q    And were there other -- crews from other | 12:25:00 |
| 12 | shifts at other stations there, too? | 12:25:10 |
| 13 | A    Yeah.  We broke it up into morning and | 12:25:11 |
| 14 | afternoon splits so that some of the stations were | 12:25:13 |
| 15 | there in the morning and some were in the afternoon | 12:25:15 |
| 16 | so that... | 12:25:18 |
| 17 | Q    How many days? | 12:25:18 |
| 18 | A    I think it was two days.  The first day | 12:25:18 |
| 19 | was doing this type stuff, and then once they got | 12:25:21 |
| 20 | close to where they had to do some asbestos | 12:25:23 |
| 21 | abatement, we were actually able to do some rooftop | 12:25:29 |
| 22 | ventilation, which is, again, another, you know, | 12:25:32 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

175

| | | |
|---|---|---|
| 1 | frequently completed task that requires a lot of | 12:25:35 |
| 2 | manpower, a lot of time on task. | 12:25:37 |
| 3 | And, you know, especially for junior | 12:25:40 |
| 4 | members of the department, they don't realize how | 12:25:42 |
| 5 | long it's going to take and what the work is that's | 12:25:45 |
| 6 | required to get through the layers of, you know, a | 12:25:48 |
| 7 | built-up commercial roof like that.  So it provided | 12:25:51 |
| 8 | an opportunity for them and also gave the ladder | 12:25:54 |
| 9 | truck operators the ability to spot the buildings. | 12:25:59 |
| 10 | And so it was a two-day event, and that was the | 12:26:01 |
| 11 | second day, and it was more looking at the rooftop | 12:26:02 |
| 12 | ventilation. | 12:26:06 |
| 13 | MS. REWARI:  Can we go off the record for | 12:26:31 |
| 14 | a second? | 12:26:33 |
| 15 | THE VIDEOGRAPHER:  We'll go off the | 12:26:34 |
| 16 | record.  The time is 12:26. | 12:26:35 |
| 17 | (OFF THE RECORD.) | 12:27:05 |
| 18 | THE VIDEOGRAPHER:  Back on the record. | 12:27:05 |
| 19 | The time is 12:27. | 12:27:07 |
| 20 | Q    I'd like to show you Exhibit 477.  Do you | 12:27:09 |
| 21 | recall this e-mail exchange on November 1st, 2013? | 12:27:31 |
| 22 | You can take a moment. | 12:27:45 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

266

| | | |
|---|---|---|
| 1 | Q    And during the time that you were the -- | 14:49:10 |
| 2 | the hour to hour and a half that you were both | 14:49:15 |
| 3 | revising the policy and installing screws into | 14:49:18 |
| 4 | what?  Can you just clarify, what were you | 14:49:22 |
| 5 | installing the screws into? | 14:49:24 |
| 6 | A    To mount a clipboard to, so that if | 14:49:25 |
| 7 | people identified items that needed to be ordered, | 14:49:28 |
| 8 | they could put it on the board. | 14:49:32 |
| 9 | Q    So putting a screw in the wall? | 14:49:32 |
| 10 | A    Correct. | 14:49:34 |
| 11 | Q    During the time that you were either | 14:49:34 |
| 12 | writing or revising that policy or putting the | 14:49:37 |
| 13 | screw in the wall, what would happen if a call came | 14:49:39 |
| 14 | in for your apparatus? | 14:49:44 |
| 15 | A    We went out on the call. | 14:49:45 |
| 16 | Q    Would you finish the policy first? | 14:49:47 |
| 17 | A    No. | 14:49:49 |
| 18 | Q    And the policy involves ordering supplies | 14:49:49 |
| 19 | like car wash supplies.  Correct? | 14:49:54 |
| 20 | A    Correct. | 14:49:56 |
| 21 | Q    Would you consider ordering car wash | 14:49:57 |
| 22 | supplies to be your most important job duty? | 14:50:00 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

267

| | | |
|---|---|---|
| 1 | A    No. | 14:50:02 |
| 2 | Q    And what would happen if, when you were | 14:50:03 |
| 3 | ordering car wash supplies, a call came in?  Would | 14:50:05 |
| 4 | you respond to that call or would you have to | 14:50:08 |
| 5 | finish completing the order? | 14:50:10 |
| 6 | A    We would go out on the call. | 14:50:12 |
| 7 | Q    Okay.  If you can look at the documents | 14:50:14 |
| 8 | that are marked at the bottom, I'm going to refer | 14:50:16 |
| 9 | to the numbers at the bottom.  It's just the | 14:50:18 |
| 10 | easier -- | 14:50:21 |
| 11 | A    Okay. | 14:50:21 |
| 12 | Q    -- way to do it.  1-02390. | 14:50:22 |
| 13 | And this is about the -- and I believe | 14:50:26 |
| 14 | you said it was called SIOC? | 14:50:28 |
| 15 | A    SIOC. | 14:50:30 |
| 16 | Q    Okay.  Does the fire chief send any | 14:50:31 |
| 17 | e-mails to personnel about his expectations of | 14:50:37 |
| 18 | SIOC, through e-mails? | 14:50:43 |
| 19 | A    Yes, he has sent out e-mails with | 14:50:43 |
| 20 | expectations. | 14:50:47 |
| 21 | Q    And do you know who he sends those to? | 14:50:47 |
| 22 | A    To everybody. | 14:50:50 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

273

| | | |
|---|---|---|
| 1 | A    No. | 14:55:45 |
| 2 | Q    The county's attorney showed you a number | 14:55:49 |
| 3 | of class specifications that were attached to a | 14:56:03 |
| 4 | document concerning this special operations | 14:56:07 |
| 5 | project.  Were you ever asked to look at the | 14:56:11 |
| 6 | percentage of time captains spent on various tasks | 14:56:13 |
| 7 | in a class specification? | 14:56:17 |
| 8 | A    No. | 14:56:18 |
| 9 | Q    We talked generally about FRD 43s. | 14:56:19 |
| 10 | A    Okay. | 14:56:40 |
| 11 | Q    I don't think you have to look at it. | 14:56:40 |
| 12 | A    Okay. | 14:56:43 |
| 13 | Q    If you feel like you need to, let me | 14:56:43 |
| 14 | know. | 14:56:46 |
| 15 | A    Okay. | 14:56:46 |
| 16 | Q    Are any other ranks other than captains | 14:56:46 |
| 17 | allowed to sign FRD 43s? | 14:56:49 |
| 18 | A    All officers are allowed to sign FRD 43s, | 14:56:54 |
| 19 | from fire chief down to lieutenants. | 14:56:58 |
| 20 | Q    And when you sign a FRD43, are you | 14:57:01 |
| 21 | assigning the overtime? | 14:57:01 |
| 22 | A    No, I'm not. | 14:57:01 |

274

| | | |
|---|---|---|
| 1 | Q    What are you doing? | 14:57:10 |
| 2 | A    Just basically saying that I'm verifying | 14:57:10 |
| 3 | that they were there for a certain time period. | 14:57:11 |
| 4 | Q    Is it like taking attendance? | 14:57:12 |
| 5 | A    Yes. | 14:57:14 |
| 6 | Q    And you're not approving the payment of | 14:57:14 |
| 7 | that overtime pay, are you? | 14:57:18 |
| 8 | A    Correct. | 14:57:20 |
| 9 | Q    Correct that you are or you are not? | 14:57:21 |
| 10 | A    I am not. | 14:57:23 |
| 11 | Q    And if you ever were signing one of those | 14:57:23 |
| 12 | FRD 43s and a call came through, would you finish | 14:57:34 |
| 13 | the form or would you go on the call? | 14:57:38 |
| 14 | A    Generally, I was off duty when I was -- | 14:57:40 |
| 15 | if it's associated with the project, I was | 14:57:42 |
| 16 | generally off duty, so there weren't any calls at | 14:57:45 |
| 17 | the time.  But if I'm doing a 43 for somebody | 14:57:48 |
| 18 | working overtime on my shift and I get a call, then | 14:57:51 |
| 19 | I would go on the call. | 14:57:53 |
| 20 | Q    Are you required to go on the call? | 14:57:54 |
| 21 | A    Yes. | 14:57:56 |
| 22 | Q    If you can take a look at Defendant's | 14:57:56 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

275

| | | |
|---|---|---|
| 1 | Exhibit 468. | 14:58:04 |
| 2 | A    Which one is it?  Did I back it out here? | 14:58:04 |
| 3 | Q    I think they're in order somewhat.  It's | 14:58:28 |
| 4 | dated March 9th, 2014.  It's about the electrical | 14:58:31 |
| 5 | work. | 14:58:35 |
| 6 | A    Got it.  Uh-huh. | 14:58:35 |
| 7 | Q    If you were drafting this e-mail and a | 14:58:38 |
| 8 | tone came through, would you finish the e-mail or | 14:58:40 |
| 9 | would you go on the call? | 14:58:42 |
| 10 | A    I would go on a call. | 14:58:43 |
| 11 | Q    And is that something that the county | 14:58:44 |
| 12 | would expect? | 14:58:47 |
| 13 | MS. REWARI:  Object to form. | 14:58:48 |
| 14 | Q    You can answer. | 14:58:49 |
| 15 | A    Yes. | 14:58:50 |
| 16 | Q    If you can go to the next exhibit, | 14:58:50 |
| 17 | Defendant's Exhibit 484, the same question.  Is it | 14:58:53 |
| 18 | more important for you to finish this e-mail or to | 14:58:57 |
| 19 | go on a call if a call comes through? | 14:58:59 |
| 20 | A    Go on the call. | 14:59:02 |
| 21 | Q    And generally, can you estimate how much | 14:59:04 |
| 22 | time you would spend on any given shift on e-mails | 14:59:10 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

276

| | | |
|---|---|---|
| 1 | like the two that we just looked at, which are, for | 14:59:14 |
| 2 | the record, Defendant's Exhibit 468 and 484, the | 14:59:17 |
| 3 | electrical work e-mail and the roof leakage e-mail? | 14:59:21 |
| 4 | A    One would probably be at most 10 minutes, | 14:59:25 |
| 5 | just accounting for names and numbers, and the | 14:59:29 |
| 6 | other one would just be a couple of minutes. | 14:59:32 |
| 7 | Q    And can you give an average for the | 14:59:34 |
| 8 | amount of time you spend sending similar e-mails | 14:59:37 |
| 9 | when you're working as a Captain I in operations, | 14:59:41 |
| 10 | each shift? | 14:59:44 |
| 11 | A    Maybe 20, 30 minutes.  I mean, | 14:59:45 |
| 12 | 20 minutes, 15 minutes.  It's a non-negligible part | 14:59:49 |
| 13 | of the day, usually. | 14:59:53 |
| 14 | Q    Okay.  If you can look at Defendant's | 14:59:55 |
| 15 | Exhibit 478.  And this is the e-mail about -- | 14:59:58 |
| 16 | actually, we have the e-mail about cleaning | 15:00:03 |
| 17 | supplies.  Same question as I've been asking.  If | 15:00:11 |
| 18 | you were working on putting in the order for car | 15:00:13 |
| 19 | wash and a call came through, would the county | 15:00:19 |
| 20 | expect you to interrupt ordering the cleaning | 15:00:22 |
| 21 | supplies to go to the call? | 15:00:25 |
| 22 | A    Yes. | 15:00:26 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

277

| | | |
|---|---|---|
| 1 | Q    And turning to Defendant's Exhibit 466, | 15:00:27 |
| 2 | who -- which ranks fill out these reports of | 15:00:45 |
| 3 | work-related injury and illnesses? | 15:00:48 |
| 4 | MS. REWARI:  Objection.  Asked and | 15:00:50 |
| 5 | answered. | 15:00:54 |
| 6 | Q    I don't recall the answer, so if you | 15:00:54 |
| 7 | don't mind letting me know. | 15:00:56 |
| 8 | A    Any officer. | 15:01:01 |
| 9 | Q    And would that include lieutenants? | 15:01:01 |
| 10 | A    Correct. | 15:01:04 |
| 11 | Q    Okay.  And if you were working on filling | 15:01:04 |
| 12 | out one of these forms and a call came through, | 15:01:05 |
| 13 | does the county expect you to finish the form or go | 15:01:08 |
| 14 | on the call? | 15:01:10 |
| 15 | MS. REWARI:  Object to form. | 15:01:11 |
| 16 | A    Go on the call. | 15:01:12 |
| 17 | Q    And is that what you would do? | 15:01:13 |
| 18 | A    Yes. | 15:01:15 |
| 19 | Q    We talked about the training that you did | 15:01:15 |
| 20 | in the 2nd Battalion in that three -- I think it | 15:01:34 |
| 21 | was a three-story building. | 15:01:38 |
| 22 | A    Uh-huh. | 15:01:39 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

278

| | | |
|---|---|---|
| 1 | Q    When you were doing that training, were | 15:01:40 |
| 2 | you put out of service or did you remain in | 15:01:42 |
| 3 | service? | 15:01:45 |
| 4 | A    Actually, for that training we were out | 15:01:45 |
| 5 | of service. | 15:01:47 |
| 6 | Q    Okay.  So you would not get a call if you | 15:01:47 |
| 7 | were out of service.  Is that correct? | 15:01:50 |
| 8 | A    Correct.  Correct. | 15:01:54 |
| 9 | Q    Okay.  And the e-mail that you drafted | 15:01:55 |
| 10 | notifying a number of Battalion 1 captains about | 15:01:58 |
| 11 | the training opportunity, if you were drafting that | 15:02:02 |
| 12 | e-mail to those battalion -- sorry.  Battalion | 15:02:05 |
| 13 | chiefs -- or those are Battalion 1 captains.  I | 15:02:09 |
| 14 | apologize.  I just confused the record. | 15:02:16 |
| 15 | It looks look you e-mailed the captains | 15:02:18 |
| 16 | assigned to Battalion 1.  Correct? | 15:02:21 |
| 17 | A    Correct. | 15:02:24 |
| 18 | Q    Okay.  During the process of you drafting | 15:02:24 |
| 19 | this e-mail to those captains, if a call came | 15:02:27 |
| 20 | through, would you go on the call or would you | 15:02:27 |
| 21 | finish drafting the e-mail? | 15:02:28 |
| 22 | A    Go on the call. | 15:02:28 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

279

| 1 | Q    If you can look at Defendant's | 15:02:30 |
| 2 | Exhibit 477. | 15:02:50 |
| 3 | A    Which? | 15:02:50 |
| 4 | Q    It's the one involving the promotional | 15:02:51 |
| 5 | exam assessor opportunities for lieutenants. | 15:02:55 |
| 6 | A    Yeah.  Back here. | 15:02:58 |
| 7 | Q    Couple of pages -- well, and I'll ask you | 15:03:06 |
| 8 | questions.  You might not even need to refer to the | 15:03:09 |
| 9 | document.  And if you do, then we'll look for it. | 15:03:11 |
| 10 | A    Okay. | 15:03:13 |
| 11 | Q    Do you recall, was that Lieutenant -- | 15:03:14 |
| 12 | Lieutenant Iturrino? | 15:03:18 |
| 13 | A    Iturrino. | 15:03:19 |
| 14 | Q    Was he asking for a promotion within | 15:03:20 |
| 15 | Fairfax department? | 15:03:23 |
| 16 | A    No.  He was requesting to be considered | 15:03:24 |
| 17 | to be an assessor for another promotional | 15:03:27 |
| 18 | assessment center for another jurisdiction. | 15:03:31 |
| 19 | Q    Okay.  So he also wasn't asking for a | 15:03:32 |
| 20 | full-time job in another jurisdiction, was he? | 15:03:35 |
| 21 | A    No.  He was going to be an assessor for | 15:03:37 |
| 22 | their promotional process. | 15:03:40 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

280

```
 1      Q    Okay.  So it was something like being on       15:03:42

 2   a committee of sorts?                                  15:03:44

 3      A    Being an assessor for the process.             15:03:47

 4      Q    And if you were drafting that e-mail,          15:03:51

 5   would you interrupt drafting that to take a call if    15:03:55

 6   the alarm went off?                                    15:03:59

 7      A    Yes.                                           15:03:59

 8      Q    And what about performance evaluations?        15:04:00

 9   We don't have to go through them so we don't have      15:04:02

10   to worry about the record.  But when you were         15:04:04

11   drafting or filling out performance evaluations for   15:04:07

12   your subordinates and a call came through, would      15:04:10

13   you interrupt the drafting of those performance       15:04:12

14   evaluations to respond to a call?                     15:04:14

15      A    Absolutely.                                    15:04:16

16      Q    And do you believe that's something the       15:04:16

17   county expects of you?                                15:04:18

18      A    Yes.                                           15:04:22

19      Q    And we talked about a few of the oral         15:04:23

20   reprimand sessions.                                   15:04:36

21      A    (No verbal response.)                         15:04:37

22      Q    If you were doing an oral reprimand           15:04:38
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

281

| | | |
|---|---|---|
| 1 | session and a call came through, would the county | 15:04:40 |
| 2 | expect you and whomever you were with to respond to | 15:04:42 |
| 3 | a call? | 15:04:45 |
| 4 | A    Yes. | 15:04:45 |
| 5 | MS. REWARI:   Objection.   Lacks | 15:04:46 |
| 6 | foundation. | 15:04:47 |
| 7 | Q    Do you know if the county would expect | 15:04:48 |
| 8 | that? | 15:04:50 |
| 9 | A    Yes. | 15:04:50 |
| 10 | Q    And is that -- would that be your | 15:04:50 |
| 11 | practice? | 15:04:53 |
| 12 | A    It would be. | 15:04:53 |
| 13 | Q    Okay.   And what about some of the | 15:04:54 |
| 14 | informal sessions, discussion sessions that you had | 15:04:56 |
| 15 | with your subordinates?   If you were engaging in | 15:05:01 |
| 16 | one of those discussions and a call came through, | 15:05:04 |
| 17 | what is your understanding of what the county | 15:05:08 |
| 18 | expects from you? | 15:05:09 |
| 19 | A    That we would go on the call and then | 15:05:10 |
| 20 | resume the conversation when we got back. | 15:05:12 |
| 21 | Q    Do you have the authority as a Captain I | 15:05:14 |
| 22 | to assign overtime to off-duty firefighters? | 15:05:20 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

282

| | | |
|---|---|---|
| 1 | A    No, I don't. | 15:05:23 |
| 2 | Q    Do you have the authority to approve | 15:05:24 |
| 3 | leave? | 15:05:26 |
| 4 | A    I don't. | 15:05:26 |
| 5 | Q    Do you have the authority to set minimum | 15:05:27 |
| 6 | staffing levels? | 15:05:29 |
| 7 | A    I don't. | 15:05:30 |
| 8 | Q    Do you have the authority to set the | 15:05:31 |
| 9 | budget? | 15:05:32 |
| 10 | A    I do not. | 15:05:32 |
| 11 | Q    Do you have the authority to do any | 15:05:33 |
| 12 | budgeting at all? | 15:05:35 |
| 13 | A    Operate -- no, not at the station, no. | 15:05:37 |
| 14 | Q    Okay.  Who in the rank structure has the | 15:05:41 |
| 15 | responsibility for reporting observed disciplinary | 15:05:46 |
| 16 | infractions? | 15:05:49 |
| 17 | A    Everybody. | 15:05:50 |
| 18 | Q    And what does "everybody" include? | 15:05:51 |
| 19 | A    All ranks, firefighters through the fire | 15:05:56 |
| 20 | chief. | 15:05:59 |
| 21 | Q    And when you complete an evaluation for a | 15:05:59 |
| 22 | lieutenant, do you fill out the section of the | 15:06:04 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

283

| | | |
|---|---|---|
| 1 | evaluation form that discusses Leadership | 15:06:06 |
| 2 | Capabilities?  Section B? | 15:06:08 |
| 3 | A    The supervisory portion? | 15:06:12 |
| 4 | Q    Yes. | 15:06:13 |
| 5 | A    Yes. | 15:06:14 |
| 6 | Q    So you fill that out for lieutenants? | 15:06:16 |
| 7 | A    Correct. | 15:06:18 |
| 8 | Q    Do you have any purchasing authority as a | 15:06:18 |
| 9 | Captain I in operations? | 15:06:20 |
| 10 | A    I do not. | 15:06:21 |
| 11 | Q    Do you have a credit card? | 15:06:22 |
| 12 | A    I don't. | 15:06:23 |
| 13 | Q    How much time per year do you spend | 15:06:24 |
| 14 | working on performance evaluations? | 15:06:28 |
| 15 | A    Maybe in completing the assessment, an | 15:06:30 |
| 16 | hour and a half per, times five employees. | 15:06:39 |
| 17 | 10 hours, 12 hours. | 15:06:45 |
| 18 | Q    And that's per year? | 15:06:46 |
| 19 | A    Per year. | 15:06:47 |
| 20 | Q    In addition to the training in the | 15:06:48 |
| 21 | multilevel building that we talked about, do you do | 15:06:58 |
| 22 | other types of training at your station? | 15:07:01 |

284

1   A    Yes.                                              15:07:03

2   Q    What kinds of training?                           15:07:03

3   A    EMS training, hazmat training, fire               15:07:04

4   suppression training.  Anything from pulling hose      15:07:09

5   lines, throwing ladders, to doing EMS drills to        15:07:12

6   practicing mega codes, which is an EMS-type drill.     15:07:16

7   Q    Do you lead all of those training               15:07:20

8   sessions?                                              15:07:22

9   A    I do not.                                         15:07:22

10   Q    Who would lead them?                             15:07:25

11   A    Anybody within the station can lead the          15:07:25

12   training, especially if they have an expertise, if    15:07:27

13   somebody has hazmat or somebody has swift water --    15:07:30

14   you know, has the higher rope qualification.  They    15:07:32

15   would teach that.                                     15:07:34

16   Q    And if somebody else is leading the             15:07:35

17   training, meaning not yourself as the Captain I,      15:07:37

18   what do you do during that training time?             15:07:40

19   A    I participate.                                   15:07:43

20   Q    How much time per shift, if you can             15:07:43

21   estimate, do you spend engaged in training?           15:07:46

22   A    Of the various sorts, probably three and         15:07:48

285

| | | |
|---|---|---|
| 1 | a half to four hours a day would be a fair | 15:08:01 |
| 2 | assessment.  Also depending on call volume; | 15:08:03 |
| 3 | obviously if we have calls, we have to go on the | 15:08:07 |
| 4 | calls, but... | 15:08:09 |
| 5 | Q    So if you're in the middle of the | 15:08:09 |
| 6 | training and there's a call, do you interrupt the | 15:08:11 |
| 7 | training? | 15:08:13 |
| 8 | A    Yes. | 15:08:13 |
| 9 | Q    And you go on the call? | 15:08:13 |
| 10 | A    Yes. | 15:08:15 |
| 11 | Q    Have you updated any station policies | 15:08:15 |
| 12 | besides the one we looked at about supplies? | 15:08:21 |
| 13 | A    No. | 15:08:24 |
| 14 | Q    And you mentioned at one point you were | 15:08:24 |
| 15 | in a wait room while another person was running | 15:08:30 |
| 16 | around, running around the outside of the station. | 15:08:33 |
| 17 | Is that part of your physical fitness training? | 15:08:37 |
| 18 | A    Yes. | 15:08:39 |
| 19 | Q    And is that something that you engage in | 15:08:39 |
| 20 | on a daily basis or a shift basis? | 15:08:42 |
| 21 | A    Shift basis, yes. | 15:08:44 |
| 22 | Q    And how many hours per shift do you spend | 15:08:46 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

286

| | | |
|---|---|---|
| 1 | engaged in physical fitness? | 15:08:48 |
| 2 | A    Usually averages an hour and a half a | 15:08:49 |
| 3 | day, hour and a half to two hours per day. | 15:08:53 |
| 4 | Q    And you're doing that physical fitness. | 15:08:55 |
| 5 | Correct? | 15:08:58 |
| 6 | A    Everybody is doing it. | 15:08:58 |
| 7 | Q    And this is going to sound silly, but is | 15:09:02 |
| 8 | it like an aerobics class or does everybody do | 15:09:04 |
| 9 | their own thing? | 15:09:08 |
| 10 | A    Everybody does their own thing.  Some of | 15:09:09 |
| 11 | us try to do CrossFit-type exercise, some people do | 15:09:12 |
| 12 | treadmill, some people run. | 15:09:15 |
| 13 | Q    Okay.  And how much time can you estimate | 15:09:21 |
| 14 | that you spend in a month's worth of shifts | 15:09:23 |
| 15 | reporting disciplinary infractions up the chain of | 15:09:30 |
| 16 | command? | 15:09:31 |
| 17 | A    Half hour, if that, depending on the | 15:09:31 |
| 18 | number. | 15:09:39 |
| 19 | Q    What do you consider to be your most | 15:09:39 |
| 20 | important job duty as a Captain I in operations? | 15:09:49 |
| 21 | A    Ensuring the safety of the community by | 15:09:52 |
| 22 | responding to the emergencies, and then also | 15:09:56 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

287

| | | |
|---|---|---|
| 1 | ensuring that the crew can -- you know, is trained | 15:10:00 |
| 2 | and well equipped to respond on the emergencies. | 15:10:03 |
| 3 | Q    And are you assigned to an apparatus? | 15:10:07 |
| 4 | You talked a little bit about it earlier today. | 15:10:10 |
| 5 | A    Typically, I'm assigned to Engine 436, | 15:10:13 |
| 6 | but I can ride all three and have rode all three in | 15:10:16 |
| 7 | my time at Station 436. | 15:10:20 |
| 8 | Q    And let's -- in this hypothetical, let's | 15:10:22 |
| 9 | say you're assigned to Engine 436 for the day. | 15:10:27 |
| 10 | Does that unit, if you're assigned to 436, let's | 15:10:32 |
| 11 | say tomorrow, and that unit gets called out, do you | 15:10:36 |
| 12 | go on every single call that that unit is called? | 15:10:40 |
| 13 | A    I do. | 15:10:43 |
| 14 | Q    And do you go with the lieutenant -- is | 15:10:43 |
| 15 | it a lieutenant that's on with you?  I don't | 15:10:47 |
| 16 | believe so.  It's a driver? | 15:10:51 |
| 17 | A    Yeah, a driver and two firefighters or a | 15:10:53 |
| 18 | driver, a paramedic, and a firefighter. | 15:10:55 |
| 19 | Q    And do you spend the same amount of time | 15:10:56 |
| 20 | on calls as those three individuals? | 15:10:58 |
| 21 | A    I do. | 15:11:01 |
| 22 | Q    And what do you do when you respond to an | 15:11:02 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

288

1    emergency call when you're riding on Engine 436?        15:11:06

2            MS. REWARI:  Object to form.  Vague.            15:11:10

3        A    Whatever needs to be done, whether it's        15:11:12

4    giving people direction, getting involved in           15:11:15

5    patient care, putting out a fire, throwing a           15:11:17

6    ladder, pulling hose lines.                            15:11:21

7        Q    And how often on a shift are you involved      15:11:24

8    in patient care?                                       15:11:29

9        A    Time period involved with --                  15:11:30

10       Q    How many times, if you can estimate?           15:11:35

11       A    Probably average four, five, six calls a      15:11:37

12   day that are medically related.                        15:11:42

13       Q    And do you participate in patient care on      15:11:44

14   every call to which you're dispatched?                 15:11:48

15       A    I do.  I do.  I'm one of the paramedics.      15:11:49

16       Q    And is that something you're required to       15:11:51

17   do?                                                    15:11:53

18       A    As?                                           15:11:54

19       Q    As a paramedic?                               15:11:55

20       A    Yes.                                          15:11:56

21       Q    And when you're functioning on that unit,     15:11:56

22   you're functioning on the unit as a Captain I and a    15:12:03

CONFIDENTIAL VIDEOTAPED DEPOSITION OF WILLIAM DAVID VANNOY
CONDUCTED ON FRIDAY, JUNE 6, 2014

289

| | | |
|---|---|---|
| 1 | paramedic.  Is that correct? | 15:12:06 |
| 2 | A    Correct. | 15:12:07 |
| 3 | Q    You referenced a report about response | 15:12:07 |
| 4 | times. | 15:12:14 |
| 5 | A    Uh-huh. | 15:12:15 |
| 6 | Q    Would that be called turnout times? | 15:12:15 |
| 7 | A    Yes. | 15:12:18 |
| 8 | Q    Is that an accurate way -- | 15:12:18 |
| 9 | A    Yes. | 15:12:20 |
| 10 | Q    -- to refer to that? | 15:12:20 |
| 11 | Does the fire department have an | 15:12:22 |
| 12 | expectation about turnout times? | 15:12:24 |
| 13 | A    A minute and a half. | 15:12:25 |
| 14 | Q    And is that true for everyone, including | 15:12:27 |
| 15 | those units that have a Captain I or II assigned to | 15:12:31 |
| 16 | them? | 15:12:34 |
| 17 | A    Yes. | 15:12:34 |
| 18 | Q    We talked a lot generally, and I think | 15:12:35 |
| 19 | you've cleared it up, but just in case you haven't, | 15:12:41 |
| 20 | about officers.  There are a lot of documents that | 15:12:45 |
| 21 | referred to officers.  At the station level, what | 15:12:47 |
| 22 | ranks are considered officers? | 15:12:50 |

1

1          UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF VIRGINIA

3             (Alexandria Division)

4    ---------------------------x

5    GERARD MORRISON, et al.,  :

6            Plaintiffs,    :  Civ. Action No.

7        v.             :  1:14cv5 (CMH/JFA)

8    COUNTY OF FAIRFAX, VA.,   :

9            Defendant.    :

10   ---------------------------x

11

12       Videotaped Deposition of JOHN L. WALSER

13             McLean, Virginia

14           Monday, June 2, 2014

15              3:57 p.m.

16

17

18

19

20   Job No.: 59784

21   Pages: 1 - 160

22   Reported by: Theresa R. Hollister, CCR

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

22

1    signed it?                                              16:12:10

2        A    I did.                                         16:12:11

3        Q    Did you draft this document?                  16:12:11

4        A    I did not.                                     16:12:13

5        Q    Do you recall whether, after a draft was      16:12:14

6    presented to you, making any changes or revisions?     16:12:16

7        A    I do not.                                      16:12:19

8        Q    Turn, please -- I have a number of questions  16:12:20

9    throughout this document, Captain.  Let's turn, please, 16:12:27

10   to page 7.  If you look at interrogatory number 6, you 16:12:38

11   will see that it is asking for, in essence, I'm         16:12:49

12   paraphrasing, a chronology of jobs that you've had since 16:12:51

13   November of 2008.  Do you see that?                     16:12:56

14       A    Yes.                                           16:12:58

15       Q    And then let's go all the way to the bottom    16:12:58

16   of the page, the very last paragraph that begins with the 16:13:02

17   language, "From 2010 to 2011."                          16:13:04

18            You go on to say there, "Plaintiff held a      16:13:07

19   position of Safety 402 Captain I."  Do you see that?    16:13:10

20       A    Yes.                                           16:13:15

21       Q    What is that position?  What are the duties    16:13:15

22   and responsibilities of that position?  What were they  16:13:18

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

23

| | | |
|---|---|---|
| 1 | when you held them? | 16:13:20 |
| 2 | A    Safety officer, was to respond to emergency | 16:13:21 |
| 3 | incidents and provide advice to the incident commander, | 16:13:26 |
| 4 | based on applicable laws, standards, department policy. | 16:13:30 |
| 5 | Q    What -- | 16:13:39 |
| 6 | A    We -- | 16:13:39 |
| 7 | Q    Go ahead. | 16:13:40 |
| 8 | A    We also provided advice for exposure, that | 16:13:41 |
| 9 | our members suffered. | 16:13:45 |
| 10 | Q    By exposure, do you mean to smoke or other | 16:13:48 |
| 11 | things? | 16:13:52 |
| 12 | A    More biological hazards, so medical | 16:13:52 |
| 13 | exposures, those types of things. | 16:13:58 |
| 14 | Q    What does the number 402 mean? | 16:13:59 |
| 15 | A    That was the -- there's two safety officers, | 16:14:02 |
| 16 | so there was a 401 and a 402.  So at the time I was 402. | 16:14:05 |
| 17 | Q    What's the difference, if any, between 401 | 16:14:10 |
| 18 | and 402? | 16:14:12 |
| 19 | A    That was the designator for which half of the | 16:14:14 |
| 20 | county we would respond to typically. | 16:14:16 |
| 21 | Q    Then you've anticipated one of my questions. | 16:14:19 |
| 22 | If you see in the second sentence of that same paragraph, | 16:14:21 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

75

| | | |
|---|---|---|
| 1 | a Captain II? | 17:26:20 |
| 2 | A    Correct. | 17:26:21 |
| 3 | Q    I'm sorry, I said, I said Chantilly.  I meant | 17:26:21 |
| 4 | Centreville. | 17:26:26 |
| 5 | Did you have a session with him to administer | 17:26:28 |
| 6 | the oral reprimand? | 17:26:30 |
| 7 | A    Yes. | 17:26:32 |
| 8 | Q    Did you recommend the oral reprimand up the | 17:26:32 |
| 9 | chain of command? | 17:26:39 |
| 10 | A    I told my supervisor that the employee was | 17:26:40 |
| 11 | late for work.  He told me to check his personnel jacket. | 17:26:45 |
| 12 | And I told, told him that he had no violations within a | 17:26:50 |
| 13 | year.  And he told me to make it an oral reprimand. | 17:26:54 |
| 14 | Q    Did you recommend an oral reprimand? | 17:26:58 |
| 15 | A    No, he told me to, to make it an oral | 17:27:01 |
| 16 | reprimand. | 17:27:04 |
| 17 | Q    So when you took it up to your supervisor, | 17:27:04 |
| 18 | what would you have said to him? | 17:27:07 |
| 19 | A    That Mike was late for work. | 17:27:09 |
| 20 | Q    Let's just stick with Mike.  We're going | 17:27:12 |
| 21 | to -- | 17:27:12 |
| 22 | A    That's all I was going -- | 17:27:12 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

81

| | | |
|---|---|---|
| 1 | EMS supervisor, who was part of the battalion management | 17:32:16 |
| 2 | team, and -- because he was at work that day.  And then | 17:32:20 |
| 3 | it was reported to the battalion chief when he got back | 17:32:24 |
| 4 | to work. | 17:32:27 |
| 5 |     Q    But, in those conversations, did you make a | 17:32:29 |
| 6 | recommendation for a written reprimand? | 17:32:31 |
| 7 |     A    No. | 17:32:33 |
| 8 |     Q    What was the origin of that? | 17:32:34 |
| 9 |     A    I recommended leave without pay and they did | 17:32:36 |
| 10 | not follow it. | 17:32:40 |
| 11 |     Q    Which is more serious? | 17:32:41 |
| 12 |     A    Leave without pay. | 17:32:43 |
| 13 |     Q    Was it explained to you why your | 17:32:44 |
| 14 | recommendation was rejected? | 17:32:55 |
| 15 |     A    I don't remember the reason. | 17:32:57 |
| 16 |     Q    But, in any event, you then sat down with the | 17:33:05 |
| 17 | technician and delivered the written reprimand? | 17:33:11 |
| 18 |     A    Yes. | 17:33:14 |
| 19 |     Q    And so you actually handed him the piece of | 17:33:14 |
| 20 | paper, this memo, but not in draft form, and then that | 17:33:17 |
| 21 | went in his file? | 17:33:21 |
| 22 |     A    I believe it was this copy.  It did -- I did | 17:33:22 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

125

| | | |
|---|---|---|
| 1 | EXAMINATION BY COUNSEL FOR THE PLAINTIFFS | 18:37:44 |
| 2 | BY MS. FAULMAN: | 18:37:46 |
| 3 | Q    All right, Captain, we'll follow the same | 18:37:46 |
| 4 | ground rules as during the direct examination portion of | 18:37:49 |
| 5 | your deposition.  Listen, until I finish a question, | 18:37:52 |
| 6 | before you start your answer.  Okay? | 18:37:56 |
| 7 | A    Okay. | 18:37:57 |
| 8 | Q    Now, you testified that you were a Safety | 18:37:58 |
| 9 | Officer I in 2001 -- sorry -- 2010 to 2011, correct? | 18:38:00 |
| 10 | A    Yes. | 18:38:07 |
| 11 | Q    And you testified that you engaged in PT | 18:38:07 |
| 12 | daily, correct? | 18:38:10 |
| 13 | A    Yes. | 18:38:11 |
| 14 | Q    And how much time was that per day? | 18:38:11 |
| 15 | A    Roughly an hour and a half. | 18:38:13 |
| 16 | Q    And you also testified that as a Safety | 18:38:21 |
| 17 | Officer I you would provide guidance to various members | 18:38:24 |
| 18 | of the response team; is that correct? | 18:38:31 |
| 19 | A    Yes. | 18:38:32 |
| 20 | Q    And what was that guidance based on? | 18:38:33 |
| 21 | A    Based on applicable laws, standards, | 18:38:37 |
| 22 | department policy. | 18:38:40 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

126

| | | |
|---|---|---|
| 1 | Q    And as a Captain I Safety Officer, who did | 18:38:42 |
| 2 | you supervise? | 18:38:46 |
| 3 | A    I did not supervise anybody. | 18:38:47 |
| 4 | Q    So I'm just a little confused about | 18:38:49 |
| 5 | something.  If I could have you take a look at 231A. | 18:38:53 |
| 6 | A    Okay. | 18:39:16 |
| 7 | Q    This is a performance evaluation from your | 18:39:18 |
| 8 | time, it looks like, as a Safety Officer Captain I, | 18:39:22 |
| 9 | correct? | 18:39:26 |
| 10 | A    Yes. | 18:39:26 |
| 11 | Q    And if you switch to section B, which is on | 18:39:26 |
| 12 | page 4, I believe it's page 4 -- oh, I'm sorry.  It | 18:39:30 |
| 13 | starts page 3 -- nope 4. | 18:39:43 |
| 14 | A    No, 4. | 18:39:45 |
| 15 | Q    Are you there? | 18:39:47 |
| 16 | A    Yes. | 18:39:48 |
| 17 | Q    This is filled out, this section.  And it | 18:39:48 |
| 18 | says, "Don't complete this section if the employee does | 18:39:51 |
| 19 | not supervise others," correct? | 18:39:54 |
| 20 | A    That is correct. | 18:39:56 |
| 21 | Q    Do you know why this section was filled out? | 18:39:56 |
| 22 | A    I do not. | 18:39:58 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

127

| | | |
|---|---|---|
| 1 | Q    But you were not supervising anybody as a | 18:39:59 |
| 2 | Captain I Safety Officer? | 18:40:02 |
| 3 | A    That is correct. | 18:40:04 |
| 4 | Q    Now, we looked at a few of your resumes | 18:40:04 |
| 5 | during your deposition; do you recall doing that? | 18:40:10 |
| 6 | A    Yes. | 18:40:12 |
| 7 | Q    Do you include every single aspect of your | 18:40:13 |
| 8 | previous and current positions in your resumes? | 18:40:17 |
| 9 | A    I try to capture the highlights. | 18:40:23 |
| 10 | Q    But you don't include -- or do you include | 18:40:26 |
| 11 | everything that you do on those jobs? | 18:40:28 |
| 12 | A    No, I, I just get the high level points. | 18:40:30 |
| 13 | Q    As a Safety Officer I, did you have the | 18:40:34 |
| 14 | discretion to choose which calls to respond to? | 18:40:41 |
| 15 | A    No. | 18:40:44 |
| 16 | Q    And what about as a Safety Officer II? | 18:40:46 |
| 17 | A    No. | 18:40:48 |
| 18 | Q    As a Safety Officer I or II, and just for | 18:40:49 |
| 19 | sake of brevity, if one is different than the other in | 18:41:01 |
| 20 | these questions, please let me know -- | 18:41:04 |
| 21 | A    Okay. | 18:41:07 |
| 22 | Q    -- okay?  Do you have the authority to | 18:41:07 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

128

| | | |
|---|---|---|
| 1 | assign overtime to an off-duty firefighter? | 18:41:08 |
| 2 |     A   No, for either. | 18:41:11 |
| 3 |     Q   Do you have the authority to approve leave? | 18:41:13 |
| 4 |     A   No, for both. | 18:41:16 |
| 5 |     Q   Do you have the authority to set minimum | 18:41:17 |
| 6 | staffing levels? | 18:41:19 |
| 7 |     A   No. | 18:41:20 |
| 8 |     Q   And do you prepare budget requests as a | 18:41:21 |
| 9 | safety officer? | 18:41:31 |
| 10 |     A   No. | 18:41:32 |
| 11 |     Q   Do you review or update station policies as a | 18:41:32 |
| 12 | safety officer? | 18:41:38 |
| 13 |     A   No. | 18:41:39 |
| 14 |     Q   Do you participate in training as a safety | 18:41:40 |
| 15 | officer? | 18:41:44 |
| 16 |     A   Yes. | 18:41:45 |
| 17 |     Q   And what kind of training do you participate | 18:41:45 |
| 18 | in? | 18:41:48 |
| 19 |     A   I participate in shift level training.  I | 18:41:48 |
| 20 | participate in department mandated training, so OARs. | 18:41:52 |
| 21 | They call them regional training rotations now, so I, I | 18:41:57 |
| 22 | participate in, in the things that are on the master | 18:42:00 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

129

| | | |
|---|---|---|
| 1 | calendar for my respective area. | 18:42:03 |
| 2 | Q    And can you estimate for me how many hours | 18:42:06 |
| 3 | per shift you spend participating in training? | 18:42:08 |
| 4 | A    Average, one to two hours a day. | 18:42:11 |
| 5 | Q    As a Safety Officer I, could you issue | 18:42:13 |
| 6 | discipline to anyone? | 18:42:19 |
| 7 | A    Technically, I could, but I did not issue any | 18:42:22 |
| 8 | discipline when I was a Captain I. | 18:42:25 |
| 9 | Q    Captain I Safety Officer? | 18:42:28 |
| 10 | A    I could request that it be done, but I, I did | 18:42:29 |
| 11 | not request any. | 18:42:34 |
| 12 | Q    And is that authority to request, is that | 18:42:35 |
| 13 | pursuant to the general orders? | 18:42:38 |
| 14 | A    Standard operating procedures. | 18:42:40 |
| 15 | Q    And who all can request that? | 18:42:43 |
| 16 | A    Any officer could request through their chain | 18:42:45 |
| 17 | of command. | 18:42:48 |
| 18 | Q    And that would include lieutenants? | 18:42:48 |
| 19 | A    Yes. | 18:42:51 |
| 20 | Q    As a safety officer, what is your most | 18:42:51 |
| 21 | important job duty? | 18:42:57 |
| 22 | A    Responding to -- | 18:42:58 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

130

| | | |
|---|---|---|
| 1 | MR. POWELL:  Objection.  Form. | 18:43:00 |
| 2 | BY MS. FAULMAN: | 18:43:02 |
| 3 | Q    You can answer. | 18:43:02 |
| 4 | A    Responding to emergency incidents. | 18:43:03 |
| 5 | Q    And what do you do on a -- do you respond to | 18:43:06 |
| 6 | fire scenes, as a safety officer? | 18:43:09 |
| 7 | A    Yes. | 18:43:11 |
| 8 | Q    And what do you do on a fire scene? | 18:43:11 |
| 9 | A    So I get dressed in PP, in my clothing, | 18:43:13 |
| 10 | protective clothing, to include SCBA.  And I have tools | 18:43:17 |
| 11 | to take to monitor atmosphere, thermal imaging camera, | 18:43:23 |
| 12 | and electrical meter to determine hazards from electrical | 18:43:30 |
| 13 | wires. | 18:43:39 |
| 14 | Q    Do you wear -- are you also dispatched to | 18:43:39 |
| 15 | emergency responses, like accidents, et cetera, as a | 18:43:41 |
| 16 | safety officer? | 18:43:43 |
| 17 | A    The more serious accidents, yes, collapses, | 18:43:44 |
| 18 | building collapses, hazmats, technical rescue incidents. | 18:43:50 |
| 19 | Q    Do you bring with you that same gear that you | 18:43:54 |
| 20 | just described? | 18:43:57 |
| 21 | A    It would be tailored to the incident.  I may | 18:43:59 |
| 22 | not bring a thermal imaging camera to a vehicle accident, | 18:43:26 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

131

| | | |
|---|---|---|
| 1 | for instance, but I would bring the electrical meter to a | 18:43:26 |
| 2 | vehicle accident potentially, if it involved a | 18:43:26 |
| 3 | transformer or wires, wires down. | 18:44:09 |
| 4 | Q    And if you are dispatched as a safety | 18:44:11 |
| 5 | officer, are you permitted to complete whatever task | 18:44:13 |
| 6 | you're performing or do you have to go as soon as you're | 18:44:18 |
| 7 | dispatched? | 18:44:21 |
| 8 | A    I go as soon as I'm dispatched. | 18:44:22 |
| 9 | Q    Is there a requirement? | 18:44:25 |
| 10 | A    I believe the standard is 90 seconds that we | 18:44:26 |
| 11 | are to respond.  That is any unit that is expected to | 18:44:29 |
| 12 | respond in 90 seconds. | 18:44:33 |
| 13 | Q    As a -- and this is going back a little bit. | 18:44:34 |
| 14 | As a safety officer, do you have a fire department credit | 18:44:45 |
| 15 | card? | 18:44:50 |
| 16 | A    No. | 18:44:50 |
| 17 | Q    Do you have any purchasing authority? | 18:44:50 |
| 18 | A    No. | 18:44:52 |
| 19 | Q    Has anyone from -- and you took a look at a, | 18:44:53 |
| 20 | a document that had some percentages next to it, next to | 18:44:57 |
| 21 | certain tasks.  Has anyone from human resources ever | 18:45:01 |
| 22 | asked you what percentage of your time you spend on | 18:45:05 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

132

| | | |
|---|---|---|
| 1 | certain tasks? | 18:45:09 |
| 2 | A    No. | 18:45:11 |
| 3 | Q    I'm going to turn to your time as a Captain | 18:45:11 |
| 4 | II.  And some of these questions will be the same. | 18:45:26 |
| 5 | Do you have any authority as a Captain II to | 18:45:30 |
| 6 | assign overtime to off-duty firefighters? | 18:45:32 |
| 7 | A    No. | 18:45:35 |
| 8 | Q    Do you have the authority to approve leave? | 18:45:36 |
| 9 | A    No. | 18:45:38 |
| 10 | Q    Do you have the authority or do you set | 18:45:38 |
| 11 | minimum staffing levels? | 18:45:41 |
| 12 | A    No. | 18:45:44 |
| 13 | Q    Now, you mentioned performance appraisals. | 18:45:45 |
| 14 | You testified about those, correct? | 18:45:48 |
| 15 | A    Yes. | 18:45:49 |
| 16 | Q    And at Tyson station, you had lieutenants | 18:45:49 |
| 17 | assigned to your station, correct? | 18:45:52 |
| 18 | A    Yes. | 18:45:54 |
| 19 | Q    And did the lieutenants at Tysons sit down | 18:45:54 |
| 20 | with the individuals they did the performance evaluations | 18:45:58 |
| 21 | for to discuss them with them? | 18:46:02 |
| 22 | A    Yes. | 18:46:04 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

133

| | | |
|---|---|---|
| 1 | Q    And that's similar to the process that you | 18:46:04 |
| 2 | did with the lieutenants? | 18:46:06 |
| 3 | A    Yes. | 18:46:07 |
| 4 | Q    How much time did you spend doing performance | 18:46:08 |
| 5 | appraisals in any given year? | 18:46:11 |
| 6 | A    In a year, about an hour per person. | 18:46:14 |
| 7 | Q    And you testified that you would pass along | 18:46:16 |
| 8 | informal training and guidance on a daily basis. | 18:46:21 |
| 9 | A    Yes. | 18:46:21 |
| 10 | Q    Do you recall that? | 18:46:24 |
| 11 | A    Yes, yes. | 18:46:25 |
| 12 | Q    Would you expect the lieutenants to do that | 18:46:26 |
| 13 | as well? | 18:46:28 |
| 14 | A    Yes. | 18:46:29 |
| 15 | Q    And what about senior firefighters? | 18:46:29 |
| 16 | A    Yes. | 18:46:31 |
| 17 | Q    And technicians? | 18:46:31 |
| 18 | A    Yes. | 18:46:33 |
| 19 | Q    And you also testified that you would tell | 18:46:33 |
| 20 | people if they were not performing as per standards or | 18:46:36 |
| 21 | standard operating procedures during the course of a | 18:46:41 |
| 22 | shift; do you -- | 18:46:44 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

134

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 18:46:45 |
| 2 | Q | -- recall that? | 18:46:45 |
| 3 | | Are you the only individual at a station who | 18:46:46 |
| 4 | should -- has the responsibility for doing that? | | 18:46:48 |
| 5 | A | No. | 18:46:51 |
| 6 | Q | Who else would have that responsibility? | 18:46:51 |
| 7 | A | Any officer.  And like you said, any -- the | 18:46:53 |
| 8 | technicians, the senior firefighters, they all would be | | 18:46:56 |
| 9 | able to provide input to any employee. | | 18:46:59 |
| 10 | Q | And how much time, as a Captain II did you | 18:47:02 |
| 11 | spend -- did you do any budgeting as a Captain II? | | 18:47:06 |
| 12 | A | No. | 18:47:11 |
| 13 | Q | You testified about the station manual and | 18:47:12 |
| 14 | you took a look at, and you took a look at one, which is | | 18:47:17 |
| 15 | Exhibit 237. | | 18:47:20 |
| 16 | A | Okay. | 18:47:33 |
| 17 | Q | Did you draft this entire manual as the | 18:47:34 |
| 18 | Captain II at Station 29? | | 18:47:39 |
| 19 | A | No. | 18:47:41 |
| 20 | Q | And, approximately, how long did it take you | 18:47:41 |
| 21 | to update the manual? | | 18:47:47 |
| 22 | A | To update it for the content for Station 29? | 18:47:49 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

135

| | | |
|---|---|---|
| 1 | Q    Correct. | 18:47:54 |
| 2 | A    I took it from my previous assignment at 17, | 18:47:54 |
| 3 | so to make it facility-dependent, maybe four or five | 18:47:59 |
| 4 | hours. | 18:48:02 |
| 5 | Q    And did you draft the entire thing when it | 18:48:03 |
| 6 | was the station manual at Station 17? | 18:48:07 |
| 7 | A    No, I, I got it from pieces and parts of | 18:48:08 |
| 8 | other manuals that -- places that I had worked. | 18:48:11 |
| 9 | Q    And you stated that the SOPs drove or you | 18:48:15 |
| 10 | testified that the SOPs drove what goes into a station | 18:48:19 |
| 11 | manual, correct? | 18:48:22 |
| 12 | A    In large measure, yes. | 18:48:23 |
| 13 | Q    And who is -- who all is responsible for | 18:48:25 |
| 14 | ensuring that individuals follow the station manual? | 18:48:28 |
| 15 | A    All officers that would be at that station. | 18:48:30 |
| 16 | Q    And would that include lieutenants? | 18:48:33 |
| 17 | A    Yes. | 18:48:35 |
| 18 | Q    As a Captain II, did you engage in physical | 18:48:36 |
| 19 | fitness activities? | 18:48:44 |
| 20 | A    Yes. | 18:48:46 |
| 21 | Q    On a shift, shift-by-shift basis? | 18:48:46 |
| 22 | A    On a -- yes, when I would work a shift, I | 18:48:50 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

136

| | | |
|---|---|---|
| 1 | would participate in PT. | 18:48:53 |
| 2 | Q    And, approximately, how much time did you | 18:48:55 |
| 3 | spend in participating in PT each shift? | 18:48:58 |
| 4 | A    About an hour and a half. | 18:49:01 |
| 5 | Q    And you also -- we've talked about training | 18:49:02 |
| 6 | and we talked about with respect to when you were a | 18:49:05 |
| 7 | safety officer.  And here, as a Captain II, were you | 18:49:08 |
| 8 | still required to participate in training? | 18:49:11 |
| 9 | A    Yes. | 18:49:13 |
| 10 | Q    What types of training? | 18:49:14 |
| 11 | A    Again, same, same types of training.  It | 18:49:15 |
| 12 | would be shift level training, department mandated | 18:49:18 |
| 13 | training, training that's listed on the master calendar | 18:49:21 |
| 14 | that's in my respective area, the regional training | 18:49:24 |
| 15 | rotations. | 18:49:28 |
| 16 | Q    And who led all those training sessions? | 18:49:29 |
| 17 | A    It's -- varies.  It could be a shift leader, | 18:49:32 |
| 18 | it could be a unit officer, it could be the training | 18:49:36 |
| 19 | academy staff that delivers it. | 18:49:40 |
| 20 | Q    If the unit officer were leading it, what | 18:49:41 |
| 21 | would your -- what would you be doing as a Captain II? | 18:49:44 |
| 22 | A    Participating in the training, adding input | 18:49:44 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

142

| | | |
|---|---|---|
| 1 | We have billions of documents from you, so. | 18:55:40 |
| 2 | MS. KILLALEA:  It's in the first production | 18:55:44 |
| 3 | in response to number 1, I believe. | 18:55:46 |
| 4 | BY MS. FAULMAN: | 18:56:06 |
| 5 | Q    And there was also a battalion chief who was | 18:56:06 |
| 6 | on this team, correct, that was the team leader? | 18:56:08 |
| 7 | A    Yes. | 18:56:09 |
| 8 | Q    Now, you talked about the candidate committee | 18:56:10 |
| 9 | that you were on for Captain II. | 18:56:22 |
| 10 | A    Yes. | 18:56:25 |
| 11 | Q    Promotional committee. | 18:56:25 |
| 12 | A    Yes. | 18:56:27 |
| 13 | Q    Can you tell me what that was called again? | 18:56:27 |
| 14 | A    Captain II promotional exam. | 18:56:30 |
| 15 | Q    Thank you.  Were there a total of three | 18:56:34 |
| 16 | portions on that test? | 18:56:37 |
| 17 | A    Yes. | 18:56:39 |
| 18 | Q    I just want to make sure I understand it.  So | 18:56:39 |
| 19 | can you name those three for me, again, please? | 18:56:42 |
| 20 | A    It was the incident role play. | 18:56:44 |
| 21 | Q    Uh-huh. | 18:56:46 |
| 22 | A    The oral board exercise.  And the in-basket. | 18:56:47 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

143

| | | |
|---|---|---|
| 1 | Q    And so out of those three portions, how many | 18:56:50 |
| 2 | involved operations? | 18:56:54 |
| 3 | A    Two of those. | 18:56:55 |
| 4 | Q    And do you know what the most -- if you know, | 18:56:57 |
| 5 | what the most important part of the Captain II | 18:57:00 |
| 6 | promotional examination is? | 18:57:04 |
| 7 | A    I believe the weighting that was afforded to | 18:57:06 |
| 8 | the test, the incident role play had the greatest weight. | 18:57:09 |
| 9 | Q    Do you know if their -- if an individual | 18:57:13 |
| 10 | fails the incident, tactical incident portion, are they | 18:57:16 |
| 11 | permitted to continue with the promotional process? | 18:57:20 |
| 12 | MR. POWELL:  Objection.  Foundation. | 18:57:24 |
| 13 | BY MS. FAULMAN: | 18:57:25 |
| 14 | Q    Do you know? | 18:57:25 |
| 15 | A    I do know that the information was put out if | 18:57:26 |
| 16 | the person fails the -- or the incident role play, they | 18:57:29 |
| 17 | will not move on to the rest of the test. | 18:57:33 |
| 18 | Q    As a Captain II, you testified about some | 18:57:35 |
| 19 | disciplinary involvement.  Are you permitted to issue | 18:57:43 |
| 20 | discipline without sending it up the chain of command? | 18:57:49 |
| 21 | A    No. | 18:57:56 |
| 22 | Q    And we looked -- if you can look at Exhibit | 18:57:57 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

144

| | | | |
|---|---|---|---|
| 1 | 234 -- | | 18:58:01 |
| 2 | A | Which one is that? | 18:58:17 |
| 3 | Q | It's the oral reprimand part. | 18:58:18 |
| 4 | A | I think I've gotten out of order here. | 18:58:22 |
| 5 | Q | And you may recall without looking at the | 18:58:25 |
| 6 | document.  Do you recall if you made the final decision | | 18:58:28 |
| 7 | about what discipline to issue? | | 18:58:30 |
| 8 | A | No, I did not make the final decision. | 18:58:30 |
| 9 | Q | Okay.  You don't have to look for it anymore | 18:58:33 |
| 10 | then. | | 18:58:36 |
| 11 | A | Okay. | 18:58:36 |
| 12 | Q | And we talked -- you talked about templates, | 18:58:37 |
| 13 | that there are templates on the intranet? | | 18:58:39 |
| 14 | A | Yes. | 18:58:41 |
| 15 | Q | Who can fill out those template memos and | 18:58:41 |
| 16 | forward them up the chain of command? | | 18:58:45 |
| 17 | A | Any officer. | 18:58:46 |
| 18 | Q | And that would include a lieutenant? | 18:58:47 |
| 19 | A | Yes. | 18:58:49 |
| 20 | Q | And how much time, since January 2011, have | 18:58:49 |
| 21 | you spent reporting violations of rules up the chain of | | 18:59:01 |
| 22 | command? | | 18:59:05 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

145

| | | |
|---|---|---|
| 1 | A    Very little. | 18:59:06 |
| 2 | Q    And you testified that, as a Captain II, you | 18:59:08 |
| 3 | did not decide the result of an employee's grievance at | 18:59:17 |
| 4 | the first step; is that correct? | 18:59:22 |
| 5 | A    Correct. | 18:59:23 |
| 6 | Q    And so who -- who made that decision or who | 18:59:24 |
| 7 | makes that decision? | 18:59:27 |
| 8 | A    My understanding is I presented it to the -- | 18:59:27 |
| 9 | well, I did present it to the battalion chief.  And then | 18:59:29 |
| 10 | my understanding is the battalion chief discusses it with | 18:59:31 |
| 11 | the deputy chief and then provides me an answer. | 18:59:35 |
| 12 | Q    And then do you -- what do you do with that | 18:59:38 |
| 13 | answer? | 18:59:41 |
| 14 | A    Then I take it back to the employee and let | 18:59:41 |
| 15 | them know. | 18:59:44 |
| 16 | Q    And, as a Captain II, do you directly | 18:59:44 |
| 17 | supervise the employees on the other two shifts? | 18:59:47 |
| 18 | A    No.  As my, my current -- | 18:59:49 |
| 19 | Q    I'm sorry, as a Captain II in the fire | 18:59:52 |
| 20 | station, not as a safety officer. | 18:59:55 |
| 21 | A    I do not directly supervise the other two | 18:59:57 |
| 22 | shifts, no. | 18:59:59 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

146

| | | |
|---|---|---|
| 1 | Q    And what do you consider to be the most | 19:00:00 |
| 2 | important job duty of the Captain II station commander? | 19:00:02 |
| 3 | A    Running emergency incidents. | 19:00:08 |
| 4 | Q    And what do you, as a Captain II station | 19:00:10 |
| 5 | commander, what do you do on fire and emergency scenes? | 19:00:14 |
| 6 | A    Participate with the mitigation of the | 19:00:17 |
| 7 | emergency, whatever it, it may be.  Getting on scene. | 19:00:20 |
| 8 | Making a size-up, presenting that information on the | 19:00:24 |
| 9 | radio.  Forcing entry to allow the hose line to advance. | 19:00:29 |
| 10 | Assisting with the advancement of the hose line, | 19:00:35 |
| 11 | potentially the raising ladders.  Basically, any, any of | 19:00:38 |
| 12 | the activities that would be involved with mitigating the | 19:00:43 |
| 13 | incident. | 19:00:48 |
| 14 | Q    And, as a safety officer, have you witnessed | 19:00:48 |
| 15 | other captains performing those activities at fire | 19:00:53 |
| 16 | scenes? | 19:00:56 |
| 17 | A    Yes. | 19:00:57 |
| 18 | Q    As a Captain II, shift commander, what | 19:00:57 |
| 19 | apparatus were you generally assigned to? | 19:01:01 |
| 20 | A    Engine.  I was an engine officer. | 19:01:03 |
| 21 | Q    And did the engine respond to calls without | 19:01:06 |
| 22 | you on it if it was your shift? | 19:01:08 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

147

| | | | |
|---|---|---|---|
| 1 | A | No.  If I was working, I was on the rig. | 19:01:10 |
| 2 | Q | And so would you go to the same number of | 19:01:13 |
| 3 | calls as the other members of the crew that worked on | | 19:01:15 |
| 4 | the -- were assigned to the engine? | | 19:01:19 |
| 5 | A | Yes. | 19:01:20 |
| 6 | Q | Were you required to respond when the tone | 19:01:20 |
| 7 | rings? | | 19:01:24 |
| 8 | A | Yes. | 19:01:24 |
| 9 | Q | And what if you were doing a performance | 19:01:25 |
| 10 | evaluation? | | 19:01:28 |
| 11 | A | I would immediately respond. | 19:01:29 |
| 12 | Q | And what if you were sending an e-mail? | 19:01:30 |
| 13 | A | Same thing, immediately respond. | 19:01:33 |
| 14 | Q | And if you were doing physical fitness? | 19:01:35 |
| 15 | A | Immediately respond. | 19:01:37 |
| 16 | Q | And training? | 19:01:38 |
| 17 | A | Same thing, immediately respond. | 19:01:39 |
| 18 | Q | We looked at a number of what were called | 19:01:42 |
| 19 | miscellaneous documents.  And one of them was about an | | 19:01:47 |
| 20 | employee who was assigned to light duty; do you recall? | | 19:01:53 |
| 21 | A | Yes. | 19:01:56 |
| 22 | Q | Did you make that assignment? | 19:01:57 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

151

| | | |
|---|---|---|
| 1 | of actions? | 19:05:13 |
| 2 | A    Same thing. | 19:05:13 |
| 3 | Q    You took a look at a few performance | 19:05:14 |
| 4 | evaluations from when you were a Fire Captain II, and you | 19:05:35 |
| 5 | were asked to look at three or four strengths that were | 19:05:39 |
| 6 | listed for you.  Do you recall that? | 19:05:42 |
| 7 | A    Yes, I recall looking at the strengths. | 19:05:44 |
| 8 | Q    Are those your only strengths as a fire | 19:05:46 |
| 9 | Captain II, the ones listed there? | 19:05:49 |
| 10 | A    I would hope not. | 19:05:51 |
| 11 | Q    And I just have one -- I believe one final | 19:06:03 |
| 12 | question.  When you -- can you look at Exhibit 236. | 19:06:07 |
| 13 | A    Which one is that? | 19:06:18 |
| 14 | Q    It is the Proposed Suspension Without Pay | 19:06:20 |
| 15 | memo. | 19:06:24 |
| 16 | A    Okay.  From December 21, okay, yeah. | 19:06:25 |
| 17 | Q    Who decided that this employee should receive | 19:06:29 |
| 18 | a suspension without pay? | 19:06:33 |
| 19 | A    I reported it to the battalion chief and | 19:06:35 |
| 20 | submitted it to him, so I believe it was him.  I don't | 19:06:39 |
| 21 | know if he discussed it with his superior. | 19:06:42 |
| 22 | Q    Did you request that he be issued a | 19:06:46 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

152

| | | |
|---|---|---|
| 1 | suspension without pay? | 19:06:50 |
| 2 | A    No, I just told the battalion chief how many | 19:06:51 |
| | other reprimands he had in his jacket. | 19:06:54 |
| 3 | | |
| 4 | MS. FAULMAN:  If I can take about two | 19:07:05 |
| 5 | minutes. | 19:07:09 |
| 6 | THE VIDEOGRAPHER:  Going off the record the | 19:07:09 |
| 7 | time is 1907. | 19:07:12 |
| 8 | (Break taken.) | 19:12:48 |
| 9 | THE VIDEOGRAPHER:  Back on the record the | 19:12:48 |
| 10 | time is 1912. | 19:12:52 |
| 11 | FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANT | 19:12:52 |
| 12 | BY MR. POWELL: | 19:12:56 |
| 13 | Q    Captain, I think we're almost done.  Just a | 19:12:56 |
| 14 | couple of areas. | 19:12:56 |
| 15 | MS. FAULMAN:  I do have no further questions | 19:12:58 |
| 16 | by the way. | 19:13:00 |
| 17 | MR. POWELL:  Oh, I'm sorry. | 19:13:00 |
| 18 | MS. FAULMAN:  Just so we're clear. | 19:13:01 |
| 19 | MR. POWELL:  I apologize.  I didn't mean to | 19:13:03 |
| 20 | step on your last line. | 19:13:03 |
| 21 | MS. FAULMAN:  It's all right. | 19:13:03 |
| 22 | BY MR. POWELL: | 19:13:09 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

153

| | | |
|---|---|---|
| 1 | Q    Do you still have Exhibit 236 handy -- | 19:13:09 |
| 2 | A    Yes. | 19:13:12 |
| 3 | Q    -- it was a Proposed Suspension Without Pay? | 19:13:12 |
| 4 | A    Yes. | 19:13:15 |
| 5 | Q    Did I understand you to say in response to | 19:13:16 |
| 6 | your lawyer's questioning at the end there that you did | 19:13:17 |
| 7 | not make a recommendation in that regard? | 19:13:20 |
| 8 | A    I presented the information to the battalion | 19:13:22 |
| 9 | chief. | 19:13:25 |
| 10 | Q    And if you look at the top of page 2, doesn't | 19:13:25 |
| 11 | the first clause say, "if my recommendation for this | 19:13:29 |
| 12 | suspension is approved"?  I read that properly? | 19:13:32 |
| 13 | A    Yes. | 19:13:36 |
| 14 | Q    So you're reporting in this, in this | 19:13:36 |
| 15 | memorandum, are you not, that you actually are making a | 19:13:40 |
| 16 | recommendation for suspension? | 19:13:44 |
| 17 | A    I used the template that was provided to me. | 19:13:45 |
| 18 | Q    And is it -- but you submitted this, did you | 19:13:48 |
| 19 | not? | 19:13:49 |
| 20 | A    I did. | 19:13:50 |
| 21 | Q    So you didn't disagree with the template, the | 19:13:50 |
| 22 | language of the template? | 19:13:53 |

VIDEOTAPED DEPOSITION OF JOHN L. WALSER
CONDUCTED ON MONDAY, JUNE 2, 2014

154

| | | | |
|---|---|---|---|
| 1 | A | Correct. | 19:13:55 |
| 2 | Q | You had some testimony in response to your | 19:13:56 |
| 3 | lawyer's question about the grievance process.  Do you | | 19:13:58 |
| 4 | recall that? | | 19:14:02 |
| 5 | A | Yes. | 19:14:02 |
| 6 | Q | The grievance process is set by the County; | 19:14:03 |
| 7 | is it not? | | 19:14:05 |
| 8 | A | Yes. | 19:14:06 |
| 9 | Q | And there is department SOP on that, right? | 19:14:06 |
| 10 | A | Yes. | 19:14:09 |
| 11 | Q | Everybody has to follow it, right? | 19:14:09 |
| 12 | A | Yes. | 19:14:12 |
| 13 | Q | Finally, Captain, you said that both, as a | 19:14:12 |
| 14 | safety officer and as a Captain II, your most important | | 19:14:16 |
| 15 | job was to respond to incidents, correct? | | 19:14:20 |
| 16 | A | Yes. | 19:14:22 |
| 17 | Q | In order to do that effectively, you have to | 19:14:22 |
| 18 | do quite a bit of other things, do you not? | | 19:14:26 |
| 19 | A | Yes. | 19:14:29 |
| 20 | Q | You have to -- you have to show up in the | 19:14:29 |
| 21 | morning every day for work and be ready -- | | 19:14:31 |
| 22 | A | Yes. | 19:14:34 |

SUSAN ELLEN WOODRUFF - 5/15/2014

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Case No. 1:14 cv 5

- - - - - - - - - - - - - - x

Gerard Morrison, et al          :

        Plaintiff,          :

vs.                             :

County of Fairfax, VA,          :

        Defendant.          :

                 :

- - - - - - - - - - - - - - x

30(b)(6) DEPOSITION OF SUSAN ELLEN WOODRUFF

McLean, Virginia

Thursday, May 15, 2014

9:30 a.m.

Job No. 1-248559

Pages: 1 - 242

Reported by: Thomas S. Hubbard, Jr.

SUSAN ELLEN WOODRUFF - 5/15/2014

1    beyond the FLSA threshold?

2         A    I do.

3         Q    You would agree that since at least

4    January 2011, and prior, the fire captains have

5    not received Fair Labor Standards Act overtime pay

6    for hours worked beyond FLSA threshold?

7         A    That is correct.

8         Q    Would you also agree that lieutenants

9    have received FLSA overtime pay for hours of work

10   beyond the FLSA overtime threshold?

11        A    I would agree.

12        Q    Would you agree that the work period

13   used to determine the FLSA threshold for the

14   lieutenants is a 28-day work period?

15        A    I agree with that, yes.

16        Q    Would you agree that the lieutenants who

17   get their overtime pay receive overtime pay for

18   all hours, time and a half their regular rate of

19   pay for all hours above 212 hours in 28 day work

20   period?

21        A    Yes.

22             MS. PASCHAL:  Objection to form.

23   BY MS. ELKIN:

24        Q    You sat here yesterday and you agree

25   that the County's policy since at least 2001 has

SUSAN ELLEN WOODRUFF - 5/15/2014

 1    been to include all hours of leave except for

 2    leave without pay for purposes of calculating the

 3    lieutenants overtime pay?

 4        A    Yes.

 5        Q    We didn't talk about fire fighters

 6    yesterday, but below the rank of lieutenant, the

 7    fire fighters, the fire technicians, their

 8    overtime pay is calculated the same way that the

 9    lieutenants overtime pay is calculated, correct?

10        A    Yes.

11        Q    For purposes of this deposition, I will

12    be talking about the captains and you can just

13    assume that I am talking about all four category

14    of captains covered by this lawsuit unless I say

15    otherwise.

16        A    Yes.

17        Q    You would agree that the captains are

18    paid straight time pay for their regularly

19    scheduled hours above 212 in a 28-day period?

20            MS. PASCHAL:  Objection to form.

21            THE WITNESS:  Yes.

22    BY MS. ELKIN:

23        Q    And if they worked hours in excess of

24    their regularly scheduled hours, they are paid

25    either straight time pay or hour for hour comp

SUSAN ELLEN WOODRUFF – 5/15/2014

Page 26

```
 1    time pay, is that correct?

 2         A    Yes.

 3         Q    Would you agree that the captains are

 4    paid on a salary basis?

 5         A    Yes.

 6         Q    And that salary is divided by 26-pay

 7    periods to determine their base pay each pay

 8    period?

 9         A    Yes.

10              MS. ELKIN:  Go to Plaintiff's Exhibit

11         10.  It should all be in order.

12              THE WITNESS:  14A?

13              MS. ELKIN:  Yes.

14    BY MS. ELKIN:

15         Q    You testified earlier that you reviewed

16    some personnel documents.  Was this one of the

17    ones that you reviewed to prepare for today?

18         A    Actually, I glanced at it, but I did not

19    review in detail.

20         Q    I will direct your attention to the

21    pages that I am interested in, but if you need

22    more time to review it, just let me know.

23         A    Yes.

24         Q    If you would turn to page 3382 which

25    talks about level pay process.  Do you see that?
```

SUSAN ELLEN WOODRUFF - 5/15/2014

```
 1            MS. ELKIN:  Don't pay attention to the
 2        back of that page as it was copied front to
 3        back.  Do you see 22-85, which is the next
 4        page?  Oh, yours is not front to back.
 5            That's fine.
 6   BY MS. ELKIN:
 7        Q    Paragraph 3 says, "All other Fire and
 8   Rescue Department employees shall be treated as
 9   described in personnel regulations Chapter 4.15."
10            Do you know what the Chapter 4.15 of the
11   personnel regulations are?
12        A    Yes.
13        Q    Those are the overtime pay and hours of
14   work regulations?
15        A    Yes.
16        Q    I believe we went through them yesterday
17   a little bit.
18        A    I believe so.
19        Q    If you look at Exhibit 18, it says that
20   that document led us to 4.15 which is on page
21   3246.  If you look in the middle of 4.151, it
22   talks about, "Overtime for FLSA eligible fire
23   protection personnel shall include all hours
24   worked or on paid leave in excess of 212 hours in
25   the 28-day work period," which is your
```

SUSAN ELLEN WOODRUFF – 5/15/2014

1    understanding of the policy as well?

2        A    Yes.

3        Q    But the captains are not FLSA eligible,

4    so where in this document is their work period

5    defined?  If at all?

6        A    The reference to exempt fire protection

7    personnel, there is at the end of Number 2, at the

8    top of page 3248, where it says, "All other fire

9    and rescue department employees shall be treated

10   as described in 4.15, 2A, B or C."

11       Q    Which one would we look at for our

12   captains?

13       A    B.

14       Q    That says, "Straight pay eligible

15   employees shall at the discretion of the

16   department head or designee earn straight comp

17   time or be compensated at their hourly rate of pay

18   for all of time worked in excess of their

19   scheduled work hours."

20            Do you see anything in here that

21   describes how they are getting paid that would

22   establish a 28-day work period for them or any

23   work period for them?

24       A    If you're getting straight pay beyond

25   your scheduled work hours.  I guess I am

SUSAN ELLEN WOODRUFF - 5/15/2014

 1    struggling with what difference the work period

 2    would make because regardless of what my work

 3    period is I am going to get straight pay for

 4    anything beyond my scheduled hours.

 5        Q    That's fine.  The only question I have

 6    is:  Is there anything in here that tells them

 7    whether they are even subject to a work period?

 8            MS. PASCHAL:  Objection to form.

 9            THE WITNESS:  No.

10    BY MS. ELKIN:

11        Q    If you will turn to document 9B.

12            MS. PASCHAL:  Exhibit 9B?

13            MS. ELKIN:  Yes.

14            THE WITNESS:  I have it.

15    BY MS. ELKIN:

16        Q    Turn to page 3216.  It says sort of in

17    the bottom two thirds, there is "overtime FLSA"?

18        A    Yes.

19        Q    What are we looking at?  Is this Chapter

20    2 of the personnel regulations?

21        A    Yes.

22        Q    Are you familiar with this Chapter 2 of

23    the personnel regulations based on your job

24    duties?

25        A    In general, yes.

SUSAN ELLEN WOODRUFF - 5/15/2014

1      Q      "Overtime FLSA," does this apply to

2    anybody who is covered by the FLSA within the

3    County?

4      A      This description applies to all County

5    employees who are non-exempt.

6      Q      Covered by the FLSA?

7      A      Correct.

8      Q      It does separate out fire fighters at

9    the end, "overtime for fire protection," do you

10    see that?

11      A      Yes.

12      Q      It says, "Overtime for fire protection

13    personnel shall be time worked on unpaid leave in

14    excess of 212 hours during his or her 28

15    consecutive day work period."

16          Do you agree that that applies only to

17    F22 lieutenants and below?

18      A      Yes.

19      Q      If you look at overtime pay, the next

20    provision, is that what applies to captains where

21    it says, "Overtime pay doesn't have the words FLSA

22    in it.  Compensation paid to an employee for

23    overtime worked performed in accordance with these

24    rules, the rate of pay for overtime compensation

25    will be either one time for hourly rate or one and

SUSAN ELLEN WOODRUFF - 5/15/2014

```
 1              MS. PASCHAL:  Objection, calling for a

 2         legal conclusion and is beyond the scope of

 3         the 30(b)(6) topics for this witness.

 4              THE WITNESS:  Correct.

 5    BY MS. ELKIN:

 6         Q    Other than some order that came out of

 7    this lawsuit in 1992, and really, the question is,

 8    are there any county documents and studies that

 9    show, "I have gone through the job duties of a

10    Captain 2 Station Commander and they qualify for

11    the executive exemption and here is why."

12              Is there anything like that?

13         A    No.

14         Q    Going on to the Captain 1 Safety

15    Officer's position.  It is my understanding that

16    the County has claimed an exemption for all of the

17    Captain 1s Safety Officers, is that correct?

18         A    Yes.

19         Q    What exemption?

20         A    The combination of executive and

21    administrative.

22         Q    Do the Captain 1s supervise any

23    employees, the Captain 1 Safety Officers?

24         A    I don't believe so.

25              MS. PASCHAL:  Objection, beyond the
```

SUSAN ELLEN WOODRUFF - 5/15/2014

```
 1   BY MS. ELKIN:

 2       Q    You just said Station Commander.  So

 3   both a shift supervisor --

 4       A    I am sorry.

 5       Q    Well, I have used the wrong word.  Would

 6   your answer be the same, both Shift Supervisors

 7   and Station Commanders, they are essentially

 8   interchangeable from station to station, would you

 9   agree with that?

10       A    Yes.

11           MS. PASCHAL:  Objection to form.

12   BY MS. ELKIN:

13       Q    Would your answer be the same with

14   respect to the Safety Officers, they might ride

15   out of Station 24, but they could just as easily

16   be assigned to Station 36?

17           MS. PASCHAL:  Objection to form.

18           THE WITNESS:  To the best of my

19       knowledge.

20   BY MS. ELKIN:

21       Q    That they would be the same?

22       A    Yes.

23           MS. PASCHAL:  Objection to the form.

24   BY MS. ELKIN:

25       Q    Would your answer be the same.  I asked
```

SUSAN ELLEN WOODRUFF - 5/15/2014

```
 1          honestly cannot recall exactly the timing of

 2          it, but it was on our radar screen already

 3          because of the importance of it, and my guess

 4          is that by the time we got this we had

 5          already done our homework, if you will, and

 6          made the decision that we did, but we are

 7          still in compliance and we don't need to make

 8          changes and that is what was shared with him.

 9   BY MS. ELKIN:

10       Q   So what did you do is your homework to

11   ensure that one of these new regulations came out

12   that said, "Fire fighters are not covered by

13   exemptions to the overtime provisions," what

14   exactly did you do to determine that your captains

15   were in fact still covered by the overtime

16   provisions?

17          MS. PASCHAL:  Objection to form.

18          Misstates what the regulation states and is

19          also beyond the scope of the 30(b)(6) topics.

20          THE WITNESS:  I think I have explained

21          what we did, but we did what we do with any

22          major change to a regulation, whether it is

23          family medical leave, or FLSA, or EEOC, we

24          review the actual bulletin or regulation.

25          We check our resources that we have
```

SUSAN ELLEN WOODRUFF - 5/15/2014

1          access to as Human Resource professionals,

2          and we check with our counterparts depending

3          on what the issue is, and certainly we check

4          with the Department to get their opinion as

5          to whether anything has changed with regard

6          to the job classes.

7               If we need to, we can consult with the

8          County Attorney's Office to get input, but in

9          this particular case, and I think I stated it

10         before, while we understand what the first

11         responder piece is saying, as I said before,

12         if you respond to a scene, as a technician or

13         lieutenant, or whomever, you are directing

14         something while you are there, that in and of

15         itself absolutely doesn't make you management

16         exempt and that I think is what that

17         provision meant.

18              We look to the executive exemption test

19         and that primary duty as management we

20         believe then and we still believe that that

21         is what applies to the captains.

22    BY MS. ELKIN:

23         Q    But it doesn't apply to the lieutenants?

24    That is the County's position?

25         A    Correct.

SUSAN ELLEN WOODRUFF - 5/15/2014

```
 1        Q    What is the difference between what the

 2   lieutenants and the captains do on day-to-day

 3   basis?

 4             MS. PASCHAL:  Objection, beyond the

 5        scope the 30(b)(6) topics for this witness.

 6        To the extent that she can respond from

 7        personal knowledge she can answer from her

 8        personal knowledge.

 9             THE WITNESS:  Yes, and I am not an

10        operations person, so I cannot really -- I

11        mean, I know that you have the Station

12        Commander who covers one shift and is

13        responsible overall for the station.

14             I know that you have a Shift Leader on

15        the other two shifts that is responsible and

16        the lieutenants there is a structure there,

17        but I can't tell you the differences between

18        the two.

19   BY MS. ELKIN:

20        Q    You would agree that the Human Resources

21   Department never did any kind of study to

22   determine how, if at all, the lieutenant's primary

23   job duty was different from the Fire Captain's

24   primary job duty when this Department of Labor

25   regulation came out in 2004?
```

SUSAN ELLEN WOODRUFF – 5/15/2014

```
 1            MS. PASCHAL:  Objection, asked and
 2        answered.
 3            THE WITNESS:  Yes, I believe the answer
 4        to that is, no, that we didn't.
 5   BY MS. ELKIN:
 6        Q    The questions comes from Deputy Chief
 7   Kevin Kincaid.  What training does he have in the
 8   FLSA?
 9            MS. PASCHAL:  Objection, foundation.
10            THE WITNESS:  I could not answer that.
11   BY MS. ELKIN:
12        Q    Do you know what his job is as Deputy
13   Chief?
14        A    He is retired now, but what his job then
15   was, it was Deputy Chief, and I believe he was
16   over the personnel and recruitment and those
17   aspects of the department.
18        Q    But you're not aware of any particular
19   FLSA training that he had when he was the Deputy
20   Chief?
21        A    No.
22        Q    The response is, "Both the Department of
23   Human Resources and the County Attorney's Offices
24   have been contacted for a further review of the
25   changes to the FLSA.
```

SUSAN ELLEN WOODRUFF - 5/15/2014

Page 220

```
 1    authority to hire, fire or promote?

 2         A    In Fairfax County, and I would argue

 3    probably in most local jurisdictions, the

 4    appointing authority status was resides with the

 5    director of the agency.

 6              So while all of the work, the review,

 7    the decisions, the recommendations, all of that

 8    happens at the hiring manager level, and the

 9    process, the final sign-off on that decision for

10    the Fire Department like every other department in

11    the County rests with the appointing authority.

12         Q    Being the Fire Chief?

13         A    Yes.

14         Q    You agree that Fire Captains do not have

15    the authority to hire an individual, is that

16    correct?

17              MS. PASCHAL:  Objection.  She can answer

18         to the extent that she has personal

19         knowledge.

20              THE WITNESS:  They cannot sign a paper

21         that brings somebody on the payroll, if that

22         is what you're asking?

23    BY MS. ELKIN:

24         Q    Yes, can they hire somebody?  No.

25    Right?
```

SUSAN ELLEN WOODRUFF – 5/15/2014

```
 1            MS. PASCHAL:  Objection, asked and
 2       answered.
 3            THE WITNESS:  They can make
 4       recommendations of who should be hired for
 5       the review or the final decision of the
 6       appointing authority.
 7   BY MS. ELKIN:
 8       Q    Would you agree that the captains do not
 9   have authority to promote employees?
10            MS. PASCHAL:  Objection, beyond the
11       scope of the 30(b)(6) topics.  She is
12       answering from her personal knowledge.
13            THE WITNESS:  The promotional process at
14       a public sector is a competitive process and
15       they go on an eligible list, and then,
16       depending on what the SOP says for that
17       particular eligible list, decisions are made
18       as to who promoted.  So can a captain in and
19       of himself promote somebody to lieutenant,
20       no.
21   BY MS. ELKIN:
22       Q    You would agree that a captain cannot
23   fire an employee, correct?
24            MS. PASCHAL:  Objection, beyond the
25       scope of the 30(b)(6) topics for this
```

SUSAN ELLEN WOODRUFF – 5/15/2014

Page 222

```
 1      witness.
 2           THE WITNESS:  Correct.  Can I clarify
 3      that?  I would just say what you asked is,
 4      "Can they?" and the answer is, no, they
 5      cannot, but that's true of every manager up
 6      to department head in every county agency.
 7           If you asked the deputy director of
 8      Community Services were they to fire
 9      somebody, the answer is, no, because the
10      authority legally rests at the top of the
11      organization.
12  BY MS. ELKIN:
13      Q    Who is Brian Farrington?
14           MS. PASCHAL:  Objection, beyond the
15      scope of the 30(b)(6) topics for this
16      witness.
17           THE WITNESS:  Subject matter expert for
18      Fairfax County.
19  BY MS. ELKIN:
20      Q    This is somebody you hired in this
21  lawsuit?
22      A    Somebody that counsel hired.  I didn't.
23      Q    Who is paying him?
24      A    I don't know.
25           MS. PASCHAL:  Objection, this is beyond
```

COMPENSATION PLAN - FISCAL YEAR 2013
PAY PLAN - F

| PAY GRADE | RATE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-17 | ANNUAL | 46,385.86 | 48,714.65 | 51,151.35 | 53,708.93 | 56,395.86 | 62,004.54 | 65,283.87 | 68,548.06 | 71,975.07 | 75,573.47 | 79,352.00 |
| | BIWEEKLY | 1,784.46 | 1,873.65 | 1,967.36 | 2,065.72 | 2,168.05 | 2,385.84 | 2,510.56 | 2,656.45 | 2,765.27 | 2,906.67 | 3,052.00 |
| | HOURLY | 22.3057 | 23.4206 | 24.5920 | 25.8216 | 27.1133 | 28.5723 | 31.3865 | 32.9565 | 34.6034 | 36.3334 | 38.1500 |
| | H3 | 15.9326 | 16.7290 | 17.5657 | 18.4440 | 19.3866 | 20.3231 | 22.4189 | 23.6399 | 24.7167 | 25.9524 | 27.2500 |
| | Step Hold | 1 | | | | | | | | | | |
| F-18 | ANNUAL | 50,942.11 | 53,486.03 | 56,163.33 | 58,970.06 | 61,913.52 | 65,014.77 | 68,266.22 | 71,680.54 | 75,266.08 | 79,028.56 | 82,981.18 |
| | BIWEEKLY | 1,859.31 | 2,057.23 | 2,160.13 | 2,268.08 | 2,381.52 | 2,500.57 | 2,625.62 | 2,756.94 | 2,894.83 | 3,039.56 | 3,191.58 |
| | HOURLY | 24.4914 | 25.7154 | 27.0016 | 28.3510 | 29.7690 | 31.2571 | 32.8203 | 34.4618 | 36.1896 | 37.9945 | 39.8948 |
| | H3 | 17.4939 | 18.3681 | 19.2865 | 20.2507 | 21.2636 | 22.3265 | 23.4431 | 24.6156 | 25.8459 | 27.1389 | 28.4963 |
| | Step Hold | 1 | | | | | | | | 2 | | |
| F-19 | ANNUAL | 53,371.97 | 56,040.40 | 56,843.41 | 61,784.94 | 64,674.39 | 68,119.08 | 71,525.38 | 75,100.27 | 78,855.13 | 82,799.18 | 86,938.80 |
| | BIWEEKLY | 2,052.77 | 2,155.40 | 2,263.21 | 2,376.34 | 2,495.19 | 2,619.98 | 2,750.98 | 2,888.47 | 3,032.93 | 3,184.53 | 3,343.80 |
| | HOURLY | 25.6596 | 26.9425 | 28.2901 | 29.7045 | 31.1896 | 32.7487 | 34.3612 | 36.1056 | 37.9116 | 39.8073 | 41.7975 |
| | H3 | 18.3283 | 19.2446 | 20.2072 | 21.2174 | 22.2785 | 23.3925 | 24.5623 | 25.7899 | 27.0797 | 28.4338 | 29.8554 |
| | Step Hold | 1 | | | | | | | | | | |
| F-20 | ANNUAL | 56,039.15 | 58,841.33 | 61,782.24 | 64,872.50 | 68,115.42 | 71,521.42 | 75,097.57 | 78,852.18 | 82,794.81 | 86,924.64 | 91,261.63 |
| | BIWEEKLY | 2,155.35 | 2,263.13 | 2,376.24 | 2,495.10 | 2,619.82 | 2,750.82 | 2,888.37 | 3,032.78 | 3,184.41 | 3,343.64 | 3,510.83 |
| | HOURLY | 26.9419 | 28.2891 | 29.7030 | 31.1887 | 32.7478 | 34.3855 | 36.1046 | 37.9097 | 39.8051 | 41.7955 | 43.8854 |
| | H3 | 19.2442 | 20.2065 | 21.2164 | 22.2776 | 23.3913 | 24.5609 | 25.7890 | 27.0784 | 28.4322 | 29.8539 | 31.3467 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-21 | ANNUAL | 57,667.76 | 60,571.26 | 63,600.56 | 66,780.46 | 70,118.67 | 73,625.76 | 77,326.53 | 81,117.58 | 85,230.08 | 89,492.63 | 93,966.91 |
| | BIWEEKLY | 2,218.76 | 2,329.66 | 2,446.18 | 2,568.48 | 2,696.87 | 2,831.76 | 2,973.33 | 3,121.98 | 3,278.06 | 3,442.03 | 3,614.11 |
| | HOURLY | 27.7345 | 29.1208 | 30.5772 | 32.1060 | 33.7109 | 35.3970 | 37.1665 | 39.0248 | 40.9760 | 43.0254 | 45.1764 |
| | H3 | 19.8104 | 20.8006 | 21.8409 | 22.9329 | 24.0792 | 25.2856 | 26.5476 | 27.6749 | 29.2566 | 30.7324 | 32.2559 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-22 | ANNUAL | 61,380.60 | 64,450.20 | 67,671.97 | 71,055.50 | 74,608.34 | 78,339.05 | 82,257.76 | 86,368.88 | 90,688.00 | 95,222.40 | 99,983.54 |
| | BIWEEKLY | 2,360.80 | 2,478.86 | 2,602.77 | 2,732.90 | 2,869.45 | 3,013.05 | 3,163.76 | 3,321.88 | 3,488.00 | 3,662.40 | 3,845.54 |
| | HOURLY | 29.5100 | 30.9857 | 32.5346 | 34.1613 | 35.8694 | 37.6631 | 39.5470 | 41.5235 | 43.6100 | 45.7800 | 48.0692 |
| | H3 | 21.0786 | 22.1326 | 23.2390 | 24.4009 | 25.6210 | 26.9022 | 28.2476 | 29.6599 | 31.1429 | 32.7000 | 34.3351 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-23 | ANNUAL | 64,436.01 | 67,671.34 | 71,054.88 | 74,607.37 | 78,338.42 | 82,256.68 | 86,367.64 | 90,685.92 | 95,221.57 | 99,980.64 | 104,980.51 |
| | BIWEEKLY | 2,478.61 | 2,602.74 | 2,732.88 | 2,869.51 | 3,012.92 | 3,163.68 | 3,321.84 | 3,487.92 | 3,662.37 | 3,845.42 | 4,037.71 |
| | HOURLY | 30.9851 | 32.3243 | 34.1610 | 35.8689 | 37.6615 | 39.5460 | 41.5230 | 43.5990 | 45.7796 | 48.0677 | 50.4714 |
| | H3 | 22.1322 | 23.2358 | 24.4007 | 25.6208 | 26.9019 | 28.2471 | 29.6593 | 31.1421 | 32.6987 | 34.3341 | 36.0510 |
| | Step Hold | 1 | | | | | | | 2 | | | |

30(b)(6)
EXHIBIT NO. 12
May 14, 2014

COMPENSATION PLAN  FISCAL YEAR 2012
PAY PLAN - F

| PAY GRADE | RATE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-24 | ANNUAL | 67,671.34 | 71,054.88 | 74,607.31 | 78,338.42 | 82,255.68 | 86,367.84 | 90,686.92 | 95,221.57 | 99,980.82 | 104,981.55 | 110,230.85 |
|  | BIWEEKLY | 2,602.74 | 2,732.88 | 2,869.51 | 3,013.02 | 3,163.65 | 3,321.84 | 3,487.92 | 3,662.37 | 3,845.42 | 4,037.75 | 4,239.65 |
|  | HOURLY | 32.5343 | 34.1610 | 35.8689 | 37.6627 | 39.5460 | 41.5230 | 43.5990 | 45.7796 | 48.0677 | 50.4719 | 52.9954 |
|  | H3 | 23.2368 | 24.4007 | 25.5226 | 26.8019 | 28.2411 | 29.5552 | 31.1421 | 32.6987 | 34.3341 | 36.0051 | 37.8540 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| F-25 | ANNUAL | 70,894.51 | 74,438.00 | 78,160.78 | 82,068.90 | 86,172.74 | 90,479.79 | 95,005.04 | 99,755.55 | 104,743.18 | 109,981.46 | 115,480.35 |
|  | BIWEEKLY | 2,726.71 | 2,863.00 | 3,006.18 | 3,156.50 | 3,314.34 | 3,479.99 | 3,654.04 | 3,836.75 | 4,028.58 | 4,230.06 | 4,441.55 |
|  | HOURLY | 34.0839 | 35.7875 | 37.5773 | 39.4562 | 41.4292 | 43.4999 | 45.6755 | 47.5594 | 50.3573 | 52.8757 | 55.5194 |
|  | H3 | 24.3456 | 25.5625 | 26.8409 | 28.1830 | 29.5923 | 31.0714 | 32.6254 | 34.2567 | 35.9695 | 37.7664 | 39.6567 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | | |
| F-26 | ANNUAL | 74,436.00 | 78,160.76 | 82,068.90 | 86,172.74 | 90,479.79 | 95,005.04 | 99,755.55 | 104,743.18 | 109,981.46 | 115,478.90 | 121,252.96 |
|  | BIWEEKLY | 2,863.00 | 3,006.18 | 3,156.50 | 3,314.34 | 3,479.99 | 3,654.04 | 3,836.75 | 4,028.58 | 4,230.06 | 4,441.50 | 4,663.58 |
|  | HOURLY | 35.7875 | 37.5773 | 39.4562 | 41.4292 | 43.4999 | 45.6755 | 47.5594 | 50.3573 | 52.8757 | 55.5187 | 58.2045 |
|  | H3 | 25.5625 | 26.8409 | 28.1830 | 29.5923 | 31.0714 | 32.6254 | 34.2567 | 35.9695 | 37.7664 | 39.6562 | 41.6389 |
|  | Step Hold | | | | | | | | | | | 2 |
| F-27 | ANNUAL | 77,798.86 | 81,686.38 | 85,771.50 | 90,059.84 | 94,562.62 | 99,289.83 | 104,254.60 | 109,467.07 | 114,941.22 | 120,587.84 | 126,722.96 |
|  | BIWEEKLY | 2,992.26 | 3,141.78 | 3,298.90 | 3,463.84 | 3,637.02 | 3,818.83 | 4,009.60 | 4,210.27 | 4,420.82 | 4,641.84 | 4,873.96 |
|  | HOURLY | 37.4033 | 39.2723 | 41.2363 | 43.2980 | 45.4628 | 47.7354 | 50.1225 | 52.6284 | 55.2602 | 58.0230 | 60.9245 |
|  | H3 | 26.7166 | 28.0516 | 29.4545 | 30.9271 | 32.4734 | 34.0967 | 35.8018 | 37.5917 | 39.4716 | 41.4450 | 43.5175 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| F-29 | ANNUAL | 86,832.51 | 91,172.64 | 95,732.42 | 100,518.08 | 105,545.02 | 110,822.61 | 116,363.72 | 122,161.49 | 128,220.14 | 134,632.58 | 141,364.29 |
|  | BIWEEKLY | 3,339.71 | 3,506.64 | 3,682.02 | 3,866.08 | 4,059.42 | 4,262.41 | 4,475.53 | 4,699.29 | 4,931.54 | 5,178.18 | 5,437.09 |
|  | HOURLY | 41.7464 | 43.8330 | 46.0252 | 48.3260 | 50.7428 | 53.2801 | 55.9441 | 58.7411 | 61.6443 | 64.7272 | 67.9636 |
|  | H3 | 29.8166 | 31.3093 | 32.8751 | 34.5186 | 36.2449 | 38.0572 | 39.9601 | 41.9579 | 44.0316 | 46.2337 | 48.5454 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | | |
| F-31 | ANNUAL | 95,580.16 | 100,359.98 | 105,376.75 | 110,644.56 | 116,177.78 | 121,986.18 | 128,087.23 | 134,492.69 | 141,215.98 | 148,276.98 | 155,690.29 |
|  | BIWEEKLY | 3,676.16 | 3,859.98 | 4,052.95 | 4,255.56 | 4,468.38 | 4,691.78 | 4,926.43 | 5,172.66 | 5,431.38 | 5,702.96 | 5,988.09 |
|  | HOURLY | 45.9520 | 48.2498 | 50.6619 | 53.1945 | 55.8547 | 58.6472 | 61.5804 | 64.6586 | 67.8923 | 71.2870 | 74.8511 |
|  | H3 | 32.8229 | 34.4641 | 36.1871 | 37.9961 | 39.8962 | 41.8905 | 43.9850 | 46.1847 | 48.4945 | 50.9193 | 53.4851 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | | |
| F-33 | ANNUAL | 105,151.90 | 110,408.73 | 115,930.05 | 121,726.59 | 127,813.71 | 134,203.64 | 140,913.76 | 147,960.38 | 155,358.74 | 163,126.70 | 171,283.01 |
|  | BIWEEKLY | 4,044.30 | 4,246.51 | 4,458.85 | 4,681.79 | 4,915.91 | 5,161.64 | 5,419.76 | 5,690.78 | 5,975.34 | 6,274.10 | 6,587.81 |
|  | HOURLY | 50.5538 | 53.0816 | 55.7356 | 58.5224 | 61.4489 | 64.5205 | 67.7470 | 71.1348 | 74.6917 | 78.4263 | 82.3476 |
|  | H3 | 36.1099 | 37.9154 | 39.8111 | 41.8017 | 43.8921 | 46.0661 | 48.3907 | 50.8106 | 53.3512 | 56.0188 | 58.8197 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |

F-2

COMPENSATION PLAN - FISCAL YEAR 2012 (Effective Sep 24, 2011)

PAY PLAN - F

| PAY GRADE | RATE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-17 | ANNUAL | 45,405.88 | 47,675.47 | 50,059.98 | 52,563.06 | 55,192.34 | 60,711.04 | 53,891.15 | 67,085.62 | 70,459.41 | 73,961.98 | 77,659.09 |
|  | BIWEEKLY | 1,740.38 | 1,833.67 | 1,925.38 | 2,021.66 | 2,122.78 | 2,335.04 | 2,457.35 | 2,580.02 | 2,709.21 | 2,844.50 | 2,986.89 |
|  | HOURLY | 21.8298 | 22.8209 | 24.0672 | 25.2707 | 26.5348 | 29.1880 | 30.7169 | 32.2527 | 33.8651 | 35.5589 | 37.3361 |
|  | H3 | 15.5927 | 16.3721 | 17.1909 | 18.0505 | 18.9534 | 20.8486 | 21.9406 | 23.0376 | 24.1894 | 25.1987 | 26.6685 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |
| F-18 | ANNUAL | 49,858.31 | 52,346.94 | 54,965.54 | 57,711.89 | 60,588.51 | 63,627.92 | 66,609.81 | 70,151.33 | 73,660.26 | 77,342.51 | 81,210.59 |
|  | BIWEEKLY | 1,917.51 | 2,013.34 | 2,114.04 | 2,219.69 | 2,330.71 | 2,447.22 | 2,569.61 | 2,698.13 | 2,833.06 | 2,974.71 | 3,123.49 |
|  | HOURLY | 23.9689 | 25.1668 | 26.4255 | 27.7461 | 29.1339 | 30.5902 | 32.1201 | 33.7266 | 35.4136 | 37.1835 | 39.0436 |
|  | H3 | 17.1206 | 17.9763 | 18.8754 | 19.8186 | 20.8309 | 21.8507 | 22.9425 | 24.0904 | 25.2954 | 26.5096 | 27.8863 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |
| F-19 | ANNUAL | 52,233.38 | 54,844.82 | 57,587.92 | 60,456.86 | 63,490.96 | 66,666.06 | 69,999.46 | 73,499.05 | 77,173.82 | 81,032.64 | 85,084.08 |
|  | BIWEEKLY | 2,008.98 | 2,109.42 | 2,214.92 | 2,325.65 | 2,441.96 | 2,564.08 | 2,692.29 | 2,826.85 | 2,968.22 | 3,116.64 | 3,272.46 |
|  | HOURLY | 25.1122 | 26.3677 | 27.6865 | 29.0708 | 30.5245 | 32.0510 | 33.6536 | 35.3356 | 37.1028 | 38.9580 | 40.9056 |
|  | H3 | 17.9373 | 18.8341 | 19.7761 | 20.7647 | 21.8032 | 22.8935 | 24.0363 | 25.2367 | 26.5020 | 27.5271 | 29.2164 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |
| F-20 | ANNUAL | 54,643.57 | 57,586.05 | 60,464.14 | 63,488.46 | 66,662.13 | 69,996.54 | 73,496.34 | 77,169.87 | 81,028.27 | 85,079.90 | 89,334.13 |
|  | BIWEEKLY | 2,109.37 | 2,214.85 | 2,325.54 | 2,441.86 | 2,563.93 | 2,692.14 | 2,826.74 | 2,968.07 | 3,116.47 | 3,272.30 | 3,435.93 |
|  | HOURLY | 26.3671 | 27.6856 | 29.0693 | 30.5233 | 32.0491 | 33.6517 | 35.3343 | 37.1009 | 38.9559 | 40.9038 | 42.9491 |
|  | H3 | 18.8335 | 19.7754 | 20.7638 | 21.8024 | 22.8922 | 24.0369 | 25.2388 | 26.5006 | 27.8256 | 29.2170 | 30.6779 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |
| F-21 | ANNUAL | 56,457.00 | 59,276.96 | 62,243.58 | 65,355.68 | 66,622.74 | 77,054.34 | 75,657.30 | 79,439.78 | 83,411.74 | 87,583.50 | 91,962.21 |
|  | BIWEEKLY | 2,171.42 | 2,279.96 | 2,393.96 | 2,513.68 | 2,639.34 | 2,771.34 | 2,909.90 | 3,055.36 | 3,208.14 | 3,368.66 | 3,537.01 |
|  | HOURLY | 27.1428 | 28.4995 | 29.9248 | 31.4210 | 32.9917 | 34.6415 | 36.3737 | 38.1922 | 40.1018 | 42.1075 | 44.2126 |
|  | H3 | 19.3877 | 20.3568 | 21.3749 | 22.4436 | 23.5655 | 24.7441 | 25.9812 | 27.2801 | 28.6441 | 30.0768 | 31.5804 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |
| F-22 | ANNUAL | 60,071.23 | 63,075.17 | 66,228.24 | 69,539.60 | 73,016.53 | 76,667.57 | 80,502.86 | 84,526.21 | 88,753.18 | 93,190.86 | 97,850.59 |
|  | BIWEEKLY | 2,310.43 | 2,425.97 | 2,547.24 | 2,674.60 | 2,808.53 | 2,948.77 | 3,096.26 | 3,251.01 | 3,413.58 | 3,584.33 | 3,763.49 |
|  | HOURLY | 28.8804 | 30.3246 | 31.8405 | 33.4325 | 35.1041 | 36.8596 | 38.7033 | 40.6376 | 42.6698 | 44.8033 | 47.0436 |
|  | H3 | 20.0289 | 21.6004 | 22.7432 | 23.8804 | 25.0744 | 26.3283 | 27.6452 | 29.0269 | 30.4764 | 32.0024 | 33.6026 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |
| F-23 | ANNUAL | 63,079.92 | 66,227.62 | 69,536.96 | 73,015.48 | 76,667.34 | 80,502.78 | 84,608.17 | 88,751.10 | 93,190.03 | 97,847.76 | 102,740.77 |
|  | BIWEEKLY | 2,426.92 | 2,547.22 | 2,674.53 | 2,808.29 | 2,948.74 | 3,096.18 | 3,250.91 | 3,413.50 | 3,584.23 | 3,763.38 | 3,951.57 |
|  | HOURLY | 30.3240 | 31.8402 | 33.4322 | 35.1036 | 36.8592 | 38.7023 | 40.6371 | 42.6688 | 44.8029 | 47.0422 | 49.3946 |
|  | H3 | 21.6600 | 22.7430 | 23.8801 | 25.0740 | 26.3280 | 27.6446 | 29.0265 | 30.4777 | 32.0021 | 33.5018 | 35.2319 |
|  | Step Hold | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | |

19-00003

App.683

PX 6-3

COMPENSATION PLAN - FISCAL YEAR 2012 (Effective Sep 24, 2011)

PAY PLAN: F

| PAY GRADE | RATE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-24 | ANNUAL | 66,227.62 | 69,538.58 | 73,015.49 | 76,667.14 | 80,520.78 | 84,529.17 | 88,751.10 | 93,160.00 | 97,841.79 | 102,741.81 | 107,878.96 |
| | BIWEEKLY | 2,547.22 | 2,674.56 | 2,808.29 | 2,948.74 | 3,096.18 | 3,250.97 | 3,413.50 | 3,584.20 | 3,763.38 | 3,951.61 | 4,149.19 |
| | HOURLY | 31.8402 | 33.4322 | 35.1036 | 36.8592 | 38.7022 | 40.6371 | 42.6688 | 44.8029 | 47.0422 | 49.3951 | 51.8649 |
| | H3 | 22.7430 | 23.8801 | 25.0740 | 26.3280 | 27.6445 | 28.8445 | 30.4777 | 32.0021 | 33.6016 | 35.2822 | 37.0464 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-25 | ANNUAL | 69,381.94 | 72,849.92 | 76,493.26 | 80,317.85 | 84,334.22 | 88,549.34 | 92,978.08 | 97,627.30 | 102,528.43 | 107,656.01 | 113,016.59 |
| | BIWEEKLY | 2,668.54 | 2,801.92 | 2,942.05 | 3,089.15 | 3,243.62 | 3,405.74 | 3,576.08 | 3,754.90 | 3,942.63 | 4,139.81 | 4,346.79 |
| | HOURLY | 33.3567 | 35.0240 | 36.7756 | 38.6144 | 40.5451 | 42.5716 | 44.7010 | 46.9362 | 49.2828 | 51.7476 | 54.3349 |
| | H3 | 23.8262 | 25.0177 | 26.2683 | 27.5817 | 28.9609 | 30.4064 | 31.9293 | 33.5259 | 35.2021 | 36.9626 | 38.8106 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-26 | ANNUAL | 72,849.92 | 76,493.26 | 80,317.55 | 84,334.22 | 88,549.34 | 93,976.08 | 97,627.08 | 102,508.45 | 107,635.01 | 113,016.14 | 118,665.66 |
| | BIWEEKLY | 2,801.92 | 2,942.05 | 3,089.15 | 3,243.62 | 3,405.74 | 3,576.08 | 3,754.90 | 3,942.63 | 4,139.81 | 4,346.74 | 4,564.06 |
| | HOURLY | 35.0240 | 36.7756 | 38.6144 | 40.5453 | 42.5718 | 44.7010 | 46.9362 | 49.2829 | 51.7476 | 54.2342 | 57.0508 |
| | H3 | 25.0177 | 26.2683 | 27.5817 | 28.9609 | 30.4064 | 31.9293 | 33.5255 | 35.2021 | 36.9629 | 38.8101 | 40.7508 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-27 | ANNUAL | 76,139.02 | 78,943.55 | 83,641.52 | 88,138.34 | 92,545.23 | 97,171.36 | 102,030.45 | 107,131.85 | 112,488.60 | 118,113.14 | 124,019.38 |
| | BIWEEKLY | 2,928.42 | 3,074.75 | 3,228.52 | 3,389.94 | 3,559.43 | 3,737.36 | 3,924.25 | 4,120.45 | 4,326.50 | 4,542.81 | 4,769.98 |
| | HOURLY | 36.6553 | 38.4344 | 40.3566 | 42.3742 | 44.4929 | 46.7170 | 49.0531 | 51.5056 | 54.0812 | 56.7851 | 59.6247 |
| | H3 | 26.1486 | 27.4531 | 28.8261 | 30.2673 | 31.7806 | 33.3693 | 35.0376 | 36.7897 | 38.6594 | 40.9608 | 42.8861 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-29 | ANNUAL | 84,978.86 | 86,227.42 | 93,690.06 | 98,373.60 | 103,293.22 | 108,458.27 | 113,881.04 | 119,574.83 | 125,484.53 | 131,780.30 | 138,348.29 |
| | BIWEEKLY | 3,268.46 | 3,431.82 | 3,603.46 | 3,783.60 | 3,972.82 | 4,171.47 | 4,380.04 | 4,599.03 | 4,826.33 | 5,067.70 | 5,321.09 |
| | HOURLY | 40.8557 | 42.8976 | 45.0433 | 47.2950 | 49.6602 | 52.1434 | 54.7505 | 57.4879 | 60.3291 | 63.3465 | 66.5135 |
| | H3 | 29.1826 | 30.6413 | 32.1736 | 33.7821 | 35.4716 | 37.2453 | 39.1075 | 41.0528 | 43.0822 | 45.2474 | 47.5067 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-31 | ANNUAL | 93,540.93 | 98,218.43 | 103,128.48 | 108,283.67 | 113,696.04 | 119,383.68 | 125,354.93 | 131,620.63 | 138,203.10 | 145,113.49 | 152,366.74 |
| | BIWEEKLY | 3,597.73 | 3,777.63 | 3,966.48 | 4,164.77 | 4,373.04 | 4,591.68 | 4,821.33 | 5,062.33 | 5,315.50 | 5,581.29 | 5,860.34 |
| | HOURLY | 44.9716 | 47.2204 | 49.5810 | 52.0596 | 54.6630 | 57.3960 | 60.2666 | 63.2791 | 66.4436 | 69.7661 | 73.2542 |
| | H3 | 32.1226 | 33.7289 | 35.4150 | 37.1854 | 39.0450 | 40.9971 | 43.0476 | 45.1954 | 47.4596 | 49.8329 | 52.3244 |
| | Step Hold | 1 | | | | | | | 2 | | | |
| F-33 | ANNUAL | 102,908.42 | 108,054.13 | 113,456.72 | 119,129.56 | 125,086.03 | 131,339.52 | 137,907.53 | 144,803.57 | 152,044.26 | 159,646.45 | 167,628.66 |
| | BIWEEKLY | 3,958.02 | 4,155.93 | 4,363.72 | 4,581.90 | 4,811.00 | 5,051.52 | 5,304.13 | 5,569.37 | 5,847.66 | 6,140.25 | 6,447.20 |
| | HOURLY | 49.4752 | 51.9491 | 54.5465 | 57.2738 | 60.1379 | 63.1440 | 66.3016 | 69.6171 | 73.0962 | 76.7531 | 80.5907 |
| | H3 | 35.3394 | 37.1065 | 38.9618 | 40.9099 | 42.9556 | 45.1028 | 47.3593 | 49.7266 | 52.2133 | 54.6236 | 57.5448 |
| | Step Hold | 1 | | | | | | | 2 | | | |

COMPENSATION PLAN - FISCAL YEAR 2010
PAY PLAN - F

| PAY GRADE | RATE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-17 | ANNUAL | 44,515.74 | 46,740.72 | 49,076.43 | 51,532.42 | 54,110.16 | 59,520.66 | 62,638.37 | 65,770.22 | 69,058.19 | 72,510.68 | 76,136.32 |
|  | BIWEEKLY | 1,712.14 | 1,797.72 | 1,887.63 | 1,982.02 | 2,081.16 | 2,289.26 | 2,409.17 | 2,529.62 | 2,656.09 | 2,788.87 | 2,928.32 |
|  | HOURLY | 21.4018 | 22.4715 | 23.5954 | 24.7752 | 26.0145 | 28.6157 | 30.1146 | 31.6203 | 33.2001 | 34.8610 | 36.6040 |
|  | H3 | 15.2870 | 16.0511 | 16.6539 | 17.6966 | 18.5818 | 20.4398 | 21.5104 | 22.5859 | 23.7151 | 24.9007 | 26.1457 |
| STEP | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| F-18 | ANNUAL | 48,877.71 | 51,320.46 | 53,887.39 | 56,580.37 | 59,410.21 | 62,380.03 | 65,499.82 | 68,775.82 | 72,215.94 | 75,820.98 | 79,616.24 |
|  | BIWEEKLY | 1,879.91 | 1,973.86 | 2,072.59 | 2,176.17 | 2,285.01 | 2,399.23 | 2,519.22 | 2,645.22 | 2,777.54 | 2,916.38 | 3,062.24 |
|  | HOURLY | 23.4989 | 24.6733 | 25.9074 | 27.2021 | 28.5626 | 29.9904 | 31.4903 | 33.0653 | 34.7192 | 36.4548 | 38.2780 |
|  | H3 | 16.7849 | 17.6238 | 18.5063 | 19.4301 | 20.4019 | 21.4207 | 22.4931 | 23.6181 | 24.7994 | 26.0391 | 27.3414 |
| STEP | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| F-19 | ANNUAL | 51,209.16 | 53,769.46 | 56,458.69 | 59,281.25 | 62,246.08 | 65,358.80 | 68,626.90 | 72,056.82 | 75,660.62 | 79,443.73 | 83,415.70 |
|  | BIWEEKLY | 1,969.58 | 2,068.06 | 2,171.49 | 2,280.05 | 2,394.08 | 2,513.80 | 2,639.50 | 2,771.42 | 2,910.02 | 3,055.53 | 3,208.30 |
|  | HOURLY | 24.6199 | 25.8507 | 27.1436 | 28.5006 | 29.9260 | 31.4225 | 32.9937 | 34.6427 | 36.3753 | 38.1941 | 40.1037 |
|  | H3 | 17.5956 | 18.4648 | 19.3883 | 20.3576 | 21.3757 | 22.4446 | 23.5669 | 24.7448 | 25.9824 | 27.2815 | 28.6455 |
| STEP | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| F-20 | ANNUAL | 53,768.21 | 56,456.82 | 59,278.54 | 62,243.58 | 65,359.06 | 68,623.15 | 72,054.32 | 75,656.67 | 79,439.57 | 83,411.74 | 87,582.56 |
|  | BIWEEKLY | 2,068.01 | 2,171.42 | 2,279.94 | 2,393.98 | 2,513.66 | 2,639.35 | 2,771.32 | 2,909.87 | 3,055.37 | 3,208.14 | 3,368.56 |
|  | HOURLY | 25.8501 | 27.1427 | 28.4993 | 29.9248 | 31.4207 | 32.9919 | 34.6415 | 36.3734 | 38.1921 | 40.1018 | 42.1070 |
|  | H3 | 18.4644 | 19.3876 | 20.3506 | 21.3749 | 22.4434 | 23.5686 | 24.7439 | 25.9810 | 27.2801 | 28.6441 | 30.0764 |
| STEP | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| F-21 | ANNUAL | 55,550.06 | 58,116.66 | 61,023.04 | 64,074.19 | 67,277.18 | 70,642.00 | 74,173.84 | 77,883.06 | 81,776.24 | 85,865.35 | 90,159.06 |
|  | BIWEEKLY | 2,126.65 | 2,235.26 | 2,347.04 | 2,464.39 | 2,587.58 | 2,717.00 | 2,852.84 | 2,995.46 | 3,145.24 | 3,302.55 | 3,467.65 |
|  | HOURLY | 26.6106 | 27.9407 | 29.3380 | 30.8049 | 32.3448 | 33.9625 | 35.6605 | 37.4433 | 39.3155 | 41.2819 | 43.3457 |
|  | H3 | 19.0076 | 19.9576 | 20.9557 | 22.0035 | 23.1034 | 24.2589 | 25.4718 | 26.7452 | 28.0825 | 29.4871 | 30.9612 |
| STEP | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| F-22 | ANNUAL | 58,693.33 | 61,638.40 | 64,929.70 | 68,176.16 | 71,584.86 | 75,164.76 | 78,904.35 | 82,868.88 | 87,012.85 | 91,363.58 | 95,932.10 |
|  | BIWEEKLY | 2,266.13 | 2,378.40 | 2,497.30 | 2,622.16 | 2,753.26 | 2,890.96 | 3,035.56 | 3,187.26 | 3,346.65 | 3,513.96 | 3,689.70 |
|  | HOURLY | 28.3141 | 29.7300 | 31.2162 | 32.7770 | 34.4158 | 36.1369 | 37.9444 | 39.8408 | 41.8331 | 43.9248 | 46.1212 |
|  | H3 | 20.2244 | 21.2357 | 22.2973 | 23.4121 | 24.5827 | 25.8121 | 27.1031 | 28.4577 | 29.8808 | 31.3749 | 32.9437 |
| STEP | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| F-23 | ANNUAL | 61,637.15 | 64,929.07 | 68,175.54 | 71,583.62 | 75,163.92 | 78,922.27 | 82,867.62 | 87,010.58 | 91,362.75 | 95,929.18 | 100,726.39 |
|  | BIWEEKLY | 2,376.35 | 2,497.27 | 2,622.14 | 2,753.22 | 2,890.92 | 3,035.47 | 3,187.22 | 3,346.56 | 3,513.95 | 3,689.58 | 3,874.08 |
|  | HOURLY | 29.7294 | 31.2159 | 32.7767 | 34.4153 | 36.1365 | 37.9434 | 39.8403 | 41.8322 | 43.9244 | 46.1198 | 48.4261 |
|  | H3 | 21.2353 | 22.2971 | 23.4119 | 24.5824 | 25.6115 | 27.1024 | 28.4574 | 29.8801 | 31.3746 | 32.9427 | 34.5901 |
| STEP | HOLD |  |  |  |  |  |  |  | 1 |  |  |  |

COMPENSATION PLAN - FISCAL YEAR 2010
PAY PLAN - F

| PAY GRADE | RATE | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-24 | ANNUAL | 64,929.07 | 68,175.54 | 71,583.62 | 75,163.90 | 78,922.27 | 82,867.82 | 87,010.98 | 91,362.75 | 95,929.16 | 100,727.33 | 105,763.63 |
|  | BIWEEKLY | 2,497.27 | 2,622.14 | 2,753.22 | 2,890.92 | 3,035.47 | 3,187.22 | 3,346.58 | 3,513.95 | 3,689.58 | 3,874.13 | 4,067.83 |
|  | HOURLY | 31.2159 | 32.7767 | 34.4153 | 36.1365 | 37.9434 | 39.8405 | 41.8322 | 43.9244 | 46.1198 | 48.4266 | 50.8479 |
|  | H3 | 22.2971 | 23.4119 | 24.5824 | 25.8118 | 27.1024 | 28.4574 | 29.8801 | 31.3746 | 32.9427 | 34.5904 | 36.5189 |
|  | HOLD |  |  |  |  |  |  |  |  |  |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| F-25 | ANNUAL | 68,021.41 | 71,421.58 | 74,993.36 | 78,743.18 | 82,680.62 | 86,813.17 | 91,154.96 | 95,713.07 | 100,498.53 | 105,524.43 | 110,800.58 |
|  | BIWEEKLY | 2,616.21 | 2,746.98 | 2,884.36 | 3,028.58 | 3,180.02 | 3,338.97 | 3,505.96 | 3,681.27 | 3,865.33 | 4,058.63 | 4,261.56 |
|  | HOURLY | 32.7026 | 34.3373 | 36.0545 | 37.8673 | 39.7503 | 41.7371 | 43.8245 | 46.0159 | 48.3166 | 50.7539 | 53.2695 |
|  | H3 | 23.3590 | 24.5266 | 25.7532 | 27.0409 | 28.3931 | 29.8122 | 31.3032 | 32.8685 | 34.5119 | 36.2378 | 38.0496 |
|  | HOLD |  |  |  |  |  |  |  |  |  |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| F-26 | ANNUAL | 71,421.58 | 74,993.36 | 78,743.16 | 82,680.02 | 86,813.17 | 91,154.96 | 95,713.07 | 100,498.53 | 105,524.43 | 110,789.10 | 116,338.58 |
|  | BIWEEKLY | 2,746.98 | 2,884.36 | 3,028.58 | 3,180.02 | 3,338.97 | 3,505.96 | 3,681.27 | 3,865.33 | 4,259.63 | 4,261.50 | 4,474.58 |
|  | HOURLY | 34.3373 | 36.0545 | 37.8573 | 39.7503 | 41.7371 | 43.8245 | 46.0159 | 48.3166 | 50.7305 | 53.2689 | 55.9322 |
|  | H3 | 24.5266 | 25.7532 | 27.0409 | 28.3931 | 29.8122 | 31.3032 | 32.8685 | 34.5119 | 36.2378 | 38.0491 | 39.2516 |
|  | HOLD |  |  |  |  |  |  | 2 | 2 | 2 |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| F-27 | ANNUAL | 74,646.00 | 78,376.08 | 82,395.83 | 86,410.06 | 90,730.64 | 95,266.08 | 100,029.90 | 105,031.06 | 110,283.26 | 115,797.14 | 121,587.65 |
|  | BIWEEKLY | 2,871.00 | 3,014.46 | 3,165.22 | 3,323.46 | 3,489.64 | 3,664.08 | 3,847.30 | 4,039.66 | 4,241.66 | 4,453.74 | 4,676.45 |
|  | HOURLY | 35.8875 | 37.6808 | 39.5652 | 41.5433 | 43.6205 | 45.8010 | 48.0013 | 50.4957 | 53.0208 | 55.6717 | 58.4557 |
|  | H3 | 25.6339 | 26.9149 | 28.2609 | 29.6738 | 31.1575 | 32.7150 | 34.3509 | 36.0684 | 37.8720 | 39.7653 | 41.7540 |
|  | HOLD |  |  |  |  |  |  |  | 2 |  |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| F-29 | ANNUAL | 83,313.57 | 87,477.94 | 91,853.01 | 96,444.61 | 101,267.92 | 106,331.68 | 111,648.16 | 117,230.26 | 123,074.10 | 129,176.74 | 135,635.55 |
|  | BIWEEKLY | 3,204.37 | 3,364.54 | 3,532.81 | 3,709.41 | 3,894.92 | 4,089.68 | 4,294.16 | 4,508.86 | 4,733.70 | 4,968.34 | 5,216.75 |
|  | HOURLY | 40.0546 | 42.0567 | 44.1601 | 46.3676 | 48.6865 | 51.1210 | 53.6770 | 56.3627 | 59.1462 | 62.1042 | 65.2054 |
|  | H3 | 28.6104 | 30.0405 | 31.5429 | 33.1197 | 34.7781 | 36.5150 | 38.3407 | 40.2576 | 42.2473 | 44.3601 | 46.5761 |
|  | HOLD |  |  |  |  |  |  | 2 | 2 | 2 |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| F-31 | ANNUAL | 91,706.78 | 96,292.56 | 101,106.30 | 106,160.70 | 111,469.70 | 117,042.85 | 122,896.59 | 129,039.66 | 135,493.28 | 142,268.05 | 149,381.02 |
|  | BIWEEKLY | 3,527.18 | 3,703.56 | 3,888.70 | 4,063.10 | 4,287.30 | 4,501.65 | 4,726.79 | 4,963.06 | 5,211.28 | 5,471.85 | 5,745.42 |
|  | HOURLY | 44.0898 | 46.2945 | 48.6088 | 51.0388 | 53.5912 | 56.2706 | 59.0646 | 62.0385 | 65.1410 | 68.3981 | 71.8178 |
|  | H3 | 31.4927 | 33.0675 | 34.7206 | 36.4563 | 38.2794 | 40.1933 | 42.2035 | 44.3131 | 46.5293 | 48.8358 | 51.2594 |
|  | HOLD |  |  |  |  |  |  |  |  |  |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |
| F-33 | ANNUAL | 100,890.61 | 105,935.44 | 111,232.16 | 116,793.66 | 122,634.10 | 128,764.27 | 135,202.33 | 141,964.37 | 149,062.89 | 156,516.03 | 164,341.84 |
|  | BIWEEKLY | 3,880.41 | 4,074.44 | 4,278.16 | 4,492.06 | 4,716.70 | 4,952.47 | 5,200.13 | 5,460.17 | 5,733.15 | 6,019.85 | 6,320.84 |
|  | HOURLY | 48.5051 | 50.9305 | 53.4770 | 56.1508 | 58.9587 | 61.9059 | 65.0016 | 68.2521 | 71.6649 | 75.2481 | 79.0105 |
|  | H3 | 34.6465 | 36.3789 | 38.1979 | 40.1077 | 42.1134 | 44.2185 | 46.4297 | 48.7515 | 51.1892 | 53.7466 | 56.4361 |
|  | HOLD |  |  |  |  |  |  |  | 2 | 2 |  |  |
| STEP |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  |  |  |  |

COMPENSATION PLAN - FISCAL YEAR 2010
PAY PLAN - I

19-00006

App.686                                    PX 6-6

## Fairfax County
## Fire & Rescue Department

# B-Shift

# Administrative
# and
# Operational
# Procedures



**Deputy Chief Charles W. Ryan, III**
Effective: February 7, 2011



30(5)(6)

EXHIBIT NO. 26

May 14, 2014

PLF 78

PX 7-1

➢ *Current Day Staffing, Next Day Staffing, and Activities*:  Please make sure your staffing is complete at least two tours in advance.  Next day activities are located on the Master Calendar on the Intranet.  Be sure to check and plan accordingly.

➢ *DFC Aide – When To Contact/Items To Go Through The Aide*
The Aide is my counterpart.  The Aide is fully engaged in all shift issues, including sensitive and confidential matters and is fully cognizant of the requirement to maintain in strict confidence any matters not to be shared outside of the shift.  When the Aide calls you and asks for information, a document, etc., it is to be treated as if I am the one making the call.

> Battalion Chief and OPS406 T&A's are initially reviewed by the DFC Aide, so all FRD-43's for BC's and the OPS406 go directly to the DFC Aide when requested.

> Master Calendar entry requests shall be sent directly to the DFC Aide.

> The DFC Aide will coordinate the scheduling of units for OARS, EMSCEP, and other required training.

> If you need to leave your assigned response area for more than 15 or 20 minutes you shall contact the DFC Aide to advise of the reason you need to be out of position, where you will be, and for how long you anticipate being out of your area.  I expect you to coordinate these "absences" with your neighboring BMT counterpart to arrange an "area swap" if possible.  Please be prudent in your "diversions" and the requests for the same.  This includes trips to the Massey Building, MPSTOC, the apparatus shops, the Training Academy, any hospital not in your response area, etc.

➢ *Discipline:  ALL discipline* needs to be routed through the chain of command through the BC and to me before anything is done with the affected employee.  Shift Officers shall not, under any circumstance, issue any form of discipline to a subordinate without first contacting the BC.  Even in the instance of Tardiness, the shift officer must call the BC first.  Be sure that you have assured the shift officer has checked the employee's station-level file before calling me with a discipline recommendation.

*Oral reprimands require initial notification to me.*  Example:  A FF in one of your stations is tardy and the tardiness is not excusable.  It is his/her 1st offense, and the shift officer has confirmed this to you.  The shift officer should prepare the FRD-133, citing all appropriate SOP's and Rules & Regulations violated, and send it to you for review.  You should assure that the correct form is being used (e.g., most current version of the FRD form), that the narrative is detailed, accurate, grammatically correct and free of spelling errors.  If not, work with the shift officer to correct the deficiencies.  I urge you not to do this for the shift officer.  This is a learning device for them, and it's part of their job. You should then notify me by phone or e-mail of how you intend to proceed.  I will let you know if that is acceptable or if I need to do some further checking on my end.

PX 7-5

# FAIRFAX COUNTY FIRE AND RESCUE DEPARTMENT

## OPERATIONS BUREAU



## FIELD BATTALION CHIEF'S HANDBOOK

(Revised December 2009)

04.03.2014

App.689

EXHIBIT 42
5/21/14

PENGAD 800-631-6989

1-03614

PX 8-1

III.   **PERSONNEL MANAGEMENT**

A. **Disciplinary Actions**

1. **General Information**

   a.   Confer with the appropriate shift deputy chief when administering oral reprimands.  Written reprimands must be approved by the shift deputy prior to being administered.

2. **Procedures**

   a.   Conduct a complete and thorough investigation of the incident, including written statements from anyone who was involved in the incident, was a witness, or from anyone who can help clarify the situation.

   b.   Check the individual's past records to determine if similar situations have occurred.
   • Check personnel file
   • Contact the employee's shift leader to determine behavioral history

   c.   Confer with the deputy chief to advise him/her of the situation, make a recommendation based on your findings, and seek his/her guidance.

   d.   Include the EMS captain in an investigation of incidents that involve EMS personnel and issues

3. **Fitness for Duty (SOP 02.04.03)**

   a.   You have the authority to temporarily relieve an employee from duty if, in your opinion, he/she is not physically or mentally competent.

4. **Levels of Discipline**

   a.   Discipline is designed to correct inappropriate behavior.  It should be initiated as soon as possible, but the investigation into the allegations leading up to the behavior should be thorough. Templates for preparing discipline are posted in Outlook.  These templates should be used to ensure consistency of the discipline and to ensure that the most current version of the document is used.

   • Verbal Counseling - Handled by the individual's shift leader who, after approval by the battalion chief and shift deputy chief, provides the counseling
   • Written Reprimand - Submitted to the shift deputy chief for approval through the chain-of-command

1-03630
PX 8-17

**RULES AND REGULATIONS**

**TABLE OF CONTENTS**

**100**     **GENERAL RESPONSIBILITIES**

100.01    Knowledge of Regulations
100.02    County Personnel Regulations
100.03    Obedience to the Laws and Regulations
100.04    Chain of Command
100.05    Performance of Duty
100.06    Human Relations
100.07    Cooperation/Coordination
100.08    Reporting Violation
100.09    Establishing Elements of Violation
**200**     **STANDARDS OF CONDUCT**

200.01    Accepting Gifts, Gratuities, Etc.
200.02    Emergency Recall
200.03    Firearms
200.04    Free Admission and Passes
200.05    Gambling
200.06    Identification as a Fire and Rescue Department Employee
200.07    Immoral Conduct
200.08    Intoxicants on Departmental Premises
200.09    Intoxicants – Purchase and Consumption
200.10    Intoxication
200.11    Malingering
200.12    Membership in Organizations
200.13    Obligation to Duty
200.14    Personal Preference
200.15    Reporting to Duty
200.16    Smoking On or Off Duty
200.17    Telephone Requirements
200.18    Truthfulness
200.19    Unbecoming Conduct
**300**     **DISCIPLINARY ACTIONS**

300.01    General Guidelines
300.02    First Offense
300.03    Second Offense
300.04    Third Offense
300.05    Fourth Offense
300.06    Oral Counseling and Written Reprimand

04.03.2014



30(b)(b)
EXHIBIT NO. 27
May 19, 2014

1-03452
PX 10-1



| | FAIRFAX COUNTY FIRE & RESCUE DEPARTMENT RULES AND REGULATIONS |
|---|---|
| **APPROVED BY**: | *Ronald L. Mastin* <br> **Chief Ronald L. Mastin** |
| **DATE:**   September 1, 2008 | |

**100.05**                                              **Performance of Duty**

All employees shall perform their duties as required or directed by law, SOP, departmental rule, Operating Manual, General Order, or by order of a superior officer. All lawful duties required by competent authority shall be performed promptly as directed, notwithstanding the general assignment of duties and responsibilities.

**100.06**                                                 **Human Relations**

Every employee is expected to perform his/her duties in an efficient, courteous, and orderly manner, employing patience and good judgment at all times.  All employees shall refrain from harsh, profane, or insolent language or acts, and shall be courteous and civil in their dealings with others.  Employees shall not use racial or ethnic slurs and innuendos.  They shall use respectful, civil forms of address to all persons regardless of their life-style.  Displays of bias toward any person on account of race, ethnicity, sex, religious preference or life-style shall be considered unbecoming conduct.

**100.07**                                           **Cooperation/Coordination**

Employees shall coordinate their efforts with all other employees of the department and county agencies, with the objective of ensuring maximum achievement and continuity of purpose through teamwork.  All employees are charged with the responsibility of fostering and maintaining a high degree of cooperation both within the department and with all other agencies.

**100.08**                                              **Reporting Violation**

Any employee who has knowledge of other employees, individually or collectively, who are knowingly or unintentionally violating any laws or statutes, ordinances, Fairfax County Procedural Memorandums, SOPs, rules and regulations of the department, or who are disobeying orders, shall bring any and all facts pertaining to the

| Name | Rank | When | Where | Cause At the Fire Ground | Nature of Injury |
|------|------|------|-------|------------------------|------------------|
| Conrad, David P | CAPT I | 11/1/2010 | Structural Fire Suppression | Overexertion, Strain | Cardiac Abnormalities |
| | CAPT I | 11/7/2010 | Responding to or Returning from Alarm | | Sprains & Strains |
| | CAPT I | 11/11/2010 | Training | | Sprains & Strains |
| | CAPT I | 11/15/2010 | Fire Station | | Cardiac Abnormalities |
| | CAPT I | 1/17/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| | CAPT I | 1/22/2011 | Structural Fire Suppression | Overexertion, Strain | Cardiac Abnormalities |
| | CAPT I | 3/4/2011 | Fire Station | | Sprains & Strains |
| | CAPT I | 3/6/2011 | Fire Station | | Sprains & Strains |
| | CAPT I | 4/4/2011 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 5/25/2011 | Training | | Other Injury |
| | CAPT I | 5/28/2011 | Fire Station | | Cardiac Abnormalities |
| | CAPT I | 5/29/2011 | Training | | Heat |
| | CAPT I | 6/27/2011 | Emergency Medical | | Other Injury |
| | CAPT I | 8/5/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| | CAPT I | 8/8/2011 | Non-Structural Fire Suppression | Other | Cardiac Abnormalities |
| | CAPT I | 8/12/2011 | Structural Fire Suppression | | Sprains & Strains |
| | CAPT I | 8/17/2011 | Training | | Fractures |
| | CAPT I | 8/28/2011 | Technical Rescue | | Lacerations & Contusions |
| Conrad, David P | CAPT I | 9/8/2011 | Structural Fire Suppression | | Heat |
| | CAPT I | 9/8/2011 | Technical Rescue | | Sprains & Strains |
| | CAPT I | 9/17/2011 | Training | | Sprains & Strains |
| | CAPT I | 9/18/2011 | Training | | Sprains & Strains |
| | CAPT I | 9/28/2011 | Fire Station | | Lacerations & Contusions |
| | CAPT I | 10/16/2011 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| | CAPT I | 10/30/2011 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 11/1/2011 | Fire Station | | Other Injury |
| | CAPT I | 11/1/2011 | Location Unknown (Other) | | Other Injury |
| | CAPT I | 11/10/2011 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 12/1/2011 | Training | | Sprains & Strains |
| | CAPT I | 12/9/2011 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 1/12/2012 | Physical Fitness Exercises | | Sprains & Strains |
| Menton, Mark P | CAPT I | 1/17/2012 | Emergency Medical | | Sprains & Strains |
| Higginbotham, John E | CAPT I | 1/25/2012 | Physical Fitness Exercises | | Sprains & Strains |
| Davis, Michael B | CAPT I | 1/25/2012 | Training | | Sprains & Strains |
| | CAPT I | 2/6/2012 | Emergency Medical | | Sprains & Strains |
| Robb, Natalie D | CAPT I | 2/6/2012 | Fire Station | | Sprains & Strains |
| | CAPT I | 2/24/2012 | Fire Station | | Other Injury |
| Davis, Michael B | CAPT I | 3/16/2012 | Non-Structural Fire Suppression | Stepped on, Contact with Object | Other Injury |
| | CAPT I | 3/23/2012 | Fire Station | | Lacerations & Contusions |
| Thompson, Christopher | CAPT I | 4/7/2012 | Physical Fitness Exercises | | Sprains & Strains |

| Name | Rank | Date | Activity | Cause | Injury |
|---|---|---|---|---|---|
| Higginbotham, John E | CAPT I | 5/4/2012 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| | CAPT I | 5/8/2012 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 5/17/2012 | Training | | Other Injury |
| | CAPT I | 5/24/2012 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| | CAPT I | 6/4/2012 | Fire Station | | Sprains & Strains |
| Menton, Mark P | CAPT I | 6/9/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| | CAPT I | 6/13/2012 | Fire Station | | Other Injury |
| | CAPT I | 6/14/2012 | Fire Station | | Sprains & Strains |
| | CAPT I | 6/15/2012 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| Beasley, Oscar L | CAPT I | 6/20/2012 | Structural Fire Suppression | Overexertion, Strain | Other Injury |
| Menton, Mark P | CAPT I | 6/27/2012 | Training | | Sprains & Strains |
| Conrad, David P | CAPT I | 7/10/2012 | Non-Structural Fire Suppression | | Sprains & Strains |
| Betz, Bill C | CAPT I | 7/29/2012 | Fire Station | | Sprains & Strains |
| | CAPT I | 8/13/2012 | Fire Station | | Sprains & Strains |
| | CAPT I | 8/20/2012 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 8/23/2012 | Technical Rescue | | Sprains & Strains |
| | CAPT I | 8/31/2012 | Fire Station | | Sprains & Strains |
| | CAPT I | 8/31/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| Menton, Mark P | CAPT I | 9/27/2012 | Training | | Sprains & Strains |
| | CAPT I | 9/30/2012 | Fire Station | | Sprains & Strains |
| | CAPT I | 10/22/2012 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT I | 10/26/2012 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 10/31/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| | CAPT I | 11/7/2012 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT I | 11/12/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| | CAPT I | 11/14/2012 | Training | | Sprains & Strains |
| | CAPT I | 11/18/2012 | Emergency Medical | | Lacerations & Contusions |
| | CAPT I | 11/28/2012 | Training | | Sprains & Strains |
| Menton, Mark P | CAPT I | 11/29/2012 | Fire Station | Struck by Object | Sprains & Strains |
| Betz, Bill C | CAPT I | 12/10/2012 | Non-Structural Fire Suppression | | Other Injury |
| | CAPT I | 12/11/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| | CAPT I | 1/4/2013 | Fire Station | | Sprains & Strains |
| | CAPT I | 1/24/2013 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT I | 2/18/2013 | Fire Station | | Lacerations & Contusions |
| | CAPT I | 2/21/2013 | Location Unknown (Other) | | Cardiac Abnormalities |
| | CAPT I | 3/3/2013 | Emergency Medical | | Sprains & Strains |
| Menton, Mark P | CAPT I | 3/8/2013 | Training | | Sprains & Strains |
| | CAPT I | 3/11/2013 | Responding to or Returning from Alarm | | Other Injury |
| | CAPT I | 3/17/2013 | Location Unknown (Other) | | Other Injury |
| | CAPT I | 3/20/2013 | Emergency Medical | | Fractures |
| | CAPT I | 3/26/2013 | Physical Fitness Exercises | | Sprains & Strains |

| Name | Rank | Date | Activity/Location | Cause | Injury |
|---|---|---|---|---|---|
| | CAPT I | 4/5/2013 | Location Unknown (Other) | | Other Injury |
| | CAPT I | 4/26/2013 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 4/26/2013 | Location Unknown (Other) | | Eye |
| | CAPT I | 5/3/2013 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 6/2/2013 | Fire Station | | Lacerations & Contusions |
| | CAPT I | 6/18/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| | CAPT I | 6/23/2013 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 6/27/2013 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 7/7/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| | CAPT I | 7/20/2013 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| | CAPT I | 8/2/2013 | Training | | Sprains & Strains |
| Conrad, David P | CAPT I | 8/17/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| Montague, Donald P | CAPT I | 8/21/2013 | Fire Station | | Other Injury |
| | CAPT I | 8/22/2013 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 8/26/2013 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT I | 9/15/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| | CAPT I | 9/20/2013 | At CPAT Facility | | Sprains & Strains |
| | CAPT I | 9/22/2013 | Physical Fitness Exercises | | Other Injury |
| | CAPT I | 10/8/2013 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT I | 11/4/2013 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 11/7/2013 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 11/29/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Other Injury |
| | CAPT I | 12/17/2013 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT I | 1/1/2014 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 1/13/2014 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT I | 1/17/2014 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 1/27/2014 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| | CAPT I | 2/2/2014 | Fire Station | | Lacerations & Contusions |
| | CAPT I | 2/13/2014 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| | CAPT I | 2/18/2014 | Emergency Medical | | Sprains & Strains |
| Beasley, Oscar L | CAPT I | 3/4/2014 | Emergency Medical | | Sprains & Strains |
| | CAPT I | 4/21/2014 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| | CAPT I | 5/5/2014 | Location Unknown (Other) | | Other Injury |
| | CAPT I | 5/5/2014 | Location Unknown (Other) | | Other Injury |
| Robb, Natalie D | CAPT I-E | 12/1/2011 | Fire Station | | Sprains & Strains |
| Robb, Natalie D | CAPT I-E | 12/4/2012 | Fire Station | | Other Injury |
| Robb, Natalie D | CAPT I-E | 2/18/2013 | Emergency Medical | | Lacerations & Contusions |
| Robb, Natalie D | CAPT I-E | 3/4/2014 | Emergency Medical | | Sprains & Strains |
| Gonzalez, George O | CAPT II | 11/1/2010 | Structural Fire Suppression | Overexertion, Strain | Cardiac Abnormalities |
| | CAPT II | 11/11/2010 | Training | | Sprains & Strains |
| | CAPT II | 11/16/2010 | Location Unknown (Other) | | Cardiac Abnormalities |

| Name | Rank | Date | Activity/Location | Other | Injury |
|---|---|---|---|---|---|
| | CAPT II | 11/30/2010 | Structural Fire Suppression | Other | Cardiac Abnormalities |
| | CAPT II | 1/4/2011 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 3/14/2011 | Location Unknown (Other) | | Eye |
| | CAPT II | 4/7/2011 | Training | | Sprains & Strains |
| | CAPT II | 5/5/2011 | Location Unknown (Other) | | Other Injury |
| | CAPT II | 5/12/2011 | Fire Station | | Cardiac Abnormalities |
| Gonzalez, George O | CAPT II | 5/18/2011 | Training | | Sprains & Strains |
| | CAPT II | 6/15/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| | CAPT II | 6/22/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| | CAPT II | 7/15/2011 | Training | | Lacerations & Contusions |
| Brandell, Fred H | CAPT II | 8/13/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Fractures |
| Jackson, Anthony L | CAPT II | 9/18/2011 | Training | | Sprains & Strains |
| | CAPT II | 9/20/2011 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 9/23/2011 | Emergency Medical | | Sprains & Strains |
| | CAPT II | 9/23/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| | CAPT II | 10/27/2011 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 11/10/2011 | Fire Station | | Lacerations & Contusions |
| | CAPT II | 11/26/2011 | Training | | Sprains & Strains |
| | CAPT II | 3/3/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| | CAPT II | 3/17/2012 | Fire Station | | Other Injury |
| | CAPT II | 5/7/2012 | Training | | Lacerations & Contusions |
| | CAPT II | 5/9/2012 | Location Unknown (Other) | | Cardiac Abnormalities |
| | CAPT II | 5/13/2012 | Training | | Sprains & Strains |
| | CAPT II | 7/2/2012 | Location Unknown (Auto Accident) | | Sprains & Strains |
| | CAPT II | 7/13/2012 | Location Unknown (Other) | | Other Injury |
| Brandell, Fred H | CAPT II | 7/16/2012 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 8/28/2012 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 9/2/2012 | Location Unknown (Other) | | Eye |
| | CAPT II | 9/4/2012 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 9/17/2012 | Physical Fitness Exercises | | Lacerations & Contusions |
| Gonzalez, George O | CAPT II | 10/1/2012 | Emergency Medical | | Sprains & Strains |
| | CAPT II | 10/25/2012 | Location Unknown (Other) | | Other Injury |
| | CAPT II | 11/5/2012 | Emergency Medical | | Eye |
| | CAPT II | 11/15/2012 | Fire Station | | Lacerations & Contusions |
| | CAPT II | 11/29/2012 | Training | | Lacerations & Contusions |
| | CAPT II | 1/10/2013 | Training | | Sprains & Strains |
| | CAPT II | 1/25/2013 | Training | | Lacerations & Contusions |
| | CAPT II | 2/13/2013 | Location Unknown (Other) | | Sprains & Strains |
| | CAPT II | 2/28/2013 | Vehicle Extrication | | Sprains & Strains |
| | CAPT II | 4/8/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| Jackson, Anthony L | CAPT II | 4/16/2013 | Responding to or Returning from Alarm | | Sprains & Strains |

| Name | Rank | Date | Activity / Location | Cause | Injury |
|---|---|---|---|---|---|
| | CAPT II | 4/17/2013 | Emergency Medical | | Sprains & Strains |
| | CAPT II | 5/11/2013 | Training | | Sprains & Strains |
| | CAPT II | 5/15/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| | CAPT II | 6/15/2013 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 7/11/2013 | Structural Fire Suppression | Struck by Object | Fractures |
| | CAPT II | 7/14/2013 | Training | | Lacerations & Contusions |
| | CAPT II | 8/11/2013 | Emergency Medical | | Other Injury |
| | CAPT II | 8/11/2013 | Fire Station | | Lacerations & Contusions |
| | CAPT II | 9/2/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| | CAPT II | 9/10/2013 | At CPAT Facility | | Other Injury |
| | CAPT II | 9/14/2013 | Training | | Sprains & Strains |
| | CAPT II | 10/10/2013 | Emergency Medical | | Lacerations & Contusions |
| | CAPT II | 1/24/2014 | Emergency Medical | | Lacerations & Contusions |
| | CAPT II | 1/25/2014 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| | CAPT II | 1/26/2014 | Responding to or Returning from Alarm | | Sprains & Strains |
| Brandell, Fred H | CAPT II | 2/23/2014 | Emergency Medical | | Sprains & Strains |
| | CAPT II | 3/6/2014 | Training | | Cardiac Abnormalities |
| | CAPT II | 3/10/2014 | Responding to or Returning from Alarm | | Cardiac Abnormalities |
| | CAPT II | 3/26/2014 | Physical Fitness Exercises | | Sprains & Strains |
| | CAPT II | 3/28/2014 | Emergency Medical | | Cardiac Abnormalities |
| | CAPT II-E | 3/30/2014 | Physical Fitness Exercises | | Lacerations & Contusions |
| | CAPT II-E | 4/11/2011 | Fire Station | | Sprains & Strains |
| | CAPT II-E | 5/12/2011 | Training | | Sprains & Strains |
| | CAPT II-E | 5/27/2011 | Physical Fitness Exercises | | Cardiac Abnormalities |
| | CAPT II-E | 6/20/2011 | Training | | Sprains & Strains |
| | CAPT II-E | 11/14/2011 | Fire Station | | Sprains & Strains |
| | CAPT II-E | 4/5/2012 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Lacerations & Contusions |
| | CAPT II-E | 4/16/2012 | Fire Station | Other | Sprains & Strains |
| | CAPT II-E | 3/13/2013 | Training | | HazMat Inhalation (Including Smoke) |
| | CAPT II-E | 3/15/2013 | Training | | Sprains & Strains |
| | A TECH | 4/11/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| | A/V TECH | 7/2/2012 | Fire Station | | Sprains & Strains |
| | A/V TECH | 5/7/2012 | Fire Station | | Sprains & Strains |
| | AA IV | 5/17/2012 | Training | | Other Injury |
| | AC | 12/10/2013 | Location Unknown (Other) | | Other Injury |
| | ACT TECH | 11/4/2010 | Location Unknown (Other) | | Cardiac Abnormalities |
| | ACT TECH-E | 7/29/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| | ADMIN ASST | 1/26/2011 | Structural Fire Suppression | Other | Lacerations & Contusions |
| | ADMIN ASST | 8/23/2011 | Location Unknown (Other) | | Fractures |
| | ADMIN ASST | 10/19/2011 | Location Unknown (Other) | | Sprains & Strains |
| | ADMIN ASST | 4/10/2012 | Location Unknown (Other) | | Sprains & Strains |

| Rank/Name | Date | Activity/Location | | Injury |
|---|---|---|---|---|
| APP Superintendent | 12/22/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| ATECH | 6/19/2012 | Training | | Lacerations & Contusions |
| ATECH | 7/11/2012 | Training | | Lacerations & Contusions |
| ATECH | 7/25/2012 | Location Unknown (Other) | | Sprains & Strains |
| AUTO MECH II | 1/31/2011 | Location Unknown (Other) | | Other Injury |
| AUTO MECH II | 3/17/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| AUTO MECH II | 9/26/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| BC | 11/6/2010 | Fire Station | | Cardiac Abnormalities |
| BC | 2/1/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| BC | 2/28/2011 | Structural Fire Suppression | Other | Lacerations & Contusions |
| BC | 3/24/2011 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 4/22/2011 | Training | | Sprains & Strains |
| BC | 4/28/2011 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 6/25/2011 | Training | | Sprains & Strains |
| BC | 12/19/2011 | Location Unknown (Other) | | Sprains & Strains |
| BC | 2/7/2012 | Location Unknown (Other) | | Sprains & Strains |
| BC | 5/24/2012 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 8/26/2012 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 9/20/2012 | Location Unknown (PSOHC) | | Other Injury |
| BC | 10/13/2012 | Physical Fitness Exercises | | Other Injury |
| Cochrane, Bradford A | 11/27/2012 | Location Unknown (Other) | | Sprains & Strains |
| BC | 1/18/2013 | Structural Fire Suppression | | Sprains & Strains |
| BC | 2/27/2013 | Location Unknown (Other) | | Sprains & Strains |
| BC | 3/17/2013 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 5/30/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| BC | 9/4/2013 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 11/13/2013 | Technical Rescue | | Lacerations & Contusions |
| BC | 12/7/2013 | Fire Station | | Other Injury |
| BC | 1/16/2014 | Physical Fitness Exercises | | Sprains & Strains |
| BC | 1/20/2014 | Training | | Sprains & Strains |
| BC | 1/25/2014 | Physical Fitness Exercises | | Eye |
| BC | 3/7/2014 | Physical Fitness Exercises | | Sprains & Strains |
| CIV | 12/27/2013 | Physical Fitness Exercises | | Sprains & Strains |
| CIVILIAN PA | 3/12/2013 | Location Unknown (Other) | | Other Injury |
| CODE SPEC II | 1/7/2013 | Location Unknown (Other) | | Sprains & Strains |
| DAS II | 4/28/2012 | Training | | HazMat Inhalation (Including Smoke) |
| DAS II | 4/28/2012 | Training | | HazMat Inhalation (Including Smoke) |
| DC | 3/31/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| DC | 4/1/2011 | Physical Fitness Exercises | | Sprains & Strains |
| DC | 4/27/2011 | Location Unknown (Other) | | Sprains & Strains |
| DC | 6/13/2011 | Training | | Sprains & Strains |

| | Date | Location/Type | | Injury |
|---|---|---|---|---|
| DC | 8/23/2011 | Location Unknown (Other) | | Sprains & Strains |
| DC | 3/24/2012 | Physical Fitness Exercises | | Cardiac Abnormalities |
| DC | 6/5/2013 | Location Unknown (Other) | | Sprains & Strains |
| DC | 9/12/2013 | Location Unknown (Other) | | Sprains & Strains |
| DC | 3/24/2014 | Technical Rescue | | Other Injury |
| EM SPEC III | 7/11/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| EMS Capt | 12/13/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 11/1/2010 | Structural Fire Suppression | Overexertion, Strain | Cardiac Abnormalities |
| FF | 11/1/2010 | Structural Fire Suppression | Overexertion, Strain | Cardiac Abnormalities |
| FF | 11/2/2010 | Emergency Medical | | Sprains & Strains |
| FF | 11/4/2010 | Emergency Medical | | Lacerations & Contusions |
| FF | 11/6/2010 | Emergency Medical | | Lacerations & Contusions |
| FF | 11/7/2010 | Training | | Burns |
| FF | 11/9/2010 | Emergency Medical | | Sprains & Strains |
| FF | 11/10/2010 | Emergency Medical | | Sprains & Strains |
| FF | 11/12/2010 | Training | | Sprains & Strains |
| FF | 11/13/2010 | Training | | Sprains & Strains |
| FF | 11/15/2010 | Training | | Burns |
| FF | 11/17/2010 | Physical Fitness Exercises | | Lacerations & Contusions |
| FF | 11/18/2010 | Fire Station | | Sprains & Strains |
| FF | 11/19/2010 | Training | | Lacerations & Contusions |
| FF | 11/26/2010 | Emergency Medical | | Sprains & Strains |
| FF | 11/29/2010 | Training | | Burns |
| FF | 12/1/2010 | Fire Station | | Other Injury |
| FF | 12/1/2010 | Training | | Cardiac Abnormalities |
| FF | 12/2/2010 | Emergency Medical | | Sprains & Strains |
| FF | 12/7/2010 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 12/8/2010 | Fire Station | | Lacerations & Contusions |
| FF | 12/14/2010 | HazMat Fixed Site | | Lacerations & Contusions |
| FF | 12/14/2010 | Training | | Lacerations & Contusions |
| FF | 12/19/2010 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 12/20/2010 | Emergency Medical | | Sprains & Strains |
| FF | 12/25/2010 | Emergency Medical | | Sprains & Strains |
| FF | 12/26/2010 | Fire Station | | Other Injury |
| FF | 12/27/2010 | Fire Station | | Lacerations & Contusions |
| FF | 12/28/2010 | Fire Station | | Sprains & Strains |
| FF | 12/30/2010 | Emergency Medical | | Sprains & Strains |
| FF | 12/30/2010 | Emergency Medical | | Sprains & Strains |
| FF | 1/3/2011 | Emergency Medical | | Sprains & Strains |
| FF | 1/4/2011 | Emergency Medical | | Sprains & Strains |
| FF | 1/12/2011 | Emergency Medical | | Sprains & Strains |

| | | | | |
|---|---|---|---|---|
| FF | 1/15/2011 | Fire Station | | Burns |
| FF | 1/20/2011 | Fire Station | | Other Injury |
| FF | 1/20/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 1/21/2011 | Emergency Medical | | Sprains & Strains |
| FF | 1/21/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 1/22/2011 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| FF | 1/24/2011 | Emergency Medical | | Sprains & Strains |
| FF | 1/25/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| FF | 1/26/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| FF | 1/26/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 1/28/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| FF | 1/31/2011 | Emergency Medical | | Sprains & Strains |
| FF | 2/1/2011 | Fire Station | | Lacerations & Contusions |
| FF | 2/1/2011 | Fire Station | | Lacerations & Contusions |
| FF | 2/3/2011 | Training | Exposure to Fire Products | Burns |
| FF | 2/6/2011 | Fire Station | | Lacerations & Contusions |
| FF | 2/9/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| FF | 2/19/2011 | Location Unknown (Other) | | Eye |
| FF | 2/22/2011 | Fire Station | | Sprains & Strains |
| FF | 2/23/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 2/25/2011 | Responding to or Returning from Alarm | | Other Injury |
| FF | 2/25/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 2/25/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Burns |
| FF | 2/27/2011 | Emergency Medical | | Sprains & Strains |
| FF | 3/10/2011 | Emergency Medical | | Sprains & Strains |
| FF | 3/10/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 3/11/2011 | Fire Station | | Sprains & Strains |
| FF | 3/20/2011 | Fire Station | | Lacerations & Contusions |
| FF | 3/21/2011 | Fire Station | | Lacerations & Contusions |
| FF | 3/21/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 3/27/2011 | Emergency Medical | | Sprains & Strains |
| FF | 3/27/2011 | Non-Structural Fire Suppression | Other | Lacerations & Contusions |
| FF | 3/27/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 3/27/2011 | Training | | Sprains & Strains |
| FF | 3/29/2011 | Emergency Medical | | Sprains & Strains |
| FF | 3/30/2011 | Emergency Medical | | Sprains & Strains |
| FF | 4/1/2011 | Training | | Heat |
| FF | 4/5/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 4/7/2011 | Training | | Sprains & Strains |
| FF | 4/13/2011 | Emergency Medical | | Sprains & Strains |
| FF | 4/14/2011 | Emergency Medical | | Sprains & Strains |

| | | Date | Activity | Cause | Injury |
|---|---|---|---|---|---|
| | FF | 4/15/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| | FF | 4/18/2011 | Emergency Medical | | Sprains & Strains |
| | FF | 4/19/2011 | Fire Station | | Sprains & Strains |
| | FF | 4/19/2011 | Non-Structural Fire Suppression | Struck by Object | Sprains & Strains |
| | FF | 4/20/2011 | Training | | Sprains & Strains |
| | FF | 4/22/2011 | Physical Fitness Exercises | | Other Injury |
| | FF | 4/23/2011 | Emergency Medical | | Lacerations & Contusions |
| | FF | 5/1/2011 | Training | | Sprains & Strains |
| | FF | 5/2/2011 | Emergency Medical | | Sprains & Strains |
| | FF | 5/2/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| | FF | 5/7/2011 | Fire Station | | Other Injury |
| | FF | 5/9/2011 | Training | | Sprains & Strains |
| | FF | 5/10/2011 | Emergency Medical | | Sprains & Strains |
| | FF | 5/17/2011 | Training | | Fractures |
| | FF | 5/19/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| | FF | 5/19/2011 | Training | | Sprains & Strains |
| | FF | 5/21/2011 | Emergency Medical | | Sprains & Strains |
| | FF | 5/23/2011 | Technical Rescue | | Lacerations & Contusions |
| | FF | 5/26/2011 | Fire Station | | Sprains & Strains |
| | FF | 5/26/2011 | Training | | Other Injury |
| | FF | 6/1/2011 | Fire Station | | Burns |
| | FF | 6/6/2011 | Fire Station | | Lacerations & Contusions |
| | FF | 6/7/2011 | Training | | Lacerations & Contusions |
| | FF | 6/8/2011 | Emergency Medical | | Lacerations & Contusions |
| | FF | 6/9/2011 | Fire Station | | Sprains & Strains |
| | FF | 6/12/2011 | Training | | Sprains & Strains |
| | FF | 6/13/2011 | Emergency Medical | | Lacerations & Contusions |
| | FF | 6/13/2011 | Training | | Sprains & Strains |
| | FF | 6/15/2011 | Fire Station | | Sprains & Strains |
| | FF | 6/18/2011 | Physical Fitness Exercises | | Sprains & Strains |
| | FF | 6/18/2011 | Training | | Sprains & Strains |
| | FF | 6/19/2011 | Emergency Medical | | Sprains & Strains |
| | FF | 6/22/2011 | Fire Station | | Sprains & Strains |
| | FF | 6/25/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| | FF | 6/25/2011 | Training | | Lacerations & Contusions |
| | FF | 6/28/2011 | Emergency Medical | | Lacerations & Contusions |
| | FF | 6/28/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| | FF | 7/1/2011 | Structural Fire Suppression | Overexertion, Strain | Heat |
| | FF | 7/1/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| | FF | 7/3/2011 | Fire Station | | Eye |
| | FF | 7/4/2011 | Emergency Medical | | Sprains & Strains |

PX 11-9

| | | | | |
|---|---|---|---|---|
| FF | 7/4/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 7/5/2011 | Emergency Medical | | Fractures |
| FF | 7/7/2011 | Fire Station | | Lacerations & Contusions |
| FF | 7/8/2011 | Training | | Burns |
| FF | 7/11/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 7/13/2011 | Emergency Medical | | Sprains & Strains |
| FF | 7/14/2011 | Training | | Lacerations & Contusions |
| FF | 7/15/2011 | Training | | Other Injury |
| FF | 7/15/2011 | Training | | Sprains & Strains |
| FF | 7/16/2011 | Training | | Sprains & Strains |
| FF | 7/19/2011 | Emergency Medical | | Sprains & Strains |
| FF | 7/19/2011 | Fire Station | | Other Injury |
| FF | 7/19/2011 | Training | | Lacerations & Contusions |
| FF | 7/19/2011 | Training | | Sprains & Strains |
| FF | 7/26/2011 | Fire Station | | Eye |
| FF | 7/27/2011 | Training | | Burns |
| FF | 7/31/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 8/3/2011 | Location Unknown (Other) | | Sprains & Strains |
| FF | 8/4/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 8/8/2011 | Emergency Medical | | Other Injury |
| FF | 8/9/2011 | Emergency Medical | | Lacerations & Contusions |
| FF | 8/9/2011 | Training | | Heat |
| FF | 8/16/2011 | Fire Station | | Lacerations & Contusions |
| FF | 8/18/2011 | Emergency Medical | | Other Injury |
| FF | 8/20/2011 | Training | | Lacerations & Contusions |
| FF | 8/23/2011 | Emergency Medical | | Sprains & Strains |
| FF | 8/23/2011 | Emergency Medical | | Sprains & Strains |
| FF | 8/28/2011 | Structural Fire Suppression | Other | Sprains & Strains |
| FF | 8/29/2011 | Emergency Medical | | Sprains & Strains |
| FF | 8/29/2011 | Emergency Medical | | Sprains & Strains |
| FF | 8/31/2011 | Training | | Lacerations & Contusions |
| FF | 9/1/2011 | Fire Station | | Sprains & Strains |
| FF | 9/4/2011 | Emergency Medical | | Sprains & Strains |
| FF | 9/6/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 9/8/2011 | Non-Structural Fire Suppression | | Sprains & Strains |
| FF | 9/8/2011 | Technical Rescue | | Lacerations & Contusions |
| FF | 9/9/2011 | Emergency Medical | | Sprains & Strains |
| FF | 9/10/2011 | Fire Station | | Sprains & Strains |
| FF | 9/13/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 9/15/2011 | Training | | Other Injury |
| FF | 9/18/2011 | Fire Station | | Lacerations & Contusions |

PX 11-10

| | Date | Activity | Detail | Injury |
|---|---|---|---|---|
| FF | 9/21/2011 | Emergency Medical | | Sprains & Strains |
| FF | 9/23/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 9/29/2011 | Emergency Medical | | Lacerations & Contusions |
| FF | 10/10/2011 | Training | | Burns |
| FF | 10/10/2011 | Training | | Other Injury |
| FF | 10/11/2011 | Training | | Sprains & Strains |
| FF | 10/12/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 10/12/2011 | Structural Fire Suppression | Other | Other Injury |
| FF | 10/14/2011 | Emergency Medical | Overexertion, Strain | Sprains & Strains |
| FF | 10/15/2011 | Fire Station | | Lacerations & Contusions |
| FF | 10/20/2011 | Emergency Medical | | Sprains & Strains |
| FF | 10/20/2011 | Fire Station | | Sprains & Strains |
| FF | 10/20/2011 | Training | | Sprains & Strains |
| FF | 10/22/2011 | Fire Station | | Cardiac Abnormalities |
| FF | 10/28/2011 | Training | | Burns |
| FF | 10/31/2011 | Emergency Medical | | Eye |
| FF | 10/31/2011 | Location Unknown (Other) | | Other Injury |
| FF | 11/1/2011 | Fire Station | | Other Injury |
| FF | 11/3/2011 | Fire Station | | Cardiac Abnormalities |
| FF | 11/4/2011 | Location Unknown (Other) | | Sprains & Strains |
| FF | 11/12/2011 | Training | | Sprains & Strains |
| FF | 11/18/2011 | Training | | Lacerations & Contusions |
| FF | 11/23/2011 | Location Unknown (Other) | | Other Injury |
| FF | 11/26/2011 | Emergency Medical | | Sprains & Strains |
| FF | 11/27/2011 | Training | | Burns |
| FF | 11/28/2011 | Training | | Other Injury |
| FF | 12/1/2011 | Fire Station | | Sprains & Strains |
| FF | 12/5/2011 | Emergency Medical | | Sprains & Strains |
| FF | 12/12/2011 | Training | | Sprains & Strains |
| FF | 12/16/2011 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 12/21/2011 | Fire Station | | Other Injury |
| FF | 12/21/2011 | Training | | Sprains & Strains |
| FF | 12/26/2011 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 12/27/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| FF | 12/28/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 1/2/2012 | Training | | Sprains & Strains |
| FF | 1/6/2012 | Fire Station | | Other Injury |
| FF | 1/9/2012 | Training | | Sprains & Strains |
| FF | 1/12/2012 | Emergency Medical | | Sprains & Strains |
| FF | 1/19/2012 | Physical Fitness Exercises | | Sprains & Strains |

| | Date | Activity | Cause/Description | Injury |
|---|---|---|---|---|
| FF | 1/22/2012 | Physical Fitness Exercises | | Other Injury |
| FF | 1/24/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 1/24/2012 | Location Unknown (Other) | | Other Injury |
| FF | 1/28/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| FF | 2/3/2012 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| FF | 2/12/2012 | Training | | Sprains & Strains |
| FF | 2/14/2012 | Emergency Medical | | Other Injury |
| FF | 2/15/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 2/16/2012 | Location Unknown (Other) | | Cardiac Abnormalities |
| FF | 2/20/2012 | Emergency Medical | | Other Injury |
| FF | 2/20/2012 | Emergency Medical | | Other Injury |
| FF | 2/20/2012 | Emergency Medical | | Other Injury |
| FF | 2/29/2012 | Fire Station | | Lacerations & Contusions |
| FF | 3/4/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 3/4/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 3/7/2012 | Location Unknown (Other) | | Sprains & Strains |
| FF | 3/9/2012 | Training | | Other Injury |
| FF | 3/12/2012 | Fire Station | | Sprains & Strains |
| FF | 3/12/2012 | Training | | Sprains & Strains |
| FF | 3/13/2012 | Emergency Medical | Overexertion, Strain | Sprains & Strains |
| FF | 3/20/2012 | Fire Station | | Other Injury |
| FF | 3/21/2012 | Emergency Medical | | Sprains & Strains |
| FF | 3/26/2012 | Fire Station | | Eye |
| FF | 3/31/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 4/7/2012 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| FF | 4/7/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Burns |
| FF | 4/14/2012 | Responding to or Returning from Alarm | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 4/16/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 4/17/2012 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| FF | 4/18/2012 | Emergency Medical | | Sprains & Strains |
| FF | 4/19/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 4/23/2012 | Fire Station | | Sprains & Strains |
| FF | 4/24/2012 | Structural Fire Suppression | | Sprains & Strains |
| FF | 4/26/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 5/2/2012 | Training | | Burns |
| FF | 5/7/2012 | Emergency Medical | | Sprains & Strains |
| FF | 5/7/2012 | Location Unknown (Other) | | Burns |
| FF | 5/13/2012 | Emergency Medical | | Sprains & Strains |
| FF | 5/21/2012 | Structural Fire Suppression | Other | Other Injury |
| FF | 5/22/2012 | Fire Station | | Other Injury |
| FF | 5/24/2012 | Fire Station | | Sprains & Strains |

PX 11-12

| | | | | |
|---|---|---|---|---|
| FF | 5/24/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 5/24/2012 | Training | | Other Injury |
| FF | 5/25/2012 | Non-Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| FF | 5/25/2012 | Training | | Sprains & Strains |
| FF | 5/30/2012 | Training | | Sprains & Strains |
| FF | 6/1/2012 | Location Unknown (Other) | | Other Injury |
| FF | 6/2/2012 | Training | | Lacerations & Contusions |
| FF | 6/6/2012 | Fire Station | | Burns |
| FF | 6/6/2012 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 6/8/2012 | Location Unknown (Other) | | Sprains & Strains |
| FF | 6/9/2012 | Emergency Medical | | Sprains & Strains |
| FF | 6/11/2012 | Fire Station | | Other Injury |
| FF | 6/11/2012 | Fire Station | | Other Injury |
| FF | 6/11/2012 | Location Unknown (Other) | | Sprains & Strains |
| FF | 6/11/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 6/11/2012 | Responding to or Returning from Alarm | | Other Injury |
| FF | 6/13/2012 | Training | | Heat |
| FF | 6/15/2012 | Fire Station | | Other Injury |
| FF | 6/16/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 6/18/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 6/19/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 6/20/2012 | Training | | Lacerations & Contusions |
| FF | 6/21/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| FF | 6/22/2012 | Training | | Heat |
| FF | 6/24/2012 | Fire Station | | Sprains & Strains |
| FF | 6/29/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 6/30/2012 | Emergency Medical | | Sprains & Strains |
| FF | 7/1/2012 | Responding to or Returning from Alarm | | Other Injury |
| FF | 7/3/2012 | Training | | Lacerations & Contusions |
| FF | 7/8/2012 | Training | | Lacerations & Contusions |
| FF | 7/9/2012 | Responding to or Returning from Alarm | | Other Injury |
| FF | 7/11/2012 | Structural Fire Suppression | Extreme Weather | Other Injury |
| FF | 7/12/2012 | Fire Station | | Lacerations & Contusions |
| FF | 7/12/2012 | Structural Fire Suppression | Other | Other Injury |
| FF | 7/14/2012 | Fire Station | | Sprains & Strains |
| FF | 7/14/2012 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 7/15/2012 | Training | | Sprains & Strains |
| FF | 7/21/2012 | Training | | Sprains & Strains |
| FF | 7/24/2012 | Training | | Lacerations & Contusions |
| FF | 7/26/2012 | Fire Station | | Cardiac Abnormalities |
| FF | 7/26/2012 | Training | | Lacerations & Contusions |

| | Date | Type | Cause | Injury |
|---|---|---|---|---|
| FF | 7/28/2012 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 7/29/2012 | Fire Station | | Fractures |
| FF | 7/29/2012 | Fire Station | | Lacerations & Contusions |
| FF | 7/30/2012 | Training | | Other Injury |
| FF | 8/4/2012 | Emergency Medical | | Sprains & Strains |
| FF | 8/5/2012 | Non-Structural Fire Suppression | Struck by Object | Burns |
| FF | 8/6/2012 | Emergency Medical | | Other Injury |
| FF | 8/8/2012 | Location Unknown (Other) | | Sprains & Strains |
| FF | 8/16/2012 | Fire Station | | Lacerations & Contusions |
| FF | 8/20/2012 | Emergency Medical | | Sprains & Strains |
| FF | 8/22/2012 | Fire Station | | Fractures |
| FF | 8/25/2012 | Fire Station | | Sprains & Strains |
| FF | 9/13/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 9/16/2012 | Technical Rescue | | Other Injury |
| FF | 9/16/2012 | Training | | Heat |
| FF | 9/18/2012 | Location Unknown (Other) | | Other Injury |
| FF | 9/19/2012 | Training | | Sprains & Strains |
| FF | 9/20/2012 | Location Unknown (Wel-Fit) | | Sprains & Strains |
| FF | 9/24/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 9/25/2012 | Training | | Sprains & Strains |
| FF | 9/27/2012 | Emergency Medical | | Sprains & Strains |
| FF | 9/28/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 9/28/2012 | Location Unknown (Wel-Fit) | | Sprains & Strains |
| FF | 10/1/2012 | Training | | Burns |
| FF | 10/2/2012 | Location Unknown (Wel-Fit) | | Sprains & Strains |
| FF | 10/4/2012 | Emergency Medical | | Sprains & Strains |
| FF | 10/8/2012 | Emergency Medical | | Sprains & Strains |
| FF | 10/9/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 10/12/2012 | Emergency Medical | | Sprains & Strains |
| FF | 10/15/2012 | Emergency Medical | | Sprains & Strains |
| FF | 10/18/2012 | Training | | Lacerations & Contusions |
| FF | 10/25/2012 | Emergency Medical | | Sprains & Strains |
| FF | 10/28/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| FF | 10/29/2012 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 10/30/2012 | Emergency Medical | | Other Injury |
| FF | 10/31/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| FF | 11/1/2012 | Location Unknown (Other) | | Sprains & Strains |
| FF | 11/5/2012 | Location Unknown (Other) | | Sprains & Strains |
| FF | 11/6/2012 | Emergency Medical | | Sprains & Strains |
| FF | 11/8/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 11/13/2012 | Training | | Lacerations & Contusions |

| | Date | Activity | Cause | Injury |
|---|---|---|---|---|
| FF | 11/15/2012 | Emergency Medical | | Sprains & Strains |
| FF | 11/15/2012 | Training | | Lacerations & Contusions |
| FF | 11/16/2012 | Location Unknown (Other) | | Other Injury |
| FF | 11/23/2012 | Non-Structural Fire Suppression | Struck by Object | Eye |
| FF | 11/28/2012 | Emergency Medical | | Sprains & Strains |
| FF | 11/29/2012 | Emergency Medical | | Sprains & Strains |
| FF | 12/1/2012 | Training | | Lacerations & Contusions |
| FF | 12/2/2012 | Emergency Medical | | Lacerations & Contusions |
| FF | 12/2/2012 | Fire Station | | Cardiac Abnormalities |
| FF | 12/3/2012 | Training | | Sprains & Strains |
| FF | 12/5/2012 | Location Unknown (Other) | | Other Injury |
| FF | 12/5/2012 | Non-Structural Fire Suppression | | Lacerations & Contusions |
| FF | 12/10/2012 | Emergency Medical | | Sprains & Strains |
| FF | 12/12/2012 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 12/17/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 12/19/2012 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 12/27/2012 | Location Unknown (Other) | | Eye |
| FF | 12/28/2012 | Emergency Medical | | Other Injury |
| FF | 12/28/2012 | Emergency Medical | | Other Injury |
| FF | 12/31/2012 | Training | | Burns |
| FF | 1/5/2013 | Fire Station | | Burns |
| FF | 1/7/2013 | Training | | Sprains & Strains |
| FF | 1/10/2013 | Fire Station | | Sprains & Strains |
| FF | 1/15/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 1/18/2013 | Fire Station | | Other Injury |
| FF | 1/18/2013 | Location Unknown (Other) | | Sprains & Strains |
| FF | 1/20/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 1/22/2013 | Non-Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 1/23/2013 | Fire Station | | Lacerations & Contusions |
| FF | 1/25/2013 | Training | | Sprains & Strains |
| FF | 1/26/2013 | Fire Station | | Other Injury |
| FF | 1/31/2013 | Emergency Medical | | Sprains & Strains |
| FF | 1/31/2013 | Location Unknown (Other) | | Other Injury |
| FF | 2/6/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| FF | 2/6/2013 | Training | | Lacerations & Contusions |
| FF | 2/7/2013 | Fire Station | | Lacerations & Contusions |
| FF | 2/10/2013 | Physical Fitness Exercises | | Other Injury |
| FF | 2/14/2013 | Location Unknown (Other) | | Burns |
| FF | 2/17/2013 | Fire Station | | Lacerations & Contusions |
| FF | 2/18/2013 | Emergency Medical | | Other Injury |
| FF | 2/21/2013 | Physical Fitness Exercises | | Sprains & Strains |

| | Date | Activity | Injury |
|---|---|---|---|
| FF | 2/22/2013 | Emergency Medical | Other Injury |
| FF | 2/22/2013 | Location Unknown (Other) | Sprains & Strains |
| FF | 2/25/2013 | Training | Sprains & Strains |
| FF | 2/26/2013 | Emergency Medical | Sprains & Strains |
| FF | 2/27/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 3/4/2013 | Training | Sprains & Strains |
| FF | 3/6/2013 | Fire Station | Lacerations & Contusions |
| FF | 3/10/2013 | Location Unknown (Other) | Other Injury |
| FF | 3/13/2013 | Fire Station | Sprains & Strains |
| FF | 3/14/2013 | Fire Station | Sprains & Strains |
| FF | 3/15/2013 | Emergency Medical | Sprains & Strains |
| FF | 3/15/2013 | Fire Station | Other Injury |
| FF | 3/15/2013 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 3/15/2013 | Training | Lacerations & Contusions |
| FF | 3/17/2013 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 3/20/2013 | Fire Station | Cardiac Abnormalities |
| FF | 3/29/2013 | Training | Sprains & Strains |
| FF | 3/30/2013 | Emergency Medical | Other Injury |
| FF | 4/5/2013 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 4/9/2013 | Training | Other Injury |
| FF | 4/9/2013 | Training | Sprains & Strains |
| FF | 4/11/2013 | Fire Station | Sprains & Strains |
| FF | 4/11/2013 | Training | Cardiac Abnormalities |
| FF | 4/12/2013 | Emergency Medical | Sprains & Strains |
| FF | 4/17/2013 | Training | Burns |
| FF | 4/19/2013 | Location Unknown (Other) | Sprains & Strains |
| FF | 4/19/2013 | Training | Sprains & Strains |
| FF | 4/23/2013 | Training | Sprains & Strains |
| FF | 4/25/2013 | Fire Station | Sprains & Strains |
| FF | 4/26/2013 | Location Unknown (Other) | Eye |
| FF | 5/1/2013 | Emergency Medical | Sprains & Strains |
| FF | 5/2/2013 | Training | Burns |
| FF | 5/4/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 5/9/2013 | Fire Station | Sprains & Strains |
| FF | 5/10/2013 | Non-Structural Fire Suppression | Other | Heat |
| FF | 5/10/2013 | Physical Fitness Exercises | Sprains & Strains |
| FF | 5/12/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 5/13/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 5/19/2013 | Location Unknown (Other) | Other Injury |
| FF | 5/20/2013 | Fire Station | Eye |
| FF | 5/21/2013 | Emergency Medical | Lacerations & Contusions |

| | | | | |
|---|---|---|---|---|
| FF | 5/23/2013 | Emergency Medical | | Sprains & Strains |
| FF | 5/24/2013 | Location Unknown (Other) | | Sprains & Strains |
| FF | 5/24/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 5/28/2013 | Training | | Other Injury |
| FF | 5/29/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 5/29/2013 | Training | | Other Injury |
| FF | 5/30/2013 | Emergency Medical | | Sprains & Strains |
| FF | 5/30/2013 | Training | | Lacerations & Contusions |
| FF | 5/31/2013 | Training | | Heat |
| FF | 6/4/2013 | Fire Station | | Sprains & Strains |
| FF | 6/4/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 6/4/2013 | Training | | Sprains & Strains |
| FF | 6/13/2013 | Fire Station | | Sprains & Strains |
| FF | 6/13/2013 | Training | | Lacerations & Contusions |
| FF | 6/15/2013 | Responding to or Returning from Alarm | | Other Injury |
| FF | 6/17/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 6/20/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 6/21/2013 | Emergency Medical | | Sprains & Strains |
| FF | 6/21/2013 | Training | | Other Injury |
| FF | 6/24/2013 | Emergency Medical | | Sprains & Strains |
| FF | 6/28/2013 | Emergency Medical | | Sprains & Strains |
| FF | 7/10/2013 | Structural Fire Suppression | Other | Other Injury |
| FF | 7/10/2013 | Fire Station | | Lacerations & Contusions |
| FF | 7/12/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 7/15/2013 | Training | | Sprains & Strains |
| FF | 7/20/2013 | Structural Fire Suppression | Struck by Object | Other Injury |
| FF | 7/20/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 7/21/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| FF | 7/22/2013 | Structural Fire Suppression | | Other Injury |
| FF | 7/23/2013 | Physical Fitness Exercises | | Other Injury |
| FF | 7/28/2013 | Fire Station | | Other Injury |
| FF | 7/28/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 7/30/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 8/4/2013 | Fire Station | Struck by Object | Lacerations & Contusions |
| FF | 8/9/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 8/15/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 8/16/2013 | Training | | Fractures |
| FF | 8/22/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 8/24/2013 | Fire Station | | Sprains & Strains |
| FF | 8/28/2013 | At CPAT Facility | | Sprains & Strains |
| FF | 8/31/2013 | Location Unknown (Other) | | Sprains & Strains |

| | Date | Activity | | Injury |
|---|---|---|---|---|
| FF | 9/2/2013 | Structural Fire Suppression | Other | Heat |
| FF | 9/4/2013 | Emergency Medical | | Sprains & Strains |
| FF | 9/7/2013 | Fire Station | | Lacerations & Contusions |
| FF | 9/9/2013 | Training | | Lacerations & Contusions |
| FF | 9/10/2013 | Physical Fitness Exercises | | Other Injury |
| FF | 9/10/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 9/11/2013 | Emergency Medical | | Sprains & Strains |
| FF | 9/15/2013 | Fire Station | | Other Injury |
| FF | 9/15/2013 | Structural Fire Suppression | Other | Other Injury |
| FF | 9/18/2013 | Technical Rescue | Other | Other Injury |
| FF | 9/22/2013 | Emergency Medical | | Sprains & Strains |
| FF | 9/24/2013 | Fire Station | | Sprains & Strains |
| FF | 9/26/2013 | Structural Fire Suppression | Other | Other Injury |
| FF | 9/28/2013 | Location Unknown (Other) | | Sprains & Strains |
| FF | 9/29/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 9/29/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 10/10/2013 | Emergency Medical | | Sprains & Strains |
| FF | 10/13/2013 | Location Unknown (Other) | | Other Injury |
| FF | 10/15/2013 | Emergency Medical | | Sprains & Strains |
| FF | 10/31/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 11/3/2013 | Training | | Cardiac Abnormalities |
| FF | 11/5/2013 | Emergency Medical | | Lacerations & Contusions |
| FF | 11/6/2013 | Fire Station | | Lacerations & Contusions |
| FF | 11/6/2013 | Fire Station | | Lacerations & Contusions |
| FF | 11/14/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 11/14/2013 | Training | | Lacerations & Contusions |
| FF | 11/15/2013 | Emergency Medical | | Other Injury |
| FF | 11/17/2013 | Structural Fire Suppression | Other | Sprains & Strains |
| FF | 11/18/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 11/23/2013 | Fire Station | | Eye |
| FF | 11/25/2013 | Location Unknown (Other) | | Other Injury |
| FF | 11/25/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF | 11/27/2013 | Location Unknown (Other) | | Sprains & Strains |
| FF | 11/28/2013 | Fire Station | | Sprains & Strains |
| FF | 11/29/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 12/1/2013 | Fire Station | | Lacerations & Contusions |
| FF | 12/1/2013 | Training | | Sprains & Strains |
| FF | 12/14/2013 | Emergency Medical | | Sprains & Strains |
| FF | 12/14/2013 | Training | | Sprains & Strains |
| FF | 12/25/2013 | Emergency Medical | Overexertion, Strain | Sprains & Strains |
| FF | 12/25/2013 | Fire Station | | Sprains & Strains |

PX 11-18

| | | | | |
|---|---|---|---|---|
| FF | 12/29/2013 | Emergency Medical | | Lacerations & Contusions |
| FF | 1/3/2014 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 1/3/2014 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 1/4/2014 | Responding to or Returning from Alarm | | Sprains & Strains |
| FF | 1/5/2014 | Location Unknown (Other) | | Sprains & Strains |
| FF | 1/7/2014 | Technical Rescue | | Sprains & Strains |
| FF | 1/15/2014 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 1/16/2014 | Fire Station | | Other Injury |
| FF | 1/18/2014 | Emergency Medical | | Other Injury |
| FF | 1/23/2014 | Training | | Other Injury |
| FF | 1/24/2014 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 1/25/2014 | Emergency Medical | | Sprains & Strains |
| FF | 1/27/2014 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 1/27/2014 | Training | | Sprains & Strains |
| FF | 2/13/2014 | Emergency Medical | | Sprains & Strains |
| FF | 2/13/2014 | Structural Fire Suppression | Other | Eye |
| FF | 2/23/2014 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF | 2/26/2014 | Physical Fitness Exercises | | Cardiac Abnormalities |
| FF | 3/3/2014 | Fire Station | | Sprains & Strains |
| FF | 3/5/2014 | Emergency Medical | | Sprains & Strains |
| FF | 3/8/2014 | Emergency Medical | | Sprains & Strains |
| FF | 3/10/2014 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 3/13/2014 | Fire Station | | Sprains & Strains |
| FF | 3/14/2014 | Location Unknown (Other) | | Cardiac Abnormalities |
| FF | 3/24/2014 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| FF | 3/27/2014 | Training | | Sprains & Strains |
| FF | 4/2/2014 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| FF | 4/3/2014 | Structural Fire Suppression | Other | Sprains & Strains |
| FF | 4/4/2014 | Training | | Lacerations & Contusions |
| FF | 4/4/2014 | Training | | Sprains & Strains |
| FF | 4/11/2014 | Training | | Sprains & Strains |
| FF | 4/17/2014 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 4/18/2014 | Emergency Medical | | Sprains & Strains |
| FF | 4/18/2014 | Fire Station | | Lacerations & Contusions |
| FF | 4/21/2014 | Structural Fire Suppression | Other | Sprains & Strains |
| FF | 4/27/2014 | Fire Station | | Lacerations & Contusions |
| FF | 5/2/2014 | Structural Fire Suppression | | Cardiac Abnormalities |
| FF | 5/5/2014 | Emergency Medical | | Sprains & Strains |
| FF | 5/6/2014 | Technical Rescue | | Sprains & Strains |
| FF | 5/6/2014 | Training | | Sprains & Strains |
| FF | 5/8/2014 | Emergency Medical | | Sprains & Strains |

PX 11-19

| | | | | |
|---|---|---|---|---|
| FF | 5/8/2014 | Training | | Sprains & Strains |
| FF | 5/12/2014 | Physical Fitness Exercises | | Sprains & Strains |
| FF | 5/12/2014 | Training | | Sprains & Strains |
| FF MED | 4/11/2011 | Location Unknown (Other) | | Sprains & Strains |
| FF MED | 6/25/2011 | Location Unknown (Other) | | Sprains & Strains |
| FF MED | 7/29/2011 | Structural Fire Suppression | Extreme Weather | Heat |
| FF MED | 8/14/2011 | Emergency Medical | | Sprains & Strains |
| FF MED | 8/28/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| FF MED | 9/18/2011 | Fire Station | | Other Injury |
| FF MED | 10/20/2011 | Fire Station | | Lacerations & Contusions |
| FF MED | 10/29/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| FF MED | 1/8/2012 | Emergency Medical | | Lacerations & Contusions |
| FF MED | 1/19/2012 | Fire Station | | Sprains & Strains |
| FF MED | 3/11/2012 | Emergency Medical | | Sprains & Strains |
| FF MED | 5/24/2012 | Fire Station | | Eye |
| FF MED | 6/23/2012 | Fire Station | | Burns |
| FF MED | 8/10/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF MED | 8/11/2012 | Physical Fitness Exercises | | Sprains & Strains |
| FF MED | 8/14/2012 | Fire Station Activity | | Lacerations & Contusions |
| FF MED | 5/3/2013 | Emergency Medical | | Other Injury |
| FF MED | 5/12/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF MED | 6/11/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| FF MED | 7/30/2013 | Emergency Medical | | Sprains & Strains |
| FF MED | 10/1/2013 | Emergency Medical | | Sprains & Strains |
| FF MED | 10/14/2013 | Emergency Medical | | Sprains & Strains |
| FF MED | 10/22/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| FF MED | 11/10/2013 | Physical Fitness Exercises | | Sprains & Strains |
| FF MED | 11/22/2013 | Training | | Sprains & Strains |
| FF MED | 12/26/2013 | Emergency Medical | | Sprains & Strains |
| FF MED | 1/25/2014 | Emergency Medical | | Lacerations & Contusions |
| FF MED | 2/24/2014 | Emergency Medical | | Sprains & Strains |
| FF MED | 3/12/2014 | Physical Fitness Exercises | | Sprains & Strains |
| FF MED | 3/16/2014 | Emergency Medical | | Sprains & Strains |
| FF MED | 4/2/2014 | Training | | Other Injury |
| FF MED | 4/5/2014 | Physical Fitness Exercises | | Sprains & Strains |
| HMTECH | 9/12/2012 | Emergency Medical | | Lacerations & Contusions |
| HMTECH | 9/22/2012 | Location Unknown (Other) | | Sprains & Strains |
| INSP I | 9/25/2011 | Location Unknown (Other) | | Other Injury |
| INSP II | 1/18/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| INSP II | 1/21/2011 | Location Unknown (Other) | | Other Injury |
| INSP II | 5/20/2011 | Location Unknown (Other) | | HazMat Inhalation (Including Smoke) |

PX 11-20

| | Date | Activity/Location | Cause | Injury |
|---|---|---|---|---|
| INSP II | 11/8/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| INSP II | 8/22/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| INSP II | 1/3/2013 | Location Unknown (Other) | | Sprains & Strains |
| INSP II | 5/29/2013 | Location Unknown (Other) | | Sprains & Strains |
| INSP II | 3/4/2014 | Location Unknown (Other) | | Sprains & Strains |
| INSP III | 11/21/2013 | Location Unknown (Other) | | Sprains & Strains |
| INSP III | 1/23/2014 | Location Unknown (Other) | | Lacerations & Contusions |
| INSTRUCTOR | 3/16/2013 | Location Unknown (Other) | | Other Injury |
| INSTRUCTOR | 4/2/2013 | Emergency Medical | | Cardiac Abnormalities |
| INSTRUCTOR | 2/9/2014 | Training | | Sprains & Strains |
| INSTRUCTOR | 3/1/2014 | Location Unknown (Other) | | Sprains & Strains |
| INSTRUCTOR III | 3/1/2014 | Training | | Lacerations & Contusions |
| INSTRUMENT TECH II | 1/22/2013 | Fire Station | | Sprains & Strains |
| LT | 11/10/2010 | Non-Structural Fire Suppression | Exposure to Chemicals or Radiation | Eye |
| LT | 11/12/2010 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| LT | 11/15/2010 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 11/25/2010 | Fire Station | | Lacerations & Contusions |
| LT | 12/8/2010 | Training | | Sprains & Strains |
| LT | 12/11/2010 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 12/13/2010 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 1/5/2011 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 1/7/2011 | Training | | Lacerations & Contusions |
| LT | 1/20/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| LT | 1/23/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| LT | 1/30/2011 | Training | | Other Injury |
| LT | 2/10/2011 | Fire Station | | Cardiac Abnormalities |
| LT | 2/14/2011 | Fire Station | | Lacerations & Contusions |
| LT | 2/19/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Other Injury |
| LT | 2/24/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| LT | 3/5/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| LT | 3/9/2011 | Fire Station | | Sprains & Strains |
| LT | 3/16/2011 | Location Unknown (Other) | | Heat |
| LT | 3/29/2011 | Structural Fire Suppression | Extreme Weather | Cardiac Abnormalities |
| LT | 3/31/2011 | Location Unknown (Other) | | Sprains & Strains |
| LT | 4/1/2011 | Training | | Sprains & Strains |
| LT | 4/4/2011 | Non-Structural Fire Suppression | Overexertion, Strain | Lacerations & Contusions |
| LT | 4/15/2011 | Training | | Sprains & Strains |
| LT | 4/15/2011 | Training | | Sprains & Strains |
| LT | 4/20/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| LT | 4/24/2011 | Physical Fitness Exercises | | Other Injury |
| LT | 4/27/2011 | Location Unknown (Other) | | |

| | Date | Activity | Cause | Injury |
|---|---|---|---|---|
| LT | 5/23/2011 | Training | | Heat |
| LT | 7/3/2011 | Location Unknown (Other) | | Sprains & Strains |
| LT | 7/8/2011 | Training | | Heat |
| LT | 7/15/2011 | Training | | Lacerations & Contusions |
| LT | 7/25/2011 | Fire Station | | Sprains & Strains |
| LT | 7/25/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| LT | 7/26/2011 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 8/2/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| LT | 8/6/2011 | Fire Station | | Other Injury |
| LT | 8/11/2011 | Emergency Medical | | Sprains & Strains |
| LT | 8/18/2011 | Emergency Medical | | Sprains & Strains |
| LT | 8/18/2011 | Training | | Sprains & Strains |
| LT | 8/25/2011 | Training | | Lacerations & Contusions |
| LT | 8/28/2011 | Physical Fitness Exercises | | Other Injury |
| LT | 8/28/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 8/29/2011 | Technical Rescue | | Lacerations & Contusions |
| LT | 8/30/2011 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 9/17/2011 | Emergency Medical | | Lacerations & Contusions |
| LT | 9/26/2011 | Fire Station | | Sprains & Strains |
| LT | 9/26/2011 | Training | | Sprains & Strains |
| LT | 10/10/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| LT | 10/23/2011 | Training | | Other Injury |
| LT | 10/24/2011 | Training | | Sprains & Strains |
| LT | 11/23/2011 | Emergency Medical | | Sprains & Strains |
| LT | 11/27/2011 | Training | | Burns |
| LT | 11/29/2011 | Training | | Lacerations & Contusions |
| LT | 12/8/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| LT | 12/14/2011 | Fire Station | | Lacerations & Contusions |
| LT | 12/17/2011 | Emergency Medical | | Sprains & Strains |
| LT | 1/3/2012 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 1/13/2012 | Location Unknown (Other) | | Sprains & Strains |
| LT | 1/14/2012 | Emergency Medical | | Sprains & Strains |
| LT | 1/25/2012 | Structural Fire Suppression | Struck by Object | Sprains & Strains |
| LT | 2/5/2012 | Fire Station | | Cardiac Abnormalities |
| LT | 2/10/2012 | Training | | Sprains & Strains |
| LT | 2/20/2012 | Emergency Medical | | Other Injury |
| LT | 3/3/2012 | Fire Station | | Sprains & Strains |
| LT | 3/13/2012 | Physical Fitness Exercises | | Other Injury |
| LT | 3/14/2012 | Fire Station | Overexertion, Strain | Sprains & Strains |
| LT | 3/18/2012 | Emergency Medical | | Sprains & Strains |
| LT | 3/24/2012 | Responding to or Returning from Alarm | | Sprains & Strains |

| | | | | |
|---|---|---|---|---|
| LT | 5/25/2012 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 5/27/2012 | Training | | Sprains & Strains |
| LT | 6/3/2012 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 6/5/2012 | Training | | Sprains & Strains |
| LT | 6/11/2012 | Fire Station | | Sprains & Strains |
| LT | 6/15/2012 | Fire Station | | Other Injury |
| LT | 6/19/2012 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 6/26/2012 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| LT | 6/28/2012 | Fire Station | | Lacerations & Contusions |
| LT | 6/28/2012 | Location Unknown (Other) | | Other Injury |
| LT | 7/6/2012 | Training | | HazMat Inhalation (Including Smoke) |
| LT | 7/10/2012 | Training | | Sprains & Strains |
| LT | 7/14/2012 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| LT | 7/15/2012 | Training | | Sprains & Strains |
| LT | 7/25/2012 | Emergency Medical | | Sprains & Strains |
| LT | 7/30/2012 | Fire Station | | Sprains & Strains |
| LT | 8/14/2012 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 8/15/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| LT | 8/17/2012 | Training | | Sprains & Strains |
| LT | 8/25/2012 | Structural Fire Suppression | | Sprains & Strains |
| LT | 9/5/2012 | Responding to or Returning from Alarm | | Other Injury |
| LT | 9/10/2012 | Fire Station | | Other Injury |
| LT | 9/11/2012 | Structural Fire Suppression | | Sprains & Strains |
| LT | 9/21/2012 | Location Unknown (Other) | | Other Injury |
| LT | 9/21/2012 | Training | | Fractures |
| LT | 9/25/2012 | Fire Station | | Sprains & Strains |
| LT | 10/12/2012 | Fire Station | | Other Injury |
| LT | 10/12/2012 | Location Unknown (Other) | | Sprains & Strains |
| LT | 10/16/2012 | Emergency Medical | | Sprains & Strains |
| LT | 10/19/2012 | Location Unknown (Other) | | Other Injury |
| LT | 10/23/2012 | Location Unknown (Other) | | Sprains & Strains |
| LT | 11/14/2012 | Emergency Medical | | Other Injury |
| LT | 11/16/2012 | Training | | Lacerations & Contusions |
| LT | 11/17/2012 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| LT | 11/23/2012 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 11/26/2012 | Training | | Other Injury |
| LT | 11/30/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| LT | 11/30/2012 | Location Unknown (Other) | | Other Injury |
| LT | 12/3/2012 | Location Unknown (Other) | | Other Injury |
| LT | 12/10/2012 | Emergency Medical | | Fractures |
| LT | 12/12/2012 | Responding to or Returning from Alarm | | Lacerations & Contusions |

PX 11-23

| | Date | Activity | Detail | Injury |
|---|---|---|---|---|
| LT | 12/27/2012 | Emergency Medical | | Sprains & Strains |
| LT | 1/17/2013 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| LT | 1/18/2013 | Emergency Medical | | Sprains & Strains |
| LT | 1/25/2013 | Training | | Sprains & Strains |
| LT | 1/27/2013 | Fire Station | | Sprains & Strains |
| LT | 1/31/2013 | Emergency Medical | | Eye |
| LT | 2/2/2013 | Emergency Medical | | Sprains & Strains |
| LT | 2/4/2013 | Location Unknown (Other) | | Cardiac Abnormalities |
| LT | 2/4/2013 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| LT | 2/5/2013 | Training | | Sprains & Strains |
| LT | 2/15/2013 | Training | | Sprains & Strains |
| LT | 2/24/2013 | Emergency Medical | | Other Injury |
| LT | 2/25/2013 | Non-Structural Fire Suppression | Other | Sprains & Strains |
| LT | 3/2/2013 | Fire Station | | Eye |
| LT | 3/10/2013 | Emergency Medical | | Sprains & Strains |
| LT | 3/15/2013 | Training | | Sprains & Strains |
| LT | 3/22/2013 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 4/2/2013 | Training | | Sprains & Strains |
| LT | 4/5/2013 | Emergency Medical | | Sprains & Strains |
| LT | 4/6/2013 | Structural Fire Suppression | Other | Sprains & Strains |
| LT | 4/8/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| LT | 4/11/2013 | Emergency Medical | | Lacerations & Contusions |
| LT | 4/11/2013 | Training | | Lacerations & Contusions |
| LT | 4/21/2013 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 4/26/2013 | Emergency Medical | | Sprains & Strains |
| LT | 5/1/2013 | Training | | Lacerations & Contusions |
| LT | 5/2/2013 | Fire Station | | Eye |
| LT | 5/2/2013 | Location Unknown (Other) | | Sprains & Strains |
| LT | 5/5/2013 | Training | | Other Injury |
| LT | 5/9/2013 | Training | | Sprains & Strains |
| LT | 5/19/2013 | Emergency Medical | | Other Injury |
| LT | 6/22/2013 | Training | | Eye |
| LT | 7/15/2013 | Responding to or Returning from Alarm | | Other Injury |
| LT | 7/20/2013 | Fire Station | | Sprains & Strains |
| LT | 7/22/2013 | Location Unknown (Other) | | Cardiac Abnormalities |
| LT | 7/28/2013 | Training | | Sprains & Strains |
| LT | 7/29/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| LT | 8/13/2013 | Emergency Medical | | Sprains & Strains |
| LT | 8/14/2013 | Fire Station | | Lacerations & Contusions |
| LT | 8/16/2013 | Emergency Medical | | Sprains & Strains |
| LT | 8/19/2013 | Emergency Medical | | Lacerations & Contusions |

| | Date | Activity | Cause | Injury |
|---|---|---|---|---|
| LT | 8/19/2013 | Fire Station | | Other Injury |
| LT | 8/23/2013 | Emergency Medical | | Other Injury |
| LT | 9/3/2013 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 9/4/2013 | Fire Station | | Other Injury |
| LT | 9/6/2013 | Emergency Medical | | Other Injury |
| LT | 9/13/2013 | Emergency Medical | | Sprains & Strains |
| LT | 9/16/2013 | Technical Rescue | | Lacerations & Contusions |
| LT | 9/19/2013 | Training | | Sprains & Strains |
| LT | 9/30/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| LT | 10/1/2013 | Responding to or Returning from Alarm | | Other Injury |
| LT | 10/2/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| LT | 10/7/2013 | Fire Station | | Lacerations & Contusions |
| LT | 10/8/2013 | Fire Station | | Sprains & Strains |
| LT | 10/10/2013 | Non-Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| LT | 11/7/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 11/15/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| LT | 12/18/2013 | Physical Fitness Exercises | | Eye |
| LT | 12/25/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| LT | 1/8/2014 | Responding to or Returning from Alarm | Exposure to Fire Products | Other Injury |
| LT | 1/8/2014 | Training | | Other Injury |
| LT | 1/15/2014 | Fire Station | | Sprains & Strains |
| LT | 1/17/2014 | Emergency Medical | | Lacerations & Contusions |
| LT | 1/23/2014 | Emergency Medical | | Sprains & Strains |
| LT | 1/27/2014 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| LT | 1/30/2014 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 2/20/2014 | Responding to or Returning from Alarm | | Other Injury |
| LT | 2/25/2014 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 3/3/2014 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 3/8/2014 | Location Unknown (Other) | | Other Injury |
| LT | 3/8/2014 | Location Unknown (Other) | | Sprains & Strains |
| LT | 3/13/2014 | Training | | Lacerations & Contusions |
| LT | 3/16/2014 | Responding to or Returning from Alarm | | Other Injury |
| LT | 3/23/2014 | Training | | Sprains & Strains |
| LT | 3/26/2014 | Training | | Sprains & Strains |
| LT | 3/27/2014 | Training | | Sprains & Strains |
| LT | 3/27/2014 | Training | | Sprains & Strains |
| LT | 4/6/2014 | Structural Fire Suppression | Other | Lacerations & Contusions |
| LT | 4/8/2014 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 4/8/2014 | Physical Fitness Exercises | | Sprains & Strains |
| LT | 4/20/2014 | Structural Fire Suppression | Stepped on, Contact with Object | Burns |
| LT | 5/9/2014 | Structural Fire Suppression | Other | Lacerations & Contusions |

| | | | |
|---|---|---|---|
| LT | 5/12/2014 | Training | Sprains & Strains |
| LT | 5/13/2014 | Emergency Medical | Sprains & Strains |
| LT | 5/15/2014 | Emergency Medical | Sprains & Strains |
| LT | 5/17/2014 | Fire Station | Other Injury |
| LT-E | 11/9/2010 | Training | Lacerations & Contusions |
| LT-E | 11/11/2010 | Emergency Medical | Sprains & Strains |
| LT-E | 11/19/2010 | Emergency Medical | Sprains & Strains |
| LT-E | 11/23/2010 | Responding to or Returning from Alarm | Sprains & Strains |
| LT-E | 11/24/2010 | Emergency Medical | Sprains & Strains |
| LT-E | 2/15/2011 | Location Unknown (Other) | Cardiac Abnormalities |
| LT-E | 2/21/2011 | Emergency Medical | Lacerations & Contusions |
| LT-E | 4/2/2011 | Emergency Medical | Sprains & Strains |
| LT-E | 4/6/2011 | Emergency Medical | Sprains & Strains |
| LT-E | 4/7/2011 | Training | Cardiac Abnormalities |
| LT-E | 5/1/2011 | Training | Cardiac Abnormalities |
| LT-E | 5/7/2011 | Emergency Medical | Lacerations & Contusions |
| LT-E | 5/13/2011 | Training | Other Injury |
| LT-E | 6/5/2011 | Physical Fitness Exercises | Sprains & Strains |
| LT-E | 7/25/2011 | Emergency Medical | Sprains & Strains |
| LT-E | 11/26/2011 | Training | Sprains & Strains |
| LT-E | 11/30/2011 | Emergency Medical | Sprains & Strains |
| LT-E | 12/7/2011 | Fire Station | Other Injury |
| LT-E | 1/1/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 1/16/2012 | Fire Station | Lacerations & Contusions |
| LT-E | 2/13/2012 | Location Unknown (Other) | Fractures |
| LT-E | 2/25/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 3/22/2012 | Emergency Medical | Lacerations & Contusions |
| LT-E | 4/16/2012 | Emergency Medical | Other Injury |
| LT-E | 4/23/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 4/24/2012 | Location Unknown (Other) | Cardiac Abnormalities |
| LT-E | 5/2/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 5/19/2012 | Emergency Medical | Other Injury |
| LT-E | 5/22/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 6/9/2012 | Emergency Medical | Lacerations & Contusions |
| LT-E | 6/13/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 6/16/2012 | Training | Lacerations & Contusions |
| LT-E | 7/8/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 7/17/2012 | Physical Fitness Exercises | Cardiac Abnormalities |
| LT-E | 10/5/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 10/26/2012 | Emergency Medical | Sprains & Strains |
| LT-E | 1/18/2013 | Training | Sprains & Strains |

| | | | | |
|---|---|---|---|---|
| LT-E | 3/25/2013 | Emergency Medical | | Sprains & Strains |
| LT-E | 4/28/2013 | Emergency Medical | | Other Injury |
| LT-E | 5/15/2013 | Emergency Medical | | Sprains & Strains |
| LT-E | 5/22/2013 | Fire Station | | Lacerations & Contusions |
| LT-E | 6/12/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| LT-E | 2/13/2014 | Location Unknown (Other) | | Lacerations & Contusions |
| LT-E | 5/12/2014 | Fire Station | | Sprains & Strains |
| MA I | 1/3/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| MA I | 5/22/2012 | Location Unknown (Other) | | HazMat Inhalation (Including Smoke) |
| MECHANIC | 11/8/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| MMA | 1/17/2013 | Fire Station | | Sprains & Strains |
| MTECH | 11/2/2010 | Training | | Fractures |
| MTECH | 12/23/2010 | Training | | Lacerations & Contusions |
| MTECH | 12/25/2010 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| MTECH | 12/28/2010 | Emergency Medical | | Lacerations & Contusions |
| MTECH | 2/17/2011 | Location Unknown (Other) | | Cardiac Abnormalities |
| MTECH | 2/18/2011 | Emergency Medical | | Sprains & Strains |
| MTECH | 4/1/2011 | Training | | Sprains & Strains |
| MTECH | 5/15/2011 | Training | | Sprains & Strains |
| MTECH | 6/6/2011 | Training | | Cardiac Abnormalities |
| MTECH | 6/6/2011 | Emergency Medical | | Sprains & Strains |
| MTECH | 6/22/2011 | Fire Station | | Sprains & Strains |
| MTECH | 6/28/2011 | Fire Station | | Sprains & Strains |
| MTECH | 7/19/2011 | Training | | Heat |
| MTECH | 8/3/2011 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 8/21/2011 | Training | | Sprains & Strains |
| MTECH | 9/6/2011 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 9/17/2011 | Training | | Fractures |
| MTECH | 9/25/2011 | Responding to or Returning from Alarm | Other | Lacerations & Contusions |
| MTECH | 9/28/2011 | Emergency Medical | | Sprains & Strains |
| MTECH | 10/5/2011 | Emergency Medical | | Sprains & Strains |
| MTECH | 10/20/2011 | Training | | Sprains & Strains |
| MTECH | 10/29/2011 | Fire Station | | Sprains & Strains |
| MTECH | 11/9/2011 | Fire Station | | Other Injury |
| MTECH | 11/12/2011 | Training | | Sprains & Strains |
| MTECH | 12/20/2011 | Emergency Medical | | Sprains & Strains |
| MTECH | 1/3/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| MTECH | 1/6/2012 | Fire Station | | Other Injury |
| MTECH | 1/14/2012 | Emergency Medical | | Sprains & Strains |
| MTECH | 1/15/2012 | Training | | Sprains & Strains |
| MTECH | 1/25/2012 | Training | | Lacerations & Contusions |

| | | | |
|---|---|---|---|
| MTECH | 2/9/2012 | Emergency Medical | | Sprains & Strains |
| MTECH | 2/20/2012 | Fire Station | | Lacerations & Contusions |
| MTECH | 3/12/2012 | Fire Station | | Sprains & Strains |
| MTECH | 3/13/2012 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 3/17/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| MTECH | 3/23/2012 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 3/30/2012 | Training | | Other Injury |
| MTECH | 4/8/2012 | Emergency Medical | | Other Injury |
| MTECH | 4/9/2012 | Technical Rescue | | Lacerations & Contusions |
| MTECH | 4/12/2012 | Training | | Lacerations & Contusions |
| MTECH | 4/14/2012 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| MTECH | 4/20/2012 | Location Unknown (Other) | | Other Injury |
| MTECH | 4/21/2012 | Emergency Medical | | Sprains & Strains |
| MTECH | 4/28/2012 | Training | | HazMat Inhalation (Including Smoke) |
| MTECH | 4/28/2012 | Training | | HazMat Inhalation (Including Smoke) |
| MTECH | 5/12/2012 | Fire Station | | Sprains & Strains |
| MTECH | 5/21/2012 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 5/30/2012 | Fire Station | | Eye |
| MTECH | 6/4/2012 | Fire Station | | Sprains & Strains |
| MTECH | 6/9/2012 | Training | | Other Injury |
| MTECH | 6/12/2012 | Training | | Heat |
| MTECH | 6/16/2012 | Training | | Sprains & Strains |
| MTECH | 6/28/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| MTECH | 7/9/2012 | Fire Station | | Sprains & Strains |
| MTECH | 7/15/2012 | Training | | Cardiac Abnormalities |
| MTECH | 7/21/2012 | Training | | Sprains & Strains |
| MTECH | 7/22/2012 | Non-Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| MTECH | 7/28/2012 | Training | | Sprains & Strains |
| MTECH | 8/7/2012 | Training | | Other Injury |
| MTECH | 9/14/2012 | Training | | Lacerations & Contusions |
| MTECH | 10/3/2012 | Training | | Sprains & Strains |
| MTECH | 10/6/2012 | Fire Station | | Sprains & Strains |
| MTECH | 10/15/2012 | Fire Station | | Lacerations & Contusions |
| MTECH | 10/15/2012 | Training | | Cardiac Abnormalities |
| MTECH | 10/19/2012 | Location Unknown (Other) | | Sprains & Strains |
| MTECH | 10/21/2012 | Training | | Lacerations & Contusions |
| MTECH | 11/4/2012 | Fire Station | | Lacerations & Contusions |
| MTECH | 11/15/2012 | Training | | Sprains & Strains |
| MTECH | 11/18/2012 | Training | | Sprains & Strains |
| MTECH | 12/17/2012 | Fire Station | | Sprains & Strains |
| MTECH | 12/23/2012 | Responding to or Returning from Alarm | | Sprains & Strains |

| | Date | Activity / Location | Cause | Injury |
|---|---|---|---|---|
| MTECH | 1/2/2013 | Emergency Medical | | Lacerations & Contusions |
| MTECH | 1/13/2013 | Training | | Lacerations & Contusions |
| MTECH | 1/18/2013 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| MTECH | 1/19/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Other Injury |
| MTECH | 1/21/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| MTECH | 2/2/2013 | Training | | Lacerations & Contusions |
| MTECH | 2/6/2013 | Technical Rescue | Struck by Object | Lacerations & Contusions |
| MTECH | 2/7/2013 | Fire Station | | Burns |
| MTECH | 2/26/2013 | Emergency Medical | | Sprains & Strains |
| MTECH | 3/1/2013 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 3/1/2013 | Training | | Eye |
| MTECH | 3/2/2013 | Fire Station | | Sprains & Strains |
| MTECH | 3/2/2013 | Fire Station | | Sprains & Strains |
| MTECH | 3/5/2013 | Location Unknown (Other) | | Sprains & Strains |
| MTECH | 3/10/2013 | Fire Station | | Other Injury |
| MTECH | 3/15/2013 | Training | | Sprains & Strains |
| MTECH | 3/28/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| MTECH | 4/1/2013 | Training | | Sprains & Strains |
| MTECH | 4/10/2013 | Training | | Lacerations & Contusions |
| MTECH | 4/11/2013 | Training | | Sprains & Strains |
| MTECH | 4/16/2013 | Emergency Medical | | Sprains & Strains |
| MTECH | 4/22/2013 | Fire Station | | Cardiac Abnormalities |
| MTECH | 5/3/2013 | Fire Station | | Sprains & Strains |
| MTECH | 5/23/2013 | Fire Station | | Sprains & Strains |
| MTECH | 5/26/2013 | Emergency Medical | | Sprains & Strains |
| MTECH | 5/28/2013 | Fire Station | | Fractures |
| MTECH | 5/30/2013 | Emergency Medical | | Sprains & Strains |
| MTECH | 5/30/2013 | Physical Fitness Exercises | | Lacerations & Contusions |
| MTECH | 7/13/2013 | Fire Station | | Lacerations & Contusions |
| MTECH | 8/1/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| MTECH | 8/11/2013 | Fire Station | | Sprains & Strains |
| MTECH | 8/19/2013 | Location Unknown (Other) | | Other Injury |
| MTECH | 8/21/2013 | Fire Station | | Other Injury |
| MTECH | 8/22/2013 | Fire Station | | Other Injury |
| MTECH | 8/28/2013 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 8/29/2013 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| MTECH | 8/31/2013 | Fire Station | | Sprains & Strains |
| MTECH | 9/1/2013 | Structural Fire Suppression | Overexertion, Strain | Heat |
| MTECH | 9/3/2013 | Location Unknown (Other) | | Sprains & Strains |
| MTECH | 9/6/2013 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 9/10/2013 | Location Unknown (Other) | | Sprains & Strains |

PX 11-29

| Entity | Date | Activity/Location | Cause | Injury |
|---|---|---|---|---|
| MTECH | 9/13/2013 | Training | | Lacerations & Contusions |
| MTECH | 9/18/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Lacerations & Contusions |
| MTECH | 10/10/2013 | Physical Fitness Exercises | | Sprains & Strains |
| MTECH | 10/12/2013 | Emergency Medical | | Lacerations & Contusions |
| MTECH | 10/12/2013 | Fire Station | | Other Injury |
| MTECH | 10/12/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| MTECH | 10/14/2013 | Emergency Medical | | Sprains & Strains |
| MTECH | 10/23/2013 | Fire Station | | Sprains & Strains |
| MTECH | 11/1/2013 | Emergency Medical | | Sprains & Strains |
| MTECH | 11/29/2013 | Fire Station | | Lacerations & Contusions |
| MTECH | 12/4/2013 | Training | | Other Injury |
| MTECH | 12/7/2013 | Training | | Lacerations & Contusions |
| MTECH | 12/14/2013 | Fire Station | | Sprains & Strains |
| MTECH | 12/19/2013 | Structural Fire Suppression | | Sprains & Strains |
| MTECH | 12/23/2013 | Fire Station | | Sprains & Strains |
| MTECH | 12/27/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| MTECH | 1/6/2014 | Training | | Burns |
| MTECH | 1/7/2014 | Structural Fire Suppression | Stepped on, Contact with Object | Eye |
| MTECH | 1/28/2014 | Technical Rescue | | Lacerations & Contusions |
| MTECH | 1/29/2014 | Emergency Medical | | Sprains & Strains |
| MTECH | 2/11/2014 | Emergency Medical | | Sprains & Strains |
| MTECH | 2/13/2014 | Responding to or Returning from Alarm | | Other Injury |
| MTECH | 2/13/2014 | Responding to or Returning from Alarm | | Sprains & Strains |
| MTECH | 2/15/2014 | Fire Station | | Sprains & Strains |
| MTECH | 2/24/2014 | Fire Station | | Sprains & Strains |
| MTECH | 3/3/2014 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| MTECH | 3/5/2014 | Fire Station | | Lacerations & Contusions |
| MTECH | 4/5/2014 | Fire Station | | Sprains & Strains |
| MTECH | 4/7/2014 | Fire Station | | Sprains & Strains |
| MTECH | 4/28/2014 | Location Unknown (Other) | | Sprains & Strains |
| MTECH | 5/1/2014 | Emergency Medical | | Sprains & Strains |
| MTECH | 5/5/2014 | Fire Station | | Lacerations & Contusions |
| MTECH | 5/9/2014 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| MTECH-CI | 11/10/2010 | Location Unknown (Other) | | Sprains & Strains |
| MTECH-CI | 5/3/2011 | Training | | Fractures |
| MTECH-CI | 9/8/2011 | Technical Rescue | | Sprains & Strains |
| MTECH-CI | 10/20/2011 | Training | | Sprains & Strains |
| MTECH-CI | 5/7/2013 | Training | | Lacerations & Contusions |
| MTECH-CI | 5/12/2013 | Fire Station | | Sprains & Strains |
| MTECH-CI | 2/13/2014 | Location Unknown (Other) | | Sprains & Strains |
| MTECH-E | 4/6/2011 | Emergency Medical | | Lacerations & Contusions |

| | | | |
|---|---|---|---|
| MTECH-E | 6/6/2011 | Training | Sprains & Strains |
| MTECH-E | 7/27/2013 | Training | Sprains & Strains |
| MTECH-HM | 11/20/2010 | Training | Sprains & Strains |
| MTECH-HM | 3/21/2011 | Location Unknown (Other) | Sprains & Strains |
| MTECH-HM | 5/12/2011 | Responding to or Returning from Alarm | Sprains & Strains |
| MTECH-HM | 6/25/2011 | Training | Sprains & Strains |
| MTECH-HM | 10/31/2011 | Fire Station | Lacerations & Contusions |
| MTECH-HM | 11/4/2011 | Fire Station | Sprains & Strains |
| MTECH-HM | 11/17/2011 | Responding to or Returning from Alarm | Fall, Slipped, Jumped, trip | Other Injury |
| MTECH-HM | 6/20/2012 | Training | Cardiac Abnormalities |
| MTECH-HM | 7/30/2012 | Location Unknown (Other) | Other Injury |
| NT Analyst | 8/23/2011 | Location Unknown (Other) | Sprains & Strains |
| NURS PRAC | 4/28/2012 | Training | HazMat Inhalation (Including Smoke) |
| NURS PRAC | 7/17/2012 | Location Unknown (Other) | Sprains & Strains |
| NURS PRAC | 4/16/2014 | Physical Fitness Exercises | Sprains & Strains |
| PFF | 6/6/2012 | Fire Station | Lacerations & Contusions |
| PFF | 8/25/2012 | Structural Fire Suppression | Other Injury |
| RANK INSP II | 4/7/2014 | Location Unknown (Other) | Lacerations & Contusions |
| RETIRED | 3/27/2013 | Emergency Medical | Other Injury |
| RFF | 11/16/2010 | Training | Sprains & Strains |
| RFF | 11/22/2010 | Training | Fractures |
| RFF | 2/2/2011 | Training | Lacerations & Contusions |
| RFF | 5/9/2011 | Training | Other Injury |
| RFF | 5/23/2011 | Training | Sprains & Strains |
| RFF | 5/26/2011 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 6/8/2011 | Training | Lacerations & Contusions |
| RFF | 6/14/2011 | Location Unknown (Other) | Eye |
| RFF | 6/28/2011 | Training | Lacerations & Contusions |
| RFF | 7/7/2011 | Training | Burns |
| RFF | 7/9/2011 | Training | Burns |
| RFF | 7/26/2011 | Training | Other Injury |
| RFF | 8/2/2011 | Physical Fitness Exercises | Other Injury |
| RFF | 11/14/2011 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 12/1/2011 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 12/27/2011 | Training | Sprains & Strains |
| RFF | 1/9/2012 | Training | Sprains & Strains |
| RFF | 1/17/2012 | Training | Sprains & Strains |
| RFF | 1/17/2012 | Training | Sprains & Strains |
| RFF | 1/17/2012 | Training | Sprains & Strains |
| RFF | 1/24/2012 | Location Unknown (Other) | Other Injury |
| RFF | 1/26/2012 | Location Unknown (Other) | Other Injury |

| | | | |
|---|---|---|---|
| RFF | 3/30/2012 | Fire Station | Sprains & Strains |
| RFF | 4/6/2012 | Training | Sprains & Strains |
| RFF | 4/16/2012 | Physical Fitness Exercises | Other Injury |
| RFF | 4/26/2012 | Training | Other Injury |
| RFF | 5/11/2012 | Training | Sprains & Strains |
| RFF | 5/14/2012 | Training | Sprains & Strains |
| RFF | 7/24/2012 | Training | Sprains & Strains |
| RFF | 10/15/2012 | Training | Sprains & Strains |
| RFF | 11/21/2012 | Training | Sprains & Strains |
| RFF | 11/27/2012 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 11/30/2012 | Training | Lacerations & Contusions |
| RFF | 1/3/2013 | Training | Other Injury |
| RFF | 1/11/2013 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 6/4/2013 | Training | Sprains & Strains |
| RFF | 6/21/2013 | Training | Other Injury |
| RFF | 7/16/2013 | Training | Sprains & Strains |
| RFF | 7/30/2013 | Training | Lacerations & Contusions |
| RFF | 7/30/2013 | Training | Other Injury |
| RFF | 8/6/2013 | Physical Fitness Exercises | Other Injury |
| RFF | 8/8/2013 | Training | Sprains & Strains |
| RFF | 8/8/2013 | Training | Sprains & Strains |
| RFF | 9/19/2013 | Training | Sprains & Strains |
| RFF | 9/19/2013 | Training | Sprains & Strains |
| RFF | 10/7/2013 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 10/19/2013 | Training | Sprains & Strains |
| RFF | 2/10/2014 | Physical Fitness Exercises | Cardiac Abnormalities |
| RFF | 2/10/2014 | Physical Fitness Exercises | Other Injury |
| RFF | 2/25/2014 | Physical Fitness Exercises | Cardiac Abnormalities |
| RFF | 2/25/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 3/4/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 3/5/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 3/6/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 3/11/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 3/12/2014 | Training | Lacerations & Contusions |
| RFF | 3/19/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 3/19/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 4/1/2014 | Training | Lacerations & Contusions |
| RFF | 4/2/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 4/7/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 4/14/2014 | Physical Fitness Exercises | Other Injury |
| RFF | 4/14/2014 | Training | Sprains & Strains |

| | | | |
|---|---|---|---|
| RFF | 4/24/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 4/24/2014 | Physical Fitness Exercises | Sprains & Strains |
| RFF | 5/6/2014 | Training | Other Injury |
| SBI | 5/17/2012 | Location Unknown (Other) | Other Injury |
| SBI | 2/7/2013 | Location Unknown (Other) | Other Injury |
| SBI | 6/27/2013 | Location Unknown (Other) | Other Injury |
| TECH | 11/18/2010 | Emergency Medical | Sprains & Strains |
| TECH | 11/18/2010 | Fire Station | Sprains & Strains |
| TECH | 11/21/2010 | Physical Fitness Exercises | Sprains & Strains |
| TECH | 11/29/2010 | Technical Rescue | Lacerations & Contusions |
| TECH | 1/6/2011 | Physical Fitness Exercises | Sprains & Strains |
| TECH | 1/20/2011 | Responding to or Returning from Alarm | Sprains & Strains |
| TECH | 1/22/2011 | Structural Fire Suppression | Overexertion, Strain | Cardiac Abnormalities |
| TECH | 1/26/2011 | Training | Fractures |
| TECH | 2/5/2011 | Emergency Medical | Sprains & Strains |
| TECH | 2/13/2011 | Training | Sprains & Strains |
| TECH | 2/19/2011 | Physical Fitness Exercises | Other Injury |
| TECH | 3/1/2011 | Fire Station | Sprains & Strains |
| TECH | 3/4/2011 | Fire Station | Eye |
| TECH | 3/12/2011 | Training | Sprains & Strains |
| TECH | 3/19/2011 | Fire Station | Sprains & Strains |
| TECH | 3/20/2011 | Physical Fitness Exercises | Sprains & Strains |
| TECH | 4/1/2011 | Training | Sprains & Strains |
| TECH | 4/24/2011 | Physical Fitness Exercises | Lacerations & Contusions |
| TECH | 4/28/2011 | Training | Lacerations & Contusions |
| TECH | 5/1/2011 | Training | Sprains & Strains |
| TECH | 5/6/2011 | Training | Cardiac Abnormalities |
| TECH | 5/22/2011 | Fire Station | Lacerations & Contusions |
| TECH | 5/27/2011 | Fire Station | Lacerations & Contusions |
| TECH | 6/3/2011 | Emergency Medical | Sprains & Strains |
| TECH | 6/3/2011 | Emergency Medical | Sprains & Strains |
| TECH | 6/8/2011 | Fire Station | Lacerations & Contusions |
| TECH | 6/23/2011 | Location Unknown (Other) | Lacerations & Contusions |
| TECH | 6/25/2011 | Training | Sprains & Strains |
| TECH | 6/25/2011 | Training | Sprains & Strains |
| TECH | 7/1/2011 | Structural Fire Suppression | Overexertion, Strain | Heat |
| TECH | 7/13/2011 | Location Unknown (Other) | Sprains & Strains |
| TECH | 7/17/2011 | Training | Sprains & Strains |
| TECH | 7/18/2011 | Training | Lacerations & Contusions |
| TECH | 7/20/2011 | Location Unknown (Other) | Other Injury |
| TECH | 7/21/2011 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |

PX 11-33

| | | | | |
|---|---|---|---|---|
| TECH | 7/24/2011 | Fire Station | | Lacerations & Contusions |
| TECH | 7/31/2011 | Fire Station | | Other Injury |
| TECH | 8/1/2011 | Training | | Other Injury |
| TECH | 8/6/2011 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| TECH | 8/6/2011 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| TECH | 8/6/2011 | Structural Fire Suppression | Extreme Weather | Other Injury |
| TECH | 8/9/2011 | Training | | Other Injury |
| TECH | 8/11/2011 | Location Unknown (Other) | | Other Injury |
| TECH | 8/15/2011 | Fire Station | | Sprains & Strains |
| TECH | 8/24/2011 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 8/28/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH | 9/1/2011 | Fire Station | | Cardiac Abnormalities |
| TECH | 9/8/2011 | Technical Rescue | | Sprains & Strains |
| TECH | 9/8/2011 | Technical Rescue | | Sprains & Strains |
| TECH | 9/18/2011 | Fire Station | | Burns |
| TECH | 9/30/2011 | Training | | Lacerations & Contusions |
| TECH | 10/4/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 10/8/2011 | Emergency Medical | | Sprains & Strains |
| TECH | 10/10/2011 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 10/19/2011 | Training | | Lacerations & Contusions |
| TECH | 10/29/2011 | Technical Rescue | | Other Injury |
| TECH | 10/30/2011 | Fire Station | | Sprains & Strains |
| TECH | 11/9/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| TECH | 11/15/2011 | Training | Struck by Object | Sprains & Strains |
| TECH | 11/16/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH | 11/20/2011 | Fire Station | | Lacerations & Contusions |
| TECH | 11/27/2011 | Fire Station | | Burns |
| TECH | 12/1/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH | 12/5/2011 | Emergency Medical | | Sprains & Strains |
| TECH | 12/14/2011 | Fire Station | | Lacerations & Contusions |
| TECH | 1/7/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 1/23/2012 | Location Unknown (Other) | | Other Injury |
| TECH | 1/25/2012 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH | 2/6/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 2/10/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 2/12/2012 | Fire Station | | Lacerations & Contusions |
| TECH | 2/27/2012 | Emergency Medical | | Lacerations & Contusions |
| TECH | 3/3/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 3/8/2012 | Location Unknown (Other) | | Sprains & Strains |
| TECH | 3/9/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 3/10/2012 | Training | | Sprains & Strains |

| | Date | Activity | Detail | Injury |
|---|---|---|---|---|
| TECH | 3/16/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 3/17/2012 | Fire Station | | Sprains & Strains |
| TECH | 3/31/2012 | Training | | Lacerations & Contusions |
| TECH | 3/31/2012 | Training | | Sprains & Strains |
| TECH | 4/18/2012 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 4/28/2012 | Training | | HazMat Inhalation (Including Smoke) |
| TECH | 5/4/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| TECH | 5/6/2012 | Structural Fire Suppression | Other | Sprains & Strains |
| TECH | 5/7/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 6/5/2012 | Location Unknown (Other) | | Other Injury |
| TECH | 6/9/2012 | Fire Station | | Other Injury |
| TECH | 7/14/2012 | Fire Station | | Burns |
| TECH | 7/15/2012 | Training | | Sprains & Strains |
| TECH | 8/2/2012 | Training | | Sprains & Strains |
| TECH | 8/3/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 8/3/2012 | Fire Station Activity | | Sprains & Strains |
| TECH | 8/9/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 8/12/2012 | Fire Station Activity | | Other Injury |
| TECH | 8/21/2012 | Location Unknown (Other) | | Cardiac Abnormalities |
| TECH | 9/7/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 9/10/2012 | Location Unknown (Other) | | Other Injury |
| TECH | 9/17/2012 | Location Unknown (Other) | | Other Injury |
| TECH | 9/22/2012 | Training | | Sprains & Strains |
| TECH | 9/24/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 9/28/2012 | Location Unknown (Wel-Fit) | | Sprains & Strains |
| TECH | 9/29/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 9/29/2012 | Training | | Sprains & Strains |
| TECH | 10/11/2012 | Location Unknown (Wel-Fit) | | Other Injury |
| TECH | 10/16/2012 | Location Unknown (Other) | | Cardiac Abnormalities |
| TECH | 10/30/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 10/30/2012 | Technical Rescue | | Other Injury |
| TECH | 10/30/2012 | Technical Rescue | | Sprains & Strains |
| TECH | 10/31/2012 | Structural Fire Suppression | | Lacerations & Contusions |
| TECH | 11/3/2012 | Emergency Medical | | Sprains & Strains |
| TECH | 11/10/2012 | Training | | Sprains & Strains |
| TECH | 11/17/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Fractures |
| TECH | 11/21/2012 | Training | | Burns |
| TECH | 12/2/2012 | Training | | Sprains & Strains |
| TECH | 12/19/2012 | Training | | Sprains & Strains |
| TECH | 1/3/2013 | Fire Station | | Sprains & Strains |
| TECH | 1/4/2013 | Fire Station | | Sprains & Strains |

PX 11-35

| TECH | 1/4/2013 | Location Unknown (Other) | | Sprains & Strains |
| TECH | 1/11/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 1/21/2013 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| TECH | 1/25/2013 | Training | | Other Injury |
| TECH | 2/11/2013 | Location Unknown (Other) | | Other Injury |
| TECH | 2/17/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Lacerations & Contusions |
| TECH | 2/20/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH | 2/22/2013 | Emergency Medical | | Other Injury |
| TECH | 2/23/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| TECH | 3/6/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 3/15/2013 | Location Unknown (Other) | | Other Injury |
| TECH | 3/15/2013 | Training | | Lacerations & Contusions |
| TECH | 3/19/2013 | Location Unknown (Other) | | Eye |
| TECH | 3/22/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 3/26/2013 | Emergency Medical | | Other Injury |
| TECH | 3/31/2013 | Responding to or Returning from Alarm | | Other Injury |
| TECH | 4/4/2013 | Emergency Medical | | Lacerations & Contusions |
| TECH | 4/4/2013 | Training | | Lacerations & Contusions |
| TECH | 4/4/2013 | Training | | Lacerations & Contusions |
| TECH | 4/10/2013 | Structural Fire Suppression | Other | Burns |
| TECH | 4/22/2013 | Structural Fire Suppression | Overexertion, Strain | Heat |
| TECH | 4/22/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 4/26/2013 | Training | | Sprains & Strains |
| TECH | 5/3/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 5/11/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 5/15/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 5/17/2013 | Training | | Lacerations & Contusions |
| TECH | 5/27/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 5/29/2013 | Technical Rescue | | Lacerations & Contusions |
| TECH | 5/30/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 5/30/2013 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| TECH | 6/2/2013 | Fire Station | | Sprains & Strains |
| TECH | 6/5/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| TECH | 6/11/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 6/12/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 6/23/2013 | Training | | Sprains & Strains |
| TECH | 7/1/2013 | Fire Station | | Cardiac Abnormalities |
| TECH | 7/4/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 7/5/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 7/9/2013 | Training | | Sprains & Strains |
| TECH | 7/18/2013 | Location Unknown (Other) | | Cardiac Abnormalities |

| | Date | Location/Activity | Cause | Injury |
|---|---|---|---|---|
| TECH | 7/19/2013 | Training | | Sprains & Strains |
| TECH | 7/21/2013 | Training | | Sprains & Strains |
| TECH | 7/27/2013 | Fire Station | | Other Injury |
| TECH | 8/13/2013 | Physical Fitness Exercises | | Lacerations & Contusions |
| TECH | 8/14/2013 | Location Unknown (Other) | | Other Injury |
| TECH | 8/16/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH | 8/20/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| TECH | 8/21/2013 | Fire Station | | Other Injury |
| TECH | 8/22/2013 | Location Unknown (Other) | | Sprains & Strains |
| TECH | 8/24/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 8/27/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 9/8/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 9/9/2013 | Location Unknown (Other) | | Heat |
| TECH | 9/15/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH | 9/18/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 9/19/2013 | Training | | Other Injury |
| TECH | 10/7/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 10/7/2013 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| TECH | 10/12/2013 | Fire Station | | Sprains & Strains |
| TECH | 10/26/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 10/30/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH | 11/6/2013 | HazMat Transportation | | Sprains & Strains |
| TECH | 11/28/2013 | Fire Station | | Other Injury |
| TECH | 11/29/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH | 12/11/2013 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| TECH | 12/12/2013 | Fire Station | | Other Injury |
| TECH | 12/19/2013 | Emergency Medical | | Sprains & Strains |
| TECH | 12/19/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 12/30/2013 | Emergency Medical | | Lacerations & Contusions |
| TECH | 12/30/2013 | Fire Station | | Cardiac Abnormalities |
| TECH | 1/8/2014 | Fire Station | | Other Injury |
| TECH | 1/8/2014 | Structural Fire Suppression | Other | Eye |
| TECH | 1/10/2014 | Fire Station | | Sprains & Strains |
| TECH | 1/13/2014 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH | 1/22/2014 | Fire Station | | Sprains & Strains |
| TECH | 1/29/2014 | Training | | Lacerations & Contusions |
| TECH | 2/13/2014 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH | 3/3/2014 | Fire Station | | Sprains & Strains |
| TECH | 3/27/2014 | Training | | Sprains & Strains |
| TECH | 3/28/2014 | HazMat Fixed Site | | Lacerations & Contusions |
| TECH | 4/2/2014 | Training | | Sprains & Strains |

PX 11-37

| | | | | |
|---|---|---|---|---|
| TECH | 4/12/2014 | Training | | Sprains & Strains |
| TECH | 4/13/2014 | Emergency Medical | | Other Injury |
| TECH | 4/23/2014 | Fire Station | | Lacerations & Contusions |
| TECH | 5/1/2014 | Physical Fitness Exercises | | Sprains & Strains |
| TECH | 5/13/2014 | Fire Station | | HazMat Exposure (Non-Inhalation) |
| TECH | 5/14/2014 | Structural Fire Suppression | Other | Sprains & Strains |
| TECH-CI | 12/30/2010 | Fire Station | | Sprains & Strains |
| TECH-CI | 1/6/2011 | Fire Station | | Lacerations & Contusions |
| TECH-CI | 1/23/2011 | Training | | Lacerations & Contusions |
| TECH-CI | 1/30/2011 | Technical Rescue | | Sprains & Strains |
| TECH-CI | 3/16/2011 | Technical Rescue | | Lacerations & Contusions |
| TECH-CI | 4/6/2011 | Fire Station | | Sprains & Strains |
| TECH-CI | 4/14/2011 | Training | | Sprains & Strains |
| TECH-CI | 4/28/2011 | Training | | Sprains & Strains |
| TECH-CI | 6/8/2011 | Location Unknown (Other) | | Lacerations & Contusions |
| TECH-CI | 7/16/2011 | Location Unknown (Other) | | Sprains & Strains |
| TECH-CI | 8/5/2011 | Training | | Lacerations & Contusions |
| TECH-CI | 8/16/2011 | Training | | Lacerations & Contusions |
| TECH-CI | 8/24/2011 | Emergency Medical | | Sprains & Strains |
| TECH-CI | 9/6/2011 | Responding to or Returning from Alarm | | Other Injury |
| TECH-CI | 10/3/2011 | Training | | Lacerations & Contusions |
| TECH-CI | 10/8/2011 | Training | | Lacerations & Contusions |
| TECH-CI | 10/10/2011 | Physical Fitness Exercises | | Other Injury |
| TECH-CI | 10/23/2011 | Training | | Sprains & Strains |
| TECH-CI | 11/26/2011 | Training | | Sprains & Strains |
| TECH-CI | 12/12/2011 | Non-Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH-CI | 1/21/2012 | Fire Station | | Sprains & Strains |
| TECH-CI | 2/1/2012 | Location Unknown (Other) | | Other Injury |
| TECH-CI | 2/13/2012 | Emergency Medical | | Lacerations & Contusions |
| TECH-CI | 4/4/2012 | Technical Rescue | | Sprains & Strains |
| TECH-CI | 4/20/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-CI | 5/7/2012 | Training | | Sprains & Strains |
| TECH-CI | 5/9/2012 | Training | | Sprains & Strains |
| TECH-CI | 6/20/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| TECH-CI | 10/8/2012 | Fire Station | | Eye |
| TECH-CI | 10/12/2012 | Training | | Lacerations & Contusions |
| TECH-CI | 10/18/2012 | Location Unknown (Other) | | Other Injury |
| TECH-CI | 12/2/2012 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| TECH-CI | 1/21/2013 | Non-Structural Fire Suppression | | Sprains & Strains |
| TECH-CI | 1/30/2013 | Emergency Medical | | Lacerations & Contusions |
| TECH-CI | 2/2/2013 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |

| Code | Date | Activity | Detail | Injury |
|------|------|----------|--------|--------|
| TECH-CI | 2/14/2013 | Emergency Medical | | Lacerations & Contusions |
| TECH-CI | 4/30/2013 | Training | | Sprains & Strains |
| TECH-CI | 2/26/2014 | Training | | Sprains & Strains |
| TECH-CI | 4/2/2014 | Training | | Other Injury |
| TECH-CI | 4/7/2014 | Training | | Sprains & Strains |
| TECH-CI | 5/4/2014 | Fire Station | | Lacerations & Contusions |
| TECH-CI | 5/5/2014 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 11/11/2010 | Fire Station | | Sprains & Strains |
| TECH-E | 11/13/2010 | Emergency Medical | | Sprains & Strains |
| TECH-E | 11/18/2010 | Fire Station | | Burns |
| TECH-E | 11/29/2010 | Emergency Medical | | Sprains & Strains |
| TECH-E | 12/17/2010 | Location Unknown (Other) | | Lacerations & Contusions |
| TECH-E | 12/29/2010 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH-E | 1/17/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 1/22/2011 | Structural Fire Suppression | Other | Lacerations & Contusions |
| TECH-E | 1/22/2011 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH-E | 1/24/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| TECH-E | 1/30/2011 | Training | | Lacerations & Contusions |
| TECH-E | 2/8/2011 | Fire Station | | Cardiac Abnormalities |
| TECH-E | 2/11/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 2/15/2011 | Structural Fire Suppression | Exposure to Fire Products | Burns |
| TECH-E | 2/17/2011 | Emergency Medical | | Lacerations & Contusions |
| TECH-E | 2/25/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 2/27/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 3/8/2011 | Fire Station | | Sprains & Strains |
| TECH-E | 3/18/2011 | Fire Station | | Sprains & Strains |
| TECH-E | 3/18/2011 | Training | | Sprains & Strains |
| TECH-E | 3/21/2011 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 3/22/2011 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 3/24/2011 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 4/1/2011 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 4/4/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 4/4/2011 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH-E | 4/5/2011 | Training | | Sprains & Strains |
| TECH-E | 4/15/2011 | Fire Station | | Lacerations & Contusions |
| TECH-E | 4/19/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 4/20/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 4/20/2011 | Training | | Other Injury |
| TECH-E | 4/22/2011 | Training | | Sprains & Strains |
| TECH-E | 5/3/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 5/4/2011 | Emergency Medical | | Sprains & Strains |

| | | | | HazMat Inhalation (Including Smoke) |
|---|---|---|---|---|
| TECH-E | 5/20/2011 | Location Unknown (Other) | | Sprains & Strains |
| TECH-E | 5/26/2011 | Training | | Sprains & Strains |
| TECH-E | 5/27/2011 | Training | | Sprains & Strains |
| TECH-E | 6/9/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 6/15/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 6/28/2011 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH-E | 6/30/2011 | Structural Fire Suppression | Overexertion, Strain | Heat |
| TECH-E | 6/30/2011 | Training | | Lacerations & Contusions |
| TECH-E | 7/8/2011 | Training | | Sprains & Strains |
| TECH-E | 7/18/2011 | Training | | Other Injury |
| TECH-E | 7/26/2011 | Fire Station | | Sprains & Strains |
| TECH-E | 8/5/2011 | Physical Fitness Exercises | | Lacerations & Contusions |
| TECH-E | 8/6/2011 | Structural Fire Suppression | | Lacerations & Contusions |
| TECH-E | 8/17/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 8/25/2011 | Training | | Lacerations & Contusions |
| TECH-E | 9/26/2011 | Training | | Burns |
| TECH-E | 9/26/2011 | Training | | Other Injury |
| TECH-E | 10/10/2011 | Location Unknown (Other) | | Sprains & Strains |
| TECH-E | 10/17/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 10/27/2011 | Training | | Sprains & Strains |
| TECH-E | 11/3/2011 | Emergency Medical | | Lacerations & Contusions |
| TECH-E | 11/4/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 11/8/2011 | Fire Station | | Lacerations & Contusions |
| TECH-E | 11/10/2011 | Fire Station | | Sprains & Strains |
| TECH-E | 11/28/2011 | Training | | Sprains & Strains |
| TECH-E | 12/3/2011 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 12/11/2011 | Training | | Sprains & Strains |
| TECH-E | 12/29/2011 | Emergency Medical | | Sprains & Strains |
| TECH-E | 12/29/2011 | Fire Station | | Lacerations & Contusions |
| TECH-E | 1/8/2012 | Training | | Other Injury |
| TECH-E | 2/3/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 2/17/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 2/18/2012 | Training | | Sprains & Strains |
| TECH-E | 2/22/2012 | Location Unknown (Other) | | Other Injury |
| TECH-E | 2/23/2012 | Fire Station | | Sprains & Strains |
| TECH-E | 3/3/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 3/12/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 3/19/2012 | Fire Station | | Lacerations & Contusions |
| TECH-E | 3/20/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 4/4/2012 | Emergency Medical | | Other Injury |
| TECH-E | 4/7/2012 | Structural Fire Suppression | Struck by Object | Sprains & Strains |

| | | | | |
|---|---|---|---|---|
| TECH-E | 4/14/2012 | Structural Fire Suppression | Exposure to Fire Products | Heat |
| TECH-E | 4/21/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 4/27/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 5/2/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 5/9/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 5/17/2012 | Training | | Sprains & Strains |
| TECH-E | 5/18/2012 | Emergency Medical | | Other Injury |
| TECH-E | 5/27/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 5/29/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 5/29/2012 | Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH-E | 6/2/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 6/9/2012 | Responding to or Returning from Alarm | | Eye |
| TECH-E | 6/18/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 7/5/2012 | Location Unknown (Other) | | Sprains & Strains |
| TECH-E | 7/6/2012 | Fire Station | | Lacerations & Contusions |
| TECH-E | 7/26/2012 | Fire Station | | Cardiac Abnormalities |
| TECH-E | 8/21/2012 | Fire Station | | Sprains & Strains |
| TECH-E | 9/8/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 9/20/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 9/23/2012 | Emergency Medical | | Sprains & Strains |
| TECH-E | 12/3/2012 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 12/11/2012 | Emergency Medical | | Other Injury |
| TECH-E | 12/30/2012 | Fire Station | | Other Injury |
| TECH-E | 1/2/2013 | Location Unknown (Other) | | Lacerations & Contusions |
| TECH-E | 1/31/2013 | Training | | Sprains & Strains |
| TECH-E | 2/15/2013 | Fire Station | | Lacerations & Contusions |
| TECH-E | 2/18/2013 | Emergency Medical | | Sprains & Strains |
| TECH-E | 3/11/2013 | Emergency Medical | | Lacerations & Contusions |
| TECH-E | 3/17/2013 | Non-Structural Fire Suppression | Overexertion, Strain | Sprains & Strains |
| TECH-E | 3/18/2013 | Fire Station | | Lacerations & Contusions |
| TECH-E | 3/19/2013 | Fire Station | | Other Injury |
| TECH-E | 3/20/2013 | Fire Station | | Sprains & Strains |
| TECH-E | 3/21/2013 | Fire Station | | Lacerations & Contusions |
| TECH-E | 3/21/2013 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH-E | 3/27/2013 | Emergency Medical | Struck by Object | Sprains & Strains |
| TECH-E | 3/27/2013 | Physical Fitness Exercises | | Lacerations & Contusions |
| TECH-E | 3/28/2013 | Emergency Medical | | Sprains & Strains |
| TECH-E | 3/28/2013 | Location Unknown (Other) | | Other Injury |
| TECH-E | 4/8/2013 | Non-Structural Fire Suppression | Struck by Object | Fractures |
| TECH-E | 4/22/2013 | Emergency Medical | | Sprains & Strains |
| TECH-E | 4/27/2013 | Physical Fitness Exercises | | Sprains & Strains |

PX 11-41

| | | | |
|---|---|---|---|
| TECH-E | 4/27/2013 | Training | Lacerations & Contusions |
| TECH-E | 5/9/2013 | Fire Station | Cardiac Abnormalities |
| TECH-E | 5/10/2013 | Fire Station | Cardiac Abnormalities |
| TECH-E | 5/18/2013 | Emergency Medical | Lacerations & Contusions |
| TECH-E | 5/26/2013 | Physical Fitness Exercises | Sprains & Strains |
| TECH-E | 5/27/2013 | Location Unknown (Other) | Sprains & Strains |
| TECH-E | 5/28/2013 | Training | Sprains & Strains |
| TECH-E | 5/31/2013 | Training | Heat |
| TECH-E | 6/1/2013 | Emergency Medical | Heat |
| TECH-E | 6/4/2013 | Emergency Medical | Lacerations & Contusions |
| TECH-E | 6/20/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 7/27/2013 | Training | Other Injury |
| TECH-E | 7/29/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 7/31/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 8/3/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 8/4/2013 | Training | Other Injury |
| TECH-E | 8/7/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 8/30/2013 | Location Unknown (Other) | Sprains & Strains |
| TECH-E | 9/6/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 9/21/2013 | Responding to or Returning from Alarm | Lacerations & Contusions |
| TECH-E | 9/24/2013 | Emergency Medical | Lacerations & Contusions |
| TECH-E | 10/2/2013 | Physical Fitness Exercises | Sprains & Strains |
| TECH-E | 10/4/2013 | Training | Eye |
| TECH-E | 10/5/2013 | Non-Structural Fire Suppression | Lacerations & Contusions |
| TECH-E | 10/7/2013 | Fire Station | Other Injury |
| TECH-E | 10/8/2013 | Fire Station | Lacerations & Contusions |
| TECH-E | 10/20/2013 | Fire Station | Lacerations & Contusions |
| TECH-E | 10/28/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 10/31/2013 | Non-Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| TECH-E | 11/20/2013 | Fire Station | Other Injury |
| TECH-E | 11/28/2013 | Emergency Medical | Sprains & Strains |
| TECH-E | 12/5/2013 | Location Unknown (Other) | Cardiac Abnormalities |
| TECH-E | 12/22/2013 | Training | Sprains & Strains |
| TECH-E | 12/25/2013 | Emergency Medical | Lacerations & Contusions |
| TECH-E | 1/21/2014 | Emergency Medical | Sprains & Strains |
| TECH-E | 1/22/2014 | Fire Station | Sprains & Strains |
| TECH-E | 1/31/2014 | Physical Fitness Exercises | Sprains & Strains |
| TECH-E | 2/14/2014 | Emergency Medical | Sprains & Strains |
| TECH-E | 2/23/2014 | Emergency Medical | Lacerations & Contusions |
| TECH-E | 3/11/2014 | Emergency Medical | Sprains & Strains |
| TECH-E | 3/27/2014 | Responding to or Returning from Alarm | Fall, Slipped, Jumped, trip | Sprains & Strains |

| | Date | Activity | Cause | Injury |
|---|---|---|---|---|
| TECH-E | 4/15/2014 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-E | 4/24/2014 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH-E | 4/30/2014 | Responding to or Returning from Alarm | | Other Injury |
| TECH-E | 5/2/2014 | Emergency Medical | | Lacerations & Contusions |
| TECH-E | 5/18/2014 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 11/2/2010 | Fire Station | | Sprains & Strains |
| TECH-HM | 11/9/2010 | Location Unknown (Other) | | Cardiac Abnormalities |
| TECH-HM | 11/20/2010 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 12/23/2010 | HazMat Fixed Site | | Sprains & Strains |
| TECH-HM | 12/26/2010 | Training | | Lacerations & Contusions |
| TECH-HM | 1/7/2011 | Training | | Lacerations & Contusions |
| TECH-HM | 2/2/2011 | Structural Fire Suppression | Struck by Object | Lacerations & Contusions |
| TECH-HM | 4/4/2011 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-HM | 4/7/2011 | Structural Fire Suppression | Extreme Weather | Heat |
| TECH-HM | 4/19/2011 | Responding to or Returning from Alarm | | Lacerations & Contusions |
| TECH-HM | 4/22/2011 | Training | | Sprains & Strains |
| TECH-HM | 5/14/2011 | Location Unknown (Other) | | Other Injury |
| TECH-HM | 6/18/2011 | Training | | Heat |
| TECH-HM | 7/11/2011 | Emergency Medical | | Lacerations & Contusions |
| TECH-HM | 7/13/2011 | Structural Fire Suppression | Stepped on, Contact with Object | Lacerations & Contusions |
| TECH-HM | 7/15/2011 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH-HM | 8/17/2011 | HazMat Fixed Site | | Sprains & Strains |
| TECH-HM | 8/17/2011 | Technical Rescue | | Lacerations & Contusions |
| TECH-HM | 9/7/2011 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 9/29/2011 | Fire Station | | Lacerations & Contusions |
| TECH-HM | 10/1/2011 | Fire Station | | Lacerations & Contusions |
| TECH-HM | 10/9/2011 | Fire Station | | Lacerations & Contusions |
| TECH-HM | 11/16/2011 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 1/4/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH-HM | 1/17/2012 | Fire Station | | Hostile Acts |
| TECH-HM | 1/30/2012 | Location Unknown (Other) | | Cardiac Abnormalities |
| TECH-HM | 2/4/2012 | Responding to or Returning from Alarm | | Sprains & Strains |
| TECH-HM | 3/22/2012 | Emergency Medical | | Heat |
| TECH-HM | 4/5/2012 | Structural Fire Suppression | Stepped on, Contact with Object | Sprains & Strains |
| TECH-HM | 8/3/2012 | Fire Station | | Sprains & Strains |
| TECH-HM | 9/1/2012 | Location Unknown (Other) | | Sprains & Strains |
| TECH-HM | 12/14/2012 | Fire Station | | Lacerations & Contusions |
| TECH-HM | 1/27/2013 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 1/31/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-HM | 2/1/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-HM | 2/28/2013 | Fire Station | | Eye |

| | | | | |
|---|---|---|---|---|
| TECH-HM | 4/9/2013 | Emergency Medical | | Lacerations & Contusions |
| TECH-HM | 4/9/2013 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 4/10/2013 | Structural Fire Suppression | Fall, Slipped, Jumped, trip | Sprains & Strains |
| TECH-HM | 4/13/2013 | Emergency Medical | | Sprains & Strains |
| TECH-HM | 7/2/2013 | Physical Fitness Exercises | | Sprains & Strains |
| TECH-HM | 7/31/2013 | Fire Station | | Sprains & Strains |
| TECH-HM | 12/15/2013 | Training | | Other Injury |
| TECH-HM | 12/16/2013 | Training | | Other Injury |
| TECH-HM | 2/13/2014 | Fire Station | | Sprains & Strains |
| TECH-HM | 2/25/2014 | HazMat Transportation | | Sprains & Strains |
| TECH-HM | 3/13/2014 | Training | | Lacerations & Contusions |
| TECH-HM | 4/21/2014 | Emergency Medical | | Sprains & Strains |
| Truck Driver | 10/15/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| USAR Civilian | 4/27/2013 | Training | | Sprains & Strains |
| WH WORKER - DRIVER | 11/16/2012 | Location Unknown (Other) | | Lacerations & Contusions |
| WH WORKER - DRIVER | 2/25/2013 | Location Unknown (Other) | | Other Injury |