IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GERARD MORRISON, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:14cv0005 (CMH/JFA) |
| COUNTY OF FAIRFAX, VA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On Friday, September 12, 2014, counsel for the defendant appeared before the court to present argument on defendant's Motion to File Under Seal (Docket no. 111) ("Motion to Seal"). The motion was unopposed. Prior to allowing documents to be filed under seal, the court must "(1) give public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000).

Upon consideration of the motion and memorandum in support (Docket no. 112), the court finds that exhibits 25, 32A, 35A, 36A, and 76 to defendant's Memorandum in Support of Its Motion for Summary Judgment on Liability Issues (Docket no. 114) contain confidential and proprietary information to which the public does not already have access. *See In re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Accordingly, it is hereby

ORDERED that the Motion to Seal is granted.

Entered this 12th day of September, 2014.

                                                                /s/
                                            John F. Anderson
                                            United States Magistrate Judge

Alexandria, Virginia