UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GERARD MORRISON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:14cv5 |
| | ) Judge Hilton |
| COUNTY OF FAIRFAX, VA., | ) Magistrate Judge Anderson |
| Defendant. | ) |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

Plaintiffs and Defendant, County of Fairfax, Virginia, by counsel, jointly move the Court to enter an Order approving their tentative Settlement Agreement which will be finalized provided that (1) no Plaintiff submits a valid objection to the proposed settlement, which is accepted by the Court at the Fairness Hearing scheduled for December 2, 2016, and (2) the County's Board of Supervisors then approves the proposed settlement at its December 6, 2016, meeting.

The grounds for this Joint Motion are fully set forth in the accompanying Memorandum in Support.

Respectfully submitted,

| ALL PLAINTIFFS: | COUNTY OF FAIRFAX, VIRGINIA |
|---|---|
| By:   /s/ *Molly A. Elkin* | By:   /s/ *Sona Rewari* |

| | |
|---|---|
| Molly A. Elkin (Va. Bar No. 40967) | Sona Rewari (VSB No. 47327) |
| Sara L. Faulman | HUNTON & WILLIAMS LLP |
| WOODLEY & McGILLIVARY LLP | 1751 Pinnacle Drive |
| 1101 Vermont Avenue, N.W. | Suite 1700 |
| Suite 1000 | McLean, Virginia 22102 |
| Washington, DC  20005 | (703) 714-7512 |
| Phone: (202) 833-8855 | (703) 918-4018 (facsimile) |
| mae@wmlaborlaw.com | srewari@hunton.com |

*Counsel for Plaintiffs*

Evangeline C. Paschal (pro hac vice)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 419-2174
(202) 778-7433 (facsimile)
epaschal@hunton.com

Ann G. Killalea, Assistant County Attorney
(VSB No. 23913)
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035
(703) 324-2421
(703) 324-2665 (facsimile)
ann.killalea@fairfaxcounty.gov

*Counsel for County of Fairfax, Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ *Molly A. Elkin*
Molly A. Elkin (Va. Bar No. 40967)
WOODLEY & McGILLIVARY
1101 Vermont Avenue, N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@wmlaborlaw.com

*Counsel for Plaintiffs*