UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GERARD MORRISON, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COUNTY OF FAIRFAX, VA., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:14cv5<br><br>Judge Hilton<br>Magistrate Judge Anderson |

### [PROPOSED] FINAL ORDER

Upon review and consideration of the parties' Joint Motion to Approve their Settlement Agreement, including the Settlement Agreement attached thereto, and in light of the Court's Order of December 2, 2016, finding that the terms of the Settlement Agreement are fair and adequate as measured under the applicable standards of the Fair Labor Standards Act, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is APPROVED as fair, reasonable, and just in all respects as to the Plaintiffs.

2. This Action and the claims of all Plaintiffs in this case are DISMISSED WITH PREJUDICE. The Court, however, expressly reserves jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement.

IT IS SO ORDERED.

DATED: DECEMBER 7, 2016

/s/ JFA
John F. Anderson
United States Magistrate Judge

Honorable John F. Anderson
United States Magistrate Judge